AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.<br>*Plaintiff(s)*<br>v.<br>JET BLUE AIRWAYS CORPORATION, et al.<br>*Defendant(s)* | Civil Action No.   3:22-cv-06841 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    See Attachment B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900, Email:  jmalioto@aliotolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/3/2022

                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:22=cv=06841

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A TO SUMMONS

*Garavanian v. Jet Blue Airways, et al.*

United States District Court

Northern District of California

Case No.: 3:22-cv-06841

**PLAINTIFFS:**

Gabriel Garavanian, Katherine R. Arcell, Jose' M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen,

**DEFENDANTS:**

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC.

**COUNSEL FOR PLAINTIFFS:**

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com

Joseph M. Alioto, Jr. (SBN: 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 398-3800
joseph@aliotolegal.com

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Christopher A. Nedeau (SBN 81297)
Attorney at Law
NEDEAU LAW FIRM
154 Baker Street
San Francisco, CA 94117
Telephone:  415-516-4010
Email:  cnedeau@nedeaulaw.net

| | |
|---|---|
| Josephine Alioto (SNB 282989)<br>THE VEEN FIRM<br>20 Haight Street<br>San Francisco CA 94102<br>Telephone: (415) 673-4800<br>Email: jalioto@veenfirm.com | Lingel H. Winters, Esq. (SBN 37759)<br>LAW OFFICES OF LINGEL H. WINTERS<br>388 Market St. Suite 1300<br>San Francisco, California 94111<br>Telephone (415) 398-294<br>Email:  sawmill2@aol.com |
| Robert J. Bonsignore<br>BONSIGNORE TRIAL LAWYERS, PLLC<br>23 Forest Street<br>Medford, MA 02155<br>Phone: 781-856-7650<br>Email: rbonsignore@classactions.us | Jeffery K. Perkins (SBN 57996)<br>LAW OFFICE OF JEFFERY K. PERKINS<br>1550-G Tiburon Boulevard, #344<br>Tiburon, California  94920<br>Telephone:  (415) 302-1115;<br>Email:  jefferykperkins@aol.com |

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
Email:  tmoore@aliotolaw.com

*Attachment A to Summons*

**ATTACHMENT B TO SUMMONS**

*Garavanian v. Jet Blue Airways, et al.*

United States District Court

Northern District of California

Case No.:  3:22-cv-06841

**TO:**

**DEFENDANTS:**

| | |
|---|---|
| JET BLUE AIRWAYS CORPORATION<br>27-01 Queens Plaza North<br>Long Island City, NY  11101 | SPIRIT AIRLINES, INC.<br>2800 Executive Way<br>Miramar, FL  33025 |