AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| GABRIEL GARAVANIAN, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  4:22-cv-06841 JSW |
| | ) ) ) ) | |
| JET BLUE AIRWAYS CORPORATION, et al. | ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    See Attachment B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone: (415) 434-8900, Email:  jmalioto@aliotolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date:  11/4/2022

*Signature of Clerk or Deputy Clerk*

**ATTACHMENT B TO SUMMONS**

*Garavanian v. Jet Blue Airways, et al.*

United States District Court

Northern District of California

Case No.:  4:22-cv-06841

**TO:**

**DEFENDANTS:**

| | |
|---|---|
| JET BLUE AIRWAYS CORPORATION<br>27-01 Queens Plaza North<br>Long Island City, NY  11101 | SPIRIT AIRLINES, INC.<br>2800 Executive Way<br>Miramar, FL  33025 |