| Attorney or Party without Attorney:<br>JOSEPH M. ALIOTO (SBN 42680)<br>ALIOTO LAW FIRM<br>1 SANSOME STREET 35TH FLOOR<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415-434-8900<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>GARAVANIAN V JET BLUE | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: GABRIEL GARAVANIAN, et al.<br>Defendant: JETBLUE AIRWAYS CORPORATION, et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:22-CV-06841 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; CIVIL STANDING ORDERS; STANDING ORDER FOR DEPOSITIONS; GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE JEFFREY S. WHITE; STANDING ORDER ON RECUSAL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

3. a. Party served:    JETBLUE AIRWAYS CORPORATION - CORP SERVICE CO.
   b. Person served:   NICOLE STAUSS, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 07 2022 (2) at: 11:17 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)            d. **The Fee** for Service was:   182.53
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

11/07/2022                              *(signature)*
(Date)                                  (Signature)



PROOF OF SERVICE

7913319
(7940615)