1  COOLEY LLP
   ETHAN GLASS (SBN 216159)
2  eglass@cooley.com
   1299 Pennsylvania Avenue, NW
3  Suite 700
   Washington, DC 20004-2400
4  Telephone:  (202) 842 7800
   Facsimile:   (202) 842 7899
5
   *Attorney for JetBlue Airways Corporation*
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | GABRIEL GARAVANIAN, ET AL.,              | Case No. 4:22-cv-6841-JSW
13 |             Plaintiffs,                   | **NOTICE OF APPEARANCE OF**
   |        v.                                 | **ETHAN GLASS FOR DEFENDANT**
14 |                                           | **JETBLUE AIRWAYS CORPORATION**
   | JETBLUE AIRWAYS CORPORATION and
15 | SPIRIT AIRLINES INC.,
16 |             Defendants.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant JetBlue Airways Corporation files this Notice of Appearance and hereby notifies the Court and all parties that Ethan Glass of the law firm Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, hereby enters his appearance as counsel of record for JetBlue in the above-referenced matter.

Please serve all pleadings, discovery, correspondence, and other materials upon:

Ethan Glass
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Email: eglass@cooley.com

Dated: November 21, 2022                     COOLEY LLP

                                             By: /s/ *Ethan Glass*
                                                  Ethan Glass

                                             Attorney for Defendant
                                             JETBLUE AIRWAYS CORPORATION