1  COOLEY LLP
   BEATRIZ MEJIA (190948)
2  mejiab@cooley.com
   3 Embarcadero Center, 20th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 693-2000
4  Facsimile:   (415) 693-2222

5  *Attorney for JetBlue Airways Corporation*

6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 | GABRIEL GARAVANIAN, ET AL., | Case No. 4:22-cv-6841-JSW |
13 | Plaintiffs, | **NOTICE OF APPEARANCE OF** |
   | v. | **BEATRIZ MEJIA FOR DEFENDANT** |
14 | JETBLUE AIRWAYS CORPORATION and | **JETBLUE AIRWAYS CORPORATION** |
15 | SPIRIT AIRLINES INC., | |
16 | Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant JetBlue Airways Corporation files this Notice of Appearance and hereby notifies the Court and all parties that Beatriz Mejia of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111, hereby enters her appearance as counsel of record for JetBlue in the above-referenced matter.

Please serve all pleadings, discovery, correspondence, and other materials upon:

Beatriz Mejia
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Email: mejiab@cooley.com

Dated: November 21, 2022            COOLEY LLP

                                    By: */s/ Beatriz Mejia*
                                        Beatriz Mejia

                                    Attorney for Defendant
                                    JETBLUE AIRWAYS CORPORATION

278078786