PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew C. Finch (SBN 195012)
afinch@paulweiss.com
Eyitayo St. Matthew-Daniel (*pro hac vice* pending)
tstmatthewdaniel@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 373-3000
Facsimile:      (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:     (628) 432-5100
Facsimile:      (628) 232-3101

*Attorneys for Defendant*
Spirit Airlines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GABRIEL GARAVANIAN, KATHERINE R. ARCELL, JOSE M. BRITO, JAN-MARIE BROWN, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, CAROLYN FJORD, DON FREELAND, DONNA FRY, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, VALARIE ANN JOLLY, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, TIMOTHY NIEBOR, DEBORAH M. PULFER, BILL RUBINSOHN, SONDRA K. RUSSELL, JUNE STANSBURY, CLYDE D. STENSRUD, GARY TALEWSKY, PAMELA S. WARD, CHRISTINE WHALEN,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION AND SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 4:22-cv-6841-JSW<br><br>**DEFENDANT SPIRIT AIRLINES, INC.'S NOTICE OF APPEARANCE OF ANDREW C. FINCH**<br><br>Sr. District Judge Jeffrey S. White |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Andrew C. Finch of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance as counsel for Defendant Spirit Airlines, Inc. and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Andrew C. Finch (SBN 195012)
> afinch@paulweiss.com
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 1285 Avenue of the Americas
> New York, NY 10019
> Telephone:   (212) 373-3000
> Facsimile:     (212) 757-3990

Dated: November 22, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Andrew C. Finch*
Andrew C. Finch

*Attorneys for Defendant*
Spirit Airlines, Inc.