| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | Andrew C. Finch (SBN 195012)<br>afinch@paulweiss.com |
| 3 | Eyitayo St. Matthew-Daniel (*pro hac vice* pending)<br>tstmatthewdaniel@paulweiss.com |
| 4 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 5 | Telephone:   (212) 373-3000<br>Facsimile:   (212) 757-3990 |
| 6 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 7 | Meredith R. Dearborn (SBN 268312)<br>mdearborn@paulweiss.com |
| 8 | 535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |
| 9 | Telephone:   (628) 432-5100<br>Facsimile:   (628) 232-3101 |

*Attorneys for Defendant*
*Spirit Airlines, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| GABRIEL GARAVANIAN, KATHERINE R. ARCELL, JOSE M. BRITO, JAN-MARIE BROWN, ROSEMARY D'AUGUSTA, BRENDA K. DAVIS, PAMELA FAUST, CAROLYN FJORD, DON FREELAND, DONNA FRY, HARRY GARAVANIAN, YVONNE JOCELYN GARDNER, VALARIE ANN JOLLY, MICHAEL C. MALANEY, LEN MARAZZO, LISA MCCARTHY, TIMOTHY NIEBOR, DEBORAH M. PULFER, BILL RUBINSOHN, SONDRA K. RUSSELL, JUNE STANSBURY, CLYDE D. STENSRUD, GARY TALEWSKY, PAMELA S. WARD, CHRISTINE WHALEN,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION AND SPIRIT AIRLINES, INC.<br><br>*Defendant*s. | Case No. 4:22-cv-6841-JSW<br><br>**DEFENDANT SPIRIT AIRLINES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Sr. District Judge Jeffrey S. White |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent companies) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Spirit Airlines, Inc. ("Spirit Airlines") has no parent corporation.

2. To the best of Spirit Airlines' knowledge, no publicly held corporation owns 10 percent or more of Defendant Spirit Airlines, Inc.

3. Shareholders of Spirit Airlines, Inc. have a financial interest in Spirit Airlines.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Federal Rule of Civil Procedure 7.1 or Local Rule 3-15.

Dated: November 22, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Andrew C. Finch*

Andrew C. Finch (SBN 195012)
afinch@paulweiss.com
Eyitayo St. Matthew-Daniel (*pro hac vice* pending)
tstmatthewdaniel@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 373-3000
Facsimile:    (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:   (628) 432-5100
Facsimile:    (628) 232-3101

*Attorneys for Defendant Spirit Airlines, Inc.*

DEFENDANT SPIRIT AIRLINES, INC.'S FRCP 7.1 DISCLOSURE STATEMENT & CERT. OF INTERESTED ENTITIES OR PERSONS       - 2 -       CASE NO. 4:22-CV-6841-JSW