| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | ETHAN GLASS (SBN 216159) |
|   | eglass@cooley.com |
| 3 | 1299 Pennsylvania Ave., NW |
|   | Suite 700 |
| 4 | Washington, DC  20004 |
|   | Telephone:   (202) 842-7800 |
| 5 | Facsimile:   (202) 842-7899 |
| 6 | COOLEY LLP |
|   | BEATRIZ MEJIA (SBN 190948) |
| 7 | mejiab@cooley.com |
|   | 3 Embarcadero Center |
| 8 | 20th Floor |
|   | San Francisco, CA 94111-4004 |
| 9 | Telephone:   (415) 693-2000 |
|   | Facsimile:   (415) 693-2222 |

*Attorneys for Defendant*
*JetBlue Airways Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., | Case No. 4:22-cv-6841-JSW |
| Plaintiffs, | **JETBLUE AIRWAYS CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES** |
| v. | |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC., | |
| Defendants. | |

# CERTIFICATE OF INTERESTED ENTITIES

Under Civil L.R. 3-15, counsel for Defendant JetBlue Airways Corporation certifies that, as of this date, there is no conflict of interest (other than the named parties) to report.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") hereby certifies that it is a publicly held corporation and that no publicly held corporation owns 10% or more of JetBlue's stock.

Dated: November 22, 2022            COOLEY LLP

By: /s/ *Ethan Glass*
Ethan Glass (SBN 216159)
eglass@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899

Beatriz Mejia (SBN 190948)
mejiab@cooley.com
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant
JetBlue Airways Corporation*

Cooley LLP
Attorneys At Law
San Francisco

1

CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED ENTITIES
CASE NO. 4:22-CV-6841-JSW