COOLEY LLP
ETHAN GLASS (SBN 216159)
eglass@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

COOLEY LLP
BEATRIZ MEJIA (SBN 190948)
mejiab@cooley.com
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant*
*JetBlue Airways Corporation*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ANDREW C. FINCH (SBN 195012)
afinch@paulweiss.com
EYITAYO ST. MATTHEW-DANIEL (*pro hac vice* pending)
tstmatthewdaniel@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
MEREDITH R. DEARBORN (SBN 268312)
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant*
*Spirit Airlines Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC., <br><br> Defendants. | Case No. 4:22-cv-6841-JSW <br><br> **STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. 4:22-CV-6841-JSW

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Plaintiffs and Defendants in the above-captioned action stipulate as follows:

**WHEREAS**, Plaintiffs filed the Complaint on November 3, 2022 (ECF 1);

**WHEREAS**, according to the certificates of service, Plaintiffs served the Summons on each of the Defendants on November 7, 2022 (ECF 7, 8) and as such the time to answer, move, or otherwise respond would be November 28, 2022;

**WHERAS,** the deadline to respond to the Complaint has not previously been extended and the requested time modification would not otherwise alter the date of any event or deadline fixed by Court Order;

**WHEREAS**, counsel for Defendants were recently retained by their respective clients to represent them in this matter and with the approaching year-end holidays, the parties agree that there is good cause to extend the time provided in the Federal Rules for Defendants to answer, move, or otherwise respond to the Complaint;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that Defendants shall have until and including January 9, 2023 to answer, move, or otherwise respond to the Complaint.

Dated: November 21, 2022

COOLEY LLP

By: */s/ Ethan Glass*
Ethan Glass (SBN 216159)
eglass@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC  20004
Telephone:    (202) 842-7800
Facsimile:      (202) 842-7899

COOLEY LLP
Beatriz Mejia (SBN 190948)
mejiab@cooley.com
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
Telephone:    (415) 693-2000
Facsimile:      (415) 693-2222

*Attorneys for Defendant*
*JetBlue Airways Corporation*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. 4:22-CV-6841-JSW

| | | |
|---|---|---|
| 1 | Dated: November 21, 2022 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By: /s/ *Andrew C. Finch* |
| 4 | | Andrew C. Finch (SBN 195012)<br>afinch@paulweiss.com |
| 5 | | Eyitayo St. Matthew-Daniel (*pro hac vice* to be submitted)<br>tstmatthewdaniel@paulweiss.com |
| 6 | | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 7 | | Telephone:    (212) 373-3000<br>Facsimile:    (212) 757-3990 |
| 8 | | |
| 9 | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Meredith R. Dearborn (SBN 268312) |
| 10 | | mdearborn@paulweiss.com<br>535 Mission Street, 24th Floor |
| 11 | | San Francisco, CA 94105<br>Telephone:    (628) 432-5100 |
| 12 | | Facsimile:    (628) 232-3101 |
| 13 | | *Attorneys for Defendant* |
| 14 | | *Spirit Airlines Inc.* |
| 15 | Dated: November 21, 2022 | ALIOTO LEGAL |
| 16 | | By: /s/ *Joseph M. Alioto, Jr.* |
| 17 | | |
| 18 | | Joseph M. Alioto, Jr. (SBN 215544)<br>joseph@aliotolegal.com |
| 19 | | ALIOTO LEGAL<br>100 Pine Street, Suite 1250 |
| 20 | | San Francisco, CA 94111<br>Telephone:    (415) 398-3800 |
| 21 | | |
| 22 | | *Attorneys for Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this stipulation has been obtained from each signatory herein.

By: /s/ *Ethan Glass*
Ethan Glass

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. 4:22-CV-6841-JSW