1  Robert J. Bonsignore (BBO #:547880)
   BONSIGNORE TRIAL LAWYERS, PLLC
2  23 Forest Street
   Medford, MA 02155
3  Phone: 781-856-7650
4  Email: rbonsignore@classactions.us

5

6  [Additional Counsel Listed on Last Page]
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Gabriel Garavanian, Katherine R. Arcell, Jose' M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen, | CASE NO.: 4:22-cv-6841-JSW |
|---|---|
|  | **NOTICE OF APPEARANCE OF COUNSEL** |

             Plaintiffs,
         v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES INC.

             Defendants.

1

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert J. Bonsignore of the law firm of Bonsignore Trial Lawyers, PLLC hereby enters an appearance as counsel for all Plaintiffs and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Robert Bonsignore
> Bonsignore Trial Lawyers, PLLC
> 23 Forest Street
> Medford, MA 02155
> rbonsignore@classactions.us

Dated: December 5, 2022           BONSIGNORE TRIAL LAWYERS

                                  By: /s/ *Robert J. Bonsignore*
                                  Robert J. Bonsignore (BBO #:547880)
                                  23 Forest Street
                                  Medford, MA 02155
                                  Telephone: (781) 350-0000
                                  Email: rbonsignore@classactions.us
                                  Attorney for Plaintiffs

ADDITIONAL PLAINTIFFS COUNSEL:

Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

Josephine Alioto (SNB 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: jalioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net