1  Joseph M. Alioto (SBN 42680)
   Tatiana V. Wallace, Esq. (SBN 233939)
2  ALIOTO LAW FIRM
   One Sansome Street, 35th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 434-8900
4  Email:  jmalioto@aliotolaw.com

5

6  [Additional Counsel Listed on Last Page]

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 Gabriel Garavanian, et al.                    Case No:  22-cv-06841-JSW

12

13                          Plaintiffs,          PLAINTIFFS' LOCAL RULE 3-15
   vs.                                           CERTIFICATION OF INTERESTED
14                                               ENTITIES OR PERSONS

15

16 JetBlue Airways Corporation and Spirit
   Airlines Inc.,

17

18                          Defendants.

19

20

21        Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

22 conflict or interest (other than the named parties) to report.

23

24 DATED:  December 22, 2022       By:   /s/ Joseph M. Alioto
                                         Joseph M. Alioto, Esq. (SBN 42680)
25                                       Tatiana V. Wallace, Esq. (SBN 233939)
                                         ALIOTO LAW FIRM
26                                       One Sansome Street, Suite 3500
                                         San Francisco, CA 94104
27                                       Telephone: (415) 434-8900
                                         Email: jmalioto@aliotolaw.com
28

                                  - 1 –
            *Certification of Interested Entities or Persons, Civil L.R. 3-15*

1

2   Joseph M. Alioto, Jr. (SBN 215544)          Robert J. Bonsignore, Esq.
    ALIOTO LEGAL                                BONSIGNORE TRIAL LAWYERS, PLLC
3   100 Pine Street, Suite 1250                 23 Forest Street
    San Francisco, CA 94111                     Medford, MA 02155
4   Telephone: (415) 398-3800                   Phone: 781-856-7650
    joseph@aliotolegal.com                      Email: rbonsignore@classactions.us
5

6

7   Lawrence G. Papale (SBN 67068)              Christopher A. Nedeau (SBN 81297)
    LAW OFFICES OF LAWRENCE G.                  NEDEAU LAW PC
8   PAPALE                                      154 Baker Street
    1308 Main Street, Suite 117                 San Francisco, CA 94117-2111
9   St. Helena, CA 94574                        Telephone: (415) 516-4010
    Telephone: (707) 963-1704                   Email: cnedeau@nedeaulaw.net
10  Email: lgpapale@papale.com

11                                              Jeffrey K. Perkins (SBN 57996)
    Josephine Alioto (SBN 282989)               LAW OFFICES OF JEFFREY K. PERKINS
12  THE VEEN FIRM                               1550-G Tiburon Boulevard, #344
    20 Haight Street                            Tiburon, California 94920
13  San Francisco, CA 94102                     Telephone: (415) 302-1115
    Telephone: (415) 673-4800                   Email: jeffreykperkins@aol.com
14  Email: j.alioto@veenfirm.com

15  Theresa Moore
    LAW OFFICES OF THERESA D.
16  MOORE
    One Sansome Street, 35th Floor
17  San Francisco, CA 94104
    Phone: (415) 613-1414
18  tmore@aliotolaw.com

19  Lingel H. Winters, Esq. (SBN 37759)
20  LAW OFFICES OF LINGEL H.
    WINTERS
21  388 Market St. Suite 1300
    San Francisco, California 94111
22  Telephone: (415) 398-2941
    Email: sawmill2@aol.com
23

24  *Attorneys for Plaintiffs*

25

26

27

28

*Certification of Interested Entities or Persons, Civil L.R. 3-15*