UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL.<br><br>　　　　　　　　　　Plaintiff(s)<br>v.<br><br>JETBLUE AIRWAYS CORPORATION<br>and SPIRIT AIRLINES INC.<br>　　　　　　　　　　Defendant(s) | CASE No C 4:22-cv-06841-JSW<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 1/13/2023            /s/ Laura Rodgers for JetBlue Airways Corporation
　　　　　　　　　　　　　　　　　　　　　　　　Party

Date: 1/13/2023            /s/ Ethan Glass for Cooley LLP
　　　　　　　　　　　　　　　　　　　　　　　　Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 1/13/2023            /s/ Ethan Glass
　　　　　　　　　　　　　　　　　　　　Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this certification has been obtained from each signatory herein.

Dated: January 13, 2023                COOLEY LLP

By: /s/ *Ethan Glass*
Ethan Glass (SBN 216159)
eglass@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

*Attorney for Defendant*
*JetBlue Airways Corporation*