UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiff(s) <br> v. <br><br> SPIRIT AIRLINES, INC., et al. <br><br> Defendant(s) | CASE No C 4:22-cv-6841-JSW <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: January 13, 2023     /s/ Thomas C. Canfield for Spirit Airlines, Inc.
                                                    Party

Date: January 13, 2023     /s/ Meredith R. Dearborn
                                                Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: January 13, 2023     /s/ Meredith R. Dearborn
                                                Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

**FILER'S ATTESTATION**

I, Meredith R. Dearborn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated:  January 13, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Meredith R. Dearborn*

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:	(628) 432-5100
Facsimile:	(628) 232-3101

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew C. Finch (SBN 195012)
afinch@paulweiss.com
Eyitayo St. Matthew-Daniel (admitted *pro hac vice*)
tstmatthewdaniel@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone:	(212) 373-3000
Facsimile:	(212) 757-3990

*Attorneys for Defendant*
*Spirit Airlines, Inc.*