Joseph M. Alioto Jr. (SBN 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 398-3800
Email: joseph@aliotolegal.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriel Garavanian, *et al.* | Case No.: 22-CV-6841 JSW |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JetBlue Airways Corporation and Spirit Airlines, Inc., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Joint Stipulation and [Proposed] Order to Continue the Initial Case Management Conference from February 3, 2023 to February 10, 2023.

On November 3, 2022, Plaintiffs filed their complaint. (Dkt. No. 1.) On November 4, 2022, the Court ordered the case assigned to the ADR Multi-Option Program, set a deadline of January 13, 2023 for the parties to meet and confer under Rule 26(f), set a deadline of January 27, 2023 for the parties to file their Rule 26(f) report and Joint Case Management Statement, and set the initial Case Management Conference for February 3, 2023. (Dkt. No. 6.) On December 2, 2022, the Court again ordered the initial Case Management Conference to be held on February 3, 2023 at 11:00 am. (Dkt. No. 17.) On January 12, 2023, the parties met and conferred as required by the Court's November

1

1  4, 2022 Order (Dkt. No. 6), the Civil Local Rules, and the Federal Rules, and all
2  Defendants filed their ADR certification on February 13.
3        Undersigned counsel for Plaintiffs has been called to jury service for the week of
4  January 30, 2023 to February 3, 2023. In light of this conflict, the parties stipulate and
5  agree to a one-week continuance of the initial Case Management Conference from
6  February 3, 2023 to February 10, 2023. As a result of the requested one-week
7  continuance, all current deadlines would be moved back one week, including the
8  deadlines identified in the November 4, 2022 Order (Dkt. No. 6) as falling on January 27,
9  2023 (which would be extended to February 3, 2023).
10       One prior time modification has been made in this case when the parties
11 stipulated to an extension of time to January 9, 2023 for Defendants to respond to the
12 Complaint. (Dkt. No. 16.)
13       In order to assist the Court in evaluating any need for disqualification or recusal,
14 the parties' Civil Local Rule 3-15 disclosures can be found at Dkt. Nos. 11, 15, and 20.

Dated: January 19, 2023　　　　　　　ALIOTO LEGAL

By: /s/ Joseph M. Alioto Jr.
       Joseph M. Alioto Jr.

*Counsel for Plaintiffs*

COOLEY LLP

By: /s/ Ethan Glass
     Ethan Glass

*Counsel for Defendant*
*Jetblue Airways Corporation*

|   |   |
|---|---|
|   | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|   |   |
|   | By:   */s/ Meredith R. Dearborn* |
|   |         Meredith R. Dearborn |
|   |   |
|   | *Counsel for Defendant Spirit Airlines, Inc.* |

**FILER'S ATTESTATION**

I attest that each of the above signatories has concurred in the filing of this document.

Dated: January 19, 2023                      ALIOTO LEGAL

                                                   By:   */s/ Joseph M. Alioto Jr.*
                                                                        Joseph M. Alioto Jr.

                                           *Counsel for Plaintiffs*

**[PROPOSED] ORDER**

On stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Initial Case Management Conference set for February 3, 2023 is VACATED and RESET to February 10, 2023 at 11:00 A.M. in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: January \_\_\_\_\_, 2023

                                  JEFFREY S. WHITE
                                  United States District Judge