Joseph M. Alioto Jr. (SBN 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 398-3800
Email: joseph@aliotolegal.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriel Garavanian, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JetBlue Airways Corporation and Spirit Airlines, Inc.,<br><br>Defendants. | Case No.: 22-CV-6841 JSW<br><br>**DECLARATION OF JOSEPH M. ALIOTO JR. IN SUPPORT OF JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, JOSEPH M. ALIOTO JR, DECLARE:

1. I represent Plaintiffs in the above-captioned case and intend to appear on behalf of Plaintiffs at the initial Case Management Conference.

2. The initial Case Management Conference is currently set for February 3, 2023 at 11:00 am. The parties request a one-week continuance.

3. I have been summoned to jury service during the week of January 30, 2023 to February 3, 2023 by the Superior Court of California, County of San Francisco.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 19, 2023

*/s/ Joseph M. Alioto Jr.*
JOSEPH M. ALIOTO JR.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ALIOTOLEGAL