UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JET BLUE AIRWAYS CORPORATION, et al.,<br><br>Defendants. | Case No. 22-cv-06841-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING DISCOVERY**<br><br>Re: Dkt. No. 28 |

The Court has received and considered the parties' joint case management conference statement and CONTINUES the case management conference set for February 10, 2023 to April 7, 2023 at 11:00 a.m. The parties shall file an updated joint case management conference statement by March 31, 2023.

In the interim, the Court REFERS all discovery disputes in this matter, including those raised in the joint case management conference statement, to a randomly assigned Magistrate Judge.

**IT IS SO ORDERED**.

Dated: February 6, 2023

_____
JEFFREY S. WHITE
United States District Judge