1  Joseph M. Alioto (SBN 42680)
2  Tatiana V. Wallace (SBN 233939)
   ALIOTO LAW FIRM
3  One Sansome Street, 35th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 434-8900
   Email:  jmalioto@aliotolaw.com
5

6  [Additional Counsel Listed on Last Page]
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 GABRIEL GARAVANIAN, KATHERINE R.
   ARCELL, JOSE M. BRITO, JAN-MARIE
12 BROWN, ROSEMARY D'AUGUSTA,
   BRENDA K. DAVIS, PAMELA FAUST,         CASE NO.:  3:22-cv-6841-JSW
13 CAROLYN FJORD, DON FREELAND,
   DONNA FRY, HARRY GARAVANIAN,           **PLAINTIFFS' REQUEST FOR
14 YVONNE JOCELYN GARDNER, VALERIE        PRODUCTION OF DOCUMENTS TO
   ANN JOLLY, MICHAEL C. MALANEY,         DEFENDANT JETBLUE AIRWAYS
15 LEN MARAZZO, LISA MCCARTHY,            CORPORATION (SET ONE)**
   TIMOTHY NIEBOR, DEBORAH M.
16 PULFER, BILL RUBINSOHN, SONDRA K.
   RUSSELL, JUNE STANSBURY, CLYDE D.
17 STENSRUD, GARY TALEWSKY, PAMELA
   S. WARD, CHRISTINE WHALEN,
18
19         Plaintiffs,
        v.
20

21 JETBLUE AIRWAYS CORPORATION,
   SPIRIT AIRLINES, INC.,
22
           Defendants.
23

24
25
26
27
28

                                          1
   *PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO JETBLUE AIRWAYS (SET ONE)*

| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFFS |
| RESPONDING PARTY: | DEFENDANT JETBLUE AIRWAYS CORPORATION |
| SET: | ONE |

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs GABRIEL GARAVANIAN, et al., ("Plaintiffs") propound the following Request for Production of Documents (Set One) upon Defendant JETBLUE AIRWAYS CORPORATION to respond within (30) days of service. The responses are to be served upon Plaintiffs' counsel.

## DEFINITIONS

The words and phrases used in these requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California. In addition, the following terms shall have the meanings set forth below whenever used in the Request for Production of Documents.

1. The terms "YOU" or "YOUR" means the Responding Party and its agents, officers, directors attorneys, representatives, employees, and all other persons acting or purporting to act on behalf of the Responding Party, or who are subject to its direction or control.

2. The terms "DOCUMENT" or "DOCUMENTS" means the original and all non-identical copy, regardless of origin or location of all written, printed, typed, recorded or graphic matter whatsoever, however produced or reproduced or stored, of all kind, nature and description and all non-identical copies of both sides thereof. For purposes of these requests, all DOCUMENTS which contains all note, comment, addition, deletion, insertion, annotation, or otherwise comprises a non-identical copy of another DOCUMENT shall be treated as a separate DOCUMENT subject to production

(including, but not limited to, inter- and intra-office communications), purchase orders, bills of lading, bid tabulations, questionnaires, surveys, contracts, options to purchase, memoranda of agreements, assignments, licenses, books of account, orders, invoices, statements, bills, checks, vouchers, notebooks, data sheets, data processing cards, wage statements, photographs, photographic negatives, phone records, tape recordings, wire recordings, transcripts of records, drawings, blueprints, catalogs, sound recordings, video recordings, brochures, inspection and test reports, electronic mail, electronic messages (including text, Twitter and other social media messages), all other written matter of all kind and all data or compilations from which information can be obtained and translated if necessary. Each request with respect to all DOCUMENTS should be considered as including all copies and, to the extent applicable, preliminary drafts of documents which, as to content, differ in all respect from the original or final draft or from each other (e.g., by reason of handwritten notes or comments having been made to one copy of a DOCUMENT but not another).

3. The terms "PERSON" or "PERSONS" means any natural person(s), firm(s), proprietorship(s), association(s), partnership(s), joint venture(s), government agency(ies), department(s) or entity(ies), corporation(s), limited liability company(ies) and every other type of organization or entity.

4. The phrase "RELATED TO" means making all reference to, mentioning, describing, supporting, concerning, pertaining to, and/or relating in all way.

## **INSTRUCTIONS**

1. YOU are required to produce DOCUMENTS or things in YOUR possession, custody, or control regardless of the physical location of such DOCUMENTS or things or whether such DOCUMENTS or things are possessed directly by YOU or YOUR

directors, officers, agents, employees, representatives, attorneys, subsidiaries, managing agents, or affiliates.

2. All DOCUMENTS should be produced in the same order as they are kept or maintained by YOU in the ordinary course of YOUR business.

3. If YOU are unable to answer or respond fully to any DOCUMENT request, answer or respond to the extent possible and specify the reasons for your inability to answer or respond in full.

4. If no responsive DOCUMENTS exist for any particular request, please specifically state that no responsive DOCUMENTS exist.

5. If any DOCUMENT responsive to these DOCUMENT requests is withheld based upon a claim of privilege, whether based on statute or otherwise, state separately for each such DOCUMENT, in addition to all other information requested: (a) the specific request which calls for its production; (b) the nature of the privilege claimed; (c) its date; (d) its author; (e) its addressees, if all; (f) the title (or position) of its author; (g) the type of DOCUMENT (e.g., letter, memorandum, telegram, chart, report, recording disc, etc.); (h) its title and subject matter (without revealing the information as to which the privilege is claimed); and (i) with sufficient specificity to permit the Court to make a full determination as to whether the claim of privilege is valid, each and every fact or basis on which YOU claim such privilege.

6. If any DOCUMENT requested is withheld based on a claim that such DOCUMENT constitutes attorney work-product, please provide all the information described in instruction 5 and identify the litigation in connection with which the DOCUMENT and the information it contains was obtained and/or prepared.

7. The obligation to answer these requests for production is continuing under Fed. R. Civ. P. 26(e). If at any time after answering these requests for production, YOU discover additional information that will make YOUR answers to these requests for production more complete or correct, amend your answers as soon as reasonably possible.

## DOCUMENT REQUESTS

1. All DOCUMENTS submitted to the United States government pursuant to the Hart-Scott-Rodino Act RELATED TO the proposed acquisition of SPIRIT AIRLINES, INC. by JETBLUE AIRWAYS CORPORATION.

Dated: January 14, 2023                ALIOTO LAW FIRM

By: /s/ *Joseph M. Alioto*
Joseph M. Alioto (SBN 42680)
Tatiana V. Wallace (SBN 233939)
One Sansome Street, Suite 3500
San Francisco, CA  94104
Telephone: (415) 434-8900
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | ADDITIONAL PLAINTIFFS COUNSEL: |
| 2 | Lawrence G. Papale (SBN 67068) |
| 3 | LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street, Suite 117 |
| 4 | St. Helena, CA 94574<br>Telephone: (707) 963-1704 |
| 5 | Email: lgpapale@papalelaw.com |
| 6 | Joseph M. Alioto Jr. (SBN 215544) |
| 7 | ALIOTO LEGAL<br>100 Pine Street, Suite 1250 |
| 8 | San Francisco, CA 94111<br>Telephone: (415) 398-3800 |
| 9 | E-mail: joseph@aliotolegal.com |
| 10 | Robert J. Bonsignore (SBN |
| 11 | BONSIGNORE TRIAL LAWYERS, PLLC<br>23 Forest Street |
| 12 | Medford, MA 02155<br>Phone: 781-856-7650 |
| 13 | Email: rbonsignore@classactions.us |
| 14 | Theresa Moore (SBN 99978) |
| 15 | LAW OFFICE OF THERESA D. MOORE PC<br>One Sansome Street, 35th Floor |
| 16 | San Francisco, CA 94104<br>Phone: (415) 613-1414 |
| 17 | tmoore@aliotolaw.com |
| 18 | Josephine Alioto (SNB 282989) |
| 19 | THE VEEN FIRM<br>20 Haight Street |
| 20 | San Francisco CA 94102<br>Telephone: (415) 673-4800 |
| 21 | Email: jalioto@veenfirm.com |
| 22 | Christopher A Nedeau (SBN 81297) |
| 23 | NEDEAU LAW PC<br>154 Baker Street |
| 24 | San Francisco, CA 94117-2111<br>Telephone: (415) 516-4010 |
| 25 | Email: cnedeau@nedeaulaw.net |
| 26 | |
| 27 | |
| 28 | |

*PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO JETBLUE AIRWAYS (SET ONE)*

# CERTIFICATE OF SERVICE

I, Hawrris Niazi, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Sansome Street, 35th Floor, San Francisco, CA 94104. On January 14, 2023, I served a copy of the within document(s):

**PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JETBLUE AIRWAYS CORPORATION (SET ONE)**

☒ **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 14, 2023, at San Francisco, California.

*/s/ Hawrris Niazi*
Hawrris Niazi

**SERVICE LIST**

Ethan Glass (SBN216159) eglass@cooley.com
1299 Pennsylvania Ave., NWSuite
700 Washington, DC 20004-2400
Telephone:(202) 842-7800
Facsimile:(202) 842-7899

Beatriz Mejia (SBN190948) mejiab@cooley.com
Embarcadero Center 20th Floor San Francisco, CA 94111-4004
Telephone:(415) 693-2000
Facsimile:(415) 693-2222

Attorneys for Defendant
JetBlue Airways Corporation