COOLEY LLP
ETHAN GLASS (SBN 216159)
eglass@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899

BEATRIZ MEJIA (SBN 190948)
mejiab@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

*Attorneys for Defendant
JetBlue Airways Corporation*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ANDREW C. FINCH (SBN 195012)
EYITAYO ST. MATTHEW-DANIEL (admitted *pro hac vice*)
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone:    (212) 373-3000
Facsimile:    (212) 757-3990

MEREDITH R. DEARBORN (SBN 268312)
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:    (628) 432-5100
Facsimile:    (628) 232-3101

*Attorneys for Defendant
Spirit Airlines, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Case No. 4:22-cv-06841-JSW (KAW) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER PURSUANT TO 28 U.S.C. § 1404** |

Pursuant to 28 U.S.C. § 1404(a), Plaintiffs and Defendants JetBlue Airways Corporation and Spirit Airlines, Inc. respectfully request an order transferring this case to the U.S. District Court for the District of Massachusetts. Section 1404(a) provides that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." In support of this joint stipulation, the Parties state as follows:

1. This case could have been brought in the District of Massachusetts because "[a]ny suit … under the antitrust laws against a corporation may be brought … in any district wherein it may be found or transacts business." 15 U.S.C. § 22. Both JetBlue and Spirit Airlines operate flights into and out of Massachusetts and therefore transact business in the District of Massachusetts.

2. "[A]ll parties have consented" to the transfer of this case to the District of Massachusetts. 28 U.S.C. § 1404(a).

3. Transfer to the District of Massachusetts is justified "for the convenience of the parties and witnesses, in the interests of justice." 28 U.S.C. § 1404(a). Defendants are headquartered on the East Coast, and many witnesses are located on the East Coast. Three of the 25 Plaintiffs in this action reside in Massachusetts, and more than 10 overall on the East Coast. Moreover, on March 7, 2023, the Department of Justice and three state attorneys general filed a lawsuit in the District of Massachusetts to block JetBlue's acquisition of Spirit Airlines, the same transaction challenged in this case. *See United States, et al. v. JetBlue Airways Corp., et al.*, Case No. 1:23-cv-10511-WGY (D. Mass. Mar. 7, 2023). Consolidation is feasible here.[1] *A. J. Indus., Inc. v. U.S. Dist. Ct. for Cent. Dist. of California*, 503 F.2d 384, 389 (9th Cir. 1974) (feasibility of consolidation is a factor in transfer under § 1404).

4. To facilitate the transfer of this action to the District of Massachusetts, the Parties have agreed as follows:

    a. Within 12 business days after the Court has entered (a) an Order transferring this action to the District of Massachusetts, and (b) the Protective Order as described below, JetBlue and Spirit will produce to Plaintiffs the documents

---

[1] Plaintiffs oppose consolidation.

and interrogatory responses they produced to the DOJ in response to the Second Request under the Hart-Scott-Rodino Act regarding the JetBlue-Spirit transaction, and any transcripts they have of depositions the DOJ took in its investigation of that transaction (the "Interim Production");

b. The proposed protective order attached as **Exhibit A,** once entered by the Court, will govern the Interim Production until the District of Massachusetts enters a protective order governing this case. At that point, the protective order entered to cover the Interim Production will cease to govern, and the protective order entered in the District of Massachusetts will govern in this case including as to any documents produced pursuant to this stipulation;

c. A redline comparison of the proposed protective order to this Court's model protective order is attached as **Exhibit B**;

d. With respect to the Interim Production, Plaintiffs agree not to assert that Defendants' act of disclosing the Interim Production constitutes a failure to take reasonable steps to prevent disclosure of privileged or protected materials under Federal Rule of Evidence 502(b); and

e. The documents to be produced in the Interim Production may all be designated under Paragraph 7b of the Protective Order as "Highly Confidential – Attorneys Eyes Only," notwithstanding any provisions in the Protective Order to the contrary.

For the foregoing reasons, **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that this case should be transferred to the District of Massachusetts.

Dated: March 16, 2023

Respectfully Submitted,

COOLEY LLP

By: */s/ Ethan Glass*
Ethan Glass (SBN 216159)
eglass@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004-2400
Telephone:     (202) 842-7800
Facsimile:     (202) 842-7899

Beatriz Mejia (SBN 190948)
mejiab@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Attorneys for Defendant JetBlue Airways Corporation*

Dated: March 16, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Meredith Dearborn*
Andrew C. Finch (SBN 195012)
Eyitayo St. Matthew-Daniel (admitted *pro hac vice*)
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 373-3000
Facsimile:     (212) 757-3990

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:     (628) 432-5100
Facsimile:     (628) 232-3101

*Attorneys for Defendant Spirit Airlines, Inc.*

Dated: March 16, 2023       ALIOTO LEGAL

By: */s/ Joseph Alioto*
Joseph M. Alioto Jr. (SBN 215544)
joseph@aliotolegal.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800

*Attorney for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Clerk shall transfer this action to the United States District Court for the District of Massachusetts and shall close this file.

Dated: March 17, 2023

_____
JEFFREY S. WHITE
United States District Judge