ADRMOP,CLOSED,REFDIS,TRANSF

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:22−cv−06841−JSW

Garavanian et al v. JetBlue Airways Corporation, et al

Assigned to: Judge Jeffrey S. White

Referred to: Magistrate Judge Kandis A. Westmore

Cause: 15:25 Clayton Act

Date Filed: 11/03/2022

Date Terminated: 03/17/2023

Jury Demand: Plaintiff

Nature of Suit: 410 Anti−Trust

Jurisdiction: Federal Question

**Plaintiff**

**Gabriel Garavanian**                    represented by    **Christopher A. Nedeau**
Nedeau Law PC
154 Baker Street
San Francisco, CA 94117−2111
415−516−4010
Email: cnedeau@nedeaulaw.net
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
Law Offices of Jeffery Kenneth Perkins
1550−G Tiburon Blvd., Suite 344
Tiburon, CA 94920
415−302−1115
Fax: 415−435−4053
Email: jefferykperkins@aol.com
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
Alioto Legal
100 Pine Street
Suite 1250
San Francisco, CA 94111
415−398−3800
Email: joseph@aliotolegal.com
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
The Veen Firm, P.C.
20 Haight Street
San Francisco, CA 94102
(415) 673−4800
Email: j.alioto@veenfirm.com
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
Law Offices of Lawrence G. Papale
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
707−963−1704
Email: lgpapale@papalelaw.com

*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
Law Offices of Lingel H. Winters
388 Market Street, Suite 900
San Francisco, CA 94111
(415) 398–2941
Fax: (415) 393–9887
Email: sawmill2@aol.com
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
781–350–0000
Email: rbonsignore@class–actions.us
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA 94104
Email: twallace@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
Law Office of Theresa D. Moore, PC
One Sansome Street
Ste 35th Floor
San Francisco, CA 94104
415–613–1414
Email: TMoore@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
Alioto Law Firm
One Sansome Street, 35th Floor
San Francisco, CA 94104
(415) 434–8900
Fax: (415) 434–9200
Email: jmalioto@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Katherine R. Arcell**                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jose M. Brito**                        represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan–Marie Brown**                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemary D'Augusta**                    represented by    **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda K. Davis**                    represented by    **Joseph M Alioto , Sr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Faust**                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Fjord**                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Freeland**                                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Fry**                                   represented by   **Joseph M Alioto , Sr**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Christopher A. Nedeau**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jeffery Kenneth Perkins**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joseph Michelangelo Alioto , Jr**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Josephine Leticia Alioto**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Lawrence Genaro Papale**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Lingel Hart Winters**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert J. Bonsignore**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Tatiana V Wallace**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Theresa Driscoll Moore**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Garavanian**                            represented by   **Christopher A. Nedeau**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jeffery Kenneth Perkins**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Jocelyn Gardner**                represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Jolly**                     represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael C. Malaney**                     represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Len Marazzo**                     represented by   **Joseph M Alioto , Sr**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa McCarthy**                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Timothy Niebor                        represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Deborah M. Pulfer                    represented by    **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bill Rubinsohn**                                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sondra K. Russell**                                represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Stansbury**                    represented by **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clyde D. Stensrud**                    represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Talewsky**                              represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela S. Ward**                              represented by   **Joseph M Alioto , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Nedeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lingel Hart Winters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Whalen**                            represented by   **Jeffery Kenneth Perkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph M Alioto , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josephine Leticia Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tatiana V Wallace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jet Blue Airways Corporation**                    represented by **Beatriz Mejia**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111–4004
415–693–2000
Fax: 415–693–2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Glass**
Cooley LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
202–776–2244
Email: eglass@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines, Inc.**                    represented by **Andrew C. Finch**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212 373 3417
Email: afinch@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eyitayo St. Matthew–Daniel**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212–373–3229
Email: tstmatthewdaniel@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meredith Richardson Dearborn**
Paul Weiss Rifkind Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
(628) 432–5100
Fax: (628) 232–3101
Email: mdearborn@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2022 | Ï 1 | COMPLAINT against All Defendants with jury demand ( Filing fee $ 402, receipt number BCANDC–17695694.). Filed by Gabriel Garavanian, Katherine R. Arcell, Jose M. Brito, Jan–Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen. (Attachments: # 1 Civil Cover Sheet)(Alioto, Joseph) (Filed on 11/3/2022) Modified on 11/4/2022 (jml, COURT STAFF). (Entered: 11/03/2022) |
| 11/03/2022 | Ï 2 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Gabriel Garavanian.. (Alioto, Joseph) (Filed on 11/3/2022) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 3 | Proposed Summons. (Alioto, Joseph) (Filed on 11/3/2022) (Entered: 11/03/2022) |
| 11/03/2022 | Ï | Electronic filing error. In the future please be sure to add all parties you represent when filing documents. Corrected by Clerk's Office. No further action is necessary. Re : 1 Complaint filed by Gabriel Garavanian (jml, COURT STAFF) (Filed on 11/3/2022) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 4 | Case assigned to Judge Jeffrey S. White. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (jml, COURT STAFF) (Filed on 11/3/2022) (Entered: 11/03/2022) |
| 11/04/2022 | Ï 5 | Summons Issued as to Jet Blue Airways Corporation, Spirit Airlines Inc.. (jml, COURT STAFF) (Filed on 11/4/2022) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/04/2022 | Ï 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Case Management Statement due by 1/27/2023. Initial Case Management Conference set for 2/3/2023 11:00 AM in Oakland, Courtroom 5, 2nd Floor. (Attachments: # 1 Notice of Eligibility for Video Recording)(jml, COURT STAFF) (Filed on 11/4/2022) (Entered: 11/04/2022)** |
| 11/10/2022 | Ï 7 | SUMMONS Returned Executed by Gabriel Garavanian. Jet Blue Airways Corporation served on 11/7/2022, answer due 11/28/2022. (Alioto, Joseph) (Filed on 11/10/2022) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 8 | SUMMONS Returned Executed by Gabriel Garavanian. Spirit Airlines Inc. served on 11/7/2022, answer due 11/28/2022. (Alioto, Joseph) (Filed on 11/10/2022) (Entered: 11/10/2022) |
| 11/21/2022 | Ï 9 | NOTICE of Appearance by Ethan Glass *for Defendant JetBlue Airways Corporation* (Glass, Ethan) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/21/2022 | Ï 10 | NOTICE of Appearance by Beatriz Mejia *for Defendant JetBlue Airways Corporation* (Mejia, Beatriz) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/22/2022 | Ï 11 | NOTICE of Appearance by Andrew C. Finch *for Defendant Spirit Airlines, Inc.* (Finch, Andrew) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 12 | NOTICE of Appearance by Meredith Richardson Dearborn *for Defendant Spirit Airlines, Inc.* (Dearborn, Meredith) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 13 | MOTION for leave to appear in Pro Hac Vice *for Eyitayo St. Matthew−Daniel* ( Filing fee $ 317, receipt number ACANDC−17751564.) filed by Spirit Airlines Inc.. (Attachments: # 1 Certificate of Good Standing)(St. Matthew−Daniel, Eyitayo) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 14 | Certificate of Interested Entities by Spirit Airlines Inc. (Finch, Andrew) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 15 | Corporate Disclosure Statement by Jet Blue Airways Corporation (Glass, Ethan) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 16 | STIPULATION Extending Time to Answer, Move, or Otherwise Respond to Complaint filed by Jet Blue Airways Corporation, Spirit Airlines, Inc. and Gabriel Garavanian, et al.. (Glass, Ethan) (Filed on 11/22/2022) Modified on 11/22/2022 (kkp, COURT STAFF). (Entered: 11/22/2022) |
| 12/02/2022 | Ï 17 | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT. Signed by Judge Jeffrey S. White on 12/2/2022. Joint Case Management Statement due by 1/27/2023. Initial Case Management Conference set for 2/3/2023 at 11:00 AM − Videoconference Only. This proceeding will be held via a Zoom webinar.**<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jsw<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of all names of all counsel appearing for all parties must be sent to the CRD at jswcrd@cand.uscourts.gov no later than 2/2/2023 at 12:00 p.m.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |

| | | |
|---|---|---|
| | | **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(kc, COURT STAFF) (Filed on 12/2/2022) (Entered: 12/02/2022) |
| 12/05/2022 | Ï 18 | NOTICE of Appearance by Robert J. Bonsignore (Bonsignore, Robert) (Filed on 12/5/2022) (Entered: 12/05/2022) |
| 12/06/2022 | Ï 19 | **ORDER by Judge Jeffrey S. White granting 13 Motion for Pro Hac Vice. (jswlc2, COURT STAFF) (Filed on 12/6/2022) (Entered: 12/06/2022)** |
| 01/05/2023 | Ï 20 | Certificate of Interested Entities by Gabriel Garavanian (Papale, Lawrence) (Filed on 1/5/2023) (Entered: 01/05/2023) |
| 01/09/2023 | Ï 21 | ANSWER to Complaint byJet Blue Airways Corporation. (Glass, Ethan) (Filed on 1/9/2023) (Entered: 01/09/2023) |
| 01/09/2023 | Ï 22 | ANSWER to Complaint bySpirit Airlines, Inc.. (Finch, Andrew) (Filed on 1/9/2023) (Entered: 01/09/2023) |
| 01/13/2023 | Ï 23 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *by JetBlue Airways Corporation* (Glass, Ethan) (Filed on 1/13/2023) (Entered: 01/13/2023) |
| 01/13/2023 | Ï 24 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *by Spirit Airlines, Inc.* (Dearborn, Meredith) (Filed on 1/13/2023) (Entered: 01/13/2023) |
| 01/19/2023 | Ï 25 | STIPULATION WITH PROPOSED ORDER *TO CONTINUE CASE MANAGEMENT CONFERENCE* filed by Gabriel Garavanian, Katherine R. Arcell, Jose M. Brito, Jan–Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen, Jetblue Airways Corporation and Spirit Airlines, Inc.. (Attachments: # 1 Declaration of Joseph M. Alioto Jr.)(Alioto, Joseph) (Filed on 1/19/2023) Modified on 1/20/2023 (jml, COURT STAFF). (Entered: 01/19/2023) |
| 01/19/2023 | Ï | Electronic filing error. **In the future please be sure to add all parties you represent when filing documents. Corrected by Clerk's Office. No further action is necessary.< /b> Re: 25 STIPULATION WITH PROPOSED ORDER** *TO CONTINUE CASE MANAGEMENT CONFERENCE* **filed by Gabriel Garavanian (jml, COURT STAFF) (Filed on 1/19/2023) (Entered: 01/20/2023)** |
| 01/20/2023 | Ï 26 | **ORDER by Judge Jeffrey S. White granting 25 Stipulation to Continue Initial Case Management Conference. Joint Case Management Statement due by 2/3/2023. Initial Case Management Conference set for 2/10/2023 11:00 AM in Oakland, Courtroom 5, 2nd Floor. (kkp, COURT STAFF) (Filed on 1/20/2023) Modified on 1/20/2023 (kkp, COURT STAFF). (Entered: 01/20/2023)** |
| 01/28/2023 | Ï 27 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *by Plaintiffs* (Papale, Lawrence) (Filed on 1/28/2023) (Entered: 01/28/2023) |
| 02/03/2023 | Ï 28 | JOINT CASE MANAGEMENT STATEMENT filed by Katherine R. Arcell, Jose M. Brito, Jan–Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Valerie Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen, Donna Fry, Jet Blue Airways Corporation, Spirit Airlines, Inc. (Alioto, Joseph) (Filed on 2/3/2023) Modified on 2/6/2023 (cjl, COURT STAFF). (Entered: 02/03/2023) |
| 02/06/2023 | Ï 29 | |

| | | |
|---|---|---|
| | | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING DISCOVERY. Signed by Judge Jeffrey S. White on 2/6/2023. Updated Joint Case Management Statement due by 3/31/2023. Initial Case Management Conference set for 4/7/2023 11:00 AM in Oakland, – Videoconference Only. (kkp, COURT STAFF) (Filed on 2/6/2023) (Entered: 02/06/2023)** |
| 02/07/2023 | Ī | CASE REFERRED to Magistrate Judge Kandis A. Westmore for Discovery (mkl, COURT STAFF) (Filed on 2/7/2023) (Entered: 02/07/2023) |
| 02/27/2023 | Ī 30 | JOINT DISCOVERY DISPUTE LETTER (DEFENDANTS MOTION TO ENTER PROTECTIVE ORDER) filed by Spirit Airlines, Inc., Gabriel Garavanian, Jet Blue Airways Corporation. (Attachments: # 1 Declaration of Meredith R. Dearborn, # 2 Exhibit A, # 3 Declaration of Andrew C. Finch, # 4 Declaration of Ethan Glass, # 5 Exhibit B)(Dearborn, Meredith) (Filed on 2/27/2023) Modified on 2/28/2023 (cjl, COURT STAFF). (Entered: 02/27/2023) |
| 02/27/2023 | Ī 31 | JOINT DISCOVERY LETTER (PLAINTIFFS DOCUMENT REQUEST) filed by Katherine R. Arcell, Jose M. Brito, Jan–Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Valerie Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen, Jet Blue Airways Corporation, Spirit Airlines, Inc. (Attachments: # 1 Exhibit A: Plaintiffs' Request for Production, # 2 Exhibit B: JetBlue Objections to RFP, # 3 Exhibit C: Spirit Objections to RFP)(Alioto, Joseph) (Filed on 2/27/2023) Modified on 2/28/2023 (cjl, COURT STAFF). (Entered: 02/27/2023) |
| 03/10/2023 | Ī 32 | **ORDER REGARDING 2/27/2023 DISCOVERY LETTERS re: 30 31 , Signed by Judge Kandis A. Westmore. (wft, COURT STAFF) (Filed on 3/10/2023) (Entered: 03/10/2023)** |
| 03/16/2023 | Ī 33 | STIPULATION WITH PROPOSED ORDER to Transfer Pursuant to 28 U.S.C. § 1404 filed by Jet Blue Airways Corporation, Spirit Airlines, Inc. and all plaintiffs. (Attachments: # 1 Exhibit A – Proposed Stipulated Protective Order, # 2 Exhibit B – Redline Proposed Protective Order)(Glass, Ethan) (Filed on 3/16/2023) Modified on 3/17/2023 (cjl, COURT STAFF). (Entered: 03/16/2023) |
| 03/17/2023 | Ī 34 | **PROTECTIVE ORDER. Signed by Judge Jeffrey S. White on 3/17/2023. (kc, COURT STAFF) (Filed on 3/17/2023) (Entered: 03/17/2023)** |
| 03/17/2023 | Ī 35 | **JOINT STIPULATION AND ORDER TO TRANSFER PURSUANT TO 28 U.S.C. § 1404 by Judge Jeffrey S. White granting 33 Stipulation to Transfer. ***Civil Case Terminated. (kc, COURT STAFF) (Filed on 3/17/2023) (Entered: 03/17/2023)** |