AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Gabriel Garavanian, et al., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:23-cv-10678-FDS |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date:   03/30/2023

/s/ Elizabeth Wright
*Attorney's signature*

Elizabeth Wright (MA BBO #569387)
*Printed name and bar number*

Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
*Address*

ewright@cooley.com
*E-mail address*

(617) 937-2300
*Telephone number*

(617) 937-2400
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., *Defendants*. | Civil Action No. 1:23-cv-10678-FDS |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on March 30, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: March 30, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
ewright@cooley.com
500 Boylston Street
14th Floor
Boston, MA  02116-3736
Telephone:   +1 617 937 2300
Facsimile:    +1 617 937 2400