UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10678-FDS |

**MOTION TO RELATE CASE**
**WITH PREVIOUSLY FILED ACTION**

Pursuant to Rules 40.1(g)(1) and 40.1(i)(1) of the Local Rules for the District of Massachusetts, Defendants JetBlue Airways Corporation and Spirit Airlines, Inc. respectfully move the Court to (1) relate the above-captioned action, *Garavanian v. JetBlue Airways Corp.*, to a nearly identical action brought by the United States and three states pending in the District of Massachusetts before the Honorable William G. Young, *United States, et al. v. JetBlue Airways Corp., et al.*, Civil Action No. 1:23-cv-10511; and (2) transfer this matter to Judge Young. The Garavanian action and the DOJ action are substantially the same case. They are both against the same defendants, arise out of the same underlying facts (the proposed merger between JetBlue and Spirit), involve claims under the same law (Section 7 of the Clayton Act, 15 U.S.C. § 18), seek substantially the same relief, and will be tried before the Court and without a jury. JetBlue and Spirit have conferred with the Garavanian Plaintiffs and they do not oppose the request to relate and transfer.

On July 28, 2022, JetBlue and Spirit announced that their respective boards of directors

approved a definitive merger agreement under which JetBlue would acquire Spirit. On November 3, 2022, Plaintiffs filed the Garavanian action in the United States District Court for the Northern District of California, challenging the proposed merger between JetBlue and Spirit under Section 7 of the Clayton Act and seeking declaratory and injunctive relief—not damages. *See* Complaint, *Garavanian v. JetBlue Airways Corp., et al.*, C.A. 4:22-cv-6841 JSW (KAW) (N.D. Cal.), ECF No. 1 ("Garavanian Dkt."). On March 7, 2023, the DOJ and the Attorneys General of Massachusetts, New York, and the District of Columbia filed the DOJ action in this Court. *See* Complaint, *United States, et al. v. JetBlue Airways Corp., et al.*, C.A. No. 1:23-cv-10511-WGY (D. Mass. Mar. 7, 2023), ECF No. 1 ("DOJ Dkt."). On March 16, 2023, the parties in the instant action filed a joint stipulation requesting transfer of the Garavanian action from the Northern District of California to the District of Massachusetts under 28 U.S.C. § 1404(a), citing the pendency of the DOJ action in this Court, among other factors. Garavanian Dkt., ECF No. 33. The Northern District of California granted the parties' request to transfer the next day, on March 17, 2023. *Id.*, ECF No. 35. On March 29, 2023, the instant action was docketed in the District of Massachusetts and assigned to The Honorable Chief Judge F. Dennis Saylor as Civil Action No. 1:23-cv-10678-FDS.

The Garavanian and DOJ actions are related under Local Rule 40.1. "The related case rule enhances the administration of the court by avoiding piecemeal litigation and minimizing the occurrence of inconsistent decisions." *See Bailey v. Dart Container Corp. of Mich.*, 980 F. Supp. 584, 590 n.11 (D. Mass. 1997) (citation omitted). Local Rule 40.1(g)(1) provides that a civil case "shall be deemed related to another civil case" if the following requirements are met: "(A) some or all of the parties are the same; and (B) one or more of the following similarities exist: (i) the cases involve the same or substantially similar issues of fact; (ii) the cases arise out of the same

occurrence, transaction or property; (iii) the cases involve insurance coverage for the same property, transaction or occurrence." Each of these elements is met. Under element (A), all defendants are the same in the two cases: JetBlue and Spirit. Under element (B)(i), the cases involve the same or substantially similar issues of fact. For example, a comparison of the two Complaints shows that both cases allege similar purported effects of the proposed merger, *compare* DOJ Dkt., ECF No. 1 ¶ 100 *and* Garavanian Dkt., ECF No. 1 ¶ 85. Similarly, both cases seek the same relief and both will be tried before the Court and not to a jury. *Compare* DOJ Dkt., ECF No. 1 ¶ 86 *and* Garavanian Dkt., ECF No. 1 ¶ 26.[1] Under element (B)(ii), the cases arise out of the same occurrence, transaction or property: the proposed JetBlue-Spirit merger. And element (B)(iii) is not applicable, as the cases do not involve insurance coverage at all.

Therefore, JetBlue and Spirit respectfully move the Court to (1) relate the Garavanian and DOJ actions and (2) instruct the clerk to transfer the Garavanian action to the Honorable William G. Young.

---

[1] While the Garavanian Complaint requests a jury trial, the Garavanian Plaintiffs waived that in their case management statement. Garavanian Dkt., ECF No. 28 at 14.

Dated: March 30, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
ewright@cooley.com
500 Boylston Street
Boston, MA  02116-3736
Telephone:   +1 617 937 2300
Facsimile:    +1 617 937 2400

*Attorney for Defendant JetBlue Airways Corp.*

Dated: March 30, 2023

CHOATE, HALL & STEWART LLP

*/s/ Samuel N. Rudman*
Samuel N. Rudman (MA BBO #698018)
srudman@choate.com
Two International Place
Boston, MA  02110
Telephone:   +1 617 248 4034

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Andrew C. Finch *(pro hac vice)*
Eyitayo St. Matthew-Daniel *(pro hac vice)*
Jay Cohen *(pro hac vice)*
Kate Wald *(pro hac vice)*
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jaycohen@paulweiss.com
kwald@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 373-3000
Facsimile:    (212) 757-3990

Meredith R. Dearborn *(pro hac vice)*
mdearborn@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone:   (628) 432-5100
Facsimile:    (628) 232-3101

*Attorneys for Defendant Spirit Airlines, Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion.  The other parties to this matter do not oppose the relief requested herein.

*/s/ Elizabeth Wright*
Elizabeth Wright

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Relate Case with Previously Filed Action, which was filed with the Court through the CM/ECF system on March 30, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Elizabeth Wright*
Elizabeth Wright