UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

GABRIEL GARAVANIAN, et al.,

                  *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

                  *Defendants*.

Civil Action No. 1:23-cv-10678-WGY

---

## CERTIFICATION OF MEREDITH R. DEARBORN FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Meredith R. Dearborn, hereby certify that:

1. I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 535 Mission Street, 24th Floor, San Francisco, CA 94105, and I am admitted to the bar of the State of California. My office telephone number is (202) 223-7323.

2. I am a member of good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on April 10, 2023 in San Francisco, California.

/s/     _Meredith R. Dearborn_
Meredith R. Dearborn