UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>        *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel Samuel N. Rudman, hereby moves that this Court enter an Order granting leave to Eyitayo St. Matthew-Daniel of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, to appear *pro hac vice* on behalf of Defendant Spirit Airlines, Inc. ("Spirit") in the above-captioned matter. In support of this motion, undersigned counsel submits that Ms. St. Matthew-Daniel has represented as follows:

1. On April 7, 2023, Samuel N. Rudman of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, who is a member in good standing of the bar of this Court, filed a Notice of Appearance in the above-captioned matter on behalf of Spirit.

2. Attorney Eyitayo St. Matthew-Daniel's certification pursuant to Local Rule 83.5.3 accompanies this motion as Exhibit A.

3. Pursuant to Local Rule 7.1(a), Defendants have conferred with counsel for the Plaintiffs, who have no objection to granting this motion.

WHEREFORE, the undersigned counsel respectfully moves that Eyitayo St. Matthew-Daniel be admitted to practice before this Court *pro hac vice*.

Dated: April 10, 2023

Respectfully submitted,

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4034
srudman@choate.com

*Attorney for Defendant Spirit Airlines, Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)

I hereby certify that Defendants conferred with counsel for Plaintiffs with respect to the relief requested in this motion and that counsel for Plaintiffs have no objection to granting this motion.

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2023.

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)