**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

Civil Action No. 1:23-cv-10678-WGY

## <u>CERTIFICATION OF KATE WALD FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Kate Wald, hereby certify that:

1.     I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, and I am admitted to the bar of the State of New York.  My office telephone number is (212) 373-3101.

2.     I am a member of good standing in every jurisdiction where I have been admitted to practice.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

5.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on April 10, 2023 in New York, New York.

/s/     *Kate Wald*
Kate Wald