# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br>   *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br>   *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## UNOPPOSED MOTION FOR ETHAN GLASS AND BEATRIZ MEJIA TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation ("JetBlue"), respectfully moves that Ethan Glass of the firm Cooley LLP, 1299 Pennsylvania Avenue NW, Suite 700, Washington, DC 20004-2400; and Beatriz Mejia of the firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111; be admitted *pro hac vice* to act as counsel for JetBlue in this case, having represented JetBlue while this case was pending in the Northern District of California. Mr. Glass and Ms. Mejia have executed certificates in accordance with Local Rule 85.5.3, which are submitted herewith. The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue Airways Corporation in this action.

Dated: April 10, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Elizabeth M. Wright*

Elizabeth M. Wright (MA BBO #569387)
ewright@cooley.com
500 Boylston Street
14th Floor
Boston, MA  02116-3736
Telephone:   +1 617 937 2300
Facsimile:    +1 617 937 2400

*Attorney for JetBlue Airways Corporation*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

/s/ Elizabeth Wright
Elizabeth Wright

**CERTIFICATE OF SERVICE**

I hereby that the foregoing motion, which was filed with the Court through the CM/ECF system on April 10, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Elizabeth Wright
Elizabeth Wright