# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

### CERTIFICATION OF ETHAN C. GLASS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ethan Charles Glass, certify the following:

1. I am a partner with the law firm Cooley LLP, 1299 Pennsylvania Avenue NW, Suite 700, Washington, DC 20004-2400. I am a member of the State Bar of California and the District of Columbia Bar, and I am admitted to practice in the following courts:

   - California
   - District of Columbia
   - U.S. District Court for the Central District of California
   - U.S. District Court for the Northern District of California
   - U.S. District Court for the Southern District of California
   - U.S. District Court for the District of Columbia
   - U.S. District Court for the District of Minnesota
   - U.S. District Court for the Western District of Michigan

- U.S. District Court for the Northern District of Illinois
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Federal Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: April 10, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Ethan C. Glass*
Ethan C. Glass
eglass@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899