## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

Civil Action No. 1:23-cv-10678-WGY

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Jay Cohen, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: April 11, 2023

Respectfully submitted,

<u>/s/ Jay Cohen</u>
Jay Cohen (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3163
jaycohen@paulweiss.com

*Attorney for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 11, 2023.

/s/ *Jay Cohen*