UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Meredith R. Dearborn, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 535 Mission Street, 24th Floor, San Francisco, CA 94105, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: April 11, 2023

Respectfully submitted,

/s/ *Meredith R. Dearborn*
Meredith R. Dearborn (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
(202) 223-7323
mdearborn@paulweiss.com

*Attorney for Defendant Spirit Airlines, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 11, 2023.

      /s/ *Meredith R. Dearborn*