UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Kate Wald, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: April 11, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Kate Wald*
　　　　　　　　　　　　　　　　　　Kate Wald (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Paul, Weiss, Rifkind, Wharton & Garrison LLP
　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　(212) 373-3101
　　　　　　　　　　　　　　　　　　kwald@paulweiss.com


　　　　　　　　　　　　　　　　　　*Attorney for Defendant Spirit Airlines, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 11, 2023.

                                                                /s/ *Kate Wald*