AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Gabriel Garavanian, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 04/11/2023

/s/ Ethan Glass
*Attorney's signature*

Ethan Glass (CA #216159)
*Printed name and bar number*

Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
*Address*

eglass@cooley.com
*E-mail address*

(202) 842-7800
*Telephone number*

(202) 842-7899
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on April 11, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: April 11, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Ethan Glass*
Ethan Glass (appearing *Pro Hac Vice*)
eglass@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

*Attorney for JetBlue Airways Corporation*