AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Gabriel Garavanian, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 04/11/2023

/s/ Beatriz Mejia
*Attorney's signature*

Beatriz Mejia (CA #190948)
*Printed name and bar number*

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
*Address*

bmejia@cooley.com
*E-mail address*

(415) 693-2000
*Telephone number*

(415) 693-2222
*FAX number*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on April 11, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: April 11, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Beatriz Mejia*
Beatriz Mejia (appearing *Pro Hac Vice*)
bmejia@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

*Attorney for JetBlue Airways Corporation*