EXHIBIT A – DECLARATION OF JOSEPH ALIOTO SR.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC, <br><br> Defendants | Case No. 1:23-CV-10678 |

## CERTIFICATION OF JOSEPH M. ALIOTO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Joseph M. Alioto certify the following:

1. I am an attorney licensed to practice law in the State of California and represent plaintiffs in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court of Massachusetts.

I certify that the foregoing is true and correct

2

Dated: April 12, 2023	Respectfully submitted,

By: /s/ Joseph M. Alioto

Joseph M. Alioto, Esq. (SBN 42680)
ALIOTO LAW FIRM
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 434-8900
Email: jmalioto@aliotolaw.com