# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,          )<br>                                                              )<br>           Plaintiffs,                              )<br>                                                              )<br>v.                                                         )     Case No. 1:23-CV-10678<br>                                                              )<br>                                                              )<br>JETBLUE AIRWAYS CORPORATION and  )<br>SPIRIT AIRLINES, INC,                        )<br>                                                              )<br>           Defendants                             )<br>                                                              ) | |

## PROPOSED ORDER GRANTING ADMISSION PRO HAC VICE OF ATTORNEY JOSEPH ALIOTO SR.

Upon the Motion of Robert J. Bonsignore, and the accompanying declaration, it is on this _____ day of _____, 2023, HEREBY ORDERED that Joseph Alioto Sr. shall be and hereby is admitted *pro hac vice* as counsel for the Plaintiffs in the above-captioned matter. Joseph Alioto Sr. shall subject himself to the jurisdiction of this Court and shall abide by the Local Rules of this Court as well as its Guidelines to Professional Courtesy and Conduct.

SO ORDERED.

_____
United States District Judge

4