**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,  )<br>   )<br>  Plaintiffs,  )<br>   )<br>v.   )<br>   )<br>   )<br>JETBLUE AIRWAYS CORPORATION and  )<br>SPIRIT AIRLINES, INC,  )<br>   )<br>  Defendants  )<br>   ) | Case No. 1:23-CV-10678 |

**MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JOSEPH ALIOTO**

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Robert J. Bonsignore, who is an attorney at the law firm of Bonsignore Trial Lawyers, PLLC, and who is admitted to practice before this Jurisdiction and has filed this action on behalf of the Plaintiffs Gabriel Garavanain et al, hereby moves that Joseph M. Alioto Jr. (SBN 215544) be granted admission to practice *Pro Hac Vice* as counsel for Garavanian et al in the above caption action. I am a member in good standing of the bar of the State of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

As stated in the accompanying declaration, the above listed attorney is a member in good standing of every jurisdiction where he has been admitted to practice and there are no disciplinary proceedings against him. *See* Declaration of Joseph Alioto, attached hereto as Exhibit A.

WHEREFORE the Plaintiffs respectfully request that Joseph Alioto be admitted to practice before this Court pro hac vice for the purpose of appearing as counsel for Plaintiffs in the above-captioned proceeding in accordance with the Rules of this Court.

Respectfully submitted,

PLAINTIFFS,
By their attorney,

Dated:  April 12, 2023

*/s/ Robert Bonsignore*
Robert J. Bonsignore, Esq. (BBO #547880)
Bonsignore Trial Lawyers, PLLC
23 FOREST STREET
MEDFORD, MA 0255
Office: 781-350-0000
Cell Phone:  781-354-1800
rbonsignore@classactions.us
***Counsel for Plaintiffs***

2

## CERTIFICATE OF SERVICE

I, Robert J. Bonsignore, hereby certify that on the 12th day of April, 2023, I caused the foregoing Motion to Appear Pro Hac Vice to be served by way of Electronic Mail to all counsel registered on the Court's CM/ECF system showing as a registered participant on the date so identified.

                                                    By: */s/ Robert Bonsignore*
                                                    Robert J. Bonsignore, Esq.