EXHIBIT A – DECLARATION OF JOSEPH ALIOTO

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, ) <br> )<br> Plaintiffs, ) <br> )<br> v. ) <br> )<br> ) <br> JETBLUE AIRWAYS CORPORATION and ) <br> SPIRIT AIRLINES, INC, ) <br> )<br> Defendants ) <br> ) | Case No. 1:23-CV-10678 |

## CERTIFICATION OF JOSEPH M. ALIOTO JR. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, JOSEPH M. ALIOTO JR., certify:

1. I am an attorney licensed to practice law in the State of California and represent plaintiffs in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court of Massachusetts.

I certify that the foregoing is true and correct.

Dated: April 12, 2023 /s/ *Joseph M. Alioto Jr.*

Joseph M. Alioto Jr. (SBN 215544)
**ALIOTO LEGAL**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 398-3800
joseph@aliotolegal.com