EXHIBIT A – DECLARATION OF JOSEPHINE ALIOTO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>) Case No. 1:23-CV-10678<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATION OF JOSEPHINE L. ALIOTO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Josephine L. Alioto certify the following:

1. I am an attorney licensed to practice law in the State of California and represent plaintiffs in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court of Massachusetts.

I certify that the foregoing is true and correct

2

Dated: April 12, 2023,          Respectfully submitted,



By: /s/ Josephine L. Alioto
Josephine L. Alioto
THE VEEN FIRM
20 Haight Street San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.

2