# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.,*  )<br>)<br>Plaintiffs,                    )<br>)<br>v.                                       )<br>)<br>)<br>JETBLUE AIRWAYS CORPORATION and )<br>SPIRIT AIRLINES, INC,           )<br>)<br>Defendants                      )<br>) | Case No. 1:23-CV-10678 |

## PROPOSED ORDER GRANTING ADMISSION PRO HAC VICE OF ATTORNEY JOSEPHINE ALIOTO

Upon the Motion of Robert J. Bonsignore, and the accompanying declaration, it is on this _____ day of _____, 2023, HEREBY ORDERED that Josephine Alioto shall be and hereby is admitted *pro hac vice* as counsel for the Plaintiffs in the above-captioned matter. Josephine Alioto shall subject herself to the jurisdiction of this Court and shall abide by the Local Rules of this Court as well as its Guidelines to Professional Courtesy and Conduct.

SO ORDERED.

                                                                            United States District Judge