EXHIBIT A – DECLARATION OF LAWRENCE PAPALE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC, <br><br> Defendants | ) ) ) ) ) ) Case No. 1:23-CV-10678 ) ) ) ) ) ) |

**CERTIFICATION OF LAWRENCE G. PAPALE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Lawrence G. Papale certify the following:

1. I am an attorney licensed to practice law in the State of California and represent plaintiffs in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court of Massachusetts.

I certify that the foregoing is true and correct

2

Dated: April 12, 2023                               Respectfully submitted,


                                    By: /s/ Lawrence G. Papale
                                           Lawrence G. Papale (SBN 67068)
                                           LAW OFFICES OF
                                           LAWRENCE G. PAPALE
                                           The Cornerstone Building
                                           1308 Main Street, Suite 117
                                           St. Helena, CA 94574