EXHIBIT A – DECLARATION OF LINGEL WINTERS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:23-CV-10678 |

## CERTIFICATION OF LINGEL H. WINTERS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Lingel H. Winters certify the following:

1. I am an attorney licensed to practice law in the State of California and represent plaintiffs in the above-captioned case.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court of Massachusetts.

I certify that the foregoing is true and correct

2

Dated: April 11, 2023                    Respectfully submitted,


                                         By: */s/ Lingel H. Winters*

                                         Lingel H. Winters, Esq.
                                         (Calif. State Bar No. 37759)
                                         LAW OFFICES OF LINGEL H. WINTERS
                                         A Professional Corporation
                                         2900 Shasta Rd.
                                         Berkeley, California 94708
                                         Telephone (510) 845-5914
                                         Email: sawmill2@aol.com