UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>JETBLUE AIRWAYS CORPORATION and  )<br>SPIRIT AIRLINES, INC,  )<br>)<br>Defendants  )<br>) | Case No. 1:23-CV-10678 |

**PROPOSED ORDER GRANTING ADMISSION PRO HAC VICE OF ATTORNEY LINGEL WINTERS**

Upon the Motion of Robert J. Bonsignore, and the accompanying declaration, it is on this _____ day of _____, 2023, HEREBY ORDERED that Lingel Winters shall be and hereby is admitted *pro hac vice* as counsel for the Plaintiffs in the above-captioned matter. Lingel Winters shall subject himself to the jurisdiction of this Court and shall abide by the Local Rules of this Court as well as its Guidelines to Professional Courtesy and Conduct.

SO ORDERED.

_____
United States District Judge