UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, et al.., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Senior Trial Counsel in the above-captioned case as counsel for Movant United States of America, for the limited purpose of protecting its interests in *United States, et al. v. JetBlue Airways Corp., et al.*, 1:23-cv-10511-WGY.

Respectfully submitted,

Dated:  April 25, 2023          By:     */s/ Edward W. Duffy*
                                        EDWARD W. DUFFY
                                        Senior Trial Counsel
                                        U.S. Department of Justice
                                        Antitrust Division
                                        450 Fifth Street NW, Suite 8700
                                        Washington, DC 20530
                                        Tel: (202) 812-4723
                                        Fax: (202) 598-2680
                                        Edward.Duffy@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  April 25, 2023                                    */s/ Edward W. Duffy*
                                                                                 EDWARD W. DUFFY
                                                                                 Senior Trial Counsel