UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>                          *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>                          *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

### **[PROPOSED] ORDER**

1.      Non-party United States has filed a motion, ECF No. ___, requesting that the Court: (1) permit the United States to file a status report and order the parties in the above-captioned case to file a revised Proposed Case Management Order by April 28, 2023; (2) stay entry of a Scheduling and Case Management Order in the above-captioned action until after that submission; and (3) schedule a status conference on May 1, 2023, or at the Court's earliest convenience.

2.      For the reasons set forth in the United States' motion, it is hereby ORDERED that:

    1) The United States may file a status report on or before April 28, 2023;

    2) The parties in the above-captioned matter shall file a revised Proposed Case Management Order on or before April 28, 2023;

    3) Entry of a Scheduling and Case Management Order in the above captioned matter is STAYED until after the submission of a status report by the United States and a revised Proposed Case Management Order; and

2

4) A status conference in the above-captioned matter is hereby set for _____ at _____.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS

2