```
                 UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS (Boston)

                               No. 1:23-cv-10678-WGY


  GABRIEL GARAVANIAN, et al,
           Plaintiffs


  vs.


  JETBLUE AIRWAYS CORPORATION, et al,
           Defendants


                          *********


                 For Zoom Hearing Before:
                  Judge William G. Young


                 Initial Status Conference


                    United States District Court
                    District of Massachusetts (Boston)
                    One Courthouse Way
                    Boston, Massachusetts 02210
                    Thursday, April 13, 2023


                          *******


              REPORTER: RICHARD H. ROMANOW, RPR
                    Official Court Reporter
                 United States District Court
       One Courthouse Way, Room 5510, Boston, MA 02210
                  bulldog@richromanow.com
```

```
 1                    A P P E A R A N C E S

 2


 3   JOSEPH MICHELANGELO ALIOTO, JR., ESQ.
     JOSEPHINE LETICIA ALIOTO, ESQ.
 4      Alioto Legal
        100 Pine Street, Suite 1250
 5      San Francisco, CA 94111
        (415) 398-3800
 6      Email: Joseph@aliotolegal.com
        For Plaintiffs
 7


 8   ETHAN GLASS, ESQ.
     ELIZABETH M. WRIGHT, ESQ.
 9      Cooley LLP - Library
        1299 Pennsylvania Avenue, NW
10      Suite 700
        Washington, DC 20004
11      (202) 776-2244
        Email: Eglass@cooley.com
12      For Defendant Jet Blue Airways Corporation


13


14   JAY COHEN, ESQ.
     MEREDITH DEARBORN, ESQ.
15      Paul Weiss, Rifkind, Wharton & Garrison, LLP
        1285 Avenue of the Americas
16      New York, NY 10019-6064
        (212) 373-3000
17      Email: Jaycohen@paulweiss.com
    and
18   SAMUEL NEWLAND RUDMAN, ESQ.
        Choate, Hall & Stewart
19      Two International Place
        100-150 Oliver Street
20      Boston, MA 02110
        (617) 288-5000
21      Email: Srudman@choate.com
        For Defendant Spirit Airlines, Inc.
22


23


24


25
```

```
 1            P R O C E E D I N G S
 2            (Begins, 12:25 p.m.)
 3            THE COURT:  Good afternoon counsel and thank you
 4   for attending on this initial case management scheduling
 5   conference held on our zoom platform.  Our host for the
 6   conference is Courtroom Deputy Clerk, Jennifer Gaudet,
 7   and the proceedings are taken down by our Official Court
 8   Reporter, Rich Romanow.
 9            These proceedings are open to the public.  If any
10   members of the public are present, you are of course
11   welcome, but I must caution you to keep your microphone
12   muted and the rules of court remain in full force and
13   effect, that means there is no taping, streaming,
14   rebroadcast, screen shots, or other transcription of
15   these proceedings.
16            THE COURT:  With that said, would counsel identify
17   themselves starting with the plaintiff.
18            MR. ALIOTO:  Good afternoon, your Honor, my name
19   is Joseph Alioto, Jr., I represent the plaintiffs.
20            THE COURT:  And good afternoon to you, sir.
21            MS. ALIOTO:  Good afternoon, your Honor, Josephine
22   Alioto for the plaintiffs as well.
23            THE COURT:  And you're both welcome.
24            For the defense?
25            MR. GLASS:  Good afternoon, your Honor, Ethan
```

1   Glass and Elizabeth Wright on behalf of Jet Blue.
2          THE COURT:  And good afternoon to you.
3          MR. COHEN:  Good afternoon, your Honor, Jay Cohen
4   and Meredith Dearborn for Spirit and our Boston counsel,
5   Samuel Rudman, from Choate Hall is on as well.
6          THE COURT:  And good afternoon to you.
7          Is the United States, um, they're not formally
8   part of this, but is a representative present?
9          (Silence.)
10         THE COURT:  No.  It's not required.
11         All right.  Let me tell you what I propose here
12  and see how this suits.
13         I propose -- the parties in the case brought by
14  the United States have negotiated a very thorough case
15  management schedule which the Court has already approved
16  and indeed has approved with praise to the parties.  My
17  thought would be to, um, consolidate this case, for
18  purposes of discovery only, with the case I have brought
19  by the government.
20         My present thinking, though it's something that
21  can be revisited at the time of the final pretrial
22  conference, is certainly not to try this case with the
23  government's case.  And in the government's case, the
24  parties have agreed that there would be no motions to
25  dismiss or for summary judgment.  I do not intend to

1    pick that up with respect to this case.  If the defense
2    wants to engage in such motion practice, they may, and
3    we'll see where we stand.  But that's what I intended to
4    do today.
5         And we'll turn to the Aliotos, the plaintiffs'
6    counsel.  How does that suit?
7         MR. ALIOTO:  Thank you, your Honor.  I actually
8    discussed this briefly with counsel for Jet Blue
9    yesterday and I think it makes a lot of sense for us to
10   coordinate on discovery with the government's case.  I
11   think we are certainly in strong agreement with the
12   Court's reluctance to have this case consolidated
13   formally for trial.  We do have strong feelings about
14   trying our case in the manner in which we feel is
15   appropriate to represent our clients.  So -- but I think
16   it does make sense for us to coordinate with the
17   government's case with respect to discovery.
18        I have reviewed, but only briefly, and have
19   discussed, but only briefly with counsel for Jet Blue,
20   the case management order that the Court issued in the
21   government's case, what I would request, with respect to
22   that, is to allow the parties to continue to meet and
23   confer about some of the details in the Court's order
24   and perhaps we could, um, file a joint statement at a
25   later time and have a case management and official

```
 1    scheduling conference at that time.
 2         THE COURT:  How much time do you want?
 3         MR. ALIOTO:  I would think 10 days, your Honor,
 4    for us to confer and file a joint statement and then to
 5    set up a Rule 16 conference.
 6         THE COURT:  And Jet Blue?
 7         MR. GLASS:  No objection to 10 days, your Honor.
 8         THE COURT:  Spirit?
 9         MR. COHEN:  No objection, your Honor.
10         THE COURT:  Okay, that all makes sense, um, with
11    one exception.  I don't know that we need a conference
12    again for the plaintiffs in this case.  My practice is
13    that you submit a proposed memorandum and where you have
14    disagreement you set those disagreements, the
15    plaintiffs' position and the defendants' position, and
16    then like a baseball arbitrator I simply adopt one
17    position or another as to each separate dispute.
18         So, um, actually in --  you've got yourself some
19    work here because the, um, joint recommendation made by
20    the parties in the government's case is 40 pages long,
21    but it was excellent, so I, um, ask you to turn to that
22    as a model.
23         But we'll give you 10 days.  Then I will settle
24    the case management schedule.  If anyone thinks we need
25    another conference, feel free to be in touch with
```

```
 1   Ms. Gaudet and I will consider having it.
 2          Is that satisfactory to the plaintiffs?
 3          MR. ALIOTO:  That's excellent, thank you, your
 4   Honor.
 5          THE COURT:  And to the defense?
 6          MR. GLASS:  Your Honor, Ethan Glass on behalf of
 7   Jet Blue.  That works well for us, your Honor.
 8          I do have a couple of comments that I'd like to
 9   make about a trial, if your Honor will so indulge me?
10          THE COURT:  I will, yes.
11          MR. GLASS:  Thank you, your Honor.
12          So this is a bench trial, just like the DOJ case
13   is a bench trial, and so we see that there is
14   significant, almost complete overlap between the
15   presentations that your Honor will hear in both cases.
16   And so we want to flag for your Honor that there's
17   tremendous efficiency having some coordination even at
18   trial.  But we appreciate, your Honor, we will meet and
19   confer with the plaintiffs and talk through what our
20   proposal would be and bring that to your Honor in 10
21   days.
22          Second, your Honor, we respectfully request the
23   same decision timeline as your Honor suggested with
24   regard to the DOJ case.  So, as I recall, your Honor was
25   suggesting that the Court would try to get a decision by
```

```
 1    the end of the year in the DOJ case, and Jet Blue
 2    respectfully requests that the same general timeline
 3    apply here for this case, that your Honor be thinking
 4    about when he would like to have the presentation of
 5    evidence in this case with the idea that Jet Blue is
 6    requesting a decision on this at the same time.
 7         THE COURT:  Those comments make sense.  I tried to
 8    foreshadow them by saying it was something we would
 9    consider at the time of the final pretrial conference,
10    but I have both your requests in mind and I'm sensitive
11    to the fact that they are both jury-waived cases.
12         Anything from Spirit?
13         MR. COHEN:  No, your Honor.
14         THE COURT:  All right.
15         Well welcome aboard to the Aliotos and I look
16    forward to working with you and I will deal with the,
17    um, proposed case management schedule when it's filed.
18         MR. ALIOTO:  Your Honor, if I might?  I'm sorry,
19    I'm Joseph Alioto, Jr.  May I have just a moment to
20    bring up one issue that I did want to raise with the
21    Court?
22         THE COURT:  Of course.
23         MR. ALIOTO:  So, um, your Honor, one of the
24    concerns that we have is the possibility of this merger
25    that's being challenged both by the plaintiff and by the
```

1    Department of Justice closing before this Court has had
2    an opportunity to review the merits of the case.
3         We have had, in other cases, representations of
4    defense counsel that the merger will not close before
5    the Court is permitted to -- before the Court has an
6    opportunity to rule on it.  This brings up the
7    requirement or the necessity for us to file, by way of
8    example, a preliminary injunction motion.  I wanted to
9    just bring that up, that of course if the parties or if
10   the defendants were to close this merger before the
11   trial, that would not be a good situation.  So it's
12   something that we've --
13        THE COURT:  Well, all right, living in the real
14   world, I -- they have been, apparently, and I accept it,
15   quite forthcoming as to their timeline and, um, I have
16   that in mind.  I'm not going to ask for any formal
17   representations.  I would expect, if the representations
18   already made to the Court were to change, I would be,
19   and you would be informed in a -- as soon as counsel
20   were aware of that changed situation.  But other than
21   that, really I think that what Jet Blue had to say about
22   my saying that I would try to get a decision with
23   reasonable promptitude after the government's
24   evidentiary hearing, and of course they say they want
25   you to be a part of it and maybe you should be, um, I

```
 1    think that goes in your case as well.  I think we can
 2    expect that they will be forthcoming if there's any
 3    changed situation.
 4           MR. ALIOTO:  Excellent.  Thank you, your Honor.
 5           THE COURT:  Anything else to be said today?
 6           (Silence.)
 7           THE COURT:  Hearing nothing, I look forward to
 8    working with you.  We'll stand in recess.
 9           (Ends, 12:30 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER, do hereby certify that the foregoing record is a true and accurate transcription of my stenographic notes before Judge William G. Young, on Thursday, April 13, 2023, to the best of my skill and ability.

/s/ Richard H. Romanow 04-25-23
_____
RICHARD H. ROMANOW    Date