UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL d, *et al.*,<br><br>                *Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC.,<br><br>                *Defendants.* | Civil Action No. 1:23-cv-10678-WGY |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS STEPHEN G. LARSON, ROBERT F. RUYAK AND S. GREGORY HERRMAN**

Pursuant to Local Rule 83.5.3, Robert J. Bonsignore, who is an attorney at the law firm of Bonsignore Trial Lawyers, PLLC, and is a member in good standing of the bar of this Court, moves this Court to grant leave to admit Stephen G. Larson, Robert F. Ruyak and S. Gregory Herrman to appear and practice before the Court *pro hac vice* in this action on behalf of all Plaintiffs.

In support of this motion, the undersigned states as follows:

1. The business address and telephone number of Stephen G. Larson is Larson LLP, 555 South Flower Street, Suite 4400, Los Angeles, California 90071, phone number (213) 436-4888.

2. The business address and telephone number of Robert F. Ruyak and S. Gregory Herrman is Larson LLP, 900 17th Street NW, Suite 320, Washington, DC 20006, phone number (202) 795-4900.

3. As stated in the accompanying declarations, the above listed attorneys are members in good standing of every jurisdiction where they have been admitted to practice and there are no disciplinary proceedings against them. *See* Declarations of Stephen G. Larson, Robert F. Ruyak and S. Gregory Herrman, attached hereto as Exhibits A, C and E, respectively.

4. Stephen G. Larson is experienced in complex civil and white collar criminal litigation and has been made familiar with the factual and legal issues involved in this case, and the Local Rules of the United States District Court for the District of Massachusetts. See Exhibit B – individual biography.

5. Robert F. Ruyak is experienced in antitrust and competition litigation and has been made familiar with the factual and legal issues involved in this case, and the Local Rules of the United States District Court for the District of Massachusetts *See* Exhibit D – individual biography.

6. S. Gregory Herrman is experienced in intellectual property litigation in federal court and has been made familiar with the factual and legal issues involved in this case, and the Local Rules of the United States District Court for the District of Massachusetts *See* Exhibit F – individual biography.

7. My appearance as counsel for Plaintiffs is on record.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Plaintiffs respectfully request that Stephen G. Larson, Robert F. Ruyak and S. Gregory Herrman be admitted to practice before the Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs in the above-captioned proceeding in accordance with the Rules of this Court.

May 2, 2023                                             Respectfully submitted,

/s/*Robert J. Bonsignore*
Robert Bonsignore
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, Massachusetts 02155
(781) 350-0000
rbonsignore@classactions.us

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Robert J. Bonsignore, Esq., do hereby certify that on this 2nd day of May, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management Electronic Case filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

*/s/ Robert Bonsignore*
  Robert J. Bonsignore, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, *Plaintiffs,* v. JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC., *Defendants.* | Civil Action No. 1:23-cv-10678-WGY |

## PROPOSED ORDER GRANTING ADMISSION PRO HAC VICE OF ATTORNEYS STEPHEN G. LARSON, ROBERT F. RUYAK AND S. GREGORY HERRMAN

Upon the Motion of Robert J. Bonsignore, and the accompanying Declarations of Stephen G. Larson, Robert F. Ruyak and S. Gregory Herrman, it is on this ____ day of _____, 2023, HEREBY ORDERED that Stephen G. Larson, Robert F. Ruyak and S. Gregory Herrman of the law firm of Larson, LLP, shall be and hereby are admitted *pro hac vice* as counsel for Plaintiffs in the above-captioned matter. Stephen G. Larson, Robert F. Ruyak and S. Gregory Herrman, shall subject themselves to the jurisdiction of this Court and shall abide by the Local Rules of this Court as well as its Guidelines to Professional Courtesy and Conduct.

SO ORDERED

_____
United States District Judge