EXHIBIT A – DECLARATION OF STEPHEN G. LARSON

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>                         *Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, and<br>SPIRIT AIRLINES, INC.,<br><br>                        *Defendants.* | Civil Action No. 1:23-cv-10678-WGY |

## <u>DECLARATION OF ATTORNEY STEPHEN G. LARSON</u>
## <u>IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>

I, Stephen G. Larson, declare as follows:

1. I am an attorney with Larson LLP, 555 South Flower Street, Suite 4400, Los Angeles, California 90071.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter. Attached hereto is my curriculum vitae.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. I am a member in good standing of the bar of the State of California.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I have over 30 years of experience as a trial and appellate lawyer, including nearly 10 years as United States Federal Judge. A summary of my experience can be found in my curriculum vitae, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  May 1, 2023                                     Respectfully submitted,


                                                        _____

                                                        Stephen G. Larson (CASB No. 145225)
                                                        LARSON LLP
                                                        555 South Flower Street, Suite 4400
                                                        Los Angeles, California 90071
                                                        Telephone: (213) 436-4888
                                                        Email: slarson@larsonllp.com