# EXHIBIT C – DECLARATION OF ROBERT F. RUYAK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC., <br><br> *Defendants.* | Civil Action No. 1:23-cv-10678-WGY |

## DECLARATION OF ATTORNEY ROBERT F. RUYAK
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Robert F. Ruyak, declare as follows:

1. I am an attorney with Larson LLP, 900 17th Street NW, Suite 320, Washington, DC 20006.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter. Attached hereto is my curriculum vitae.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. I am a member in good standing of the bars of the District of Columbia, Pennsylvania and New York.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I have over four decades of experience as a trial and appellate lawyer. A summary of my experience can be found in my curriculum vitae, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 1, 2023

Respectfully submitted,

_____
Robert F. Ruyak (DC Bar # 233304)
LARSON LLP
900 17th Street NW, Suite 320
Washington, DC  20006
Telephone: (202) 795-4900
Email: rruyak@larsonllp.com