EXHIBIT D – INDIVIDUAL BIOGRAPHY OF ROBERT F. RUYAK

# Robert F. Ruyak

**PARTNER**

| | | | |
|---|---|---|---|
| TEL | 202.798.4661 | OFFICE | Washington, D.C. |
| FAX | 202.795.4888 | | |
| EMAIL | rruyak@larsonllp.com | | |



Recognized by clients and colleagues as a "legal innovator" and "outstanding first-chair trial lawyer," Robert ("Bob") Ruyak is one of the nation's most experienced and respected litigators and trial advocates.

For four decades, he has served as lead and first-chair trial counsel in dozens of complex, high-stakes cases.

## Notable Experience and Results

Bob focuses substantively and procedurally on the protection and enhancement of his clients' competitive interests. His competition litigation practice covers antitrust monopolies, anticompetitive agreements, and restraints; patent enforcement and infringement defense; trade secret and business theft; fraudulent, unfair and deceptive practices; copyright and trademark infringement; and false advertising. He represents both plaintiffs and defendants in class action, insurance recovery, shareholder, and contract disputes.

In his diverse litigation practice, Bob also represents individuals and corporations in civil and criminal investigations and cases initiated by the U.S. Department of Justice, the Securities and Exchange Commission, the Department of Agriculture, the Internal Revenue Service, and various State Attorney General offices.

With extensive experience in alternative dispute resolution, Bob has served as lead counsel in arbitrations in the U.S., Bermuda, and the U.K. He spent over a decade on the board of the International Institute for Conflict Prevention and Resolution, including as chairman of its International Committee.

## Professional Impact

Bob's contributions to the legal profession extend far beyond his litigation practice. A former law firm managing and co-founding partner, Bob is known for promoting innovations in law practice management and young attorney training, skills development, and career management. Such innovations extend to continuing legal education and trial techniques—including trial strategy, use of experts, and presentation technologies. Bob is also a founder and has served on the board of the Catholic Charities Pro Bono Legal Network.

**EDUCATION**

- Georgetown University Law Center, J.D.
- Gannon University, B.A.

**ADMISSIONS**

- District of Columbia
- New York
- Pennsylvania
- U.S. Supreme Court
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of International Trade
- U.S. Court of Appeals for

## Prior Experience

Prior to joining Larson, Bob co-founded a nationally recognized technology and competition law boutique and was previously a partner at an Am Law 100 firm. He gained decades of experience at a global intellectual property and litigation firm, where he started as an associate and worked his way up to managing partner.

## Robert's Representative Matters

### Significant Prior Representations:

- Represented defendants Perfectus Aluminum, Inc. and Perfectus Aluminum Acquisitions, LLC in a criminal trial alleging wire fraud, customs fraud, money laundering and conspiracy counts.
- Represented plaintiff shareholders of Consert, Inc. against Landys +Gyr (Toshiba) and certain officers and directors of Consert for breach of fiduciary duty, fraud, and conspiracy to defraud in the sale of Consert to Landy+Gyr (Toshiba), which resulted in a favorable settlement for plaintiff shareholders during trial.
- Successfully represented defendant United Memories, Inc. in a jury trial against allegations of breach of a DRAM design agreement and misappropriation of trade secrets.
- Defended Globus in a patent litigation trial involving spine implants and surgical instruments, resulting in a favorable settlement for Globus while the case was on an appeal.
- Defended American Airlines against allegations of improper contract termination in a bench trial.
- Represented defendant Eaton Corporation in a jury trial against allegations of monopolization and exclusive dealing in the manufacture and sale of heavy-duty truck transmissions.
- Represented plaintiff GTE in an arbitration brought by Verizon (GTE) to obtain insurance coverage for costs and losses incurred for required alterations to communications systems to comply with Y2K requirements under certain insurance contracts.
- Represented Johnson & Johnson in class actions and *parens patriae* cases brought by 28 State Attorney Generals offices alleging claims of antitrust price fixing and refusals to deal in the sales of prescription contact lenses.
- Represented patent holder Personalized Mass Media, Inc. in a patent bench trial seeking to exclude the importation of digital television cable boxes based on their infringement of Personalized Mass Media patents.
- Successfully represented DuPont in an arbitration seeking insurance coverage from XL for settlement and case defense costs expended by DuPont in the defense of farm insecticide product liability cases.
- Represented plaintiff Wang Laboratories in a jury trial on claims of patent infringement by Mitsubishi of Wang Laboratories' semiconductor patents.
- Represented plaintiff American Health Advisors and obtained a jury verdict in a

---

the Federal Circuit
- U.S.D.C. District of Columbia
- U.S.D.C. Eastern District of New York
- U.S.D.C. Southern District of New York
- U.S.D.C. Eastern District of Texas
- England and Wales

**CLERKSHIPS**

- Hon. John J. Sirica U.S.D.C. District of Columbia

**PRACTICE AREAS**

- Appellate Litigation
- Complex Civil Litigation
- Antitrust and Competition Litigation
- Class Action
- Commercial Litigation
- Intellectual Property and Patent Litigation
- International Arbitration
- Partnership Disputes and Securities Litigation
- Internal Investigations and Compliance
- White Collar Defense and Government Investigations

- breach of contract action against the University of Texas for failure to pay for the implementation of a system created by American Health for the tracking and reimbursement of Medicare and Medicaid expenditures by the UT hospital system.
- Obtained a jury verdict and damages on claims of patent infringement of Wang Laboratories' seminal patents covering memory modules used in mini and desktop computers by defendants Toshiba and NEC.
- Represented plaintiffs Jones & Laughlin Steel Corp. and Republic Steel Corp. against the major northeastern railroads alleging antitrust claims of group boycott and monopolization of docks on Lake Erie used for the transshipment of raw iron ore used in the manufacture of steel in Ohio and Pennsylvania. Obtained jury verdict and damages in excess of $600 million, which was upheld on appeal, and cert was denied by the U.S. Supreme Court.
- Represented defendant Wang Laboratories in a jury trial and obtained a defense verdict in an alleged breach of a dealer distribution agreement for the sale of computer systems and software.
- Represented defendant Wang Laboratories in a jury trial and obtained a defense verdict on claims of breach of an employment contract and counterclaim for theft of trade secrets.
- Represented defendant Mead Corporation in a nationwide class action jury trial resulting from the multidistrict consolidation of several class actions alleging price fixing of corrugated containers.
- Represented defendant Mead Corporation in a criminal jury trial based on the indictments of 32 companies and individuals alleging a nationwide price fixing conspiracy in the corrugated container industry, obtaining complete acquittal.

# Robert's Associations

- International Institute for Conflict Prevention and Resolution, *Former Board Member and International Committee Chairman*
- Georgetown University Law Center, *Member and Former Chairman of the Board of Visitors*
- Gannon University, *Former Member of the Board of Trustees*
- Catholic Charities Pro Bono Legal Network, *Founder, Board Member and Former Board Chair*

# Robert's Awards & Recognitions

- Legal Times, Visionary Award,
- The Best Lawyers in America, for Litigation – Patent, 2011-2023
- Georgetown University Law Center, Paul Dean Alumni Award,
- The John Carroll Society , Pro Bono Legal Service Medal,

LARSON         Robert F. Ruyak
               PARTNER                                              larsonllp.com