EXHIBIT E – DECLARATION OF S. GREGORY HERRMAN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC., <br><br> *Defendants.* | Civil Action No. 1:23-cv-10678-WGY |

### DECLARATION OF ATTORNEY S. GREGORY HERRMAN
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, S. Gregory Herrman, declare as follows:

1. I am an attorney with Larson LLP, 900 17th Street NW, Suite 320, Washington, DC 20006.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter. Attached hereto is my curriculum vitae.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and am admitted in US District Courts in the Eastern and Western Districts of Virginia, and the US Courts of Appeals for the Federal Circuit and Second Circuit.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. I have over 15 years of experience litigating in federal court, and have served as faculty for Practising Law Institute (PLI) on ethics issues.  A summary of my experience can be found in my curriculum vitae, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 1, 2023

Respectfully submitted,

_____
S. Gregory Herrman (DC Bar # 983114)
Larson LLP
900 17th Street NW, Suite 320
Washington, DC 20006
Telephone: (202) 795-4900
Email: gherrman@larsonllp.com