EXHIBIT F – INDIVIDUAL BIOGRAPHY OF S. GREGORY HERRMAN

# S. Gregory Herrman

**COUNSEL**

| | | | |
|---|---|---|---|
| TEL | 202.870.5773 | OFFICE | Washington, D.C. |
| FAX | 202.795.4888 | | |
| EMAIL | gherrman@larsonllp.com | | |

Greg Herrman brings a distinctive skillset to each case: a substantial technical background and the ability to simplify complex technical issues for judges and juries.

Greg has over 15 years of experience litigating intellectual property cases. He focuses his practice on patent litigation, with an emphasis on computer-related technologies. Greg's degrees in electrical engineering and computer science and his decade of industry experience make him uniquely suited to handle these cases.

With his client's goal always at the forefront of his strategy, Greg has negotiated resolutions on behalf of several clients to avoid costly litigation. He is known for quickly identifying strong positions and developing case strategies based on these positions to obtain leverage for settlement. Greg, however, also has significant trial experience and is prepared to take any case to trial when necessary.

A registered patent attorney, Greg has managed portfolios for several large corporations. He has also successfully handled *inter partes* reviews and re-examinations.

Greg is widely considered a patent law thought leader. He teaches and lectures on patent issues, served as faculty for the Practicing Law Institute's (PLI) patent litigation program, and provides practice content for LexisNexis on intellectual property topics. Greg also regularly publishes articles and speaks about intellectual property topics.

In his pro bono work, Greg successfully secured VA benefits for several of our veterans. In recognition of his commitment to pro bono, he was named to the 2017 Capital Pro Bono Honor Roll, and awarded "High Honors" for his dedicated hours of service.

Prior to joining Larson, Greg practiced in the intellectual property litigation department of an Am Law 100 firm. Before practicing law, Greg worked for 10 years as an engineer developing complex business processes, databases, and graphic simulation systems. He earned a master's degree in computer science and a bachelor's degree in electrical engineering.



**EDUCATION**

- The Catholic University of America Columbus School of Law, J.D., magna cum laude
- The George Washington University, M.S.
- University of Alabama, B.S.E.E.

**ADMISSIONS**

- District of Columbia
- Virginia
- U.S. Patent and Trademark Office
- U.S. Department of Veteran Affairs
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for Veteran's Claims
- U.S.D.C Eastern District of Virginia
- U.S.D.C Western District of Virginia

## S. Gregory's Representative Matters

### Significant Prior Representations:

- Secured dismissal of patent infringement claims under 28 U.S.C. 1498 for

LARSON

larsonllp.com

- government subcontractor.
- Successfully opposed motion to compel discovery on unidentified mobile devices, thereby limiting accused products to those identified in the preliminary infringement contentions.
- Presented strong arguments at Markman hearing in the Eastern District of Texas resulting in favorable settlement for mobile device manufacturer.
- Drafted patent owner preliminary response in inter parties review that resulted in the Patent Trial and Appeal Board denying institution.
- Secured dismissal of all claims for oven manufacturer, including trade secret, Lanham Act and contract claims, resulting in favorable settlement of co-pending arbitration
- Successfully appealed lower court's damages decision in breach of contract lawsuit, resulting in a favorable settlement for chip manufacturer.

**PRACTICE AREAS**

- Complex Civil Litigation
- Intellectual Property and Patent Litigation