UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

## [PROPOSED] ORDER REGARDING CASE COORDINATION

On consideration of the United States' Motion to Stay Entry of Proposed Scheduling and Case Management Order and for Status Conference, the responses of Defendants and Private Plaintiffs (Private Action ECF Nos. 78, 81, 82), and the United States' May 3, 2023 status report,[1] the Court ORDERS:

1. **Private Action Trial Date:** The Court declines to set a trial date for the Private Action that is before or during the trial of the Government Action and instead sets the Private Action for trial during the month of December 2023 or [_____] 2024.

2. **Deposition Coordination:** A deposition that is noticed in the Private Action and not in the Government Action shall not be used in the Government Action except to the extent that it could be used if taken in an unrelated action. In any fact deposition noticed in both the Government Action and the Private Action (a "Cross-Noticed Deposition"):

---

[1] The "Government Action" means *United States v. JetBlue Airways Corp.*, Case No. 1:23-cv-10511-WGY. The parties to the Government Action are Plaintiffs the United States of America, Commonwealth of Massachusetts, States of California, Maryland, New Jersey, New York, and North Carolina and the District of Columbia (collectively, the "Government") and Defendants JetBlue Airways Corporation and Spirit Airlines, Inc. The "Private Action" means *Garavanian v. JetBlue Airways Corp.*, Case No. 1:23-cv-10678-WGY. Plaintiffs in the Private Action are referred to as "Private Plaintiffs"; together with Defendants, "Private Parties."

      a.      The Government shall have the ability to examine witnesses before Private Plaintiffs.

      b.      If the Cross-Noticed Deposition is of a witness identified on the preliminary witness lists served in the Government Action, the noticing party or parties in the Government Action shall set the date of the deposition, with reasonable efforts to accommodate scheduling conflicts of the witness and relevant counsel, provided that notice of such deposition is served by May 15, 2023.  For Cross-Noticed Depositions for which the first deposition notice is served after May 15, 2023, the parties to the Government Action and the Private Action shall use reasonable efforts to agree on a date.

      c.      The Government shall have the amounts of time for witness examinations provided in the Government Action CMO (Government Action, ECF No. 79), and Private Plaintiffs and Defendants shall have the amount of time for witness examinations set by the Court on consideration of the Proposed Private Action CMO (Private Action, ECF No. 76) or the amendment(s) thereto that Private Plaintiffs have advised that they will make, and Defendants may make, on May 4, 2023.

      d.      Other than depositions of divestiture buyers that take place over two days under the Government Action CMO, if a deposition is continued to a second day, any other examination within the scope of the Government's examination shall conclude on the first day, and counsel for the Government may in their discretion attend the second day either remotely or in person.  Further, if a deposition is continued to a second day, there shall be no conferencing between that witness and any counsel regarding the witness's deposition testimony until the deposition concludes.

    e. Counsel for Private Plaintiffs may in their discretion attend Cross-Noticed Depositions either remotely or in person.

    f. Defendants shall not seek to use in the Government Action deposition testimony of a witness from the scope of Private Plaintiffs' examination unless the Government affirmatively uses that witness's deposition testimony from the scope of Private Plaintiffs' examination.

  3. **Written and Document Discovery Coordination:**  By May 8, 2023, the Parties and the Government shall submit a proposed protective order that permits Confidential and Highly Confidential Information, including Investigation Materials produced by the Government to Defendants in the Government Action, to be disclosed in both actions, while giving non-Party Protected Persons under the Protective Order in the Government Action (ECF No. 66) substantially the same rights in the Private Action, as well as notice and the opportunity to object to the use of their Confidential or Highly Confidential Information in the Private Action. Confidential or Highly Confidential Information of non-Party Protected Persons in the Government Action shall only be used in the Private Action, and disclosed to Private Plaintiffs or their counsel, according to the forthcoming protective order.

SO ORDERED this ___ day of May, 2023.

                _____
                Hon. William G. Young
                United States District Judge