UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, ET AL., <br><br> Defendant. | Civil Action No.: 1:23-cv-10678-WGY |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Counsel in the above-captioned case as counsel for Plaintiffs.

Dated: May 4, 2023

/s/ *Stephen G. Larson*
Stephen G. Larson
slarson@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
*(Admitted Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on May 4, 2023, will be sent electronically to all registered participants as identified on this Notice of Electronic Filing.

Dated: May 4, 2023                                                   /s/ *Stephen G. Larson*
                                                                              Stephen G. Larson