UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, ET AL.,<br><br>　　　　　　Defendant. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Counsel in the above-captioned case as counsel for Plaintiffs.

Dated: May 4, 2023

/s/*Robert F. Ruyak*
Robert F. Ruyak
rruyak@larsonllp.com
**LARSON LLP**
900 17th Street, NW, Suite 320
Washington, DC. 200006
Tel: (202) 798-4661
Fax: (202) 795-4888
(Admitted Pro Hac Vice)

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on May 4, 2023, will be sent electronically to all registered participants as identified on this Notice of Electronic Filing.

Dated: May 4, 2023                                         /s/*Robert F. Ruyak*
                                                              Robert F. Ruyak