Christopher A. Nedeau (SBN 81297)
Attorney at Law
NEDEAU LAW FIRM
154 Baker Street San Francisco, CA 94117
Telephone: 415-516-4010
Email: cnedeau@nedeaulaw.net

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC,<br><br>Defendants. | Case No. 1:23-CV-10678<br><br>**CERTIFICATION OF CHRISTOPHER NEDEAU IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Judge:  Honorable William G. Young |

I, Christopher Nedeau., certify:

1.      I am an attorney licensed to practice law in the State of California and represent plaintiffs in the above-captioned case.

2.      I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

1      5.     I have read and agree to comply with the Local Rules of the United States

2 District Court of Massachusetts.

3

4      I certify that the foregoing is true and correct.

5

6 Dated: May 8, 2023

7      Christopher A. Nedeau (SBN 81297)
Attorney at Law
8      NEDEAU LAW FIRM
154 Baker Street San Francisco, CA 94117
9      Telephone: 415-516-4010
Email: cnedeau@nedeaulaw.net
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27