AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Gabriel Garavanian, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 05/18/2023

/s/ Zachary R. Hafer
*Attorney's signature*

Zachary R. Hafer (MA BBO #569389)
*Printed name and bar number*

Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
*Address*

ZHafer@cooley.com
*E-mail address*

(617) 937-2300
*Telephone number*

(617) 937-2400
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on May 18, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: May 18, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Zachary R. Hafer*
Zachary R. Hafer (MA BBO #569389)
ZHafer@cooley.com
500 Boylston Street
14th Floor
Boston, MA  02116-3736
Telephone:   +1 617 937 2300
Facsimile:   +1 617 937 2400

*Attorney for JetBlue Airways Corporation*