UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

**JOINT MOTION FOR ENTRY OF STIPULATED JOINT PROTECTIVE ORDER AND ORDER GOVERNING PRODUCTION OF INVESTIGATION MATERIALS**

In accordance with Rule 26(c) of the Federal Rules of Civil Procedure and Rule 7.2 of the Local Civil Rules, all Parties to the Government Action and the Private Action respectfully move for entry of the attached Stipulated Joint Protective Order and Order Governing Production of Investigations Materials ("Joint Protective Order") in both actions.[1]

---

[1] The "Government Action" means *United States v. JetBlue Airways Corp.*, Case No. 1:23-cv-10511-WGY, and the "Private Action" means *Garavanian v. JetBlue Airways Corp.*, Case No. 1:23-cv-10678-WGY. The "Government" means the plaintiffs in the Government Action. The "Parties" means all parties to both actions.

The Parties have agreed to the proposed Joint Protective Order as a compromise to resolve one of the United States' objections to the proposed case management order in the Private Action, embodied in Paragraph 3 of the United States' May 3, 2023 Proposed Order (Private Action ECF No. 78-1). The proposed Joint Protective Order provides for disclosure of material from the Government Action in the Private Action, but only after non-parties that provided such material receive notice and the opportunity to object in the Private Action, as well as the same level of protection in the Private Action as in the Government Action. *See* Joint Protective Order ¶¶ 24-25, 29-30.[2]

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed Joint Protective Order.[3]

Dated: May 26, 2023                                                     Respectfully submitted,

/s/ Joseph M. Alioto Jr._____              /s/ Edward W. Duffy_____
Joseph M. Alioto Jr.                                                     Edward W. Duffy
ALIOTO LEGAL                                                          John M. Briggs
100 Pine Street, Suite 1250                                         United States Department of Justice
San Francisco, California 94111                                  Antitrust Division
joseph@aliotolegal.com                                             450 Fifth Street, NW, Suite 4000
                                                                                    Washington, D.C. 20530
/s/ Stephen G. Larson_____              Telephone: (202) 812-4723
Stephen G. Larson                                                      Fax: (202) 307-5802
LARSON LLP                                                              Email: edward.duffy@usdoj.gov
555 South Flower Street, Suite 4400
Los Angeles, California 90071                                    *Attorneys for Plaintiff United States of America*
slarson@larsonllp.com
                                                                                    /s/ William T. Matlack_____
*Attorneys for Plaintiffs Gabriel Garavanian, et*                William T. Matlack (MA Bar No. 552109)
*al.*                                                                                 Office of the Attorney General
                                                                                    One Ashburton Place, 18th Floor

---

[2] By submitting the proposed Joint Protective Order, none of the Parties takes a position on any objections that non-parties may make after receiving notice of the proposed Joint Protective Order.
[3] The Parties are not at this time seeking to file any documents with the Court under seal. Rather, they wish to limit the dissemination of documents, testimony, and information provided by the Parties and non-parties during discovery. In accordance with Paragraph 48 of the proposed Order, the Parties will only file Confidential Information or Highly Confidential Information under seal pursuant to Local Rule 7.2 regarding Impoundment and Confidential Materials.

/s/ Elizabeth M. Wright
Elizabeth M. Wright (MA BBO #569387)
Zachary R. Hafer (MA BBO #569389)
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2349
ewright@cooley.com
zhafer@cooley.com

Ethan Glass (*admitted pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 842-7800
eglass@cooley.com

Richard Schwed (*admitted pro hac vice*)
Jessica Delbaum (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
rschwed@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (*admitted pro hac vice*)
Michael Mitchell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, D.C. 20004
Telephone: (202) 508-8108
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel Mossman Zieminski (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Telephone: (214) 271-5385
rachel.zieminski@shearman.com

*Attorneys for Defendant JetBlue Airways Corporation*

Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorney for Plaintiff the Commonwealth of Massachusetts*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff the State of New York*

/s/ C. William Margrabe
C. William Margrabe (*admitted pro hac vice*)
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, D.C. 20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov

*Attorney for Plaintiff the District of Columbia*

/s/ Schonette J. Walker
Schonette J. Walker (*admitted pro hac vice*)
Gary Honick (*admitted pro hac vice*)
Byron Warren (*admitted pro hac vice*)
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State Maryland*

/s/ Komal K. Patel
Komal K. Patel (*admitted pro hac vice*)
Deputy Attorney General
Office of the California Attorney General
300 South Spring Street, Suite 1702

*/s/* Andrew C. Finch
Andrew C. Finch (*admitted pro hac vice*)
Jay Cohen (*admitted pro hac vice*)
Eyitayo St. Matthew-Daniel (*admitted pro hac vice*)
Kate Wald (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
afinch@paulweiss.com
jaycohen@paulweiss.com
tstmatthewdaniel@paulweiss.com
kwald@paulweiss.com

Meredith Dearborn (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (650) 208-2788
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

Los Angeles, CA 90013
Tel: (213) 269-6000
Email: Komal.Patel@doj.ca.gov

*Attorneys for Plaintiff State of California*

/s/ Bryan S. Sanchez
Bryan S. Sanchez (*admitted pro hac vice*)
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, New Jersey 07102
Telephone: (973) 648-6835
Bryan.Sanchez@law.njoag.gov
Ana.Atta-Alla@law.njoag.gov

*Attorneys for Plaintiff the State of New Jersey*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice Post Office Box 629
Raleigh, North Carolina 27602
Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2023, I filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

/s/ Elizabeth M. Wright
Elizabeth M. Wright