## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARVANIAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, non-party United Airlines, Inc. hereby discloses the following:

United Airlines, Inc. ("United") is a wholly owned subsidiary of United Airlines Holdings, Inc. (a publicly traded corporation). There are no other publicly held corporations that hold 10 percent or more of United's stock.

Dated: June 2, 2023

Respectfully submitted,

UNITED AIRLINES, INC.

By its attorney,

/s/ *John J. Falvey, Jr.*
John J. Falvey, Jr. (BBO No. 542674)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
jfalvey@goodwinlaw.com

*Attorneys for United Airlines, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this June 2, 2023.

                                             */s/ John J. Falvey, Jr.*