AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | ) | |
|---|---|---|
| Gabriel Garavanian, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-10678-WGY |
| JetBlue Airways Corporation, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southwest Airlines Co.

Date: 06/02/2023

/s/ Allison M. Aviki
*Attorney's signature*

Allison M. Aviki (MA Bar No. 688328)
*Printed name and bar number*

1221 Avenue of the Americas
New York, New York 10020

*Address*

aaviki@mayerbrown.com
*E-mail address*

(212) 506-2310
*Telephone number*

(212) 849-5910
*FAX number*