IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., *Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., *Defendants*. | Case No. 1:23-cv-10678-WGY |

**CERTIFICATION OF JAMES P. DENVIR IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, James P. Denvir, being of legal age and under oath, state as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP with an office located at 1401 New York Avenue, N.W., Washington, DC 20005. My telephone number is (202) 237-2727; my facsimile number is (202) 237-6131; and my email is jdenvir@bsfllp.com

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. I am a member in good standing of the District of Columbia Bar.  I am also a member in good standing of the following: U.S. District Court for The District of Columbia; U.S.

District Court for The Eastern District of Michigan; U.S. District Court for The Western District of Michigan; U.S. District Court for The Northern District of Oklahoma; U.S. District court for the District of Colorado; District of Columbia Court of Appeals; District of Columbia Court of Appeals for The District of Columbia Circuit; US Court of Appeals for The Federal Circuit; U.S. Court of Appeals for The Sixth Circuit; U.S. Court of Appeals for The Tenth Circuit; U.S. Court of Appeals for The Ninth Circuit; U.S. Court of Appeals for The First Circuit and the Supreme Court of the United States. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

     4.     I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

     5.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 5, 2023            */s/ James P. Denvir*
                                                   James P. Denvir