AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Garavanian et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10678 |
| JetBlue Airways Corporation, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southwest Airlines Co.

Date: 06/05/2023

s/ William H. Stallings
*Attorney's signature*

William H. Stallings 444924
*Printed name and bar number*

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

*Address*

wstallings@mayerbrown.com
*E-mail address*

(202) 263-3807
*Telephone number*

(202) 830-0328
*FAX number*