**EXHIBIT D**

| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 30 2011 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| WAYNE TALEFF; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>SOUTHWEST AIRLINES CO.; et al.,<br><br>　　　　Defendants - Appellees. | No. 11-16173<br><br>D.C. No. 3:11-cv-02179-JW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  CANBY, WARDLAW, and GOULD, Circuit Judges.

　　Appellees' motion for sanctions is granted.  *See* 28 U.S.C. § 1927.  This matter is referred to the Appellate Commissioner for determination of the amount of attorneys fees to be awarded.

AT/MOATT