UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants.* | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants.* | Case No. 1:23-cv-10678-WGY |

## DECLARATION OF MARY LEHNER

I, Mary Lehner, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am an attorney and member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia. I am a partner at the law firm of Freshfields Bruckhaus Deringer LLP, 700 13th Street, NW, Washington, DC 20005. I have personal knowledge of the facts stated below.

2. Attached as Exhibit A to Non-Party United Airlines, Inc.'s Memorandum in Support of its Partial Objection to Joint Motion for Entry of Protective Order is a true and correct copy of an e-mail sent from Mike G. Tetrault, counsel for JetBlue Airways

- 2 -

Corporation, to myself and Ahmad Al Dajani, counsel for United Airlines, Inc. on April 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June 2023 in Washington, DC.

*/s/ Mary Lehner*

Mary Lehner
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
mary.lehner@freshfields.com