UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE OF SCOTT PEACHMAN

PLEASE TAKE NOTICE that Scott Peachman, an attorney with the firm of Paul Hastings LLP, and who is admitted to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

Dated:  June 07, 2023

Respectfully submitted,

By: /s/ Scott Peachman
Scott Peachman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6962
scottpeachman@paulhastings.com

*Counsel for Airbus Americas, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

| | |
|---|---|
| Dated: June 07, 2023 | Respectfully submitted, |
| | By: /s/ Scott Peachman |
| | Scott Peachman |
| | Paul Hastings LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | 212-318-6962 |
| | scottpeachman@paulhastings.com |