UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

### MOTION FOR ADMISSION OF NATHANIEL B. EDMONDS *PRO HAC VICE*

Now comes Scott Peachman, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Nathaniel B. Edmonds as counsel for non-party Airbus Americas, Inc.

As set forth in the accompanying Certification, Nathaniel B. Edmonds certifies that (1) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) he has not previously had a pro hac vice admission to the Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts. The United States does not object; counsel attempted to contact Plaintiffs and Defendants but was not able to ascertain their position as of the time of filing.

Dated: June 07, 2023

By: /s/ Scott Peachman

- 2 -

Scott Peachman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6962
scottpeachman@paulhastings.com