UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

### MOTION FOR ADMISSION OF NOAH PINEGAR *PRO HAC VICE*

Now comes Scott Peachman, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Noah Pinegar as counsel for non-party Airbus Americas, Inc.

As set forth in the accompanying Certification, Noah Pinegar certifies that (1) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) he has not previously had a pro hac vice admission to the Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts. The United States does not object; counsel attempted to contact Plaintiffs and Defendants but was not able to ascertain their position as of the time of filing.

- 2 -

Dated: June 07, 2023　　　　　　　　　　By: /s/ Scott Peachman

　　　　　　　　　　　　　　　　　　　　Scott Peachman
　　　　　　　　　　　　　　　　　　　　Paul Hastings LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　212-318-6962
　　　　　　　　　　　　　　　　　　　　scottpeachman@paulhastings.com