UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

**CERTIFICATION OF NOAH PINEGAR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Noah Pinegar, state that:

1. I make this declaration in support of the accompanying Motion for Admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am an associate at the law firm of Paul Hastings, LLP, 200 Park Avenue, New York NY, 10166, 212-318-6057.

3. I am a member in good standing of the bars of New York, the District of Columbia, and Texas.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local rule 83.5.3) revoked for misconduct.

6. I am familiar with, and agree to comply with, the local rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 7th day of June 2023.

*/s/ Noah Pinegar*
Noah Pinegar
Paul Hastings LLP
200 Park Ave
New York, NY 10166
noahpinegar@paulhastings.com