## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of David C. Tolley, of Latham & Watkins LLP, 200 Clarendon Street, Boston, Massachusetts 02116 as an attorney representing non-party American Airlines Group Inc. in the above-captioned action.

Dated: June 7, 2023

Respectfully submitted,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorney for American Airlines Group Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                              /s/ David C. Tolley
                                              David C. Tolley