UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants. | Civil Action No.: 1:23-cv-10678-WGY |

## MOTION FOR MARGUERITE M. SULLIVAN TO APPEAR *PRO HAC VICE*

The undersigned, counsel for non-party American Airlines Group Inc. ("American") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Marguerite M. Sullivan, an attorney practicing at Latham & Watkins LLP, be permitted to appear as counsel for American and practice in this Court *pro hac vice*. The certification of Attorney Sullivan is filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: June 7, 2023

Respectfully submitted,

/s/ David C. Tolley
David C. Tolley (BBO# 676222)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
david.tolley@lw.com

*Attorney for American Airlines Group Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that American Airlines Group Inc. has attempted to confer with counsel for all parties in a good faith effort to resolve or narrow the issues raised in this motion, and all counsel assent to this motion except for Plaintiffs who did not respond with their position.

/s/ David C. Tolley
David C. Tolley

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ David C. Tolley
David C. Tolley