UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JETBLUE AIRWAYS CORP., ET AL.,<br><br>　　　　Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE OF NOAH PINEGAR

PLEASE TAKE NOTICE that Noah Pinegar, an attorney with the firm of Paul Hastings LLP, and who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Noah Pinegar
Noah Pinegar
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6057
noahpinegar@paulhastings.com

*Counsel for Airbus Americas, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Noah Pinegar
Noah Pinegar
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6057
noahpinegar@paulhastings.com