# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORP., ET AL.,<br><br>Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE OF MICHAEL F MURRAY

PLEASE TAKE NOTICE that Michael F Murray, an attorney with the firm of Paul Hastings LLP, and who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated:  June 8, 2023 | Respectfully submitted,<br><br>By: /s/ Michael F. Murray<br>Michael F. Murray<br>Paul Hastings LLP<br>2050 M St NW<br>Washington, DC 20036<br>202-551-1730<br>michaelmurray@paulhastings.com<br><br>*Counsel for Airbus Americas, Inc.* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Michael F. Murray
Michael F. Murray
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
202-551-1730
michaelmurray@paulhastings.com