UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE OF NATHANIEL B EDMONDS

PLEASE TAKE NOTICE that Nathaniel B. Edmonds, an attorney with the firm of Paul Hastings LLP, and who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Nathaniel B. Edmonds
Nathaniel B. Edmonds
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
202-551-1774
nathanieledmonds@paulhastings.com
*Counsel for Airbus Americas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

| | |
|---|---|
| Dated: June 8, 2023 | Respectfully submitted, |
| | By: /s/ Nathaniel B. Edmonds |
| | Nathaniel B. Edmonds |
| | Paul Hastings LLP |
| | 2050 M St NW |
| | Washington, DC 20036 |
| | 202-551-1774 |
| | nathanieledmonds@paulhastings.com |