UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**CERTIFICATION OF COLE RABINOWITZ FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Cole Rabinowitz, hereby certify that:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 535 Mission St. 24th Floor, San Francisco, CA 94105, and I am admitted to the bar of the State of New York and the State of California. My office telephone number is (212) 373-3956.

2. I am a member of good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on June 12, 2023 in San Francisco, California.

/s/     *Cole Rabinowitz*
Cole Rabinowitz