UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>        *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

### CERTIFICATION OF THOMAS RUCKER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Thomas Rucker, hereby certify that:

  1. I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K St. NW, Washington, DC 20006-1047, and I am admitted to the bar of the District of Columbia. My office telephone number is (202) 223-7347.

  2. I am a member of good standing in every jurisdiction where I have been admitted to practice.

  3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

  4. I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

  5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on June 12, 2023 in Washington, D.C.

/s/     *Thomas Rucker*
Thomas Rucker