# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and<br>SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

To the clerk of the court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Defendant JetBlue Airways Corporation.

Dated: June 12, 2023

Respectfully submitted,

COOLEY LLP

/s/ Zachary Sisko
Zachary Sisko (MA BBO #705883)
zsisko@cooley.com
500 Boylston Street
Boston, MA 02116-3736
Telephone:    +1 617-937-2300
Facsimile:    +1 617-937-2400

*Attorney for JetBlue Airways Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on June 12, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Zachary Sisko*
Zachary Sisko