UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> JETBLUE AIRWAYS CORPORATION and ) <br> SPIRIT AIRLINES, INC, ) <br> ) <br> Defendants ) <br> ) | Case No. 1:23-CV-10678 |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY GEORGE OMAR KOURY

Pursuant to Local Rule 83.5.3, Robert J. Bonsignore, who is an attorney at the law firm of Bonsignore Trial Lawyers, PLLC, and is a member in good standing of the bar of this Court, moves this Court to grant leave to admit George Omar Koury, of Bonsignore Trial Lawyers, PLLC, to appear and practice before this Court *pro hac vice* in this action on behalf of all Plaintiffs.

In support of this motion, the undersigned states as follows:

1. The business address and telephone number of George Omar Koury is 23 Forest Street, Medford, MA. The phone number is (781) 350-0000.

2. As stated in the accompanying declaration, the above listed attorney is a member in good standing of every jurisdiction where he has been admitted to practice and there are no disciplinary proceedings against him. *See* Declaration of George Omar Koury, attached hereto as Exhibit A.

3. George Omar Koury is experienced in corporate financial matters, and has been made familiar with the factual and legal issues involved in this case, and the Local Rules of the United States District Court for the District of Massachusetts. *See* Exhibit B – Individual Biography of George Omar Koury.

4. My appearance as counsel for Plaintiffs is on record.

WHEREFORE the Plaintiffs respectfully request that George Omar Koury be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs in the above-captioned proceeding in accordance with the Rules of this Court.

Dated: June 13, 2023                                                                                    Respectfully submitted,

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore (BBO 547880)
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA  02155
Cell (781) 354-1800
Office (781) 354-1800
Facsimile (702) 983-8673

**CERTIFICATE OF SERVICE**

     I, Robert J. Bonsignore, Esq., do hereby certify that on this 13th day of June, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management Electronic Case filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

                              */s/ Robert J. Bonsignore*
                              Robert J. Bonsignore, Esq.