# EXHIBIT A – DECLARATION OF GEORGE OMAR KOURY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC, <br><br> Defendants | Case No. 1:23-CV-10678 |

### DECLARATION OF ATTORNEY GEORGE OMAR KOURY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, George Omar Koury, declare as follows:

1. I am an attorney with Bonsignore Trial Lawyers, PLLC, 23 Forest St, Medford, MA 02155.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter. Attached hereto is my curriculum vitae.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. I am a member in good standing of the bar of the States of Arizona, California, and Nevada.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3 revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. A summary of my experience can be found in my curriculum vitae, which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 13, 2023                                       Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ George Omar Koury*
　　　　　　　　　　　　　　　　　　　　　　　　George Omar Koury
　　　　　　　　　　　　　　　　　　　　　　　　Bonsignore Trial Lawyers
　　　　　　　　　　　　　　　　　　　　　　　　23 Forest St
　　　　　　　　　　　　　　　　　　　　　　　　Medford, MA 02155
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (781) 350-0000
　　　　　　　　　　　　　　　　　　　　　　　　Email: okoury@classactions.us