# EXHIBIT B – INDIVIDUAL BIOGRAPHY OF GEORGE OMAR KOURY

# GEORGE OMAR KOURY

(702) 900-6627      PO Box 96784, Las Vegas, Nevada  89193      okoury@classactions.us

## EDUCATION



William S Boyd School of Law, University of Nevada, Las Vegas - Las Vegas, Nevada - **Juris Doctor**, December 2019
- Law Journal: Gaming Law Journal, Junior Staff, Fall 2018 - Spring 2019
- Externship: United States Bankruptcy Court, Judicial Extern, January 2019 - May 2019
- Activities: Board Game Recreation Society, Treasurer and Co-Founder, Fall 2017 - present
  - Criminal Law Society, Member, Fall 2018 - present
  - Intellectual Property Law Society, Member, Fall 2017 - present
  - Community Service Program, Paternity and Custody Course Instructor, Spring 2017



Texas A&M University - College Station, Texas - **M.S. Biomedical Engineering** (abt), May 1999
- Experience: College of Engineering, Teaching Assistant
- Research: Thesis research on mathematical modeling of the human heart during atrial fibrillation.



University of Arizona - Tucson, Arizona - **B.S. Mechanical Engineering**, December 1992

## RECENT ADVENTURES

Bonsignore PLLC – **Limited Member** / Las Vegas, Nevada                                       Current
- Commercial litigation and general legal service firm.

G's House – **Director** / Las Vegas, Nevada                                       Current
- Non-profit corporation devoted to helping underprivileged, fostered, and/or orphaned children.

Paradise Law LLC – **Managing Member** / Las Vegas, Nevada
- Business litigation and general legal service firm licensed in Nevada, Arizona, and California.

Prasc Capital Corporation – **CEO/Director** / Las Vegas, Nevada
- Investment management company and land & property development and management company.

## SELECTED CAREER ACCOMPLISHMENTS

Victorious Foods LLC – **Director/Corporate Treasurer** / Las Vegas, Nevada; Sydney Australia       July 2013 – May 2017
- Research international immigration laws, labor & union rights, importation, Fairwork, and tax regulations.
- Create and implement accounting systems, software, and human resource procedures in compliance with Australian labor laws.

Chubby Pumpkin Inc – **Director/Treasurer** / Phoenix, Arizona       December 2011 – November 2016
- Management of currency and commodity hedging to offset volatility of client operational risk.
- Short-term investment management of client liquidity with 36% average annualized return and over US$40M annual turnover.

Pizza Pizza Company LLC – **CFO/Director** / El Paso, Texas (operations in Texas, New Mexico, Arizona, and California)       1999 - 2016
- Compile and implement employee and financial policies and procedures in compliance with state and federal legislation.
- Establish and manage multi-state banking, database, and POS systems with annual turnover in excess of US$25M.
- Oversight of all financial and administrative departments, including human resources with over 400 team members.

## OTHER PROFESSIONAL EXPERIENCE

| | |
|---|---|
| PG&E Fee Examiner Team - **Fee Reviewer** - Las Vegas, Nevada | May 2019 – December 2020 |
| Turbo Aleae Investments Inc - **Director/Treasurer** - El Paso, Texas | 2002 - 2010 |
| Eureka Media Group LLC - **Treasurer** - El Paso, Texas | 2002 - 2009 |
| E&O Insurance Agency LLC - **President** - El Paso, Texas | 2006 - 2008 |
| Ernie's Bar & Grill - **Food & Beverage Manager** - Tucson, Arizona | 1994 - 1997 |
| Big Boy Restaurants - **Restaurant Manager** - Tucson, Arizona | 1992 - 1996 |

## LICENSES, AFFILIATIONS, AND MEMBERSHIPS

| | |
|---|---|
| State Bar of Nevada; State Bar of Arizona; and State Bar of California | Current |
| FINRA Series 24, 7, and 63 Licenses - General Securities Principal | Current |
| Property/Casualty and Life/Health Insurance License - (Nevada) | Current |
| Theta Tau Professional Engineering Society | 1988 - 1992 |
| Mensa | Life Member |