UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>                               *Plaintiffs*,<br><br>       v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>                              *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas Rucker, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006-1047, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: June 13, 2023

                                                    Respectfully submitted,

                                                    /s/ *Thomas Rucker*
                                                    Thomas Rucker (admitted *pro hac vice*)
                                                     Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                     2001 K St. NW
                                                     Washington, DC 20006-1047
                                                     (202) 223-7347
                                                     trucker@paulweiss.com

                                                    *Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 13, 2023.

                                          /s/ *Thomas Rucker*