**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>       *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of Cole Rabinowitz, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 535 Mission Street, 24th Floor, San Francisco, CA 94105, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: June 13, 2023

           Respectfully submitted,

           /s/ *Cole Rabinowitz*
           Cole Rabinowitz (admitted *pro hac vice*)
           Paul, Weiss, Rifkind, Wharton & Garrison LLP
           535 Mission Street, 24th Floor
           San Francisco, CA 94105
           (212) 373-3956
           crabinowitz@paulweiss.com

           *Attorney for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 13, 2023.

/s/ *Cole Rabinowitz*