# EXHIBIT B – INDIVIDUAL BIOGRAPHY OF MELANIE ANN PORTER

# MELANIE PORTER, ESQ.
2520 Vardon Cir SW, Port Orchard, WA 98367
(619) 723-6800 · melanie@classactions.us

### BAR ADMISSIONS & MEMBERSHIPS
Member, State Bar of California (2007)
Member, State Bar of Washington (2021)
Admitted, United States District Court, Southern District of California
Admitted, United States District Court, Northern District of California

### HONORS & RECOGNITION
Super Lawyers Rising Star 2016 - 2020, Thomson Reuters
International Advisory Experts - Complex Antitrust Litigation Award, California, 2021

### EDUCATION
**California Western School of Law**, San Diego, CA
Juris Doctor, Health Law Concentration *cum laude*, August 2006
- CALI Award Business Organizations, Spring 2006; Property II, Summer 2004
- State Bar of California Wiley W. Manuel Award for Pro Bono Legal Services, Spring 2006
- Pro Bono Honors Society, Member
- President, Asian Pacific American Law Students Association & Hawaiian Law Student Association, 2004-2005; Chair of Social & Membership Committee, Phi Alpha Delta, 2004 – 2005; Chair of Community Relations, Secretary, Health Law Society, 2005 - 2006

**University of California at Los Angeles,** Los Angeles, CA
Bachelor of Arts, Psychology, August 2003

### LEGAL EXPERIENCE
**Bonsignore Trial Lawyers, PLLC**, Medford MA
*Attorney*, **October 2021 – Present**
- Reviewed and analyzed inbound litigation and investigatory documents for relevance in complex antitrust and consumer protection class actions.
- Conducted investigations into corporate structures and evidence of malfeasance and critically analyzed to determine culpability and strength and weaknesses of cases.
- Drafted and coordinated discovery responses and requests.
- Drafted memorandum and conducted fine-tuned searches for key documents in preparation for the taking of depositions.
- Assisted in the drafting and review of pleadings including class action complaints and related motions.
- Monitored district court dockets and maintained database of filings in several class action matters.
- Regularly participated in case litigation strategy meetings.

**Scott + Scott, LLP**, San Diego, CA
*Staff Attorney,* **October 2016 – October 2021**
- Reviewed and analyzed inbound and outbound litigation and investigatory documents for relevance, privilege, trade secrets and confidentiality in complex antitrust, securities fraud, consumer protection, and data breach class actions.
- Performed first and second level quality control reviews for outgoing and incoming document productions.
- Performed appropriate redactions for outbound productions of documents.

- Drafted memoranda and conducted fine-tuned searches for key documents in preparation for the taking of depositions.
- Drafted deposition summaries and critically analyzed key evidence in support of various motions, including motions to dismiss and motions for summary judgement.
- Assisted in cite-checking and expert and percipient witness deposition review related to preparing an opposition to a motion for summary judgement and separate statement and counterstatements.
- Performed initial fact investigatory work for purposes of case assessment with firm investigators.
- Participated in witness interviews to obtain factual groundwork for case assessment and development.
- Representative Cases: *In re GSE Bonds Antitrust Litig.,* MDL No. 19-cv-01704 (S.D.N.Y.) ($386.5 million settlement); *Forth v. Walgreen Co, Inc.,* No. 1:17-cv-02246 (N.D. Ill.); *In re Cattle Antitrust Litig.*, No. 19-cv-1222 (D. Minn.); *In re Libor-Based Financial Instruments Antitrust Litigation.*, No. 1:11-md-2262-NRB (S.D.N.Y.); *In re Papa John's Employee and Franchisee Antitrust Litig.*, No. 3:18-cv-00825 (W.D. Ky.); *In re Municipal Opioid Cases*, No. 1884CV02860-BLS2 (Mass. Super.);

**Stephen Danz & Associates**, San Diego, CA
*Attorney*, September 2008 – October 2016

- Litigated employment law matters from inception through case resolution, including jury trial and arbitrations, case strategy, discovery, motion practice, court appearances, taking and defending depositions, mediation, and trial preparation.
- Substantial experience in all aspects of civil litigation from case intake through final disposition. Handled heavy caseload at a busy statewide employment litigation practice.
- Extensive case management and development skills, including: conducting initial client interviews, maintaining intensive client contact, developing litigation plans, drafting litigation templates, attending court conferences, negotiating settlements, and overseeing client control.
- Experienced in all aspects of discovery, including: conducting/defending depositions, propounding/responding to written discovery (form and special interrogatories, requests for production, requests for admission), and conducting extensive document review.
- Engaged in extensive motion practice at all phases of litigation, including: demurrers, opposing demurrers, motions to strike and motions for summary judgment, motions to amend, motions to compel, and motions in limine.
- Significant oral advocacy and courtroom experience, including: arguing motions and leading negotiations in mediations and settlement conferences.
- Valuable trial experience, including: second chaired two arbitrations and one jury trial, conducted direct and cross-examinations, opening statements, managed exhibits, researched and briefed legal issues as they arose, and argued legal issues to bench.
- Negotiated, drafted, and finalized numerous settlement agreements.
- Conducted research and wrote memoranda on a variety of legal issues, including: successor liability in employment context, FEHA, wrongful termination and California Labor Code claims.
- Authored respondent's brief and successfully argued and prevailed in appellate case affirming an order denying a motion to compel arbitration.
- Broad range of substantive experience acting as both defense counsel and plaintiff's counsel. Amounts in dispute range from $25,000 - $300,000. Representative cases including: employment discrimination, retaliation, sexual harassment, wage and hour and wrongful termination claims.

**Hulett Harper & Stewart, LLP**, San Diego, CA
*Contract Attorney*, March 2008 – August 2008

- Extensive document review and analysis in complex antitrust and consumer protection class action matters, including shareholder derivative actions and consumer false advertising actions.
- Assisted in developing criteria for evaluating documents at various stages of litigation.

**Gallagher, Bolander, Smedley LLP**, San Diego, CA
*Attorney/Post-Graduate Law Clerk*, **September 2006 - March 2008**
- Drafted estate plans, including preparation of wills, powers of attorney, living wills, trusts, promissory notes and corporate entity documents.
- Reviewed trust litigation pleadings, pre-trial discovery, and observed court proceedings.
- Prepared letters to clients, opposing counsel and legal memoranda based on research.
- Conducted initial client interviews and provided case status updates to clients.

**Stutz, Artiano, Shinoff & Holtz**, San Diego, CA
*Clinical Legal Intern*, **May 2006 - August 2006**
- Researched and drafted legal memoranda on a variety of education law and public sector employment law issues, including Title VII and FEHA claims.
- Drafted opinion letters concerning congressional bills relating to public entities.
- Drafted and reviewed pleadings related to *Skelly* hearings and other administrative hearings.