UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

GABRIEL GARAVANIAN, et al.,

                     *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

                     *Defendants*.

Civil Action No. 1:23-cv-10678-WGY

---

**CERTIFICATION OF YOAV GAFFNEY FOR ADMISSION *PRO HAC VICE***

    Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Yoav Gaffney, hereby certify that:

    1.    I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, and I am admitted to the bar of the State of New York. My office telephone number is (212) 373-3984.

    2.    I am a member of good standing in every jurisdiction where I have been admitted to practice.

    3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    4.    I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

    5.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on June 16, 2023 in New York, New York.

/s/     *Yoav Gaffney*
Yoav Gaffney