**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br>         *Plaintiffs*, <br><br>    v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br>         *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Y-Tze Patrick Lim, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019-6064, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: June 20, 2023

             Respectfully submitted,

             /s/ *Y-Tze Patrick Lim*
             Y-Tze Patrick Lim (admitted *pro hac vice*)
             Paul, Weiss, Rifkind, Wharton & Garrison LLP
             1285 Avenue of the Americas
             New York, NY 10019-6064
             (212) 373-3793
             plim@paulweiss.com

             *Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 20, 2023.

/s/ *Y-Tze Patrick Lim*