UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC, <br><br> Defendants | ) ) ) ) ) ) Case No. 1:23-CV-10678 ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF MELANIE ANN PORTER

Please take notice that Melanie A. Porter of Bonsignore Trial Lawyers, PLLC is entering an appearance on behalf of the Plaintiffs in the above-captioned matter.

Dated: June 20, 2023

Respectfully submitted,

*/s/ Melanie A. Porter*
Melanie Porter (CA #253500)**
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, MA 02155
Telephone: 781-350-0000
Facsimile: 702-983-8673
melanie@classactions.us
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, Melanie Porter, hereby certify that on this 20th day of June, 2023, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

*/s/ Melanie A. Porter*
Melanie A. Porter