## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>　　　　　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　　　　　　　　*Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of RaCia D. Poston, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019-6064, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: June 21, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *RaCia D. Poston*
　　　　　　　　　　　　　　　　　　　　RaCia D. Poston (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Paul, Weiss, Rifkind, Wharton & Garrison LLP
　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　　　　　(212) 373-3903
　　　　　　　　　　　　　　　　　　　　rposton@paulweiss.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 21, 2023.

<u>/s/ *RaCia D. Poston*</u>