UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>   *Plaintiffs*,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**NOTICE OF WITHDRAWAL OF DEFENDANTS'
MOTION TO TAKE THE DEPOSITION OF NON-PARTY
DELTA AIR LINES, INC. AND COMPLETE THE DEPOSITION
OF NON-PARTY MASSACUHSETTS PORT AUTHORITY ON JULY 7, 2023**

  Defendants JetBlue Airways Corporation and Spirit Airlines, Inc. hereby withdraw their motion for the Court's leave to take the deposition of non-party Delta Air Lines, Inc. and to complete the deposition of non-party Massachusetts Port Authority on July 7, 2023. Pursuant to Paragraph 27 of the applicable Case Management Orders, the parties have mutually agreed to proceed on dates during the week of July 10 when the Delta and Massport witnesses are available. Because the parties have resolved the issues raised by the motion, Defendants hereby withdraw the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 5, 2023 | */s/ Elizabeth Wright* <br> Elizabeth M. Wright (MA BBO #569387) <br> Zachary R. Hafer (MA BBO #569389) <br> Cooley LLP <br> 500 Boylston Street, 14th Floor <br> Boston, MA 02116-3736 <br> Tel: 617-937-2300 <br> ewright@cooley.com <br> zhafer@cooley.com <br><br> Ethan Glass (*Pro Hac Vice*) <br> Deepti Bansal (*Pro Hac Vice*) <br> Matt K. Nguyen (*Pro Hac Vice*) <br> Cooley LLP <br> 1299 Pennsylvania Avenue NW, Suite 700 <br> Washington, DC 2004-2400 <br> Tel: 202-842-7800 <br> Fax: 202-842-7899 <br> eglass@cooley.com <br> dbansal@cooley.com <br><br> Beatriz Mejia (*Pro Hac Vice*) <br> Cooley LLP <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, CA 94111 <br> Tel: 415-693-2000 <br> Fax: 415-693-2222 <br> bmejia@cooley.com <br><br> Joyce Rodriguez-Luna (*Pro Hac Vice*) <br> Cooley LLP <br> 55 Hudson Yards <br> New York, NY 10001-2157 <br> Tel: 212 479 6895 <br> Fax: 2124796275 <br> jrodriguez-luna@cooley.com <br><br> Richard F. Schwed (*Pro Hac Vice*) <br> Jessica K. Delbaum (*Pro Hac Vice*) <br> Leila Siddiky (*Pro Hac Vice*) <br> Shearman & Sterling LLP <br> 599 Lexington Avenue <br> New York, NY  10022-6069 <br> Tel: 212-848-4000 |

-3-

Fax: 212-848-7179
rschwed@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Ryan Shores (*Pro Hac Vice*)
Michael Mitchell (*Pro Hac Vice*)
Brian Hauser (*Pro Hac Vice*)
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-661-7480
ryan.shores@shearman.com
michael.mitchell@shearman.com
brian.hauser@shearman.com

Rachel Mossman Zieminski (*Pro Hac Vice*)
Shearman & Sterling LLP
2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel: 214-271-5385
rachel.zieminski@shearman.com


*Attorneys for Defendant JetBlue Airways Corporation*

Andrew C. Finch (*pro hac vice*)
Eyitayo St. Matthew-Daniel (*pro hac vice*)
Jay Cohen (*pro hac vice*)
Jared P. Nagley (*pro hac vice*)
Kate Wald (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*pro hac vice*)

Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant
Spirit Airlines, Inc.*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> */s/ Elizabeth Wright*
> Elizabeth Wright

288242934