UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, *et al.*,

    *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

Plaintiffs respectfully move for leave to file their Motion for Summary Judgment, Concise Statement Of The Material Facts Of Record As To Which Plaintiffs Contend There Is No Genuine Issue To Be Tried and exhibits thereto under seal.

In support of this motion, Plaintiffs state that their Motion for Summary Judgment and Concise Statement Of The Material Facts Of Record As To Which Plaintiffs Contend There Is No Genuine Issue To Be Tried are replete with information designated as confidential under the Protective Order by Defendants, Plaintiffs and various third parties. Similarly, exhibits accompanying the Motion for Summary Judgment are documents marked as confidential by Defendants, Plaintiffs and/or various third parties.

Plaintiffs will submit confidential versions of these documents within 24 hours of the Court granting the present motion.

Plaintiffs have conferred with Defendants, and Defendants indicated that they do not oppose this motion. Defendants also indicated that they will consider the filings timely as long as confidential versions are served on Defendants by August 1, 2023 at 6pm ET.

1

Accordingly, Plaintiffs respectfully request leave to file their Motion for Summary Judgment, Concise Statement Of The Material Facts Of Record As To Which Plaintiffs Contend There Is No Genuine Issue To Be Tried and exhibits thereto under seal within 24 hours of the Court granting this motion.

Dated: August 1, 2023

/s/ Scott Gregory Herrman
Stephen G. Larson
Robert F. Ruyak
Scott Gregory Herrman
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
*(Admitted Pro Hac Vice)*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** was sent electronically via e-mail to all attorneys of record on August 1, 2023.

/s/ Scott G. Herrman__<br>
Scott G. Herrman