UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants, | Civil Action No. 1:23-cv-10678-WGY |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and in accordance with the Scheduling and Case Management Order in this case (Dkt. 96), Defendants JetBlue Airways Corporation and Spirit Airlines, Inc., by their attorneys, move for summary judgment with respect to Plaintiffs' only claim for Defendants' alleged violation of Section 7 of the Clayton Act.

Summary judgment is warranted on two grounds:  First, Plaintiffs do not have standing under Article III to bring this claim because none of them has suffered an injury-in-fact that is concrete, particularized, and actual or imminent.  Second, the proposed merger has not caused and will not cause Plaintiffs irreparable injury, and any alleged injury could be remedied by monetary damages.  As explained in the accompanying memorandum of law, Statement of Undisputed Material Facts, Declaration of Elizabeth M. Wright, and all exhibits attached thereto, the Court should grant summary judgment to Defendants as to all 25 Plaintiffs.

1

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully submit that oral argument may assist the Court in determining whether to grant summary judgment and accordingly request the opportunity to present the Court with oral argument regarding this motion.

| | |
|---|---|
| Dated: August 1, 2023 | /s/ Elizabeth M. Wright<br>Elizabeth M. Wright (MA BBO #569387)<br>Zachary R. Hafer (MA BBO #569389)<br>Cooley LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>Tel: 617-937-2300<br>ewright@cooley.com<br>zhafer@cooley.com<br><br>Ethan Glass (*Pro Hac Vice*)<br>Deepti Bansal (*Pro Hac Vice*)<br>Matt K. Nguyen (*Pro Hac Vice*)<br>Cooley LLP<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 2004-2400<br>Tel: 202-842-7800<br>Fax: 202-842-7899<br>eglass@cooley.com<br>dbansal@cooley.com<br>mnguyen@cooley.com<br><br>Beatriz Mejia (*Pro Hac Vice*)<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Tel: 415-693-2000<br>Fax: 415-693-2222<br>bmejia@cooley.com<br><br>Joyce Rodriguez-Luna (*Pro Hac Vice*)<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Tel: 212 479 6895<br>Fax: 2124796275<br>jrodriguez-luna@cooley.com |

*Attorneys for Defendant JetBlue Airways Corporation*

*/s/ Andrew C. Finch*
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Jared P. Nagley (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

**L.R. 7.1(a)(2) CERTIFICATE OF CONFERENCE**

I, Elizabeth M. Wright, hereby certify that pursuant to Local Rule 7.1, counsel for Defendants conferred in good faith with counsel for Plaintiffs before filing this Motion in an attempt to resolve or narrow the issues but were unsuccessful in reaching a resolution to avoid this Motion.

/s/ Elizabeth M. Wright

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on August 1, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Elizabeth M. Wright

289301495