**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 1:23-cv-10678-WGY ) |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | ) ) ) |
| Defendants, | ) ) ) ) ) |

**DECLARATION OF ELIZABETH M. WRIGHT**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action.  I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath.  I submit this Declaration in support of Defendants' Motion for Summary Judgment.

2.      To date, the only Plaintiffs who have produced documents responsive to Requests for Production Nos. 1 and 2 pertaining to their travel agencies are Katherine Arcell, Jose Brito, Brenda Davis, and Pamela Faust.  Defendants have repeatedly sought these documents without success.

3.      Plaintiff Yvonne Jocelyn Gardner did not produce any documents in response to Defendants' discovery requests.

4.      Plaintiff Clyde D. Stensrud did not produce documents reflecting his travel agency's financials or sales, despite agreeing to do so.

5.      Defendants served, but never received, discovery from Plaintiff June Stansbury, who passed away on February 14, 2023, after the Complaint was filed.

6.      Attached as Exhibit 1 is a true and correct of Defendants' Post-Hearing Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction in *Malaney v. UAL Corp.*, No. 10-cv-02858 (N.D. Cal. Sept. 13, 2010), ECF No. 119.

7.      Attached as Exhibit 2 is a true and correct copy of e-mail correspondence between counsel for JetBlue, Matthew Nguyen, and counsel for Plaintiffs, Lawrence Papale, dated June 8, 2023.

8.      Attached as Exhibit 3 is a true and correct copy of e-mail correspondence between counsel for JetBlue, Matthew Nguyen, and counsel for Plaintiffs, Lawrence Papale dated June 28, 2023.

9.      Attached as Exhibit 4 is a true and correct copy of an article from the *Las Vegas Sun* published on June 30, 2010 and updated on July 7, 2010.

10.     Attached as Exhibit 5 is a true and correct copy of a document titled Agreement of the Parties, which is dated April 29, 2008, and is "an agreement between a group of airline passengers, known as Passengers Against Mergers (PAM)."  The Agreement was filed publicly in *Malaney v. UAL Corp.*, No. 10-cv-02858 (N.D. Cal. Aug. 27, 2010), ECF No. 98-1.

11.     Attached as Exhibit 6 is a true and correct copy of e-mail correspondence between counsel for JetBlue, Elizabeth Wright, and counsel for Plaintiffs, Lawrence Papale, dated May 19, 2023 in which Mr. Papale explains that Plaintiff "Stansbury recently passed away."

12.     Attached as Exhibit 7 is a true and correct copy of e-mail correspondence between counsel for JetBlue, Matthew Nguyen, and counsel for Plaintiffs, Lawrence Papale, dated May 26, 2023.

13.     Attached as Exhibit 8 is a true and correct copy of e-mail correspondence between counsel for JetBlue, Matthew Nguyen, and counsel for Plaintiffs, Lawrence Papale, dated June 5, 2023.

14.     Attached as Exhibit 9 is a true and correct copy of e-mail correspondence between counsel for JetBlue, Matthew Nguyen, and counsel for Plaintiffs, Lawrence Papale, dated May 31, 2023.

15.     Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Katherine Arcell, who was deposed in this matter on June 13, 2023.

16.     Attached as Exhibit 11 is a true and correct copy of Plaintiff Katherine Arcell's responses to Requests for Admissions issued by Defendants in this matter.

17.     Attached as Exhibit 12 is a true and correct copy of Plaintiff Katherine Arcell's supplemental responses to Defendants' First Set of Interrogatories issued in this matter.

18.     Attached as Exhibit 13 is a true and correct copy of Plaintiff Katherine Arcell's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

19.     Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Jose Brito, who was deposed in this matter on June 13, 2023.

20.     Attached as Exhibit 15 is a true and correct copy of Plaintiff Jose Brito's responses to Requests for Admissions issued by Defendants in this matter.

21.     Attached as Exhibit 16 is a true and correct copy of Plaintiff Jose Brito's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

22.     Attached as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Jan Marie Brown, who was deposed in this matter on June 21, 2023.

23.     Attached as Exhibit 18 is a true and correct copy of Plaintiff Jan Marie Brown's responses to Requests for Admissions issued by Defendants in this matter.

24.     Attached as Exhibit 19 is a true and correct copy of Plaintiff Jan Marie Brown's responses to Defendants' First Set of Interrogatories issued in this matter.

25.     Attached as Exhibit 20 is a true and correct copy of Plaintiff Jan Marie Brown's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

26.     Attached as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Rosemary D'Augusta, who was deposed in this matter on June 14, 2023.

27.     Attached as Exhibit 22 is a true and correct copy of Plaintiff Rosemary D'Augusta's responses to Requests for Admissions issued by Defendants in this matter.

28.     Attached as Exhibit 23 is a true and correct copy of Plaintiff Rosemary D'Augusta's responses to Defendants' First Set of Interrogatories issued in this matter.

29.     Attached as Exhibit 24 is a true and correct copy of Plaintiff Rosemary D'Augusta's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

30.     Attached as Exhibit 25 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Brenda Davis, who was deposed in this matter on June 22, 2023.

31.     Attached as Exhibit 26 is a true and correct copy of Plaintiff Brenda Davis's responses to Defendants' First Set of Interrogatories issued in this matter.

32.     Attached as Exhibit 27 is a true and correct copy of Plaintiff Brenda Davis's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

33.     Attached as Exhibit 28 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Pamela Faust, who was deposed in this matter on June 28, 2023.

34.     Attached as Exhibit 29 is a true and correct copy of Plaintiff Pamela Faust's responses to Requests for Admissions issued by Defendants in this matter.

35.     Attached as Exhibit 30 is a true and correct copy of Plaintiff Pamela Faust's responses to Defendants' First Set of Interrogatories issued in this matter.

36.     Attached as Exhibit 31 is a true and correct copy of Plaintiff Pamela Faust's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

37.     Attached as Exhibit 32 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Carolyn Fjord, who was deposed in this matter on June 23, 2023.

38.     Attached as Exhibit 33 is a true and correct copy of Plaintiff Carolyn Fjord's third supplemental responses to Defendants' First Set of Interrogatories issued in this matter.

39.     Attached as Exhibit 34 is a true and correct copy of Plaintiff Carolyn Fjord's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

40.     Attached as Exhibit 35 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Donald Freeland, who was deposed in this matter on June 23, 2023.

41.     Attached as Exhibit 36 is a true and correct copy of Plaintiff Donald Freeland's third supplemental responses to Defendants' First Set of Interrogatories issued in this matter.

42.     Attached as Exhibit 37 is a true and correct copy of Plaintiff Donald Freeland's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

43.     Attached as Exhibit 38 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Donna Fry, who was deposed in this matter on June 20, 2023.

44.     Attached as Exhibit 39 is a true and correct copy of Plaintiff Donna Fry's responses to Defendants' First Set of Interrogatories issued in this matter.

45.     Attached as Exhibit 40 is a true and correct copy of Plaintiff Donna Fry's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

46.     Attached as Exhibit 41 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Gabriel Garavanian, who was deposed in this matter on June 19, 2023.

47.     Attached as Exhibit 42 is a true and correct copy of excerpts from a document produced by Plaintiff Gabriel Garavanian in this matter, bearing the Bates numbers GARAVANIAN000001 to 20.

48.     Attached as Exhibit 43 is a true and correct copy of Plaintiff Gabriel Garavanian's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

49.     Attached as Exhibit 44 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Harry Garavanian, who was deposed in this matter on June 20, 2023.

50.     Attached as Exhibit 45 is a true and correct copy of Plaintiff Harry Garavanian's responses to Requests for Admissions issued by Defendants in this matter.

51.     Attached as Exhibit 46 is a true and correct copy of Plaintiff Harry Garavanian's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

52.     Attached as Exhibit 47 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Jocelyn Gardner, who was deposed in this matter on June 20, 2023.

53.     Attached as Exhibit 48 is a true and correct copy of Plaintiff Jocelyn Gardner's responses to Defendants' First Set of Interrogatories issued in this matter.

54.     Attached as Exhibit 49 is a true and correct copy of Plaintiff Jocelyn Gardner's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

55.     Attached as Exhibit 50 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Valarie Jolly, who was deposed in this matter on June 21, 2023.

56.     Attached as Exhibit 51 is a true and correct copy of Plaintiff Valarie Jolly's responses to Defendants' First Set of Interrogatories issued in this matter.

57.     Attached as Exhibit 52 is a true and correct copy of Plaintiff Valarie Jolly's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

58.     Attached as Exhibit 53 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Michael Malaney, who was deposed in this matter on June 21, 2023.

59.     Attached as Exhibit 54 is a true and correct copy of Plaintiff Michael Malaney's responses to Requests for Admissions issued by Defendants in this matter.

60.     Attached as Exhibit 55 is a true and correct copy of Plaintiff Michael Malaney's responses to Defendants' First Set of Interrogatories issued in this matter.

61.     Attached as Exhibit 56 is a true and correct copy of Plaintiff Michael Malaney's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

62.     Attached as Exhibit 57 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Len Marazzo, who was deposed in this matter on June 28, 2023.

63.     Attached as Exhibit 58 is a true and correct copy of Plaintiff Len Marazzo's responses to Requests for Admissions issued by Defendants in this matter.

64.     Attached as Exhibit 59 is a true and correct copy of Plaintiff Len Marazzo's second supplemental responses to Defendants' First Set of Interrogatories issued in this matter.

65.     Attached as Exhibit 60 is a true and correct copy of Plaintiff Len Marazzo's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

66.     Attached as Exhibit 61 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Lisa McCarthy, who was deposed in this matter on June 22, 2023.

67.     Attached as Exhibit 62 is a true and correct copy of Plaintiff Lisa McCarthy's responses to Requests for Admissions issued by Defendants in this matter.

68.     Attached as Exhibit 63 is a true and correct copy of Plaintiff Lisa McCarthy's responses to Defendants' First Set of Interrogatories issued in this matter.

69.     Attached as Exhibit 64 is a true and correct copy of Plaintiff Lisa McCarthy's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

70.     Attached as Exhibit 65 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Timothy Nieboer, who was deposed in this matter on June 18, 2023.

71.     Attached as Exhibit 66 is a true and correct copy of Plaintiff Timothy Nieboer's second supplemental responses to Defendants' First Set of Interrogatories issued in this matter.

72.     Attached as Exhibit 67 is a true and correct copy of Plaintiff Timothy Nieboer's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

73.     Attached as Exhibit 68 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Deborah Pulfer, who was deposed in this matter on June 23, 2023.

74.     Attached as Exhibit 69 is a true and correct copy of Plaintiff Deborah Pulfer's responses to Requests for Admissions issued by Defendants in this matter.

75.     Attached as Exhibit 70 is a true and correct copy of Plaintiff Deborah Pulfer's responses to Defendants' First Set of Interrogatories issued in this matter.

76.     Attached as Exhibit 71 is a true and correct copy of Plaintiff Deborah Pulfer's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

77.     Attached as Exhibit 72 is a true and correct copy of  print-outs from websites for other airlines (Frontier, Southwest, and United) showing non-stop service between Denver, Colorado and Columbus, Ohio, printed on or about July 25, 2023.

78.     Attached as Exhibit 73 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Bill Rubinsohn, who was deposed in this matter on June 13, 2023.

79.     Attached as Exhibit 74 is a true and correct copy of Plaintiff Bill Rubinsohn's responses to Requests for Admissions issued by Defendants in this matter.

80.     Attached as Exhibit 75 is a true and correct copy of Plaintiff Bill Rubinsohn's responses to Defendants' First Set of Interrogatories issued in this matter.

81.     Attached as Exhibit 76 is a true and correct copy of Plaintiff Bill Rubinsohn's supplemental responses to Defendants' First Set of Interrogatories issued in this matter.

82.     Attached as Exhibit 77 is a true and correct copy of Plaintiff Bill Rubinsohn's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

83.     Attached as Exhibit 78 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Sondra Russell, who was deposed in this matter on June 19, 2023.

84.     Attached as Exhibit 79 is a true and correct copy of Plaintiff Sondra Russell's responses to Requests for Admissions issued by Defendants in this matter.

85.     Attached as Exhibit 80 is a true and correct copy of Plaintiff Sondra Russell's responses to Defendants' First Set of Interrogatories issued in this matter.

86.     Attached as Exhibit 81 is a true and correct copy of Plaintiff Sondra Russell's supplemental responses to Defendants' Second Set of Interrogatories issued in this matter.

87.     Attached as Exhibit 82 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Clyde Stensrud, who was deposed in this matter on June 22, 2023.

88.     Attached as Exhibit 83 is a true and correct copy of Plaintiff Clyde Stensrud's responses to Requests for Admissions issued by Defendants in this matter.

89.     Attached as Exhibit 84 is a true and correct copy of Plaintiff Clyde Stensrud's responses to Defendants' First Set of Interrogatories in this matter.

90.     Attached as Exhibit 85 is a true and correct copy of Plaintiff Clyde Stensrud's second supplemental responses to Defendants' First Set of Interrogatories in this matter.

91.     Attached as Exhibit 86 is a true and correct copy of Plaintiff Clyde Stensrud's supplemental responses to Defendants' Second Set of Interrogatories in this matter.

92.     Attached as Exhibit 87 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Gary Talewsky, who was deposed in this matter on June 14, 2023.

93.     Attached as Exhibit 88 is a true and correct copy of Plaintiff Gary Talewsky's responses to Defendants' First Set of Interrogatories in this matter.

94.     Attached as Exhibit 89 is a true and correct copy of Plaintiff Gary Talewsky's supplemental responses to Defendants' Second Set of Interrogatories in this matter.

95.     Attached as Exhibit 90 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Pamela Ward, who was deposed in this matter on June 14, 2023.

96.     Attached as Exhibit 91 is a true and correct copy of Plaintiff Pamela Ward's responses to Requests for Admissions issued by Defendants in this matter.

97.     Attached as Exhibit 92 is a true and correct copy of Plaintiff Pamela Ward's responses to Defendants' First Set of Interrogatories in this matter.

98.     Attached as Exhibit 93 is a true and correct copy of Plaintiff Pamela Ward's supplemental responses to Defendants' Second Set of Interrogatories in this matter.

99.     Attached as Exhibit 94 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Christine Whalen, who was deposed in this matter on June 28, 2023.

100.    Attached as Exhibit 95 is a true and correct copy of Plaintiff Christine Whalen's responses to Requests for Admissions issued by Defendants in this matter.

101.    Attached as Exhibit 96 is a true and correct copy of Plaintiff Christine Whalen's responses to Defendants' First Set of Interrogatories in this matter.

102.    Attached as Exhibit 97 is a true and correct copy of Plaintiff Christine Whalen's supplemental responses to Defendants' First Set of Interrogatories in this matter.

103.    Attached as Exhibit 98 is a true and correct copy of Plaintiff Christine Whalen's supplemental responses to Defendants' Second Set of Interrogatories in this matter.

104.    Attached as Exhibit 99 is a true and correct copy of excerpts from the expert report of Ted P. Tatos, served in this matter on July 28, 2023.

105.    Attached as Exhibit 100 is a true and correct copy of Plaintiff Brenda Davis's responses to Requests for Admissions issued by Defendants in this matter.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 1, 2023, in Boston, Massachusetts.

Respectfully submitted,

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP

500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant*
*JetBlue Airways Corporation*

289296941