# EXHIBIT 3

| | |
|---|---|
| **From:** | Nguyen, Matt K <mnguyen@cooley.com> |
| **Sent:** | Wednesday, June 28, 2023 5:07 PM |
| **To:** | Robert Bonsignore; Lawrence Papale; Josephine Alioto; Christopher Nedeau; George Omar Koury; Ross Friedman |
| **Cc:** | Wright, Elizabeth; Glass, Ethan; O'Neill, Kathy; Dearborn, Meredith; St. Matthew-Daniel, Eyitayo; Gaffney, Yoav; Rabinowitz, Cole A; Sisko, Zach |
| **Subject:** | RE: Meet and Confer re Private Pls' Discovery Deficiencies |

Lawrence:

We write to memorialize our meet and confer on Wednesday, June 28, regarding Plaintiffs' deficient productions and discovery responses. We also confirm that the parties are at an impasse regarding Plaintiffs' refusal to testify about or otherwise permit discovery into the settlement compensation they accepted in the *D'Augusta v. Northwest* and *Grace v. Alaska* cases.

**Deficient Document Productions**: As discussed, many Plaintiffs have not produced documents at all, and other Plaintiffs admitted during depositions that their document productions are incomplete. As you know, the Federal Rules require parties to complete productions prior to the close of fact discovery. You agreed that Plaintiffs would look into what other documents they have yet to produce and acknowledged that Defendants do not waive today's fact discovery deadline. In addition, given your prior agreement with us—reflected in our written correspondence—that Plaintiffs would confirm for each Plaintiff that they either completed productions or have no documents to produce, it is deeply concerning that Plaintiffs may not fulfill their end of that prior agreement. Defendants have operated under this agreement for weeks, and it is unreasonable for Plaintiffs to renege on the final day of fact discovery (particularly since many Plaintiffs have produced zero documents to date).

**Deficient Interrogatory/RFA Responses**: As discussed, several Plaintiffs testified that their verified discovery responses are incomplete or factually incorrect. Defendants are taken aback that Plaintiffs took the position during our call that deposition testimony confirming the falsity of their responses somehow alleviated Plaintiffs of their obligation under Rule 33 to supplement these responses to make them true and accurate. It should come as no surprise that Plaintiffs' admissions during depositions that they served incomplete, and often factually false, discovery responses adversely affected Defendants' ability to fully question witnesses. In any event, Plaintiffs have a continuing obligation to supplement and verify the accuracy of sworn discovery responses by the close of fact discovery, and we expect Plaintiffs will do so prior to the close of fact discovery today.

**Prior Settlement Compensation**: Plaintiffs are standing on their objection regarding the settlement compensation they testified to receiving from prior airline merger cases (namely, *D'Augusta v. Northwest* and *Grace v. Alaska*). When asked by Defendants, you refused to furnish the language of the confidentiality provisions in those settlement contracts or even state whether you had reviewed those provisions before asserting your objection. In the end, you refused to make "any representation" that those provisions prohibit disclosure pursuant to civil discovery. This is plainly unreasonable: You cannot simultaneously refuse discovery into a relevant topic based on an alleged contractual provision, and also prevent Defendants from testing the basis of your refusal. As discussed on the meet and confer, Defendants confirm that the parties are at an impasse.

Defendants reserve all rights.

Sincerely,
Matt

Matt K. Nguyen
Cooley LLP

1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
+1 202 728 7123 office
+1 202 842 7899 fax
mnguyen@cooley.com

Bio | LinkedIn

**From:** Nguyen, Matt K
**Sent:** Tuesday, June 27, 2023 1:27 PM
**To:** 'Robert Bonsignore' <rbonsignore@classactions.us>; Lawrence Papale <papaleproperties@gmail.com>; Josephine Alioto <j.alioto@veenfirm.com>; Christopher Nedeau <cnedeau@nedeaulaw.net>; George Omar Koury <okoury@classactions.us>; Ross Friedman <ross@classactions.us>
**Cc:** Wright, Elizabeth <ewright@cooley.com>; Glass, Ethan <eglass@cooley.com>; O'Neill, Kathy <koneill@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; St. Matthew-Daniel, Eyitayo <TStMatthewDaniel@paulweiss.com>; 'Gaffney, Yoav' <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Sisko, Zach <zsisko@cooley.com>
**Subject:** Meet and Confer re Private Pls' Discovery Deficiencies

Good afternoon counsel:

Please see attached letter and provide your availability tomorrow (Wednesday) for a meet and confer.

Thank you,
Matt

Matt K. Nguyen
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
+1 202 728 7123 office
+1 202 842 7899 fax
mnguyen@cooley.com

Bio | LinkedIn

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.