# EXHIBIT 5

# Agreement of the Parties

**April 29, 2008**

**PARTIES**

This is an agreement between a group of airline passengers, known as **Passengers Against Mergers (PAM)**. The parties to this agreement are people who are also airline passengers, and each such person shall be considered to be the holder of one or more shares of the obligation (full or half shares only) as well as shares (in the same proportion) of any court award to this association.

1. The purpose of this concerted effort by these individuals is to raise $100,000 to fund an immediate legal filing for an Injunction (as well as for other legal matters) to halt all pending and contemplated airline mergers, as it is in these parties' belief that such mergers are not to the benefit of the traveling public or the towns and cities served by said airlines.

2. To this end, we hereby create a group of passengers, acting as individuals, who are willing to individually purchase a minimum of one (1) or more "shares" (in increments of half or full shares) for this endeavor in an amount of $2,000 per share. These funds will be sent to Rosemary DAugusta, at 1290 Bayshore Highway, Ste 162, Burlingame, CA 94010, for record keeping purposes, but the checks are to be made payable to "**Alioto Law Firm**". Rosemary DAugusta will, in turn, forward the checks to the Alioto Law Firm no later than **May 5, 2008**. An agreement with the Alioto Law Firm regarding this matter is also attached, which will be executed by each individual who is a party to this agreement.

3. Each individual of this agreement shall receive a portion of any award from the Alioto Law Firm as outlined in the Alioto Law Firm Agreement in the same proportion to the shares purchased by that individual as outlined in 2. above.

4. Each individual of this agreement will be responsible to the Alioto Law Firm for any additional costs or expenses that are assessed per the Alioto Law Firm Agreement in the same proportion to the shares purchased by the individual as outlined in 2. above.

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**EXHIBIT 1049**

UAC PLF 0054

Agreement of the Parties

agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
Page 2
April 29, 2008

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $500 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:
Printed Name _Jocelyn Gardner_

Signature _[signature]_

Date _1 May_, 2008

5/1/2008

PAM
Agreement of the Parties
Page 2
April 29, 2008

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _Clyde D Stensrud_

Signature _Clyde D. Stens_

Date _5/1_, 2008

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name  Valarie Ann Jolly

Signature  Valarie Ann Jolly

Date  5/1 , 2008

2121 Dogwood Loop
Mabank, TX
75156

W- 817-310-6006
C- 817-713-8024
H- 903-451-4545

valarie@riverside-travel.com

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _Deborah M. Pulfer + Steven J. Pulfer_

Signature _Deborah M. Pulfer, Steven J. Pulfer_

Date _Apr 30_, 2008

12

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name  CAROLYN Ford

Signature  Carolyn Ford

Date  5/1/2008 , 2008

14

UAC PLF 0069

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.


**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.


9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".


Individual Participant:

Printed Name _PAMELA S. WARD_

Signature _Pamela S. Ward_

Date _30 April_, 2008

Professional-World Travel Inc
1322 Creekwood Dr
Garland, Tx 75044

16

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _Grysmer Campania_    _Harry Campania_

Signature _[signature]_    _[signature]_

Date _May 1_, 2008

UAC PLF 0075

PAM
Agreement of the Parties
Page 2
April 29, 2008

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name  *Sandy Russell*

Signature  *Sandy Russell*

Date  *4-20-*          , 2008

21

**PAM**
**Agreement of the Parties**
**Page 2**
April 30, 2008

postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _Lee McCarthy + Lisa McCarthy_

Signature _[signatures]_

Date _April 30_, 2008

30

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _June Stansbury_

Signature _June Stansbury_

Date _4/30_, 2008

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM
Agreement of the Parties
Page 2
April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _DONNA K FRY - DON FRY_

Signature _Donna K Fry - DFry_

Date _5/01_, 2008         5/1/08

UAC PLF 0091

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name _GARY TROSEWSKY_ _PRESIDENT TROSON INC_

Signature _[signature]_

Date _5/1_, 2008

38

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.

**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.

9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".

Individual Participant:

Printed Name __Rosemary D'Augusta__

Signature __[signature]__

Date __5-01-__, 2008

42

UAC PLF 0097

5. Any unused costs or expenses of the Alioto Law Firm that are returned to the individuals of this agreement from the Alioto Law Firm will be returned in the same proportion as to the shares purchased by the individuals as outlined in 2. above.


**PAM**
**Agreement of the Parties**
**Page 2**
**April 29, 2008**

6. Any future expenses for operation of this concerted effort such as conference calls, postage and copying costs will be periodically assessed to each individual in the same proportion to the shares purchased by the individual as outlined in 2. above. Any single expense purchase anticipated to be over $250 will be approved by a vote of the parties to this agreement.

7. Any future actions by the parties to this agreement will be by a majority vote (Except the terms of this agreement cannot be changed by any vote). Each individual will be allowed a vote count in the same proportion to the shares purchased by the individual as outlined in 2. above.

8. Any contact of the individuals by the press is to be "no comment" and referred to Mr. Alioto.


9. PARTICIPANTS IN THIS ACTION ARE REQUIRED TO BE MEMBERS OF THE "ATTAC AGREEMENT", BUT ANY AWARD UNDER THIS "PAM" AGREEMENT AS A RESULT OF THIS ACTION IS INDEPENDENT OF ANY AWARD TO "ATTAC".


Individual Participant:

Printed Name __Michael C. MALANEY__

Signature __Michael C Malaney__

Date __4-30__, 2008

47/47

UAC PLF 0101