# EXHIBIT 6

| | |
|---|---|
| **From:** | Lawrence Papale <lgpapale@papalelaw.com> |
| **Sent:** | Friday, May 19, 2023 6:32 PM |
| **To:** | Wright, Elizabeth |
| **Cc:** | Hawrris Niazi; Josephine Alioto; Joseph Alioto Jr.; Joseph M. Alioto; Tatiana Wallace; Linda T Blum; Christopher A. Nedeau; Lingel Winters; Glass, Ethan; Hafer, Zach; Nguyen, Matt K; Mejia, Beatriz; Dearborn, Meredith; St. Matthew-Daniel, Eyitayo; srudman@choate.com; Finch, Andrew C; jaychoen@paulweiss.com; Wald, Kate |
| **Subject:** | Re: PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES |

Some of the responses and verifications were inadvertently left out of the dropbox.  We are sending them over this afternoon.  Ms. Stansbury recently passed away and therefore there will be nor responses for her.  We are waiting on the return of several verifications and will provide them to you as soon as they are received.  The responses to the document requests are coming to you today.

LP

Law Offices of Lawrence G. Papale
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
Tel:  707-963-1704
lgpapale@papalelaw.com

On May 19, 2023, at 2:29 PM, Wright, Elizabeth <ewright@cooley.com> wrote:

Thanks, Lawrence. We will send a Zoom invite for Monday.  Can you please answer my questions below regarding the missing responses to the document requests, the missing responses to the interrogatories, and the missing verifications?

Liz

**Elizabeth M. Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
+1 617 937 2400 fax
ewright@cooley.com

www.cooley.com

**From:** PapaleLaw <lgpapale@papalelaw.com>
**Sent:** Friday, May 19, 2023 1:59 PM
**To:** Wright, Elizabeth <ewright@cooley.com>
**Cc:** Hawrris Niazi <hniazi@aliotolaw.com>; Josephine Alioto <j.alioto@veenfirm.com>; Joseph Alioto Jr. <joseph@aliotolegal.com>; Joseph M. Alioto <jmalioto@aliotolaw.com>; Tatiana Wallace <twallace@aliotolaw.com>; Linda T Blum <lblum@aliotolaw.com>; Christopher A. Nedeau <cnedeau@nedeaulaw.net>; Lingel Winters <sawmill2@aol.com>; Glass, Ethan <eglass@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; mdearborn@paulweiss.com; tstmatthewdaniel@paulweiss.com; srudman@choate.com; afinch@paulweiss.com; jaychoen@paulweiss.com; kwald@paulweiss.com
**Subject:** Re: PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1

**[External]**

Elizabeth,

I will be responding to your inquiry with respect to the discovery responses on behalf of the plaintiffs.  We will be available to meet and confer at your convenience on Monday between 10:00 and 4:00 pacific.

Lawrence

Law Offices of Lawrence G. Papale
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
Tel:  707-963-1704
lgpapale@papalelaw.com

On May 19, 2023, at 9:02 AM, Wright, Elizabeth <ewright@cooley.com> wrote:

Joe,

Defendants served document requests and interrogatories on Plaintiffs on April 17.  The deadline for Plaintiffs to respond was Wednesday May 17. We have not received any responses to the document requests from any plaintiff.  Please let us know as soon as possible if we missed a transmission.

With respect to the interrogatories, even though some Plaintiffs have served responses, there are no responses for Plaintiffs Davis, Gardner, Malaney, and Stansbury.  In addition, ten Plaintiffs have not verified their interrogatory responses.  And confusingly, we received a signed verification from Plaintiff Davis but no actual interrogatory responses.  Please send us the missing verifications by close of business today, and please let us know immediately if we missed the transmission of the responses from Plaintiffs Davis, Gardner, Malaney, and Stansbury.

Turning to the substance of the interrogatory responses, Plaintiffs' responses fall far below their discovery obligations under Rule 33.  Many of Plaintiffs' responses to Interrogatory No. 1, for example, are missing details that Plaintiffs should have easy access to, including but not limited to the Booking Date, Price, and specific Booking Method.  Plaintiffs have also objected altogether to Interrogatory No. 4, claiming an unspecified "violation of Plaintiff's right to privacy."

Please let us know your availability for a meet and confer either this afternoon or on Monday to discuss.

Liz

**Elizabeth M. Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
+1 617 937 2400 fax
ewright@cooley.com

www.cooley.com

**From:** Hawrris Niazi <hniazi@aliotolaw.com>
**Sent:** Wednesday, May 17, 2023 4:50 PM
**To:** Glass, Ethan <eglass@cooley.com>; Wright, Elizabeth <ewright@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; srudman@choate.com; afinch@paulweiss.com; tstmatthewdaniel@paulweiss.com; jaychoen@

2

paulweiss.com; kwald@paulweiss.com; mdearborn@paulweiss.com
**Cc:** Josephine Alioto <j.alioto@veenfirm.com>; Joseph Alioto <joseph@aliotolegal.com>; Joseph M. Alioto <jmalioto@aliotolaw.com>; Tatiana Wallace <twallace@aliotolaw.com>; Linda T Blum <lblum@aliotolaw.com>; 'Lawrence Papale (lgpapale@papalelaw.com)' <lgpapale@papalelaw.com>; 'Christopher Nedeau' <cnedeau@nedeaulaw.net>; Lingel Winters <sawmill2@aol.com>
**Subject:** PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**[External]**

Good Afternoon,

Please find the drobox link below which contains the

- **Plaintiffs Responses and Objections to Defendants' First Set of Interrogatories**
- **Verifications**

https://www.dropbox.com/t/ZXsXw8fKe34VvzmP

Thank you.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.