# EXHIBIT 12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                                Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**PROPOUNDING PARTIES:**     JETBLUE AIRWAYS CORPORATION
                             SPIRIT AIRLINES, INC.

**RESPONDING PARTY:**        PLAINTIFF KATHERINE R. ARCELL

**SET NUMBER:**              ONE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

of a response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

11.     Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**SUPPLEMENTAL RESPONSE NO. 1:**

In addition to their General Objections listed above, Plaintiff objects to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine.  Plaintiff also

objects to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds:

United Airlines tkt# 0162440063592
Paid with AX ticketed online on 10/7/22
Travel dates 12/8/22 - 12/12/22
New Orleans -Houston-New Orleans
Cost $217.30.    Personal travel
_____

United Airlines tkt# 01623991413310
Paid with AX.    Personal travel
Atlanta-Houston-New Orleans
Date 4/21/22 -4/24/22.  Cost $137.20 ticketed online
_____

Southwest Airlines   Tkt# 5262209699214. Personal travel
New Orleans - Atlanta-New Orleans.    6/8/22-6/20/22
Paid $217.97 personal travel booked online
Paid with AX
_____-

Southwest Airlines. Tkt #5262427465168.    Personal travel
New Orleans- Atlanta - Washington -   Atlanta - New Orleans
Dates 4/27/23-4/29/23. Booked online.  Cost $366.80. Paid with AX
_____-

Southwest Airlines TKT# 5262425411562. Personal travel - booked online
New Orleans-Houston- New Orleans
Dates 4/14/23-4/17/23. Cost $231.96

_____

Delta for Lawrence Arcell & Katherine Arcell.    Personal travel
Tkt # 0062459419603
Tkt#  0062459419604
Booked online paid with FFY miles
New Orleans - Atlanta - New Orleans
Dates 6/22/21-6/26/21
_____

_____-
Delta.  Tkt# 0062489221545.  Paid with FFY POINTS
Atlanta-New Orleans.    Booked online
_____
Drive to Atlanta personal travel 3/20/22
_____

7
PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

    Delta Airlines.  Tkt# 00624297577722. Personal travel paid with FFY POINTS
    Atlanta-Hartford-Atlanta-New Orleans
    3/24/22-3/27/22.   Booked online
_____

   Delta Airlines.  Tkt# 00623226559470.  Personal travel paid with FFY POINTS
    New Orleans-Atlanta-New Orleans.
   7/28/22-8/9/22 booked online
_____-

  Delta Airlines.
    Katherine Arcell.    Tkt# 0062333341765.
    Marguerite Wagner. Tkt# 0062333341864
   Personal travel booked online $239.20 each
  Paid with AX. Booked online
  New Orleans-Atlanta-Philadelphia-Atlanta-New Orleans
   10/20/22-10/25/22
    _____-

  Delta Airlines.
    Katherina Arcell. Tkt# 0062334819637 personal travel paid with FFY POINTS
    New Oreans- Atlanta-Newark-Atlanta-New Orleans
    11/22/22-11/28/22.        Booked online
    _____-

  Delta Airlines
   Katherine Arcell Tkt# 0062366568944.   Booked online paid with FFY POINTS
   New Orleans-New Orleans-Atlanta
   3/8/23-3/15/23.
_____-

   Delta Airlines. Tkt# 0062374469247.   Paid with AX $337.80
    New Orleans-Atlanta-New Orleans
    5/23/23 - 5/31/23 personal travel booked online


Plaintiff has also flown MSY-EWR-MSY, but does not presently know exact dates and price paid.

**INTERROGATORY NO. 2:**

    For each route listed in Interrogatory No. 1, identify whether You have ever taken a different mode of transportation (e.g., driven or taken a train) since 2015 for that same route, when that trip occurred, and why You chose to travel by that method.

**SUPPLEMENTARY RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiffs object to Interrogatory No. 2 because the term "different mode of transportation" is vague, ambiguous, and overly broad. Subject to and without waiving the objections stated above, Plaintiff responds:

Plaintiff drove from Atlanta to New Orleans for personal travel on 12/25/21 and on 3/20/22.

**INTERROGATORY NO. 4:**

Identify every complaint You have ever filed seeking to enjoin a merger under the Clayton Act, including any payments and/or other benefits. You received in connection with any such case, if any.

**SUPPLEMENTAL RESPONSE NO. 4:**

In addition to the General Objections listed above, Plaintiff object to Interrogatory No. 4 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence and it is a violation of Plaintiff's right to privacy. Subject to and without waiving the objections stated above, Plaintiff responds:

See Exhibit A, attached hereto.

Dated: June 8, 2023        By:    */s/ Lawrence Papale*
                                  Lawrence G. Papale (SBN 67068)
                                  LAW OFFICES OF LAWRENCE G. PAPALE
                                  1308 Main Street, Suite 117
                                  St. Helena, CA 94574
                                  Telephone: (707) 963-1704
                                  Email: lgpapale@papalelaw.com

## VERIFICATION

I, ___Katherine R Arcell, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at _New Orleans , ___LA__, on June ____9__, 2023.

_____
Signature

## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on June 8, 2023.

/s/ Lawrence Papale
Lawrence G. Papale