# EXHIBIT 14

```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

     GABRIEL GARAVANIAN, ET AL.    )
                                   )
                PLAINTIFFS,        )
                                   )
     VS.                           )
                                   )   CASE NO. 1:23-CV-10678-WGY
     JETBLUE AIRWAYS               )
     CORPORATION AND SPIRIT        )
     AIRLINES, INC.,               )
                                   )
                DEFENDANTS.        )




                    REMOTE VIDEO DEPOSITION
                         OF JOSE BRITO
                   TUESDAY, JUNE 13, 2023










         Reported By:
         Allison M. Hall, RDR, CRR, CSR
```

```
 1                    June 13, 2023
 2                     2:16 p.m.
 3         Video deposition of JOSE BRITO,
 4    held remotely via Zoom before Allison
 5    Hall, a Registered Diplomate Reporter,
 6    Registered Merit Reporter, Certified
 7    Realtime Reporter, and Certified
 8    Shorthand Reporter and Notary Public.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        A P P E A R A N C E S:

 2

 3        ON BEHALF OF PLAINTIFFS:

 4        BONSIGNORE TRIAL LAWYERS, PLLC
            ROBERT J. BONSIGNORE, ESQUIRE
 5          MELANIE PORTER, ESQUIRE
              23 Forest Street
 6            Medford, Massachusetts 02155
              Phone: 781-856-7650
 7            E-mail: rbonsignore@classactions.us

 8        ON BEHALF OF JETBLUE AIRWAYS CORPORATION:

 9        COOLEY LLP
              ZACH SISKO, ESQUIRE
10            500 Boylston Street
              Fourteenth Floor
11            Boston, Massachusetts  02116
              Phone: 617-937-2368
12            E-mail: zsisko@cooley.com

13
          COOLEY LLP
14            MATT NGUYEN, ESQUIRE
              1299 Pennsylvania Avenue NW
15            Suite 700
              Washington D.C.  20004
16            Phone: 202-728-7123
              E-mail: mnguyen@cooley.com
17

18

19

20

21

22    ALSO PRESENT:

23    Alex Held, Video Specialist

24

25
```

Page 13

to my questions without violating that privilege, I'm entitled to that answer, but, again, don't want to hear anything about the substance of your communications with counsel.

Did you meet with counsel in advance of your deposition today?

MR. BONSIGNORE: Objection.

THE WITNESS: Over the phone.

Q. (By Mr. Sisko) Okay. And when did that conversation occur?

MR. BONSIGNORE: Objection and instruct him not to answer. That's work product.

MR. SISKO: I'm just asking him what preparation he did in advance of this depo.

MR. BONSIGNORE: Okay. Go ahead.

THE WITNESS: We talked over the phone.

Q. (By Mr. Sisko) And how long was that conversation?

A. You know, I don't recall.

Q. Did it occur today?

A. No.

Page 14

Q. When did it occur?

A. Two -- two days ago.

Q. Okay. Was anyone else besides your counsel present on that phone call?

A. No.

Q. Okay. You said that you reread the Complaint in advance of this deposition. Had -- did you review any other documents in advance of this deposition?

A. No.

Q. Okay. So just rereading the Complaint?

A. Yes.

Q. Okay. Mr. Brito, could you please give me a brief summary of your educational background after high school.

A. I have some college study.

Q. Did you graduate with an undergraduate degree?

A. No.

Q. How long did you attend college?

A. I think about a year and a half.

Q. And you never finished your degree?

A. No.

Page 15

Q. Okay. Where did you attend college?

A. In Hayward, California.

Q. All right. Are you currently employed, Mr. Brito?

A. Yes.

Q. Who is your employer?

A. Deluxe Travel.

Q. What is Deluxe Travel?

A. Travel agency.

Q. Are you the owner of Deluxe Travel?

A. Yes.

Q. Are you the sole owner of Deluxe Travel?

A. Yes.

Q. Do you have any other partners or anyone else who owns an -- has an ownership interest in Deluxe Travel?

A. No.

Q. Has anyone previously had an ownership interest in Deluxe Travel?

A. Yes, there was a previous owner.

Q. And who was that?

A. Allen Hyman.

Page 16

Q. When did Mr. Hyman -- well, strike that.

Did Mr. Hyman sell his ownership interest to you?

A. Yes.

Q. When did that occur?

A. 19- -- about 1999.

Q. Were you employed by Deluxe Travel prior to 1999?

A. Yes.

Q. When did you begin working for Deluxe Travel?

A. September 1st, 1981.

Q. You said -- when was Deluxe Travel founded?

A. September 1st, 1981.

Q. You were one of their first employees?

A. First employee.

Q. What was your role when Deluxe Travel was founded?

A. Manager.

Q. What did you do in that role?

A. Manage the business and start the business.

Page 17

1  Q. Could you tell me a little bit
2 more about that.
3  A. Such as?
4  Q. What specific tasks did you do
5 while managing the business?
6  A. Open the agency, start the agency,
7 start hiring employees as needed, book
8 travel, et cetera.
9  Q. Book travel for customers?
10  A. Correct.
11  Q. Prior to joining Deluxe Travel,
12 did you have any other jobs?
13  A. I -- I -- I worked for a travel
14 agency in Fremont, California.
15  Q. What's the name of that travel
16 agency?
17  A. Corderio Travel.
18  Q. How long were you with Corderio
19 Travel?
20  A. About two years.
21  Q. What did you -- what were your
22 role -- what was your role -- excuse me --
23 at Corderio Travel?
24  A. Selling travel.
25  Q. I'm sorry. You said selling

Page 18

1 travel?
2  A. Selling travel. Yes.
3  Q. Okay. Did Corderio Travel sell to
4 businesses or to individuals?
5  A. To -- to both.
6  Q. Did it have a primary focus?
7  A. Not specifically, no.
8  Q. Were you selling airline flights
9 as part of your role at Corderio Travel?
10  A. Yes.
11  Q. Were you selling anything else?
12  A. Packages as well.
13  Q. Packages of what?
14  A. Tour packages.
15  Q. Okay. When you say tour packages,
16 what -- can you describe what that is?
17  A. Like a package to Hawaii, a
18 package to Mexico, hotel, car.
19  Q. So it could consist of a hotel,
20 car, airline -- air travel?
21  A. Yes.
22  Q. Okay. Did you work anywhere prior
23 to Corderio Travel?
24  A. In real estate.
25  Q. What did you do in real estate?

Page 19

1  A. Real estate agent.
2  Q. Can you describe briefly your role
3 and responsibilities as a real estate agent.
4  A. Selling homes, listing homes,
5 finding buyers.
6  Q. Anything prior to that?
7  A. No. School.
8  Q. Okay. Let's talk a little bit
9 more about Deluxe Travel. You said you're
10 the sole owner of that company?
11  A. Correct.
12  Q. How many employees does Deluxe
13 Travel have?
14  A. Five.
15  Q. And could you tell me what those
16 five employees do at a high level.
17  A. They sell travel to customers.
18  Q. When you say sell travel -- strike
19 that.
20     Does Deluxe Travel sell airline
21 flights to customers?
22  A. Yes.
23  Q. Does it sell cruises or other
24 travel experiences to customers?
25  A. Yes.

Page 20

1  Q. Is there a primary client base
2 that Deluxe Travel works for?
3  A. I -- I don't understand your
4 question.
5  Q. Does Deluxe Travel work with
6 businesses?
7  A. Yes.
8  Q. Do you have corporate accounts?
9  A. Yes.
10  Q. And do you -- does Deluxe Travel
11 also work with individuals?
12  A. Yes.
13  Q. What percentage of Deluxe Travel's
14 customers are corporate accounts?
15  A. I'd say about 50/50.
16  Q. 50/50 between corporate and
17 individuals?
18  A. Correct.
19  Q. Does Deluxe Travel primarily sell
20 business travel or leisure travel?
21  A. We do both.
22  Q. What's the split between those
23 two?
24  A. 50/50.
25  Q. So 50 percent business travel, 50

Page 21

```
 1  percent leisure travel?
 2      A.   Correct.
 3      Q.   Okay.
 4      A.   That's an estimate.
 5      Q.   Understood.  Do you know what
 6  Deluxe Travel's revenue was for the last
 7  fiscal year?
 8      A.   What do you mean by "revenue"?
 9      Q.   The amount of revenue the company
10  made.
11      A.   About 5 million in sales.
12      Q.   Would the same -- would that be
13  true for the year 2021?
14      A.   That was less.
15      Q.   About how much less?
16      A.   I don't know.  I don't remember.
17      Q.   Okay.  Does Deluxe Travel take a
18  commission for securing travel plans for its
19  customers?
20      A.   We have service fees.
21      Q.   Tell me about those service fees.
22      A.   So if you buy a domestic ticket,
23  we charge $35 for coach.  If it's first
24  class, it's 40.  It's 40 for international
25  coach and it's 50 for business class.
```

Page 22

```
 1      Q.   Are those service fees the same
 2  regardless of whether a flight is direct --
 3  or -- excuse me, nonstop or connecting?
 4      A.   It's the same.
 5      Q.   So if I -- if I bought a flight
 6  from Boston to LA from Deluxe Travel, coach,
 7  you -- you would charge a $35 service fee
 8  for that transaction?
 9      A.   Yes.
10      Q.   Okay.  About how many customers
11  does Deluxe Travel have?
12      A.   Oh, I don't know.
13      Q.   Can you provide an estimate?
14      A.   I don't know.
15      Q.   More than a thousand?
16      A.   Could be more than a thousand.
17  I'm not sure.
18      Q.   I want to clarify something you
19  said earlier.  When I asked the amount of
20  revenue the company made, you said -- you
21  testified that it made about 5 million in
22  sales.
23           Is that correct?
24      A.   In sales, yes.
25      Q.   Is there a difference between
```

Page 23

```
 1  revenue and sales?
 2      A.   Yes.
 3      Q.   Tell me what that is.
 4      A.   The -- the -- the commissions and
 5  the -- and the service fees.
 6      Q.   Sales is the commissions and
 7  service fees?
 8      A.   No.  I -- I'm not -- I'm not
 9  understanding your question.
10      Q.   I asked you the amount of revenue
11  that your company made in 2022.  And you
12  answered about 5 million in sales.
13           And I'm wondering if there's a
14  difference between sales and revenue.
15      A.   Yes, there is.
16      Q.   Tell me what that difference is.
17      A.   The commissions and service fees.
18  The sales is the volume that we sold, and
19  then the revenues are the commissions and
20  service fees we take.
21      Q.   So what is the revenue, roughly?
22      A.   It's probably about 400,000.
23      Q.   400,000?
24      A.   Yes.
25      Q.   Okay.  How does Deluxe -- if I say
```

Page 24

```
 1  Deluxe, you understand I'm working -- I'm
 2  referring to Deluxe Travel?
 3      A.   Yes.
 4      Q.   How does Deluxe secure clients?
 5      A.   Word -- basically word of mouth.
 6      Q.   Deluxe doesn't do any advertising
 7  or anything like that?
 8      A.   Very little.
 9      Q.   Do you pitch business clients?
10      A.   We -- we work with business
11  clients.
12      Q.   Sorry.  Let me rephrase that.
13           Do you pitch corporate accounts?
14      A.   What -- what do you mean by that?
15      Q.   I'm trying to understand how do
16  you -- how do you secure corporate accounts
17  as customers.
18      A.   Word of -- word of mouth and just
19  we've been in business for a long time, so
20  we have a reputation and people come to us.
21      Q.   Okay.  You mentioned that the
22  $400,000 in revenue that Deluxe received
23  last year is comprised of commissions and
24  service fees; is that correct?
25      A.   Correct.
```

Page 25

Q. How are those commissions calculated?
A. Oh, it depends on the -- on the tour company, what they pay, the cruise line, the car companies, and then our service fees we charge for airline tickets.
Q. Do you receive commissions by selling airline tickets to customers?
A. In some cases, yes.
Q. Tell me about those cases.
A. International business class tickets, we normally make a commission on that.
Q. Are those tickets that are secured through consolidators?
A. No, to our consortium.
Q. What is the consortium that you're referring to?
A. Nexion.
Q. What is Nexion?
A. It's the consortium.
Q. The consortium of what?
A. Travel agents.
Q. How many travel agents comprise Nexion?

Page 26

A. I have no clue.
Q. Do you have a rough estimate?
A. No. I could not answer that question at all.
Q. When did Deluxe join Nexion?
A. Probably about six years ago.
Q. Why did you decide to do that?
A. To get better income.
Q. How does being part of a consortium result in better income?
A. They, as a group, negotiate commissions with the airlines for international flights.
Q. So as a result of you being in this consortium, you receive commissions on international flights that you sell?
A. Correct.
Q. What is the percentage of commissions you receive on a typical airline -- international airline flight?
A. It can be anywhere from 2 percent to 20 percent, depending on the -- on the type of fare.
Q. Well, break that down for me a little bit. What -- what types of fares

Page 27

have higher commissions?
A. Business class.
Q. And coach or economy class would be lower percentages?
A. Lower percentage, and some don't even pay the very lower fares.
Q. Okay. Could you estimate for me of that $400,000 in -- in income, how much of it is service fees and how much is commissions?
A. Oh my God, I don't know.
Q. You don't know?
A. I don't know.
Q. You don't have any guess?
A. No.
   MR. BONSIGNORE: Objection.
Q. (By Mr. Sisko) Do you know approximately how many tickets Deluxe has sold -- sold in 2022? Airline tickets. Excuse me.
A. I don't.
Q. You don't -- is it more than a thousand?
A. I'm sure it's more than a thousand, but I don't know -- I don't know

Page 28

the exact quantity.
Q. More than 5,000?
A. Probably not.
Q. So somewhere between a thousand and 5,000?
A. Yes, I would say so.
Q. Are all of those commissions that you're referencing -- or -- excuse me -- strike that.
   The commissions that we've been discussing, are those all received through the sale of international airline tickets?
A. Oh, I get commissions to the sale of international tickets.
Q. Right. I'm asking if -- do you get commissions through any other means?
A. Through hotels, cars, tours, packages, and cruises.
Q. Do commissions comprise the majority of revenue that Deluxe takes in in a given year?
A. Not -- I'm not sure. No.
Q. You're not sure? Or no?
A. I'm not sure. I would have to look it up.

Page 61

 1    Calls for expert testimony.  Calls for
 2    legal conclusion.
 3        Q.   (By Mr. Sisko) You can answer.
 4        A.   I think it would -- it would
 5    diminish competition because they're the
 6    lowest -- they hold lower -- lower-cost
 7    tickets and they hold other airlines in
 8    check.
 9        Q.   But you don't regularly sell
10    Spirit flights, correct?
11        A.   Because, like I said, they don't
12    have much service in and out of here.
13            MR. BONSIGNORE:  Objection.
14    Mischaracterizes the witness' testimony.
15        Q.   (By Mr. Sisko) And you don't --
16    strike that.
17            Mr. Brito, you testified earlier
18    that you receive commissions for certain
19    international and transcontinental flights;
20    is that correct?
21        A.   Correct.
22        Q.   And if the base fares of those
23    flights on which you receive commissions are
24    higher, you receive more commission.
25    Is that fair?

Page 62

 1        A.   If the base fare is higher, we
 2    receive more commission.
 3        Q.   So the lowering of ticket prices
 4    would theoretically reduce the commissions
 5    that you at Deluxe received; is that
 6    correct?
 7            MR. BONSIGNORE:  Objection.
 8    Mischaracterizes the witness' testimony,
 9    characterizes an expert opinion, and
10    calls for a legal conclusion.
11            Go ahead.
12            THE WITNESS:  Can you repeat that
13    question?
14            MR. SISKO:  Yes.
15        Q.   (By Mr. Sisko) If ticket prices
16    lowered, that would reduce the commissions
17    that Deluxe receives on those tickets,
18    correct?
19        A.   If there is a commission.
20            MR. BONSIGNORE:  Objection.
21        Q.   (By Mr. Sisko) Yes.
22            MR. BONSIGNORE:  Go ahead.
23    I have to object -- never mind.
24    Just go ahead.
25            THE WITNESS:  Only -- only if

Page 63

 1    there's a commission involved.
 2        Q.   (By Mr. Sisko) Okay.  And on
 3    tickets for which Deluxe receives a
 4    commission, I think you just testified a
 5    higher base fare means higher commissions
 6    for Deluxe?
 7            MR. BONSIGNORE:  Objection.
 8    Mischaracterizes the witness' testimony.
 9        Q.   (By Mr. Sisko) You can answer.
10        A.   That's correct, if there's a
11    commission involved.
12        Q.   Okay.  Mr. Brito, do you own any
13    stock in airline companies?
14        A.   No.
15        Q.   Do you own any mutual funds that
16    hold stock in airline companies?
17        A.   I don't know.
18        Q.   Okay.
19            MR. SISKO:  We can take this
20    exhibit down.  Thank you.
21        Q.   (By Mr. Sisko) Mr. Brito, let's
22    talk a little bit about your personal travel
23    history, okay?
24            How often do you travel by plane?
25        A.   About four, five, six times a

Page 64

 1    year.  I -- it depends.
 2        Q.   And for what purpose do you
 3    typically travel?
 4        A.   For vacation or business.
 5        Q.   How many would you -- how many
 6    trips a year would you say are personal
 7    versus business?
 8        A.   Probably normally one trip a year
 9    is business, the rest is vacation.
10        Q.   Okay.  Do you typically fly in and
11    out of Reno?
12        A.   Most of the time.
13        Q.   Are there any other airports you
14    use other than Reno?
15        A.   I -- I mean, I could go to -- I
16    could go to San Francisco or LA and -- you
17    know, and break up the fare based on price.
18    It depends.
19        Q.   How do you decide when to break up
20    the fare?
21        A.   It depends on the cost of the
22    tickets.
23        Q.   So if it would be cheaper to drive
24    to San Francisco and catch a flight from
25    there, you would do that?

Page 105

    Q.   Does Spirit provide service to Reno?
    A.   Yes.
    Q.   You mentioned earlier that you occasionally fly out of San Francisco; is that correct?
    A.   Sometimes I go to -- sometimes I break the fare in San Francisco, depending on the costs.
    Q.   Does JetBlue operate in San Francisco?
    A.   Yes.
    Q.   Does Spirit operate in San Francisco?
    A.   Yes.
    Q.   You also mentioned that sometimes you fly out of LAX; is that correct?
    A.   Sometimes I break the fare in LA.
    Q.   Does JetBlue operate out of LAX?
    A.   Yes.
    Q.   Does Spirit operate out of LAX?
    A.   Yes.
    Q.   But, again, you've never flown on a JetBlue flight, correct?
    A.   Correct.

Page 106

        MR. BONSIGNORE:  Objection.  Asked and answered.
    Q.   (By Mr. Sisko) I -- do you have any plans in the future to take a JetBlue flight?
    A.   I -- I could.
    Q.   Do you have any tickets booked for JetBlue flights in the future?
    A.   No.
    Q.   You've also never flown Spirit, correct?
    A.   No.
    Q.   Do you have any specific Spirit flights booked in the near future?
    A.   No.
    Q.   Do you have any plans to take Spirit in the near future?
    A.   No.
    Q.   Would you ever use Spirit as an airline?
    A.   I could.
    Q.   But no immediate plans to?
    A.   No.
    Q.   So given that you've never flown either Spirit or JetBlue, what impact would

Page 107

the proposed merger between those airlines have on your personal travel?
        MR. BONSIGNORE:  Objection.  Calls for an expert opinion.  Also calls for a legal conclusion.
        MR. SISKO:  I'm asking what impact it would have on his personal travel.
        MR. BONSIGNORE:  Objection stands.
    Q.   (By Mr. Sisko) You can answer.
    A.   Okay.  So I think that the merger would probably create more of a monopoly and it would -- it would -- with -- would concentrate, reduce capacity in a number of flights, seats, increase airfares overall because that's kind of been the trend that's taken place, and lower service, higher fares in general.
        That's what I've seen with all the mergers that have taken place over the years.
        MR. SISKO:  Move to strike as nonresponsive.
    Q.   (By Mr. Sisko) My question was: What impact would the proposed merger have on your personal travel?

Page 108

        MR. BONSIGNORE:  Objection to the objection, as ridiculous as it sounds. And objection to that question because it calls for a legal conclusion and calls for an expert opinion.
        You can answer.
        THE WITNESS:  I think it would -- it would raise fares that would cost me more money to fly.
    Q.   (By Mr. Sisko) Do you have any evidence that you can point to --
    A.   And -- and --
    Q.   I'm sorry.  Go ahead.
    A.   I'm sorry?
    Q.   Did you have more -- I cut you off, Mr. Brito.  Did you have more to say on that?
    A.   Yeah, and lower -- and lower service.  That's what I -- I've watched over the years, how these mergers just make it -- make higher and higher fares and less choice.
    Q.   Do you have any specific evidence to support that conclusion that you've come to?

Page 117

1 Q. (By Mr. Sisko) My question was a
2 little bit different. I think I know what
3 you're getting at, and we'll get to that in
4 a second and Mr. Bonsignore can make his
5 objection.
6     My question was: Did any of these
7 cases listed here, in your view, have a
8 favorable outcome to the group of plaintiffs
9 listed -- plaintiffs listed here?
10     THE WITNESS: Can I answer that?
11     MR. BONSIGNORE: It's -- it's --
12 it's your opinion.
13     THE WITNESS: I think there may
14 have been two, but I can't disclose
15 anything on them.
16 Q. (By Mr. Sisko) Did you reach --
17 which -- which two cases are you referring
18 to?
19 A. I think the Delta-Northwest and I
20 think the Alaska and Virgin.
21 Q. Are those cases in which this
22 group of plaintiffs reached a settlement
23 with the Defendants?
24     MR. BONSIGNORE: Objection.
25     THE WITNESS: I can answer that?

Page 118

1 May I answer that?
2     MR. BONSIGNORE: Briefly. Yes to
3 no.
4     THE WITNESS: Yes.
5 Q. (By Mr. Sisko) And subject to an
6 objection I know is coming.
7     Did you receive any compensation
8 in connection with those settlements?
9     MR. BONSIGNORE: Objection and
10 instruct not to answer pursuant to the
11 agreement not to discuss the terms,
12 et cetera.
13     MR. SISKO: Okay. And for the
14 record, Counsel, you're instructing your
15 witness not to answer on privilege and
16 confidentiality grounds?
17     MR. BONSIGNORE: Yes, and that's
18 my understanding, as we've discussed with
19 the other deponents. And if for some
20 reason my understanding is incorrect, we
21 acknowledge the defendants' ability to
22 proceed pursuant to the deposition
23 protocol.
24     MR. SISKO: Okay. For the record,
25 we'll reserve -- defendants will reserve

Page 119

1 the right to recall Mr. Brito, to the
2 extent necessary, on this topic. But we
3 can move on.
4 Q. (By Mr. Sisko) I want to ask
5 quickly, you mentioned a case about
6 commissions. Could you describe that for me
7 briefly?
8 A. It was when the airlines kept our
9 commissions.
10 Q. When you say "our," do you -- are
11 you referring to travel agents?
12 A. Correct.
13 Q. About when was that litigation
14 brought?
15 A. Long, long, long time ago. I --
16 I -- I don't recall even the year or
17 anything.
18 Q. As a four -- as a four-decade
19 veteran of the travel industry, did the
20 airlines' decisions to reduce commissions --
21 strike that. That's a terrible question.
22     Which commission -- which airlines
23 reduced their commissions in the case
24 that -- in the case we're talking about?
25 A. Oh, all the airlines back then.

Page 120

1 Q. Any in particular that you can
2 tell me?
3 A. Delta started it.
4     MR. BONSIGNORE: Objection.
5 Q. (By Mr. Sisko) Delta? How about
6 United?
7 A. Those -- those then all followed.
8 Q. So all of the legacy carriers then
9 existing at the time followed suit after
10 Delta reduced commissions?
11 A. Correct.
12 Q. Okay.
13     MR. SISKO: We can take this
14 document down.
15 Q. (By Mr. Sisko) Just a couple more
16 things, Mr. Brito. When you first -- I
17 don't want to know about any conversations
18 with counsel, but when you first considered
19 bringing this lawsuit to prevent the
20 proposed merger between JetBlue and Spirit,
21 did you educate yourself about either Spirit
22 or JetBlue as companies?
23 A. In what aspect?
24 Q. Did you read any news about their
25 financial performance?