# EXHIBIT 25

1            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
2
GABRIEL GARAVANIAN, et al.,          )
3                                     )
            Plaintiffs,              )
4                                     )
v.                                    ) Case No.
5                                     ) 1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION and      )
6 SPIRIT AIRLINES, INC.,             )
                                      )
7            Defendants.             )

8

9

            *********************************
10       REMOTE VIDEOTAPED DEPOSITION OF
                  BRENDA KAY DAVIS
11                June 22, 2023
            *********************************
12

13

14          BRENDA KAY DAVIS, produced as a witness at

15    the instance of the Defendants, was duly sworn and

16    deposed in the above-styled and numbered cause on

17    June 22, 2023, from 12:09 p.m. to 2:42 p.m. CST,

18    stenographically reported remotely, pursuant to

19    the Federal Rules of Civil Procedure and the

20    provisions stated on the record.

21

22

      Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
23                    Texas CSR 9306
                      California CSR 14407
24                    Illinois CSR 084.004659

25

```
 1                A P P E A R A N C E S

 2      (all attendees appearing via remote videoconference)

 3

 4      REPRESENTING THE PLAINTIFFS:

 5       Mr. Robert J. Bonsignore
         BONSIGNORE TRIAL LAWYERS
 6       193 Plummer Hill Road
         Belmont, New Hampshire   03220
 7       (702) 852-5276

 8

 9      REPRESENTING THE DEFENDANTS:

10       Mr. Zach Sisko
         COOLEY, LLP
11       500 Boylston Street
         Boston, Massachusetts   02116
12       (617) 937-2300
         zsisko@cooley.com
13

14      THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15       Mr. Alex Held

16      ALSO PRESENT:

17       Ms. Shireen Ardaiz, Cooley, LLP

18

19

20

21

22

23

24

25
```

Page 12

1  gathering or afterwards?
2  Q      In preparation for this deposition, did
3  you meet with your counsel?
4  A      Not in -- no, not in person.
5  Q      But did you have a call or maybe a Zoom
6  with them?
7          MR. BONSIGNORE:  Objection to the
8      extent that calls for the contents of the
9      conversation.  You can answer as to
10     whether the call took place but not what
11     was said.
12         THE WITNESS:  Yes, we had a call.
13  BY MR. SISKO:
14  Q      Okay.  And these documents that you
15  retrieved from storage, what documents did you
16  retrieve from storage?
17  A      Some itineraries, credit card statements,
18  and just information regarding to the travel, like
19  files that I had of my travels, and I -- that's
20  what I collected.
21  Q      Okay.
22  A      Just some stuff that was pertaining to
23  this case.
24  Q      And did you review those prior to this
25  deposition?

Page 13

1  A      Yes.
2  Q      Okay.  Great.
3          Ms. Davis, could you just briefly
4  summarize your educational history after high
5  school?
6  A      Yes.  I went to a two-year junior college,
7  and I -- then I went to Texas State University in
8  San Marcos, Texas, for a year.  And I did not
9  complete my education; I lacked a few hours, but
10  my mother became ill, so I had to stop.  And then
11  I took a good job, and I never continued with it.
12  Q      Okay.
13  A      But I had, like, three years of college.
14  Q      Got it.
15          And let's talk a little bit about your
16  employment history.  After your time at college,
17  where were you employed?
18  A      I worked for Miller of Dallas -- let's
19  see.  I worked for Dudley Hess Distributing in
20  Waco, Texas, which was a Miller beer distributor,
21  in the office; and then I worked for Miller of
22  Dallas, which is a Miller beer distributor, in the
23  office; and then I worked for American Airlines as
24  a sales reservation agent for a year.  And then I
25  left there when I became pregnant and -- and went

Page 14

1  into the travel agency.
2          And then since then, after I had my
3  son, I worked in travel agencies for several years
4  until I opened my own in 1990.
5  Q      Okay.  So let's break those down a little
6  bit more.
7  A      Okay.
8  Q      At American Airlines, I think you
9  testified you were a sales agent; is that right?
10  A      Yes.  A sales reservation agent.
11  Q      And what did that job entail?
12  A      We were -- I was on the phone booking
13  reservations for clients, for their customers.  We
14  would have a headset on and take the calls in
15  through the headset in the SRO in Dallas, the
16  southern regional office, for reservations.
17  And -- and that was what I did, sit at a computer
18  screen and take the reservations and make
19  reservations.
20  Q      Were you speaking directly to passengers
21  or was it with corporate accounts?  Like who were
22  you speaking to?
23  A      Passengers.
24  Q      Okay.  So directly with consumers who are
25  trying to book a ticket?

Page 15

1  A      Yes.
2  Q      Okay.  Got it.
3          And then you mentioned that you worked
4  for a couple travel agencies after you had your
5  son, and then got back in the workforce.  What --
6  what travel agencies did you work for?
7  A      I worked for -- it's no longer there, but
8  it was in Richardson, Texas.  It was called -- I
9  can't remember the exact name of it at this --
10  right at this moment, but my boss -- the owner was
11  Harry Yaws and Mickey Yaws, and that was my first
12  travel agent job, and I worked there for probably
13  about a year.
14  Q      Were you a -- you were a travel agent at
15  this -- at this agency?
16  A      Yes.
17  Q      So you were selling travel and flights to
18  customers?
19  A      Yes.
20  Q      Okay.  How about after this travel agency
21  in Richardson, Texas?  Were you at another travel
22  agency or what happened next?
23  A      Yes.  I worked at a travel agency in
24  Mesquite, Texas -- First Travel was the name of
25  it -- and I was a sales reservation agent also

Page 16

1  there, where I sold to the public.
2  Q      Was that similar to your position at
3  American?
4  A      No.  At American, you did not meet the
5  public personally, face to face.  At the travel
6  agencies, they come in and sit face to face and
7  you sell -- at the travel agency, you sell air,
8  cruises, tours, et cetera.  At American Airlines,
9  it was only airline tickets.
10  Q      Got it.
11        And then after First -- how long were
12  you at First Travel?
13  A      Oh, I would say six -- six years.
14  Q      Did you work for any other travel agencies
15  after First Travel?
16  A      I was an independent contractor when I
17  opened my agency in my home in 1990.  That was --
18  and I had signed up with a travel company to sell
19  travel.  So I did that for about a year in my
20  home.  Let's see -- so -- I had a daughter in
21  between there, so I'm trying to put time when she
22  was born.  That's when I left First Travel.
23        So then I opened the agency in my
24  home, and that was very new at that time, for --
25  it was when independent contractors were coming

Page 17

1  about, and so we -- I went through an agency in
2  Dallas, Texas, and they were my sponsor, and we
3  had to dial in with floppy disks.  But it all
4  worked and it was a great start to my career.
5  Q      And what was that travel agency in Dallas
6  that you were contracting with?
7  A      Independent Travel Consultants.
8  Q      The name about sums it up there.
9        So then after that time, it sounds
10  like you started your own travel agency; correct?
11  A      Yes, sir.
12  Q      What was the name of that travel agency?
13  A      All Destinations -- with an "S" -- Travel.
14  Q      Is All Destinations Travel still in
15  business?
16  A      Yes.  I still have my -- my accreditation
17  with ARC and my corporation.  I kept it together
18  after I retired.
19  Q      When did you retire?
20  A      Approximately 2016 I semiretired.
21  Q      But you still do a little bit of work --
22  A      Yes.
23  Q      -- for All Destinations Travel?
24  A      Yes, sir.
25  Q      Okay.  Are you the sole owner of All

Page 18

1  Destinations?
2  A      Yes.  It's an S corp, and I'm the
3  president.
4  Q      No one else has any shares?
5  A      No.
6  Q      Okay.  Has it -- have you always been the
7  sole owner of All Destinations Travel?
8  A      Yes.
9  Q      So let's talk a little bit about All
10  Destinations Travel.  And we're going to start by
11  asking about the time after your semiretirement.
12  I just want to understand kind of the work you're
13  doing now.
14        How many customers during your
15  semiretirement has All Destinations Travel
16  serviced in a year?
17  A      I don't -- maybe it's gradually trickled
18  down.  The first, maybe, in 2016 I did a few more.
19  Maybe -- I don't have an exact number.  I would
20  say maybe at that time 30 to 50 customers.
21  Q      How many customers did you service in
22  2022?
23  A      2022?  I did my daughter's wedding to
24  Cancun, and I would say she had 40 -- like 42
25  people at her wedding, but it was -- I booked the

Page 19

1  hotel part, not the air.
2  Q      Other than your daughter's wedding, did
3  you do any other travel agent business in 2022?
4  A      Let me think.  '22.
5        '22 -- I can't remember anything else
6  that I did in 20- -- let me think if I took a
7  trip.  Because I do my personal -- '22.
8        And I booked the wedding -- I started
9  that in '22, but she didn't get married until
10  April of '23.  So I started the reservation and
11  had it going, but she didn't travel until '23.
12        I can't remember anything else in '22
13  at this time.
14  Q      Okay.  How much -- how much business --
15  well, strike that.
16        How many airline tickets or airline
17  bookings have you sold to customers since you
18  retired?
19  A      I don't know the exact amount.  I have
20  just sold to my family or me -- mainly me and my
21  husband -- since 2016 when I retired.  As an
22  individual, I haven't really marketed or booked
23  for the public.
24  Q      So the 30 to 50 customers you're talking
25  about in 2016, did you book airline travel for

Deposition of Brenda Kay Davis

Page 20

them?

A    Mainly I booked tours, and I think everything is listed in the interrogatories that I booked.  But I booked package deals that include the air when I book -- booked -- because I had retired and I had some that I had probably was working on at the time that I finished up.  I didn't want to take new customers on, so -- but it was mainly -- if air was booked, like, it was through a package, through a tour operator vendor.

Q    Okay.

A    I booked some personal air for myself, I would think, and I have that all listed in the interrogatories.

Q    Okay.  We'll get to your personal travel a little bit later.  But just talking a little bit more about All Destinations, how much revenue did you receive from All Destinations Travel in 2022?

A    In 2022?  I don't think I received any in -- because we didn't travel much.  As I said, I was semiretired and mainly keeping my accreditation and I, as an individual, travel and book, but we didn't travel a lot because of the -- we were coming out of the pandemic also.

Q    So it sounds to me, then -- well, strike

Page 21

that.

Are you actively soliciting new customers for All Destinations Travel?

A    No.

Q    Do you -- other than your family, are there any other customers that you currently service?

A    I did book a lady that -- to Cancun and her daughters recently, because after the wedding she -- I had booked her daughter to my daughter's wedding, and she said I did a good job and she wanted me to book her, so I booked her family to Cancun.

Q    Did you book the air travel for that trip?

A    I booked her through a package deal with Apple -- no.  Let's see.  Apple Vacations, yes.

Q    Okay.

A    I did do the air, but it was through a tour vendor.

Q    "It was through a tour vendor," you said?

A    Yes, Apple Vacations.  It was a package deal with the air and hotel and -- packaged together.

Q    Do you recall what airline that was on?

A    She flew Sun Country from Houston.

Page 22

Q    Okay.

A    Sun Country was the low-cost carrier out of Houston and that -- she wanted the lowest, and she took Sun Country.

Q    Okay.  Do you have plans to ramp up All Destinations' business in the future?

A    I'm undecided at this time.  I don't have plans because my husband's retired and I'm retired and I feel like it's my time to go and travel since I've been in travel since 1980.  I kept my accreditation with the airline just in case something did happen and I plan to, yes.  I -- there's always the possibility -- you never know what emergencies might happen or I might need to -- to bring my business -- you know, start -- I have my business, but I might start to -- pursuing it more.

But in the meantime, I'm mainly booking for myself and my family, and occasionally a friend or someone that -- I want something.  But, yes, it's something that I could consider.

Q    Okay.  But you have no active plans to drum up new business, so to speak?

A    Not at this time.  If someone called and wanted to book a trip, yes, I could do that and I

Page 23

would do that.  But at this time, I'm not pursuing them, but I -- I might in the future.

Q    How many customers did All Destinations have when you retired in 2015/2016?

A    Well, I was running the agency by myself at that time.  I don't know an exact how many customers, but there were many.  I had lots of clientele from the years.  I would say I had a couple of hundred customers, and -- and somewhere in that -- I'm estimating.  But that's what I would think.

Q    Were those mostly business travelers or leisure travelers?

A    I had both, but mainly leisure.  I did have a few corporate accounts.  I had -- they were small, of course, because it was me.  But I -- I -- in 2016, I had a couple of corporate that I were working with, and then mainly they were as leisure.

Q    Okay.  And in 2015, which -- is that the last year before you were semiretired?

A    Yes.

Q    So in 2015, what was the total revenue of All Destinations Travel?

A    I would have to look at my tax statements

Deposition of Brenda Kay Davis

Page 24

1   to give you a definite, but I would think that I
2   had a revenue for myself after -- after
3   everything.  Are you talking about gross or net?
4   Q     I'm talking -- well, I was talking about
5   net, but what was the gross sales?
6   A     Yeah, I don't know exactly.  I'd have to
7   look at my taxes.  I know that -- I would say
8   maybe in the -- maybe $300,000 worth.
9   Q     And what -- how about the net revenue?
10  A     Generally you say 10 percent, so I would
11  say 30,000.
12  Q     Did -- okay.
13        At that time, in 2015, before you
14  retired, how was -- how was that revenue composed?
15  Did you receive commissions?  Did you receive --
16  do you charge service fees?  Explain to me a
17  little bit how those sales worked.
18  A     For tours, packaged tours, we receive
19  commission from the tour operators for booking.
20  For airline tickets that I issued, I charged, I
21  think at that time, $30 a ticket.
22  Q     And those service fees for airline
23  tickets, those are -- were those on a per-ticket
24  basis?
25  A     Yes.

Page 25

1   Q     So regardless of whether it was a nonstop
2   or connecting flight, it would be $30 flat?
3   A     Yes.
4   Q     Okay.  The same for domestic and
5   international?  Same amount?
6   A     I believe so.  I might have charged 50 for
7   international at that time.  It was either 30 or
8   50.
9   Q     Did you receive any commissions for the
10  sale of airline travel?
11  A     No, not since the '90s.
12  Q     Okay.  I know it was a little while ago,
13  but, Ms. Davis, do you recall how much of that
14  total sales -- the gross sales -- strike that.
15  Let me rephrase that question.
16        Of the estimated $300,000 in gross
17  sales, how much of that was service fees?
18  A     I don't know, but -- I don't know.  I
19  would say maybe 20 percent, but I'm guessing.
20  It's something I would have to look back on.
21  Q     Okay.  Did All Destinations Travel have
22  any contracts or agreements with specific
23  airlines?
24  A     Not for commission from the airline, but I
25  had the -- I am a member of IATA, so -- and ARC,

Page 26

1   so there's contracts to issue airline tickets.  To
2   be able to issue them, you have to be a member of
3   Airline Reporting Commission and IATA.
4   Q     Right.  But you -- were there any -- any
5   discounts that you could provide to your customers
6   based on agreements with airlines?
7   A     Not that I remember.
8   Q     How about any other perks or amenities?
9   A     No.
10  Q     Okay.
11  A     If you booked a tour, like through the
12  airline -- like if I booked a tour through
13  American Vacations or Delta Vacations, we would
14  receive commission.  If somebody needed a --
15  wanted to go to Cancun or Miami or New York, you
16  could book your tours through American Airlines
17  Vacations, and then we would receive commission,
18  but not on an airline ticket alone.
19  Q     Okay.  When you say "American Vacations"
20  or "Delta Vacations," you're talking about package
21  deals that include airfare?
22  A     Yes.
23  Q     Who -- strike that.
24        Describe to me how those packages come
25  about.  Is it directed by the airlines or somebody

Page 27

1   else?
2   A     It's their vacation department.  I
3   guess -- I don't know how they do their internal
4   business, but I would think they have vendors that
5   they contract with to put packages together for
6   their air and hotel.  And then -- like I would go
7   into aavacationsagent.com, and then it was all
8   there.  Or if you go to Delta, you go to Delta's
9   vacation.com.
10  Q     Okay.
11  A     So all the airlines, almost, have that,
12  where you can package a deal if the customer wants
13  that kind of package.  That doesn't mean I always
14  use them because we have other -- as a travel
15  agent, of course I would look for the best for my
16  customer, the best options.
17  Q     Did All Destinations receive a commission
18  by selling those combined tours?
19  A     Yes.
20  Q     Approximately how much was that,
21  percentage-wise?
22  A     It depended on your production.  Generally
23  10 to 12 to 15 percent.
24  Q     And I'm assuming the more tours you sold,
25  the higher that percentage gets?

Page 40

1  for customers since 2015?
2     A    No.  I sent you the flights.  I sent them
3  in the interrogatories -- I can't say that word
4  well.  But I did send them over, so you should
5  have them.
6     Q    We can leave that for a second.  But,
7  Ms. Davis, I think my question is fairly clear.
8          How much revenue have you received
9  from All Destinations Travel since you retired?
10    A    You're talking about me as a salary?
11 Or --
12    Q    You as the owner of All Destinations
13 Travel.
14    A    I -- I -- I don't know if you're meaning,
15 like, the 30,000 I talked about in '15.  '16, I
16 would -- I don't have an amount.  I would have to
17 go through my tax person and look at -- I have a
18 person who does my taxes -- and find out.  That
19 was not in the interrogatories, that question, and
20 I did not research it.  But I would -- I would not
21 want to answer it wrong, but I would be glad to
22 provide that answer.  I just don't know, a total
23 for eight years, what I have collected.
24    Q    Do you have an estimate of what you may
25 have received?

Page 41

1     A    I estimated the 30 for '15, so maybe '16
2  was less.  I would say -- I'm going to estimate
3  maybe -- maybe 6,000.  I don't know.
4     Q    Okay.
5     A    Because that's when I started mainly doing
6  travel for myself.  But I had some that I was
7  working on.
8     Q    So since you retired, you would say All
9  Destinations Travel generated about $6,000 in
10 revenue?
11    A    I thought you asked me for '16.
12    Q    No.
13    A    You asked me how much did I make in '16.
14 I said six.
15    Q    Okay.
16    A    I'm estimating that.
17         But since I retired, I would say -- I
18 don't know.  I have no idea.  I would just
19 estimate maybe -- maybe $5,000.  I don't know.
20    Q    Okay.
21    A    I would have to verify that with my CPA.
22    Q    That's fine.
23         So you received approximately, an
24 estimate, $5,000 since you've retired from All
25 Destinations Travel.  And you testified that you

Page 42

1  have not sold any Spirit flights to your customers
2  in the last eight years; is that correct?
3     A    Correct.
4          MR. BONSIGNORE:  Objection.
5  BY MR. SISKO:
6     Q    And you have not sold any JetBlue flights
7  to your customers in the last eight years;
8  correct?
9     A    Correct, but I've been retired and work --
10 and just booking, as I told you, for family --
11 mainly me and my husband, but some additional
12 family.
13    Q    I understand.
14    A    That's --
15    Q    I understand that, Ms. Davis.  I would ask
16 that you just answer my questions directly.
17    A    Okay.  Repeat the question.
18    Q    You have not booked my JetBlue flights for
19 your customers in the last eight years?
20    A    No.
21    Q    So in what way, if at all, would the
22 JetBlue or Spirit merger impact your income from
23 All Destinations Travel?
24    A    Well, it would -- it would impact me
25 personally.  Because in the future, as I said, I

Page 43

1  intend to travel.  This is my time.  I'm
2  semiretired, but I do book for myself and my
3  husband and my family, and it would impact me if
4  it increased the fares, if it -- the service is
5  cut, if the...
6     Q    Ms. Davis, my question was a little bit
7  different.
8     A    Yes.
9     Q    My question was:  What way, if at all,
10 would the JetBlue-Spirit merger impact your income
11 or revenue from All Destinations Travel?
12    A    Well, if -- if the merger happens and they
13 cut the service on Spirit, as I said, I plan to
14 travel Spirit.  And Vegas is a big destination.
15 It was one of my moneymakers.  So was Cancun.  If
16 I ever decided to go back to work, as you asked me
17 if I would and I said I -- you know, you never
18 know the future.  I could.  And if I didn't, it
19 still would impact me as an individual and my
20 family because the service may be cut in Dallas
21 for Spirit, and they have the low cost.
22         It would maybe eliminate the low-cost
23 carriers -- other low-cost carriers.  We would be
24 down to four carriers, then, and it would be hard
25 for low-cost carriers to come back after a --

Page 44

1  after Spirit was gone.  Spirit -- it keeps the
2  prices down in our market, in the Dallas -- and
3  plus many other cities --
4     Q    Ms. Davis, I apologize for interrupting
5  you.  I'm asking for an answer to my question.
6           MR. BONSIGNORE:  Counsel, I'm going
7     to object.  She was giving an answer,
8     which was right on point.  She described
9     how it would impact her personally first,
10    but then she clearly said she's still in
11    business -- you know, in other words,
12    she's still in business and it might ramp
13    up at any time because no one knows what's
14    going on with the economy uncertainty, in
15    other words, and she then went on to
16    describe textbook reasons why -- well, not
17    textbook, but reasonable reasons why it
18    would impact her from her opinion.
19          MR. SISKO:  Robert.
20          MR. BONSIGNORE:  She's not a
21    lawyer.  She's not a -- you know, so
22    please allow the witness to complete her
23    answer.
24          MR. SISKO:  Robert, I take the
25    objection, and I understand.  I don't mean

Page 45

1  to cut her off.  My question was pretty
2  clear, is how it would impact her income
3  from her travel agency business, and I'm
4  reviewing the answer right now and she's
5  talking about her personally.  We can get
6  to how it impacts her personally.  I just
7  want an answer to my question.  We can
8  move on, and I frankly don't appreciate
9  you inserting testimony for the witness.
10          MR. BONSIGNORE:  I don't think I
11    did.  I think she said it.  If you examine
12    the transcript, it's going to say she is
13    still having -- she still has her business
14    and she is -- it would impact her in the
15    future.  The word -- I don't have the real
16    transcript in front of me, but I know
17    what's -- what I heard.
18          MR. SISKO:  Okay.
19          MR. BONSIGNORE:  So I'll just let
20    the witness answer, and we both should
21    probably, you know, do that.
22          MR. SISKO:  I understand.
23          MR. BONSIGNORE:  So I'll just shut
24    it down now.  Okay?
25          MR. SISKO:  I understand.  We can

Page 46

1  move on.
2  BY MR. SISKO:
3     Q    Ms. Davis, you are retired; correct?
4     A    Semiretired.
5     Q    And you have been semiretired for the last
6  eight years?
7     A    Yes.
8           MR. SISKO:  Okay.  Why don't we go
9     off the record, and we can take a quick
10    break.
11          THE WITNESS:  Okay.  Thank you.
12          MR. BONSIGNORE:  Okay.  A
13    ten-minute break?
14          THE VIDEOGRAPHER:  We are off the
15    record.  The time is 1:09 p.m.
16          (Recess from 1:09 p.m. to 1:24 p.m.)
17          THE VIDEOGRAPHER:  The time is 1:24
18    and we are back on the record.
19          MR. SISKO:  Great.  Thank you.
20  BY MR. SISKO:
21     Q    Ms. Davis, welcome back.  Did you speak to
22  anyone other than your counsel about your
23  testimony during the break?
24     A    No.
25     Q    Great.  Thank you.

Page 47

1           I'd like to move on and talk a little
2  bit about your own travel history.
3           How often do you travel by plane?
4     A    Maybe -- it depends on the year, but maybe
5  three, four times a year.
6     Q    And is it typically personal or for
7  business?
8     A    Personal, but I have had some business.
9     Q    What type of business trips have you been
10 on in the last eight or so years?
11    A    I went to Cancun to a -- to the Hard Rock
12 for a travel agent/fam trip in -- I think that's
13 in my list of travels.  One of the trips -- I
14 think it was the one in '17, and we -- a bunch of
15 travel agents went for that.
16           And then when I travel, generally I --
17 a lot of times I feel like I am going for business
18 because I check out destinations and see what I
19 might -- you know, wanted to book for business.
20    Q    Okay.  But generally, over the last eight
21 or years, has your travel been personal?
22    A    Well, most of it, yes.  But some -- I'm --
23 I think I was invited to the Cancun -- I don't
24 remember what year that was because I don't have
25 it in front of me.  I think it was '15 or '17 --

Page 64

1  Dallas; correct?
2  A    Yes, I do have a couple of flights from
3  Houston.
4  Q    Yeah.  But generally, you would agree with
5  me that most of the flights are to and from DFW or
6  Dallas Love?
7  A    Yes.
8  Q    Okay.  Is it also fair to say that you
9  typically fly American?
10      MR. BONSIGNORE:  Objection.
11      THE WITNESS:  I do, but I fly who's
12   the lowest price and the -- basically I
13   look for the lowest price and the most
14   direct.
15 BY MR. SISKO:
16  Q    Other than price and nonstop routes, is
17 there anything else that factors into your
18 personal travel decision?
19  A    Maybe the time, you know, that you're
20 going to travel, the time of day that the flight
21 leaves and how many flights go into somewhere a
22 day, and if it fits your schedule with the price
23 and all.  You know, there's a lot of options to
24 look at in regards to that.  And so I -- you know,
25 time that the flight leaves and returns, the

Page 65

1  price, and the destination and the nonstop.  And
2  it doesn't have to always be nonstop, but prefer
3  nonstop.
4  Q    Okay.  You've also flown Southwest;
5  correct?
6  A    Yes.
7  Q    You've flown United; correct?
8  A    Yes.
9  Q    JetBlue isn't on this list; correct?
10  A    Correct.
11  Q    Have you flown JetBlue in the last eight
12 years?
13  A    As I said before, no.
14  Q    There's also no mention of Spirit on this
15 list; correct?
16  A    Correct.
17  Q    And you've never flown Spirit in the last
18 eight years either; correct?
19  A    Correct, but I intend to fly Spirit.  I
20 intend to fly with my brother to Vegas.  I intend
21 to fly -- I intend to fly to Florida on a cruise.
22 I intend to fly to Seattle.  I intend to fly to
23 New York, and I would not be opposed to Spirit.
24  Q    Understood.  But on this list, there's no
25 Spirit flights?

Page 66

1  A    Correct.
2  Q    Okay.  Does Spirit have service to
3  Las Vegas from Dallas?
4  A    Yes, nonstop.
5  Q    Is there a reason why you haven't flown
6  Spirit to Dallas -- or excuse me -- to Las Vegas
7  from Dallas?
8  A    No.  I just haven't flown to Vegas -- I
9  think we flew -- it maybe was because of the
10 schedule, but I -- as I said, I intend to go and
11 travel on Spirit with my brother.  He travels with
12 them all the time and he's one of their club
13 members and he -- he tells me how good the flights
14 are and the new planes.
15  Q    So let's take a closer look at some of
16 these.
17      Ms. Davis, have you flown in or out of
18 Orlando in the last eight years?
19  A    No.
20  Q    Have you flown in or out of Boston in the
21 last eight years?
22  A    No.
23  Q    And you've only taken two flights to
24 New York in the last eight years; correct?
25  A    I believe that's correct.

Page 67

1  Q    There's one to either JFK or LaGuardia in
2  October of 2017?
3  A    Uh-huh.
4  Q    And then there's another to LaGuardia in
5  March of 2019; correct?
6  A    Yes.
7  Q    Okay.  No other flights to New York other
8  than those?
9  A    Not in the last eight years.  I've been to
10 New York many times.  We did have a pandemic, and
11 for about three years I didn't fly --
12  Q    I do recall the pandemic.
13  A    -- or go take many vacations, but I intend
14 to.  I'm retired and -- semiretired and I'm ready,
15 and I intend to travel.
16  Q    How about any flights to Newark in the
17 last eight years?
18  A    Not that I know of.  I don't see Newark on
19 here.
20  Q    I'm --
21  A    I'm not opposed of Newark, LaGuardia, or
22 JFK.  You know, I would go to either, wherever the
23 best flight and price is.
24  Q    But none in the last eight years?
25  A    Correct.

Deposition of Brenda Kay Davis

Page 76

BY MR. SISKO:

Q    Sure.  Why don't I ask it this way:  Do you prefer to have free Wi-Fi on your flights?

A    I don't -- I don't generally use Wi-Fi on my flights, but if it -- if they do have it, that's great.

Q    Do you prefer to have free TV or movies on a flight?

MR. BONSIGNORE:  Objection.

THE WITNESS:  I generally sleep, so it doesn't -- I don't have to have that stuff to fly.  I just want to go for the best price to where I'm going.  I want to travel for the best price and I don't -- I don't have to have all the frills.

BY MR. SISKO:

Q    How about extra leg room?  Do you prefer to have extra leg room on a flight?

MR. BONSIGNORE:  Objection.

THE WITNESS:  As I said, I did pay for it and it wasn't worth it.  I didn't feel like there was that much more leg room for the amount of money I paid.

BY MR. SISKO:

Q    Are you willing to pay fees to check your

Page 77

bags when you're flying?

A    Well, we've been paying fees -- everyone has -- for years.  So I don't have a choice on every airline, basically.

Q    Are you willing to pay a fee to bring a carry-on bag?

MR. BONSIGNORE:  Objection.

THE WITNESS:  I think -- I would if the fare is low enough on the carrier, of course I would.  If I'm getting a lot lower fare and the -- I would pay, or you can put the -- most likely put the carry-on under your seat, that's not over nine inches tall, free, so you don't have to pay.

BY MR. SISKO:

Q    I think that's a personal item.

A    Yes, you can do that, bring a personal item.  And I would -- I don't have a problem with that.  But as far as the carry-on, I would just probably put more in my checked bag and take my personal item.

Q    The trip to Seattle -- and I apologize if you already answered this -- that you have coming up, what airline are you taking to Seattle?

Page 78

A    I have not booked an airline yet.

Q    Okay.  So it's fair to say you don't have any Spirit flights coming up?

MR. BONSIGNORE:  Objection; asked and answered; objection to form.

BY MR. SISKO:

Q    You can answer.

A    Okay.  Repeat the question.

Q    You do not have any Spirit flights booked in the future?

A    No, but I -- as I said, I intend to fly Spirit in the future, and I could very well fly Spirit to Seattle.

Q    How about JetBlue?  Do you have any JetBlue flights booked in the future?

A    No, I do not, but I very well could fly JetBlue also.  I would have to look at the Dallas schedule to see where JetBlue goes.

MR. SISKO:  Can we -- you can take this document down.  Why don't we take a quick break, and we can come back in ten minutes or so.

MR. BONSIGNORE:  Okay.

MR. SISKO:  Can we go off the record?  Apologies.

Page 79

MR. BONSIGNORE:  Yep.

THE VIDEOGRAPHER:  We are off the record.  The time is 2:10.

(Recess from 2:10 p.m. to 2:24 p.m.)

THE VIDEOGRAPHER:  The time is 2:24.  We are back on the record.

MR. SISKO:  Thank you.

BY MR. SISKO:

Q    Welcome back, Ms. Davis.  Did you discuss your testimony during the break with anyone other than counsel?

A    No.

Q    Okay.  Thank you.

I want to talk a little bit about this lawsuit and maybe some of the past lawsuits that you've been a part of.

You understand that this litigation is being brought to block the merger -- the proposed merger between JetBlue and Spirit; correct?

A    Correct.

Q    And the next few questions I ask, I just want to be clear that I don't want to hear anything about your communications with counsel or any attorney-client privileged information.  So just answer them to the extent you can without