# EXHIBIT 28

1          UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3   _____

4   GABRIEL GARAVANIAN, et al.,      |

5            Plaintiffs,             | Case No.

6        v.                          | 1:23-cv-10678-WGY

7   JETBLUE AIRWAYS CORPORATION      |

8   and SPIRIT AIRLINES, INC.,       |

9            Defendants.             |

10  _____ |

11

12            ** CONFIDENTIAL **

13

14      ZOOM VIDEO CONFERENCE DEPOSITION

15              PAMELA FAUST

16             June 28, 2023

17           9:01 a.m. Eastern

18

19

20

21  Stenographically reported by:

22  Cynthia J. Conforti, CSR, CRR

23  License No. 084-003064

24

25  Job No. 20993

Deposition of Pamela Faust

```
 1   A P P E A R A N C E S:

 2

 3           *** ALL APPEARANCES VIA ZOOM ***

 4

 5   ON BEHALF OF PRIVATE ACTION PLAINTIFFS:

 6       BONSIGNORE TRIAL LAWYERS, PLLC

 7       23 Forest Street

 8       Medford, Massachusetts 02155

 9       (781) 350-0000

10       BY:  ROBERT BONSIGNORE, Esq.

11            info@class-actions.us

12

13   ON BEHALF OF DEFENDANT SPIRIT AIRLINES, INC:

14       PAUL, WEISS, RIFKIND, WHARTON &

15       GARRISON LLP

16       1285 Avenue of the Americas

17       New York, New York 10019

18       (212) 373-3000

19       BY:  RaCIA POSTON, Esq.

20            rposton@paulweiss.com

21

22

23   ALSO PRESENT:

24       Andrew Whitner, Videographer

25
```

Page 12

1 airline industry outside of your parents'
2 business?
3    A  Correct, no, I have not.
4    Q  Okay.  So moving on, are you presently
5 employed as a travel agent?
6    A  Yes.
7    Q  Are you a full-time travel agent?
8    A  I would say I'm full-time because I -- I
9 don't have regular hours, but I have a home
10 office, so I work seven days a week sometimes.
11    Q  And you're not employed anywhere else,
12 correct?
13    A  No.
14    Q  Understood.
15    What is the name of your -- of the company
16 that you work for?
17    A  The legal name is Silhouette Tours and
18 Travel, Inc., but I do business as Silhouette
19 Travel, Inc.
20    Q  And to confirm, this is your parents'
21 business, right, that you became a part of?
22    A  My mother started it in 1977, I joined the
23 business in 1986, and then I became owner in 2010.
24    Q  Is there anyone else that is currently an
25 owner at this time as well?

Page 13

1    A  No.  No.
2    Q  Where is the company based?
3    A  Cincinnati, Ohio.
4    Q  At any other point in time, were there
5 other co-owners that were a part of the business?
6    A  My parents.
7    Q  Do you mind providing some context on why
8 they might not be holding the co-owner position
9 today?
10    A  My father passed in 2015, and my mom just
11 passed on Mother's Day.  So they retired in 2008,
12 and then I bought it from them in 2010.
13    Q  Understood.
14    And I'm very sorry to hear about your
15 parents.  My condolences to you.
16    Currently, does anyone else work with you
17 at the company?
18    A  No, I did have a part-time person since
19 20 -- well, I had two part-time -- well, we closed
20 our storefront in 2008 and moved the business to
21 my house, and I brought my parents and two
22 part-time people.
23    And then since then, we went down to one
24 part-time person after my parents retired in
25 2000 -- between 2008 and 2010.  And then after

Page 14

1 COVID, I let my part-time person go, and she
2 hasn't returned, so it's just me since the COVID.
3    Q  Understood.
4    So it's correct to say that you've been
5 employed as a travel agent for nearly 40 years
6 now; is that correct?
7    A  Yeah, I've got the wrinkles to prove it.
8    Q  No, can't tell from Zoom, so you're all
9 good.
10    And you have not taken any breaks from
11 being a travel agent?
12    A  No.  There's times where I don't -- I'm
13 not as busy, so I might just do, like, one
14 reservation a day versus doing multiple.
15    Q  Okay.  Can you give me some insight on
16 when those periods are that you're not as busy?
17 Is it specific times of the year?  How does that
18 normally work?
19    A  Yeah, the busiest season is January to
20 April, for some reason, and it starts January 2nd.
21 As soon as the holidays are over, people start
22 calling.  And then it just kind of depends on the
23 market.  You know, if -- if it's -- if people are
24 making a lot of money, of course I'm busier, but
25 it's been, I think, a little slower since my busy

Page 15

1 season just because the economy is down.
2    Q  Understood.
3    And so typically, during that January to
4 April time frame, when we said that those are the
5 busiest times, about how many customers do you
6 typically work with during those times?
7    A  I'd say -- yeah -- I mean, my corporate
8 travel stays the same, but my vacation travel
9 picks up.  And I might do maybe two or three
10 bookings a week.  But often, it takes a week of
11 just pricing out options.  So it's very rare that
12 I get someone that says, I'm calling today to make
13 this reservation and here's my money.  It's, you
14 know, it's a process.  It could take days or a
15 week.
16    Q  Understood.
17    So I just want to break this down a little
18 bit.  We said during the time frame of January to
19 April, your vacation customers is typically two or
20 three times, can be two or three customers you
21 might be working with a week --
22    A  At a time, uh-huh.
23    Q  At a time.
24    And then so during the off period, when we
25 are just thinking about those vacation customers,

Page 44

1  little bit earlier about commission.  I would like
2  to get back into that and get a better
3  understanding on what role that might play in your
4  travel agency.  So my question is:  Is your travel
5  agency paid on commission?
6       A  Not for airline tickets.  So all these
7  tickets you see here --
8       MR. BONSIGNORE:  Objection, form.
9       THE WITNESS:  -- no commission, except my
10  service fee.
11  BY MS. POSTON:
12      Q  Understood.
13      So if the commission is not for booking
14  tickets, does commission come into play in other
15  areas of your relationship with the client?
16      A  Yes.  Like, if the resort -- I -- the
17  typical commission at a resort or a hotel is 10
18  percent, and a car rental.  So when clients need a
19  car rental or they get to -- I'll book a car, and
20  I get paid by Hertz or Alamo or whoever, I get
21  paid a commission for that.
22      Q  Understood.
23      And why do you not offer -- or why is
24  commission not a part of the booking process for
25  flights?

Page 45

1       A  When I started in the business in 1986,
2  airlines -- that was before the Internet, so
3  airlines paid travel agents 10 percent of a
4  ticket.  And then I think it was maybe in the
5  '90s, the -- they started capping commissions at
6  $50, I believe.
7       And then years later, it went down to
8  nothing, so no commission on tickets.  And that's
9  when agencies started charging service fees.
10      Q  Understood.
11      Did the airlines' decision to cap or
12  eliminate commission negatively impact your
13  business?
14      A  It did, but we found ways to circumvent
15  that by charging service fees.
16      Q  And can you describe more about your
17  service fee process?  How do you determine how
18  much a service fee is?
19      A  Typically, like $40 was my service fee.
20  It's now 45 to 50.  And if it's -- if it takes a
21  lot of planning to look at multiple choices,
22  different hotel options, then I'll charge maybe 75
23  or a hundred dollars.  I don't have a chart.  I
24  just kind of reg-- I just keep track of my time
25  and determine what I'm going to charge.

Page 46

1       Q  So it's fair to say it's on a case-by-case
2  basis how much your --
3       A  Uh-huh.
4       Q  -- service fee is?
5       A  Correct.
6       Q  And to confirm, is your travel agent
7  compensation tied in any way to the price of
8  tickets, airline tickets?
9       A  No.  It's my time, yeah.
10      Q  Does your agency currently have any
11  agreements with any airline?
12      A  No.
13      Q  Has your agency ever had any agreements
14  with any airlines?
15      A  Back in the day, when my mother started
16  the agency, they used to handwrite tickets.  And
17  they had -- this is 1977.  They had a chalkboard,
18  and all the airlines and all the tickets were the
19  same, so a ticket from here to Washington, D.C.
20  might have been $300, and they wrote that up on
21  the chalkboard.  So when people would buy a
22  ticket, they just looked at the chalkboard to
23  determine what the price of the ticket was.
24      And then, I don't know, sometime I guess
25  early '80s, maybe, is when the airlines started

Page 47

1  approaching travel agents to say -- like
2  American -- we had American Airline computers, and
3  I forget what they called them.  They all had a
4  name.  And because at that time Ameri- --
5  Cincinnati was an American-based -- American
6  Airlines-based city.  So American Airlines came to
7  all the travel agents and said, We'll give you our
8  computers.  We hope you'll sell more American
9  Airlines, and for your -- for that, we'll give you
10  an override.  It's called an override.  So if you
11  match -- if you met a certain goal of American
12  Airline tickets, there was a percentage of a
13  bonus.
14      So this -- and then at some point, when I
15  joined, it was -- it was -- Delta was gaining and
16  popular.  So in 1986, Delta was on the move, they
17  competed with American Airlines, and a lot of
18  agencies switched to Delta computers, these
19  airline reservation systems.
20      And then Delta had an override program.
21  So not only were you making 10 percent on a
22  ticket, you were getting an override with whatever
23  airline system you had.
24      Q  So at one point, your Silhouette Travel
25  had agreement -- had an agreement with American,

Page 52

1  A  Correct.
2  Q  So then how -- can you provide more
3  context on how you believe this merger between
4  Spirit and JetBlue, where they have no base or
5  nonstop flights in Cincinnati, will limit the
6  options for consumers or harm consumers?
7  A  I gave you the op- -- the situation where
8  a client chose to fly from Columbus to LA.  The
9  flights were -- I think she left at 5:30 in the
10 afternoon, so she was able to drive at a
11 reasonable time to Columbus to catch that flight.
12 She might have, like, stopped off and done some
13 sightseeing, maybe the Columbus Zoo.  She might
14 have looked for Jack Hanna.  So, I mean, it was an
15 enjoyable drive there.
16     Coming home, she -- I think the flight
17 left maybe like late morning, so, again, she
18 didn't have to get up at 3:00 in the morning to
19 catch a nonstop to go back.
20     If the merger happened, perhaps that
21 flight goes away.  And then her option, if she
22 wanted nonstop, would be leaving at 6 a.m. from
23 Cincinnati on Delta and taking a red-eye home,
24 Delta -- LA to Cincinnati leaves at 11 o'clock at
25 night.  So theoretically that could happen to her,

Page 53

1  but it's all the trickle-down effect.  So when one
2  merger happens, it affects lots of people, not
3  just in that particular hundred-mile zone of that
4  airport.
5     And on a bigger scale, I should be
6  concerned about any kind of a merger as a travel
7  agent and a consumer because it's just one more
8  nail in the coffin on the options that American
9  customers have for their flight travel.
10 Q  You were able to name the one example with
11 the young lady traveling to Columbus for the
12 Spirit flight.  When we're thinking about your
13 clients and your business, are there other
14 examples that you have where your clients and your
15 business will be harmed by this merger
16 specifically?  And not --
17     MR. BONSIGNORE:  Objection.
18     Sorry, go ahead.
19     THE WITNESS:  So, again --
20     MR. BONSIGNORE:  Oh.
21     THE WITNESS:  -- it would harm my
22 potential work as an agent because I do look at
23 other options for clients, not just in the
24 Cincinnati area.  I check sometimes Louisville for
25 clients, sometimes Indianapolis, sometimes

Page 54

1  Columbus, so it would be a hardship.  It would be
2  a hardship for me and my clients.
3  BY MS. POSTON:
4  Q  How often do your clients typically decide
5  to travel out of Louisville, Indianapolis or
6  Columbus versus Cincinnati?
7     MR. BONSIGNORE:  Objection.
8     THE WITNESS:  I don't know what a
9  percentage is, but it's -- it's happened.  That's
10 why they'll ask me sometimes -- and sometimes I'll
11 just volunteer it, because I know it's to save
12 some money or to get a better flight time for a
13 drive is -- that's part of my job as a travel
14 agent, to give people options, especially when
15 there's families involved, when there's children
16 and you're buying not one or two tickets, you're
17 buying six tickets.
18 BY MS. POSTON:
19 Q  How much of an impact do you think the
20 merger will have on your income?
21     MR. BONSIGNORE:  Objection.
22     THE WITNESS:  You know, it could be that
23 my clients would choose to drive their own car and
24 eliminate my services completely if a flight
25 option disappears because of a merger.

Page 55

1  BY MR. BONSIGNORE:
2  Q  That would not be true for your corporate
3  clients, correct?
4     MR. BONSIGNORE:  Objection.
5     THE WITNESS:  No.  No, my corporate
6  clients would always fly if the destination was
7  beyond the driving distance.
8  BY MS. POSTON:
9  Q  Understood.
10     Do you own any stock in airline companies
11 currently?
12 A  No.
13 Q  And do you have any ownership in any other
14 travel-related companies?
15 A  No.
16 Q  How long do you plan to continue to remain
17 a travel agent?
18 A  Until I die.  Until I can't get down the
19 stairs to get here.
20 Q  Understood.
21     These are all the questions I have for
22 this section.
23     How are you feeling, Ms. Faust?  Would you
24 like to take a break right now or?
25 A  No, I'm good.

Page 56

1  MS. POSTON:  Are you okay with that,
2  Mr. Bonsignore?
3  MR. BONSIGNORE:  Yeah, why don't we go
4  another half hour and maybe revisit then for a
5  break.
6  MS. POSTON:  That sounds good.
7  BY MS. POSTON:
8  Q  So we're going to shift gears a little
9  bit.  We talked about your clients and your
10  business.
11  Now would I like to talk a little bit more
12  about your flying history personally.
13  A  Okay.
14  Q  How often do you travel, and not just by
15  plane?
16  A  I will take some road trips.  I just got
17  back from driving to Nashville.  And that's, what
18  five-, five-, six-hour drives.  So that's pretty
19  much my limit.  I'll drive six hours, otherwise, I
20  will fly.
21  Q  So about how many times a year do you say
22  you fly?
23  A  Lately, it's been a lot.  I moved my
24  mother to Salt Lake City in 2021 because I didn't
25  like her care at her current Cincinnati nursing

Page 57

1  home.  So I would go out every three months or so
2  to visit her.  My sister lives in Salt Lake, so I
3  did a lot of traveling to Salt Lake besides my
4  personal travel to family weddings and vacations.
5  Q  And then how often would you say you do
6  those road trips like you do to Nashville or any
7  other place?
8  A  Probably once a year.
9  Q  How do you -- how do you decide which mode
10  of transportation to use?
11  A  It depends on the destination.  So if a
12  destination is more than a six-hour drive, I will
13  look at flight options.
14  Q  Outside of Salt Lake City, are there other
15  cities that you frequent -- frequently travel to
16  nowadays?
17  A  Fort Myers, Tampa.
18  Q  And why Fort Myers?
19  A  That's probably our favorite vacation
20  destination.  But since the hurricane, we -- we
21  changed it this year to Tampa and Orlando.  My
22  husband -- we put -- we usually try to combine
23  vacations with work, so we'll do -- we'll extend
24  the stay to include vacation time.
25  Q  So you also -- are you saying that you

Page 58

1  also do -- carry out travel business with your
2  agency in Tampa, Florida, when you're on those
3  vacations?
4  A  The recent trip to Florida, we did -- we
5  flew into Tampa, not Fort Myers, because of the
6  hurricane.  We did I think four nights on the
7  beach.  Then we drove to Orlando to attend a
8  conference for my husband.
9  Q  Is your husband in the travel industry?
10  A  No, he's in dentistry.
11  MS. POSTON:  So I'd like to introduce
12  tab 2 at this moment, and we'll mark this as
13  Exhibit 2.  And this is your second supplemental
14  response to the first set of interrogatories.
15  (Faust Exhibit 2 is marked for
16  identification.)
17  BY MS. POSTON:
18  Q  I'll let you take a second.  We'll let you
19  take control again to familiarize yourself with
20  the document.  And take as long as you'd like.
21  Just let me know when you're ready.
22  A  And then what page do you want me to go
23  to?
24  Q  Oh.  If you're fine without looking
25  through the document, I would first like to

Page 59

1  confirm:  Have you seen this document before?
2  A  Yes.
3  Q  And did you provide the information that
4  is shown in the document?
5  A  I did.
6  Q  And let's take a look at the last page.
7  A  Page 11?
8  Q  The very last page.  It should be your
9  signature, and I just want to confirm that that is
10  your signature.
11  A  Yes.
12  Q  Awesome.
13  So let's go to page 7 under Interrogatory
14  1.
15  A  Okay.
16  Q  This appears to be a list of flights you
17  have taken.  Is this a complete and accurate list
18  of the flights you have taken in the last five
19  years?
20  A  To the -- to the best of my knowledge,
21  yes.
22  Q  Do you have any reason to believe that
23  there might be some flights left off of that
24  chart?
25  A  I might have forgotten something, but this

Page 64

1  my client travel, so -- because I can go back and
2  reference what I've done for them in the past.
3  BY MS. POSTON:
4     Q   And to confirm, your -- your practice for
5  preserving e-mails or records of flights has not
6  changed before or on November 3rd, 2022?
7     A   Correct, yes.
8        MR. BONSIGNORE:  Objection.
9  BY MS. POSTON:
10    Q   And looking back at the exhibit that's on
11 the screen, again, this is Exhibit 2 that we have
12 up, there are no Spirit or JetBlue flights on this
13 chart, correct?
14    A   Yes, I have -- I have not flown either of
15 those airlines in the last couple years.  Or ever.
16    Q   There -- looking at the points column,
17 there are some entries that are missing.  Is it
18 correct to say -- or excuse me.  Let me strike
19 that.
20       Do you see where I'm talking about with
21 the points column and some of the entries are
22 missing?
23    A   That means I didn't use points.  I bought
24 the ticket.
25       Oh.  Okay.

Page 65

1     Q   So it's every time you buy a flight on
2  Delta, you do not always use your points, correct?
3     A   Correct.  Yeah.  I either used my points
4  for a free ticket, even though you pay the tax.
5  And -- and then the ones that don't have the
6  points, it means I bought the ticket, yes.
7     Q   And does that explain why some of the
8  Delta entries are as low as $6 and $11?
9     A   Yeah.  Because then you're just
10 buying -- you're paying the tax on a frequent
11 flyer ticket.
12    Q   Okay.  So I want to talk a little bit more
13 about your travel.  So we'll say -- looking at
14 this exhibit, it'll help us answer some of the
15 questions, you don't list any flights in or out of
16 Orlando MCO airport, correct?
17    A   Let's see.  I don't see the Orlando flight
18 or the Tampa flight.
19    Q   And you don't live in Orlando or Tampa,
20 correct?
21    A   I don't.
22    Q   And to the best of your ability, you don't
23 recall having ever traveled there by plane since
24 2015, correct?
25    A   No, there's -- I did make a mistake,

Page 66

1  because I don't see that trip on here.
2     Q   Which trip are you referring to?
3     A   In December, the first week of December,
4  we did fly to Tampa on Delta, and we flew from --
5  back home from Orlando on Delta, and I don't see
6  that trip on here.
7     Q   Was this December 20 -- 2022?
8     A   That was December -- yeah, it was
9  December 2022.
10    Q   If this was a Delta flight, is there any
11 reason why you might not have been able to include
12 that information on the chart?
13    A   No.  I mean, the information is somewhere
14 in my office or on the Delta website.  I just
15 forgot to include it.  It was my mistake, and I
16 can correct it.
17    Q   Understood.
18       MS. POSTON:  Mr. Bonsignore, can we make
19 sure that any entries that she mentions today that
20 are not on the chart, that we can have those
21 supplemented?
22       MR. BONSIGNORE:  Yes, as we get the
23 transcripts, we're going through them carefully as
24 we can.  That's not my job, but I've asked that
25 others do it, and I will do it again.  And I'm

Page 67

1  sure that we'll work with the deponent and make
2  sure that happens.
3        MS. POSTON:  Understood.  Thank you.  We
4  appreciate it.
5        MR. BONSIGNORE:  Thank you.
6  BY MS. POSTON:
7     Q   So going back to this chart that we have
8  on the screen, you don't list any flights in or
9  out of New York EWR, correct?
10    A   Correct.
11    Q   And you don't live in New York, correct?
12    A   I don't -- no, I do not live in New York.
13    Q   And you haven't traveled there by plane
14 since 2015, correct?
15    A   Not to Newark or -- did you say JFK?
16    Q   No, just the EWR, Newark.
17    A   Oh, no, unh-unh, no.
18    Q   Okay.  How about -- you do not list any
19 flights in or out of San Juan, Puerto Rico,
20 correct?
21    A   Correct.
22    Q   And you do not live in San Juan, Puerto
23 Rico, correct?
24    A   I do not live in San Juan.
25    Q   Have you traveled there by plane at any

Page 76

1   A  That's what I believe.
2   Q  Understood.
3     So looking at the cities that are listed
4  on the chart, starting at page 5, do you see the
5  three routes from Ohio on page 6?
6   A  As far as the routes -- what routes
7  are you referring to?
8   Q  From Ohio -- Cleveland, Ohio, to San Juan.
9   A  Oh, I see.  Yes, Cleveland -- okay,
10  there's Cleveland.  So are we just -- are we just
11  looking at the Cleveland?
12   Q  Yes.  And its city pair.
13     So for Cleveland, Ohio/San Juan, Puerto
14  Rico.  And then the next line says Cleveland,
15  Ohio/Miami, Florida.
16   A  Yes.
17   Q  And then Cleveland, Ohio/Aguadilla,
18  Puerto Rico?
19   A  I see that.
20   Q  Have you flown any of these routes, the
21  three we just listed?
22   A  No.  I've not flown from Cleveland.
23   Q  Do you plan to fly any of those three
24  routes?
25   A  You know, things -- things change.  I

Page 77

1  could -- I could move to Cleveland.  I could
2  divorce my husband tomorrow and move to Cleveland.
3  So potentially, yes, I could.
4   Q  And specifically, you would -- you would
5  consider flying those specific routes that are
6  listed?
7   A  Potentially.
8   Q  Understood.  How far is Cleveland from
9  Cincinnati?
10   A  It's about a four- to five-hour drive.
11   Q  Understood.
12     So we can put this document to the side
13  for now, and we'll talk more about your flight
14  preferences.
15     Would you consider yourself a frequent
16  flyer?
17   A  I fly frequently, yes.
18   Q  And based on the chart we just reviewed,
19  that we -- we labeled I think Exhibit 2 or 3,
20  excuse me, your preference is for Delta, correct?
21   A  That's typically my first choice,
22  providing that they offer a nonstop.  I'd say my
23  preference for traveling is nonstop.
24   Q  Is that the only factor that you take into
25  consideration when thinking about what flights --

Page 78

1  what airlines you will take?
2     MR. BONSIGNORE:  Objection.
3     THE WITNESS:  It's usually nonstop and
4  price and flight time.  Probably in -- typically
5  in that order.  But no, let's say nonstop, time of
6  flight, and then the price.
7  BY MS. POSTON:
8   Q  And time of flight, can you elaborate on
9  that a bit?  What do you mean by that?
10   A  Yeah, I don't like to take a
11  6 a.m. flight.  I'd rather take a 9:00 to
12  3:00 p.m. flight.  I hate red-eye flights.  I
13  don't like to fly in the middle of the night
14  because I like to arrive at my destination alert.
15  I don't sleep on planes.
16   Q  And so it's correct to say that Delta
17  typically offers you the price, the time, and then
18  the non or the scheduling, correct, that you
19  prefer?
20   A  To where I've been flying lately, Delta
21  has offered that.
22   Q  Are there other airlines that can offer
23  the same price for those destinations?
24   A  Only Delta offers a nonstop to Salt Lake,
25  which is where I've been traveling to a lot in

Page 79

1  these last couple years.  Other destinations,
2  Delta would have more competition.
3   Q  Competition in what aspect?
4   A  For example, Orlando.  Delta flies nonstop
5  to Orlando.  So does Frontier and Allegiant from
6  Cincinnati.  I know that Spirit flies nonstop from
7  Columbus to Orlando.  So it's possible I
8  would -- I would -- if I needed to get to Disney,
9  I would very likely consider the nonstop from
10  Spirit from Columbus.
11   Q  And the routes you just mentioned, you
12  said that there is competition for nonstop
13  flights.  But how about prices?  How does Delta
14  compare to the other airlines regarding price?
15   A  You know, it's -- when I checked
16  destinations like Orlando, Delta is -- is not
17  necessarily the highest.  There's times -- it all
18  depends on, you know, when you're buying your
19  ticket.  Are you buying your ticket nine months in
20  advance?  Are you buying it a week before you go?
21  So it's hard to say this is always the
22  case because it's -- every situation is different.
23  And of course, the availability of the seats on
24  the plane and the prices are always fluctuating.
25     So in travel, it's hard to say this is

1 cards?
2    A  I have a Delta Air Lines American Express
3 card.
4    Q  What made you elect to sign up for Delta's
5 loyalty program?
6    A  That's always the first thing I do, if an
7 airline offers a program, because I've realized in
8 this era of shrinking airline options that when
9 airlines merge, they merge the frequent flyer
10 programs too.
11      So even when my clients travel, if they're
12 not -- no matter what airline they're flying, I
13 enroll them, because I tell them, the way things
14 are going, one day there's going to be one or two
15 airlines, so you might as well enroll in all of
16 them because you might not have as many options
17 now as you do in the future, and you might as well
18 get miles on every airline because eventually
19 they're going to be merged, yeah.
20    Q  What do you think are some of the specific
21 benefits of membership to Delta's loyalty program?
22    A  You know, I think it's -- you're providing
23 information to the airlines, so you become a known
24 traveler.  And in my opinion, if the airlines know
25 your history, if there's a problem or a

1 situation -- and this may not be true, it's just
2 my opinion -- that you might get more preferential
3 treatment in getting help to whatever the
4 situation is.
5    Q  Are any of those benefits specific to
6 Delta or --
7    A  No.  It could be with American or
8 Frontier.  Or, like, even if I fly Allegiant
9 again, I can say, you know, this didn't happen the
10 last time I flew, and -- whatever the situation
11 is.  And I think they'll -- they listen to people
12 if you kind of said, I've flown you before.  What
13 just happened?  This - -I don't remember it
14 happening the last I flew.  Whether it was, you
15 know, poor flight attendant service or whatever.
16    Q  You will ordinarily use these programs to
17 book your flights, correct?
18    A  Well, in my system, I would book, you
19 know, Delta, American, and United in my airline
20 system.  But with Frontier, I would go to their
21 website, and with Allegiant, of course, I would go
22 to their website.
23    Q  But whether you're using your internal
24 system or going directly through the air carrier,
25 you would use your membership points, right, or

1 program when booking the flight?
2    A  Oh.  I only book on Delta's website if I'm
3 going to use miles.  If I'm just buying a Delta
4 airline ticket, I book it through my system.
5    Q  So when you use your system, you're not
6 able to use your Delta miles or points or --
7    A  No, I can add my frequent flyer number in
8 to a Delta reservation, my American, if I book
9 United.  So I manually put those frequent flyer
10 numbers in, the reservations I make, on my airline
11 booking system.
12    Q  Is there a loyalty program that you like
13 more than others?
14    A  I'm just more familiar with Delta's.  I
15 mean, I never earn enough points on any other
16 airline to do a free ticket.
17    Q  And so with that, you haven't
18 accumulated -- well, excuse me.  Scratch that.
19      Have you accumulated any points -- enough
20 points to buy flights on airlines other than
21 Delta?
22    A  No.
23    Q  Okay.  Is there a reason you've never
24 signed up for JetBlue's loyalty program?
25    A  The first time I fly an airline is when I

1 enroll.
2    Q  Okay.
3    A  Because I'm busy, I don't have time to
4 start enrolling in every airline's, yeah, program.
5    Q  And that would be true for Spirit as well,
6 because you have not flown it, you have not
7 enrolled?
8    A  Right.  But the first time I book.
9      Like, when I flew Breeze, the -- they
10 currently don't have a membership program.  But
11 something with, like -- every time you book a
12 flight, you get, like, points or something, but
13 it's -- it wasn't -- they didn't ask for, you
14 know, my -- my name, address, date of birth, and I
15 didn't get a number, because they don't have that
16 kind of a program yet.  I read that they're
17 working on it and it's supposed to be rolled out
18 next year.
19    Q  And you mentioned earlier that you do have
20 an upcoming trip with Spirit; is that correct?
21    A  Well, I intend to use Spirit because I
22 like their flight times to LA.  And I actually
23 just compared, and if I was going to take that
24 trip in September, the -- it was $200 with Spirit
25 and $400 with Delta.  But Delta flights are

Page 100

1 horrible, yeah.
2    Q  So at that time, when you book that
3 flight, you'll plan to enroll in Spirit's --
4    A  Definitely.
5    Q  -- program?
6    A  Yeah.
7    Q  Okay.  So since we're on the topic now,
8 we're going to get into a little bit more about
9 JetBlue and Spirit.
10    We've already confirmed that you've never
11 flown Spirit, correct?
12    A  No, I have not.
13    Q  And you currently have -- you have a
14 flight where you are considering a flight with
15 Spirit in the near future, correct?
16    A  Correct.
17    Q  And when will that flight be?
18    A  Right now I'm thinking September, October.
19 And I want to fly to LA to do things that I have
20 not had the chance to do in past trips to
21 Los Angeles, the things I like to recommend to my
22 clients.
23    Like, for example, people want to go see
24 the Hollywood sign on the hillside.  I mean, the
25 best place to see it is if you go to an

Page 101

1 observatory, which I'm blanking out on the name,
2 and it's open to the public, and it gives you a
3 great view.  And then it's only a short drive,
4 then, to get to the original farmers market, which
5 the last time I was there was -- I think I was 20.
6 And then that's very close to this great shopping
7 area called The Grove.  So even though I've been
8 to a destination, you can never do everything.  So
9 there's always a reason to go back.
10    Q  What's your general impression of Spirit?
11    A  You know, it's probably going to be very
12 similar to what I've experienced on Frontier and
13 Allegiant.  I'm assuming the seats are a little
14 smaller.  But I don't know.
15    Yeah, I've gone on to look for my client
16 that did want to fly them, and she did fly to LA.
17 And the difference is not that -- not very
18 different from an American flight or a United
19 flight or Delta flight.
20    Q  I'm sorry.  To confirm, you're saying that
21 there are --
22    A  No, maybe the seats are just a little
23 smaller, but it's not a big deal.
24    Q  Okay.
25    A  And I'm sure I'll be very satisfied,

Page 102

1 because I was satisfied with Frontier, my Frontier
2 flights, and I was satisfied with Allegiant.
3    Q  But as far as, like, the drive to
4 Columbus, that part is -- would be a deterrent for
5 you; is that correct?
6    A  No.  I have relatives --
7    Q  Okay.
8    A  -- that live there.  And I mentioned,
9 like, the -- I always tell people if they're going
10 to drive to -- because it's a drive, and you're
11 never sure about traffic situations, go hours
12 early and do something fun in that city.  Like,
13 walk through Germantown in Columbus and then go to
14 the airport, or, like, go to the zoo.
15    I've never been to the Columbus Zoo, so
16 that's probably what we'll do.  We'll go early,
17 we'll stay with my cousins, we'll go to the zoo,
18 and then we'll take that, like, 5:30 flight to --
19 to LA.
20    Q  Understood.
21    A  The drive for me is not a problem.  And
22 for my clients, I tell them to go do something
23 fun.  If they're going to drive to Indy, maybe go
24 check out the Brickyard where they do the NASCAR
25 races.

Page 103

1    Q  Uh--huh.
2    A  Yeah.
3    Q  What's your general impression of JetBlue?
4    A  Again, it's probably similar to Frontier
5 or Allegiant.  Since I've never flown them, I can
6 just make that assumption.
7    Q  Okay.  I want to just confirm this.  I
8 think I know the answer, but have you ever used a
9 travel agent to book air travel?
10    A  No.
11    Q  Okay.  Understood.
12    A  Although any more, I feel like I want to,
13 because sometimes I like to take trips that
14 somebody else has planned.  So that somebody else
15 is worrying about all the details.  So, yeah, that
16 may -- there might be a day when I do that, yeah.
17    Q  Got it.  Okay.
18    Outside of your trip that you were looking
19 at -- the trip to LA on Spirit, have you purchased
20 any other type of -- excuse me, tickets for air
21 travel in the future?
22    A  No.  Actually, I don't have anything in
23 the plans.  I -- no.
24    Q  When did you come up with the idea to
25 visit LA on Spirit?

Deposition of Pamela Faust

Page 104

    A  You know, since I did that honeymoon couple I mentioned, and she was asking me for ideas of, like, what to do in San Diego, LA, San Francisco.  We actually had to change her hotel in San Francisco because she was in the area that all the department stores are closing, so we moved that hotel.  But she just kind of gave me some other ideas of what -- that I really should be experiencing myself, because they were taking a hike in the Malibu mountains, and I would love to do that.
    So I thought, you know, I haven't been to LA for a couple years.  When I did go, it was for a wedding, and we didn't have a lot of free time.  So that probably got me thinking about looking at flights to LA.
    I didn't look at Cincinnati flights because she was, you know, in the Atlanta area.
    Q  And to confirm, this -- you were working with the couple just a couple months ago, right?
    A  Uh-huh.
    Q  Okay.  Understood.
    No future plans for JetBlue; is that correct?
    A  No, because I won't be driving to

Page 105

Pittsburgh to take the flight.  At least I don't think I do.  I mean, there's things -- like, things happen.  I could decide I want to go see a friend there, and while we're there, we might travel somewhere together, but I don't have any definite plans.
    Q  Uh-huh.  What -- excuse me.
    In what ways, if any, do you budget for travel?
    A  I mean, like everybody, I have kind of a limit to what I want to spend on travel.  But it varies according to, like, what type of trip I think I want to take.
    I mean, I might book a client on an expensive cruise line like Silver Sea, but I don't see myself booking that at this point.  So it's -- it depends on where I'm going.  But, yeah, like everybody, I've got kind of a budget.  I don't want to spend $30,000 on a cruise, but I might spend 3,000.
    Q  Uh-huh.  What does the budget depend on?
    A  I guess my -- my --
    MR. BONSIGNORE:  Objection.
    THE WITNESS:  -- perceived view of what I'm going to get back from that trip.

Page 106

BY MS. POSTON:
    Q  Can you say a little more about that?
    A  Like -- for like using the cruise analogy?  I mean Silversea is super high end, and it might be -- I mean, it could be $30,000 a person, depending on if -- what their itinerary is.  Are they doing the Mediterranean; are they doing something like in Antarctica.  And probably the destination depends too.  You know, I don't need to go back to Europe right away.  I never want to go to the Antarctica.
    Q  Understood.
    MS. POSTON:  So right now I only have two more topics that I'd like to cover with Ms. Faust.
BY MS. POSTON:
    Q  Are you doing okay or would you like to take a quick break?  How are you feeling?
    A  I'm good.
    MS. POSTON:  Okay.  Is that okay with you, Mr. Bonsignore?
    MR. BONSIGNORE:  Yes.
    MS. POSTON:  Thank you.
BY MS. POSTON:
    Q  So you're bringing a lawsuit to block the merger between JetBlue and Spirit, correct?

Page 107

    A  Correct.
    Q  When did you first consider bringing this lawsuit?
    A  As soon as I read about it.  I mean, I scan Travel Weekly.  There's another travel industry little newsletter called TravelMole.  And whenever they mention -- like even hotels, like the Hyatt just bought out a lot of resort hotels.  I should probably contact our lawyers about that merger.
    But as soon as I saw the merger about the two airlines, I contacted my attorneys and said, I feel very strongly mergers should be stopped.  I see what happened in Cincinnati when Delta and Northwest merged, so I don't -- I don't like airline mergers.  They're harmful to the consumers because it ends up with less competition, higher prices.  So I contacted them after I read about it.
    Q  Do you recall what month that was?
    A  Probably like October, November of 2022.
    Q  Understood.
    Are you familiar with any of your co-plaintiffs at all?
    A  I've met them over the years.  I think