# EXHIBIT 32

1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
2
   GABRIEL GARAVANIAN, et al.,        )
3                                     )
            Plaintiffs,               )
4                                     )
   v.                                 ) Case No.
5                                     ) 1:23-cv-10678-WGY
   JETBLUE AIRWAYS CORPORATION and    )
6  SPIRIT AIRLINES, INC.,             )
                                      )
7           Defendants.               )

8

9
               ********************************
10             REMOTE VIDEOTAPED DEPOSITION OF
                      CAROLYN SUE FJORD
11                     June 23, 2023
               ********************************
12

13

14         CAROLYN SUE FJORD, produced as a witness at

15      the instance of the Defendants, was duly sworn and

16      deposed in the above-styled and numbered cause on

17      June 23, 2023, from 2:02 p.m. to 4:33 p.m. PST,

18      stenographically reported remotely, pursuant to

19      the Federal Rules of Civil Procedure and the

20      provisions stated on the record.

21

22

23      Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
                       Texas CSR 9306
                       California CSR 14407
24                     Illinois CSR 084.004659

25

Deposition of Carolyn Fjord

```
 1                    A P P E A R A N C E S

 2        (all attendees appearing via remote videoconference)

 3

 4        REPRESENTING THE PLAINTIFFS:

 5         Mr. Robert J. Bonsignore
           BONSIGNORE TRIAL LAWYERS
 6         23 Forest Street
           Medford, Massachusetts 02155
 7         (702) 852-5276

 8

 9        REPRESENTING THE DEFENDANTS:

10         Mr. Patrick Lim
           PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
11         1285 Avenue of the Americas
           New York City, New York  10019
12         (212) 373-3955
           plim@paulweiss.com

13

14        THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15         Mr. Jeff Schoemer

16

17

18

19

20

21

22

23

24

25
```

Page 12

1  not pay their workforce, anyway, so we've been
2  together for a while.
3     Q     When was that?
4     A     Well, that was actually before.  And then
5  I'm not sure if -- how far back it goes, but...
6     Q     And when you say you "got in early" with
7  Mr. Alioto, what did you mean by that?
8           MR. BONSIGNORE:  I instruct the
9     witness not to answer --
10          THE WITNESS:  Okay.  Yeah.
11          MR. BONSIGNORE:  -- with regard to
12    any matter she discussed with her counsel.
13          MR. LIM:  Yes.
14          MR. BONSIGNORE:  Alioto was her
15    lawyer.
16  BY MR. LIM:
17    Q     Without discussing the specifics of any
18  conversation, I just wanted to ask when, so what
19  year, approximately?
20    A     I really -- I'm sorry.  I have no idea.
21    Q     That's okay.  Thank you.
22          Did you look at any notes to prepare
23  for today's deposition?
24    A     Not -- just on things that we had to look
25  up for you for the travel.  I just looked over

Page 13

1  that.
2     Q     Did you review the complaint?
3     A     Not today -- no, not recently.  I mean, I
4  did last week.
5     Q     And do you have any notes with you today?
6     A     No.
7     Q     Is there anybody else in the room with
8  you?
9     A     No.  I'm in my home office and I have my
10  door shut, my phone unplugged.
11    Q     So I would like to next talk about your
12  education and employment history.
13          Could you please briefly summarize
14  your educational background after high school?
15    A     Yes.  I went to college at Sac State.  I
16  was going to be an early childhood teacher.  And I
17  started working early for a travel agency in
18  Davis, and I worked there for about 10 years.  And
19  then I opened my own in '85, and I've had it ever
20  since.  And I'm -- had about 12 employees, and now
21  I have just myself, and I run it out of my home.
22    Q     And --
23    A     And I still book a lot of travel for my
24  clients --
25    Q     Thank you.

Page 14

1     A     -- on -- on Spirit.
2     Q     And what is the name of the travel agency?
3     A     Travel Express.
4     Q     And have you ever worked at an airline?
5     A     No.
6     Q     So have you ever worked at Spirit?
7     A     No.
8     Q     Have you ever worked at JetBlue?
9     A     No.  Those are airlines.  No.
10    Q     Except for owning Travel Express, have you
11  had any other job pertaining to the airline
12  industry?
13    A     No.
14          That was "no."  Sorry.
15    Q     And so this travel agency you -- Travel
16  Express, you currently still own it and book
17  tickets on airlines for your clients; is that
18  correct?
19    A     That's correct.
20    Q     Do you own any stock in airline companies?
21    A     No.
22    Q     Let's talk a little bit about Travel
23  Express so I can find out a little bit more about
24  it.
25          How many customers do you work with in

Page 15

1  a typical month at Travel Express?
2     A     Well, it's really slowed down from COVID,
3  so people are starting to travel again.  It's kind
4  of random.  Maybe about five.  I have regular
5  clients, and a lot of my friends and family ask me
6  to do their trips too.  So I think I turned in
7  what -- I'll probably have to look to tell you
8  exactly.
9     Q     And to clarify, that would be five --
10  approximately five customers a month?
11    A     Well, yeah, but -- I booked a couple
12  Southwest.  I booked an Alaskan -- a trip to
13  Anchorage, a trip to Australia, and -- so she went
14  to Melbourne and then Darwin and then to Sydney
15  and then back in business class.  Then her kids --
16  I flew her kids -- I fly her kids from, like,
17  Boston to Sacramento and Denver.  One of her sons
18  is in Denver, Sacramento.
19    Q     And how do you get your clients, apart
20  from family members and friends?
21    A     Well, I used to -- I'm trying not to get
22  any more clients.  I'm trying to retire.  But I've
23  had a lot of clients.  I've been doing it for
24  30 years.  I -- and I don't -- I have them.  I've
25  been working for a long time.

Page 24

1  take a look.
2    A    I wish I could use the --
3        MR. BONSIGNORE:  Well, you have
4    control of the mouse and the icon.
5        THE WITNESS:  What page would you
6    like me to look at?  Can we just -- I
7    can't really work the computer at the same
8    time, so...
9  BY MR. LIM:
10   Q    It's fine.  I can tell you which pages --
11   A    That would be nice.
12   Q    -- and you can focus on that.
13        So I'd like to focus on Page 2 and the
14   very last page, for now.
15   A    So I -- I'm -- I've always been working as
16   a travel agent -- well, since '85, my own agency.
17   And -- but I am a travel agent, but I don't work
18   for another agency.  So it was a little confusing,
19   if that's the question.
20   Q    No.  I just -- you know, I wanted to show
21   you which pages I was going to focus on, if you
22   don't mind.
23   A    Oh, okay.
24   Q    Please take a moment to take a look
25   through the document, familiarize yourself with

Page 25

1  the document, and Jeff will help you scroll
2  through the pages.
3        Yeah, so just down to the
4  "Supplemental Response to Interrogatory Number 6"?
5    A    The airports.  Yeah.
6    Q    Yup, the three airports.
7        And then the very last page, please.
8    A    That's me, yeah.
9    Q    Ms. Fjord, would you like another moment
10   to look at the rest of the document?
11   A    No, I don't think so.
12   Q    As we can return to this document through
13   the deposition, I'll allow you some time to look
14   at the sections that I'll ask you questions on.
15   A    Okay.
16   Q    So, Ms. Fjord, is this your name and your
17   signature on this "Verification" page?
18   A    Yes, it is.
19   Q    And do you understand that by signing this
20   "Verification," you're confirming that all the
21   information in this document is complete and
22   accurate, to the best of your knowledge?
23   A    Yes.  I did my best.
24        MR. LIM:  So, Jeff, could I take
25   control of the document, please?  Thank

Page 26

1  you.
2  BY MR. LIM:
3    Q    So, Ms. Fjord, I would like to scroll up
4  to a section that we looked at just now.
5        So in this interrogatory, we asked you
6  to: "State whether you are, or have been in the
7  last five years, employed as a travel agent, and
8  if so, identify" certain things such as:  The
9  agency or agencies at which you were employed, the
10   date -- the dates your employment began and
11   concluded at each travel agency, whether you have
12   or have had any ownership stake or rights to
13   receive any nonsalary income from the travel
14   agency, each and every form of revenue your agency
15   received.
16        Is that correct?
17   A    Are you asking me if I worked -- so I was
18   confused by this, because it's asking where I
19   worked for another -- I -- I own my -- I am not
20   employed.  I'm a sole proprietor of my travel
21   agency.
22   Q    Okay.  Thank you for clarifying.
23        I wanted to ask about Part (d), which
24   is "Each and every form of revenue or income you
25   or your agency received (i.e., commission-based

Page 27

1  payments from airlines, fees charged to
2  purchasers)."
3        Did I read that correctly?
4    A    So -- okay.  Okay.  Sorry.  I should have
5  looked at this.
6        So my agent -- so I'm sorry.  I
7  can't --
8    Q    Would you like me to zoom in?
9    A    I guess -- no.  I just -- I can't really
10   think right now.  I guess I -- maybe I...
11        Okay.  So I thought -- so I'm
12   answering no, "Your employment began and concluded
13   at each travel agency"?
14   Q    No.  I'd just like to focus on Part (d),
15   about the "each and every form of revenue or
16   income."
17   A    That my agency --
18   Q    That you or your agency has received, yes.
19   A    So from the airlines, I get -- I charge
20   fee -- I don't get any commission from them.  I
21   only charge airline fees, and I -- and sometimes I
22   make commission on business class tickets.
23   Q    And so what is this service fee that you
24   wrote in Part (d)?
25   A    That's what I -- so when I book -- say I

Deposition of Carolyn Fjord

Page 28

book Spirit and I book that online. Then I go into my Sabre, and for doing that service, I charge a fee to my client to make up for the hours that I spend to book that ticket. And so I charge a fee through my airline computer and they keep part of the fee and they give me a commission. So say if I charge $35, I make $33 and 80-something cents or something.

So that's what I mean.

Q    And this is what you mean when you earlier testified --

A    By number (d) when I say, "We charged service fees," that's what I mean. I charge just --

Q    And is this what you mean when you earlier testified that you only charge airline fees?

A    Yes. Yeah. I don't charge to book a cruise. Is that what -- yeah. So I guess it's an airline -- because we don't make commissions anymore. They don't pay us to -- they don't pay their workforce any longer. So, yes, I have to charge a fee to my clients.

Q    And how is the airline fee -- or the part that you keep, the commission, calculated?

A    It's -- I issue it through Sabre, my

Page 29

airline computer, and then it comes over to IAR, and I do a report every week. And it's all credit cards and it's all done electronically.

Q    Do you know how the money that you received is calculated?

A    They put it in my bank.

Q    Is it a certain percentage?

A    I have to get a bond every year.

Yes, they -- well, they charge a fee to process the credit card for the client.

Q    And -- I'm sorry?

A    So I don't do any -- I don't do any charging myself on any Venmo or anything. I just do it in my airline computer and it zips it out and they take a percent, like 1 -- I can't remember the percent. But, like, on $35, it's $33 I get for booking the trip.

Q    And when you say, "They keep part of the fee," who is "they"?

A    IAR. So it's a control -- there used to be a lot of travel agencies. Now there's not. But they control all of us travel agents, and we issue -- our tickets go through there, and our airline fees go through there, and we make nothing on the airlines. And then we have the separate

Page 30

ticket that comes out as a ticket for a fee and it goes to their credit card company.

Q    Okay. So -- and to clarify, you said that "We make nothing on the airlines." Does that mean that you do not earn anything from selling airline tickets?

A    When I issue a ticket in Sabre, if I put a commission on there like I used to, I would get a big debit minimum -- well, they'd send me a bill, and then they would take my plates away when we used to have plates.

And so, yeah, we get zero commission anymore. We used to get 10 percent on a ticket when we issued it.

Q    When did that change?

A    Right after 9/11, when we helped everybody -- travel just went to -- well, pretty much -- that was -- yeah. 9/11 was pretty bad for travel. And -- yeah, and then they took away our commission -- all our commission, so they quit paying us any kind of commission. They all got together.

Q    Who's "they" got together?

A    All the airlines got together. First United tried to take our commission away and it

Page 31

didn't work. That was back in 1995 or something.

Q    Okay. So to ensure I understand this correctly, the airlines used to give travel agents, such as yourself, a commission --

A    Yes.

Q    -- based on tickets that you sold, but they currently do not; is that correct?

A    That's correct.

Q    And these airline fees that you said you charge, how much of your travel agency's income is comprised of these airline fees?

A    Well, I don't know that.

Q    And you also mentioned that you make commission on business class tickets; is that correct?

A    Sometimes.

Q    When do you receive a commission on business class tickets?

A    Never if I issue it on my own. I have to go through a company that's a big company in San Francisco.

Q    What's the name of that company?

A    It's called C&H.

Q    And do you receive these commissions on business class tickets for certain airlines?

Page 32

1    A    It's all kind of random.  I have to check
2  with them and see what they have, and sometimes I
3  can get a 4 percent commission or something off
4  the ticket.  And -- yeah.  But if I -- nothing I
5  issue through my airline computer any longer do I
6  make commissions on.
7    Q    All right.  And these commissions that you
8  make in business class tickets, to confirm,
9  they're not specific to a particular airline?
10   A    Well, so I'm not that company, so I
11 probably can't speak for them, but they make deals
12 with the airlines.  I guess they're so big they
13 get commission.  I'm not -- no longer a big
14 agency, so they don't pay me.
15   Q    Who pays you the commission on business
16 class tickets?
17   A    If I call the special company -- sort of
18 like if I booked a cruise and called the cruise
19 company, they pay generally 10 percent commission
20 to travel agents, and hotels generally do that,
21 not all of them.  That's our business.
22   Q    So C&H would pay you this commission?
23   A    Because they have probably deals with
24 different airlines and they make commission.  They
25 get money or some kind of -- something or they

Page 33

1  wouldn't give it to us, but I don't know the --
2  what the deal is.  But I just try to get the most
3  money I can if it works for --
4    Q    But C&H --
5    A    I probably just have -- I have one client
6  that -- now.  I used to have quite a few that went
7  business, but maybe one or two, but it's mostly
8  coach.  So I don't make commissions mostly on
9  airlines.
10   Q    But C -- to clarify, C&H would pay you
11 this commission?
12   A    Yes, they would.  They wouldn't give me --
13 I don't know what their deal is, but they give me
14 a little bit of money for -- for they -- so
15 they book it.
16   Q    And your travel agency, do you have any
17 relationships with JetBlue?
18   A    I book them a lot.  I don't know that I've
19 ever -- I don't think we have representatives
20 anymore.  We used to have a lot of
21 representatives, but nobody really -- they're kind
22 of a dying company, I guess.
23   Q    And do you receive any benefits for your
24 customers by booking on JetBlue?
25   A    Oh, no.

Page 34

1    Q    And do you receive any benefits for
2  booking your customers on Spirit Airlines?
3    A    No.
4          MR. BONSIGNORE:  Objection.
5  BY MR. LIM:
6    Q    What impact --
7    A    What was the question?
8    Q    Sure.
9          The question was:  Do you receive any
10 benefits for booking your customers on Spirit
11 Airlines?
12         MR. BONSIGNORE:  Objection.
13         THE WITNESS:  No.
14 BY MR. LIM:
15   Q    Do you receive any discounts for tickets
16 for your customers by booking them on Spirit
17 Airlines?
18   A    No.
19   Q    And the same with JetBlue?
20   A    Right.  No, I don't receive anything.
21   Q    Do you receive any discounts for tickets
22 for your customers by booking them on American
23 Airlines?
24   A    No.  I don't receive anything from any
25 airlines.

Page 35

1    Q    And what impact, if any, do you believe
2  the merger will have on your business?
3    A    Well, I won't have options for my clients
4  on different airfares.  It will be twice as much
5  money for them to go places if they want to choose
6  that airline.  So I -- I like having all my
7  options for my clients, and that's going to take
8  down a lot of flights, cancel a lot of people.  A
9  lot of seats will be gone.  I don't -- I don't
10 want to see a merger happen at all.  I want to
11 keep -- keep it separate.  I don't -- I don't see
12 why that would -- that should happen.
13   Q    You mentioned that if the merger were to
14 go through between Spirit and JetBlue, it will be
15 twice as much for customers to go places.
16         MR. BONSIGNORE:  Objection.
17 BY MR. LIM:
18   Q    Why do you believe that?
19         MR. BONSIGNORE:  Objection.
20         THE WITNESS:  I'm not sure.
21 BY MR. LIM:
22   Q    Have you reviewed any documents to arrive
23 at the conclusion that if the merger between
24 Spirit and JetBlue were to go through, prices
25 would be twice as much for customers to go places?

Deposition of Carolyn Fjord

Page 52

A    Oh, no.  Then I -- well, I worked there --
I learned -- I was going to school to be a
teacher, and I worked -- one of my friends got me
a job there.  And I was divorced so I started
working the back office, and then I started being
an agent, and then I opened my business from there
in 1985, September 3rd.
Q    Do you have an ownership stake in Giselle
Travel?
A    Oh, no.  No, I quit and opened my own
business.
Q    So do you have plans to fly to Las Vegas
airport?
A    I would like to do that, yes, go -- go
there.  We have friends in Palm Desert -- well,
kind of relatives, so...
Q    But you don't have plans to fly to
Las Vegas airport at the moment?
    MR. BONSIGNORE:  Objection.
    THE WITNESS:  Not at the moment,
but I will be going.
BY MR. LIM:
Q    When will you be going?
A    Probably in September/October.
Q    Have you purchased those tickets yet?

Page 53

A    No.
Q    Okay.  And do you have plans to fly to
Cancun airport in Mexico?
A    I would like to go there.  My husband has
not been, so -- we don't have any plans, but yeah.
Q    Do you have plans to fly to Miami airport?
A    Yeah.  I'd like to take a cruise.  I don't
have any plans made, no.
Q    Do you have plans to fly to Richmond
airport in Virginia?
A    My aunt used to live there, but no, I
don't.
Q    Do you have any plans to fly to Salt Lake
City airport?
A    No, I don't.
Q    Do you have any plans to fly to San Jose
airport in Costa Rica?
A    Oh, well, I have one of my way back agent
of mine owns property down there.  So, yes, I
would go to Costa Rica.  I haven't seen her in a
really long time.  We've been talking about that.
I went when I -- about 30 years ago.
Q    But do you have plans to fly to San Jose
airport?
A    I'm -- well, it's one of the things that

Page 54

we've talked about in our -- I'm getting retired,
and so -- trying to get retired, and so I have
plans to travel in the future.  So that's one of
the places we want to go back and visit.
Q    Right.
A    It's called Club Del Mar in San Jose, Jaco
Beach.
Q    Have you purchased tickets to San Jose
airport?
A    I have in the past.  We've gone 30 years
ago.  I went and visited my friend that was down
there, and she had a -- they just bought the
hotel.  It's called Club Del Mar in Jaco Beach.
Q    And when was the last time you flew to
Santo Domingo airport in Dominican Republic?
A    Oh, I've not gone there.
    MR. LIM:  Jeff, could we please
pull up Tab 2, and I would like to enter
this as Exhibit 2, please.
    (Fjord Exhibit 2 marked.)
BY MR. LIM:
Q    This is the "Plaintiff's Supplemental
Responses and Objections to Defendants' First Set
of Interrogatories," Set Number 1 for plaintiff
Carolyn Fjord.

Page 55

    Ms. Fjord, would you like to take a
couple moments to look through this document, as
we did with the previous exhibit?
A    Not unless I can grab my -- I don't know.
I'd rather not look at it.  What -- what do you
want me to look at?
Q    It's fine.  I just wanted -- as we'll go
through, I'll ask you some questions about some
sections.  So we can focus on those and I'll give
you a moment to read them.
A    That would be good.  Okay.  Thank you.
    MR. LIM:  Thank you, Jeff.
BY MR. LIM:
Q    Have you seen this document before,
Ms. Fjord?
A    Yes, I have.
Q    Did you review this document before it was
submitted?
A    Yes, I have.  I did.
Q    So let's -- let me scroll down to the last
page.
    And is that your name and signature,
Ms. Fjord?
A    That is my name and signature, yes.
Q    And do you understand that by signing this

Deposition of Carolyn Fjord

Page 76

1  that day, but, you know, a couple days, a month, a
2  week later -- you would delete the receipt because
3  you no longer need it in your inbox?
4      A    Right.  After they travel, I don't --
5  after they're done with their return trip -- this
6  is just Southwest --
7      Q    Right.  Just Southwest.  Okay.
8      A    -- I would delete it whenever I got around
9  to it --
10     Q    It's not for any other airline?
11     A    -- because I don't need it anymore.  I
12  don't need to look at it anymore.
13     Q    Is it for any other airline?
14     A    Well, I don't check in -- so Southwest
15  just has a weird way to do seats.  So I don't do
16  that for other airlines for people -- my clients,
17  but I -- some of the airlines I can get seats
18  ahead of time, especially if they're in business
19  class.  So I don't have to check them in or do
20  anything like that.
21     Q    But Southwest Airlines is the only one for
22  which you receive receipts in your inbox; is that
23  correct?
24     A    Well, that's because I usually book them
25  separately on their -- online, so then I have -- I

Page 77

1  have them send it to me, Travel Express, and then
2  I have to go in my airline computer, issue a fee,
3  but I send them the receipts so they know -- they
4  have their confirmation and they know what they
5  paid, and then I don't need it anymore.
6      Q    But do you do this for any other airline?
7      A    No, because they work differently.
8      Q    Okay.  And --
9      A    I don't have to book -- a lot of them I
10  book on Sabre, so then I don't have to do that.
11     Q    And has your practice of retaining emails
12  and files in your boxes changed in the last year?
13     A    No.
14     Q    Let me move on to a different topic.
15  Let's move on to this current case.
16          So, Ms. Fjord, you're bringing a
17  lawsuit to block the merger between JetBlue and
18  Spirit; is that correct?
19     A    That's correct.
20     Q    And why are you bringing this lawsuit?
21     A    Because I don't want another merger.  I
22  don't want another -- I want to keep Spirit
23  around.  I don't want them to cut the capacity,
24  cut any flights, fire their employees.  I would
25  love to have Spirit stay around.  They're in my --

Page 78

1  they're in my area and they go to places I want to
2  go.
3      Q    And you've flown Spirit before; right?
4      A    I have.
5      Q    Why have you flown Spirit?
6      A    I fly from Detroit, where we have our
7  beach house in Port Huron on the water and we go
8  in --
9      Q    Sorry, Ms. Fjord.  Not where.  Not where,
10  but why have you flown Spirit in the past?
11     A    Because they fly from there, where I go to
12  the beach house from here to there, and they had a
13  good one-way fare probably.
14          Yeah, I've flown three separate trips,
15  2017 and 2018.  I put it on there.
16     Q    And you mentioned that you want to keep
17  Spirit around because if the merger were to go
18  through, they would cut flights and they would
19  fire their employees.
20          Why do you believe, if a merger were
21  to go through, employees would be fired?
22     A    Well, that's what's happened before.
23     Q    Where has it happened before?
24     A    A lot of the mergers.
25     Q    Do you remember any specific ones where

Page 79

1  it's happened before?
2      A    Not exactly, no.
3      Q    And you also said that they would --
4      A    I believe that probably the low fare that
5  I found going to New York for, like, $200 would be
6  gone.  I don't know.  I -- I think that they'll --
7  they want to get rid of their competition, so
8  Spirit, you are the -- their competition, so...
9      Q    Why do you believe that --
10     A    Fares go up -- because it happens.
11     Q    Where has it happened before?
12     A    A lot of markets.
13     Q    What markets?
14     A    Well, I -- we've been going a long time.
15  I don't have a brain anymore.
16     Q    And when did you first consider bringing
17  the lawsuit?
18     A    When I heard about the merger --
19     Q    Do you recall when that was?
20     A    -- on the news.
21          No.
22     Q    Are you familiar with the co-plaintiffs in
23  this case?
24     A    Yes.
25     Q    And how do you know them?

Page 80

1    A    We've been in merger cases before.
2    Q    Do you know how many?
3    A    Maybe five or six.  It's on there -- it's
4    down.
5         Yeah, we challenge mergers.  It's what
6    I do.
7    Q    What do you mean by "it's what I do"?
8    A    It's my travel agent, and it's been an
9    issue forever.  I used to work at Giselle's -- I
10   think I told you -- for a company, and they said,
11   you know, they were deregulated -- I worked before
12   deregulation.  And he said once they deregulate,
13   airlines are going to end up with one airline.
14   They're going to all get together, one airline.
15        And so it kind of seems like they're
16   gobbling up all the small airlines, and I really
17   want to keep them around.  There used to be PSA,
18   Air Cal, Pan Am, TWA, People's Express.  We used
19   to do $99 to London on People's Express.
20        Anyway.  Sorry.  But yeah.
21   Q    You mentioned as a result of this
22   merger --
23   A    The merger --
24   Q    -- that capacity would be cut, flights
25   would be cut --

Page 81

1    A    Yes.
2    Q    -- employees would be fired.  Are there
3    any other reasons -- are there any other
4    consequences that would result from this merger?
5    A    It would just be hard for people to
6    travel.  A lot of the young people that I book, my
7    clients, they wouldn't be able to travel on an
8    airplane if they can't get the $135 to Denver
9    and -- roundtrip and these fares that are on the
10   low-cost carriers.
11        And you have no -- so they -- if you
12   want to check a bag and you have money, then you
13   can pay for it.  But you end up saving quite a bit
14   of money.  It's amazing how much more the other
15   airlines are than the low-cost carriers.  I
16   mean --
17   Q    So you're saying --
18   A    -- it will be $800 and it will be half the
19   price for Spirit as United.
20   Q    So the concern is that prices would go up.
21   Is that fair to say?
22   A    Yes.  Yes, prices will definitely go up.
23   It'll get rid of competition.  It happens every
24   time.
25   Q    And you stated that you and your

Page 82

1    co-plaintiffs have challenged other mergers
2    before.  Have you seen prices go up as a result of
3    those mergers?
4    A    Yes.  Like with Southwest, I told you,
5    yeah.
6    Q    And what impact will the merger have on
7    you personally?
8    A    Well, I might not be able to fly from --
9    every year we go to our beach house in Detroit.
10   We fly to Detroit, and they have -- if we want to
11   stop -- we want to fly one-way from Detroit to
12   Oakland, I can do that.  I can fly Oakland to
13   Denver and visit my son in Denver.  I can go
14   Denver to St. Louis and visit my grandkids.  And I
15   can do it all separately.  And that's why I fly so
16   many different airlines, and...
17   Q    And so that route that you talked about,
18   Oakland to Detroit, do other airlines fly that
19   route?
20   A    Yes.
21   Q    And if you could not fly on an airline
22   because the prices were very high, would you
23   consider flying on other airlines?
24   A    Yes, I do -- I do that, yeah.
25   Q    And would you consider flying from other

Page 83

1    airports?
2         MR. BONSIGNORE:  Objection.
3         THE WITNESS:  Well, I consider the
4    three of -- yeah.  I mean, I could go out
5    of LA if we want to drive down there and
6    visit our family and fly out of there.
7         MR. LIM:  Can we please bring up --
8         THE WITNESS:  I didn't write that,
9    but that would work.  Or Reno.  We have a
10   cabin in Tahoe and I could fly out of
11   Reno.  Sometimes we fly Reno to -- our
12   kids fly St. Louis to Reno and come visit
13   us in Tahoe.
14   BY MR. LIM:
15   Q    And if you successfully prevented the
16   merger between JetBlue and Spirit without any
17   settlement or financial compensation, would that
18   be a satisfactory outcome for you?
19   A    I would be absolutely thrilled.
20   Absolutely.
21   Q    What -- why would you be thrilled?
22   A    To stop the merger?
23   Q    And what if --
24   A    I would be really thrilled to stop the
25   merger.

Page 84

1  Q    And what --
2  A    To keep Spirit --
3  Q    Sorry.  Please go ahead, Ms. Fjord.
4  A    No.  Go ahead.
5  Q    No.  You said "To keep Spirit."
6  A    I want to maintain the low-cost options
7  for my clients and for myself, my friends.
8  Q    But haven't you or your clients flown on
9  Frontier Airlines?
10 A    Uh-huh.
11       MR. BONSIGNORE:  Objection.
12       THE WITNESS:  Yes.
13 BY MR. LIM:
14 Q    If an airline were to offer a lower
15 cost -- scratch that.  Let me rephrase.
16       If an airline such as American were to
17 offer a low-cost option, would you consider flying
18 that airline?
19 A    Well, I did buy my tickets, San Francisco
20 to London, on American for $400, which is an
21 amazing fare.  So yes, I did do that.
22 Q    So in this merger --
23 A    And I was -- I -- yeah.
24 Q    In this merger, what if you receive travel
25 vouchers instead of preventing the merger from

Page 85

1  going through?  Would that be a satisfactory
2  outcome for you?
3        MR. BONSIGNORE:  Objection.
4        THE WITNESS:  No.
5  BY MR. LIM:
6  Q    What about flight discounts?
7  A    No.
8        MR. BONSIGNORE:  Objection.
9        THE WITNESS:  No.  No.
10 BY MR. LIM:
11 Q    What about financial statements --
12 sorry --
13 A    No.
14 Q    -- a financial settlement?
15 A    No.
16       MR. BONSIGNORE:  Objection.
17       MR. LIM:  Could we please bring up
18 Exhibit 2?
19 BY MR. LIM:
20 Q    Ms. Fjord, we've looked at this document
21 previously --
22       MR. LIM:  Oh, sorry, Jeff.  Could I
23 control the scrolling, please?
24       Thank you.
25

Page 86

1  BY MR. LIM:
2  Q    So, Ms. Fjord, we looked at this document
3  previously.  It provided the flights.  This is the
4  same document.  I just wanted to show you.
5  A    Sure.
6  Q    And I would like to scroll down to
7  Exhibit A.
8        This is a chart that represents all
9  the cases that your counsel provided, which
10 lists --
11 A    I don't think I'm looking at it.
12 Q    Oh.
13 A    Okay.  There.
14 Q    Thank you.
15 A    Yes, I saw that.
16 Q    Yes.  So as I mentioned, this is --
17 A    Yes.
18 Q    -- a document your counsel provided which
19 lists the lawsuits you have filed; is that
20 correct?
21 A    That is correct.
22 Q    Do you recall these matters?
23 A    I do.
24 Q    And so if we look at this chart -- here we
25 go -- were you a plaintiff in D'Augusta versus

Page 87

1  Northwest?
2  A    I was in all of them.
3  Q    All of them.
4        And did you bring the lawsuit -- the
5  suits in these lawsuits in Exhibit A for the same
6  reasons that you're bringing a lawsuit today?
7  A    Yes.
8  Q    Have you ever seen -- let me rephrase.
9        Were there any benefits that arose as
10 a result of the lawsuits that you have filed?
11       MR. BONSIGNORE:  Objection.
12       THE WITNESS:  Yes.  I think we
13 settled.
14 BY MR. LIM:
15 Q    Which one settled?
16 A    I --
17       MR. BONSIGNORE:  Objection to the
18 extent it calls upon the client to discuss
19 the terms of the settlement, which are
20 subject to a confidentiality agreement.
21 It's the position of plaintiffs that the
22 recent orders relating to such matters do
23 not cover this confidentiality agreement
24 that she's entered into.  She can answer
25 other than anything related to the