# EXHIBIT 33

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.

Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION**<br>**SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF CAROLYN FJORD** |
| **SET NUMBER:** | **ONE (THIRD SUPPLEMENTAL)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

11. Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**SUPPLEMENTAL RESPONSE NO. 1:**

In addition to their General Objections listed above, Plaintiffs object to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiffs

also object to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds:

See table below.

| Travel Date(s) | Booking Date | Airline(s) | Route(s) | Reason for Trip | Booking Method | Class | Price | Who Paid | Points Used |
|---|---|---|---|---|---|---|---|---|---|
| 06/03/2015 | 05/12/2015 | American | SFO-DFW-PNS-DFW-SFO | Personal | via Sabre | Economy | $513.70 | Self | No |
| 07/18/2015 | Unknown | Southwest | SMF-PHX-DTW-PHX-SMF | Personal | Online | Economy | Unknown | Self | No |
| 09/10/2016-09/19/2016 | Unknown | Southwest | SMF-STL-SMF | Personal | Online | Economy | Unknown | Self | No |
| 12/15/2016 | 12/01/2016 | Southwest | SAC-DEN | Personal | Online | Economy | $5.60 | Self | Yes |
| 12/18/2016 | 12/01/2016 | Southwest | DEN-OAK | Personal | Online | Economy | $5.60 | Self | Yes |
| 04/07/2017-04/17/2017 | 01/17/2017 | KLM | SFO-HAM CDG-SFO | Personal | via Sabre | Economy | $861.96 | Self | No |
| 05/27/2017-06/03/2017 | Unknown | Southwest | OAK-STL STL-OAK | Personal | via Sabre | Economy | $467.96 | Self | No |
| 07/01/2017 | Unknown | Southwest | OAK-FNT | Personal | Online | Economy | $5.60 | Husband | Yes |
| 07/15/2017 | Unknown | Southwest | FNT-OAK | Personal | Online | Economy | $229.94 | Husband | No |
| 08/03/2017 | Unknown | Spirit | OAK-DTW | Personal | via Sabre | Economy | $228.29 | Self | No |
| 08/12/2017 | Unknown | Southwest | STL-DEN | Personal | Online | Economy | Unknown | Self | No |
| 08/15/2017 | Unknown | Southwest | DEN-OAK | Personal | Online | Economy | $175.96 | Self | No |
| 09/09/2017 | Unknown | Frontier | SFO-DEN | Personal | Unknown | Economy | $101.40 | Self | No |
| 09/11/2017 | Unknown | Frontier | DEN-DTW | Personal | Unknown | Economy | $201.40 | Self | No |
| 09/25/2017 | 09/05/2017 | Spirit | DTW-OAK | Personal | Unknown | Economy | $40.00 baggage fee | Self | No |
| 03/05/2018 | Unknown | Southwest | STL-OAK | Personal | Unknown | Economy | Unknown | Self | No |
| 06/29/2018 | Unknown | Southwest | SMF-DEN | Personal | via Sabre | Economy | Unknown | Self | No |
| 07/02/2018 | Unknown | Southwest | DEN-DTW | Personal | Unknown | Economy | $327.96 | Self | No |
| 07/17/2018 | Unknown | Spirit | DTW-OAK | Personal | Unknown | Economy | $222.58 | Self | No |
| 03/09/2019 | Unknown | Southwest | SMF-LGA-DEN | Personal | via Sabre | Economy | $397.48 | Self | No |
| 03/18/2019 | Unknown | Southwest | DEN-OAK | Personal | Unknown | Economy | $13.98 | Self | Yes |
| 07/24/2019 | 04/30/2019 | American | SMF-DTW | Personal | Unknown | Economy | $187.00 | Self | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/2019 | 04/30/2019 | United | DTW-SMF | Personal | Unknown | Economy | $208.00 | Self | No |
| 10/19/2019 | Unknown | Southwest | SMF-STL | Personal | Unknown | Economy | $11.20 | Self | Yes |
| 11/01/2019 | Unknown | Frontier | STL-DEN | Personal | Unknown | Economy | $198.60 | Self | No |
| 11/04/2019 | Unknown | Southwest | DEN-SMF | Personal | Unknown | Economy | $11.20 | Self | Yes |
| 10/27/2020 | Unknown | Southwest | SMF-STL-SMF | Personal | Unknown | Economy | $22.40 | Self | Yes |
| 10/23/2021 | Unknown | Southwest | SMF-STL-SMF | Personal | Unknown | Economy | $22.40 | Self | Yes |
| 06/01/2022 | 12/10/2021 | Southwest | OAK-KOA | Personal | via Sabre | Economy | $11.20 | Husband | Yes |
| 06/08/2022 | Unknown | Southwest | KOA-OAK | Personal | via Sabre | Economy | $204.00 | Self | No |

**INTERROGATORY NO. 2:**

For each route listed in Interrogatory No. 1, identify whether You have ever taken a different mode of transportation (e.g., driven or taken a train) since 2015 for that same route, when that trip occurred, and why You chose to travel by that method.

**SUPPLEMENTAL RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiffs object to Interrogatory No. 2 because the term "different mode of transportation" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff responds:

Plaintiff has driven the following routes:

| | |
|---|---|
| Jul/Aug 2016 | Winters, CA-Port Huron-Denver (Loveland)-Winters |
| November 2016 | Winters-Loveland-St. Louis-Loveland-Winters |
| February2018 | Winters-Loveland-St. Louis-Winters |
| November 2021 | Winters (SACTO)-Denver (Loveland)-Winters |
| August 2022 | Winters-Loveland-Pt. Huron-St. Louis-Loveland-Winters |
| October 2022 | Winters-Pt. Huron-St. Louis-Loveland-Winters |

**VERIFICATION**

I, Carolyn Fjord, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Third Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at 4405 Putah Cr Rd. Winters, CA 95694 on July 12 2023.

Carolyn Fjord

**PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS FIRST SET OF INTERROGATORIES**