# EXHIBIT 35

Deposition of Donald Freeland

1                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
   GABRIEL GARAVANIAN, et al.,          )
3                                       )
           Plaintiffs,                  )
4                                       )
   v.                                   ) Case No.
5                                       ) 1:23-cv-10678-WGY
   JETBLUE AIRWAYS CORPORATION and      )
6  SPIRIT AIRLINES, INC.,               )
                                        )
7          Defendants.                  )

8

9

10            **********************************
              REMOTE VIDEOTAPED DEPOSITION OF
11                    DONALD FREELAND
                     June 23, 2023
12            **********************************

13

14

15         DONALD FREELAND, produced as a witness at

16     the instance of the Defendants, was duly sworn and

17     deposed in the above-styled and numbered cause on

18     June 23, 2023, from 6:01 a.m. to 8:32 a.m. PST,

19     stenographically reported remotely, pursuant to

20     the Federal Rules of Civil Procedure and the

21     provisions stated on the record.

22

23

        Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                      Texas CSR 9306
                        California CSR 14407
25                      Illinois CSR 084.004659

Deposition of Donald Freeland

```
 1                    A P P E A R A N C E S

 2          (all attendees appearing via remote videoconference)

 3

 4          REPRESENTING THE PLAINTIFFS:

 5           Mr. Robert J. Bonsignore
             BONSIGNORE TRIAL LAWYERS
 6           23 Forest Street
             Medford, Massachusetts 02155
 7           (702) 852-5276

 8

 9          REPRESENTING THE DEFENDANTS:

10           Mr. Patrick Lim
             PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
11           1285 Avenue of the Americas
             New York City, New York  10019
12           (212) 373-3955
             plim@paulweiss.com

13

14          THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15           Mr. Jeff Schoemer

16

17

18

19

20

21

22

23

24

25
```

Deposition of Donald Freeland

Page 12

1  school for me?
2      A    I graduated with a bachelor of science
3  degree from Michigan State University.
4      Q    And what did you do after you graduated?
5      A    I worked for a -- Procter & Gamble,
6  consumer products firm.
7      Q    Uh-huh.  And how long were you in that
8  position?
9      A    28, 29 years.
10     Q    And did you do anything -- when did you --
11  when did you leave that position?
12     A    When I retired in 2002, whenever that was.
13     Q    And what have -- have you been employed
14  since 2002?
15     A    I have -- I have done -- contracted --
16  contracted work, and I have and still own a travel
17  agency.
18     Q    And what's the name of that travel agency?
19     A    Well, it's -- we currently operate under
20  the name of ChicLuxury Cruises.
21     Q    And when did you start owning that travel
22  agency?
23     A    This particular travel agency, the one
24  that I am currently associated with, I purchased
25  earlier this year.

Page 13

1      Q    And have you owned any other travel
2  agencies?
3      A    Yes.  I owned a travel agency beginning in
4  1985.  I owned a travel agency.  I -- we merged
5  with another travel agency, and then later sold
6  that agency, later repurchased that agency, later
7  sold that agency.  And then during that time, I
8  continued to work for that agency as an outside
9  sales agent.
10     Q    And what was the name of that travel
11  agency when you first owned it in 1985?
12     A    UNIGLOBE Action Travel.
13     Q    So is it my understanding that you
14  currently do not own that agency?
15     A    Which agency?
16     Q    The one that you started owning in 1985.
17  Is it -- if I'm reading the transcript correctly,
18  you later sold that agency.
19     A    Right.  I sold it, I bought it back, then
20  I sold it again.  Well, I sold the assets later.
21     Q    Okay.  Let's go back to the first travel
22  agency that you currently own.  Is it ChicLuxury
23  Cruises?
24     A    Yes.
25     Q    Can you tell me more about the customer

Page 14

1  base for ChicLuxury Cruises?
2      A    We are a cruise -- a cruise-focused
3  agency.  We deal with customers that book -- book
4  cruises, and that is the majority of our business.
5      Q    What is the minority of your business?
6      A    Minority would be selling travel
7  insurance, selling shore excursions for cruises,
8  other ancillary products through -- to cruises.
9      Q    Do you sell any airline tickets?
10     A    We don't really sell airline tickets
11  directly.  We will -- you know, most of the time
12  the cruise lines nowadays are providing airline
13  tickets, so we don't really sell those directly.
14     Q    So do you receive any compensation when
15  cruises sell airline tickets?
16     A    Depends on the -- on the cruise line.  For
17  the most part -- for the most part, no.  There --
18  I believe there are some cruise lines that do
19  provide a small commission on the airlines that --
20  on the airline tickets that are sold through them.
21  But for the majority of the time, it's not a
22  commissioned practice.
23     Q    So for the airlines that do give you some
24  commission, how is that commission calculated?
25     A    It would be -- it would be based on the

Page 15

1  price.
2      Q    Is it a percentage of the price?
3      A    Yes.  It would be the percentage of the
4  price.
5      Q    And what is that percentage?
6      A    It -- like I say, this -- this comes from
7  the cruise line, so it's going to vary by cruise
8  line.
9      Q    Could you give me a range of the
10  percentages?
11     A    Five to ten.
12     Q    And do you know what airlines customers
13  typically fly on for these cruise lines?
14     A    No.  It's typically determined by the
15  cruise line themselves, so...
16     Q    So you don't know which airlines are
17  determined by the cruises?
18         MR. BONSIGNORE:  Objection; asked
19     and answered.
20         MR. LIM:  Mr. Bonsignore, are you
21     asking him not to answer?
22         MR. BONSIGNORE:  No.  No.
23         You can answer.
24         THE WITNESS:  I mean, the -- the
25     airlines -- the airlines choose, based on

Deposition of Donald Freeland

Page 16

1  their contracts, which lines they're going
2  to put the clients on.
3  BY MR. LIM:
4  Q    Okay.  So now let's talk about the other
5  agency that you owned.  Let's try to find -- could
6  you please remind us of the name of the agency
7  that you owned in 1985?
8  A    UNIGLOBE Action Travel.
9  Q    UNIGLOBE Action Travel.
10      And so at UNIGLOBE Action Travel, who
11 did you sell airline tickets to?
12 A    Consumers, businesses.
13 Q    And so would it be fair to say that your
14 customer base was a mix of both leisure and
15 business travelers?
16 A    That is fair to say, yes.
17 Q    Could you provide a breakdown of what
18 percentage of your customer base was leisure and
19 what -- and what percentage was business travels?
20 A    That's a long time ago.  I mean, let me
21 think here.
22      I would estimate that it was probably
23 early -- early on, it was probably 70, 80 percent
24 business and 20 to 30 percent leisure.
25      MR. LIM:  Okay.  Jeff, could you

Page 17

1  please pull up Tab 5, which I'd like to
2  introduce as Exhibit 1?
3      (Freeland Exhibit 1 marked.)
4      MR. LIM:  Okay.  And could you
5  please hand control over to Mr. Freeland?
6  BY MR. LIM:
7  Q    Mr. Freeland, have you seen this document
8  before?
9  A    Yes, I believe I have.  I can't see the
10 entire document, but I believe--
11 Q    Yes.  Please go ahead and take a moment to
12 scroll through the document just to refresh your
13 memory.
14 A    Okay.  I've looked through it.
15      MR. LIM:  And, Jeff, could you
16 please hand control over to me?
17      Thank you.
18 BY MR. LIM:
19 Q    So let me scroll down to the last page.
20      Mr. Freeland, have you seen this last
21 page before?
22 A    Yes.
23 Q    Do you understand what this last page
24 shows?
25 A    Yes.

Page 18

1  Q    And it shows that it's your name and
2  signature; is that correct?
3  A    Correct.
4  Q    And is that your signature at the bottom?
5  A    It is.
6  Q    And do you understand by -- that by
7  signing this verification, you are also verifying
8  that all the information in this document is
9  complete and accurate?
10 A    Yes, I am.
11 Q    Okay.  So let's take a closer look at
12 Interrogatory Number 5.  It asks you to name --
13 "State whether you are, or have been in the last
14 five years, employed as a travel agent," the
15 agency you're employed at, the dates your
16 employment began and concluded, whether you have,
17 or had, any ownership stake in or right to receive
18 nonsalary income, each and every form of revenue
19 or income you or your agency received.
20      Did I read that correctly?
21 A    Yes.
22 Q    Let's look at your answers, specifically
23 Part C.  You said: "Yes, I have owned a travel
24 agency since 1985 except for a period 1990 to
25 1993."

Page 19

1      Did I read that correctly?
2  A    Yes.
3  Q    And so that would be UNIGLOBE -- UNIGLOBE
4  Action Travel?
5  A    Yes, which -- yeah, which changed -- which
6  changed names.  That was the original agency, but
7  it changed names after I bought it back and it was
8  then called -- I'm trying to think of the name of
9  it -- what the name of it currently is.  UNIGLOBE
10 Action Travel, UAT -- the TravelStore.  It was
11 called the TravelStore.
12 Q    When was it called the TravelStore?
13 A    Well, when we -- when we repurchased it
14 back in 19- -- it was approximately 1990- -- let's
15 see.  We were out from -- about 1993 or so when we
16 purchased it back.
17 Q    And what is it currently called?
18 A    Well, that agency is called the
19 TravelStore.  The one that I recently purchased is
20 called ChicLuxury Cruises.
21 Q    Sorry.  I'm just --
22 A    So I've always owned that other agency,
23 the TravelStore.
24 Q    Oh, and you still currently own it?
25 A    Yes.  It's a separate -- it's under the

Page 20

1  same corporation I currently own ChicLuxury
2  Cruises, which is the main agency that we're
3  currently operating.
4  Q     Okay.  Just wanted to make sure I
5  understand.
6          So in Part D, you wrote:  "Currently
7  the travel agency receives commissions from cruise
8  lines, tour operators, and excursion providers";
9  is that correct?
10  A     Correct.
11  Q     Do you receive commissions from airlines?
12  A     No, not directly.  Only from cruise lines.
13  Q     And to clarify, this is for UNI- -- for
14  the TravelStore?
15  A     This is what?
16  Q     This is for the TravelStore?
17  A     The TravelStore isn't really doing any
18  consumer -- or any business at this point.  It's
19  through -- just ChicLuxury Cruises.
20  Q     Only ChicLuxury Cruises.  Okay.  Okay.
21          So for ChicLuxury Cruises, how many
22  customers do you normally deal with on a monthly
23  basis?
24  A     20 to 30.
25  Q     And how do you get your clients?

Page 21

1  A     The majority of clients comes through our
2  existing clients from the agency or come from
3  referrals from other clients.  And we were also
4  using a -- an entity called Cruise Compete, where
5  we provide quotes to clients looking for cruises.
6  Q     And you mentioned that you sometimes get
7  commissions through cruise lines that sell flights
8  to passengers; is that correct?
9  A     Yes.
10  Q     And can you get any discounts or quotes
11  for your clients that are not available to the
12  public, specifically for the airlines?
13  A     No, we can't.
14  Q     Well, let me go to a different topic.  I'd
15  like to talk about your personal flying history.
16          MR. LIM:  So, Jeff, could we please
17      bring up Freeland -- sorry, it's Tab 6,
18      which I'd like to introduce as Exhibit 2.
19          (Freeland Exhibit 2 marked.)
20  BY MR. LIM:
21  Q     So, Mr. Freeland, same as before.  Have
22  you seen this document before?
23  A     I'm going to take a browse through it.
24  Q     Sure.
25          MR. LIM:  Jeff, please hand control

Page 22

1  over to Mr. Freeland.
2          THE WITNESS:  Yes, I remember
3      seeing this document.
4  BY MR. LIM:
5  Q     Would you like to take a moment to scroll
6  through the document just to make sure everything
7  looks okay?
8  A     It looks okay.
9  Q     Yes.  Okay.
10          MR. LIM:  Jeff, could I please take
11      control of the document?
12  BY MR. LIM:
13  Q     So, Mr. Freeland, how often do you travel?
14  A     Three to four times a year normally.
15  Q     And how often do you travel by plane?
16  A     Oh, I thought -- I'm sorry.  I
17  misunderstood the first question.
18  Q     Oh, no.  The first question was travel
19  generally, and the next question is:  "How often
20  do you travel by plane?"
21  A     I travel by plane probably three or four
22  times a year.
23  Q     And what reasons do you typically travel?
24  A     There's two -- two main reasons that I
25  typically travel -- well, three.  One -- one is

Page 23

1  for pleasure, because my wife and I enjoy taking
2  cruises.  The second one is that I travel because
3  I am a bridge teacher/instructor, and I'm often
4  contracted to provide bridge lessons and direct
5  bridge games on cruise ships.  And then I also
6  travel for personal reasons, to visit family and
7  friends.
8  Q     And are there any cities you frequently
9  travel to?
10  A     The most frequently traveled city would be
11  to a city in Mexico -- León, Mexico --
12  Q     I -- sorry.
13  A     -- because that's --
14  Q     Please go ahead.
15  A     Sorry, yes.
16          Because that's where my wife's family
17  is from.
18  Q     And how often do you go to León, Mexico?
19  A     Maybe twice a year or so.
20  Q     How often do you go to Fort Lauderdale?
21  A     It depends on the -- it depends on the
22  cruise schedule.  So it might be -- it might be
23  once a year; it might be twice a year.  It's hard
24  to say.
25  Q     When was the last time you were in Fort

Page 28

1   A    In the last five to ten years.
2   Q    How often do you travel to -- how often --
3   sorry.  Let me rephrase.
4        How often do you fly to Salt Lake
5   City?
6   A    I don't believe I've ever flown to Salt
7   Lake City.  If I've -- if I've been there, it's
8   been through a connection.
9   Q    How often do you fly to Richmond airport?
10  A    I don't know that I've ever been in
11  Richmond.
12  Q    And how often do you fly to Costa Rica --
13  Costa Rica airport?  Excuse me.
14  A    I don't normally fly to Costa Rica
15  airport.
16  Q    And how often do you fly to Santo Domingo
17  in the Dominican Republic?
18  A    I normally don't fly there.
19  Q    Let's take a look at Exhibit 2.  So I will
20  read Interrogatory Number 1.  It says:  "List
21  every airline and route you have flown from 2015
22  to present, including any flights booked prior to
23  the date of the complaint, and indicate the
24  following for each trip as reflected in the sample
25  table below."

Page 29

1        Did I read that correctly,
2   Mr. Freeland?
3   A    Yes, you did.
4   Q    Okay.  So let me scroll down to your
5   response.
6        And this appears to be a list of
7   flights you have taken.  Is this a complete and
8   accurate list of the flights you've taken in the
9   last five years?
10  A    Yes, subject to the supplemental which
11  I -- which I added some additional flights within
12  this -- within the country of Mexico that are --
13  that weren't here.  There were flights that were
14  booked by my wife for our trips to visit her
15  family.
16  Q    Okay.  And what did you look at to compile
17  the information in this chart in Exhibit 2?
18  A    I went back through emails for all my
19  cruises that I take to do my bridge directing and
20  teaching work.  I have folders set up for those.
21  I went through all -- through all those folders to
22  make sure I grabbed all those.  I went through and
23  reviewed frequent flier statements.  I went back
24  and looked at credit card statements, and tried to
25  pull anything that was airline related from

Page 30

1   those -- all those sources.
2   Q    And do your emails have an auto delete
3   function?
4   A    No.  No, they don't.  I've got everything
5   all the way back.  I'm a saver.
6   Q    Likewise, do your folders have an auto
7   delete function?
8   A    No.  No auto deletes in my systems at all.
9   Q    So I'd like to understand a little bit
10  more about this table.
11       You mentioned -- it shows that you
12  have flown Spirit Airlines in 2015; is that
13  correct?
14  A    Yes.
15  Q    Have you flown Spirit Airlines since?
16  A    Not that I can remember.
17  Q    And why did you fly Spirit Airlines in
18  2015?
19  A    I believe -- I believe it was to pick up a
20  cruise out of Fort Lauderdale.
21  Q    Is there any specific reason why you
22  choose Spirit Airlines?
23  A    Most likely because of cost.  It was ten
24  years ago, but I typically choose the lowest --
25  lowest cost -- lowest total cost air -- you know,

Page 31

1   ways of getting to my ports.
2   Q    And so do the other airlines listed in
3   this chart show trips that you have taken to get
4   to your ports?
5   A    The majority of them are.  So some are
6   visiting friends and family, but the majority of
7   them are for getting to take -- take trips on
8   cruises.
9   Q    And you testified that you typically
10  choose the lowest cost airline.  Would it be fair
11  to say that the flights that you've taken in this
12  chart to get to the ports represented the lowest
13  airfare at the time?
14  A    Probably say that's -- the lowest airfare
15  within the constraints of time and location, yes.
16  Q    And the table also shows that you have
17  flown -- sorry, Mr. Freeland.  Go ahead.
18  A    I was just clearing my throat.  Sorry.
19       MR. BONSIGNORE:  I think he
20  coughed.
21       MR. LIM:  Sorry, Mr. Bonsignore?
22       MR. BONSIGNORE:  I thought he
23  coughed.
24       MR. LIM:  Thank you.

Page 32

BY MR. LIM:

Q    This chart also shows that you have flown JetBlue first in 2015, and then again -- sorry, 2016, and then again -- oh, and another instance on November 4th, 2015; is that correct?

A    Yes, that's correct.

Q    Have you flown JetBlue since?

A    Not that I can remember.

Q    Do you know why you chose JetBlue in those two instances?

A    Because it was the lowest cost.

Q    Have you flown Spirit since that instance in 2015 that we talked about earlier?

A    I don't believe so.

Q    Okay.  Mr. Freeland, you mentioned that you looked through your email in order to compile this information; is that correct?

A    Yes.

Q    Do you have more than one email account?

A    I do have business -- I have business accounts in addition to my personal account, yes.

Q    And did you search those additional accounts in order to compile the information in this chart?

A    Yes, I did.

Page 33

Q    Do you ever clear your inbox?

A    Only -- only to move it to an archive folder within the same inbox and then --

Q    And do you search -- sorry.

A    Sorry.  I don't actually delete anything. I just -- I just consolidate them and move them to another folder.

Q    And so the archive folder that you mentioned, did you also search that folder to compile --

A    I did.  Yes, I did.

Q    Okay.  Have you deleted any file -- flight receipts since the fall of last year?

A    No, I haven't.

Q    Have you deleted any documents about Spirit or JetBlue since the fall of last year?

A    No, I haven't.

Q    Have any records been lost or destroyed, to your knowledge?

A    Not to my knowledge.

Q    Have you deleted any documents about a potential merger between Spirit and JetBlue since the fall of last year?

A    No, I haven't.

Q    And have you -- have any records to do

Page 34

with the merger between Spirit and JetBlue been lost or destroyed, to your knowledge?

A    Not to my knowledge.

Q    And when you first considered bringing this lawsuit to prevent the Spirit-JetBlue merger, what steps did you take, if any, to preserve documents that might be relevant?

A    Well, I refrained from deleting anything from that point forward.

Q    So I'd like to talk a little bit more about your personal travel history.

It looks like in the past, you have flown Delta and American more than other airlines. Is it fair to say that?

A    Yes, that's fair to say.

Q    And why do you prefer Delta?

MR. BONSIGNORE:  Objection. You can answer.

THE WITNESS:  I'm not -- I'm not sure I prefer Delta.  I've just -- I've just flown Delta.  They -- you know, when I look at wherever I need to go, where I need to get to, I look at, you know, the possible routes and choose the carrier that meets the needs and at the lowest --

Page 35

at a low cost.

BY MR. LIM:

Q    And it's the lowest cost; right?  Because you previously testified that you usually purchase tickets with the lowest total airfare.

A    Correct.

Q    And would you and have you bought a ticket on American Airlines for the same reasons?

A    Yes, I have.

Q    Okay.  Do you belong to any loyalty programs, Mr. Freeland?

A    Yes, I do.

Q    What are those loyalty programs?

A    I belong to frequent flier programs on American, Delta, United, I believe Spirit, JetBlue, I think Alaska.

Yeah, I'm not sure if there's any others, but those for sure.

Q    You previously testified that you've flown Spirit in 2015, but have not flown Spirit since. Why do you belong to the Spirit loyalty program?

A    I mean, I joined it when I flew and I haven't -- I haven't dropped my membership.

Q    And similarly, for JetBlue, you have not flown JetBlue, according to this chart, since

Page 44

1  for that conversation?
2      A    No.
3      Q    Did you consult with anyone other than
4  your lawyers during the break?
5      A    No.
6      Q    Did you review any documents during the
7  break?
8      A    No, we did not.
9      Q    Okay.  I wanted to go back to some topics
10  that we were just discussing.  So let's first talk
11  about your personal travel.  Specifically I'd like
12  to talk about future travel plans.  You know,
13  we've covered the flights that you've taken since
14  2015.  Let's talk about future travel.
15          Have you purchased any tickets for air
16  travel in the future?
17      A    No.
18      Q    When do you think the next time is that
19  you're going to travel in the future?
20      A    I'm thinking it may be about a month from
21  now.
22      Q    And where will that be?
23      A    Our daughter is moving to Cabo San Lucas,
24  so I think we're going to be taking a little trip
25  down there to visit her and have a little vacation

Page 45

1  time down in Cabo.
2      Q    But just to clarify, you haven't purchased
3  a ticket yet?
4      A    I have not purchased the ticket yet, no,
5  because I'm waiting for -- for -- the main
6  reason -- well, one reason is I don't have a
7  current passport because I sent it in for renewal
8  and it's due back in another week or two.
9      Q    Do you have any other plans to travel
10  apart from visiting your daughter in
11  Cabo San Lucas?
12      A    Yes.  I'll be traveling to -- down to
13  Mexico, back to León, to attend a wedding, and we
14  have a cruise planned in October/November.  I
15  think it's November.
16      Q    And you also don't have tickets purchased
17  for those?
18      A    I do not -- no.  We don't have tickets
19  purchased for those yet.
20      Q    Okay.  I also wanted to clarify two things
21  that you mentioned earlier.
22          So you -- you talked about your
23  current travel agency, right, and that a majority
24  of the time, you do not receive a commission when
25  the cruises sell a ticket on an airline; is that

Page 46

1  correct?
2      A    That's correct.
3      Q    But a minority of the time, you do receive
4  a small commission between 5 to 10 percent?
5      A    Yes.
6      Q    Do you know what percentage of your travel
7  agency's annual income is commission from the
8  airline tickets?
9      A    What it is on the airline tickets?
10          It would be a very small percentage,
11  less -- definitely less than 10 percent.
12      Q    And that would be for the most recent
13  year?
14      A    Well, as I say, I just -- I really just
15  purchased this agency this year, so it's hard to
16  say.  So I'm talking about the current year based
17  on what's --
18      Q    So what -- sorry.  What was the end of
19  that sentence, Mr. Freeland?
20      A    Based on what's on the books.
21      Q    Thank you.
22          So is the majority of the income --
23  where does the majority of the income come from?
24      A    Commissions from cruise lines.
25      Q    So the second thing I would like to

Page 47

1  clarify is about the TravelStore.  You said that
2  the TravelStore is not currently doing any
3  consumer business at the moment; is that correct?
4      A    That's correct.
5      Q    So is it fair to say that you do not
6  receive any income from the TravelStore?
7          MR. BONSIGNORE:  Objection.
8          THE WITNESS:  Yes, that's fair to
9  say.
10  BY MR. LIM:
11      Q    Let's move on to a different topic.
12          So you're bringing a lawsuit to block
13  the merger between JetBlue and Spirit; is that
14  correct?
15      A    That is correct.
16      Q    And why are you bringing this lawsuit?
17          MR. BONSIGNORE:  Objection; asked
18  and answered.
19          THE WITNESS:  We're bringing this
20  lawsuit to prevent the merger because I
21  believe the merger is going to result in a
22  decrease in capacity, which will result in
23  increased -- increased fares and reduced
24  choice for consumers.
25

Page 48

BY MR. LIM:

Q    And you said that decreased capacity will lead to "increased fares and reduced choice for customers." What is the basis of that statement?

A    Economics.

Q    Have you reviewed any other statements to verify that belief?

A    I'm not sure what you mean by "statements."

Q    Have you reviewed any public statements that say similar things?

A    I have reviewed the -- what Spirit said when they were first approached on the merger.

Q    Anything else?

A    No.

Q    Have you ever seen -- scratch that -- strike that.

I will -- so when did you first consider bringing this lawsuit?

A    I don't remember the date.

Q    Do you recall the month?

A    No.

Q    Was it sometime last year?

A    Yes, I believe it was.

Q    Was it in the second half of last year or

Page 49

the first half?

A    I don't remember.

Q    Are you familiar with your co-plaintiffs in this lawsuit at all?

A    Yes, I'm -- I'm familiar with some of them.

Q    And how are you familiar with some of them?

A    We've had conversations together in conjunction with our lawyer.

Q    In connection with this merger?

MR. BONSIGNORE:  Objection; instruct the client not to answer related to the attorney-client privilege.

MR. LIM:  That's okay. Let's pull up Exhibit 1.

BY MR. LIM:

Q    So, Mr. Freeland, we took a look at this document earlier today.

Do you recall?

A    Yes.

Q    If -- would you like a moment to scroll through the document again?

A    Yeah.  Let me look through it here.

Q    Sure.

Page 50

MR. LIM:  Jeff, would you mind giving him control, please?

THE WITNESS:  Okay.

MR. LIM:  Okay.  Thank you.

Jeff, if I could get control, please.  Thank you.

BY MR. LIM:

Q    So, Mr. Freeland, how will this merger between JetBlue and Spirit impact you personally?

A    I believe it will reduce my options for flying, Number 1.  And Number 2 -- and increase fares; and Number 2, it could have an impact on my travel business because if fares increase, I may have clients that choose to not book a cruise because the total cost is too much, and therefore, I would lose the revenue on the cruise.

Q    Okay.  Let's take a look at one of your responses.

This is Interrogatory Number 7 in your response.  "If this merger is consummated, I will suffer higher prices and poorer service flying from the West Coast.  We may have clients who, because of higher flight costs, may opt to not take a cruise, and we would lose a commission by not selling the cruise."

Page 51

Did I read that correctly, Mr. Freeland?

A    Yes, you did.

Q    So let's focus on the first sentence.

You mentioned that if the merger is consummated between JetBlue and Spirit, there will be decreased capacity and higher prices?

A    Yes.

Q    Have you seen this before in any merger?

A    I can't say specifically that I -- that I can cite the instances how it's occurred, no.  But I believe it has happened.

Q    Has it happened in the airline industry?

A    I believe it has.

Q    And where you recall that it's happened, how much did fares go up?

A    I -- I don't have the specifics.

Q    Do you recall if the fares went up across all flights?

A    No, I don't have those specifics.

Q    Do you recall if the fares went up across all classes of tickets:  First class, business class, and economy?

A    I don't recall.

Q    And you said that you will suffer because

Page 52

there will be higher prices when purchasing an
airline ticket. Have you considered flying out
of -- let me rephrase.

If you didn't fly an airline because
of higher prices, would you fly other airlines?

MR. BONSIGNORE: Objection.

THE WITNESS: I -- can -- I'm
confused by the question. Can you
rephrase the question, please?

BY MR. LIM:

Q   Sure.

If an airline that you are looking at
currently offers a ticket at a higher price than
it would before the merger, would you still
travel?

A   I may or may not.

Q   Would you look at other airfares offered
by other airlines?

A   Yes, I would.

MR. BONSIGNORE: Objection.

BY MR. LIM:

Q   Would you look at other airports that
offer the same route or same destination?

A   Yes, I would.

Q   And you also mentioned that the merger

Page 53

will lead to poorer service flying from the West
Coast. Why do you believe there will be poorer
service if the merger between JetBlue and Spirit
is consummated?

A   Well, I mean, for instance, this flight
that I'm talking about that we're flying to take
on to visit my daughter in Cabo is going to be a
Spirit Airlines flight from Ontario directly into
Cabo, you know, for a price of under $100 a
ticket.

You know, if Spirit is not flying that
route anymore, I would need to either drive
further to Los Angeles or I'd have to take a
connection out of Palm Springs to get down there,
both of which would be -- you know, take more time
as well as be significantly more expensive.

Q   But how would that relate to poorer
service?

A   It's poor service because I no longer have
a direct flight from Ontario to Cabo. I would
have service if I had to fly out of Palm Springs,
I would have to connect. If I had to fly out of
Los Angeles, I would have to drive further, which
is a poorer service than driving only to Ontario,
and -- and it would be more expensive.

Page 54

Q   And who would you attribute this poorer
service to?

A   The loss of -- the loss of Spirit as a
carrier out of Ontario.

Q   Have you ever seen poorer service as a
result of an airline merger before?

A   I can't say with specifics, but I know
that when flights are eliminated, smaller --
smaller cities end up receiving poorer service
because they lose their direct flights as opposed
to a hub-and-spoke.

Q   Have you ever been affected as a result of
poorer service that arose because of an airline
merger before?

A   Not that I can recall.

Q   So let's move on to the second half of the
sentence. You wrote: "We may have clients who,
because of higher flight costs, may opt to not
take a cruise and we would lose a commission by
not selling the cruise."

Did I read that correctly?

A   Yes, you did.

Q   And have you seen this happen before,
where clients, because of higher flight costs, opt
to not take a cruise?

Page 55

A   Yes. Yes, we have.

Q   When was that?

A   Well, I mean, clients are always looking
at the total cost when -- when they choose to book
a cruise. So when they -- when they look at it,
they have certain amount of dollars to spend on
travel, and if the airline costs are too high for
a given cruise, they may say, "Okay. I'm not
going to take that cruise."

Q   But you said you have seen this happen
before. Do you recall when that was?

A   Well, I've had clients who have said the
flight costs are too high.

Q   And what airlines did they fly on?

A   I don't recall.

Q   Do you recall how much the flight costs
went up by?

A   I'm not saying that this was because of
flight costs changing. I'm saying the clients
chose not to take a cruise because the flight
costs themselves were too high. So, therefore, if
flight costs go higher, you know, the likelihood
is that -- that more people will make these
decisions to not cruise.

Q   And when do people typically buy cruises

Page 60

(Freeland Exhibit 3 marked.)

BY MR. LIM:

Q    Mr. Freeland, have you seen this document before?

A    Can I take control and take a scroll through?

Q    Absolutely.

A    Okay.  Yes, I've seen this before.

MR. LIM:  And, Jeff, could I please control the document now?  Thank you.

BY MR. LIM:

Q    Mr. Freeland, let's take a look at the last page.

This is a verification with your name, your signature, and the date; is that correct?

A    That is correct.

Q    And as before, do you understand that by signing this verification, you are confirming that all the information in this exhibit is complete and accurate, to the best of your knowledge?

A    Yes, I understand that.

Q    Okay.  So this will be Exhibit 3, which are "Plaintiff's Supplemental Responses and Objections to Defendants' First Set of Interrogatories."

Page 61

Interrogatory Number 4 says: "Identify every complaint you have ever filed seeking to enjoin a merger under the Clayton Act, including any payments and/or benefits you received in connection with any such case, if any."

Did I read that correctly, Mr. Freeland?

A    Yes, you did.

Q    So as part of your response, you provided Exhibit A, which is a chart of other lawsuits you have filed; is that correct?

A    That is correct.

Q    So it's fair to say that you've been plaintiff -- a plaintiff in other lawsuits requesting to block a merger or acquisition?

A    Yes, that is fair to say.

Q    Do you recall these matters?

A    Yes, I do.

Q    So according to this chart, you have been a plaintiff in Malaney versus United States; is that correct?

A    I believe that's United Airlines.

Q    Mr. Freeland, would you like us to zoom in a little bit more?

Page 62

A    No.  It's okay.

I mean, I'm just saying it's not United States.  I believe it's United Airlines.

Q    United Airlines.  I misspoke.

So you've been a plaintiff in Malaney versus United Airlines?

A    Yes.

Q    And you've also been a plaintiff in Taleff versus South -- Southwest Air, I think that's supposed to say?

A    Yes.

Q    You've also been a plaintiff in Fjord versus AMR?

A    Yes.

Q    And a plaintiff in Fjord versus US Airways?

A    Yes.

Q    And a plaintiff in Grace v. Alaska?

A    Correct.

Q    You mentioned earlier that you're bringing a lawsuit in this case against the merger between Spirit and JetBlue because you believe that there will be decreased capacity and increased fare prices and poorer service as a result of the merger; is that correct?

Page 63

A    That is correct.

Q    And did you bring suits in the cases mentioned in the chart in Exhibit A for the same reasons that you are bringing the lawsuit in the case against Spirit and JetBlue?

A    Yes, the basis is very similar.

Q    How are they different?

A    Well, the base -- the basis is the same, which is protecting consumer choice, you know, reducing capacity, increasing fares.  I mean, that part is all the same.

Q    And the consequences that you talked about -- you know, decreased capacity and higher fare prices and poorer service -- have you seen any of those result because of the mergers exhibited in this chart?

MR. BONSIGNORE:  Objection.

THE WITNESS:  I'm not -- I'm not an expert in this area, but I believe there has been some negative results as a result of some of these mergers.

BY MR. LIM:

Q    Can you tell me one example of which case you're talking about?

A    Well, I would -- I would talk in more

Page 64

1  general terms that the unbundling of services and
2  charging for them is a result of a consolidation
3  in the industry, which has resulted in higher
4  prices for consumers.
5  Q    Has that affected you personally?
6  A    Yes, it has.
7  Q    When did it affect you personally?
8  A    I've had to pay for baggage charges on
9  flights, which I never had to do prior to some of
10 these mergers taking place.
11 Q    What airlines did you have to pay baggage
12 charges for?
13 A    I pay baggage charges on American and
14 Delta.
15 Q    Do you remember -- when was the last time
16 you paid a baggage charge on American Airlines?
17 A    I do not remember.
18 Q    Do you remember when was the last time you
19 paid a baggage charge on Delta Air Lines?
20 A    No, I don't remember.
21 Q    Do you remember how much the baggage
22 charge was that you paid for American Airlines?
23 A    I believe baggage charges are normally in
24 the $50 range.
25 Q    And do you remember how much the baggage

Page 65

1  charge was that you paid for Delta Air Lines?
2  A    I believe it's in the same ballpark, $50
3  range.
4  Q    And on the flights that you had to pay
5  baggage charges, did you fly economy class?
6  A    Yes, I did.
7  Q    Are there any other lawsuits that you
8  recall bringing which are not reflected on this
9  chart?
10 A    No.
11 Q    Are there any other lawsuits you
12 considered bringing to block mergers but
13 ultimately did not?
14 A    Not that I can recall.
15 Q    Did you feel that any of these cases had a
16 favorable outcome for you?
17        MR. BONSIGNORE:  Objection.
18        THE WITNESS:  Still answer the
19    question?
20        MR. BONSIGNORE:  Yeah.
21        THE WITNESS:  I believe in the
22    Grace versus Alaska, there was a -- there
23    was a settlement.
24 BY MR. LIM:
25 Q    If there was a settlement in this case,

Page 66

1  would that be a satisfactory outcome for you?
2        MR. BONSIGNORE:  Objection.
3        THE WITNESS:  No.  In this -- in
4    this case, I would really like to not see
5    the merger go through.
6  BY MR. LIM:
7  Q    What if you received a travel voucher
8  instead?
9        MR. BONSIGNORE:  Objection.
10       THE WITNESS:  I just -- I just --
11   you know, I just firmly believe -- I
12   haven't thought about, you know, vouchers
13   but, you know, I just believe that the
14   significant decrease in ultra-low-cost
15   airlines is -- is not good for the flying
16   public.
17 BY MR. LIM:
18 Q    Mr. Freeland, have you heard of the term
19 "ULCC"?
20 A    I have.
21 Q    What does that stand for?
22 A    Ultimate-low-cost carrier.
23 Q    And would you consider Spirit a ULCC?
24 A    I would.
25 Q    And would you consider Spirit a low-fare

Page 67

1  airline?
2  A    Yes, I would.
3  Q    Do you know of any other airlines that are
4  a ULCC?
5  A    Frontier.  That's the other -- that's the
6  other major one that I know of.
7  Q    Are there any minor ones that you know of?
8  A    There are minor ones, but I -- I don't
9  know all their names.
10 Q    Have you ever flown on Frontier Airlines?
11 A    Yes, I have.
12 Q    When was that?
13 A    I don't -- I don't recall the dates.
14 Q    Was it in the last five years?
15 A    I really don't recall without going
16 through and looking at my history.
17       MR. LIM:  Can we put up Exhibit 2
18   again, please?
19 BY MR. LIM:
20 Q    So let's take a look again at the chart
21 you've provided of all flights that you've taken
22 since 2015.
23       Do you recall if the Frontier flight
24 you took was during this time period.
25 A    I -- I don't -- I don't believe so.

Page 80

EXAMINATION

BY MR. BONSIGNORE:

Q    Mr. Freeland, do you plan to travel in the future by air?

A    Yes, I do.  I've got -- I have a -- I mentioned earlier that I have a daughter that's going to be living in Cabo San Lucas, and so I'll be, you know, probably traveling down there to see her, and probably use ultra-low-cost carriers going into and out of Cabo.

And also, as I mentioned, you know, my passion is really bridge, so I teach bridge on cruises, and I'd rather spend my money, you know, on the cruise and, you know, hotels and stuff rather than getting there, so I will use low-cost -- ultra-low-cost carriers to get there when -- when I can find the schedule.

Like, there's a lot of cruises that leave out of Fort Lauderdale.  I've got a transatlantic coming up in the end of this year, which is from -- I think it's -- it's either Barcelona or Lisbon or something back to -- back to Miami, and then I'll need to get back home from there.  So very likely I'll be flying JetBlue back from Miami back to Los Angeles or from Fort

Page 81

Lauderdale back to Los Angeles.

You know, plus it's -- it depends on where the cruises are that I need to get to.  But, you know, I don't really -- my -- the destination for me is the cruises, not -- not getting there.  So I'd rather, you know, skip the frills on getting there and -- and enjoy my time on the cruise and -- and be able to spend my money there on things that I really enjoy rather than spending the money on, you know, the costs of the flights themselves.

Q    So you're going to fly -- I've heard also -- what -- what I've heard -- strike that.

What I've heard is that you intend to fly from LAX to Fort Lauderdale?

A    Well, probably the other -- probably from Lauderdale back to LAX.  I'll be joining the cruise in Europe, so I'm not sure how I'm going to get there after -- somehow get from here to Europe, and then coming back, it will be from Lauderdale or Miami back to -- back to this area.

Q    And do a lot of cruise ships leave from Fort Lauderdale?

A    Yeah.  It's probably the biggest -- the biggest cruise hub in -- in the world between

Page 82

Lauderdale and Miami.

Q    And so you plan to -- will you travel there after you retire?

A    Yes, yes.  I -- I'll be -- I'll be to -- I imagine I'll be traveling there regularly.

Q    Which airlines fly from LAX to Fort Lauderdale that you'd consider?

A    JetBlue, American, Delta, United.

Q    Have you considered Spirit?

A    Yeah.  Spirit -- Spirit flies there, yeah.  I would consider them too.

Q    And do you intend -- strike that.

MR. BONSIGNORE:  No further questions.

MR. LIM:  I have a couple follow-up questions if that's okay, Mr. Bonsignore.

MR. BONSIGNORE:  Yes.

FURTHER EXAMINATION

BY MR. LIM:

Q    So you've talked about these plans, Mr. Freeland, to visit your daughter in Cabo San Lucas, to go on your transatlantic flight to Barcelona or Lisbon.  But to clarify, you haven't purchased any of these tickets yet, have you?

Page 83

A    No, I haven't.

Q    Okay.

A    I --

Q    And were -- and you also testified that you may consider an ultra-low-cost carrier for your flights when you can find a schedule?

A    Correct.

Q    Earlier you testified that you would buy the ticket that would be the lowest airfare; correct?

A    I said -- I think I said the lowest total cost.

Q    Lowest total cost.

So you would consider -- you would buy a ticket that would be the total -- that would be the lowest total cost?

A    If it fits the schedule, yes.

Q    Fits the schedule.

So if American Airlines -- let me rephrase.

You said that you would also consider flying American, Delta, and United; correct?

A    Yes, I did.

Q    And so if American, Delta, and United offered the schedule that you like at the lowest