# EXHIBIT 36

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                                 Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION** |
| | **SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF DON FREELAND** |
| **SET NUMBER:** | **ONE (THIRD SUPPLEMENTAL)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**SUPPLEMENTAL RESPONSE NO. 1:**

In addition to their General Objections listed above, Plaintiffs object to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiffs also object to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds: Additions are in bold below.

| Travel Date(s) | Booking Date | Airline(s) | Route(s) | Reason for Trip | Booking Method | Class | Price | Who Paid | Points Used |
|---|---|---|---|---|---|---|---|---|---|
| 2015- Exact date unknown | Unknown | Spirit | LAX-FLL | Personal | Online | Economy | Unknown | Self | No |
| 2016- Exact date unknown | Unknown | JetBlue | PSP-JFK | Personal | Online | Economy | Unknown | Self | No |
| 02/14/2015 | Unknown | United | LAX-GIG | Personal | Online | Economy | Unknown | Self | No |
| 04/09/2015 | Unknown | United | LAX-MSY | Personal | Online | Economy | $187.10 | Self | $150 travel cert |
| 04/24/2015 | Unknown | JetBlue | BOX-DTW | Personal | Online | Economy | Unknown | Self | No |
| 07/25/2015 | Unknown | Delta | LAX-NYC | Personal | Online | Economy | Unknown | Self | 12,500 |
| 09/21/2015 | Unknown | Delta | PER-LAC | Personal | Online | Economy | Unknown | Self | 50,000 |
| 10/14/2015 | Unknown | Spirit | LAX-DTW | Personal | Online | Economy | Unknown | Self | No |
| 10/27/2015 | Unknown | Spirit | DTW-LAX | Personal | Online | Economy | Unknown | Self | No |
| 12/22/2015 | Unknown | American | TOL-AA | Personal | Online | Economy | Unknown | Self | No |
| 01/25/2016 | Unknown | American | TOL-PSP | Personal | Online | Economy | Unknown | Self | No |
| 05/14/2016 | Unknown | United | PSP-SFO | Personal | Online | Economy | Unknown | Self | No |
| 06/01/2016 | Unknown | Delta | CLE-MEX | Personal | Online | Economy | Unknown | Self | No |
| 12/07/2016 | Unknown | United | PSP-EWR | Personal | Online | Economy | Unknown | Self | No |
| 05/03/2017 | Unknown | United | BJX-YVR | Personal | Online | Economy | Unknown | Self | No |
| 05/31/2017 | Unknown | United | YVR-BJX | Personal | Online | Economy | Unknown | Self | No |
| 12/05/2017 | Unknown | United | LAX-BJX | Personal | Online | Economy | Unknown | Self | No |
| 02/08/2018 | Unknown | Qatar | LAX-CPT | Personal | Online | Economy | Unknown | Self | No |
| 03/20/2018 | Unknown | Qatar | SIN-LAX | Personal | Online | Economy | Unknown | Self | No |
| 11/04/2018 | Unknown | United | IAH-BJX | Personal | Online | Economy | Unknown | Self | No |
| 02/24/2019 | Unknown | American | LAX-SCL | Personal | Online | Economy | Unknown | Self | No |
| 03/28/2019 | Unknown | JetBlue | PSP-BOS | Personal | Online | Economy | $292.58 | Self | No |
| 03/17/2019 | Unknown | American | EZE-LAX | Personal | Online | Economy | Unknown | Self | No |
| 04/20/2019 | Unknown | American | DTW-PSP | Personal | Online | Economy | Unknown | Self | No |
| 07/16/2019 | Unknown | United | SFO-PRG | Personal | Online | Economy | Unknown | Self | 30,000 |
| 07/20/2019 | Unknown | RyanAir | CPH-BUD | Personal | Online | Economy | Unknown | Self | No |
| 08/11/2019 | Unknown | Delta | AMX-BJX | Personal | Online | Economy | Unknown | Self | 30,000 |
| 09/29/2019 | Unknown | United | BJX-IAH | Personal | Online | Economy | Unknown | Self | No |
| 10/20/2019 | Unknown | Air Canada | LAX-ATH | Personal | Online | Economy | Unknown | Self | No |

PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
FIRST SET OF INTERROGATORIES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **11/09/2019** | **Unknown** | **Emirates** | **UAE-EWR** | **Personal** | **Online** | **Economy** | **Unknown** | **Self** | **No** |
| **11/25/2019** | **Unknown** | **Interjet** | **BJX-JFK** | **Personal** | **Online** | **Economy** | **Unknown** | **Self** | **No** |
| **12/08/2019** | **Unknown** | **Interjet** | **JFK-BJX** | **Personal** | **Online** | **Economy** | **Unknown** | **Self** | **No** |
| 12/22/2021 | Unknown | United | PSP-GYE | Personal | Online | Economy | Unknown | Self | No |
| 01/04/2022 | Unknown | American | MIA-PSP | Personal | Online | Economy | Unknown | Self | No |
| 08/04/2022 | Unknown | American | PSP-NYC | Personal | Online | Economy | Unknown | Self | No |
| 09/18/2022 | Unknown | British | BUD-LHA | Personal | Online | Economy | Unknown | Self | No |
| 10/01/2022 | Unknown | United | EWR-MCO | Personal | Online | Economy | Unknown | Self | No |

**INTERROGATORY NO. 2:**

For each route listed in Interrogatory No. 1, identify whether You have ever taken a different mode of transportation (e.g., driven or taken a train) since 2015 for that same route, when that trip occurred, and why You chose to travel by that method.

**SUPPLEMENTAL RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiffs object to Interrogatory No. 2 because the term "different mode of transportation" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff responds:

Plaintiff has not taken any different modes of transportation for the same routes listed in Supplemental Response No. 1.

Dated: July 3, 2023            By:    */s/ Lawrence Papale*
                                      Lawrence G. Papale (SBN 67068)
                                      LAW OFFICES OF LAWRENCE G. PAPALE
                                      1308 Main Street, Suite 117
                                      St. Helena, CA 94574
                                      Telephone: (707) 963-1704
                                      Email: lgpapale@papalelaw.com

## VERIFICATION

I, __Don Freeland__, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Third Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at __Thousand Palms, CA__ on June __30__ 2023.

_/s/ Don Freeland_