# EXHIBIT 42

---------- Forwarded message ----------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Wed, Apr 5, 2023, 8:43 PM
Subject: Spirit Airlines Flight Confirmation: WKQ1ND
To: <gabegaravanian@gmail.com>

**spirit**   HOTEL   CAR   TRIPS   PARTNERS

Gabriel | 1,256 Points | #1007840033

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

| YOUR CONFIRMATION CODE | WKQ1ND |

Booking Date   Thursday, April 06, 2023

# Flight

**TUESDAY, MAY 09, 2023**
Myrtle Beach, SC
Boston, MA

**TIME**
1:25 PM
3:32 PM

**DURATION**
02 h 7 min

**FLIGHT**
1160

**TERMINAL**

---

**MONDAY, MAY 15, 2023**
Boston, MA
Myrtle Beach, SC

**TIME**
6:30 AM
8:38 AM

**DURATION**
02 h 8 min

**FLIGHT**
1157

**TERMINAL**
B

GARAVANIAN000001

---------- Forwarded message ---------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Thu, Jun 8, 2023 at 6:42 AM
Subject: Spirit Airlines Flight Confirmation: ZWN6VX
To: <gabegaravanian@gmail.com>

## spirit    HOTEL   CAR   TRIPS   PARTNERS

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

| YOUR CONFIRMATION CODE | ZWN6VX |
|---|---|

**Booking Date**   Thursday, June 08, 2023

# Flight

| **MONDAY, JUNE 19, 2023** | **TIME** | **DURATION** |
|---|---|---|
| Myrtle Beach, SC | 2:19 PM | 02 h 7 min |
| Boston, MA | 4:26 PM | |
| **FLIGHT** | **TERMINAL** | |
| 1160 | | |

| **FRIDAY, JUNE 23, 2023** | **TIME** | **DURATION** |
|---|---|---|
| Boston, MA | 5:15 AM | 02 h 6 min |

GARAVANIAN000007

---------- Forwarded message ---------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Mon, May 23, 2022 at 9:46 AM
Subject: Spirit Airlines Flight Confirmation: AD4ZVS
To: <gabegaravanian@gmail.com>

**spirit**  HOTEL   CAR   TRIPS   PARTNERS

Gabriel   |   14,848 Points   |   #1007840033

> Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance.
>
> For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

### YOUR CONFIRMATION CODE          AD4ZVS

Booking Date    Monday, May 23, 2022

# Flight

**SUNDAY, JUNE 19, 2022**          TIME        DURATION
Myrtle Beach, SC                   9:46 AM     02 h 13 min
Manchester, NH/ Boston Area        11:59 AM

GARAVANIAN000013

| **FLIGHT** | | **TERMINAL** | |
|---|---|---|---|
| 2808 | | | |

| **FRIDAY, JUNE 24, 2022** | **TIME** | **DURATION** |
|---|---|---|
| Manchester, NH/ Boston Area | 12:55 PM | 02 h 11 min |
| Myrtle Beach, SC | 3:06 PM | |

| **FLIGHT** | | **TERMINAL** | |
|---|---|---|---|
| 2807 | | | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance. We understand some Guests may want to continue wearing face coverings on flights, and that's perfectly fine under our optional policy. For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.

Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

# Guest Information

| NAME | ASSISTANCE | FREE SPIRIT # |
|---|---|---|
| Gabriel H Garavanian | None | 1007840033 |

GARAVANIAN000014

---------- Forwarded message ---------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Tue, Nov 1, 2022, 12:13 PM
Subject: Spirit Airlines Flight Confirmation: KYDDQB
To: <gabegaravanian@gmail.com>

# spirit

HOTEL    CAR    TRIPS    PARTNERS

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

**YOUR CONFIRMATION CODE**                    **KYDDQB**

Booking Date    Tuesday, November 01, 2022

# Flight

| SATURDAY, NOVEMBER 19, 2022 | TIME | DURATION |
|---|---|---|
| Myrtle Beach, SC | 2:23 PM | 02 h 2 min |
| Boston, MA | 4:25 PM | |
| **FLIGHT** | **TERMINAL** | |
| 103 | | |

| FRIDAY, NOVEMBER 25, 2022 | TIME | DURATION |
|---|---|---|
| Boston, MA | 11:20 AM | 02 h 17 min |

GARAVANIAN000019

Myrtle Beach, SC

1:37 PM

**FLIGHT**
126

**TERMINAL**
B

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance. We understand some Guests may want to continue wearing face coverings on flights, and that's perfectly fine under our optional policy. For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.

Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

# Guest Information

| NAME | ASSISTANCE | FREE SPIRIT # |
|---|---|---|
| Gabriel Garavanian | None | |

# Bags

| NAME | CARRY-ON | CHECKED |
|---|---|---|