# EXHIBIT 44

1

2  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
3  - - - - - - - - - - - - - - - - - - -x
   GABRIEL GARAVANIAN, et al.,
4
                    Plaintiffs,
5
   vs.                              Civil Action Number
6                                    1:23-cv-10678-WGY
   JETBLUE AIRWAYS CORPORATION
7  and SPIRIT AIRLINES, INC.,

8                    Defendants.

9  - - - - - - - - - - - - - - - - - - -x

10

11

12

13         REMOTE VIDEOTAPED DEPOSITION of HARRY

14  GARAVANIAN, taken by Defendants on Tuesday, June 20,

15  2023, commencing at 9:04 a.m., before Pamela Grimaldi

16  (via Zoom), a Registered Merit Reporter, Certified

17  Realtime Reporter, and Notary Public within and for

18  the State of New York.

19

20

21

22

23

24

25

```
1

2    R E M O T E   A P P E A R A N C E S:

3

4            BONSIGNORE TRIAL LAWYERS
                 Attorneys for the Plaintiffs
                 23 Forest Street
5                Medford, Massachusetts  02155
                 781.350.0000
6
            BY:  ROBERT J. BONSIGNORE, ESQ.
7                rbonsignore@classactions.us
                      - and -
8                MELANIE PORTER, ESQ.
                 (Not present at the beginning of the
9                 deposition)

10

11           COOLEY LLP
                 Attorneys for Defendant JetBlue Airways
12               500 Boylston Street, 14th Floor
                 Boston, Massachusetts  02116
13               617.937.2349

14          BY:  MATTHEW NGUYEN, ESQ.
                 mnguyen@cooley.com
15

16

17
     A L S O   P R E S E N T:
18
                 Paul D'Ambra, Video Specialist
19               Jenny Portis, Intern with Cooley LLP

20

21

22

23

24

25
```

Page 8

H. Garavanian

1
2  you wouldn't be able to give fully truthful
3  testimony today?
4      A   Is there any reason?  No.  I'm -- I --
5  can give you the best of my ability.
6      Q   Okay.  And you aren't taking any
7  medications or substances that might otherwise
8  affect your ability to testify truthfully?
9      A   No.
10     Q   All right.  Well, with that, thank you
11  very much, and let's dive right in.
12         Mr. Garavanian, did you do anything to
13  prepare for your deposition today?
14     A   Yes.  Yes.
15     Q   And what did you do to prepare?
16     A   I basically made sure I -- I'm -- I
17  tried to recollect where I've traveled.
18     Q   Got it.
19         And did you review any documents?
20     MR. BONSIGNORE:  Objection to the
21     extent it calls for the attorney-client
22     privilege to be breached.
23         You can answer but don't discuss our
24     discussions.
25     THE WITNESS:  Okay.

Page 9

H. Garavanian

1
2      A   I went through -- I just went through
3  some of my records of flights.
4      Q   Did you say your "brackets of
5  flights"?
6      A   Records.
7      Q   Records of flights.
8         And where did those records come from?
9      A   From credit card -- credit card
10  payments and invoice.
11     Q   Got it.
12         And did you also have any meetings
13  with counsel in advance of this deposition?
14     A   No.
15     Q   Got it.
16         And just returning briefly to those
17  documents that you mentioned earlier, did any of
18  those documents help refresh your recollection of
19  the flights that you had taken and other details
20  that are relevant for this deposition?
21     A   Well, they did, but I didn't have to
22  dig them up.  I -- because I recalled why -- why I
23  took -- there was a reason why I took every flight.
24     Q   Okay.  Mr. Garavanian, can you briefly
25  summarize your educational background after high

Page 10

H. Garavanian

1
2  school?
3      A   Four-year degree at UMass Amherst.
4  Graduated in '81.  And I'm -- forgive me.  If you
5  redo the question.  I'm sorry.
6      Q   If you could please summarize your
7  educational background post-high school.
8      A   Yes.  I got a four-year degree, BA, in
9  management and marketing at UMass Amherst.
10     Q   And after finishing that degree, you
11  began working?
12     A   Uh, yes.
13     Q   And can you briefly also summarize,
14  then, your post-college employment up until the
15  present?
16     A   I was in -- I was in, um, sales,
17  grocery store equipment.  I worked for Burroughs.
18  And then in May of 1986 I started a travel business.
19     Q   And what is the name of that travel
20  business?
21     A   It ended in Garavanian Travel.
22  Originally, it was Travel Agents International.  It
23  was a franchise.
24     Q   And when did the name change to
25  Garavanian Travel?

Page 11

H. Garavanian

1
2      A   In roughly 2006.  We became Carlson
3  Wagonlit Travel because they bought out Travel
4  Agents International, and then we became Garavanian
5  Travel because there's no more consortium type of
6  business; so -- for a franchisee.
7      Q   Okay.  And do you still work for
8  Garavanian Travel?
9      A   No.  We sold the business December
10  2020.
11     Q   So you sold the business in December
12  2020?
13     A   That's correct.
14     Q   And do you still own any portion of
15  that business?
16     A   Nope.
17     Q   Who was the business sold to?
18     A   It was sold to Chi-Chi, and they're in
19  St. Louis, Missouri.
20     Q   And is that a company?
21     A   Yeah.  That's a travel company.
22     Q   Got it.
23         And during the time that you were
24  working for Garavanian Travel, did you have -- were
25  you a partial or full owner of that company?

Page 12

H. Garavanian

1 
2    A    I was fifty-fifty percent owner with
3 my twin brother, Gabriel.
4    Q    Gabriel Garavanian?
5    A    Garavanian. Yeah.
6    Q    Okay.
7    A    We have the same birthday and
8 everything; so ...
9    Q    Oh, wow. Older or younger?
10    A    Well, it's -- I think he came out
11 first. We came out early; so ... But he -- but
12 literally minutes away.
13    Q    I hear that's a -- always a point of
14 contention among twin siblings.
15        But returning more specifically to
16 this deposition. So he owned a 50 percent ownership
17 stake in Garavanian Travel?
18    A    That's correct.
19    Q    And when you sold the business in
20 2020, he also sold his stake in the business?
21    A    That's correct.
22    Q    And so are you retired at this time?
23 Are you still working?
24    A    I'm actually working not in travel. I
25 work at the youth detention center, and I'm working

Page 13

H. Garavanian

1 
2 in the prison, believe it or not; so with 13- to
3 18-year-olds.
4    Q    Got it.
5        Well, that's very important work
6 and ...
7        THE WITNESS: Oh, we lost him.
8        MR. BONSIGNORE: He'll come back.
9        THE VIDEOGRAPHER: Counsel, do you
10    want to stay on the record or go off?
11        MR. BONSIGNORE: Let's give it one
12    more minute.
13        THE WITNESS: There he is.
14        MR. BONSIGNORE: There he is, yeah.
15    Because I figured he'd be back in quick.
16        MR. NGUYEN: I'm sorry about that.
17    My, I guess, visual cable is doing weird
18    things.
19        THE WITNESS: I understand.
20        MR. NGUYEN: But ideally, this will
21    not happen again.
22        THE WITNESS: Okay.
23 BY MR. NGUYEN:
24    Q    Okay. So you said that you sold your
25 business and no longer work as a travel agent?

Page 14

H. Garavanian

1 
2    A    That's correct.
3    Q    And let me just bring us back to what
4 you were saying a little bit earlier. You indicated
5 that when you first sort of founded the business in
6 1986, it was called Travel Agents International; is
7 that correct?
8    A    That's correct.
9    Q    And what was your responsibility at
10 Travel Agents International up until the point when
11 it became Garavanian Travel?
12    A    Overall operations, managing. We had
13 staff. Marketing the -- full-fledged storefront
14 travel agency. It was a franchise, that's what it
15 was. We bought a -- we bought a franchise, like a
16 McDonald's; so ...
17    Q    Got it.
18        And the franchise that you purchased
19 already had existing customers?
20    A    No. But they had -- it was for
21 training, setting up -- making the requirements to
22 open a travel agency.
23    Q    Understood.
24        And did part of your responsibilities
25 at Travel Agents International include purchasing

Page 15

H. Garavanian

1 
2 airline tickets for customers?
3    A    Yes.
4    Q    Can you please walk me through what
5 that process is like?
6    A    We -- it was actually the first time
7 that they started getting automation. We
8 actually -- we were doing handwritten tickets,
9 believe it or not.
10        (Reporter requested clarification.)
11    A    So we transitioned from doing paper
12 to -- yeah, I mean, we were right in that groove.
13        A person would come -- it was more
14 consultative. The person comes in, it -- you make
15 a -- you would make ticket for them, and then you
16 print out the ticket. And it's a physical ticket,
17 and they would go -- and then we would deliver
18 tickets.
19        So that's how the whole process would
20 work. You know, the person would want to go from
21 Point A to B.
22        There was more business travel
23 involved so that -- that's why we were doing more
24 ticketing. If -- technology changed things. Before
25 if you wanted a contract, you'd fly from Boston to

Deposition of Harry Garavanian

---

Page 48

H. Garavanian

2  Because when you're moving 35 people,
3  it's not that easy. When you put a deposit, $100 on
4  each ticket, and there's a -- anyway, that's how --
5  that's how it works. That's how all it's construed.
6      Q    Got it.
7      And did your travel agency ever have
8  any contracts or relationships with Spirit?
9      MR. BONSIGNORE: Objection.
10     A    Personally, I didn't. But my twin
11 brother could have.
12     I mean, I don't have all -- I mean, I
13 don't know all the stuff. I know a majority of what
14 he was doing. But I don't know because, like I
15 said, it's -- we're too busy working, you know, to
16 get -- to get a report, you know, to -- trying to
17 figure out -- he could have. My twin brother could
18 have.
19     Q    So, Mr. Garavanian, you're the
20 co-owner of -- you were the co-owner of Garavanian
21 Travel, right?
22     A    That's correct.
23     Q    But you're saying that your brother
24 could have entered into contracts without your
25 knowledge?

---

Page 49

H. Garavanian

2      MR. BONSIGNORE: Objection.
3      A    I -- to answer that, he -- there was
4  many contracts, and I believe he could have had one
5  with Spirit, you know, because he -- again, he's
6  doing different things too.
7      He does -- we're doing kids' travel --
8  I shouldn't say "kids." High school kids, they go
9  to competitions. So he could have -- to answer
10 correctly, I'm not sure the tickets were booked --
11 you know, we were both -- were probably busy.
12     So it's not like we're hiding
13 anything. If I ask my brother -- we're pretty
14 transparent; so ... But I don't know. He could
15 have.
16     Q    Okay. But you don't know whether he
17 had contracts with Spirit or not?
18     A    Yeah, that's correct.
19     Q    And, again, all of these are in the
20 past, right, because neither you nor your brother
21 worked for Garavanian Travel anymore?
22     A    Yes. Since 2020.
23     Q    Okay. And in light of the fact that
24 you have sold that business entirely, what impact,
25 if any, do you think that the merger between JetBlue

---

Page 50

H. Garavanian

2  and Spirit will have on your business income?
3      MR. BONSIGNORE: Objection.
4      A    You have less choices. And what
5  happened is the people who like Spirit, they keep
6  the pricing down.
7      Q    Mr. Garavanian, I think I'm asking you
8  a little bit more of a specific question, which
9  is --
10     A    Okay.
11     Q    -- will that affect the income you
12 receive from Garavanian Travel moving forward?
13     A    Well, now that we're out of business,
14 you know, I can't --
15     Q    Now that you're out of the business,
16 it can't affect your income from Garavanian Travel?
17     A    Right.
18     MR. BONSIGNORE: Objection.
19     A    It's really irrelevant -- not to be --
20 this isn't to be snitty. It's really irrelevant
21 because I'm out of business. So I don't know what
22 the impact is because travel business is -- changes.
23 So it's changed over the years. So I -- I can't --
24 I mean, it's been like three years; so ...
25     Q    Thank you, Mr. Garavanian.

---

Page 51

H. Garavanian

2      MR. NGUYEN: I think we're reaching
3  the hour mark now. So I think we can go
4  off the record, if that's okay with you.
5      THE WITNESS: Okay.
6      MR. NGUYEN: And maybe take a quick
7  break.
8      THE WITNESS: Okay.
9      THE VIDEOGRAPHER: We're off the
10 record. 10:06 a.m.
11     (Whereupon, a recess was taken
12 between 10:06 and 10:18 a.m.)
13     THE VIDEOGRAPHER: We're back on the
14 record. 10:18 a.m.
15 BY MR. NGUYEN:
16     Q    Thank you, Mr. Garavanian.
17     During the break, did you speak with
18 anyone about this case other than counsel?
19     A    No.
20     Q    Great. Thank you.
21     I'm going to jump right back in, then,
22 and switch from your business, which we were talking
23 about a little bit earlier, over to your own
24 personal travel.
25     In particular, wanted to first ask did

---

Page 64

H. Garavanian

1  flight from Boston to PLS?
2  A    On that one I can't recall.  I know --
3  that was to Turks and Caicos, Provencales [sic].
4  I'm trying to recollect why I did that.  I've flown
5  to Turks and Caicos -- I mean, I've flown
6  Northwest -- many airlines.  So I don't know why --
7  I can't recall why I pulled -- and usually I go for
8  the more economical airlines.  No offense.  But
9  that's what I do.
10     So on that one I took JetBlue.  I
11  believe it was a nonstop at the time; so ...
12     Q    So for that flight, JetBlue was the
13  most economical option?
14     A    Yeah.  That's probably why I did it.
15  Yeah, that's probably it.  Because I know that's how
16  my mind works; so ...
17     Q    Do you know of other airlines that fly
18  that route?
19     A    Well, they had Northwest.  I've
20  actually taken Northwest.  I took Air Jamaica.  They
21  are not in the market anymore.  American and Delta.
22     So at the time there was probably -- I
23  could get there -- knowing how it is, I can get
24  there before 6:00 at night and the price was right.

Page 65

H. Garavanian

1     Q    Got it.
2     So in addition to JetBlue being the
3  most economical, it also flew during the times of
4  day that you were interested in arriving at?
5     A    At that particular date, you know, in
6  2018.
7     Q    Okay.  Thank you.
8     Mr. Garavanian, I just want to confirm
9  that that flight that you flew from Boston to PLS,
10  you said Turks and Caicos, I assume that you were
11  able to get back from Turks and Caicos; is that
12  correct?  You probably flew back from Turks and
13  Caicos?
14     A    Yeah.  I'm tying to -- I might -- I
15  might have gone one-way on JetBlue and came back
16  another airline, because I've done that before.
17     Q    But you don't know that, right?
18     A    Right.  I can't recall.
19     Q    And you would say that this
20  spreadsheet is incomplete because it doesn't have
21  your return flight?
22     A    Yeah.  I need to get the return flight
23  on there.
24     MR. NGUYEN:  Okay.  We'll add that to

Page 66

H. Garavanian

1  the list, Mr. Bonsignore, about items for
2  supplementation.
3     Q    So aside from these flights, you
4  haven't flown any other flights from 2015 to
5  present; is that correct?
6     A    That's correct.
7     Q    Okay.  And you've never flown Spirit
8  Airlines from 2015 to present?
9     A    No.
10     Q    Have you ever flown Spirit Airlines?
11     A    No.
12     Q    And is the last time that you flew
13  JetBlue the time listed here, December of 2018?
14     A    That's correct.
15     Q    And from 2020 onward, you've never
16  taken a flight?
17     A    I -- the only flight I took was
18  recently, two weeks ago, I went -- I had to go to
19  Cincinnati, my mother-in-law's 80th surprise
20  birthday.  So that was two weeks ago.
21     Q    And these interrogatory responses were
22  served prior to that, which is why they don't appear
23  here, right?
24     A    That's right.  It was last minute,

Page 67

H. Garavanian

1  because I thought I was going to be driving out.  So
2  it was last minute.
3     Q    And what airline did you take for that
4  flight to Cincinnati?
5     A    It was Southwest.
6     Q    And did you pay for yourself?
7     A    Yes.
8     Q    And did you go with anyone else?
9     A    My wife.  It's her mother.
10     Q    Does she have any preferences for
11  airlines?
12     MR. BONSIGNORE:  Objection.
13     A    Yeah, I can't -- it's hard to answer
14  that one for her, because ...
15     The reason we went the Southwest was
16  because the -- I forgot why, but I got a free
17  ticket.  So that was the -- I forgot why.  It was
18  irrelevant to -- I got -- for some reason I got a
19  free ticket for some kind of purchase or something.
20     So I paid for one ticket, my wife's
21  ticket, and mine was -- I think I paid $16 tax.
22  That's why I -- it was a free -- it was a free
23  ticket and we just paid for one.
24     Q    Okay.  So that flight was free for

Page 68

H. Garavanian

1  you?
2     A    Yes.
3     Q    And you don't remember why?
4     A    I don't know -- remember why they gave
5  me the free ticket.  I don't know if it was a credit
6  card thing or whatever.  So I have no idea.  I
7  can't -- I can't recall.
8     Q    Okay.  Mr. Garavanian, aside from that
9  flight that you just took, do you have any other
10 future flights that you've already booked?
11    A    No.
12    Q    None from Spirit?
13    A    No.
14    Q    None from JetBlue?
15    A    Nope.
16    Q    None from any other airline?
17    A    No.
18    Q    I want to turn our attention, then, to
19 what you were saying earlier about potentially
20 getting that flight for free through credit card
21 points.
22         Are you a member of any credit card
23 programs?
24    A    No.  That's why I --

Page 69

H. Garavanian

1         (Reporter requested clarification.)
2     A    That's why I'm not sure.  I can't
3  remember why -- I can't recall why I got a free
4  ticket.  I mean, it's something that happened in the
5  fall, that's the thing, so I remember -- I said, Oh,
6  good, I'll just -- I don't recall if it was because
7  I -- I can't recall.  I apologize.  I just can't
8  recall.
9         Because that was the -- we were going
10 to drive out to -- she lived -- they live in
11 Indiana, Southern Indiana, and because of my job and
12 my wife working, we flew.  That was the reason we
13 flew.
14         MR. NGUYEN:  Okay.  I want to move us
15         over to that same exhibit but on page 8,
16         if we can switch over to that.  The bottom
17         half of page 8.
18    Q    And so, Mr. Garavanian, for Response
19 Number 3 right there, which was "List every airline
20 loyalty or promotional program you belong to,
21 including credit card loyalty programs," you said,
22 on the bottom right, "No."
23         Is that right?
24    A    That's correct.

Page 70

H. Garavanian

1     Q    So you are a member of no credit card
2  loyalty programs?
3     A    Nope.
4     Q    So just to reiterate what you said
5  earlier, the free flight that you received from
6  Southwest was not through a credit card loyalty
7  program?
8     A    Yeah, that's correct.  I just ...
9     Q    So you can't remember how you got that
10 free flight?
11    A    I'm thinking now maybe my son had --
12 he's living in Florida.  So I don't know -- I can't
13 recall why I got -- why I got it; so ...  We put it
14 in the -- what do you call it, travel bank.  So I
15 have no idea.  I can't recall why I got it.
16    Q    Do you have any other free flights
17 that you're expecting as --
18         (Reporter requested clarification.)
19    Q    -- as in through points or anything
20 like that?
21    A    No.
22    Q    Okay.  I'd like to turn our attention
23 up to Interrogatory Number 2 that's on the second
24 half of page 7.

Page 71

H. Garavanian

1         Mr. Garavanian, this interrogatory or
2  question asks you to list the other modes of
3  transportation you have taken from 2015 through
4  present for any of the routes that you flew.
5         Do you remember telling me earlier
6  that you flew to Fort Lauderdale at one point?
7     A    Yes.
8     Q    And I recall either on the way there
9  or on the way back you drove?
10    A    Actually, it wasn't Fort Lauderdale.
11 It was Tampa.
12    Q    Sorry.  So let me repeat my questions,
13 then.
14         Do you recall saying earlier that you
15 took a one-way flight either to or from Tampa?
16    A    That's correct.
17    Q    And on the return, you drove back?
18    A    Reverse that.  What happened was my
19 son got a teaching job -- he graduated college, got
20 a teaching job in Tampa.  So we drove down -- it was
21 actually my wife's car -- and we flew back.  So we
22 went down, we drove to Tampa, and then we flew back
23 one-way.
24    Q    Okay.  So you drove from your home in

Page 76

H. Garavanian

1
2     A    No.
3     Q    Okay.  And are other amenities on a
4  flight, such as --
5         MR. BONSIGNORE:  Objection.
6         Go ahead.
7         MR. NGUYEN:  Mr. Bonsignore, just so
8      that I can finish the full question, and
9      you're more than welcome to object.
10        MR. BONSIGNORE:  Okay.
11     Q    Mr. Garavanian, are other amenities on
12  a flight, such as leg room, important to you?
13     A    Not really, no.
14     Q    Okay.  And free snacks?
15     A    The thing is, I can't eat pretzels.
16  They always hand me pretzels.  Because I'm allergic
17  to them.  So the people sitting next to me are happy
18  because I toss them my pretzels.  So snacks don't
19  make a difference to me.
20     Q    Mr. Garavanian, do you remember
21  testifying earlier that you prefer free meals on
22  flights?
23     A    Back when I traveled in the '90s.  I
24  liked having a free meal.
25     Q    But airlines have started removing

Page 77

H. Garavanian

1
2  that perk?
3     A    Completely.
4         MR. BONSIGNORE:  Objection.
5     A    I mean, when I traveled in the early
6  '80 -- the dynamics changed.  Give me a hot bagel,
7  pick of Wall Street Journal, New York Times just to
8  go a 40-minute flight down to New York.  Coffee
9  comes.  It's totally different dynamics now; so ...
10        I mean, if you're asking me the
11  question in 1983, '84, I go -- I like the service.
12  Now -- now it's a whole new ballgame.
13     Q    Now you have to pay for those
14  services, right?
15        (Reporter requested clarification.)
16     A    I believe so.  Because, like I said,
17  this was learning for me because I haven't been
18  flying.  You can see.  So, you know, to be honest
19  with you, I don't know everything that's going on
20  right now with the airlines because I haven't -- I
21  haven't flown.  So it changes every year; so ...
22     Q    And you don't intend to fly in the
23  near future?
24     A    No.
25        MR. BONSIGNORE:  Objection.

Page 78

H. Garavanian

1
2     Q    One last item that I want to touch on
3  is what are your preferred airports, Mr. Garavanian?
4  Or do you not have any because you don't fly very
5  often?
6     A    Right.  I really don't have one.  If
7  you're asking me preferred airport, it would be
8  Hawaii, like Maui.  I like that airport because
9  that's where I want to fly for the destination.
10        Other than that, they all look the
11  same to me.  So that's -- you know, not to be funny,
12  but that's it.  You could be having the worst day of
13  your life, you get off the airport in Maui, it's
14  like sunshine, we're ready to go, aloha.
15     Q    That's helpful.
16        So Mr. Garavanian, you don't have any
17  airports you prefer to fly out of?
18     A    No.
19        MR. BONSIGNORE:  Objection.
20     A    The only one right now, because my son
21  is in Tampa, that's the one I'm going to be
22  concerned about, because if he needs me, whatever.
23  So that's going to be the one airport that -- if
24  you're going to ask me, that would be it.
25     Q    Okay.  And just to wrap up this

Page 79

H. Garavanian

1
2  section of our conversation so that we can jump on
3  break pretty soon.
4         MR. BONSIGNORE:  Is this a good time
5      to break?
6         MR. NGUYEN:  If we could have two more
7      minutes, Mr. Bonsignore, and then I will
8      be totally done with this section.
9  BY MR. NGUYEN:
10     Q    Mr. Garavanian, you haven't flown in
11  or out of Orlando in the last -- since 2015, have
12  you?
13     A    No.  I gotta look at the --
14        MR. NGUYEN:  If we could bring up
15      Exhibit 1 again and go to page 7.
16     A    I forgot if it was '14 or '15.
17     Q    This question asks every airline or
18  route you have flown from 2015 to present.  And that
19  chart that you have there does not list Orlando; is
20  that correct?
21     A    That's correct.
22     Q    So you haven't flown in or out of
23  Orlando in the last eight years?
24     A    That's correct.  I believe -- I don't
25  recall -- it's been a long time, so I haven't flown

Deposition of Harry Garavanian

Page 80

H. Garavanian

into Orlando.

Q    And you haven't flown in or out of Los
Angeles in the last eight years, LAX?

A    That's correct.

Q    And you haven't flown in or out of New
York's EWR airport?

A    No.

Q    And you haven't flown in or out of San
Juan airport?

A    No.

Q    And you haven't flown in or out of Las
Vegas's airport?

A    I have.  But it was like 2009, 2008.

Q    Okay.  So more than 14 years ago you
flew to Las Vegas?

A    That's correct.

Q    But not in the last eight years?

A    That's correct.

Q    Okay.  And you haven't flown, based on
this chart, in or out of LGA New York; is that
correct?  LaGuardia?

A    That's correct.

Q    And you haven't flown in or out of
Cancun?

Page 81

H. Garavanian

A    That's correct.

Q    In the last eight years?

A    That's correct.

Q    And you haven't flown in or out of
Miami in the last eight years?

A    That's correct.

Q    And you haven't flown in or out of
Richmond in the last eight years?

A    No.

Q    And you haven't flown in or out of
Salt Lake City in the last eight years?

A    Correct.

Q    And you haven't flown in or out of San
Jose in the last eight years?

A    That's correct.

Q    And you haven't flown in or out of
Santo Domingo in the last eight years?

A    I did Dominican Republic, so I went
to -- I went to Punta Cana.  So that's different
than Santo Domingo.  Okay.  So --

Q    Let me repeat -- very briefly just to
repeat the question, you didn't fly in or out of
Santo Domingo?

A    That's correct.

Page 82

H. Garavanian

MR. NGUYEN:  Okay.  With that I think
we can go off the record and take a break,
if that's okay with you.

THE WITNESS:  Okay.

MR. BONSIGNORE:  Thank you.
Go in the break room.  I'll join you
there in a minute.

THE VIDEOGRAPHER:  We're off the
record at 11:00 a.m.

(Whereupon, a recess was taken
between 11:00 and 11:36 a.m.)

(Ms. Porter replaced Mr. Bonsignore
as counsel for plaintiffs.)

THE VIDEOGRAPHER:  We are back on the
record.  11:36 a.m.

BY MR. NGUYEN:

Q    Mr. Garavanian, welcome back.

A    Hello.

Q    It looks like you have swapped out
attorneys, so now Ms. Porter is going to be
defending the remainder of your deposition in light
of the fact that Mr. Bonsignore had, one, a
mediation that started at 11:00 Eastern, and some
other commitments as well; is that right?

Page 83

H. Garavanian

A    That's correct.
He could be back, though.

Q    Okay.  That's good to know.  Thank you
very much.
During the break, which I believe was
a little bit over 30 minutes, did you speak with
anyone other than counsel about this case?

A    No.

Q    Okay.  Well, I am going to move us on,
then, to the next item on my agenda, which is,
Mr. Garavanian, you're aware that you're bringing a
lawsuit to block the merger of JetBlue and Spirit;
is that correct?

A    That's correct.

Q    Before -- do you remember reviewing
the complaint in this lawsuit prior to it being
filed?

A    Yes.

Q    When did you review the complaint?

A    I believe a few weeks ago.

Q    Okay.  So you reviewed the complaint a
few weeks ago, but prior to that you hadn't reviewed
the complaint?

A    When it was -- when it was -- when it

Page 84

H. Garavanian

1  was issued.  I can't -- forgive me.  I can't
2  remember the date.  So when it was issued.
3      Q    Okay.  So after the complaint was
4  filed, then you reviewed it for the first time?
5      A    Pretty much.
6           I just like did it simultaneously.
7  They were telling us -- when our group -- when we
8  talked anyway.  So I don't -- I don't -- you know, I
9  can't specifically -- I did look at it, reviewed it;
10 so ...
11     Q    Okay.  And, Mr. Garavanian, prior to
12 the break, you had said that you had no near-term
13 plans to fly and that you had never flown Spirit
14 before.  Can you explain to me how the merger would
15 personally affect you, given that you do not fly
16 often?
17          MS. PORTER:  Objection to form.
18          Go ahead.
19     A    I'm going to say my son's down in
20 Tampa, so I am going to be definitely flying there.
21 My twin brother lives in Myrtle Beach, and he
22 takes -- he takes Spirit all the -- all the time.
23 So I know I'll be visiting him in Myrtle Beach.  So
24 I def- -- looking at it, I'm just going to go down

Page 85

H. Garavanian

1  for visits back and forth.  So I didn't -- I
2  definitely intend to go fly down to visit both of
3  them.
4      Q    But you haven't booked any flights as
5  of today?
6      A    Right.  As of today.
7           But in the fall, I'm planning to
8  definitely go.
9      Q    But as of today, you haven't booked
10 any flights?
11     A    No.
12     Q    And you don't know what airline you're
13 going to book when you fly in the fall?
14     A    To be straight up, it's probably going
15 to be -- it's Spirit.  My son flies Spirit.  He
16 likes Spirit, the price.  I picked him up in
17 Manchester when he flew from Tampa to Manchester,
18 New Hampshire.
19     Q    But you don't know right as of this
20 date what airline?
21          MS. PORTER:  Objection.
22     A    I'm probably going to lean towards
23 Spirit to be straight up.  I know you're saying
24 JetBlue, but I -- the value of flying Spirit.

Page 86

H. Garavanian

1      Q    You said you might fly JetBlue?
2      A    No, I didn't say that.  I said I'm
3  probably going to be flying Spirit.
4      Q    Okay.  I want to turn our attention
5  over to your prior merger litigation.  So what I'm
6  going to do is I'm going to introduce Exhibit 2,
7  which is titled Plaintiff's Supplemental Responses
8  and Objections to Defendants' First Set of
9  Interrogatories.
10          (Plaintiff H. Garavanian's
11          Supplemental Responses and Objections to
12          Defendants' First Set of Interrogatories
13          was marked as Defendants' Exhibit Number 2
14          for identification, as of this date.)
15 BY MR. NGUYEN:
16     Q    Mr. Garavanian, do you see the
17 document on the screen?
18     A    Yes.
19     Q    And do you see that with the
20 Responding Party, it says "Plaintiff Harry
21 Garavanian"?
22     A    Yes.
23     Q    All right.  I want to scroll us over
24 to the last page of this document.

Page 87

H. Garavanian

1          Do you see there it says,
2  "Verification to follow"?
3      A    Yes.
4      Q    Do you recall having signed a
5  verification that the responses that you are
6  providing here are true and complete?
7      A    Yes.
8      Q    Was that verification provided to
9  defendants' counsel?
10     A    Yes.  And I know we did this prior, a
11 couple hours (ph) ago and the summaries, and it
12 didn't have the signature on it.  So I know I sent
13 over the signature.
14     Q    To your --
15     A    We're going to follow up and make sure
16 on the signature.
17     Q    Okay.  But do you see how this
18 document doesn't have a verification?
19     A    Yeah.  I just see "Verification to
20 follow," yep.
21     Q    But nevertheless, you're telling me
22 here and now that everything within this document is
23 truthful and complete; is that correct?
24     A    Yeah, it is.