# EXHIBIT 57

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3   _____
 4   GABRIEL GARAVANIAN, et al.,      |
 5            Plaintiffs,             | Case No.
 6       v.                           | 1:23-cv-10678-WGY
 7   JETBLUE AIRWAYS CORPORATION      |
 8   and SPIRIT AIRLINES, INC.,       |
 9            Defendants.             |
10   _____ |
11
12                ** CONFIDENTIAL **
13
14        ZOOM VIDEO CONFERENCE DEPOSITION
15                   LEN MARAZZO
16                 June 28, 2023
17                2:05 p.m. Pacific
18
19
20
21   Stenographically reported by:
22   Cynthia J. Conforti, CSR, CRR
23   License No. 084-003064
24
25   Job No. 20993
```

```
 1  A P P E A R A N C E S:

 2

 3           *** ALL APPEARANCES VIA ZOOM ***

 4

 5  ON BEHALF OF PRIVATE ACTION PLAINTIFFS:

 6     BONSIGNORE TRIAL LAWYERS, PLLC

 7     23 Forest Street

 8     Medford, Massachusetts 02155

 9     (781) 350-0000

10     BY:  ROBERT BONSIGNORE, Esq.

11          info@class-actions.us

12

13  ON BEHALF OF DEFENDANT SPIRIT AIRLINES, INC:

14     PAUL, WEISS, RIFKIND, WHARTON &

15     GARRISON LLP

16     1285 Avenue of the Americas

17     New York, New York 10019

18     (212) 373-3000

19     BY:  YOAV GAFFNEY, Esq.

20          ygaffney@paulweiss.com

21

22

23  ALSO PRESENT:

24     James Jarmon, Videographer

25
```

Page 12

1 guarantee that, but...
2   Q  Okay.  So I'd like to come back to that in
3 a little bit.
4     But just to close the loop, were there any
5 other documents that we didn't talk about that you
6 reviewed to prepare for your deposition today?
7   A  I guess I'm not sure which documents we
8 talked about.  I mean, I reviewed the documents
9 that my attorneys submitted and asked me to sign
10 at the end that, you know, I think -- I think that
11 I was signing that I had reviewed them.  Exactly
12 what they are, without referencing them, I don't
13 know the names of them.
14   Q  Understood.
15     Okay.  So where do you live, Mr. Marazzo?
16   A  In Reno, Nevada.
17   Q  And am I pronouncing that right, Marazzo?
18   A  You are spot on.  One of the very few.
19   Q  Excellent.
20     Could you tell me a little bit about your
21 educational background?
22   A  Sure.  I have a high school education and
23 then some trade school in the travel industry.
24   Q  And when did you go to the trade school in
25 the travel industry?

Page 13

1   A  Probably 1985, '86, '83, around there,
2 something like that.
3   Q  Was that school to become a travel agent?
4   A  Yes, yes.
5   Q  How long did that school take?
6   A  Oh, without knowing exactly, it was
7 probably six months, roughly.
8   Q  Got it.
9     And where was that school?
10   A  San Francisco, California.
11   Q  And following that, did you then work as a
12 travel agent?
13   A  I did for -- I have worked -- put it this
14 way, I mean, not immediately following that, but
15 many years later I did.
16   Q  Got it.
17     So what did you do immediately following
18 your schooling to be a travel agent?
19   A  I worked usually -- primarily in the
20 hospitality industry, either in hotels, and then
21 did about a five-year stint as an onsite meeting
22 planner, traveling around the world doing onsite
23 logistics for companies that were doing large
24 meetings.
25   Q  Did you travel a lot in that business?

Page 14

1   A  I did.
2   Q  When did you start -- when did you begin
3 your business as a travel agent?
4   A  I think -- so in, let's see, '90 -- I
5 opened a travel agency around 1998.
6   Q  Uh-huh.
7   A  In Reno.
8   Q  And how long did you work at that travel
9 agency for?
10   A  About ten years.
11   Q  And you owned that travel agency; is that
12 right?
13   A  I did.
14   Q  What was it called?
15   A  Beyond Travel.
16   Q  So you mentioned you worked there for
17 around ten years.  What happened to the business
18 in 2008?
19   A  We -- we closed the business once the
20 airlines started cutting commissions and it wasn't
21 as profitable as it was.  We -- I got a job and
22 closed the business.
23   Q  And you say "we."  Who else co-owned that
24 business with you?
25   A  My wife.  It was a family business.

Page 15

1   Q  Got it.
2     Did anybody else work at that business
3 besides you -- you and your wife?
4   A  I had employees throughout the years.  And
5 my wife didn't actually work in the business.
6   Q  Got it.  She just -- she co-owned it with
7 you?
8   A  Yes.
9   Q  And have you worked in the travel agency
10 business since 2008?
11   A  I have not been -- I have not worked in
12 the travel agency business since then, no.
13   Q  What did you done since 2008?
14   A  I've worked primarily -- I have done some
15 destination management work, but mostly
16 hospitality.  I work for a hotel management
17 company.
18   Q  Got it.
19     And do you have any plans to return to the
20 travel agency business?
21   A  I mean, I don't have concrete plans, but
22 it's something that my oldest son and I certainly
23 talk about regularly.
24   Q  I think you mentioned that you closed your
25 business around 2008, when the airlines were

Page 20

1 Reno to Richmond, Virginia, last Tuesday.
2 Washington, D.C., to Dallas on Friday, and then
3 Dallas to Reno on Saturday.
4    Q  So moving a little bit to -- did you -- by
5 the way, did you fly for that trip?
6    A  I did.
7    Q  Would you say you have a preferred
8 airline?
9    A  Preferred as in? Can you clarify what you
10 mean by "preferred"?
11    Q  Sure. Is there an airline that you'd
12 prefer to fly given the -- given every option?
13    A  Yes.
14    Q  Which one is that?
15    A  American.
16    Q  And why is American your preferred
17 airline?
18    A  Because they get a -- they service a lot
19 of the destinations I go to, which means I can fly
20 them frequently and, you know, build up status so
21 that I can get a better seat for the same price.
22    Q  I was going to ask. And I think you're a
23 platinum member on American, right?
24    A  Right.
25    Q  I take it it's fair to say that where an

Page 21

1 airline flies is important to you?
2    A  Sure --
3    Q  What else --
4    A  -- yes.
5    Q  -- is important to you?
6       Sorry. I didn't mean to cut you off.
7       What else --
8       (Crosstalk.)
9 BY MR. GAFFNEY:
10    Q  What else is important to you in terms of
11 what airline you choose for a particular flight?
12    A  Cost is important to me, timing of
13 flights, how long the layovers are, and then
14 having the ability to pick and choose my seat
15 based on how much I want to spend. If it's for
16 business, it might be a different scenario. If
17 it's for personal, then I might be -- you know,
18 want a discount.
19    Q  Just thinking about personal flying, do
20 you still prefer to choose --
21    A  Yes.
22    Q  -- our seat?
23    A  Prefer to choose my seat...
24       I guess the answer to that is yes, I would
25 prefer to choose my seat, given the choice, and --

Page 22

1 but it would depend on the cost.
2    Q  And what kind of -- what seat are you
3 usually preferring, by the way?
4    A  Are you asking that for business travel or
5 personal travel?
6    Q  Just in terms of traveling. I mean, if
7 you had -- if you could select any seat, what are
8 you selecting?
9    A  Sure. A premium seat with extra leg room
10 on the aisle.
11    Q  Is having Wi-Fi on board important to you?
12    A  It is. It is for business travel.
13    Q  Is having food on -- like, available
14 important to you?
15    A  Not necessarily. But I like the option to
16 purchase it. But it's -- it's not a -- it's not a
17 priority for me.
18    Q  Is it important to be able to recline?
19    A  No.
20    Q  It is important to me.
21    A  Yeah, yeah. So you're that guy in front
22 of me.
23    Q  Yeah, I am that guy. I'm sorry.
24    A  Yeah. Yeah, I have a problem with that.
25       MR. GAFFNEY: I'd like to introduce what

Page 23

1 should be marked as tab 1 as Exhibit 1.
2       (Marazzo Exhibit 1 is marked for
3 identification.)
4 BY MR. GAFFNEY:
5    Q  So Mr. Marazzo, I can represent to you
6 that this is the -- your responses to our first
7 set of interrogatories.
8    A  Okay.
9    Q  Does this look like one of the documents
10 you mentioned reviewing a little earlier?
11    A  It looks like it.
12    Q  So -- and if you just -- you should have
13 control, but if you'd just go to the last page
14 quickly.
15    A  This is the way there.
16    Q  And is that your signature there?
17    A  It is.
18    Q  So if we could go up to -- I want to say
19 page 7.
20       This is a list of the flights that you put
21 together to respond to our first interrogatory.
22 Does this look familiar?
23    A  Yes.
24    Q  And is this, to the best of your
25 knowledge, a true and complete list of the flights

Page 28

BY MR. GAFFNEY:
Q  So if you just scroll through the whole thing slowly, it looks like you've flown on American, Southwest, JetBlue, United, and Amer- -- sorry, I said American.
A  Yeah.
Q  So American, JetBlue, United, and Southwest; is that right?
A  Yes, that would -- that would be right.
Q  And, I mean, the vast majority of these are American, right?
A  Yes.
Q  Have you ever flown on Spirit?
A  I have not.
Q  Do you have any plans to fly Spirit in --
A  I'm -- sorry, I apologize.  I interrupted you.
Q  No.
    Do you have any plans to fly Spirit as of today?
A  I don't have anything concrete as of today, but I do look at Spirit regularly because they're in the Vegas market.  And then my daughter flies Spirit regularly, and I pay for her ticket, so I'm pretty familiar with Spirit in that sense,

Page 29

especially in this market.
Q  And where does your daughter fly Spirit to and from?
A  I did -- that's another document that was produced, so there is a record of that.  But she flies Reno -- or Las Vegas to Reno on Spirit to come home to see us from college, as well as, you know, we bought her a ticket, I think, to Houston on Spirit.  And I'd have to look at that document to be sure, but primarily that's that market.
    MR. GAFFNEY:  Mr. Bonsignore, I'm just going to note for the record, I also don't think we've seen that document.
    MR. BONSIGNORE:  Can you describe that document?
    THE WITNESS:  I'm sorry?
    MR. BONSIGNORE:  Can you give me a succinct description of that document?
    THE WITNESS:  Yes, it's -- so that individual document is a one-page document that has all of my daughter's flights listed on it.
    MR. BONSIGNORE:  Okay.
    MR. GAFFNEY:  Okay.  Well, Robert, we'll reserve, as we have in the other depositions.

Page 30

BY MR. GAFFNEY
Q  So your daughter flies Spirit regularly, so you're familiar with it through what your daughter has told you; is that right?
A  Well, I'm familiar with it through what she has told me, but I'm also familiar with it because I have looked at flying them multiple times, and I always shop them when I'm going to Vegas.  So I --
Q  Can you tell me --
A  Sorry?
Q  No, finish your answer, please.
A  I was going to say so I'm familiar with the services that Spirit provides or doesn't provide, based on my own research.
Q  Can you tell me why you didn't select Spirit the -- those times that you looked at them?
A  Yeah, the times have not been conducive to when we need to travel.
Q  So it was a scheduling issue?
A  Yeah, yeah, limit -- their service is limited, but their pricing is great.
Q  Do you know whether -- I think you testified a little earlier that you prefer to have extra leg room?

Page 31

A  I prefer to have extra leg room if I have the choice, yes.
Q  Do you know whether Spirit offers that?
A  I think that they do.  I think you can pay for that.  But I am not -- I think.
Q  Do you know whether Spirit offers Wi-Fi on board?
A  I think they offer Wi-Fi on board.
Q  Do you know whether --
A  I don't know for sure.
Q  Do you know whether they offer food on board?
A  I do not think they offer food.
Q  And about how many times did you consider flying Spirit, would you say?
A  I would say any time I fly to Las -- any time I'm going to Las Vegas, I price Spirit, I price Southwest, and then I decide if it's cheaper to drive.
    Because when I go to Las Vegas, with the exception of one trip on here that's business, I'm paying for it itself.  So I look for whatever is the most economical.  As far as how many times, I couldn't answer that.  I don't know how many times I've looked at it.

Page 44

a preferred location on the plane.  If it's available at the time of booking, you can book that seat without paying extra.
    Q  Is it fair to say you -- you would book American because you had that extra benefit?
    A  No.
    Q  It doesn't play any role in what airline you choose to book?
    A  No.  Cost plays the role first.
    Q  You've -- and I think you testified earlier, but you've never flown Spirit, right?
    A  Correct.
    Q  There's -- even on this revised chart, there's no mention of Spirit Airlines?
    A  Not for me.
    Q  And it looks like there's four flights total on JetBlue; is that right?
    A  Yes.
    Q  Do you recall why you flew JetBlue those four times?
    A  Yeah, definitely because of the cost.
    Q  Is -- so you mean that you flew JetBlue those four times because it was cheaper?
    A  Yeah, that's because they're very competitive to New York out of here.

Page 45

    Q  In your experience, is JetBlue cheaper than Southwest?
    A  Not to my knowledge.  But I -- I -- actually, I -- let me rephrase that.
        I can't answer that.  I don't know.
    Q  Do you know if they're cheaper than American?
    A  They were for these trips.
    Q  On -- on your ordinary flights, because you mentioned you look at a number of airlines to price them out, do you know --
    A  Yes.
    Q  -- if JetBlue is ordinarily cheaper than American on the flights that you take?
    A  I don't know.  I mean, I would think they are.  You know, I know they were for those New York flights.  But I'm not a JetBlue expert to say they primarily are.  I don't look -- you know, I don't know.
    Q  Do you know how JetBlue compares to Spirit in terms of pricing?
    A  I would -- I think that they're more expensive than Spirit.
    Q  But you don't know if they're cheaper than other airlines?

Page 46

    A  I can tell you I know they were cheaper than other airlines for the flights that I booked them, and that's why I booked them.
    Q  Have -- did you ever fly JetBlue before 2015?
    A  I don't recall.
    Q  So these four flights are the only ones you recall?
    A  Yes.
    Q  And what did you think of the in-flight experience on JetBlue?
    A  I like -- I like JetBlue.
    Q  How did it compare to American?
    A  I think it was -- you know, I mean, you know, this was quite some time ago, and I hadn't probably flown American a lot back in that -- at that time.  I mean, I'd have to look, you know, looks like it's been a couple years ago maybe, right?  I like JetBlue.
    Q  And you haven't flown JetBlue, it looks like, since 2017?
    A  Correct.
    Q  Is there any reason you haven't flown JetBlue since 2017?
    A  Because primarily out of Reno they go to

Page 47

Long Beach and New York, and I have not had an opportunity to fly them to New York, and I did just go to Long Beach, but their times weren't conducive.
    Q  If you scroll down to page 12 here, and I'd like, if possible, to turn this on the side just that so we don't have to all crane our heads.
        MR. GAFFNEY:  Everest team, are you able to do that?  Do you know how to do that?
        THE VIDEOGRAPHER:  Here you go.
        MR. GAFFNEY:  Thank you.
BY MR. GAFFNEY
    Q  Are these the flights you were referring to earlier that you booked for your daughter?
    A  Yes.
    Q  And so you booked her a flight from -- to and from Las Vegas and Reno?
    A  Correct.
    Q  And it looks like there's also one flight on there between San Diego and Las Vegas?
    A  Yes.
    Q  And there's one from Houston, Texas, to Las Vegas?
    A  Yes, I believe those are round trips, but yes.

Page 48

Q Have you booked other flights for your daughter that are not on Spirit?
A So let me preface. I didn't book these flights, she booked these flights, and I reimbursed her for these flights. And yes, I have paid for her flights on other airlines as well.
Q Do you know what other airlines those were?
A Southwest and American.
Q Do you tell her anything about what flights she's entitled to book or she just goes and books it?
A Do I tell her anything about what flights she's entitled to book.
    Well, I tell her to book the least expensive flight because I'm paying for it, and that is -- that is why we are proponents of Spirit in this market.
Q Is this the same daughter who's moving to Salt Lake City, by the way?
A Yes.
Q Do you anticipate buying flights for her when she's in Salt Lake City?
A I hope not.
Q Why not?

Page 49

A So let -- so let me preface. One, her move to Salt Lake City is not concrete. So we're going to look at Salt Lake City.
    But yes, I could certainly be buying flights to get her back and forth to visit us.
Q Okay. Even though -- and she just graduated nursing school, right?
A Yes.
Q Okay. And the reason you said that you hope you're not buying flights for her, that's because I take it she doesn't --
A Because I hope event- --
Q Sorry. I'll let --
A Go ahead.
Q Go ahead.
A No, because eventually I hope that she's in a position to pay for them herself.
Q Do you foresee that in the near future?
A I couldn't answer that. I don't know.
    She's on -- she's on her second degree, so she continues to go to school. I do not see that in the near future.
Q I see. Is she moving to Salt -- is she considering moving to Salt Lake City to work as a nurse?

Page 50

A She's -- not necessarily.
Q Okay. And just to come back to something we talked about a little while ago, do you have any concrete plans to fly Spirit in the future?
    MR. BONSIGNORE: Objection.
    THE WITNESS: You want me to answer that?
    MR. BONSIGNORE: Yeah, you can answer.
    THE WITNESS: Yeah.
    So do I have a concrete plan. I guess the definition of "concrete" is what I'm struggling with.
    So yes, I do plan to fly Spirit in the future because they are the best price between here and Las Vegas, and I will be going to visit her. Will I fly Spirit for sure if that's what the definition is of "concrete"? I can't answer that. I don't know. But if it's the least expensive and I'm paying for it and the time works, yes.
BY MR. GAFFNEY:
Q And just to be sure, you mentioned it's the cheapest price between Reno and Las Vegas, but you've flown that route a number of times, and you've never flown Spirit, right?
A I don't know that I've flown it a number

Page 51

of times, but I have flown it on Southwest. And yes, because the times did not work for me.
Q And Southwest was more expensive that time when you flew it?
A Not necessarily --
Q Let me --
A Go ahead.
Q Let me ask the question a little cleaner.
A Okay.
Q The times you flew from Reno to Las Vegas on Southwest, do you know whether Southwest was more expensive than Spirit?
A I don't know.
Q And you selected Southwest because of the times?
A Because they happen to have multiple flights every single day, and when I'm on a time constraint, there is more flexibility with them.
Q And you've also driven from Reno to Las Vegas a number of times, right?
A It's -- not a number of times, but I have driven it.
Q How many times have you driven it?
A I don't know. I'd have to go back to my calendar and look.

Page 52

1  Q More than two?
2  A Probably more than two.
3  Q More than five?
4  A I'd have to look. The positive thing
5 about South -- about Spirit being -- flying in and
6 out of here to Las Vegas for me is that they offer
7 competition for Southwest, so it helps to keep the
8 Southwest fares somewhat manageable. Although
9 Southwest is, you know, on occasion, when I look
10 at it, can be more expensive, but I think because
11 of the competition that that market would be very,
12 very expensive.
13  Q It's actually a good segue, Mr. Marazzo,
14 and I'm glad you brought that up.
15  A Okay.
16  Q What do you see as the harms that this
17 merger will cause you?
18  A That Spirit will be eliminated from the
19 market, and it will drive up fares, and there will
20 be even less options to get to where I'm trying to
21 go.
22  Q Are there any other harms that you can
23 think of that would affect you personally?
24  A Other than financial and schedule
25 flexibility --

Page 53

1  Q Other than --
2  A -- not that I can think of.
3  Q Other than the ones you listed, yeah.
4  A Not that I can think of at this time.
5  Q And those harms you mentioned, would they
6 affect everyone -- like, would they affect the
7 entire market or would they affect you
8 particularly badly?
9  A Well, they would affect -- I can't speak
10 for other people, but yeah, they would affect me
11 because I'm concerned about the financial and the
12 timing flexibility.
13     How they would affect other people, I -- I
14 don't know. I would imagine that some of the same
15 issues are there for other people as well, but I
16 can only speak to me.
17  Q I'd like to shift gears a little. Sorry,
18 let me back up.
19     It's not a harm to you that, you know, you
20 have a million Spirit Sabre club points and you're
21 going to lose them all, right?
22  A I do not have a million Spirit Sabre club
23 points.
24  Q You have -- I would assume you would have
25 no Spirit Sabre club points?

Page 54

1  A That's correct.
2  Q And you can't say that it would be a harm
3 to you that you would use the in-flight service of
4 Spirit because you haven't experienced that,
5 right?
6  A No, but I do like knowing that there's an
7 option to add, you know, to -- if I want to go
8 bare bones, I can go bare bones, or if I want to
9 pay for a seat assignment or more room or a soda
10 that that option is there.
11  Q I'd like to shift gears, Mr. Marazzo, to
12 talking about your travel agency business.
13  A Okay.
14  Q I think you testified a little earlier,
15 your travel agency closed its doors in 2008?
16  A I -- approximately.
17  Q Around 2008, 2009?
18  A Yeah.
19  Q And the reason you closed your travel
20 agency business was because of the airlines
21 ceasing to offer commissions, right?
22  A I guess a better answer to that would be
23 it was no longer profitable.
24  Q Got it.
25     I think you also testified that you've had

Page 55

1 discussions with your son about reopening the
2 travel agency business?
3  A Correct.
4  Q And can you tell me more about that?
5  A Yeah, we would look to open a destination
6 management company, which is specializing in
7 inbound groups and conventions, and you're not
8 relying on airline commissions. You're relying on
9 charging for a service.
10  Q Do you foresee doing that in the next
11 year?
12  A I -- I don't know if it would be in the --
13 within the next year. I can't answer that.
14  Q What do you think the likelihood is that
15 you do that in the next five years?
16  A Quite possible.
17  Q More than 50 percent?
18  A I don't know. I'm -- I couldn't judge the
19 mathematics of that.
20  Q And I guess -- it sounds like the business
21 model, the way that you see it being profitable,
22 is by charging the clients a fee rather than
23 receiving commissions from an airline?
24  A It's fees for a different service, though.
25  Q So -- sure. Can you elaborate on that?

Page 56

1  A  Sure.  Like, you know, your -- your law
2 firm comes out with 200 people to Reno, and we do
3 the ground logistics for you, and we provide the
4 bus transportation from the airport, and we take
5 you to the MS Dixie in Lake Tahoe for a dinner
6 cruise and set up your team building so you guys
7 can all, you know, have camaraderie.  So we're
8 providing a service.
9  Q  Got it.
10    So it's -- so it's organizing the entire
11 event?
12  A  Correct.  Yeah, event management.
13  Q  Would you foresee, to the extent that you
14 did this, also receiving commissions from the
15 venues or any other parties besides the airlines?
16  A  No, because venues -- to my knowledge, the
17 venues don't pay commissions.  You charge a fee.
18  Q  Got it.
19    Is it fair to say this isn't a
20 conventional travel agency model?
21  A  Yes, that would be fair to say.
22  Q  Have you taken any steps to get this
23 business off the ground?
24  A  This is the business that I had.  And it
25 would just be reintroducing it if we felt that

Page 57

1 there was a market for it.
2  Q  But previously, the way the business
3 worked was you would receive commissions from
4 airlines, right?
5  A  Yeah, that was a portion of it, but there
6 was also a fee structure for these things.
7    And in '08, when the economy tanked, a lot
8 of those ancillary things went away for companies.
9  Q  So that --
10  A  So that's why I wanted to rephrase that
11 answer, that it was no longer profitable, and it
12 wasn't for just one reason.
13  Q  Okay.  And -- understood.
14    And so what's -- what's changed now is
15 because the economy has improved, you think the
16 business could potentially survive with just
17 receiving fees from customers, even though there
18 will be no commissions from airlines?
19  A  Possibly.
20  Q  Do you think that if this merger were to
21 go through it could have an impact on whether
22 you're able to successfully open that business?
23  A  I think it could impact airfares to an
24 extent that it would impact -- people would -- you
25 know, if Reno would be a destination of choice

Page 58

1 based on how expensive it is to get here, and I
2 think that if the merger goes through, it will be
3 more expensive to fly in and out of Reno.
4  Q  Are there any other reasons that this
5 potential merger could impact the likelihood of
6 this proposed business succeeding?
7  A  I don't have an answer for that.
8  Q  Okay.
9  A  I don't know.
10  Q  And just so I understand, what's your
11 basis for stating that this merger will increase
12 the cost of airfare?
13  A  Because I feel with -- I think that if it
14 goes through, that Spirit will be eliminated from
15 the market, and Spirit is known as a low-cost
16 carrier which helps to keep, I think, airfares in
17 check and provides competition.  And I think when
18 there's less competition, the ones that are left
19 will charge more.
20  Q  Do you know whether JetBlue is considered
21 a low-cost carrier?
22  A  I do not.  I do not think that they are.
23  Q  If you were to open this business with
24 your son, would it be in Reno, Nevada?
25  A  Yes.

Page 59

1  Q  About how old is your son, by the way?
2  A  29.
3    MR. GAFFNEY:  Mr. Bonsignore, I think now
4 would be a good time to take a second break.
5    MR. BONSIGNORE:  Okay.  Yeah, just before
6 we go, can we close the loop on that -- the
7 supplement?  Was that --
8    MR. GAFFNEY:  Yeah.  So this -- the
9 exhibit -- Exhibit 2 appears to be the supplement.
10    MR. BONSIGNORE:  Okay.
11    MR. GAFFNEY:  I don't know whether or not
12 the supplement reflects the revised -- any revised
13 response to Interrogatory No. 2, and so I
14 don't want to go --
15    MR. BONSIGNORE:  You going to show it to
16 him again?
17    MR. GAFFNEY:  I mean, we can take it down
18 for now.  But, you know, it doesn't -- it revises
19 the response to Rog 1, but not Rog 2.  But we
20 should probably do this off the --
21    MR. BONSIGNORE:  That's the update, the
22 states he's been written, so just look at them
23 again.
24    MR. GAFFNEY:  Yeah, that's -- that's fine.
25 Let's -- and we can go off the record.

Page 60

1  THE VIDEOGRAPHER: Going off the record at
2  3:24 p.m. Pacific.
3      (Recess taken.)
4      THE VIDEOGRAPHER: Going back on the
5  record at 3:36 p.m. Pacific.
6  BY MR. GAFFNEY:
7      Q  Welcome back, Mr. Marazzo.
8      A  Thank you.
9      Q  Did you speak with anyone during the
10 break, other than counsel, about your testimony?
11     A  I did not.
12     Q  Can you tell me, just walk me through a
13 little bit, your process of booking personal
14 flights?
15     A  Yeah. I would go to -- I'd usually go
16 to -- if I don't know the market -- well, if I
17 know the market, so for Reno, Las Vegas, I would
18 immediately go to the Spirit website and then the
19 Southwest website and the JSX website and start
20 comparing the airfares and the schedule.
21     Q  JSX?
22     A  JSX is -- actually, they don't fly Reno to
23 Vegas anymore; they fly Reno to Long Beach.
24     It's another small carrier that's out of
25 here that came in with some really low, low

Page 61

1  introductory fares, but their fares have gone up.
2      Q  Got it. And --
3      A  Sorry?
4      Q  No, go ahead.
5      A  No, that's it. Their fares have gone up.
6      Q  So do they still fly, like, a route that
7  would allow you to get from your home to Las Vegas
8  relatively easily?
9      A  I'm not sure. They used to fly Reno-Vegas
10 nonstop, and I think you may have to go Reno-Long
11 Beach, Long Beach-Las Vegas, but I couldn't speak
12 to that. I haven't looked at that for a while.
13     But to answer your question is, I would go
14 to -- if I don't know the airlines that fly that
15 route, I would usually go to Kayak, a website
16 called Kayak, and see who flies the routes and
17 then go to the individual websites.
18     But for Reno-Las Vegas or if my daughter
19 is flying and I'm helping her shop those flights,
20 you know, I mean, for my daughter I might go to a
21 Spirit because I'm paying for those flights and I
22 want to keep that cost down. Or if I was going to
23 be flying with her, I would go to Spirit because I
24 want to keep that cost down for the both of us.
25     Q  And I think we looked earlier, but your

Page 62

1  daughter's taken nine Spirit flights?
2      A  If that's what it said. Those are the
3  ones that she sent.
4      Q  Okay. Just to be sure, I mean,
5  you're -- the chart we looked at a little earlier
6  was correct, the list of Spirit bookings for your
7  daughter, right?
8      A  Yeah, those -- yeah, that's definitely the
9  ones that I asked her -- you know, I asked her to
10 pull her Spirit flights for me, and that's what
11 she sent me.
12     Q  Got it.
13     And you didn't -- you didn't take any of
14 those flights with her, right?
15     A  I did not on those flights, no.
16     Q  Okay. Have you --
17     A  That's not to say that I wouldn't.
18     Q  Sure.
19     Have you flown -- have you taken other
20 flights with your daughter since 2015?
21     A  Yes.
22     Q  Do you remember what airlines you flew for
23 those?
24     A  Actually, I don't know that I have. Let's
25 see.

Page 63

1      We went to Hawaii and she was on a
2  Southwest flight with us. I think we probably did
3  a trip to -- when we took her to college in
4  Louisiana, she -- we flew with her on American.
5      MR. GAFFNEY: Could we put up tab 3,
6  please.
7      (Marazzo Exhibit 3 is marked for
8  identification.)
9      MR. GAFFNEY: And we can mark this as
10 Exhibit 3.
11 BY MR. GAFFNEY:
12     Q  Mr. Marazzo, I can represent to you that
13 this is your responses to our second set of
14 interrogatories. Do you recognize this?
15     A  It looks familiar.
16     Q  Now, if you just go to the last page.
17     And, again, does that look like your
18 signature?
19     A  It does.
20     Q  So let's go back up a bit to page 2.
21     A  Okay.
22     Q  Do you see your -- do you see
23 Interrogatory No. 6?
24     A  Yes.
25     Q  And we asked you to identify every airport