# EXHIBIT 59

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | JETBLUE AIRWAYS CORPORATION<br>SPIRIT AIRLINES, INC. |
| **RESPONDING PARTY:** | PLAINTIFF LEN MARAZZO |
| **SET NUMBER:** | ONE (SECOND SUPPLEMENTAL) |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**SUPPLEMENTAL RESPONSE NO. 1:**

In addition to their General Objections listed above, Plaintiffs object to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiffs also object to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds:
See attached Exhibit A. Additions and updates are in bold ink.

EXHIBIT A

(Additions/Corrections in Red)

|  | Travel Date(s) | Booking Date (estimated) | Airline(s) | Route(s) | Reason for Trip | Booking Method | Class | Price/Estimates | Who Paid | Points Used |
|---|---|---|---|---|---|---|---|---|---|---|
| Trip 1 | 3/13/15 | 3/1/15 | AA | RNO-AEX | Personal | self | Coach | $550 | self | N |
|  | 3/15/15 | 3/1/15 | AA | AEX-RNO | Personal | self | Coach |  | self | N |
| Trip 2 | 6/5/15 | 4/15/15 | AA | RNO-AEX | Personal | self | Coach | $ 689 | self | N |
|  | 6/12/15 | 4/15/15 | AA | AEX-RNO | Personal | Self | Coach |  | Self | N |
| Trip 3 | 8/1/15 | 7/1/15 | AA | RNO-AEX | Personal | self | Coach | $725 | self | N |
|  | 8/5/15 | 7/1/15 | AA | AEX-RNO | Personal | Self | Coach |  | Self | N |
| Trip 4 | 9/26/15 | 8/1/15 | AA | RNO-AEX | Personal | self | Coach | $629 | self | N |
|  | 9/28/15 | 8/1/15 | AA | AEX-RNO | Personal | Self | Coach |  | Self | N |
| Trip 5 | 12/26/15 | 10/1/15 | SW | RNO-SNA | Personal | self | Coach | $229 | self | N |
|  | 12/29/15 | 10/1/15 | SW | SNA-RNO | Personal | Self | Coach |  | Self | N |
| Trip 6 | 5/27/16 | 4/1/16 | B6 | RNO-JFK | Personal | self | Coach | $779 | self | N |
|  | 5/30/16 | 4/1/16 | B6 | JFK-RNO | Personal | Self | Coach |  | Self | N |
| Trip 7 | 10/19/16 | 9/1/16 | SW | RNO-SNA | Personal | self | Coach | $319 | self | N |
|  | 10/24/16 | 9/1/16 | SW | SNA-RNO | Personal | Self | coach |  | Self | N |
| Trip 8 | 6/2/17 | 4/1/17 | B6 | RNO-JFK | Personal | self | Coach | $749 | self | N |
|  | 6/5/17 | 4/1/17 | B6 | JFK-RNO | Personal | Self | coach |  | Self | N |
| Trip 9 | 2/25/18 | 1/1/18 | SW | RNO-PHX | Personal | self | Coach | $229 | self | N |
|  | 2/27/18 | 1/1/18 | SW | PHX-RNO | Personal | Self | Coach |  | Self | N |
| Trip 10 | 5/25/18 | 5/1/18 | SW | RNO- SNA | Personal | self | Coach | $339 | self | N |
|  | 5/29/18 | 5/1/18 | SW | SNA-RNO | Personal | Self | Coach |  | Self | N |
| Trip 11 | 8/21/18 | 7/15/18 | UA | RNO-CVG | Business | self | Coach | $789 | self | N |
|  | 8/25/18 | 7/15/18 | UA | CVG-RNO | Business | Self | Coach |  | Self | N |
| Trip 12 | 10/19/18 | 9/1/18 | AA | RNO-AEX | Personal | self | Coach | $729 | self | N |
|  | 10/22/18 | 9/1/18 | AA | AEX | Personal | Self | Coach |  | Self | N |
| Trip 13 | 12/14/18 | 11/1/18 | AA | RNO-AEX | Personal | self | Coach | $659 | self | N |
|  | 12/17/18 | 11/1/18 | AA | AEX-RNO | Personal | Self | Coach |  | Self | N |
| Trip 14 | 1/9/21 | 11/1/20 | SW | RNO-OGG | Personal | self | Coach | $298 | self | N |
|  | 1/16/21 | 11/1/20 | SW | OGG-RNO | Personal | Self | Coach |  | Self | N |
| Trip 15 | 3/20/21 | 1/30/21 | SW | **SMF**-KOA | Personal | self | Coach | $349 | self | N |
|  | 3/27/21 | 1/30/21 | SW | KOA-**SMF** | Personal | Self | Coach |  | Self | N |
| Trip 16 | 11/9/21 | 6/1/21 | SW | RNO-KOA | Personal | self | Coach | $229 | self | N |
|  | 11/15/21 | 6/1/21 | SW | KOA-RNO | Personal | self | coach |  | Self | N |
| Trip 17 | 9/10/22 | 7/15/22 | SW | RNO-KOA | Personal | self | Coach | $339 | self | N |
|  | 9/16/22 | 7/15/22 | SW | KOA-RNO | Personal | Self | Coach |  | Self | N |
| Trip 18 | 4/19/23 | 4/1/23 | AA | RNO-MCO | Business | self | Coach | $749 | Emp | N |
|  | 4/22/23 | 4/1/23 | AA | MCO-RNO | Business | Self | Coach |  | Emp | N |
| Trip 19 | 9/19/22 | 9/1/22 | AA | RNO-RIC | Business | self | Coach | $649 | Emp | N |
|  | 9/21/22 | 9/1/22 | AA | RIC-RNO | Business | Self | Coach |  | Emp | N |
| Trip 20 | 9/26/22 | 9/1/22 | AA | RNO-GNV | Business | self | Coach | $729 | Emp | N |
|  | 9/29/22 | 9/1/22 | AA | GNV-RNO | Business | Self | Coach |  | Emp | N |
| Trip 21 | 10/3/22 | 9/15/22 | AA | RNO-GNV | Business | self | Coach | $629 | Emp | N |
|  | 10/7/22 | 9/15/22 | AA | GNV-RNO | Business | self | Coach |  | Emp | N |
| Trip 22 | 10/31/22 | 10/1/15 | AA | RNO-GNV | Business | self | Coach | $719 | Emp | N |
| Trip 23 | 11/4/22 | 11/1/22 | AA | TPA-PHX | Business | self | Coach |  | Emp | N |

| Trip | Date | Date2 | Airline | Route | Purpose | Booked by | Class | Cost | Payer | ? |
|---|---|---|---|---|---|---|---|---|---|---|
| Trip 24 | 11/5/22 | 11/4/22 | AA | PHX-RNO | Business | self | coach | $679 | Emp | N |
| Trip 25 | 12/7/22 | 11/15/22 | AA | RNO-TPA | Business | Self | Coach | | Emp | N |
| Trip 26 | 12/8/22 | 11/15/22 | AA | TPA-RIC | Business | Self | Coach | | Emp | N |
| Trip 27 | 12/9/22 | 11/15/22 | AA | RIC-TPA | Business | self | Coach | $729 | Emp | N |
| Trip 28 | 12/10/22 | 11/15/22 | AA | GNV-RNO | Business | Self | coach | | Emp | N |
| Trip 29 | 1/9/23 | 1215/22 | AA | RNO-GNV | Business | Self | Coach | $609.20 | Emp | N |
| Trip 30 | 1/13/23 | 12/15/22 | AA | TPA-RNO | Business | Self | Coach | | Emp | N |
| Trip 31 | 1/25/23 | 12/15/22 | AA | RNO-ORF | Business | Self | Coach | $1462.82 | Emp | N |
| Trip 32 | 1/27/23 | 12/15/22 | AA | ORF-RNO | Business | Self | Coach | | Emp | N |
| Trip 33 | 2/13/23 | 1/10/23 | AA | RNO-GNV | Business | Self | Coach | $739 | Emp | N |
| Trip 34 | 2/27/23 | 1/10/23 | AA | RNO-PHX | Business | Self | Coach | | Emp | N |
| Trip 35 | 2/16/23 | 1/10/23 | AA | PHX-GNV | Business | Self | Coach | $879 | Emp | N |
| Trip 36 | 3/3/23 | 2/1/23 | AA | TPA-RNO | Business | Self | Coach | | Emp | N |
| Trip 37 | 3/26/23 | 2/1/23 | AA | RNO-MCO | Business | self | Coach | $1168.40 | Emp | N |
| Trip 38 | 3/30/23 | 2/1/23 | AA | MCO-RNO | Business | Self | coach | | Emp | N |
| Trip 39 | 4/10/23 | 4/1/23 | AA | RNO-GNV | Business | Self | coach | $1032.39 | Emp | N |
| Trip 40 | 4/13/23 | 4/1/23 | AA | GNV-RNO | Business | Self | coach | | Emp | N |
| Trip 41 | 4/25/23 | 4/1/23 | AA | RNO-MCO | Business | self | coach | $849 | Emp | N |
| Trip 42 | 4/28/23 | 4/1/23 | AA | MCO-RNO | Business | Self | coach | | Emp | N |
| Trip 43 | 5/8/23 | 4/15/23 | SW | LAS-LGB | Business | Self | coach | $304.95 | Emp | N |
| Trip 44 | 5/12/23 | 4/15/23 | SW | LGB-RNO | Business | Self | coach | | Emp | N |
| Trip 45 | 4/19/23 | 3/15/23 | UA | RNO-DEN-**RNO** | Business | Self | coach | $604.52 | Emp | N |
| Trip 46 | 11/12/19 | 10/21/19 | SW | RNO-LAS | Business | Self | Coach | $246.96 | Emp | N |
| Trip 47 | 11/14/19 | 10/21/19 | SW | LAS-RNO | Business | Self | Coach | | Emp | N |
| Trip 48 | 6/5/22 | 5/25/22 | SW | RNO-MCO | Business | Self | Coach | $1500.46 | Emp | N |
| Trip 49 | 6/9/22 | 5/25/22 | SW | MCO-RNO | Business | Self | Coach | | Emp | N |
| Trip 50 | 5/24/23 | 5/18/23 | SW | RNO-DEN | Business | Self | Coach | $625.46 | Emp | N |
| Trip 51 | 5/26/23 | 5/18/23 | SW | DEN-RNO | Business | Self | Coach | | Emp | N |
| Trip 52 | 5/30/23 | 5/22/23 | SW | RNO-DEN | Business | Self | Coach | $663.46 | Emp | N |
| Trip 53 | 6/2/23 | 5/22/23 | SW | DEN-RNO | Business | Self | Coach | | Emp | N |
| Trip 54 | 6/6/23 | 5/23/23 | AA | RNO-GNV | Business | Self | Coach | $865.40 | Emp | N |
| Trip 55 | 6/8/23 | 5/23/23 | AA | GNV-RNO | Business | Self | Coach | | Emp | N |
| Trip 56 | 6/15/23 | 6/1/23 | SW | RNO-DEN | Business | Self | Coach | $628.96 | Emp | N |
| Trip 57 | 6/16/23 | 6/1/23 | SW | DEN-RNO | Business | Self | Coach | | | |
| Trip 58 | 6/20/23 | 6/12/23 | AA | RNO-RIC | Business | Self | Coach | $3113.20 | Emp | N |
| Trip 59 | 6/23/23 | 6/12/23 | AA | DAS-RNO | Business | Self | Coach | | | |
| Trip 60 | 6/24/23 | 6/15/23 | SW | DAL-RNO | Business | Self | Coach | $628.48 | Emp | N |

Spirit Flights – Marazzo Second Supplemental Response to Interrogatory No. 1

# E X H I B I T   B

Period: Jan 1, 2020 - Jun 26, 2023
Category: All Transactions
Display: 10

| Date | Description | Category | Transaction Id | Points | SQP |
|---|---|---|---|---|---|
| Oct 16, 2022 | Spirit Points | Spirit Booking | 1015081238 | 0 pts | 0 |
| Nov 23, 2022 | Las Vegas, NV(LAS) - Reno/Tahoe, NV(RNO) | Spirit Booking | NEWHGC | 170 pts | 27 |
| Dec 5, 2022 | Reno/Tahoe, NV(RNO) - Las Vegas, NV(LAS) | Spirit Booking | NEWHGC | 70 pts | 10 |
| Dec 23, 2022 | Las Vegas, NV(LAS) - Reno/Tahoe, NV(RNO) | Spirit Booking | WKUISQ | 252 pts | 42 |
| Dec 23, 2022 | San Diego, CA(SAN) - Las Vegas, NV(LAS) | Spirit Booking | WKUISQ | 347 pts | 57 |
| Jan 27, 2023 | Las Vegas, NV(LAS) - Reno/Tahoe, NV(RNO) | Spirit Booking | QF39PS | 70 pts | 10 |
| Feb 27, 2023 | Houston, TX - Intercontinental(IAH) - Las Vegas, NV(LAS) | Spirit Booking | QC132Y | 254 pts | 41 |
| Jun 18, 2023 | Las Vegas, NV(LAS) - Reno/Tahoe, NV(RNO) | Spirit Booking | VJ7B2G | 281 pts | 46 |
| Jun 22, 2023 | Reno/Tahoe, NV(RNO) - Las Vegas, NV(LAS) | Spirit Booking | VJ7B2G | 173 pts | 28 |

## VERIFICATION

I, __Len MARAZZO__, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at __Reno, NV__ on June 27, 2023.

_____

## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on June 27, 2023.

/s/ Joseph M. Alioto, Jr.
Joseph M. Alioto, Jr.