# EXHIBIT 68

```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,           )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )  Case No.
                                      )  1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION and       )
SPIRIT AIRLINES, INC.,                )
                                      )
        Defendants.                   )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
REMOTE VIDEOTAPED DEPOSITION OF
DEBORAH PULFER
June 23, 2023
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBORAH PULFER, produced as a witness at the instance of the Defendants, was duly sworn and deposed in the above-styled and numbered cause on June 23, 2023, from 11:05 a.m. to 2:29 p.m. MST, stenographically reported remotely pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
               Texas CSR 9306
               California CSR 14407
               Illinois CSR 084.004659

```
 1                    A P P E A R A N C E S

 2       (all attendees appearing via remote videoconference)

 3


 4       REPRESENTING THE PLAINTIFFS:

 5        Mr. Robert J. Bonsignore
          BONSIGNORE TRIAL LAWYERS
 6        23 Forest Street
          Medford, Massachusetts 02155
 7        (702) 852-5276

 8

         REPRESENTING THE DEFENDANTS:
 9
          Mr. Yoav Gaffney
10        PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
          1285 Avenue of the Americas
11        New York City, New York  10019
          (212) 373-3955
12        ygaffney@paulweiss.com


13


14       THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15        Mr. Jeff Schoemer


16

         ALSO PRESENT:
17
          Ms. Charlotte Aaron, Summer Associate, Paul Weiss
18

19

20

21

22

23

24

25
```

Page 12

1  total?
2  A   Maybe 10, 11 months total. Up to a year,
3  but no more than a year.
4  Q   Got it.
5      And correct me if I'm wrong, but I
6  think you owned a travel agency at one point;
7  right?
8  A   Correct.
9  Q   But you no longer own that travel agency;
10 right?
11 A   Correct.
12 Q   And what was the name of that?
13 A   UNIGLOBE Professional Travel.
14 Q   Got it.
15     Okay. So I'd like to come back to
16 that in a little bit, if we could just start
17 talking about the personal flights you take.
18     What airlines do you generally fly?
19 A   I don't have a certain airline that I
20 generally fly. It depends on the situation at
21 hand and what best suits the goal that I'm trying
22 to accomplish. So I don't -- even though I have
23 many frequent flier programs, I don't favor a
24 certain airline.
25 Q   Okay. So you mentioned a few things

Page 13

1  there, but I guess you mentioned that -- you know,
2  what the situation requires.
3  A   Uh-huh.
4  Q   What are some of the factors that you
5  think about when deciding what airline to fly?
6  A   Of course cost, but cost isn't always the
7  most important. Sometimes it is, again, the
8  situation. If it's a direct flight, depending on
9  where I'm going and if I can afford to have flight
10 delays or cancellations and what's going to give
11 me the best chance to get somewhere when I need to
12 be there.
13 Q   Are there other factors that matter to you
14 as well?
15 A   Other factors?
16     Not that come to mind.
17 Q   Okay. So just thinking about cost
18 specifically, do you prefer to have to pay things
19 like additional fees beyond the cost of the
20 ticket?
21     MR. BONSIGNORE: Objection.
22     THE WITNESS: I -- I --
23     MR. BONSIGNORE: You can answer.
24     THE WITNESS: I can answer? Okay.
25     I don't mind paying extra fees. I

Page 14

1  look at the total at the end of the day.
2  BY MR. GAFFNEY:
3  Q   Understood.
4      So before you buy a flight, would you
5  look at that airline's policies on baggage fees,
6  for example?
7  A   Yes.
8  Q   And would you look at their policies on
9  things like in-flight Wi-Fi?
10 A   That's not important to me, no.
11 Q   You don't -- you don't use in-flight
12 Wi-Fi?
13 A   No.
14 Q   Or it's not important to you?
15 A   Huh-uh.
16 Q   Okay.
17     MR. GAFFNEY: So if we could go --
18 if we could pull up what's been marked as
19 Tab 1.
20     (Pulfer Exhibit 1 marked.)
21 BY MR. GAFFNEY:
22 Q   And you can take a moment to just get
23 familiar with this document, but I would ask you
24 to go to the last page quickly.
25 A   Okay. Let me get there.

Page 15

1      Oh, back up to Page 1. Let me get to
2  13.
3      Okay.
4  Q   And if you just scroll up a bit so we
5  could see the full page.
6      So this is a --
7  A   The "Verification" page?
8  Q   That's right.
9  A   Okay.
10 Q   And is that your name on there?
11 A   Yes, that's me.
12 Q   And that's -- that's your signature?
13 A   Yes.
14 Q   Okay. So if we could -- yeah, why don't
15 you take a moment and just familiar -- familiarize
16 yourself with this.
17 A   Okay. Let's see.
18     I need to make it bigger. It's small.
19 Q   Please do.
20 A   Okay.
21     Yeah, these are just all the
22 interrogatories and my responses, which I have
23 seen. So --
24 Q   And I can represent to you, by the way,
25 that's all this document is.

Page 16

1  A    Okay.
2  Q    But if you just scroll down a few pages.
3  A    To which page?
4  Q    Let's go to Page 10.
5  A    Okay. Let me jump right there.
6  Q    Do you mind just going up a page?
7  A    Page 9. Page 9 it is. Here we go.
8  Q    Okay. It may be after this, actually. I
9  apologize. Would you go to Page 11?
10 A    Okay.
11 Q    So this is an exhibit you submitted in
12 response to Interrogatory Number 1.
13      Does this look familiar?
14 A    It looks very familiar, yup.
15 Q    And is this a complete and accurate list
16 of the flights you've taken since 2015?
17 A    Let me double-check one thing here.
18 Scroll down.
19      Yes. Trip 16 was just a recent one
20 and that was added. So, yup, that is.
21 Q    Okay. Did you fly in 2015?
22 A    In 2015? I don't think I did.
23 Q    Okay. Now, just looking at these flights,
24 it looks like all the flights are on American,
25 United, Delta, or Southwest; is that right?

Page 17

1  A    Whatever's listed there is correct.
2  And -- yeah, that would be accurate. There's one
3  Delta, I believe -- a couple Delta, but yeah.
4  Q    So at least since 2015, you haven't flown
5  Spirit; right?
6  A    That is correct.
7  Q    And at least since 2015, you haven't flown
8  on JetBlue?
9  A    Correct.
10 Q    Have you ever flown on JetBlue?
11 A    No.
12 Q    Have you ever flown on Spirit?
13 A    No, not yet.
14 Q    Okay. Now, you're a member -- I think, if
15 we could go up to page -- I want to say Page 7.
16 Let's see where that gets us. Yeah. Would you
17 mind just scrolling --
18 A    Interrogatory 2.
19 Q    Yeah. We're looking for 3, so if you
20 wouldn't mind -- yup. It begins at the bottom
21 there.
22      And so this interrogatory asks you
23 about the loyalty programs you're a part of.
24 A    Yes.
25 Q    And so if you don't mind scrolling down.

Page 18

1  A    Okay. I'm there.
2  Q    Sorry. Just a little bit farther to your
3  response.
4  A    Oh, to my -- okay. Whoops.
5       Okay.
6  Q    And so it looks like you're a member of
7  the Delta SkyMiles program?
8  A    Yes.
9  Q    And American?
10 A    Uh-huh, yes.
11 Q    You're a member of United, Southwest,
12 Frontier; right?
13 A    Yes.
14 Q    By the way, is Frontier -- is that part of
15 Southwest, or is that part of Frontier Airlines?
16 A    That's Frontier's program, as far as I
17 know.
18 Q    Sorry. Just to -- so I understand, that's
19 Frontier Airlines?
20 A    Frontier Airlines.
21 Q    How did you come to be a member of the
22 Frontier Airlines loyalty program?
23 A    That came about when I purchased a
24 Frontier credit card, and then I received a
25 Frontier mileage -- whatever they call their

Page 19

1  program -- number. And I no longer have the
2  credit card.
3  Q    I see. But you -- but you're still a
4  member of the program, I guess?
5  A    I guess I've never canceled it, so that
6  answer would be yes.
7  Q    Sure.
8       What benefits do you get from these
9  programs?
10 A    With the airline programs, really not a
11 whole lot. If you earn enough miles, you would
12 earn miles toward a ticket. But the Chase
13 Sapphire Visa also works towards airlines.
14      So I can't say I've received an
15 excessive amount of miles, but I've received miles
16 that I have been able to travel a couple of times
17 with miles or points.
18 Q    Okay. Was that with -- was that through
19 Chase Sapphire points, or that was through one of
20 these loyalty program points?
21 A    Most everything is Chase Sapphire. I
22 don't recall, right offhand, one of the airlines.
23 Q    Understood.
24      Do you think that at any point in the
25 near future, you'll have enough points through one

Page 36

this is fabulous. They're great all the time."
Q   Same question, if you don't mind, for JetBlue. Do you have an opinion on their general reputation for performance?
A   I feel it's the same that I just described.
Q   I see.
    Now, I note you've -- you know, it looks like you've never flown Spirit, and I think you mentioned a little earlier --
    MR. BONSIGNORE:  Objection.
    MR. GAFFNEY:  Robert, what's the basis?
    MR. BONSIGNORE:  I think she did fly Spirit.
    MR. GAFFNEY:  She testified a little earlier that she -- let me -- I'll ask again then.
BY MR. GAFFNEY:
Q   Ms. Pulfer, have you flown Spirit?
A   I have not flown Spirit yet.
Q   And so you say "yet." Do you have any -- have you booked tickets with Spirit?
A   No, but I will explain.
    In -- well, three years ago, we bought

Page 37

our condo in Colorado, and my husband just recently retired. And when he retired, the hopes are we're going to spend blocks of more time out in Colorado.
    This is our first test. We arrived here a week ago. Normally we'd come out for just periods -- little periods of time. We're going to be here for six weeks, and then it could get longer because I'm not going to be working forever either.
    But I have elderly parents in Ohio. I have a lot of family in Ohio. I know the lift for Spirit out of Denver. I'm up in Estes Park. It's just an hour away. The lift for Spirit out of Denver to Columbus is good.
    And so, yes, we drive out so we have a car. But as we start to stay longer periods of time, I'm going to have to have a need to go back and forth by flight for my parents and other relatives that are still in Ohio.
    So I say "yet" because we're just getting into this new phase of our life, my husband and I, and although it may not happen this immediate few months -- and I have nothing planned yet -- I believe that starting next year, we're

Page 38

going to be out here much longer.
    So I do like the lift -- like, I don't need it from Columbus to Denver because we drive out so that we have our vehicle here. But then my husband would stay here and I would fly back to tend to my elderly parents.
Q   What do you mean that you "like the lift from Denver to Columbus," just so I understand?
A   "The lift" just means the amount of flights that Spirit offers out of Denver.
Q   Do you know whether other airlines fly that route, Denver to Columbus?
A   Other airlines do fly the route, but not many of them fly the route direct.
Q   Do you know which ones do fly the route direct?
A   I believe it's only United.
Q   I see.
    JetBlue doesn't fly that route direct?
A   They may, but I don't know that to answer that either way.
Q   I see.
    MR. GAFFNEY:  I think actually now would probably be an appropriate time for a break, if that works for you,

Page 39

Ms. Pulfer.
    THE WITNESS:  That would be great.
    MR. GAFFNEY:  Okay. So should we aim to be back on the record at 2:00?
    THE WITNESS:  Perfect.
    MR. BONSIGNORE:  Yes.
    THE WITNESS:  So then in the meantime, what do I do with my little Zoom here? Just mute?
    MR. BONSIGNORE:  You're going -- there's going to be a blue button that comes up --
    THE WITNESS:  Okay.
    MR. BONSIGNORE:  That --
    THE VIDEOGRAPHER:  Let's go off the record. All right?
    MR. BONSIGNORE:  Yeah.
    THE VIDEOGRAPHER:  We're going off the record. It's 11:47 a.m.
    (Recess from 11:47 a.m. to 12:05 p.m.)
    THE VIDEOGRAPHER:  Going back on the record. It's 12:05 p.m.
BY MR. GAFFNEY:
Q   Welcome back, Ms. Pulfer.
A   Thank you.

Page 48

1  offering it in a couple of months, in September.
2  Q    Okay.  And do you have any reason to
3  believe they would see -- they would stop
4  operating it?
5       MR. BONSIGNORE:  Objection.
6       THE WITNESS:  No.  However, in
7    looking at the schedule, there's one
8    flight each way and they're not ideal
9    schedules at all.
10 BY MR. GAFFNEY:
11 Q    So assuming the merger between Spirit and
12 JetBlue goes through --
13 A    Uh-huh.
14 Q    -- do you have an understanding of whether
15 Spirit would stop providing flights between Denver
16 and Columbus -- excuse me -- whether JetBlue would
17 stop providing flights between Denver and
18 Columbus?
19      MR. BONSIGNORE:  Objection.
20      THE WITNESS:  Could you repeat that
21   question?
22 BY MR. GAFFNEY:
23 Q    Absolutely.
24      Do you have any knowledge of
25 whether -- after the merger between JetBlue and

Page 49

1  Spirit is completed, whether JetBlue will continue
2  offering the Denver to Columbus route?
3  A    My --
4       MR. BONSIGNORE:  Objection.
5       THE WITNESS:  My knowledge on that
6    would be the knowledge based on what I
7    have seen with other mergers and what it
8    has done to the market.  I can't predict
9    exactly what is going to happen, but I
10   would say there's a high probability that
11   there's going to be a whole lot of shakeup
12   and a whole lot of things happen that
13   aren't good for the consumer.
14 BY MR. GAFFNEY:
15 Q    Okay.  Could you elaborate on that,
16 please?  What do you think is likely to happen
17 after Spirit and JetBlue merge that is going to be
18 harmful to the consumer?
19 A    Well, you get rid of an ultra-low carrier,
20 so it doesn't just affect that ultra-low carrier
21 that's gone.  All the other airlines,
22 historically, will see that as, "All right, we got
23 rid of one competitor and it was an ultra-low
24 competitor, so we can do what we want
25 pricing-wise," and prices go up.

Page 50

1       The number of flights tend to go down
2  when two airlines merge.  Because if each airline
3  was able to maintain 100 percent on their own, why
4  would they merge to begin with?  When they merge,
5  is there a need to have all the same number of
6  flights, in their mind, to make their company,
7  their airline, more solid?
8       They're going to cut flights, they're
9  going to cut -- then prices are going to go up,
10 and it's not going to be as much offering to the
11 consumer, and it's never a good thing.
12 Q    Okay.  So if I understand, in your
13 experience from past airline mergers, prices go up
14 and fewer flights are offered afterwards; right?
15 A    Correct.
16 Q    Are there any other harms that you think
17 will occur to the consumers?
18 A    Prices go up, less flights to choose
19 from -- so not only less flights to choose from in
20 certain markets, but sometimes they get rid of
21 some markets that they no longer fly to, and
22 that's harmful as well.  And -- and the air -- and
23 just -- that's with those airlines that merge.
24      But then all the other airlines, they
25 tend to raise prices too when one carrier -- an

Page 51

1  ultra-low carrier goes out of the market, then
2  there's one less player in the field, so they
3  raise their prices.
4  Q    Okay.  And just to be sure -- I mean,
5  because I want to make sure that I understand all
6  of the harms that you expect to occur -- are there
7  any others besides what you just mentioned?
8       MR. BONSIGNORE:  Objection.
9       THE WITNESS:  Well, if they take
10   out less seats, there's less seat
11   availability for people to book on.
12   Sometimes service goes down because
13   there's not as many competitors in the
14   field.
15      When you have a lot of competitors,
16   you seem to keep -- I don't know that the
17   right word is "integrity," but you try to
18   stay on top of things because you're a
19   competitor.  You want to stand out to the
20   consumer because you want their business.
21   The less competitors there are, you don't
22   have to maintain those standards, or so
23   they don't feel, and then it just hurts
24   the consumers in general.

Page 52

BY MR. GAFFNEY:
Q   Okay. And are -- anything else that I'm missing? Are there any other harms?
A   Oh, I'm sure there are --
    MR. BONSIGNORE: Objection.
    THE WITNESS: -- but I -- I'm drawing a blank at the moment.
BY MR. GAFFNEY:
Q   No problem. Thanks.
    And so you mentioned -- one thing you mentioned was less flights, but do you know that there will be less flights on the Denver to Columbus route?
A   I don't know what the plan is. I would say there's possible -- that it possibly could happen, but I don't know. As a -- historically, that's what has tended to happen.
Q   And so all the harms you expect to occur from the Spirit-JetBlue merger, those are based on your experience with prior mergers; right?
A   Yes. And now I'm thinking of personally. But when you ask a harm -- I mean, we're talking personal. But on a business level, there's harm that's going to happen as well with the merger.
Q   Okay. And, yeah, I think -- and I'm just

Page 53

asking personally.
A   Okay.
Q   But just so I understand, this is based on your experience with prior mergers; right?
A   Correct.
Q   Which mergers in particular?
A   The ones that come to mind are Delta and Northwest. Northwest was a big player at one point. They're gone. United and Continental. Continental's gone.
    Oh, Southwest and AirTran. AirTran's gone. At one point, there was TWA. TWA's gone.
    It's, like -- there's just been so many carriers that have gone over the years that the competition is just dwindling down. And in any business -- I mean, in any business, when you merge everything together, the fewer competitors, the -- it's not ideal for consumers. Consumers do not benefit when there's less amount of competitors in any given field.
Q   You mentioned -- while we're on the topic, you mentioned Delta-Northwest merger, the United-Continental merger, and the Southwest-AirTran merger; right?
A   Yes.

Page 54

Q   Am I right -- you sued to block those mergers; right?
A   Yes.
Q   Did you also sue to block a merger involving Alaska Airlines?
A   Oh, yes, uh-huh.
Q   Are there any others that I'm missing?
A   Not that come to mind.
Q   Okay. Well, so I'd like to come back to that. But if we could, I'd like to talk about your experience as a travel agent and in your travel agency business. Is that okay?
A   Okay. That's fine.
Q   So you mentioned -- and I -- forgive me, but you'll have to remind me the name of the travel agency you owned.
A   UNIGLOBE Professional Travel.
Q   And how long were you the owner of UNIGLOBE for?
A   January of 1995 until December 31st, 2008.
Q   And what led -- what led you to stop being the owner of UNIGLOBE Travel?
A   Well, prior to purchasing the agency for, I don't know, 12, 14 years, I was a travel adviser working in the selling part of it. Owned it for a

Page 55

period of time with my husband. He had other employment, but he helped me with some of the business things.
    But over that time, I came to realize that I'm a people person. I'm a salesperson. I like to help others make their dreams come true. I love the travel business. I don't like all the book work. I don't like everything that comes with owning an agency.
    And then the franchise agreement with UNIGLOBE was up, the lease was up on the building. The 20- -- in 2008, the economy started going crazy. All signs were like, "Okay. This is time."
    So we closed the storefront agency, and I moved home, and then started working as an employee through another agency. At that time, it was Creative Vacations. And then five years ago, as I had mentioned previously, All-Travel out of Los Angeles purchased Creative Vacations, keeping the name, but it's Creative Vacations, a Division of All-Travel.
Q   Did mergers or consolidation in the airline industry play any role in you deciding not to continue your travel agency company?

Page 56

1  A   No.
2  Q   No role at all?
3  A   No.
4  Q   Okay. Do you have any plans to start your
5  own agency again, or are you going to continue
6  just serving as a travel agent?
7  A   I'm getting so close to retirement. I'm
8  not going to start an agency.
9  Q   And I don't mean to be indelicate, but how
10 close are you to retirement, if you don't mind?
11 A   Probably within six years.
12 Q   Congratulations. That's --
13 A   Well, I mean, in six weeks -- six and a
14 half weeks, I will be 59. So I'm counting to 65
15 here.
16 Q   I hear you. Yeah, well -- well,
17 congratulations. I hope that works out for you.
18     Can you tell me, as a travel agent,
19 how are you paid? I think you mentioned you don't
20 make a salary.
21 A   I'm not on salary as far as just a flat
22 salary.
23 Q   Okay. So -- so how are you paid as a
24 travel agent?
25 A   I earn a commission. A percent of the

Page 57

1  commissions that are paid to the agency is how I
2  get paid.
3  Q   And who pays those commissions to the
4  agency?
5  A   Who pays the commissions to the agency?
6  The suppliers.
7  Q   So what do you mean by "the suppliers"?
8  A   If I book a cruise, the cruise lines do.
9  If I book a tour, the tour company does. So it's
10 the suppliers that I book components and packages
11 for my clients. Those companies pay commission.
12 Q   Got it.
13     Do airlines pay commissions?
14 A   No.
15 Q   Is -- is the commission a percentage of
16 the amount of the sale?
17 A   For the suppliers, yes, it is.
18 Q   Okay. Now, do the customers pay you also?
19 Do you charge them service fees or anything like
20 that?
21 A   Yes. My service is valuable and I charge
22 them a service fee.
23 Q   Sure.
24     And, again, is the service fee -- is
25 that a flat fee or is that a percentage of

Page 58

1  whatever they ultimately book?
2  A   It's a flat fee based on what type of
3  service is needed. It's not a percent.
4  Q   Can you just tell me a little bit more
5  about that? How does that work?
6  A   Well, if somebody's coming to me and
7  wanting me to book a cruise and they manage it
8  through and make sure they don't forget
9  anything -- you know, lead them, guide them, hold
10 their hand, get all -- everything in order,
11 something like that might be a $50 per adult fee
12 on top of the cost of the cruise.
13     If somebody's coming to me and they
14 want to go all over Europe, but they don't want a
15 package, like an escorted tour that I would book
16 through a wholesaler and they would want me to put
17 all the pieces together, taking a lot of time, a
18 lot of -- a lot of time, then time is valuable, so
19 those fees can be higher depending on the
20 situation and what's needed. I mean, it could be
21 $200 a person or 3- -- it just depends on the
22 situation.
23 Q   Got it.
24     And do you also help them book
25 flights?

Page 59

1  A   Yes, I do.
2  Q   And so I guess the service fee would be
3  for the entire vacation, including booking the
4  flights?
5  A   Yes, that is correct.
6  Q   Do you usually work with more leisure
7  travelers or business travelers?
8  A   Leisure travelers.
9  Q   Is there -- do you have, like, a
10 breakdown, like a percentage?
11 A   Oh, at this point in my career, I would
12 say 90 percent or more leisure. Maybe 10 percent
13 corporate. It's not very much corporate. Maybe
14 95 to 5 percent. It's -- it's not much.
15 Q   So do you -- when you're booking flights
16 for people -- let me back up, actually.
17     What percentage of those trips are
18 international?
19 A   "International" meaning -- international?
20 Q   Yeah. Outside the -- like, leaving from
21 the United States --
22 A   Right.
23 Q   -- going to any other country.
24 A   Including Caribbean, Mexico, anything like
25 that?

Page 84

 1  that was -- that was a poorly worded question.
 2      As a travel agent, do you have access
 3  to lower cost airline tickets than the general
 4  public?
 5  A    No, I do not.
 6  Q    Got it.
 7      Do you get any other sort of benefits
 8  from airlines as a travel agent?
 9  A    No.  The industry has changed in the last
10  39 -- it will be 40 years the end of July -- has
11  changed a lot.
12  Q    And what's your understanding of why the
13  industry has changed?
14  A    I -- my opinion on why the industry has
15  changed is because they're more conscientious
16  about the bottom line, and when is enough enough?
17  Like, times have changed.  Now you just can't make
18  enough, so I don't think they're as focused on
19  consumer friendliness, like what's good for the
20  consumer.  I think a lot of the priority is the
21  bottom line.
22  Q    And the reason airlines are more focused
23  on the bottom line than they were previously is
24  because business conditions are more challenging
25  for them?

Page 85

 1      MR. BONSIGNORE:  Objection.
 2      THE WITNESS:  I don't know that
 3    answer.
 4  BY MR. GAFFNEY:
 5  Q    Sure.  So I guess if we could just go back
 6  to what you said a moment ago, you said:  "Times
 7  have changed.  Now you just can't make enough, so
 8  I don't think they're as focused on consumer
 9  friendliness."
10      What did you mean by "now you just
11  can't make enough"?
12  A    I don't know if the right word is "greed,"
13  but it may be -- that --
14  Q    I see.
15  A    -- they just want to make more and more
16  and more, and when is enough?
17  Q    I see.  No, thank you for clarifying that.
18      Do you consider the airlines to be
19  greedy?
20      MR. BONSIGNORE:  Objection.
21      THE WITNESS:  I don't know if I
22    consider them to be greedy.  I consider
23    them not to be consumer friendly like they
24    used to be when I first started in this
25    industry.

Page 86

 1  BY MR. GAFFNEY:
 2  Q    So moving to this specific merger, we
 3  talked a little earlier about how you would be
 4  personally harmed from the merger, but I'd like to
 5  know what harms you expect to happen to you, as a
 6  travel agent, from the merger?
 7  A    As a travel agent, as I had mentioned
 8  previously, when mergers take place, prices go up,
 9  the number of flights go down.  Oftentimes, the
10  number of seats that are available because the
11  flights are reduced -- everything goes down.
12      And people that may be able to go on
13  trips now that I could book them on a cruise or
14  book them on a package vacation to Mexico, the
15  Caribbean, in the United States, wherever it may
16  be, if air prices go up, they may not be able to
17  do what they want to do travel-wise.
18      Air travel is solely a means of
19  transportation.  Not everybody wants to put a ton
20  of money into their flights.  They want to use
21  their money for their experience, for their
22  destination, for what they want to do once they
23  get -- once they -- once the flight has served its
24  purpose with getting them to their -- you know, as
25  transportation, whether it be on a cruise, on a

Page 87

 1  tour, going to a concert, whatever it may be, they
 2  don't want to use all their money in the
 3  transportation mode.  That's just transportation.
 4      And so I could lose business by people
 5  not being able to afford to do some of the things
 6  because air prices go up.
 7  Q    Right.
 8      And in your experience, do people
 9  usually spend more money on the destination and
10  what their trip is, or the air travel?
11      Let me rephrase that.
12      In your experience as a travel agent,
13  are people usually spending the majority of their
14  money on the airfare or are they spending the
15  majority of their money on other things?
16  A    On other things.
17  Q    And -- so, for example, someone who goes
18  on a cruise, they would ordinarily be spending
19  more money on the cruise than on the airline
20  tickets to get them to the port?
21  A    Correct.
22  Q    About how much more, in your experience?
23  A    I -- I can't really say.  It's -- it
24  varies.  Cruises aren't just a set price.
25  Different cruise lines are at different cost

Page 96

A   Yes.
Q   Which ones are those?
A   One that comes to mind -- but I'm drawing a blank and it's no longer in the system anymore -- was a merger with a publisher. Because I'm just a citizen in general against mergers because I don't think mergers do good for any consumer, regardless of the industry.
Q   I see.
    So is it fair to say you -- you -- strike that.
    Do you think no matter what the industry is, no matter what the context is, mergers are harmful?
    MR. BONSIGNORE:  Objection.
    THE WITNESS:  In a lot of ways, yes.
BY MR. GAFFNEY:
Q   Do you think any merger in the airline industry would be harmful?
A   Do I think any airline merger -- or any merger in the airline industry would be harmful? Yes, I do think so.
Q   Okay.  So if -- strike that.
    Did you hear, at some point in 2022,

Page 97

that Spirit was planning on merging with Frontier?
A   Yes.  That's how I knew about it.
Q   So what do you mean by -- that's how you knew about what?
A   The merger.  It was in -- I don't -- I mean, on papers and -- I heard about the merger.
Q   So just to be clear, I'm asking you about a merger between Spirit Airlines and Frontier Airlines.
A   Oh, no.  I heard Spirit -- oh, no.  Spirit and Frontier in 2022?
    Yes, I do believe I did hear of that. I don't -- I mean, nothing ever came of that.
Q   Did you consider, when you heard about Spirit and Frontier, whether you should bring a lawsuit to block that merger?
    MR. BONSIGNORE:  Objection.
    THE WITNESS:  It was considered.
BY MR. GAFFNEY:
Q   Can you tell me about D'Augusta versus Northwest?
    MR. BONSIGNORE:  Objection; instruct the client not to answer relating to any matters discussed with her counsel.
    MR. GAFFNEY:  That's fair.

Page 98

BY MR. GAFFNEY:
Q   And, Ms. Pulfer, I'll rephrase the question.
    Can you tell me what your purpose was in bringing the case D'Augusta versus Northwest?
A   Well, it was actually a case with Delta and Northwest, and I did not want the two carriers to merge for all of the reasons I've stated a couple, if not several, times today with my belief in what happens and what I've seen with mergers.
    So this was a merger that Delta was merging and taking over Northwest, gobbling them up.  They're not there anymore.
Q   Do you know what the outcome of the case was, D'Augusta versus Northwest?
A   Yes.
Q   What was that?
A   There was a settlement.
Q   And so you agreed in that settlement that you would stop challenging that merger; right?
    MR. BONSIGNORE:  I'm going to object and -- strike that objection.
    Instruct the client not to answer.
    We're subject to a -- as we've discussed in the other depositions, we're

Page 99

subject to a confidentiality agreement. It is our understanding that the -- a confidentiality agreement prevents the clients from discussing the terms of -- and that the orders issued by the JetBlue Court do not impact that confidentiality agreement and order in a way that would allow the witness to testify.
    If we are wrong, then we have agreed to allow the deposition to continue and allow counsel for the defendants to inquire.
    MR. GAFFNEY:  And so -- okay.  So it sounds like you are -- because my understanding from an earlier discussion was that the protective order was what was necessary.  It sounds like that's not the case anymore?
    MR. BONSIGNORE:  Yeah, that is -- I'm not sure what you mean.  I missed that.
    MR. GAFFNEY:  Sure.  And we can talk about it offline.
    MR. BONSIGNORE:  Yeah.
    MR. GAFFNEY:  But my understanding

Page 104

were to stop a merger.
Q Okay. And what merger was Grace versus Alaska to stop?
A Alaska and Virgin Airlines.
Q And did Alaska and Virgin ultimately merge?
A Yes, I believe so.
Q Was there a settlement in that case?
A I don't recall.
Q Okay. As we talked about a little earlier, you've also been a plaintiff -- let me back up.
You've brought, it looks like, six lawsuits in the last 20 years to block airline mergers; right?
A Yes.
Q And today we're here in connection with a lawsuit you're bringing -- your seventh lawsuit to stop an airline merger; right?
A Yes.
Q And in none of the first six cases were you successful in stopping the merger; right?
A That is correct.
Q And what's your goal in bringing this lawsuit?

Page 105

A To stop the merger.
Q Is there anything else you want out of this lawsuit other than to stop the merger?
A No.
Q Is there a price at which you would be willing to settle this lawsuit?
A No.
   MR. BONSIGNORE: Objection.
BY MR. GAFFNEY:
Q So if I offered you $100,000 to settle this lawsuit, you would say "no"?
   MR. BONSIGNORE: Objection.
   THE WITNESS: That is correct.
BY MR. GAFFNEY:
Q You're also a plaintiff in Arcell versus Google, LLC; right?
A Oh, I did forget about that completely. I'm not -- I don't know the status of that right now.
Q Okay. And that's -- that case was active as recently as last year; right?
A Possibly.
Q You're a plaintiff in Bradt versus T-Mobile?
A Yes. I thought that was set -- done. I

Page 106

don't know.
Q And you're right, I should have asked in the past tense.
But you were a plaintiff in Bradt versus T-Mobile?
A Yes.
Q You were or are a plaintiff in the case McCarthy versus Intercontinental Exchange?
A Yes.
Q You were or are a plaintiff in the case of Whalen versus Albertsons?
A Yes.
Q You were or are a plaintiff in the case Prosterman versus American -- excuse me.
You were or are a plaintiff in the case Prosterman versus Airline Tariff Publishing Company?
A Yes.
Q You were or are a plaintiff in the case D'Augusta versus American Petroleum Institute?
A Yes.
Q You were or are a plaintiff in the case D'Augusta versus USDC-CA OAK?
A I don't recall what that actually stands for at the moment.

Page 107

Q Do you recall whether or not you were a plaintiff in that lawsuit?
A There's a good possibility, yes.
Q So it's --
A It's a common -- it's a common theme, it's citizens against mergers. I just don't believe in mergers.
Q And do these cases take up a lot of your time?
   MR. BONSIGNORE: Objection.
   THE WITNESS: They can. But when you believe in something, you go full force.
BY MR. GAFFNEY:
Q About how much of your time does it take up to be part of these lawsuits?
   MR. BONSIGNORE: Objection.
   THE WITNESS: I don't know specifically. Look at the dates. It started in 2008. I can't really say how much time for all of it. It's been spread out over a long period of time.
BY MR. GAFFNEY:
Q So when you participated in these lawsuits, did you ever give declarations or

Page 112

1  A     It would take me, depending on traffic,
2  two and a half -- probably three hours.
3  Q     Oh, that's a while.
4  A     Yeah.
5  Q     So if you go to Paragraph 8, it says:
6  "For example, baggage fees have increased from $30
7  to $50 per bag round trip with lower allotted
8  weights"; right?
9  A     Yes.
10 Q     And that's a harm that you were going to
11 be experiencing from the American and USAir
12 merger?
13 A     Yes.
14 Q     You also write that "change fees have
15 increased from $50 to $150"?
16 A     Yes. At that time, that is what it was.
17 Q     What do you mean by "change fees," by the
18 way?
19 A     Change fees were in place -- when you
20 needed to make a change to an airline ticket, the
21 airlines charged a fee to make the change.
22 Q     Uh-huh. And is that important to you,
23 the -- to have the ability to change your flight?
24       MR. BONSIGNORE:  Objection.
25       THE WITNESS:  Yes. The more

Page 113

1  flexible, the better.
2  BY MR. GAFFNEY:
3  Q     You go on to write: "Frequent Flyer or
4  'free' ticket fees have also increased"; right?
5  A     Yes.
6  Q     And you say: "Pre-reserved seat
7  assignment" -- excuse me.
8        You said: "Pre-reserved seat
9  assignments used to be included with the cost of
10 the ticket.  Now seat fees cost up to $50.
11 Standby fees have also increased"; right?
12 A     Yes. That was all true as of whatever
13 year that was dated.
14 Q     Now, I'd like you to go down to
15 Paragraph 16.
16       You write here: "I used to own
17 UNIGLOBE Professional Travel for approximately
18 13 years before the major airline consolidations";
19 right?
20 A     Yes.
21 Q     "I could no longer remain profitable in
22 the midst of the ever-changing industry which
23 really took off in 2001 when American Airlines
24 purchased TWA, then 2005 was the US Airways and
25 America West merger, following by the 2008 Delta

Page 114

1  and Northwest Airlines merger"; is that right?
2  A     Yeah. That's when all the mergers
3  happened.
4  Q     You then write: "In May 2008, baggage
5  fees started. I was seeing the picture very
6  clearly of what was to come, and closed my office
7  doors on December 31, 2008."
8  A     Yes.
9  Q     Is that right?
10 A     That's what's there, uh-huh.
11 Q     And so you gave this declaration to the
12 Court where you attributed the closure of the
13 travel agency you owned, UNIGLOBE Professional
14 Travel, to consolidation in the airline industry;
15 right?
16 A     That was part of it, and that was a true
17 statement based on that lawsuit, but it wasn't the
18 only reason. And the other reasons weren't
19 relevant to put into something that's based on
20 that lawsuit.
21 Q     Sure.
22 A     I mean, we --
23 Q     But --
24 A     Yeah.
25 Q     You didn't see in this declaration, "One

Page 115

1  of the reasons that I closed my doors was because
2  of consolidation in the airline industry," did
3  you?
4  A     No.
5        MR. BONSIGNORE:  Objection.
6        THE WITNESS:  But maybe my wording
7  is off. People are human. Mistakes can
8  be made if I didn't word it the exact
9  right way.
10 BY MR. GAFFNEY:
11 Q     That's fair enough.
12       But you do -- you would agree with me
13 that Paragraph 16 attributes the closure of your
14 travel agency to consolidation in the airline
15 industry?
16       MR. BONSIGNORE:  Objection.
17       THE WITNESS:  That's how
18 Paragraph 16 reads, but it's not the only
19 reason. It was a reason I put based on
20 that merger.
21 BY MR. GAFFNEY:
22 Q     What do you mean when you say it's "a
23 reason I put based on that merger"?
24 A     Or not that merger. The mergers I had
25 listed. Because the more mergers -- it was --

Page 116

2008 was also a recession year, and people were cutting back on travel, and then they couldn't travel because prices were going up because of all these mergers. It was a combination of things.

So, yes, it played a part, but it wasn't the sole reason. And a lot of the reason was because I wanted to sell and not manage an agency. But, yes, those mergers did play a part.

Q   Understood.

MR. GAFFNEY: Ms. Pulfer and Robert, I think I'm just getting towards the end here.

MR. BONSIGNORE: Okay.

MR. GAFFNEY: Are you comfortable with another short break and I can check my notes and see if there's anything -- anything left to discuss?

MR. BONSIGNORE: Yes.

MR. GAFFNEY: So let's all come back on the record at 4:10, if that works for you, Ms. Pulfer.

THE WITNESS: That's fine.

THE VIDEOGRAPHER: We're going off the record. It's 1:57 p.m.

(Recess from 1:57 p.m. to 2:11 p.m.)

Page 117

THE VIDEOGRAPHER: We are going back on the record. It's 2:11 p.m.

MR. BONSIGNORE: Earlier you testified that you delete emails. Could you please describe what you meant?

MR. GAFFNEY: Mr. Bonsignore, I wasn't finished with my questioning. I apologize.

MR. BONSIGNORE: Oh. Oh, okay. I thought you were done.

MR. GAFFNEY: No. Not at all. And I have no further questions about that, in particular, so...

MR. BONSIGNORE: Okay.

BY MR. GAFFNEY:

Q   Ms. Pulfer, welcome back. Did you speak with anyone other than counsel during the break?

A   No.

Q   Okay. Earlier you testified about -- strike that.

I asked you a little while ago about some cities that you plan to visit; is that right, about whether you plan to visit certain cities?

A   Yes, you did.

Q   I have a few more, if you don't mind.

Page 118

A   Sure.

Q   Do you have any event plans to travel to Aguadilla, Puerto Rico?

A   I'm not familiar with that part of Puerto Rico, so I don't think so.

Q   Do you have any plans to visit Atlanta, Georgia?

A   Yes, I could see myself visiting Atlanta, Georgia.

Q   Do you have any plans as of today to visit Atlanta, Georgia, or is that just somewhere you might go in the future?

A   It's somewhere I might go in the future. Right now, I have so much going on. I know I mentioned my son's wedding coming up. My father also had a triple bypass, so I've got some obligations when I get back to Ohio with him.

I will be traveling a lot while my own health permits, so I know I'll be going to a lot of different places. I just don't have it all mapped out yet.

Q   Okay. And I just -- I have to ask. Austin, Texas?

A   I think highly likely, yes, Austin, Texas.

Q   Okay. What would you be doing there?

Page 119

Just traveling?

A   I really want to explore more of Texas. My future daughter-in-law, her hometown is in Texas, and I like the state, but I haven't seen enough of the state.

Q   Okay. Boston?

A   I had said "no" to that previously when Boston was brought up, but I can see myself going there. I do have a second cousin that lives there that would like for me to come see her and she's getting elderly. So that would be a possibility, yes.

Q   Chicago, Illinois?

A   Yeah, Chicago. I mean, there's a lot of business meetings that happen in Chicago. So I can see that in the future, yes.

Q   Have you traveled -- scratch that.

What -- what business meetings?

A   When I say "business meetings," maybe more like business training sessions. Different suppliers will have different opportunities to come and get additional training.

Even though I went to a travel school many, many years ago, there are many things that I do to keep up on my skills. It isn't a

Page 124

 1  A    I have no plans for that at the moment.
 2  Q    Phoenix, Arizona?
 3  A    There's a high probability of that.  I
 4  like -- I like Arizona.  I've been out to Sedona,
 5  to Flagstaff.  I mean, but to fly into Phoenix, I
 6  would say that could happen in the future, yes.
 7  Q    And, again, you'd be flying from Ohio,
 8  probably, to Phoenix?
 9  A    Probably.
10  Q    Pittsburgh, Pennsylvania?
11  A    I don't really have a plan for Pittsburgh.
12  Q    Tampa, Florida?
13  A    I would say there's a high probability of
14  Tampa with the beaches along that Gulf Coast, yes.
15  Q    And, again, in all likelihood, you would
16  be traveling from Ohio?
17  A    Yes.
18  Q    Washington, DC?
19  A    Possibly.  I've been there a couple of
20  times, but I may go back.  I wouldn't rule it out,
21  but I have no set plan right now.
22  Q    And same question:  Would you likely be
23  traveling from Ohio if you were to go to
24  Washington, DC?
25  A    Yes.

Page 125

 1  Q    Got it.  I went to school in DC, for what
 2  that's worth.
 3  A    Okay.
 4  Q    So just to go back to one discussion we
 5  had a little earlier where we talked about how the
 6  merger would harm you as a travel agent -- and I
 7  just wanted to know whether -- I think you
 8  mentioned that it would -- there would be less
 9  people flying; is that right?
10       MR. BONSIGNORE:  Objection.
11       THE WITNESS:  Yes, there would be
12    customers that may -- that may not be able
13    to afford the trip -- if the airfare cost
14    is a lot higher, it can scratch their
15    vacation plans.
16       And that is so true, because a lot
17    of times families want to travel and they
18    have children and you multiply the cost.
19    So it's not just one airline ticket in a
20    lot of cases.  It's multiple for families,
21    and that is a big deal.
22       So, yes, it would hurt the agency
23    business along with -- whatever hurts
24    consumers is going to hurt the agency.  It
25    kind of goes hand-in-hand with what the

Page 126

 1  consumers are buying.
 2  BY MR. GAFFNEY:
 3  Q    So -- and just beyond the agency, but to
 4  you personally --
 5  A    Uh-huh.
 6  Q    -- is the way that you're harmed from the
 7  merger -- and tell me if I mis- -- if I misstate
 8  anything.  But is the way that you expect to be
 9  harmed from the merger, is that following the
10  merger airline prices will go up; as a result,
11  fewer people will fly; and as a result, you'll
12  make less in commissions and fees?
13  A    Okay.  You had mentioned that this
14  question was about me personally, but then you're
15  mentioning that it's in fees that would be lost.
16  Is this an agency-related question or is this a
17  personal question?
18  Q    So it's a question about you as a travel
19  agent, not --
20  A    A travel agent.
21  Q    -- the entire travel agency.
22  A    Okay.  Repeat the question now that I'm
23  going to think about it with my travel agent hat
24  on.
25  Q    Sure.  And let me see if I can say it a

Page 127

 1  little better.
 2       Is your understanding of how your
 3  business, as a travel -- of how your income will
 4  be hurt -- strike that.
 5       Is your understanding of the harm you
 6  will experience as a travel agent from the JetBlue
 7  and Spirit merger is because prices of airline
 8  tickets will go up, resulting in fewer people
 9  traveling, and then resulting in you receiving
10  fewer fees and commissions from sales that you
11  make?
12       MR. BONSIGNORE:  Objection.
13       THE WITNESS:  Yeah.  Less people --
14    prices will go up, it will affect the
15    general public traveling, and some of the
16    general public may not be able to go on
17    the flights that they would have.  And,
18    yes, it would cut back on business
19    overall, yes.
20  BY MR. GAFFNEY:
21  Q    Are there any other ways, besides what
22  we've talked about today, that you expect that the
23  merger will cause you harm, either as a travel
24  agent or as an individual?
25       MR. BONSIGNORE:  Objection.

Page 128

THE WITNESS: I am sure if I pondered it long enough, I could come up with a lot. But I will totally be honest, it's been close to three and a half hours and my brain is just -- I know -- I know there's going to be a harm there, but I don't know of anything else at this moment.

BY MR. GAFFNEY:
Q    And I apologize for how long it's been today.
    Just as a travel agent, besides what we just talked about, is there anything else you can think of that will cause you harm as a travel agent?
A    Not at this moment.
Q    Okay. And my last question -- and my last couple questions -- and this will be quick.
    Do you know the other plaintiffs in this lawsuit?
A    Do I know them? Do I know them on a personal level? Do I know of them? Do -- how -- what do you mean by that question?
Q    Yeah. Do you -- do you -- do you know them personally?

Page 129

A    I don't know each one of them, like, as a friend personally. I know them. We're all citizens against mergers and have the same common goal and common beliefs.
Q    So you don't socialize them or have Zoom calls with them or talk to them on the phone outside of the presence of counsel?
A    No, not -- rephrase that again. I want to make sure I understand that.
Q    Sure.
    Do you ever speak with them or see them in person outside when your lawyers are not there?
A    No.
Q    Okay.
A    No.
    MR. GAFFNEY: Well, thank you, Ms. Pulfer. I have nothing further. I take it your counsel does, but just before he goes, I want to say thank you very much for your time and your patience today.
    THE WITNESS: You're welcome.
    MR. GAFFNEY: And it was -- and I'm sorry we couldn't all be gardening.

Page 130

EXAMINATION
BY MR. BONSIGNORE:
Q    So I just have a few questions.
    Earlier you testified that you delete email. Please describe what you meant by -- that -- stating that you delete emails.
A    Yes, I do delete emails, and I delete emails that are spam and that have nothing to do with what I need. They're spam emails.
Q    So when you said "emails," it was in the context of spam?
A    Yes.
Q    But you don't delete --
A    Because you can't control what kind of emails pop in your box.
Q    You don't delete every email in your box?
A    No.
Q    Okay. Counsel asked if you plan to fly between certain destinations.
A    Yes.
Q    Do you plan to fly to Miami? Oh, strike that.
A    Yes.
Q    Strike that.
    You have a lot going on in your life

Page 131

right now. You've described a serious health matter in your family and your son's upcoming wedding; is that true?
    MR. GAFFNEY: Objection to form.
BY MR. BONSIGNORE:
Q    Is that true?
A    Yes, that's true.
Q    Do you plan to fly after your son's wedding?
A    Yes.
Q    Do you plan to fly to Miami after your son's wedding?
A    Yes.
Q    Why do you plan to fly to Miami after your son's wedding?
A    Because that area of Florida is a hub for cruises. I like to cruise. I'm not getting any younger, and I do want to travel when I can, while my health permits. And I know I will be going to Miami. I just don't have the date on the calendar yet.
    MR. BONSIGNORE: No further questions.
    THE VIDEOGRAPHER: Is that everything, for the record?