# EXHIBIT 72



DEN ⇄ CMH *1 adult | edit* ●

$0.00 🛒



**ROUND-TRIP**
# FLIGHT SELECT

**($) miles**

**GET MORE FROM YOUR FLIGHT!**
Not a member? Sign up for our
frequent flyer program!

**DID YOU KNOW?**
**Kids can fly free** with Discount Den®
membership on select dates & flights.
Learn More

## Select Departing Flight
Fares shown are total round-trip price per person, taxes & fees included
*GoWild! Fares are priced One-Way per person, taxes & fees included



◀ | ROUND-TRIP **$188** Sat 8/12 | ROUND-TRIP **$178** Sun 8/13 | ROUND-TRIP **$168** Mon 8/14 | **ROUND-TRIP $163 Tue 8/15** | ROUND-TRIP **$158** Wed 8/16 | ROUND-TRIP **$117** Thu 8/17 | ✈ Fri 8/18 | ▶

**LOWEST FARE GUARANTEED**
Join the **DISCOUNT DEN®** club to **save up to $40** on your current trip!

**JOIN THE CLUB**

## Departing Flights
Denver, CO (DEN) to Columbus, OH (CMH)

STANDARD ℹ    DISCOUNT DEN® *Lowest Fare Club* ℹ    GoWild! Pass™ *All-You-Can-Fly* ℹ  



| DEN 8:25 AM ⟶✈⟶ CMH 1:18 PM ⏱ 2 hrs 53 min \| Nonstop \| Flight 766 | ROUND-TRIP ○ $193 | -15% ROUND-TRIP ○ **$163** | not available Learn More |



FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®   🔍

Southwest.com® · Routes · Denver (DEN) to Columbus (CMH)

# Flights from Denver (DEN) to Columbus (CMH)

Book flights from Denver to Columbus with Southwest Airlines®. It's easy to find the Denver International Airport to John Glenn Columbus International Airport flight to make your booking and travel a breeze. Whether you're traveling for business or pleasure, solo or with the whole family, you'll enjoy flying Southwest®. Have flexible travel dates? Plug them into the Low Fare Calendar and see the lowest fares available within your travel window. You may also want to browse Southwest Vacations® to see special offers and package deals on flights, hotels, rental cars, and more.

Explore your options and book your Denver to Columbus flight with Southwest today!

## When you fly Southwest

  **Two bags fly free®**[1]

  **No change**[2] **and no cancel fees**[3]

$  **Flight credits don't expire**[4]

  **Free entertainment**[5,6] **and $8 Internet**[7]

Low fare alert

**Denver, CO** to **Columbus, OH**   departing on **8/22**   | one-way starting at* | **$129**   [ Book now ]

*Restrictions and exclusions apply. Seats and dates are limited. Select markets. 27 travel days available.

## Check out Denver to Columbus flights and book yours now!



## Flight details

**Departing from:**    Denver International Airport (DEN)

| | |
|---|---|
| **Arriving at:** | John Glenn Columbus International Airport (CMH) |
| **Average flight time:** | 2 hours 42 minutes |
| **Distance:** | 1154 miles |

---

## Route information

86$^\dagger$ **Weekly flights**

3$^\ddagger$ **Nonstop flights** per day Monday through Friday

2$^\ddagger$ **Nonstop flights** on Saturday

3$^\ddagger$ **Nonstop flights** on Sunday

**Other popular flights from Denver:**

Baltimore (BWI)                                    Cleveland (CLE)

Cincinnati (CVG)                                   Pittsburgh (PIT)

**View our interactive map**

---

$\dagger$Weekly flights based on DOT published scheduled average flights Monday through Sunday between 8/1/2023 and 8/31/2023. Note: route may not operate every day of the week.
$\ddagger$Nonstop flights based on DOT published scheduled average flights Monday through Sunday between 8/1/2023 and 8/31/2023.

## Travel tips



### Infancy policy

One child over 14 days and under two (2) years of age, not occupying a seat, may be carried free of charge when traveling with an adult (12 years of age or older). Learn more.



### Pet policy

Customers flying with a pet are subject to a pet fare. To learn more about traveling with your furry friend, explore the Southwest® pet policy.



### Unaccompanied minor

Minors under the age of 18 are not permitted to fly unaccompanied on international flights or any itinerary that includes an international flight. Learn more.

## The Southwest travel experience

At Southwest, we know it takes more than great deals on Columbus airfares and convenient scheduling options to make your trip memorable. So from booking to boarding, we offer services and features designed to make your travel from Denver to Columbus the best it can be. Learn more about the Southwest® travel experience before you book your flight from Denver International Airport to John Glenn Columbus International Airport.

Flying with Southwest is simple and fun, no matter which of our dozens of exciting destinations you choose. When you search for your next flight to Columbus, know that you won't be surprised at checkout. Low fares and no hidden fees. That's Transfarency®. And as always, two bags fly free®[1]. Want the latest news, information, and promotional offers from Southwest? Sign up to receive email from us. Book your flight today and know that you'll earn Rapid Rewards® points when you fly.

[1]First and second checked bags. Weight and size limits apply.
[2]Fare difference may apply.
[3]Failure to cancel a reservation at least 10 minutes prior to departure may result in forfeited Travel Funds.
[4]Flight credits unexpired or created on or after July 28, 2022, do not expire and will show an expiration date until our systems are updated. See full details here.
[5]Where available. Available only on WiFi-enabled aircraft. Limited-time offer.
[6]Due to licensing restrictions, on WiFi-enabled international flights, free live TV and iHeartRadio may not be available for the full duration of flight.
[7]Internet access for $8 per device from takeoff to landing. Price is subject to change. May not be available for the full duration of flight. In order to provide a top-notch Internet experience, we prohibit access to certain high-bandwidth applications and websites. We also prohibit access to certain obscene or offensive content.

## Questions we hear the most

| How long is the flight from Denver to Columbus? | ⌄ |
|---|---|

| How many Southwest flights occur weekly from Denver to Columbus? | ⌄ |
|---|---|

Search

| DEN | | CMH |
|-----|--|-----|
| Denver, CO, US | | Columbus, OH, US |

Money

Price shown in:

Aug 15 – Aug 18

**Update**

or  Advanced Search

Sort ⌄   Stops ⌄   Fare Type ⌄   Duration ⌄   Connections ⌄   Refundable fares ⌄   Aircraft ⌄   **Reset all**

# DEPART ON: August 15

ⓘ All fares shown are the total price roundtrip, per person. Additional bag charges may apply. Fare attributes apply to flights operated by United and United Express®. United flights may be listed first.

Site Feedback

| Compare fare types   Show 7-day calendar | Basic Economy (most restrictive) | Economy | Economy (fully refundable) | Economy Plus (extra legroom) | Business/First |
|---|---|---|---|---|---|
| **NONSTOP** 10:53 AM  3:47 PM DEN ------- 2H, 54M ------- CMH UA 1168 (Boeing 737-800) ⌄ Details  ⌄ Seats  137 kg $CO_2$ ⑦ | Not available | Roundtrip **$377** United Economy (S) | Roundtrip **$462** United Economy (S) | Roundtrip **$553** United Economy (S) | Roundtrip **$1,057** United First (Z) |



| | | | | | |
|---|---|---|---|---|---|
| **RECOMMENDED** ? **NONSTOP FLIGHT**<br>6:05 PM — 10:59 PM<br>DEN ------- 2H, 54M ------- CMH<br>UA 1191 (Boeing 737-800)<br>⌄ Details ⌄ Seats 137 kg CO₂ ? | Roundtrip<br>**$178**<br><br>United Economy (N) | Roundtrip<br>**$228**<br><br>United Economy (K) | Roundtrip<br>**$298**<br><br>United Economy (K) | Roundtrip<br>**$404**<br><br>United Economy (K) | Roundtrip<br>**$804**<br><br>United First (P) |
| **1 STOP**<br>1:36 PM — 8:37 PM<br>DEN ------- 5H, 1M ------- CMH<br>ORD — 1H<br>Includes Travel Operated by Republic Airways dba United Express<br>⌄ Details ⌄ Seats 210 kg CO₂ ? | Not available | Roundtrip<br>**$619**<br><br>United Economy (H) | Roundtrip<br>**$719**<br><br>United Economy (H) | Roundtrip<br>**$817**<br><br>United Economy (H) | Roundtrip<br>**$1,648**<br><br>United First (C) |
| **1 STOP**<br>6:00 AM — 1:03 PM<br>DEN ------- 5H, 3M ------- CMH<br>ORD — 1H, 8M<br>⌄ Details ⌄ Seats 182 kg CO₂ ? | Roundtrip<br>**$188**<br><br>United Economy (N) | Roundtrip<br>**$238**<br><br>United Economy (K) | Roundtrip<br>**$308**<br><br>United Economy (K) | Roundtrip<br>**$436**<br><br>United Economy (K) | Roundtrip<br>**$813**<br><br>United (P) |
| **RECOMMENDED FLIGHT** ? **1 STOP**<br>4:35 PM — 11:40 PM<br>DEN ------- 5H, 5M ------- CMH<br>ORD — 1H, 19M<br>⌄ Details ⌄ Seats 225 kg CO₂ ? | Roundtrip<br>**$188**<br><br>United Economy (N) | Roundtrip<br>**$238**<br><br>United Economy (K) | Roundtrip<br>**$308**<br><br>United Economy (K) | Roundtrip<br>**$436**<br><br>United Economy (K) | Roundtrip<br>**$813**<br><br>United First (P) |
| **1 STOP**<br>9:43 AM — 5:24 PM<br>DEN ------- 5H, 41M ------- CMH<br>ORD — 1H, 49M<br>⌄ Details ⌄ Seats 206 kg CO₂ ? | Not available | Roundtrip<br>**$478**<br><br>United Economy (V) | Roundtrip<br>**$568**<br><br>United Economy (V) | Roundtrip<br>**$676**<br><br>United Economy (V) | Roundtrip<br>**$2,638**<br><br>United First (J) |

Site Feedback