# EXHIBIT 73

```
 1
                    UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MASSACHUSETTS

 3   GABRIEL GARAVANIAN, ET AL.    )
                                   )
 4              PLAINTIFFS,        )
                                   )
 5   VS.                           )
                                   ) CASE NO. 1:23-CV-10678-WGY
 6   JETBLUE AIRWAYS               )
     CORPORATION AND SPIRIT        )
 7   AIRLINES, INC.,               )
                                   )
 8              DEFENDANTS.        )

 9

10

11

12

13              REMOTE VIDEO DEPOSITION
                   OF BILL RUBINSOHN
14              TUESDAY, JUNE 13, 2023

15

16

17

18

19

20

21

22

23

24      Reported By:
        Allison M. Hall, RDR, CRR, CSR
25
```

| | |
|---|---|
| 1 | June 13, 2023 |
| 2 | 9:07 a.m. |
| 3 | Video deposition of BILL RUBINSOHN, |
| 4 | held remotely via Zoom before Allison |
| 5 | Hall, a Registered Diplomate Reporter, |
| 6 | Registered Merit Reporter, Certified |
| 7 | Realtime Reporter, and Certified |
| 8 | Shorthand Reporter and Notary Public. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1          A P P E A R A N C E S:

 2

 3          ON BEHALF OF PLAINTIFFS:

 4          BONSIGNORE TRIAL LAWYERS, PLLC
              ROBERT J. BONSIGNORE, ESQUIRE
 5            GEORGE OMAR KOURY, ESQUIRE
                23 Forest Street
 6              Medford, Massachusetts 02155
                Phone: 781-856-7650
 7              E-mail: rbonsignore@classactions.us

 8          ON BEHALF OF JETBLUE AIRWAYS CORPORATION:

 9          COOLEY LLP
                ZACH SISKO, ESQUIRE
10              500 Boylston Street
                Fourteenth Floor
11              Boston, Massachusetts  02116
                Phone: 617-937-2368
12              E-mail: zsisko@cooley.com

13

            COOLEY LLP
14              MATT NGUYEN, ESQUIRE
                1299 Pennsylvania Avenue NW
15              Suite 700
                Washington D.C.  20004
16              Phone: 202-728-7123
                E-mail: mnguyen@cooley.com
17
            ON BEHALF OF SPIRIT AIRLINES:
18
            PAUL WEISS
19              COLE A. RABINOWITZ, ESQUIRE
                535 Mission Street
20              Twenty-fourth Floor
                San Francisco, California  94105
21              Phone: 212-373-3956
                E-mail: crabinowitz@paulweiss.com
22
       ALSO PRESENT:
23
       Alex Held, Video Specialist
24

25
```

Page 17

the country after Thomas Cook & Son.
    I became a front office salesperson. I met with people as they walked in the door and discussed trips with them and booked trips with them.
    Later on, I became the manager. Later on, I became a partial stockholder. Eventually, we -- I -- I bought the entire company and -- or the -- the majority stock.
    We merged with another company in 1990, and that, in my opinion, didn't go so well, so I opened a new company in 1992 as the sole stockholder and president. And that's where we are right now.
    Q. What's --
    A. We had to close our -- we had to close our office due to the -- our physical office due to the pandemic, and now everybody in the company works from home virtually.
    Q. What -- what's the name of your current company?
    A. Rubinsohn Travel.
    Q. Okay. So, Mr. Rubinsohn, you've never worked for an airline, correct?

Page 18

    A. Correct.
    Q. And you've never worked for Spirit?
    A. Nope. My wife worked for an airline.
    Q. What airline did she work for?
    A. Pan Am.
    Q. Pan Am? And it's fair to say you've never worked for JetBlue either?
    A. That is correct.
    Q. Okay. So let's talk a little bit about Rubinsohn Travel. How many customers does Rubinsohn Travel work with in a typical month?
    A. 75 to 100 --
    Q. And --
    A. -- at this stage. If you want to go back 10 years, it would be more like a thousand.
    Q. And how do you typically get clients for Rubinsohn Travel?
    A. We have a website. We market through our consortium, which is called Signature Travel Network. They do all of our advertising. And we have clients that

Page 19

we've had for many, many years.
    Q. Before we get into the nitty-gritty of Rubinsohn Travel, I want to circle back. You said Signature Travel Network. Could you describe for me what that is?
    A. That is a consortium of travel companies individually owned by each agency that does our marketing and negotiates deal -- structured deals with hotels and airlines, tour operators for the benefit of our customers.
    Q. About how many agencies are a part of Signature Travel Network?
    A. 250.
    Q. 250 total?
    A. Yes.
    Q. Okay. And don't -- strike that.
    Does Rubinsohn Travel -- excuse me -- does Rubinsohn Travel typically work with business travelers or leisure travelers?
    A. Both, but at this point in our history, it's probably 85 percent leisure.
    Q. And are those primarily luxury

Page 20

leisure clients, people looking for luxury vacations?
    A. I would say that probably 70 percent of our leisure clients are luxury clients, yes.
    Q. How would you define a luxury client?
    A. People who are willing to spend $500 a night for a hotel room with no meals.
    Q. Are there any other aspects that would make somebody a leisure client?
    A. They want -- they may want a private car transfer. They may want private car sightseeing. They may want to fly business class rather than economy class.
    They historically do not go -- I don't even know what I was going to say -- by train to New York. They will fly somewhere.
    Remember, I'm in Philadelphia, so when I say by train to New York or drive to New York, that's an hour. It's not like going to Florida.
    Q. Right. I understand this might be a broad question, but typically where are

Page 41

A. Last 15 years.
Q. How many flights would you say you've booked in the last 15 years? Booked for customers, that is.
A. In the last 15 years?
Q. Yeah.
A. 25,000.
Q. So 228 of those 25,000, give or take, were Spirit flights?
A. Yes.
Q. Okay.
A. But understand there is -- there is an issue here also because Spirit was not in Apollo, so I have no record of what we actually booked online for our customers with Spirit. It's only in the last couple of years that Spirit has come online that we can do it.
Q. I see.
A. So it could be -- I'm guessing it's significantly higher.
Q. And about when did Spirit become available on Apollo?
A. I would guess about three years ago.

Page 42

Q. Okay. And, Mr. Rubinsohn, did you just refer to any notes to give me that number 228?
A. I did not refer to a note. It was something I looked up the other day.
Q. Okay. Have you ever received any complaints from your customers about particular airlines?
A. Of course. That's -- really? You ask that question?
Q. Yeah, we'll narrow it down. Don't worry about it.
Are there any particular airlines you receive complaints about more frequently?
A. Well, I got a major one two days ago on British -- about British Air.
Q. What's the -- I understand this is a broad question, but generally what type of complaints do customers bring to you about airlines?
MR. BONSIGNORE: Objection.
THE WITNESS: Canceled flights and no protection.
Q. (By Mr. Sisko) Is that the biggest

Page 43

complaint?
A. Absolutely.
Q. How about particular complaints about American?
MR. BONSIGNORE: Objection.
THE WITNESS: Specifically on American? No. I don't know. I don't remember any specifically.
Q. (By Mr. Sisko) Same question for Delta.
MR. BONSIGNORE: Objection to the form.
THE WITNESS: Same answer.
Q. (By Mr. Sisko) Any particular complaints regarding United?
MR. BONSIGNORE: Objection to the form.
THE WITNESS: Same answer. I do have an ongoing thing with United, but I don't see where that's relevant.
Q. (By Mr. Sisko) An ongoing -- in the course of your work as -- at Rubinsohn Travel, you have an ongoing thing?
A. For a client.
Q. Okay. I think we can leave that

Page 44

one aside.
Does Rubinsohn Travel charge service fees on a per-flight-booked basis?
A. What is per flight? You mean if a flight goes --
Q. Do you charge a service fee --
A. -- from St. Louis, Dallas, Miami, Philadelphia, that's four flights, and do I charge for each flight? Is that the question?
Q. I'm trying to understand --
MR. BONSIGNORE: Objection to the form.
Q. (By Mr. Sisko) On what basis -- how do you calculate the service fees you charge to customers?
A. On an air ticket, we charge $40 for the entire ticket.
Q. Regardless of whether it's nonstop or if there's connecting flights?
A. Right.
Q. Okay. So it's not based on the cost of the flight in any way?
A. Nope.
Q. Okay. And it's not based on the

Page 49

    MR. BONSIGNORE: Objection.
Q. (By Mr. Sisko) Do you own stock in any other travel-related companies?
A. What do you consider a travel-related company?
Q. Companies that provide travel-related services to customers. So you could say, a couple of examples, you know, Expedia or Google Flights, you know, things like that.
A. No.
    MR. BONSIGNORE: Objection.
    MR. SISKO: Okay. We've been going a little under an hour, and I just want to get a little organized here.
    Is this an okay time to take a break for everybody?
    MR. BONSIGNORE: Okay.
    THE WITNESS: Sure. How long?
    MR. SISKO: Say, 10 minutes?
    THE WITNESS: Okay.
    THE VIDEOGRAPHER: The time is 9:57 a.m. Off the record.
    (THEREUPON, a recess was taken.)
    THE VIDEOGRAPHER: We are back on

Page 50

the record. The time is 10:12 a.m.
    MR. SISKO: Thank you.
Q. (By Mr. Sisko) Mr. Rubinsohn, welcome back.
    Did you confer with anyone other than your counsel regarding your testimony during the break?
A. No.
Q. Okay. I want to just circle back on a couple of things about Rubinsohn Travel. Could you clarify for me, how many advisors does Rubinsohn Travel have?
A. Fourteen.
Q. And the majority of those are based in Philadelphia?
A. Yes.
Q. Is that the total number of employees at the company, 14?
A. Yes.
Q. I'm assuming that includes yourself?
A. Yes.
Q. Okay. And you -- you testified earlier that Rubinsohn Travel gets a flat fee for booking airline travel, correct?

Page 51

A. Yes.
Q. And that's $40 per flight, regardless of nonstop or connecting?
A. Per booking.
Q. Per booking? So regardless of which airline you book your customers on, you get the same amount, that $40, for every flight booked?
A. Yes.
Q. Okay. And you testified earlier that approximately 75 percent of your customers book flights with American?
A. Yes.
Q. And you testified earlier that of the 25,000 flights you've booked in your career, only 228 of those were with Spirit; is that right?
A. Only 228 were booked in my GDS.
Q. Okay. So in what way would the pending merger between JetBlue and Spirit impact your business?
    MR. BONSIGNORE: Objection.
    THE WITNESS: Pending merger between JetBlue and Spirit will eliminate what amounts to a low-cost airline flying

Page 52

out of, in our particular case, Philadelphia, which, because of its prices, has made other airlines put aside less expensive seats so that they can match or pretend to match the cost of the low-cost carrier.
    I'm sorry. I have something in my throat.
Q. (By Mr. Sisko) No problem. Maybe my question wasn't clear.
    I'm asking in what way the merger would impact your business which receives $40 for every flight booking, regardless of which airline that flight is.
    MR. BONSIGNORE: Objection. Calls for a legal conclusion.
Q. (By Mr. Sisko) You can answer.
A. Again, that the -- the number of people that we book will probably go down if the prices of the air tickets go up.
Q. But you don't know that for sure?
A. No. I --
    MR. BONSIGNORE: Objection.
    THE WITNESS: -- I don't -- nope. That's correct.

Page 57

1  (THEREUPON, a brief pause.)
2  MR. BONSIGNORE: Counsel, do you
3  want to direct his attention to
4  something?
5  MR. SISKO: I was just giving him
6  time to review, but if --
7  MR. BONSIGNORE: Yeah, it's
8  scrolling pretty fast.
9  MR. SISKO: He's controlling the
10 document.
11 MR. BONSIGNORE: Yeah.
12 Q.  (By Mr. Sisko) Mr. Rubinsohn, if
13 you scroll to the last page of this
14 document, you'll see a verification.
15 A.  Yes. Okay. The answer is yes.
16 Q.  Okay. And that's your signature,
17 correct?
18 A.  Correct.
19 Q.  Okay. If you could scroll back up
20 to page 7 of this document.
21 A.  I don't see page numbers.
22 MR. BONSIGNORE: They're at the
23 bottom.
24 MR. SISKO: Or, excuse me, page 8
25 of this document. My -- my apologies.

Page 58

1  THE WITNESS: Page 8?
2  Q.  (By Mr. Sisko) Yep. And that's
3  response -- right there. Response No. 3.
4  A.  Okay.
5  Q.  Do you understand that this
6  interrogatory response is asking for
7  information about any airline loyalty
8  programs that you are a part of?
9  A.  It's not scrolling. I can't see
10 it. Yes.
11 Q.  Okay. So I just want to walk
12 through these very quickly.
13 Mr. Rubinsohn, is it true that
14 you're an executive platinum member of
15 American Airlines' loyalty program?
16 A.  Yes.
17 Q.  And you're a gold member of Delta
18 Air Lines' loyalty program?
19 A.  Yes.
20 Q.  Are you a basic member of United
21 Airlines' loyalty program?
22 A.  Yes.
23 Q.  A gold member of Qatar Airlines'
24 loyalty program?
25 A.  Yes.

Page 59

1  Q.  Do you own an American Airlines
2  Mastercard?
3  A.  Yes.
4  Q.  And an American Airlines credit
5  card issued by Citibank?
6  A.  Yes.
7  Q.  And a American Express Delta
8  Air -- Delta Air Lines credit card; is that
9  correct?
10 A.  Yes, that is correct.
11 Q.  Is it fair to say that you're a
12 frequent user of American Airlines flights?
13 A.  Yes.
14 Q.  And you also have loyalty programs
15 for United, as we see here, correct?
16 A.  Yes.
17 MR. BONSIGNORE: Objection.
18 Q.  (By Mr. Sisko) You're also a part
19 of Delta Air Lines' loyalty program,
20 correct?
21 A.  Yes.
22 Q.  You're not a member of any JetBlue
23 loyalty programs; is that correct?
24 A.  Yes.
25 Q.  And, in fact, you've never flown

Page 60

1  on JetBlue before, have you?
2  A.  Correct.
3  Q.  You're also not a member of
4  Spirit's loyalty program, correct?
5  A.  Correct.
6  Q.  And, in fact, you've also never
7  flown on a Spirit flight; is that correct?
8  A.  Correct.
9  Q.  Okay. Do you ordinarily -- strike
10 that.
11 When you're booking flights, do
12 you typically use the associated loyalty
13 programs? So, for example, for American,
14 would you book it through your loyalty
15 program so you get the points and all of
16 that?
17 MR. BONSIGNORE: Objection.
18 THE WITNESS: Is this personal?
19 Q.  (By Mr. Sisko) For you personally,
20 yes.
21 A.  The vast majority of my trips are
22 booked directly in my GDS.
23 Q.  Do you use points to pay for
24 flights?
25 A.  I have done that.

Page 73

1  Q.  Those are -- those correspond to
2  different airlines, correct?
3  A.  Yes.
4  Q.  So AA is American Airlines?
5  A.  Yes.
6  Q.  DL is Delta?
7  A.  Yes.
8  Q.  US is United?
9  A.  US Air.
10 Q.  Oh, I'm sorry.  US Air.
11     UA is United, correct?
12 A.  UA is United.
13 Q.  F9 is Frontier?
14 A.  Yes.
15 Q.  AK is Alaska?
16 A.  Yes.
17 Q.  And the only other one I wanted to
18 ask you about is what -- what airline code
19 is FR?
20 A.  I don't know.  I'd have to look it
21 up.
22 Q.  Okay.  So if you scroll down on
23 this document, so there's a couple examples
24 right in front of you.  These are -- the
25 last five entries in this table have FR as

Page 74

1  the vendor code.
2      Do you see that?
3  A.  Yes.  I -- I do know what they
4  are.
5  Q.  What is -- what is that?
6  A.  Okay.  We have a -- a arrangement
7  that -- with another travel -- remember I
8  told you about Sky Bird and I told you about
9  PTS?  I forgot we also have one with Frosch.
10 And in this particular case, FR is Frosch,
11 where we wrote the tickets with them because
12 they had a discounted airfare.
13 Q.  So the FR here is not referring to
14 an airline; it's referring to a consolidator
15 called Frosch?
16 A.  Correct.
17 Q.  Okay.  And do you know why Frosch
18 would be appearing as the vendor?
19 A.  Because in -- because when we
20 write the ticket and it comes across, we
21 want to know actually that it came from --
22 that we didn't physically issue it; that it
23 was issued by somebody else.  And in this
24 particular case it was Frosch.
25     And, unfortunately, there's no

Page 75

1  place to put it except in the vendor code.
2  So in this particular case, Detroit-Philly,
3  instead of reading American -- or AA or
4  Delta, it says Frosch because we wrote the
5  ticket in them.
6  Q.  Okay.  So it's not -- just -- it's
7  not clear from this exhibit what airlines
8  you actually flew on for these Frosch-booked
9  tickets?
10 A.  Correct.
11 Q.  Okay.  You can scroll through as
12 much as you'd like, but I -- I'll represent
13 to you that there's no mention of JetBlue on
14 this list.
15     Is that fair?
16 A.  Yes.
17 Q.  And the same is true of Spirit.
18 There's no Spirit flights on this list,
19 correct?
20 A.  Yes.
21 Q.  And consistent with what you
22 testified earlier, in the last eight years,
23 you've taken no JetBlue flights?
24 A.  Yes.
25 Q.  And you've taken no Spirit flights

Page 76

1  in the last eight years?
2  A.  Yes.  Aren't those four questions
3  the same?
4  Q.  I don't think they are, but --
5  A.  Okay.
6  Q.  -- we can agree to disagree.
7      So in your four decades as a
8  travel agent, you've never once flown Spirit
9  or JetBlue?
10 A.  Yes.  Correct.
11 Q.  Okay.  So I want to look a little
12 bit more closely at the flights themselves.
13 And, again, feel free to scroll through
14 as -- as you're answering.
15     There's only one flight to Boston
16 on this list; is that correct?
17 A.  If -- if that's all it says here,
18 then yes.
19 Q.  If you scroll up, that flight was
20 on 2/26 -- or was booked, excuse me, on
21 2/26/15.  It is the third one -- third row.
22 A.  Okay.  Actually, that flight
23 wasn't to Boston, it was home from Boston.
24 Q.  Okay.  I'm looking at the
25 departure Philly and then destination Boston

Page 93

Q. You don't know how much you pay a month for Apollo?
A. No.
Q. Okay. How is Apollo -- how are the flights populated in Apollo, if you know?
A. What do you mean by "populated"?
Q. Do you know how Apollo gathers the data on flights that it provides to you?
A. I have no idea how they do it, no.
Q. Do you know how frequently Apollo is updated?
A. My understanding is instantly.
Q. So your understanding is that when an airline updates its rates for flights, Apollo is instantly updated?
A. Yes.
Q. Okay. And are you aware of any discounts on fares -- or any other changes to flights that are available only to Apollo users?
A. No.
Q. Okay. Do you know whether Apollo provides the same rates that the airline charges by selling -- well, excuse me --

Page 94

strike that. That was not a good question.
Are the rates provided by Apollo the same as those offered directly by the airlines?
A. I hope so.
Q. You don't know for sure?
A. I don't know for sure.
Q. Okay. Let's talk a little bit again about the service fee that Rubinsohn Travel takes for booking a customer's flight.
We -- we've discussed at length that's a $40 fee per flight booked, correct?
A. Per booking.
Q. Per booking. And I think you testified earlier that you received some percentage commission in the past couple weeks. Could you describe that for me again?
A. Bahamas Air paid us a commission on a ticket that we wrote to Nassau.
Q. Do you know why you received that commission?
A. Obviously, Bahamas Air is paying everybody that commission.

Page 95

Q. Do you know that for sure, that they're paying everybody?
A. Well, if they're paying little us, then they should -- and we're not little, but we're not big like American Express or somebody like that.
So if they're paying us, they must be paying everybody.
Q. Are you aware of any other commissions that you've received -- strike that.
Actually, let me ask this: Does -- does Bahamas Air pay consumers a commission?
A. No.
Q. So that commission is only provided to travel agents --
A. Yes.
Q. -- who book certain Bahamas Air?
A. Yes.
Q. Okay. And are you aware of any other commissions you've received from any airline other than what we were just describing with Bahamas Air?
A. I'm not aware of any commissions

Page 96

that we've received from any airline other than Bahamas Air.
Q. What is the total revenue for the last year for Rubinsohn Travel?
A. I don't know.
MR. BONSIGNORE: Objection. Relevancy.
Q. (By Mr. Sisko) You don't know how much money your business made last year?
A. Oh, I know how much money we made last year. I don't see why that's relevant.
Q. I'm entitled to your answer.
A. We made $30,000 profit.
Q. And what was the total revenue?
A. That, I don't know.
Q. And you testified earlier that the $40 service fees that you take for flight bookings is a small part of your overall revenue, correct?
A. Correct.
Q. Do you know what percentage of your overall revenue it is?
A. I -- if I had known you wanted to know those things, I would have printed out an accounting report. I don't know that off

Page 97

the top.
Q. I don't need you to confer with any notes or anything like that. I'm asking for your estimate, if you know, of what percentage of your total revenue is comprised of service fees for flight bookings.
A. Less than 2 percent.
Q. We talked a little bit about the airlines that you've traveled on, and I believe you mentioned that you've taken a Frontier flight to Detroit; is that correct?
A. Correct.
Q. Have you taken any Frontier flight -- well, when was the last time you took a flight on Frontier?
A. I don't know. Actually, it was on that sheet that we had up before.
Q. Do you know approximately how long ago that was?
A. Probably four years, because they ceased that flight between Trenton and Detroit.
Q. Does Frontier operate at Philadelphia International Airport?

Page 98

A. Yes.
Q. Okay. Is there a reason you don't fly Frontier out of Philadelphia International Airport?
A. It doesn't go to Detroit.
Q. That's the only destination you would fly to on Frontier?
    MR. BONSIGNORE: Objection.
    THE WITNESS: Again, we're going -- I mean, all of your carriers that we're dealing with are in the same boat. I -- they come up against American. If American is -- is going that schedule, then I will fly them first.
Q. (By Mr. Sisko) Okay. All right. Let's move on to a new topic.
    Mr. Rubinsohn, do you have any plans to fly JetBlue --
A. No.
Q. -- in the near future?
A. Nope.
Q. Why not?
A. I don't have any plans to fly anybody right now except going to Hawaii.

Page 99

Q. Are you taking American to Hawaii?
A. Yes.
Q. So you don't have any plans to fly Spirit in the near future either?
A. Correct.
    MR. BONSIGNORE: Objection.
Q. (By Mr. Sisko) What future travel do you have booked other than your flight to Hawaii that you just mentioned?
A. I'm going to Vietnam in February.
Q. Do you have tickets booked for that?
A. Yes.
Q. On what airline?
A. Qatar.
Q. Any other flights in the -- coming up for you?
A. Nothing booked.
Q. So just that flight to Vietnam and the flight to Hawaii?
A. Yes.
Q. Okay. And we've talked at length that you've never flown Spirit or JetBlue?
A. Yes.
Q. And you have no plans to fly

Page 100

JetBlue or Spirit in the near future?
    MR. BONSIGNORE: Objection.
    THE WITNESS: I have no plans to fly anybody except the two I told you about.
Q. (By Mr. Sisko) So given that you've never flown Spirit or JetBlue, how would the proposed merger affect your personal travel?
A. Personally?
Q. Yes.
A. The only effect is what -- if Spirit is gone, then the American Airlines price will probably go up.
Q. And, again, you don't know that for sure?
A. I don't know if it's going to --
    MR. BONSIGNORE: Objection.
    THE WITNESS: -- be raised tomorrow.
Q. (By Mr. Sisko) But you typically fly American anyway, right? That's your preferred airline?
    MR. BONSIGNORE: Objection. Mischaracterizes the witness' testimony.