# EXHIBIT 82

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
   GABRIEL GARAVANIAN, et al.,        )
 3                                    )
           Plaintiffs,                )
 4                                    )
   v.                                 ) Case No.
 5                                    ) 1:23-cv-10678-WGY
   JETBLUE AIRWAYS CORPORATION and    )
 6 SPIRIT AIRLINES, INC.,             )
                                      )
 7         Defendants.                )

 8

 9
              ********************************
10       REMOTE VIDEOTAPED DEPOSITION OF
                CLYDE DWAYNE STENSRUD
11                 June 22, 2023
              ********************************
12

13

14         CLYDE DWAYNE STENSRUD, produced as a witness

15    at the instance of the Defendants, was duly sworn

16    and deposed in the above-styled and numbered cause

17    on June 22, 2023, from 2:03 p.m. to 3:48 p.m. PST,

18    stenographically reported remotely, pursuant to

19    the Federal Rules of Civil Procedure and the

20    provisions stated on the record.

21

22

23    Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
                     Texas CSR 9306
                     California CSR 14407
24                   Illinois CSR 084.004659

25
```

Deposition of Clyde Dwayne Stensrud

```
 1              A P P E A R A N C E S

 2      (all attendees appearing via remote videoconference)

 3

 4    REPRESENTING THE PLAINTIFFS:

 5     Mr. Robert J. Bonsignore
       BONSIGNORE TRIAL LAWYERS
 6     193 Plummer Hill Road
       Belmont, New Hampshire  03220
 7     (702) 852-5276

 8

 9    REPRESENTING THE DEFENDANTS:

10     Mr. Zach Sisko
       COOLEY, LLP
11     500 Boylston Street
       Boston, Massachusetts  02116
12     (617) 937-2300
       zsisko@cooley.com
13

14    THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15     Mr. Alex Held

16

17

18

19

20

21

22

23

24

25
```

Page 12

1  A    Yes.
2  Q    Did you meet with your counsel?
3       MR. BONSIGNORE:  You can answer
4  that question.
5       THE WITNESS:  No.
6  BY MR. SISKO:
7  Q    No conversations with him prior to this
8  deposition?
9       MR. BONSIGNORE:  Yes or no.
10      THE WITNESS:  Yeah, I did not meet
11 with him, but we did have a conversation.
12 BY MR. SISKO:
13 Q    Okay.  Is it a telephone conversation?
14      MR. BONSIGNORE:  You can answer
15 that.
16      THE WITNESS:  Yes.
17 BY MR. SISKO:
18 Q    Okay.  Did you review any documents prior
19 to this deposition?
20 A    Yes.
21 Q    Which documents did you review -- well,
22 strike that.
23      Did you review those documents in the
24 presence of counsel?
25 A    No.

Page 13

1  Q    Which documents did you review?
2  A    The complaint.
3  Q    Anything other than the complaint?
4  A    My answer to interrogatory.
5  Q    Okay.  Anything else?
6  A    No.
7  Q    Great.
8       Okay.  Mr. Stensrud, could you give
9  me, just very briefly, your educational background
10 after high school?
11 A    Yes.  A four-year bachelor degree in
12 engineering.
13 Q    From which university?
14 A    University of Washington.
15 Q    The one in Washington state, I assume?
16 A    Seattle.
17 Q    Seattle.  Okay.
18      And are you currently employed?
19 A    Self-employed.
20 Q    What do you do for work?
21 A    Construction.
22 Q    Do you -- tell me a little more about
23 that.  Do you own a construction company?
24 A    Yes.
25 Q    Is that construction company also in

Page 14

1  Seattle?
2  A    Kirkland.
3  Q    Kirkland.
4  A    Outside of Seattle.
5  Q    How long have you -- what's the name of
6  your construction company?
7  A    It's Stensrud Construction Services.
8  Q    How long have you owned it?
9  A    Well, since 2002, approximately.
10 Q    What do you do at -- tell me about your
11 day-to-day work as the owner of Stensrud
12 Construction Services.
13 A    I manage work -- and primarily the work
14 we're doing in the last several years is
15 to resurface and repair sport court tennis courts.
16 And that's the primary work we've been doing
17 recently.
18 Q    Prior to 2002, what did you do for work?
19 A    I was a project engineer for a
20 construction company as -- as an employee of that
21 company.
22 Q    Which company was that?
23 A    It was called -- it was called Osberg
24 Construction.
25 Q    And maybe I can backstop this a little

Page 15

1  bit.
2       Mr. Stensrud, have you been in the
3  construction business for your entire career?
4  A    Yes.
5  Q    I'm sorry.  Was that a "yes"?
6  A    Yes.
7  Q    Okay.  Have you ever worked as a travel
8  agent?
9  A    No.
10 Q    Have you ever owned, wholly or partially,
11 any part of a travel agency?
12 A    Yes.
13 Q    Which travel agency is that?
14 A    ETC Holdings.
15 Q    ETC Holdings is the name of the travel
16 agency?
17 A    It has a d/b/a as well.
18 Q    Which is what?
19 A    Executive Travel Consultants.
20 Q    How long have you been a -- well, strike
21 that.
22      What ownership interest do you have in
23 Executive Travel Consulting?
24 A    I am the sole owner.
25 Q    And how long has Executive Travel

Page 16

1  Consulting been in existence?
2   A    Approximately 1970- -- 1978.
3   Q    Have you been the sole owner of Executive
4  Travel Consulting for that entire period?
5   A    No.
6   Q    When did you purchase it?
7   A    Well, I started out as a partial owner in
8  about 1980, to the best of my recollection.  I
9  don't know.
10  Q    When did you take on full ownership?
11  A    Maybe 1997.
12  Q    Who had partial ownership -- strike that.
13       Who held a partial ownership interest
14  prior to you owning all of Executive Travel
15  Consulting?
16  A    My father and my sister.
17       (Reporter clarification.)
18 BY MR. SISKO:
19  Q    So it's a family company?
20  A    Yes.
21  Q    Did your father work as a travel agent?
22  A    No.
23  Q    Did your sister work as a travel agent?
24  A    Yes.
25  Q    But you, sir, you never worked as a travel

Page 17

1  agent; correct?
2   A    Correct.
3   Q    Okay.  Let's talk a little bit about
4  Executive Travel Consulting.
5       How much did you purchase -- when you
6  purchased Executive Travel Consulting, how much
7  did you pay for it?
8   A    I don't recall.
9   Q    In 1997, when you purchased -- did you
10  purchase the -- Executive Travel Consulting from
11  your father?
12  A    And my sister.
13  Q    You bought out both of their interests?
14  A    Yes.
15  Q    And was it a three-way split between you,
16  your father, and your sister prior to 1997?
17  A    Yes.
18  Q    And you can't recall how much you paid for
19  your father and your sister's ownership interest?
20  A    I don't recall.
21  Q    What was the total -- strike that.
22       How many customers does Executive
23  Travel Consulting work with in a given year?
24  A    [Inaudible].
25  Q    I'm sorry.  I missed your answer.

Page 18

1   A    I don't know.
2   Q    Perhaps a better question:  How involved
3  in the day-to-day operations of Executive Travel
4  Consulting are you?
5   A    Zero.
6   Q    You have no oversight of any of the
7  operations of Executive Travel Consulting?
8   A    That's correct.
9   Q    Okay.  Who manages -- well, strike that.
10       How many employees does Executive
11  Travel Consulting have?
12  A    I don't know.
13  Q    You don't know?
14  A    No, I -- no.
15  Q    Who is the manager of Executive Travel
16  Consulting?
17  A    Angie Darby.
18  Q    Sorry.  That was -- could you just --
19  could you spell that name for me?
20  A    A-n-g-i-e, and the last name is D-a-r-b-y.
21  Q    Okay.  How long has Ms. Darby worked for
22  Executive Travel Consulting?
23  A    Approximately 30 years.
24  Q    Has she been the manager the entire time?
25  A    No.

Page 19

1   Q    Who was the manager prior to her?
2   A    Kathy -- I can't recall the last name
3  right now.
4   Q    Okay.  How long has Ms. Darby been the
5  manager?
6   A    Approximately 20 years.
7   Q    Do you speak with Ms. Darby regularly
8  about Executive Travel Consultants?
9   A    No.
10  Q    How often do you speak with her about
11  Executive Travel Consultants?
12  A    Maybe once every three months.
13  Q    Quarterly, more or less?
14  A    Yes.
15  Q    What are those conversations -- strike
16  that.
17       What do you discuss with her?
18  A    Primarily if she needs a document signed.
19  Q    Do you discuss the business at all?
20  A    No.
21  Q    Do you know how much in total revenue
22  Executive Travel Consultants made in 2022?
23  A    [Inaudible].
24  Q    Is that "no"?
25  A    Yes, correct.  No.

Page 20

1  Q    Correct.  Okay.
2        And do you know how many customers
3  Executive Travel Consultants served last year,
4  2022?
5  A    [Inaudible].
6  Q    Sorry.  Your audio is cutting out a little
7  bit, Mr. Stensrud.
8  A    No.
9  Q    Okay.  So is it fair to say you leave the
10 management of the business to Ms. Darby?
11 A    Yes.
12 Q    And you have no insight on the operation
13 of the business?
14 A    Correct.
15 Q    And you're the sole owner of Executive
16 Travel Consultants; correct?
17 A    Correct.
18 Q    How much income did you make from your
19 investment in Executive Travel Consultants in
20 2022?
21 A    I don't know.
22 Q    So the answer was "I don't know"?
23 A    Yes.
24 Q    How much income did you make from your
25 investment in Executive Travel Consultants in

Page 21

1  2021?
2  A    I don't know.
3  Q    Do you have any estimate of how much money
4  you have made on your investment in Executive
5  Travel Consultants?
6  A    No.
7  Q    So just to be clear, Mr. Stensrud, you are
8  the sole owner of this company; correct?
9  A    Yes.
10 Q    And you have no idea how many employees it
11 has; correct?
12 A    Yes.
13 Q    And you don't know how much money it made
14 last year; correct?
15 A    Yes.
16 Q    You don't know how many customers it
17 serviced; correct?
18 A    Yes.
19 Q    And you have no idea how much money came
20 to you as a result of your ownership interest;
21 correct?
22 A    Yes.
23 Q    Does Executive Travel Consultants serve
24 primarily business or leisure customers?
25 A    I believe business.

Page 22

1  Q    And on what basis do you believe it's
2  primarily business customers?
3  A    My understanding is they have a small
4  number of agents that do leisure travel.
5  Q    A small number of agents that do leisure
6  travel?
7  A    Yes.
8  Q    But the company primarily serves business
9  customers?
10 A    Yes.
11 Q    So some small number of agents does
12 leisure travel; correct?
13 A    Yes.
14 Q    And how many agents do business travel?
15 A    I don't know.
16 Q    Mr. Stensrud, you have no idea how many
17 employees your own company has?
18 A    Not exactly.
19 Q    Do you have an estimate?
20        MR. BONSIGNORE:  Objection; asked
21 and answered.
22        THE WITNESS:  Seven.
23 BY MR. SISKO:
24 Q    That's an estimate?
25 A    Yes.

Page 23

1  Q    Okay.  Do you have an estimate for how
2  much total revenue Executive Travel Consultants
3  made last year?
4  A    No.
5  Q    Do you have an estimate for how much
6  income you received from Executive Travel
7  Consultants last year?
8  A    No.
9  Q    Do you have a tax return or -- well,
10 strike that.
11        What is the corporate structure of
12 Executive Travel Consultants?
13 A    It's an LLC.
14 Q    Are you the sole member of that LLC?
15 A    Yes.
16 Q    Do you receive any tax information related
17 to your investment in Executive Travel
18 Consultants?
19 A    Yes.
20 Q    Do you receive that yearly?
21 A    Yes.
22 Q    Are you aware of how much revenue you
23 recognized on your 2022 taxes based on your
24 investment in Executive Travel Consultants?
25 A    No.

Page 24

1  Q    So it sounds like, Mr. Stensrud, you
2  really don't have any idea what happens on a
3  day-to-day basis at Executive Travel Consultants;
4  correct?
5  A    Yes.
6  Q    Is that by design?
7  A    I don't quite understand the question.
8  Q    Do you -- do you purposefully stay out of
9  the day-to-day business of Executive Travel
10 Consultants?
11 A    Yes.
12 Q    Why is that?
13 A    My background and work is in construction.
14 Q    Did you receive any income as a result of
15 your ownership in Executive Travel Consultants
16 last year?
17 A    I don't know.
18 Q    Mr. Stensrud, if you'll excuse the
19 disbelief, I find it a little difficult to believe
20 that you don't know whether you received any
21 income from a business you're the sole owner of.
22     MR. BONSIGNORE:  Objection.
23     THE WITNESS:  I believe I received
24 a -- I'm not sure what the document is.
25 It's a -- but I don't recall what that was

Page 25

1  from last year.
2  BY MR. SISKO:
3  Q    You received a document, like a tax
4  document?
5  A    Yes.
6  Q    And I may have asked this before.  You
7  don't recall for how much you purchased your
8  current ownership interest in Executive Travel
9  Consultants; correct?
10 A    The very initial, when I started out as a
11 one-third owner, I can recollect that.  But when I
12 became a sole owner, I don't know what that number
13 was or the mechanics of that.
14 Q    How much was your initial investment in
15 Executive Travel Consultants?
16 A    I recall $10,000.
17 Q    When you purchased the ownership interest
18 of your father and sister, was it more or less
19 than $10,000?
20     MR. BONSIGNORE:  Objection.  This
21 is not relevant.  He's made it clear he's
22 hands-off.  He doesn't remember.  And a
23 little bit more, but he's -- this is not
24 relevant to the action, and it's
25 badgering.

Page 26

1      MR. SISKO:  I'm trying to
2  understand how much income he received
3  from a company -- a travel agency that he
4  owns.
5      MR. BONSIGNORE:  That's fair
6  enough.  That one, I get, if he can
7  remember it.  But the way around it is
8  just getting to be too much.  It's not
9  hitting any -- it's not resonating.
10     MR. SISKO:  Well, clearly not.
11 Robert, I'm trying to -- I'm asking --
12     MR. BONSIGNORE:  I understand.  I
13 understand.  I get it.
14     MR. SISKO:  Okay.
15 BY MR. SISKO:
16 Q    Mr. Stensrud, are you aware of whether
17 your travel agency books airline travel for its
18 customers?
19 A    Yes.
20 Q    And are you aware of whether it charges
21 service fees for booking those flights?
22 A    Yes.
23 Q    Does Executive Travel Consultants charge a
24 service fee for booking flights for customers?
25     MR. BONSIGNORE:  Objection; asked

Page 27

1  and answered.
2      You can answer to the extent you
3  know.
4      THE WITNESS:  I don't know if they
5  charge for every booking, but I think they
6  charge for some booking fees.
7  BY MR. SISKO:
8  Q    How much is that service fee, if you know?
9  A    I do not know.
10 Q    Do you ever review financial statements
11 for Executive Travel Consultants?
12 A    I may have in the past.
13 Q    Have you recently?
14 A    No.
15 Q    Who's responsible for reviewing those
16 financial statements?
17 A    The manager.
18 Q    Who is Ms. Darby?
19 A    Yes.
20 Q    Okay.  Mr. Stensrud, is it fair to say
21 that you don't have a very good working knowledge
22 of the day-to-day operations of Executive Travel
23 Services?
24 A    [Inaudible].
25 Q    I didn't catch your answer, if you gave

Page 28

1  it.
2  A    I'm sorry.  Yes.
3  Q    Other than your construction company and
4  Executive Travel Services -- or Consultants,
5  excuse me -- do you own any other companies?
6  A    No.  No.
7  Q    Those are the only two you own?
8  A    Yes.
9  Q    Do you know how employees are paid at
10 Executive Travel Consultants?
11 A    No.
12 Q    You're not aware of how your employees are
13 paid at the company that you own?
14 A    Correct.
15 Q    Who is in charge of employee salaries?
16 A    The manager.
17 Q    Ms. Darby?
18 A    Yes.
19 Q    Maybe I can ask it this way:
20 Mr. Stensrud, do you provide any insight or
21 oversight over Executive Travel Consultants?
22 A    No.
23 Q    And you're not aware of any income that
24 you've received from that company; correct?
25        MR. BONSIGNORE:  Objection.

Page 29

1        THE WITNESS:  I don't know if there
2     was income or loss from that business.
3  BY MR. SISKO:
4  Q    Okay.  Mr. Stensrud, let's talk a little
5  bit about your own travel history, your personal
6  travel.
7        How often do you travel by plane?
8  A    Maybe once a year.
9  Q    For what purpose are you typically
10 traveling?
11 A    Personal.
12 Q    Vacations, things like that?
13 A    Yes.
14 Q    Are there any destinations that you're
15 typically flying to?
16 A    Not currently.
17 Q    In the past, are there any destinations
18 that you've flown to frequently?
19 A    No.
20 Q    You said you're in Kirkland, Washington,
21 typically; correct?
22 A    Yes.
23 Q    Is it fair to say that Seattle is the
24 closest airport to your house?
25 A    That and Paine Field in Everett.

Page 30

1  Q    Does Paine Field have commercial air
2  services?
3  A    Yes.
4  Q    Which airlines service Paine Field?
5  A    Well, one that I used.
6  Q    Which one is that?
7  A    Alaska.
8  Q    Are you aware of any other airlines that
9  service Paine Field?
10 A    I don't know.
11 Q    How about Seattle Airport?  Do you know
12 which airlines service Seattle?
13 A    Not specifically.
14 Q    Does American service Seattle?
15 A    I don't know.
16 Q    Does United service Seattle?
17 A    I've used them before from Seattle.
18 Q    So it's fair to say they do have service
19 to Seattle?
20 A    I believe so.
21 Q    How about Delta?  Do they have service to
22 Seattle?
23 A    I'm not sure, but I believe so.
24 Q    How about Southwest?
25 A    I don't know.

Page 31

1  Q    Does JetBlue operate in Seattle?
2  A    I don't know.
3  Q    Does Spirit operate in Seattle?
4  A    Yes.
5        MR. SISKO:  Before we get going, I
6  apologize.  Do you mind if we go off the
7  record and take an early break?
8        MR. BONSIGNORE:  No.
9        MR. SISKO:  Okay.
10       THE VIDEOGRAPHER:  Okay.  The time
11 is 2:47.  We're off the record.
12    (Recess from 2:47 p.m. to 3:00 p.m.)
13       THE VIDEOGRAPHER:  We are back on
14 the record.  The time is 3:00 p.m.
15       MR. SISKO:  Great.  Thank you.
16 BY MR. SISKO:
17 Q    Welcome back, Mr. Stensrud.  I understand
18 that -- well, let me ask it this way:  Did you
19 have something additional about your -- the travel
20 agency that you own that you'd like to describe?
21 A    Yes.  I recall a little bit more about the
22 ownership process.
23       As I said, it started out with myself
24 and my sister and my father, and she was the one
25 that was actually operating the travel agency, and

Page 40

1  Consultants?
2     A    I don't recall.
3     Q    Did you review any of your emails in
4  preparing this list?
5     A    Yes.
6     Q    And did you find any evidence of any
7  flights that are reflected here?
8     A    No.
9     Q    Did you review any credit card or bank
10 statements?
11    A    For the one trip, the most recent, the
12 one -- one on January 20th, '23, I found that in
13 my bank statement.
14    Q    Did you find any other flights that are
15 not reflected here?
16    A    No.
17    Q    Mr. Stensrud, is there a reason why, when
18 you initially answered this question, this
19 interrogatory, there were flights not reflected on
20 your initial response?
21       MR. BONSIGNORE:  Objection; asked
22    and answered.
23       THE WITNESS:  I didn't -- it did
24    not occur to me that the bookkeeper would
25    have a record of previous travel.  I had

Page 41

1  not -- yeah.  So that's...
2  BY MR. SISKO:
3     Q    So after you initially answered this
4  question, you then went to your bookkeeper at
5  Executive Travel Consultants and asked her to pull
6  the records; is that correct?
7     A    Yes.
8     Q    And to the best of your knowledge, this is
9  a true and accurate list of all flights you've
10 taken in the last eight years?
11    A    Yes.
12    Q    So it looks like, Mr. Stensrud, in the
13 last eight years, you've flown Alaska twice;
14 correct?
15    A    Yes.
16    Q    And you would have flown American but for
17 your mother's health issues; correct?
18    A    Yes.
19    Q    And you've flown Delta once; correct?
20    A    Yes.
21    Q    Have you ever flown JetBlue?
22    A    No.
23    Q    Have you ever flown Spirit?
24    A    No.
25    Q    And to be clear, you've never flown Spirit

Page 42

1  your entire life; correct?
2     A    Correct.
3     Q    And the same is true of JetBlue?
4     A    Correct.
5     Q    Mr. Stensrud, there's no flights listed
6  here to or from Orlando, Florida; correct?
7     A    Correct.
8     Q    And there's just the one flight to Boston;
9  correct?
10    A    Correct.
11    Q    Have you flown to or from Boston at any
12 time other than the flight listed here in the last
13 eight years?
14    A    No.
15    Q    And it looks like there's the one flight
16 here to JFK, which you didn't actually go on;
17 correct?
18    A    Correct.
19    Q    Have you flown to New York at any other
20 time in the last eight years?
21    A    No.
22    Q    Have you flown in or out of Newark at any
23 time in the last eight years?
24    A    No.
25    Q    Have you flown in or out of San Juan,

Page 43

1  Puerto Rico, at any time in the last four years --
2  excuse me -- in the last eight years?
3     A    No.
4     Q    Have you flown in or out of Richmond,
5  Virginia, at any time in the last eight years?
6     A    No.
7     Q    And have you flown in or out of San Jose,
8  California, at any time within the last eight
9  years?
10    A    No.
11    Q    How about Las Vegas?
12    A    No.
13    Q    How about Cancun?
14    A    No.
15    Q    And it looks like you connected through
16 Salt Lake City one time in 2017; correct?
17    A    Yes.
18    Q    But other than that, have you flown to or
19 from Salt Lake City in the last eight years?
20    A    No.
21    Q    And how about Santo Domingo in the
22 Dominican Republic?  Any flights in the last eight
23 years?
24    A    No.
25    Q    When you're purchasing -- or strike that.

Page 44

1    When you're booking a personal flight,
2 do you rely on your travel agency to make a
3 decision for you?
4    A    They provide input.
5    Q    What factors go into your decision to
6 purchase a flight for yourself?
7    A    Price.
8    Q    Any other variables?
9    A    Well, availability.
10   Q    Anything else?
11   A    No.
12   Q    Just price and availability?
13   A    Yes.
14   Q    What class of ticket do you usually
15 purchase?
16   A    Coach.
17   Q    And are there any particular amenities
18 that you prefer to have on a flight?
19   A    Not particularly.
20   Q    How about free Wi-Fi?
21   A    That's not a requirement.
22   Q    How about free movies or television?
23   A    Not a requirement.
24   Q    Would you prefer to have free snacks?
25   A    If the -- I'd prefer it if -- the overall

Page 45

1 thing that matters is what the overall price is.
2    Q    Would you prefer extra leg room?
3    A    Prefer it, but not necessary.
4    Q    Would you prefer to have a checked bag
5 included in the price of the ticket?
6        MR. BONSIGNORE:  Objection.
7        You can answer.
8        THE WITNESS:  Only if it -- that
9     doesn't matter.  It's just the overall
10    price of the ticket that matters.
11 BY MR. SISKO:
12   Q    How about if you had to pay for a carry-on
13 bag?  Would that impact your decision?
14   A    Not individually.  Only, again, the
15 overall price is what is -- matters.
16   Q    So price is the primary driver for you;
17 correct?
18   A    Yes.
19       MR. BONSIGNORE:  Objection.
20 BY MR. SISKO:
21   Q    So, Mr. Stensrud, you've never flown
22 JetBlue; correct?
23   A    Yes.
24   Q    And you -- do you have any plans to fly
25 JetBlue in the future?

Page 46

1    A    Not currently.
2    Q    And you've never flown Spirit; correct?
3    A    Yes.
4    Q    Do you have any plans to fly Spirit in the
5 future?
6    A    Yes, I would.  I would intend to fly
7 Spirit to locations.  Primarily when I retire, I
8 plan to do -- back to -- do a lot of golfing,
9 which is, kind of, my passion, and there's --
10 there's cities that they fly to that I have played
11 there before or would like to play golf again
12 there at times when I can retire and have the
13 ability to use an airline like Spirit.
14   Q    You don't currently have any plans booked
15 to fly Spirit; correct?
16   A    I don't have any current plans.  But,
17 again, I tend to -- I intend to book Spirit in the
18 future to go to different cities that they go to.
19   Q    Well, given that you've never flown Spirit
20 or JetBlue, how would the proposed merger between
21 those companies affect your travel?
22   A    Again, if --
23       MR. BONSIGNORE:  Objection -- if
24    you -- I didn't hear -- go ahead.  Go
25    right ahead.

Page 47

1        THE WITNESS:  Again, like I said, I
2    would intend to use Spirit to go to these
3    cities that -- and if they weren't
4    available, then I wouldn't be available to
5    use Spirit to go to the cities that they
6    currently go to.
7 BY MR. SISKO:
8    Q    And you never -- but you've never flown
9 Spirit before; correct?
10   A    Correct.
11       MR. BONSIGNORE:  Objection; asked
12    and answered.
13 BY MR. SISKO:
14   Q    And you have no tickets for Spirit in the
15 future; correct?
16   A    Not current tickets, but I intend to in
17 the future.
18   Q    And, in fact, you've never even flown an
19 ultra-low-cost carrier before; is that correct?
20       MR. BONSIGNORE:  Objection.
21    You can answer.
22       THE WITNESS:  I believe I have
23    before 2015.
24 BY MR. SISKO:
25   Q    Are you aware of what airline that was?

Page 48

1  A    Southwest.
2  Q    Have you ever flown Frontier?
3  A    I believe I have before 2015.
4  Q    How many times?
5  A    I don't recall.
6  Q    Have you ever flown Allegiant?
7  A    No.
8  Q    Let's talk a little bit about those future
9  travel plans.
10      Do you have any tickets booked in the
11 near future, Mr. Stensrud?
12 A    No.
13 Q    When do you plan to retire?
14 A    Approximately 70 -- 75 -- well, when I'm
15 75, which is in a couple years.
16 Q    Until you retire in a couple years, do you
17 have any travel plans you intend to take?
18 A    If I -- I would if I -- I can't predict my
19 schedule, but if I have some time off from my busy
20 construction, then I would take a break and fly.
21 Q    Are there any locations in particular
22 you're planning on going?
23 A    I would like to go to Phoenix, Las Vegas,
24 San Diego.
25 Q    And apologies for the redundancy, but you

Page 49

1  have no current tickets booked to go to any of
2  those places?
3  A    Correct.
4  Q    Correct.  Okay.
5       MR. SISKO:  Can we go off the
6  record just very quickly?
7       MR. BONSIGNORE:  Yes.  Do you want
8  a break or just two seconds?  Like -- just
9  whatever you want.
10      MR. SISKO:  Can I just have --
11 well, let's go off the record.  I don't
12 think we're off yet.
13      THE VIDEOGRAPHER:  Off the record,
14 3:26.
15      (Recess from 3:26 p.m. to 3:33 p.m.)
16      THE VIDEOGRAPHER:  We're back on
17 the record.  The time is 3:33.
18      MR. SISKO:  Thank you.
19 BY MR. SISKO:
20 Q    Welcome back, Mr. Stensrud.
21      During the break, did you discuss your
22 testimony with anyone other than your counsel?
23 A    No.
24 Q    Great.  Thank you.  I just have a few more
25 questions for you.

Page 50

1       Going back to Executive Travel
2  Consultants, the travel agency that you're the
3  sole owner of, it's fair to say, based on your
4  testimony today, that you don't have knowledge of
5  the day-to-day operations of that travel agency;
6  correct?
7  A    Yes, correct.
8  Q    And you have no knowledge of the total
9  income or revenue it receives?
10 A    Correct.
11 Q    Or how many customers it services?
12 A    Correct.
13 Q    Do you have any knowledge of how many
14 JetBlue flights it has booked for customers in the
15 last year?
16 A    No.
17 Q    How about Spirit flights?  Do you know how
18 many Spirit flights it's booked for customers in
19 the last year?
20 A    No.
21 Q    So given this lack of knowledge regarding
22 Executive Travel Consultants' day-to-day
23 operations, how do you anticipate the proposed
24 merger here affecting that business?
25 A    I don't know.

Page 51

1       MR. BONSIGNORE:  Objection.
2  BY MR. SISKO:
3  Q    Your answer was "I don't know"?
4  A    Yes.
5  Q    Okay.  Mr. Stensrud, you're bringing a
6  lawsuit here to block the merger between JetBlue
7  and Spirit; correct?
8  A    Yes.
9  Q    And I want to preface my next questions
10 by, again, saying I don't want to hear anything
11 about your communications with counsel or anything
12 that might fall within the attorney-client
13 privilege.  So to the extent you can answer my
14 questions without divulging any of that
15 information, I would appreciate it.
16      Do you recall when you first
17 considered bringing this lawsuit?
18 A    I don't recall.
19 Q    Do you recall when you first heard about
20 the proposed merger?
21 A    I don't recall.
22 Q    Do you know your co-plaintiffs in this
23 action?
24 A    Yes.
25 Q    How do you know them?