# EXHIBIT 85

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                         Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

| | |
|---|---|
| **PROPOUNDING PARTIES:** | JETBLUE AIRWAYS CORPORATION SPIRIT AIRLINES, INC. |
| **RESPONDING PARTY:** | PLAINTIFF CLYDE STENSRUD |
| **SET NUMBER:** | ONE (SECOND SUPPLEMENTAL) |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**SUPPLEMENTAL RESPONSE NO. 1:**

In addition to their General Objections listed above, Plaintiffs object to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiffs also object to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff supplements as follows:

| Travel | Booked | Airline | Route | Reason | Book Method | Class | Price | Payer | Points |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/19 | 3/1/19 | AMR | SEA-JFK-SEA | Pers | ETC | Coach | $386.60 | Self | |
| 2/10/23 | 1/20/23 | AL | PAE/SFO/PAE | Pers | ETC | Coach | $257.81 | Self | |
| 2/22/19 | 2/8/19 | AL | SEA-SFO-SEA | Pers | ETC | Coach | $338.60 | Self | |
| 3/4/17 | 1/27/17 | Delta | SEA-MSP-BOS-SLC-SEA | Pers | ETC | Coach | $0.00 | Self | |

Dated: June 22, 2023             By:    /s/ Lawrence Papale
                                        Lawrence G. Papale (SBN 67068)
                                        LAW OFFICES OF LAWRENCE G. PAPALE
                                        1308 Main Street, Suite 117
                                        St. Helena, CA 94574
                                        Telephone: (707) 963-1704
                                        Email: lgpapale@papalelaw.com

ADDITIONAL PLAINTIFFS' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
FIRST SET OF INTERROGATORIES

## VERIFICATION

I, _Clyde D. Stensrud_, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at __Kirkland, WA__ on June _21_ 2023.

_Clyde D. Stensrud_

## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on May ___ , 2023.

/s/ Joseph M. Alioto, Jr.
Joseph M. Alioto, Jr.