# EXHIBIT 87

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - -x
GABRIEL GARAVANIAN, et al.,

                Plaintiffs,

vs.                                    Civil Action Number
                                       1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION
and SPIRIT AIRLINES, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - - -x
```

          REMOTE VIDEOTAPED DEPOSITION of GARY TALEWSKY, taken by Defendants on Wednesday, June 14, 2023, commencing at 9:02 a.m., before Pamela Grimaldi (via Zoom), a Registered Merit Reporter, Certified Realtime Reporter, and Notary Public within and for the State of New York.

```
 1

 2   R E M O T E   A P P E A R A N C E S:

 3

              BONSIGNORE TRIAL LAWYERS
 4                Attorneys for the Plaintiffs
                  23 Forest Street
 5                Medford, Massachusetts   02155
                  781.350.0000
 6
              BY:   ROBERT J. BONSIGNORE, ESQ.
 7                  rbonsignore@classactions.us
                        - and -
 8                  GEORGE OMAR KOURY, ESQ.

 9


10
              PAUL WEISS RIFKIND WHARTON & GARRISON LLP
11                Attorneys for Defendant Spirit Airlines
                  1285 Avenue of the Americas
12                New York, New York   10019
                  212.373.3000
13
              BY:   THOMAS RUCKER, ESQ.
14                  trucker@paulweiss.com

15

16
   A L S O   P R E S E N T:
17
              Alex Held, Video Specialist
18

19

20

21

22

23

24

25
```

Page 11
G. Talewsky

Q   Who -- did anyone else partici- -- was it Mr. Bonsignore that you met with?
A   One of them, yes.
Q   Was -- was other counsel present?
A   I'm not sure.
    MR. BONSIGNORE:  Objection.  Work product.
Q   How long did each session last, would you say?  Just --
    MR. BONSIGNORE:  Objection.  Work product.
    MR. RUCKER:  And to clarify, you're instructing Mr. Talewsky not to answer based on privilege grounds?
    MR. BONSIGNORE:  Yes.
Q   And you're abiding by that, Mr. Talewsky?
A   Yes.
Q   Did you review any documents before your deposition today?
A   Yes.
Q   Did any of these documents refresh your recollection?
A   Some.

Page 12
G. Talewsky

Q   How so?  How did they refresh your recollection?
A   Well, as I mentioned, I've been extremely busy with work.  And it's always good, I got a lot going through my mind, so I just read over the -- you know, quickly what I wrote, which was accurate.
Q   Got it.
    Did you do anything as a result of reviewing, you know, any of these documents that refreshed your recollection?
A   Anything different?  No.
Q   Did your counsel provide any written documents that refreshed your recollection?
    MR. BONSIGNORE:  Objection.  Work product.
    MR. RUCKER:  So, again, just to clarify, you're -- Mr. Bonsignore, you're instructing Mr. Talewsky not to answer on privilege grounds?
    MR. BONSIGNORE:  Yes.
BY MR. RUCKER:
Q   And, Mr. Talewsky, you're abiding by your counsel's advice?

Page 13
G. Talewsky

A   Yes.
Q   Okay.  Moving on.
    Could you briefly summarize your educational background after high school?
A   Yes.  Five years at college.
Q   Which college?
A   I started off Worcester State, and from there I went to UMass, and graduated from Salem State.
Q   What -- what kind of degree did you graduate with?
A   BS in geography.
Q   And what year was that?
A   Hmm, I believe 1981.
Q   Are you currently employed?
A   Yes.
Q   Where are you currently employed?
A   Direct Travel.
Q   How long have you worked at Direct Travel?
A   I would say approximately five years.
Q   What's your position at Direct Travel?
A   I'm an independent contractor selling the travel.

Page 14
G. Talewsky

Q   Where did you work before Direct Travel?
A   Colpitts World Travel.
Q   And what was your position at Colpitts?
A   I was an independent contractor selling travel.
Q   How long did you work at Colpitts?
A   I would estimate about five years.
Q   Before Colpitts, did you ever -- were you ever an independent contractor selling travel?
A   Before Colpitts?
Q   That's right.
A   No.
Q   Did you work --
A   I wasn't an independent contractor prior, no.
Q   Did you work at any travel-related companies?
A   Yes.
Q   In the capacity of selling travel services?
A   Yes.
Q   What -- what was -- before Colpitts,

Page 31

1  G. Talewsky
2  usually it's competitively priced.
3      Q    Going back to what you said earlier,
4  that -- that is -- there's a good chunk of that
5  travel being in first class or business class?
6      A    Yes.
7      Q    Have your customers told you why they
8  prefer flying on KLM for international travel?
9      A    Well, they code share with Delta, and,
10 you know, they've recently redone their sleeper
11 seats, so that's a factor.
12     Q    Have your customers told you why they
13 prefer flying on -- or why they also have a
14 preference for Lufthansa when flying international?
15     A    There's a decent lift out of the
16 Boston market.  That's one of the reasons.  They
17 usually have multiple nonstops during peak times,
18 which opens up a lot more doors, you know, inventory
19 lift.
20     Q    Typically, where -- sorry.  Go ahead.
21     A    No.  I'm saying, and, of course,
22 they're tied in with United MileagePlus, of course.
23 That would be another factor.
24     Q    For the lift going out of the Boston
25 market, where are the typical destinations for

Page 32

1  G. Talewsky
2  your -- for your customers flying on Lufthansa?
3      A    I'd say primarily Europe or parts
4  beyond.
5      Q    And for -- and have your customers
6  provided their reasons to you why they also have a
7  preference for flying United when traveling
8  internationally?
9      A    I'd say a lot of it would primarily
10 be -- yeah, a lot of decisions are determined by
11 price, schedule.  Loyalty programs comes into play
12 eventually.
13     Q    Generally speaking, are your customers
14 more cost-conscious or do they have less of cost
15 restraints when booking travel?
16         MR. BONSIGNORE:  Objection.
17     A    Every -- everyone, even with -- that
18 has the funds -- I mean, if their loyalty program,
19 let's say, is with United, United's business class
20 ticket is $9,000 and they prefer to get the miles.
21 However, Delta, with a similar schedule, is $7,000,
22 they'll usually take Delta.  And that --
23         (Simultaneous speakers.)
24         (Reporter requested clarification.)
25     A    And that would, you know, not only

Page 33

1  G. Talewsky
2  hold true for the affluent traveler going first or
3  business class, but it certainly is true for those
4  flying economy, you know, their choice is usually
5  based on price and schedule, and then I'd say the
6  loyalty program falls into third place.
7      Q    Did you observe any different
8  preferences when you were at Colpitts?  Any notable
9  differences?  At Colpitts.  I'm sorry.
10     A    As far as what?
11     Q    In terms of preferences for certain
12 airlines when flying internationally.
13     A    Well, yeah, as I mentioned, it's
14 usually based schedule, price, you know, loyalty
15 program, and also, you know, the reputation an
16 airline has.
17     Q    Got it.
18         Okay.  Switching gears -- switching
19 gears just a bit to talk about Direct Travel, you
20 know, as a business.
21         In terms of overall revenue, what
22 would you say is the percentage of Direct Travel's
23 revenue that is associated with airline travel?
24     A    I have no idea.
25     Q    Would you say it's -- strike that.

Page 34

1  G. Talewsky
2         Based on the frequency of customers
3  that book airline travel, would you say it's a good
4  amount of their revenue?
5      A    I don't have any idea.  I don't have
6  access to their books or reports.
7      Q    Is Direct Travel paid on a commission
8  or a per flight-booked basis?
9      A    I have no idea.
10     Q    So you -- so you don't know if it's
11 commission or per flight?  Okay.
12         How is your compensation determined?
13     A    Commission.
14     Q    And how is that -- what's the
15 calculation for that commission?
16     A    I mean, I get a certain percentage of
17 what I generate that's commissionable.
18     Q    What percentage is that commission?
19         Mr. Talewsky?
20     A    Well, most of -- most it's -- not
21 everything -- it's 80 percent of what I earn.
22     Q    Does Direct Travel have any agreements
23 with the airlines?
24     A    I'm not privy to any of their
25 agreements.

Page 35

G. Talewsky

Q Even so, do you -- can -- strike that.
Are you able to provide any discounts for airline travel based on Direct Travel's --
A Not that I'm aware of.
Q Are there any -- outside of a potential discount, are there any other benefits that you can provide customers that may stem from a relationship between Direct Travel and the airlines?
A Outstanding customer service, including a topnotch 24-hour emergency service.
Q So going back to your commission, did I hear -- did I hear you correctly that you earn 80 percent of what -- of the business that you generate?
A 80 percent of the commissions I generate. In other words, if I sell a safari with a $10,000 commission, I make 8,000 on it.
Q So can you run through the same -- how does that work in terms of -- for an airline ticket?
A For instance, if I issue a $500 JetBlue ticket, since you don't pay any commission, I charge a service fee where if it's $40 a ticket, I get 80 percent of the $40.
Q Does the service fee differ by airline

Page 36

G. Talewsky

or is it the same across airlines?
A No, it's usually pretty much the same.
Q Is it --
A What's that?
Q Go ahead. Sorry.
A No, no. Go ahead.
Q Is it on average $40?
A Yeah, I would say so, yeah.
Q Why is there a variance?
A Well, someone's booking a -- you know, say someone books a $10,000 land package, I may be a little lenient on the service fee.
(Reporter requested clarification.)
A Yeah. I mean, if someone's not only booking the air, but they're booking expensive -- a tour package or -- you know, I may charge them $30 instead of 40. If someone's booking very complex arrangements, I may -- and they are going internationally, I may charge 50 a ticket. You know, it depends on the situation.
Average is 40.
Q Just to make sure I understand, what -- what is a "land package"?
A Oh, it could be a -- an escorted type

Page 37

G. Talewsky

of tour, or it could be a client's booking a hotel that's a thousand bucks a night for seven nights, I get a commission on that. You know, that -- I kind of lump all that in the land.
Q Do you have sole discretion to change the service fee based on a customer or do you have to get approval from Direct Travel?
A No. I can do it --
(Simultaneous speakers.)
A They usually let me do it.
(Reporter requested clarification.)
MR. BONSIGNORE: Objection. Relevancy.
Q Do you typically charge a lower service fee for repeat customers?
A Not necessarily.
Q Have you ever charged a lower service fee for a repeat customer?
A Maybe family.
Q Does Direct Travel have an internal program that you use to book travel -- airline travel for your customers?
A Well, I personally use something, a GDS system, for Direct Travel. I use Sabre,

Page 38

G. Talewsky

S-A-B-R-E.
Q What does "GDS" stand for?
A You know what? I'm not sure. It's a -- it's a way to -- I forget what the G stands for, but "distribution system" I think is the DS.
It's basically a way that we can book flights. You're tied into the airlines, and it's tied into our company.
Q Do you use the Sabre program for all of your customers' airline travel needs?
A Yeah. That's pretty much all of it, yeah.
Q Did you use Sabre at -- when you were working at Colpitts?
A Yes.
Q For -- for all of your customers' airline travel?
A Yes.
Q Does Sabre have relationships with airlines that provide discounts to your customers?
A I have no idea.
Q Do you book your own personal flights through the Sabre program?
A Sometimes. Not always.

Page 39

G. Talewsky

Q   Is there a reason why you would use Sabre to book your personal travel?
A   Why I would?
Q   Yeah. Why would you?
A   I don't know. It's usually the same price and, you know, I can book it a lot quicker than on a -- typically than most airline websites if I was booking my own personal travel.
Q   Why is the Sabre program quicker than going to an airline's website?
A   Because I've been using it for so many years and there's certain data stored and I can just, you know, push a button here or a button there and everything transmits and ...
Q   Just to make sure I -- I understand a little bit more about the Sabre program. Do you store your customers's loyalty program numbers in Sabre?
A   Yes.
Q   What other customer information do you store in Sabre?
A   Phone number, credit card, address, maybe seating preference. Hotel and car loyalty programs, numbers. Things of that nature.

Page 40

G. Talewsky

Q   Can you indicate a preference for a certain airline?
A   Most clients, we don't have that in there, but, you know, on occasion we may put a notation in if -- in case I'm on vacation and another agent can look at it, there may be a note "prefers American," if all, you know, other things being equal, or per an example, you know.
Q   Just to go back to your -- the service fee to make sure -- the service fee and commission just to make sure I have that right.
     So am I correct in that -- hearing from you, that you earn on average 80 percent of the service fee that you charge for each airline ticket?
A   Correct.
Q   And what impact do you think the merger between JetBlue and Spirit will have on your business, generally speaking?
A   Well, I think it will be devastating, to be honest with you. There'll be less competition. Eventually, higher prices. Anyone tied into a loyalty program will get devalued. Usually, the customer service goes down. A lot of jobs within the industry are lost. And then that's

Page 41

G. Talewsky

just what comes to mind.
Q   What do you mean by "loyalty programs will get devalued"?
A   Well, for instance, I was Platinum Executive with American Airlines Aadvantage program. As soon as they merged with US Air, within no time award levels went way up, you know, the pricing went up, choices were less.
     I mean, you know, don't forget that when, you know, we had the major legacy carriers, and US Air was one -- although they're a legacy carrier, they also offered a -- lower price points.
     For instance, if a businessman was flying last minute Boston-LA, the nonstop price is probably about $2300 in economy, where US Air would also offer alternatives back then with maybe one stop, last minute would be $800. So once American took them over -- that's just one example -- there went that major option.
Q   Generally speaking, are the -- the reasons that you provided regarding the effect of JetBlue and Spirit on your business informed by your observations of past airline mergers?
A   Yes.

Page 42

G. Talewsky

Q   In what ways, if any, will the merger impact your personal income at Direct Travel?
A   In what ways? Um, well, what comes to mind is less people could travel if prices go up too high. I mean, you know, not everyone is very wealthy.
     And if -- let's, for instance, say they maybe do a cruise out of Florida. And maybe the cruise, you know, is somewhat stable, $3,000 let's say for a seven-day cruise. And let's say they're used to paying for four airfares on the average of 300 a person. Now there's less competition in the marketplace; so now the 300 goes up to 500. So 2,000 for air instill of 1200, and that -- that's going to affect my business.
Q   Is it going to affect your business because less people will travel at all?
A   Yeah, I believe so.
Q   When was the last time, based on your recollection, do you remember booking someone on a Spirit flight?
A   I don't recall.
Q   Do you think it was last year?
A   Possibly, or the year before.

Page 43

G. Talewsky

Q   Can you provide a rough estimate as to how many flights you think that was in that year?
A   It wouldn't have been -- I don't think it would have been too many.
Q   Less than 10 flights?
A   Less, yep.
Q   Less than five flights?
A   Not sure.
       Spirit is one of the airlines that will sell less on their website.
Q   What do you mean by that?
A   You can get a cheaper price on certain airlines.  Most are the same as what I could sell, but Spirit is one that can sell for less on their website.
Q   Do you mean that Spirit Airline tickets are cheaper than what you can -- strike that.
       Do you mean that the spirlit -- Spirit Airline tickets are cheaper than the other airline tickets that you sell?
A   Spirit is known as a discount carrier.
Q   In your opinion, are there other discount carriers?

Page 44

G. Talewsky

A   Spirit is probably the major one.  I mean, Southwest used to be a discounted carrier till they mer- -- took over AirTran, and then their prices went way up.
Q   Do you consider Frontier a discount carrier?
A   I believe so.
Q   Do you consider Allegiant a discount carrier?
A   I would think so.
Q   Do you consider JetBlue a discount carrier?
A   I would say they used to be.
Q   Do you consider Breeze a discount carrier?
A   I haven't had any experience, but I mean, from what I read, I believe so.
Q   Do you consider Avelo a discount carrier?
A   I have no knowledge of them.
Q   Going back to what the impact of the merger will have on your personal income, are there any other reasons it will impact your personal income other than people choosing to travel less?

Page 45

G. Talewsky

A   Yeah.  I could think of a couple --
       MR. BONSIGNORE:  Objection --
       (Simultaneous speakers.)
       (Reporter requested clarification.)
       MR. BONSIGNORE:  Objection to the extent it calls for a legal conclusion or requires expert testimony -- expert opinion, rather.
       Go ahead.
A   Okay.  So yes, I can think of a reason.
       I -- you know, my home is in Florida.  I have a lot of family in Boston.  I do business trips every year to the Dominican Republic and Las Vegas.  And I'm certainly going to be impacted.  Not that I personally fly Spirit, but I fly JetBlue a lot.  I'm a JetBlue Mosaic member.
       And if these airlines are allowed to merge, there's going to be less choice and the prices are going to go a lot higher for my trips to -- up and down the East Coast.
       For my trip to Santo Domingo, that -- the reason that JetBlue is priced lower is because they have competition with Spirit in that market;

Page 46

G. Talewsky

and, yes, this is going to affect me.
       Even my Las Vegas trip.  Now that Spirit's going to pull out, JetBlue is going to be higher.
       So if I'm used to spending, let's say -- I'll pull a figure out of the air -- let's say 18,000 a year if I spend with JetBlue, now I can expect in -- within no time to spend a lot more.  And the frequent flier program benefits are going to go down as historically been proven with all other airline mergers.
       So yeah, I'm very unhappy about it and that plan's going to cost me money.
Q   But what other ways will it impact your income from Direct Travel?
A   From Direct Travel?  Less people --
       (Simultaneous speakers.)
       MR. BONSIGNORE:  Objection to the extent that it requires expert testimony.
       (Reporter requested clarification.)
       MR. BONSIGNORE:  The witness has not been qualified as an expert.  And to the extent that the response requires the response -- the testimony of an expert,

Page 47

G. Talewsky
he's not qualified.
    You can answer.
Q    What was the question again?
Q    What other ways --
    MR. BONSIGNORE: Sorry about that, but I've got to do my job.
    THE WITNESS: Yeah.
Q    What other ways will it impact your income from Direct Travel? And by "it," I mean the merger between --
A    All right. Well, okay.
    MR. BONSIGNORE: Objection to the extent that it -- that the witness is not qualified as an expert and that the response requires an expert to answer it.
    Go ahead.
A    Well, obviously, I'm not an expert, but I can tell you prices go higher, which will happen. You know, higher prices, less choice, less desirable schedules, less people will travel; hence my income will drop.
Q    So no other reasons other than people traveling less?
A    Well, that's what comes to mind.

Page 48

G. Talewsky
    MR. RUCKER: Okay. We've been going for about an hour now. Do we want to take a ten-minute break?
    MR. BONSIGNORE: Yes. That's good.
    THE WITNESS: It depends. I'm good to go if we can end a little earlier than noon. If you're planning on going to 12 noon on the dot, then I'll take a break.
    MR. RUCKER: Yeah. Let's take a 10-minute break.
    THE WITNESS: All right.
    We'll go off the record, then.
    THE VIDEOGRAPHER: Okay. Off the record at 10:01.
    (Whereupon, a recess was taken between 10:01 and 10:17 a.m.)
    THE VIDEOGRAPHER: We're back on the record. The time is 10:17.
BY MR. RUCKER:
Q    Mr. Talewsky, did you consult with anyone during the break other than counsel?
A    No.
Q    So just to go back a little bit about what we were talking about just to make sure I

Page 49

G. Talewsky
understand.
    Is there any connection between airline ticket price and the amount that you earn from Direct Travel?
A    Not typically for domestic tickets.
Q    Is it different for international tickets?
A    It can be.
Q    How is it different?
A    Certain airlines may get a commission on, you know, like business class tickets overseas, which would affect my commission.
Q    Which airlines are you talking about?
A    I don't know. I think it's confidential information in my company.
Q    Uh-huh. Is that commission -- in your experience, is that commission higher than the service fee that you earn for other airline tickets?
A    It can be.
Q    I know you said it's confidential, but do these include any JetBlue tickets?
A    No.
Q    Going back on something you said earlier, did I have it correct that you on average

Page 50

G. Talewsky
have four to five customers, on average, traveling on JetBlue for any given month?
A    I think in that range, you know.
Q    Has that been constant over your time at Direct Travel?
A    I would say so.
Q    Based on your experience -- strike that.
    You had said earlier that one of the -- strike that.
    You had said earlier that an impact that the merger between JetBlue and Spirit will have on your personal income at Direct Travel will be that people will travel less; is that correct?
    MR. BONSIGNORE: Objection to the extent that that requires expert testimony.
    Go ahead.
A    Yes.
Q    For those four to five customers that you have flying on JetBlue, do you have any reason to think they would not travel at all after the merger between JetBlue and Spirit?
    MR. BONSIGNORE: Objection.

Page 51

1  G. Talewsky
2  Overbroad.
3  Go ahead.
4  A   If pricing goes up, less desirable
5  schedules, yes, that is possible I will earn less
6  and these customers will not travel.
7  Q   Based on your experience, do you -- do
8  you have any reason to think that these four to five
9  customers would go with another airline for their
10 air travel?
11 A   Depends on the schedule.  If JetBlue
12 and Spirit dominate the market, then they merge,
13 prices go up, then the option is pay, say, 500 a
14 ticket to go nonstop or go on another carrier and
15 maybe pay 350 but change planes and worry about your
16 bags arriving and getting on the cruise ship in time
17 if there's a delay, yes, I think, my experience,
18 less people could travel.
19 Q   Would a desirable alternative to be
20 fly on Southwest for these four to five --
21     MR. BONSIGNORE:  Objection.  Overbroad
22     and unintelligible.
23     (Reporter requested clarification.)
24 Q   I'll rephrase.
25     Would a desirable alternative for

Page 52

1  G. Talewsky
2  these four to five customers who are flying JetBlue
3  on average per month be Southwest?
4  A   As I previously mentioned, I think the
5  problem is JetBlue and Spirit are so dominate --
6  dominant in the marketplace in the Northeast
7  corridor to Florida, and most of Southwest flights
8  involve a connection, I don't think it's a great
9  alternative.
10 Q   What's your basis for thinking that
11 JetBlue and Spirit will dominate in the marketplace?
12 A   Well, I think they do now with the
13 frequency of flights in certain markets.
14 Q   Do most of your customers travel on
15 JetBlue or Spirit?
16 A   It all depends on the destination.
17 Q   For Miami?
18 A   Well, Miami, I think you're talking
19 more American.  They have that American-JetBlue
20 Northeast corridor, or whatever it's called,
21 agreement.  But for Fort Lauderdale -- or if you're
22 going to Fort Lauderdale/West Palm, then yeah, I
23 think JetBlue is a dominant carrier.  And Spirit
24 also has flights in these markets, if I'm not
25 mistaken.

Page 53

1  G. Talewsky
2  Q   But for your customers flying out of
3  Miami, are they flying mostly on JetBlue or Spirit?
4     MR. BONSIGNORE:  Objection to the
5     form.
6     Go ahead.
7  A   I'm not sure.  But since American has
8  Miami as a hub, I would say it's primarily American
9  and JetBlue.
10 Q   For most of your customers flying out
11 of -- strike that.
12     For your customers traveling from
13 LaGuardia, are -- apologize.  Strike that.
14     For your customers flying out of
15 LaGuardia, on average -- sorry.  Strike that.
16     For your customers traveling out of
17 LaGuardia, are most of them flying on JetBlue or
18 Spirit?
19 A   I'm not sure.
20 Q   How about Boston?
21 A   Boston to Florida, did you say?
22 Q   Just out of Boston.
23 A   Anywhere?
24 Q   Yes.
25 A   Some fly -- will fly JetBlue.  Spirit,

Page 54

1  G. Talewsky
2  I would assume.  JetBlue is a big lift out of
3  Boston.
4  Q   How about Orlando?
5  A   From Boston?
6  Q   Just flying out of Orlando.
7  A   I would think a good amount would fly
8  JetBlue or Spirit.
9  Q   Just to clarify, the last time that
10 you thought that a person -- one of your customers
11 flew on Spirit was maybe a year or two ago?
12 A   Uh-huh.
13     Are you waiting for me to answer?
14 Q   Nope.
15 A   Oh, okay.
16 Q   Okay.  Let's switch gears a little
17 bit.
18     I'd like to talk a little bit about
19 your personal travel.  We've talked a little bit
20 about it, but I'd like to explore it a little bit
21 more.
22     For your personal travel, how often do
23 you travel by plane?
24 A   It varies, but I would think typically
25 one to two trips a month anyhow.  Sometimes more.

Page 63

1  G. Talewsky
2  through LAX or flew to LAX in the last five years?
3  A    I'm not sure.
4  Q    There are also no flights listed to or
5  from Newark in the last five years; is that correct?
6  A    To or from Newark, that's probably
7  correct.
8  Q    Is there a chance that you flew to or
9  from Newark in the last five years?
10 A    Originating or ending in Newark?  Or
11 are you connecting?
12 Q    Any of the above.
13 A    In the last five years, probably not.
14 Q    There are no flights listed in this --
15 there are no flights listed to or from San Juan,
16 Puerto Rico in the last five years; is that correct?
17 A    That is probably correct.
18 Q    So is there a chance that you flew to
19 or from San Juan, Puerto Rico in the last five
20 years?
21 A    Probably not.
22 Q    There are no flights listed to Cancun
23 in the last five years; is that correct?
24 A    Yes.
25 Q    There are no flights listed to

Page 64

1  G. Talewsky
2  Richmond, Virginia in the last five years; is that
3  correct?
4  A    Yes.
5  Q    There are no flights listed to Salt
6  Lake City in the last five years; is that correct?
7  A    Yes.
8  Q    And there are no flights listed to
9  San Jose, California in the last five years; is that
10 correct?
11 A    San Jose, California.  Correct.
12 Q    Did you book all of these tickets
13 yourself, the ones that are listed in your
14 interrogatory responses?
15 A    I believe so.
16 Q    So there could be a chance that
17 someone else booked the travel for you?
18 A    No.  It would have been me or
19 either -- no.  It was me.  I would have booked all
20 of them.
21 Q    Have you taken a Spirit flight in the
22 last five years?
23 A    I do not believe so.
24 Q    When was the last time you took a
25 Spirit flight?

Page 65

1  G. Talewsky
2  A    I don't recall.  I just remember I
3  booked a Spirit flight, and I believe they canceled
4  the schedule; so I had to go an alternate carrier.
5  Q    So I'm going to direct your attention
6  to one line in your interrogatory response that --
7  is it accurate saying that you flew from FLL to STI
8  to FLL on Spirit in 2017?
9  A    I believe that was the year.  Yep.  I
10 had them booked.  Yep.
11 Q    So was this flight canceled?
12 A    I believe it was.
13 Q    Why did you not choose to fly on
14 Spirit since 2017?
15 A    Usually, the scheduling.  Well, I
16 shouldn't say that.  It was either the time of the
17 flight or frequent flier allegiance program.
18 Q    Do you have any intention on flying
19 Spirit in the future?
20 A    Yeah.
21 Q    Do you -- do you have a trip booked on
22 Spirit?
23 A    I don't at the moment, no, but I would
24 certainly consider them in upcoming travel.
25 Q    Do you have any specific plans on when

Page 66

1  G. Talewsky
2  you would fly -- fly on Spirit?
3      MR. BONSIGNORE:  Objection.  Asked and
4      answered.
5  A    Well --
6      THE WITNESS:  Is it okay to answer?
7      MR. BONSIGNORE:  Yes.
8      THE WITNESS:  Okay.
9      MR. BONSIGNORE:  When I talk, just to
10     go over the ground rule, I object, and
11     then unless I instruct you not to answer,
12     just --
13     THE WITNESS:  Okay.
14     (Simultaneous speakers.)
15 A    Well, I was -- I was planning on
16 visiting friends in Atlantic City, and I'd be flying
17 probably the West Palm-Atlantic City route with
18 Spirit.  I don't know ^ the exact dates yet, but
19 it's in my plans.  Probably do in the fall.
20 Q    Do you have this trip booked yet?
21 A    No, no.  I said I don't know the dates
22 yet, but they invited me and I plan on doing it.
23 Q    Just to go back and pin down
24 something.  The 2017 flight on Spirit that you have
25 listed in your interrogatory response from FLL to

Page 67

G. Talewsky
STI to FLL, was this flight canceled?
    A    I can't recall if it was outright canceled or went from being a flight during the day to like 2:00 in the morning. I honestly don't remember. There was a reason why.
    Q    So did you fly on another airline?
    A    Yeah. I had -- I remember I had to buy a ticket on another airline for more money at the time.
    Q    So you flew on another airline in 2017 from FLL to STI to FLL?
    A    I'm assuming I flew out of FLL. If, you know, not, I probably had to go from Miami.
    Q    Do you remember what airline that was?
    A    No, I don't. It most likely would have been JetBlue from Lauderdale or American from Miami.
    Q    What airline do you fly most frequently?
    A    Now or in the past?
    Q    We can start with now.
    A    Now I would say JetBlue.
    Q    In the past?
    A    Probably American.

Page 68

G. Talewsky
    Q    Why the switch?
    A    Scheduling, pricing, places I go now as compared to, you know, a couple years back.
    Q    Do you -- by "scheduling," do you mean availability or times?
    A    Uh, both. You know, once American merged with US Air, they pulled out of a lot of markets. And a lot of the markets I used to fly, they pulled out of. So I had to seek other ways of -- other carriers to fly that was more convenient and priced better for me.
    Q    You still fly, though, American on occasion?
    A    Yeah.
    Q    What other airlines do you fly just -- just for a list?
    A    I don't know. I'd have to go back on my list. I'm trying to think. I flew to Cuba. I think that was JetBlue. I went to France. I think that was Delta. When I go to Asia, that -- I usually -- sometimes I go Cathay Pacific.
        It usually -- with me, it depends on scheduling, pricing.
    Q    So I'd like to just scroll down a

Page 69

G. Talewsky
little bit to page 12 and talk a little bit about loyalty clubs or programs.
        So in response to Interrogatory 3, you responded that you're a member of the following loyalty clubs. That would be "American Aadvantage - Platinum Executive; JetBlue - Mosaic; Delta - Normal Status; United - Normal Status; Southwest - Normal Status."
        Did I read that correctly?
    A    Yeah. Sure sounds it.
    Q    Great.
        Are there any loyalty clubs missing from this list?
    A    Um, no. We got the legacy carriers, American, United, Delta. We've got JetBlue, Southwest. I mean, that's all that comes to mind.
    Q    And when you book your flights, do you usually use your loyalty number when you buy your ticket?
    A    Yeah. Why wouldn't I? And why sacrifice the points?
    Q    How often do you use loyalty points to buy airline tickets?
    A    I don't understand the question.

Page 70

G. Talewsky
    Q    How often -- sorry. How often do you use points to buy -- or points to exchange for airline tickets?
    A    To redeem -- are you talking redeem my miles earned for an airline ticket?
    Q    Yeah. Yes. That's correct.
    A    Once in a while.
    Q    Out of these loyalty clubs, are there any that stand out as being the best of the clubs?
    A    No. I think they're all going downhill.
    Q    Why is that?
    A    Well, you know, the miles required for redemption, you know, since all these mergers, it's getting tougher and tougher to get any of the perks.
    Q    Are you a member of Spirit's loyalty club?
    A    No, I'm not.
    Q    Well, why -- why are you not a member of Spirit's loyalty club?
    A    Well, if I start flying them, I'll join.
    Q    Do you have any plans on joining -- or I'm sorry. Strike that.