# EXHIBIT 88

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                              Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
FIRST SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION**<br>**SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF GARY TALEWSKY** |
| **SET NUMBER:** | **ONE** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

a response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

11. Plaintiff objects to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiff's right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**RESPONSE NO. 1:**

In addition to the General Objections listed above, Plaintiff objects to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiff also

objects to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds as follows:

| Travel Date | Airline | Booking Date | Route | Reason | Class | Price | Who Paid | Booking Method |
|---|---|---|---|---|---|---|---|---|
| 2/8/2015 | AA | 2015 | BOS/MIA/STI | Business | F | $1050 | me | Travel Agency |
| 2/12/2015. | AA | 2015 | STI/MIA/STI | Business | F | | | air only option |
| 4/21/2015. | Cathay | 2015 | BOS/HKG/SGN | Business | C | $4800 | me | Travel Agency |
| 4/30/2015 | Cathay | | BKK/HKG/BOS | Business | C | | | air only option |
| 5/20-25/2015 | AA | 2015 | Bos/MIA/Managua/MIA/BOS | Business | F | $1030 | me | Travel Agency air only option |
| 9/27-10/9/2015 | CX | 2015 | BOS/PEK/HKG/BOS | Business | F | Miles | | air only option |
| 10/23-27 | Jet Blue (JB) | 2015 | BOS/FLL/BOS | Personal | C | $420 | me | Travel Agency - air only option |
| 11/4-6/2015 | Jet Blue | | BOS/PBI/BOS | Personal | | $380 | me | Travel Agency - air only option |
| 12/8-11/2015 | AA | | BOS/MIA/STI/MIA/BOS | Business | | $1060 | me | Travel Agency - air only option |

2016

4/30-5/11  CX (Cathay pacific) BOS-HKG/BKK/HKG/BOS Business F – miles

| Travel Date | Airline | Route | Reason | Class | Price | Who Paid | Booking Method |
|---|---|---|---|---|---|---|---|
| June 7-11 | AA | BOS/MIA/STI/MIA/BOS | Business | F | $1022 | me | Travel Agency |
| June 14-16 | Jet Blue | BOS/MCO/BOS | Business | C | $404 | me | Travel Agency |
| Aug 3-6 | AA | BOS/SDQ/BOS | Business | F | $990 | me | Travel Agency |
| October 16-28 | CX | Bos/SGN/BKK/BOS | Business | F | $4200 | me | Travel Agency |

7
PLAINTIFF'S  RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

<u>2017</u>

Jan 15-19 Jet Blue  Bos/STI/BOS             Personal  C   $588    me Travel Agency

Feb 10-17  AA Bos/Mia/BOS                   Personal   C $644    me Travel Agency

Apr 23-May 5  CX  BOS/HKG/MNL/BOS        Business - F - Miles

Sep 4-17  Japan Air  BOS/NRT/PNH/SGN/BOS Personal C  $2340   me  Travel Agency

Oct 22-26 AA Bos/MIA/POP/MIA/BOS          Business F   $970     me  Travel Agency

Nov 8-16 Tap Air Portugal BOS/OPO/LIS/BOS Business  F $2920    me Travel Agency

Dec 17-30 Jet Blue Fll/pvd Bos/pbi           Personal   C  $843    me Travel Agency

<u>2018</u>

Feb 15-24 Southwest FLL/PVD/FLL           Personal $736

Apr 5-8 Jet Blue PBI/BOS/PBI               Personal C $660            Travel Agency

Apr 24  Jet Blue  PBI BOS                  Personal C $258          me Travel Agency

April 28-May 11 CX BOS/SGN/BOS           Business – Business $2980 me Travel Agency

June 10-14  AA BOS /STI/ BOS              Business - F $748           me Travel Agency

July 17-27 British Air BOS/LON/BKK/LON/b BOS Business - Business $5100  me Travel Agency

August 10-13  jet Blue BOS /LAS/BOS        Business - C $390           me Travel Agency

September 22-23  AA BOS /DCA/ BOS          Personal - C $228           me Travel Agency
- rail was an option

September 25-29  AA BOS/POP/MIA/BOS       Business – F $860            me Travel Agency

October 20-28  Tap Bos/Lis/Bos             Personal - C - $1680         me Travel Agency

November 30  Jet Blue Bos/PBI              Personal - C - $236          me  Travel Agency

8
PLAINTIFF'S  RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

2019

Jan 29-feb 1 American MIA/STI/MIA        Business – C. $448        me Travel Agency

Feb 15-18  Southwest FLL/PVD/FLL         Personal – C. $340        me airline website

Feb 22-23  Mia/SFO/MIA American          Business - F  $1107       me Travel Agency

March 12-13 American PBI/LGA/PBI         Business F $780     me Travel Agency

July 16-26 Cathay BOS/BKK/BOS            Business – Business –$4220  me / Travel Agency

Aug 10-16 Delta BOS/LAS  Jet Blue LAS/BOS  Business – miles / Delta Jet Blue $360 Travel Agency

Oct 10-20 British Air BOS/LHR/DBV/LON/BOS Leisure -  Business – $3550 me, Travel Agency

Nov 10-14 Jet Blue BOS/Sti/BOS           Business – C  -$620     airline website

2021

Mar 14-17 Jet Blue PBI/BOS/PBI           Personal - C $475     - airline website

August 2-6 AA- Jet Blue BOS/PHL/PBI      Personal – C. $360    - Travel Agency

August 8-12 Jet Blue  BOS/LAS/BOS        Business - First/Economy -$1220 Travel Agency

2022

Feb 18-21 Jet Blue FLL/BOS/FLL           Personal - C -$360      airline website

Mar 31-Apr 4  American MIA/Bog/MDE/MIA   Business – F  $1370   - Travel Agency

Aug 27 Jet Blue PVD FLL                  Personal C. $210         airline website

Aug 31-sept 8 Delta MIA/PAR/MIA          Personal – Business $4200 - Travel Agency
** Had American booked two times and they cancelled flights

Oct 25-Nov 1  jet blue FLL/PVD/PBI       Personal - $360        Airline website

Nov 9-13  FLL/HAV/FLL Jet Blue           Personal – C. $660   - airline website

9
PLAINTIFF'S  RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

Dec 18-24 American MIA/SXM/MIA         Personal – C $1635   - Travel Agency
** Jet Blue canceled nonstop flights from Ft Lauderdale

2023

Jan 6 Jet Blue PBI/PVD/PBI              Personal - C $330    - airline website

March 1-5 American MIA/Sti/MIA           Business – F $980    - Travel Agency

Apr 6-9  Jet Blue PBI/PVD/PBI            Personal - C $360    – airline website

May 24-oct 7 Jet Blue PBI/PVD/PBI        Personal - C -$407    Travel Agency

Aug 13-18  Jet Blue  BOS/LAS/BOS         Personal - C-$480       website

Sept 18-22 American BOS/MIA/NAS/CLT/BOS Business – F $1216   - Travel Agency

Dec 23-30 American MIA/SXM/MIA           Personal – C $686    - Travel Agency
**Easier for me to fly Fort Lauderdale St. Maarten on Jet blue but they cancelled flights

In addition, Plaintiff provides the following information in response to this interrogatory: Plaintiff has flown over 60 times on JetBlue from 2015 – 2023 and plans to fly with JetBlue in the future on the following routes: PUI-PBD, FLL-PVD, BOS-LAS-BOS, FLL-SDQ, BOS-STI, BPS-MIA.

Plaintiff flew the following route on Spirit in 2017: FLL-STI-FLL.

Plaintiff has flown the following route on numerous occasions: BOS-MIA, with JetBlue and American.

Plaintiff has flown the following routes:

    MIA-PHL on American in 2021-2022

    SFO-MIA on American in 2019

    DCA-MIA on American in 2020

      BOS-ORD on JetBlue in 2017

      BOS-LAS on JetBlue and Delta in 2020, 2021, and 2023

**INTERROGATORY NO. 2:**

For each route listed in Interrogatory No. 1, identify whether You have ever taken a different mode of transportation (e.g., driven or taken a train) since 2015 for that same route, when that trip occurred, and why You chose to travel by that method.

**RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiff objects to Interrogatory No. 2 because the term "different mode of transportation" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff responds as follows: See response to Interrogatory No. 1 above.

**INTERROGATORY NO. 3:**

List every airline loyalty and/or promotional program(s) to which You belong or have belonged to from 2015 to present, including but not limited to, airline loyalty programs (such as True Blue and Delta Sky Miles), airline credit card loyalty programs (such as Capital One Venture), booking promotion services (such as Rocketmiles), and/or airline shopping reward programs, including Your status level, if any, with each loyalty or reward program (e.g., Diamond, Platinum, Gold, or Silver Medallion Member with Delta) to which You are a member.

**RESPONSE NO. 3:**

In addition to the General Objections listed above, Plaintiff objects to Interrogatory No. 3 because (a) the terms "loyalty and/or promotional program" and the phrase "airline shopping reward programs" are vague, ambiguous, overly broad, and unduly burdensome, and (b) it seeks

information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence and it is a violation of Plaintiff's right to privacy. Responding further, to the extent Defendant seeks discovery related to "loyalty and/or promotional program," Plaintiff also objects to Interrogatory No. 3 because it (a) prematurely seeks to elicit legal theories, analysis, and other matters on which opinion testimony may be required at trial, (b) purports to require a layperson to provide answers on matters as to which opinion testimony may be required at trial, and (c) calls for legal conclusions and compels the assumption of facts not yet in evidence, and (d) prematurely seeks disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure.

Subject to and without waiving the objections stated above, Plaintiff responds as follows:

> Loyalty Clubs
> American Aadvantage- Platinum Executive
> Jet Blue- Mosaic
> Delta – Normal Status
> United – Normal Status
> Southwest – Normal Status
>
> Credit Cards used for air miles:
> Barclay Jet Blue Card
> American Citi Bank Aadvantage Card
> Platinum American Express- for airlines lounges, perks and miles
> United Chase Mileage Plus Credit Card

**INTERROGATORY NO. 4:**

Identify every complaint You have ever filed seeking to enjoin a merger under the Clayton Act, including any payments and/or other benefits. You received in connection with any such case, if any.

## VERIFICATION

I, __GARY TOLEWSKY__, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at __BOCA RATON__, __FLORIDA__, on May __16__, 2023.

## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on May 17, 2023.

/s/ Joseph M. Alioto, Jr.
Joseph M. Alioto, Jr.