# EXHIBIT 90

```
 1

 2  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
 3  - - - - - - - - - - - - - - - - - -x
    GABRIEL GARAVANIAN, et al.,
 4
              Plaintiffs,
 5
    vs.                           Civil Action Number
 6                                  1:23-cv-10678-WGY
    JETBLUE AIRWAYS CORPORATION
 7  and SPIRIT AIRLINES, INC.,

 8            Defendants.

 9  - - - - - - - - - - - - - - - - - -x

10

11

12

13       REMOTE VIDEOTAPED DEPOSITION of PAMELA WARD,

14  taken by Defendants on Wednesday, June 14, 2023,

15  commencing at 1:12 p.m. (Eastern Time), before Pamela

16  Grimaldi (via Zoom), a Registered Merit Reporter,

17  Certified Realtime Reporter, and Notary Public within

18  and for the State of New York.

19

20

21

22

23

24

25
```

```
 1
 2   R E M O T E   A P P E A R A N C E S:
 3
             BONSIGNORE TRIAL LAWYERS
 4               Attorneys for the Plaintiffs
                 23 Forest Street
 5               Medford, Massachusetts  02155
                 781.350.0000
 6
             BY:  ROBERT J. BONSIGNORE, ESQ.
 7                rbonsignore@classactions.us
                       - and -
 8                GEORGE OMAR KOURY, ESQ.
 9
10           PAUL WEISS RIFKIND WHARTON & GARRISON LLP
                 Attorneys for Defendant Spirit Airlines
11               1285 Avenue of the Americas
                 New York, New York  10019
12               212.373.3000
13           BY:  BETHANY ROBINSON, ESQ.
                  brobinson@paulweiss.com
14                     - and -
                  COLE RABINOWTIZ, ESQ.
15                crabinowitz@paulweiss.com
16
17
     A L S O   P R E S E N T:
18
             Alex Held, Video Specialist
19
20
21
22
23
24
25
```

Page 15

1  P. Ward
2  were?
3      A    I worked as a flight attendant for
4  air -- commuter airline in Cleveland, Ohio in the
5  '60s.  I worked for Northwest Airlines in the '60s
6  and '70s in reservations in Seattle, Washington.  I
7  worked for Braniff International in the '80s; this
8  is in Houston and Dallas in the '80s in
9  reservations.
10     Q    Are you currently employed?
11     A    I am.  I own -- I still own my own
12 agency.  I'm in the process of retiring at this
13 point, so not actively involved as I was in the last
14 10 years, so -- well, the last five years I've
15 basically pretty much been semiretired.
16     Q    Okay.  Have you ever worked at Spirit
17 Airlines?
18     A    No, I have not.
19     Q    Have you ever worked at JetBlue?
20     A    No, I have not.
21     Q    Do you act as a travel agent in your
22 agency?
23     A    Yes, I do.
24     Q    How many customers do you work with in
25 a typical month?

Page 16

1  P. Ward
2      A    In what year?  I mean, this has
3  changed drastically.  So, I mean, if you're talking
4  about the '90s, that's a lot different than, you
5  know, 2020.
6      Q    Sure.  We can take it in pieces.
7           Within the last five years, how many
8  customers would you work with in a typical month?
9      A    Well, in the last five years, I've
10 pretty much narrowed down to one major corporate
11 account that I did their travel for.  They were --
12 it was just a company that traveled all over the
13 world.  They had a -- quite a few employees --
14     Q    What company --
15          (Simultaneous speakers.)
16        (Reporter requested clarification.)
17     Q    Ms. Ward, who was that client?
18     A    Instruction Management Technology in
19 Dallas.
20     Q    Prior to the last five years, let's
21 say between the last five and 10 years, how many
22 customers would you work with in a typical month?
23     A    Wow.  I had 19 employees, and we all
24 did a lot of -- a lot of clients.  I mean, hundreds.
25 I -- and then each -- each client had a lot of

Page 17

1  P. Ward
2  travelers.  So I'm talking about how many clients --
3  how many travelers or how many different clients or
4  how many different companies or -- what ...
5      Q    How many customers?
6      A    Okay.  A customer would just be one
7  particular company.  I would say things dwindled
8  down, say, 10 years ago.  Before that, prior to the
9  10-year, there were quite a few more.  But in the
10 last 10 years, my -- I don't know.  50 clients.
11     Q    How did you get your clients?
12     A    Word of mouth, mostly.  We didn't
13 really have to advertise very much.  We did -- I did
14 some sales calls.  A lot of sales calls, actually.
15 I was very competitive in the Dallas market.  I went
16 out on a lot of sales calls to, you know, add
17 clients to our bases.  So that's -- that's the main
18 way that we acquired our client base.
19     Q    Does your client base consist more of
20 business travelers or leisure travelers?
21     A    These were business travelers,
22 corporate travelers, mostly.  Now, we did leisure
23 also, but mostly corporate travelers.
24     Q    Did you typically get your leisure
25 travelers through word of mouth?

Page 18

1  P. Ward
2      A    Basically.  And a lot of our leisure
3  travelers were our clients that are business
4  travelers.  So, you know, they both fed into each
5  other.  They called us for their vacation plans
6  also.
7           But then it was also word of mouth, a
8  lot of -- a lot of people would use our agency and
9  then, you know, tell their friends, and a lot of --
10 a lot of word of mouth.  We did provide good
11 service.  That's why.
12     Q    As a travel agent can you get, like,
13 discounts or other perks for your clients that are
14 not available to the general public?
15     A    Yes.
16     Q    What kind of discounts can you get
17 them?
18     A    You mean for the agents themselves?
19 Or are we talking about for the clients?
20     Q    For your clients.
21     A    Oh, for the clients.
22          Uh, we couldn't really get discounts
23 for our clients.  That -- I mean, they had to pay
24 the published fares.  There was really no discount
25 system available for clients.  We just provided good

Page 31

P. Ward

lot of people will select the airline that has the lower fare. Maybe they're interested in a better fare. So you have to offer all the options there are for the -- the cities that they're traveling, whatever route.

I never suggest one airline over another. And I don't -- and none of our agents did either.

Q How often do you blook -- sorry.

How often do you book JetBlue flights for your clients?

A We booked a lot of JetBlue flights. People love JetBlue. Whenever that was on the route that they were looking for, we would book a lot of JetBlue.

Q Are there instances where you decide which flight to book on behalf of your customer?

A No.

MR. BONSIGNORE: Objection. Asked and answered and argumentative.

A No.

Q How often do you book Spirit flights for your customers?

A We book a lot of Spirit flights.

Page 32

P. Ward

Q Have you received complaints from your clients about the amenities or service of any particular airline?

A No. Not to my knowledge.

I believe people know what to expect on a certain airline. They -- they know if there's going to be a meal service, which there hasn't been in the last 10 years. They would be informed about the baggage requirements and the seat selection.

And as long as they have the options, people like options. Hey, if they can save some money and take an airline that will save them money, then they'll do it.

So you -- you have to offer all of the options. And the software that we had would come up with every fare on every airline. So if Spirit had the best fare, they would be the first one mentioned if they are looking for a good fare; so ...

Q Is your travel agency paid on a commission basis?

A Since the '90s, we have not received commission on any tickets.

Q How is your agency paid by the passengers it represents?

Page 33

P. Ward

A The clients pay a fee, a standard fee that we have. It's set. That we -- that we advise them of. Of course, you have to do that. That's the only choice that travel agents have to make any money. When you go from 10 percent commission to zero, there's nothing you can do but charge a fee. No other option.

Q Is that a flat fee per booking?

A No. Generally, it's based on the price of the tickets. There were -- it changed over the years, by the way. And, you know, the fees changed. But our clients realized that we were providing such a good service, that we could weed out, you know, all of the intricacies for them and give them all the information.

So paying a fee was worth it for them, obviously, because they stayed with us. So the fees varied depending on the price of the tickets. You know, a lot of times the international tickets took a lot more time. A lot more time. So, you know, that, of course, might -- might be a little more expensive. Higher fee. But we were very reasonable as far as fees go, so ...

Q How is the fee calculated?

Page 34

P. Ward

A Well, generally, like I said, it was the price of the ticket. Most of the tickets under, say, $500 were a certain fee, getting into more expensive tickets. We didn't have that many fees, really. I mean, it was like two or three fees broken down; so ...

But the price of an international ticket usually did take a lot more time and a lot more research, so those -- those tickets were, you know, generally a higher fee.

Q You said that "most of the tickets under $500 were a certain fee"?

A Right.

Q Is the fee calculated on a particular ticket price or within a certain ticket price threshold?

A On a certain ticket price.

Now, that's how we figured it. I don't know what a lot of other agencies did. Maybe they could figure their fees based on how many hours it took to book the reservation. I mean, that's a possibility. But I think generally most agencies had either a straight fee or, you know, a number of different fees.

Page 35
P. Ward

Q That's okay. I wouldn't expect you to know how other agencies operate or to opine on -- on their fee structure. I'm really only asking about, you know, your personal experience at your agency.
A Okay.
Q So just to be -- make sure that I understand this, each ticket would have an associated fee that would vary based on the price of the ticket?
A That's correct.
Q Does the company have any agreements with any airlines?
A Any agreements with any airlines?
Q Correct.
A Any agreements? No.
Q Do any airlines pay commission to travel agencies -- I'm sorry. Strike that.
 Do any airlines pay your travel agency when you book a flight on their airline?
A You mean since 1999?
Q Sure.
A I don't believe so. I don't believe any airline pays commission at this point.
Q Is the compensation of your travel

Page 36
P. Ward
agents tied in any way to the price of the ticket?
A No.
 MR. BONSIGNORE: Objection. Asked and answered, argumentative.
A No.
 MR. BONSIGNORE: You can answer.
A No. It --
Q Do you book --
 (Simultaneous speakers.)
 (Reporter requested clarification.)
A All of my agents were paid a salary. They were -- their salary was not based on a -- how much -- how many tickets they -- they booked.
Q Do you book your own personal flights through your travel agency?
A I haven't flown in -- in quite a few years here, but at that point I was, yes.
Q Can you explain how you would have booked personal travel through your agency?
A Well, we would book it through our -- our own computers that we had our software with. Just -- just like a normal -- a normal ticket.
 Now, if -- if it was a travel agent ticket or a free ticket, then, of course, that can't

Page 37
P. Ward
be booked through the computer. You'd have to call them and book space.
 But if it's a normal ticket that someone's booking for themselves, sure, they could book it through the same system that we would book a client.
Q What relationships does your company have with JetBlue, if any?
A We have a good relationship with JetBlue. Never had any reason not to. I mean, a lot of people -- a lot of our clients flew JetBlue. And like I said, I've gotten down to the point now where I'm retiring, so I'm quoting things that we -- we've done in the last maybe 10 years, 15.
Q What about with Spirit?
 MR. BONSIGNORE: Objection. Unintelligible, vague.
A What about with Spirit? What was your question?
Q I'll rephrase.
 What relationships does your company have with Spirit, if any?
A We have a good relationship with Spirit. We've never had any problems with any

Page 38
P. Ward
Spirit traveler, travel -- I don't know -- I guess I don't know what you're asking. We have a good relationship with Spirit and with JetBlue; so ...
Q What impact, if any, do you believe the merger will have on your business?
 MR. BONSIGNORE: Objection to the extent that it calls for an expert opinion as the witness has not been qualified as an expert. Objection to the extent the question calls for an answer that requires a legal opinion.
 You can answer.
A Well, this will have a very highly negative impact on -- and harm on me and on all client -- all travelers as far as the merger with JetBlue and Spirit.
 Do you --
Q Can you explain the harm you believe it will -- the merger will have on you?
A I think there will be --
 MR. BONSIGNORE: Objection to the extent it calls for a legal opinion. Objection to the extent that the question calls for an expert opinion as the witness

Page 39

1  P. Ward
2  has not been qualified as an expert.
3      MS. ROBINSON: Mr. Bonsignore, I would
4  ask that you restrict your objections to
5  form, given the -- that is what is
6  required under Rule 30. I think the
7  additions constitute improper coaching.
8  So I'd ask that you -- please.
9      MR. BONSIGNORE: I disagree, but --
10 and I won't. But you can keep going.
11     THE WITNESS: What -- okay.
12     MR. BONSIGNORE: You can answer.
13     THE WITNESS: I believe jobs will be
14 eliminated. I believe routes are going to
15 be eliminated. I believe service is going
16 to be decreased across the board. There
17 are going to be hidden fares for seats,
18 bags, anything that you have to pay an
19 extra fee for. There are going to be
20 fewer flights, most likely. And, of
21 course, the fares will definitely go up.
22     And those are very harmful features
23 for the public, anybody traveling.
24 BY MS. ROBINSON:
25  Q  Ms. Ward, what impact do you believe

Page 40

1  P. Ward
2  the merger will have on your business in particular?
3  A  I believe it's the same --
4      MR. BONSIGNORE: Objection to the
5  extent that it calls for a legal opinion
6  or an expert opinion.
7  A  I believe that the --
8      THE WITNESS: Do you want me to
9  answer?
10     MR. BONSIGNORE: Go ahead.
11 A  I believe that the -- the effects of
12 any merger and this merger with Spirit and JetBlue,
13 will have negative effects for -- or the same
14 effects for the agency, the business. Business
15 likes choices. People like choices. Choices are
16 being eliminated. Pretty soon there will be one
17 airline. Then what do we do?
18     There's -- there's -- there's no --
19 where will this end? I mean, there are -- choices
20 are good. Competition is good. You know, it makes
21 people better. It makes airlines better to have
22 some competition. I think the airline strives to be
23 better when they're competing with another airline,
24 not -- when you eliminate your competition, then you
25 can do whatever you want. You can charge whatever

Page 41

1  P. Ward
2  fare you want. And then where -- where are the
3  customers? They're left with one choice. That's my
4  feeling on it.
5  Q  In what ways, if any, will the merger
6  impact your income?
7      MR. BONSIGNORE: Objection to the
8  extent it calls for an expert opinion.
9  A  Well, at this point since I'm
10 retiring, what can I say? I mean, my -- my income
11 personally, there's no airline that's going to
12 affect my income if I'm retiring.
13 Q  Do you own any stock in any airline
14 companies?
15 A  No.
16 Q  Do you have any ownership in any other
17 travel-related companies?
18 A  No.
19     MS. ROBINSON: I think -- we've been
20 going for almost an hour, and I'm at a
21 good stopping point if you want to take a
22 quick break.
23     MR. BONSIGNORE: Okay.
24     THE VIDEOGRAPHER: All right. We're
25 going off the record. The time is

Page 42

1  P. Ward
2  2:09 p.m.
3      (Whereupon, a recess was taken
4  between 2:09 and 2:25 p.m.)
5      THE VIDEOGRAPHER: We're back on the
6  record. The time is 2:25 p.m.
7  BY MS. ROBINSON:
8  Q  Ms. Ward, without revealing the
9  contents of your conversation, did you speak with
10 your attorneys during the break?
11 A  Yes.
12 Q  Was anyone else present for those
13 conversations?
14 A  No.
15 Q  Did you consult with anyone other than
16 your attorneys during the break?
17 A  No.
18 Q  Did you review any documents during
19 the break?
20 A  No.
21 Q  Because you're retiring, the merger
22 will not have an impact on your income, correct?
23 A  Correct.
24     MR. BONSIGNORE: Objection to the
25 extent that it calls for an expert

Page 47

1  P. Ward
2  that was produced does not reflect that
3  participation. So this is making up for
4  the beginning when things got all
5  cluttered and I was unable to read that
6  notification to you.
7     MS. ROBINSON: Noted.
8     MR. BONSIGNORE: It doesn't have
9  anything to do with the verification. I
10 just -- you know, it just hit me that I
11 forgot to do that; so ...
12    MS. ROBINSON: Understood. Thank you.
13    MR. BONSIGNORE: Sorry about that.
14 BY MS. ROBINSON:
15    Q   Ms. Ward, I'll repeat my question for
16 you.
17        Do you have any reason to believe that
18 the information in your first set of interrogatory
19 responses, with the exception of -- I'm sorry.
20 Strike that.
21        Do you have any reason to believe that
22 the information in your first set of interrogatory
23 responses is untrue?
24    A   No.
25    MS. ROBINSON: Alex, you can take that

Page 48

1  P. Ward
2  down. And if you could pull up Exhibit 1
3  again.
4     THE VIDEOGRAPHER: Ms. Ward, if you
5  could just try to remain centered in the
6  frame, that would be appreciated.
7     THE WITNESS: I can hardly hear you.
8  I'm sorry. Something's happening with the
9  volume here.
10    THE VIDEOGRAPHER: I was just
11 reiterating that if you could stay
12 centered in the frame of the video, that
13 would be greatly appreciated.
14    THE WITNESS: Okay.
15 BY MS. ROBINSON:
16    Q   If you go to page 7, it appears to be
17 a list of flights that you have taken. I'll let you
18 get there.
19        Is this a complete and accurate list
20 of the flights you've taken in the last six years?
21    A   Yes, it is.
22    Q   So you've not flown Spirit in the last
23 six years, correct?
24    A   Correct.
25    Q   And you have not flown JetBlue in the

Page 49

1  P. Ward
2  last six years, correct?
3     A   Correct.
4     Q   You don't list any flights into or out
5  of Fort Lauderdale, correct?
6     A   Correct.
7     Q   And you don't live in Fort Lauderdale,
8  correct?
9     A   Correct.
10    Q   You don't list any flights into or out
11 of Orlando MCO, correct?
12    A   Correct.
13    Q   You don't list any flights into or out
14 of Boston, correct?
15    A   Correct.
16    Q   And you don't list any flights into or
17 out of Los Angeles, correct?
18    A   Correct.
19    Q   And you don't list any flights out of
20 New York EWR, or Newark airport, correct?
21    A   Correct.
22    Q   And you don't list any flights into or
23 out of San Juan, correct?
24    A   Correct.
25    Q   And you don't list any flights into or

Page 50

1  P. Ward
2  out of Las Vegas, correct?
3     A   Correct.
4     Q   You don't list any flights into or out
5  of New York LGA, or LaGuardia airport, correct?
6     A   Correct.
7     Q   You don't list any flights into or out
8  of Cancun, correct?
9     A   Correct.
10    Q   You don't list any flights into or out
11 of Miami, correct?
12    A   Correct.
13    Q   You don't list any flights into or out
14 of Richmond, correct?
15    A   That's correct.
16    Q   You don't list any flights into or out
17 of Salt Lake City, correct?
18    A   Correct.
19    Q   You don't list any flights into or out
20 of San Jose, correct?
21    A   Correct.
22    Q   And you don't list any flights into or
23 out of Santo Domingo, correct?
24    A   Correct.
25    Q   So in the past it looks like you've

Page 63

P. Ward

Um, you want, I mean, as far as the small airlines? Regional airlines?
I don't believe JetBlue or Spirit fly into Tampa. I might be wrong. I'm -- I'm not sure, but I don't think so. I know they fly out of Fort Lauderdale and Orlando and Miami and Richmond, San Juan and Santo Domingo and all of those up the coast.
Q So you don't believe JetBlue or Spirit flies into or out of Tampa, correct?
A I -- I don't believe so. I could be wrong.
Q Okay. So let's see. Okay.
So moving on to St. Pete, does JetBlue fly into or out of St. Pete?
A I don't believe so.
Q Does Spirit fly into or out of St. Pete?
A I don't believe so.
Q Okay. I'd like to shift to discussing, you know, your membership and loyalty programs. So if we could go to page 8 of the exhibit.
So looking at your response to

Page 64

P. Ward

Interrogatory Number 3, you stated that you're a member of the loyalty program for American Airlines, correct?
A Correct.
Q What made you decide to join the American Airlines loyalty program?
A I pretty much join any frequent flier program of anyone I'm flying, and I have flown a lot American; so I am a member of their program. Not that I have flown that much. But I do have a membership. I don't have an elite status or anything.
Q Can you tell me the other membership programs you are a part of?
A That is the only one right -- that I'm aware of.
Q Okay. What do you consider to be the benefits of the American Airlines loyalty program?
A Well, if you accumulate enough miles, you can earn a free ticket. That's -- that's probably the major benefit. Or you can maybe upgrade from coach to business or use your miles that way. You can use miles to buy things online. You can do a lot of things. It's just a point of

Page 65

P. Ward

rewards, you know, setup. I'm sure that every airline has -- has a program.
Q You're not a member of the JetBlue loyalty program, correct?
A Correct.
Q And you're not a member of the Spirit loyalty program, correct?
A Correct. But if I flew them, I would -- I would definitely join.
Q Is the reason that you never signed up for the JetBlue loyalty program because you have not flown JetBlue in the past?
A Correct.
Q And is the reason that you've never signed up for The Spirit loyalty program because you've never flown Spirit in the past?
A Correct.
Q Do you currently have any plans to fly on Spirit?
A I would love to fly on Spirit. I am starting to fly again. I have not been able to fly for the last five or six years. I've -- things -- but I would love to fly on Spirit.
Q Do you have any specific plans to do

Page 66

P. Ward

so in the future?
A If they can -- if they have a flight offered on a route that I'm planning to take, I will definitely fly on them.
Q But you have not booked any flight -- any tickets on a Spirit flight in the future?
A At this point, no.
Q What is your impression of Spirit?
A I like Spirit. I think that -- I've heard good things about Spirit. Each airline has their own little niche of, you know, things that they offer, and I think they have a good program going. They are fair, they have a reasonable baggage setup, they've got -- they have everything that I would like to try. I've heard that the people are friendly.
Q Is there a reason you've chosen to fly other airlines but never Spirit?
A Well, they've not been on the route that I'm traveling on, so that would be the reason.
Q Do you currently have any plans to fly JetBlue?
A I would love to fly JetBlue. If I plan a trip that they are one of the carriers, I

Page 67
P. Ward
would definitely look it up.  I'd be willing to -- I would compare the things we've talked about, the fares, the scheduling.
Q    But you haven't purchased any tickets to fly on JetBlue in the future?
     MR. BONSIGNORE:  Objection.  Asked and answered.
A    No.
Q    Given that you've never flown Spirit or JetBlue, how do you expect the merger will affect you?
A    The merger will affect us immensely.  As I said, it limits the choice.  The competition is gone.  There's no choice.  The public has no choice.  Not just me, but my -- my friends and clients won't have a choice.  The routes could be eliminated.  Service will be reduced.  Fares will definitely go up.  This happens all the time.  And there are going to be fewer flights.
     So the harm is there.  I see it.  It happens over and over.  I'm trying to prevent this from continuing.
Q    Have you purchased tickets for any air travel in the future?

Page 68
P. Ward
A    Not at this point.  I'm definitely thinking about it, though.  I've just gotten an okay to travel, so I'm really planning to travel in the future a lot more than I have in the past.
Q    Do you budget for travel?
A    Yes.  I would -- I'd -- I'd like to set aside some travel allowance.  I would say yes.  I have a limited income right now, but I'd like to set aside some of it for -- for travel.
Q    You mentioned your limited income.  Are there any other things that your budget depends on?
A    Other than income?  My budget?
Q    Yeah.
A    I guess I'm -- I don't -- I don't know -- I don't -- I guess I don't understand.  Could you repeat that?
Q    Sure.
     So before you mentioned limited income as a factor in your budget.  Are there any other factors that your budget depends on?
A    No.  I -- I don't believe so.
     MS. ROBINSON:  Alex, we can take down this exhibit.

Page 69
P. Ward
I'm at a good stopping point for a break if we want to take a quick one now and come back in, you know, five minutes.
     MR. BONSIGNORE:  Okay.
     THE VIDEOGRAPHER:  All right.  The time is 3:06 p.m.  We're off the record.
     (Whereupon, a recess was taken between 3:06 and 3:19 p.m.)
     THE VIDEOGRAPHER:  We are back on the record.  The time is 3:19 p.m.
BY MS. ROBINSON:
Q    Ms. Ward, without revealing the contents of your conversation, did you speak with your attorneys during the break?
A    Yes.
Q    Was anyone else present for that conversation?
A    No.
Q    Did you consult with anyone other than your lawyers during the break?
A    No.
Q    Did you review any documents during the break?
A    No.

Page 70
P. Ward
Q    Do you prefer not to pay a fee to bring a carry-on bag on a flight?
A    Yes.
Q    Do you prefer to not pay a fee to check a bag?
A    Yes.
Q    Do you prefer to not pay a fee for an assigned seat?
A    Yes.
Q    Do you prefer to not pay a fee for Wi-Fi?
A    Yes.
Q    Do you prefer to not pay a fee for snacks or drinks?
A    Yes.
Q    Do you prefer to not pay a fee for additional leg room?
A    Yes.
Q    Given the choice between an airline that provides amenities included in the ticket price and an airline for which you have to pay separate fees for amenities, which airline would you prefer?
     MR. BONSIGNORE:  Objection.  Unintelligible, lack of foundation, vague.