# EXHIBIT 94

```
UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____

GABRIEL GARAVANIAN, et al.,      |

          Plaintiffs,            | Case No.

     v.                          | 1:23-cv-10678-WGY

JETBLUE AIRWAYS CORPORATION      |

and SPIRIT AIRLINES, INC.,       |

          Defendants.            |

_____ |


              ** CONFIDENTIAL **


       ZOOM VIDEO CONFERENCE DEPOSITION

              CHRISTINE WHALEN

              June 28, 2023

              11:59 a.m. Central




Stenographically reported by:

Cynthia J. Conforti, CSR, CRR

License No. 084-003064


Job No. 20993
```

```
 1  A P P E A R A N C E S:

 2

 3           *** ALL APPEARANCES VIA ZOOM ***

 4

 5  ON BEHALF OF PRIVATE ACTION PLAINTIFFS:

 6     BONSIGNORE TRIAL LAWYERS, PLLC

 7     23 Forest Street

 8     Medford, Massachusetts 02155

 9     (781) 350-0000

10     BY:  ROBERT BONSIGNORE, Esq.

11          info@class-actions.us

12

13  ON BEHALF OF DEFENDANT SPIRIT AIRLINES, INC:

14     PAUL, WEISS, RIFKIND, WHARTON &

15     GARRISON LLP

16     1285 Avenue of the Americas

17     New York, New York 10019

18     (212) 373-3000

19     BY:  RaCIA POSTON, Esq.

20          rposton@paulweiss.com

21

22

23  ALSO PRESENT:

24     Andrew Whitner, Videographer

25
```

Page 8

1  substances that might impair your ability to
2  testify truthfully?
3      A  No.
4      Q  Is there anyone in the room with you?
5      A  No.
6      Q  Do you understand that you cannot consult
7  any documents other than those that I show you,
8  including during breaks?
9      A  Yes.
10     Q  Thank you.
11        So now that we've got the ground rules
12 established, I'll go ahead and begin with my
13 questioning.
14        My first question is have you ever been
15 deposed before?
16     A  No.
17     Q  Have you ever testified -- testified at
18 trial before?
19     A  No.
20     Q  Did you do anything today to prepare for
21 your deposition?
22     A  I went through my notes.  I reviewed my
23 thoughts, my plans for the future.  Just
24 everything that was sent to me, I went through.
25     Q  So were these documents created by you or

Page 9

1  were they created by someone else?
2      A  They were created by someone else, a
3  lawyer.  I don't know specifically who.  It came
4  from my side, plaintiffs.
5      Q  Understood.
6         Did you have any meetings with your
7  lawyers?
8      A  No.
9      Q  So no in person or by phone, not at all?
10     A  I believe we had a conference call about a
11 couple weeks ago, but no in person, no.
12     Q  Understood.
13        Who participated in that conference call?
14     A  Well, I don't know some of these folks, so
15 it would be hard to say.  I didn't take
16 attendance.  I was there; that's probably about
17 all I can tell you.
18     Q  When you say "some of these folks," who
19 are you referring to?
20     A  Other plaintiffs in this case.  And the
21 lawyer was there.  But aside from that, I don't
22 know personally the other people that are in the
23 case, so I couldn't tell you if they were there or
24 not.
25     Q  How long did the session last?

Page 10

1      A  I don't know.  Hour maybe.
2      Q  What type of documents were you sent to
3  help prepare for today?
4      A  Oh, just some interrogatories of things
5  that were important or maybe helpful.
6      Q  So let's start a little bit with your
7  background.
8         Can you briefly summarize your educational
9  background after high school?
10     A  Yes.  I graduated from Southern Illinois
11 University, degree in elementary education.
12     Q  Are you currently employed?
13     A  No.
14     Q  What was your last employment?
15     A  Self-employed as a travel agent working on
16 commission.  Ended in 2020.
17     Q  Have you ever worked at an airline in any
18 capacity?
19     A  1988, probably that year, part-time sales
20 rep for TWA Airlines.  Was laid off, and they were
21 taken over by American.
22     Q  Have you ever worked at Spirit?
23     A  No.
24     Q  Have you ever worked at JetBlue?
25     A  No.

Page 11

1      Q  Have you had any other jobs pertaining to
2  the airline industry?
3      A  Only as a travel agent.
4      Q  Was travel -- excuse me.
5         Your job at TWA, was that the first job
6  that you held in the industry?
7      A  In the airline industry at the time.
8  Prior to that I was working as a travel agent.
9      Q  Understood.  Let me make sure I understand
10 the timeline.
11        So you first worked as a travel agent, and
12 then you went to become employed at TWA?
13     A  Right.  I worked at a travel agency on a
14 salary.  I decided to pursue an agency where I
15 would be paid differently based on my commission
16 and my earnings.  Once I was there, I was
17 approached by TWA to work for them part-time,
18 which I did.  After some time I was laid off there
19 but continued at my job, Travel Advisor, handling
20 my own clients, paid commission.  That went on.
21        After that, opened A&W Travel,
22 Incorporated, which is an S corporation, where I
23 was paid commission once again, a 1099.  And that
24 went on from 1999 to 2020.
25     Q  What was the name of the agency that you

Page 12

 1  worked at prior to A&W?
 2      A  Travel Advisor.
 3      Q  Where is that company based?
 4      A  New Orleans.
 5      Q  Is it still in existence today?
 6      A  Not to my knowledge.  I'm not sure really.
 7      Q  And then what was the specific year that
 8  you were employed at Travel Advisory?
 9      A  Probably started in 19 -- well, probably
10  1990?  Uh, yeah, probably 1990.
11      Q  And then at what time did that position
12  end?  Was it 1999?
13      A  Correct.
14      Q  Is A&W still in existence today?
15      A  No.
16      Q  What happened to the agency?
17      A  You might say that -- quite a few factors.
18  COVID, clients not traveling.  It was getting very
19  hard to operate.  Due to our age, it was time to
20  take a step aside, hence retirement.
21      Q  Did you own A&W?
22      A  No.  I was not an owner.  I was -- it was
23  a corporation, S corporation, which was formed for
24  the purpose of sharing software and office
25  expenses, be it rent, be it phone, be it printers,

Page 13

 1  be it postage, whatever.  There was a form for
 2  that.  I was self-employed.  I received a 1099
 3  based strictly on my commissions earned and
 4  service fees at that point.
 5      Q  So what exactly -- how -- what exactly was
 6  your relationship with A&W, then, if you say that
 7  it was an S corporation that had those different
 8  functions?  Was it actually a travel agency or can
 9  you give a little bit more detail on that?
10      A  Well, A&W Travel is a travel agency.  I
11  was just -- I was I guess 50 percent officer of
12  the corporation, but I was never paid any salary
13  or wages based on A&W Travel.  It was strictly
14  based on my production.
15      Q  Your production of getting clients and
16  providing travel services?
17      A  Yes, exactly.
18      Q  At the time when you worked at A&W, who
19  operated the company?
20      A  There were only two of us, and we had a
21  bookkeeper for a time.  There were only two of us.
22  It was a small agency.
23      Q  And who was the other individual that
24  worked with you at the company?
25      A  I don't know -- I mean, I don't know that

Page 14

 1  it's necessary that I divulge that, but... her
 2  name was Katherine Arcell.  We worked together for
 3  30 years.
 4      Q  And so was COVID the reason that you
 5  decided to leave the profession and retire early?
 6      A  I would say that it kind of gave us the
 7  indication that it may be the time to step aside.
 8      Q  So to be clear, this means that you do not
 9  make an income as a travel agent currently,
10  correct?
11      A  Absolutely none.
12      Q  So during your time as a travel agent, how
13  many customers did you typically work with within
14  a month?
15      A  In a month?  Oh, probably 70, 80, mostly
16  business travelers, so it was tickets, hotels,
17  cars.
18      Q  And when you say "business travelers,"
19  does that mean that they were part of a
20  corporation or company that employed you as a
21  travel agent?
22      A  No, unh-unh, no.  It was just contacts,
23  word of mouth after all those years, from all
24  around the country.  Word spreads, you know.
25      Q  And so, then, how would they reach out to

Page 15

 1  you typically?  Would that be phone call?  E-mail?
 2  What would that process look like?
 3      A  Generally phone calls.  Then after a time,
 4  we got into e-mailing the requests.  I would send
 5  back options.  We would take it from there.
 6      Q  Would you classify all of your clients as
 7  business travelers?
 8      A  No, there was a small percentage, maybe
 9  10 percent, for tours or cruises or, you know, so
10  just leisure travel.
11      Q  And so to be clear, what services did you
12  provide to your clients, whether business or
13  leisure travelers?
14      A  I would send them options for travel.
15  Many options, depending on their destination,
16  their time of travel.  I would send them price
17  comparisons on airlines, let them make the
18  decision.  I would book rental cars for them.  I
19  would book hotels for them.  I would book a limo
20  for them, if necessary.  Pretty much all those.
21      Q  And thinking back to 2020, did you see a
22  significant change in the amount of clients that
23  you had once COVID hit?
24      A  Well, what I didn't see a change in that
25  at all.  What I saw was a lot of cancellations of

Page 44

1  weren't -- you know, we probably knew it was
2  coming, but we had to learn how to deal with it
3  and carry on.  Hence, we introduced service fees.
4  And as I said before, my clients were willing to
5  pay the service fee.
6     Q  Understood.
7         Do you have any intention right now to
8  return to the travel agency industry?
9     A  No.
10    Q  Do you make any income from your prior
11 travel agency jobs?
12    A  No.
13    Q  And you will not make income as a travel
14 agent, correct?
15    A  Correct.
16    Q  So we do not -- excuse me, you do not
17 expect any future income as a travel agent,
18 correct?
19    A  Correct.
20    Q  So is it fair to say that the
21 Spirit-JetBlue merger will not have an impact on
22 your travel agency business?
23    A  On my business pers- -- no, not on my
24 business.  On my personal travel.  On the travel
25 of the whole entire country, the lack of -- I

Page 45

1  mean, we can get into that if you're ready.
2  Competition, fare increases, cuts in service, all
3  of the above.  It's happened too many times, and
4  it continues to happen, and we're going to be down
5  to nothing, no choices.  I think that Spirit is
6  doing a fine job.  What I hear, feedback from
7  people is, you know, why do something?  They're
8  okay by themselves.
9     Q  When you say that you hear that Spirit is
10 doing a good job, where are you hearing this
11 information from?
12    A  Well, people in the neighborhood, friends,
13 people that book their own travel.  We'd certainly
14 talk about it when it was my lifeline for
15 35 years.
16    Q  But you wouldn't necessarily hear any of
17 this feedback from your clients, correct?
18    A  No, I'm not in touch with most of my
19 clients any longer.  If they ask me, I would
20 certainly share with them my opinion, but that
21 would be based on what I've heard, too.
22    Q  We'll get more into that.  I just have one
23 more question on this.
24       Do you own any stock in any airline
25 company?

Page 46

1     A  No.
2     Q  Do you have ownership in any other
3  travel-related company?
4     A  No.
5        MS. POSTON:  And I see we're about at the
6  hour mark.  That's all I had on that topic
7  regarding your time as a travel agent, so I just
8  want to see how you're feeling, if you want to
9  take a break now or we can keep pushing through.
10       THE WITNESS:  I'm fine to go on.  I'm --
11 you know.
12       MS. POSTON:  Okay.  Mr. Bonsignore, is
13 that okay with you?
14       THE VIDEOGRAPHER:  You're muted at this
15 time, sir.
16       MR. BONSIGNORE:  Yeah, if we could just
17 take a minute break, I want to go get a cup of
18 coffee.
19       THE WITNESS:  Sure.
20       MS. POSTON:  Okay.
21       THE VIDEOGRAPHER:  Going off the record.
22 The time is 12:59 p.m.
23       (Recess taken.)
24       THE VIDEOGRAPHER:  Going back on the
25 record.  The time is 1:08 p.m.

Page 47

1  BY MS. POSTON:
2     Q  Thank you.
3        Ms. Whalen, before we get into our next
4  section and talking about your flying history, I
5  want to go back to a couple of -- one item that we
6  talked about with your employment as a travel
7  agent.
8        So you described yourself as a
9  self-employed travel agent; is that correct?
10    A  Yes, unh-unh.
11    Q  So if you were a self-employed travel
12 agent, why did you receive your commission or pay
13 through A&W?
14    A  Because you had ARC, which is Airline
15 Reporting Corporation, manages and sends it to A&W
16 Travel.  All commission checks would go through
17 A&W Travel.  We had a, you know, bank account, we
18 had a line credit, we had a letter of credit, we
19 had to set up all of that to get approval, and
20 everything went there.  There were no checks
21 written to Christine Whalen from any vendors or
22 airlines or hotels.  It all had to go through the
23 travel agency.
24       Does that make sense?
25    Q  Understood.

Page 60

1  Q  Did your counsel inform you to reserve
2  your e-mails and records and not delete them?
3     MR. BONSIGNORE:  Objection.  I instruct
4  the witness not to answer.  That falls within the
5  attorney-client privilege.
6     MS. POSTON:  So, Mr. Bonsignore, I am
7  confirming that you are instructing your client
8  not to answer the question, correct?
9     MR. BONSIGNORE:  Yes.  If you'd like to
10 rephrase it, you can rephrase it.
11 BY MS. POSTON:
12  Q  Ms. Whalen, did anyone inform you to
13 preserve your e-mails and records and not delete
14 them?
15     MR. BONSIGNORE:  Objection and instruct
16 her not to answer if it involves the
17 attorney-client privilege.
18     But if someone else did, you can answer
19 the question.
20 BY MS. POSTON:
21  Q  I'd like to make clear that I'm not asking
22 for any privileged communications that you've had
23 with your counsel.
24  A  So are you asking if anyone else has asked
25 me not to do this?  I mean, like my son, my

Page 61

1  daughter, you know?  Is that what you're
2  asking --
3   Q  Just any --
4   A  Nobody has.
5   Q  Okay.  Have you taken any actions to
6  preserve your e-mails or records before or around
7  November 3rd, 2022?
8   A  No, I don't know what I would do.  I mean,
9  is there a way to back them up?  I've never known
10 that, and I've never done that so...
11  Q  Have you continued to delete your e-mails,
12 like you described earlier, from that period I
13 just stated?
14  A  Well, depends on what the e-mail is, if I
15 don't need it.
16  Q  So, I'm sorry, I just want to confirm.  So
17 you have been deleting e-mails, correct?
18  A  If it's --
19     MR. BONSIGNORE:  Objection.
20     THE WITNESS:  Okay.  It has no bus- -- I
21 mean, yeah, if it's something from AAA or, you
22 know, something that I have no interest in, no
23 business with, I delete those.
24 BY MS. POSTON:
25  Q  And I want to go back to the document,

Page 62

1  Exhibit 1 that we have on the screen.
2     I want to confirm, there is no travel for
3  Spirit or JetBlue, correct?
4   A  Correct.
5   Q  And is it correct to say that you have not
6  flown JetBlue or Spirit?
7   A  Correct.
8   Q  And looking at bullet points 3 and 5 on
9  the screen, they do not indicate whether the
10 flights were round trips.  Do you recall if they
11 were?
12  A  Are we looking at these flights on 5/27?
13 It's a one-way, New Orleans to Tampa.  The return
14 was on 6/1, which is the second line, which would
15 be Tampa back to New Orleans.  They were ticketed
16 two one-ways.
17     Number 3 is 6/13 -- 11 to 6/13, and that's
18 a New Orleans to Midway, a coach fare paid.  That
19 was a round trip.  I flew out on the 11th; I came
20 back to the 13th.
21  Q  Okay.
22  A  Next one, same thing, 11/6 to -- until
23 11/11, Southwest.  That would have
24 been round -- so it's round trip, but I can't
25 access the fare paid or the information.

Page 63

1     Next -- last one was a Delta mileage
2  award, traveled to Bur- -- New Orleans to
3  Burlington.
4   Q  Understood.
5     Looking at bullet points 4 and 5, so
6  November 2020 and then October of 2015.  Do you
7  recall if those flights were booked directly
8  through the airline?
9   A  November of 2020, that would have been
10 Southwest, so it would have been booked definitely
11 online at Southwest's website.
12     The -- your next one is the Delta Air
13 Lines; is that what you're asking about?
14  Q  Right.  Is it a booking process when
15 you're awarded a flight?
16  A  They -- it is a booking process, but I did
17 not initiate the process, but yes, it is a booking
18 process at Delta's website.
19  Q  Delta -- does Delta initiate the booking?
20  A  Well, no, the traveler, myself.  Or in
21 this case, I didn't do it.  The other agent that
22 worked in the office did it.
23  Q  That worked in the office at A&W?
24  A  Yes.
25  Q  Does she typically initiate travel for

Page 92

 1  Q  To confirm, you've never flown on Spirit,
 2  correct?
 3  A  Correct.
 4  Q  Do you currently have plans to fly Spirit?
 5  A  I would love to.  They go where I want to
 6  go.
 7  Q  They go where you want to go.  Would those
 8  be the destinations that you listed earlier?
 9  A  Correct, for starters.
10  Q  Did you recently decide that those are
11  destinations that you want to go to?
12  A  No, unh-unh, no.  They have been on my
13  list for quite some time, but they're a little bit
14  too far to get to when I'm hauling an office, you
15  know, so now I'm free to do it.
16  Q  Does your role in this litigation have
17  any -- any correlation to your decision to take
18  Spirit on those -- excuse me, take Spirit on your
19  route to those destinations?
20  A  I don't know if I understand that.  I -- I
21  mean, I think I will go for the schedule, for the
22  fare.  I would like to experience Spirit since I
23  have never.  It's certainly going to be a
24  consideration if it all lines up.
25  Q  And you talked a little bit earlier about

Page 93

 1  your impressions of Spirit.  I'd like to hear more
 2  about what are some of the things that you like or
 3  dislike about Spirit.
 4  A  Well, I think it's -- seems to me that
 5  they're growing, they're getting better, they're
 6  very friendly, which is a real plus in this day
 7  and age, no matter what you're doing or where
 8  you're going.
 9      I haven't heard any feedback from anyone
10  that is negative, and the only way to verify that
11  is to maybe try it myself.  I think that they
12  should continue to grow.  I'd love to see them
13  grow.  Losing too many.
14  Q  And what do you mean by they're growing?
15  How do you know that they are growing?
16  A  Well, I think they're solid.  I think
17  they're not in a bad financial situation.  I think
18  they have plans to expand.  And I think it's
19  wonderful.  I think the competition is where it
20  needs to be.  I don't want to be told that I can
21  only go on this airline or that airline, and I'd
22  like to have options.
23      And as I said, starting out and making it
24  in this day and age is not easy, and it seems to
25  me that they've done the right thing to be here.

Page 94

 1  Q  And to confirm, you've never flown on
 2  JetBlue, correct?
 3  A  Correct.
 4  Q  Do you currently have any plans to fly
 5  JetBlue?
 6  A  I haven't considered it necessarily.  I --
 7  I think, once again, that they have a good
 8  reputation and seem to be holding their own as
 9  well, so I would look at the price is where I
10  would start.
11  Q  What do you mean they have a good
12  reputation?  What have you heard about them?
13  A  Oh, just feedback from people that have
14  flown them over the years.  You know, they're --
15  they're good.
16  Q  What makes them good exactly?
17  A  I think that they're trying a little
18  harder than some of the old-school airlines that
19  are around, you know.  What can I say?
20  Q  So your impressions of -- excuse me.  I --
21  strike that.
22      Would you agree that your impressions
23  currently of JetBlue and Spirit are basically
24  based on what you've heard from others or not
25  heard from others?

Page 95

 1  A  Definitely.  I have no personal
 2  experience, so it's just feedback from folks.
 3  Q  And so given that you've never flown
 4  Spirit or JetBlue, how do you expect the -- excuse
 5  me -- how do you expect the merger will affect you
 6  personally?
 7  A  It would give me less choices.  I believe
 8  the fare would definitely go up.  I think they'd
 9  be adding more extra charges, or those would
10  increase.  The same that's happened for all these
11  other mergers.  I'm just dead set against it.
12  Q  When you say "less choices," do you mean
13  less choices to fly Spirit or JetBlue?
14  A  Yeah, less destinations, less flights,
15  less capacity.  I think that if they merge that
16  we're going to see a lot of cutbacks that we
17  hadn't seen before and a lot of additions in
18  fares, cutbacks in maybe some flights and
19  destinations.
20  Q  What's your basis for stating that they'll
21  be less choices and increased prices?  What's your
22  basis -- excuse me, and less capacity?  What are
23  your bases for these claims?
24  A  Well, because I believe that right now the
25  JetBlue fares are higher than Spirit's, so that

Page 96

may just automatically bump things up so they can compete -- so JetBlue can compete with some of the other guys out there.

And, you know, once people start accepting all these charges, they're not going to have any choice, and I hate to see that happen.

Q And I may have asked you this. My apologies: Have you ever used a travel agent to book air travel?

A No.

Q Okay.

A Wasn't necessary, I guess you would say. I couldn't do it. I need to go.

Q Okay. We already talked about this as well.

In what ways, if any, do you budget for travel?

A Well, I mean, we have the funds. We just need to go to places that we haven't been in a long time or want to -- or never been at all. So if -- I mean, I don't put away $50 a week until I get enough to get a ticket. That's not an option. I mean, we're comfortable. We are not going first class, I'll tell you that, but we have the means to do it and why not. We did a lot before, and

Page 97

there's more we can do.

Q So you're bringing a lawsuit to block the merger between JetBlue and Spirit, correct?

A Yes.

Q When did you first consider bringing this lawsuit?

A When I first heard about it, and I can't recall when that was, but I think I'm not -- I can't recall. I read about it. I still get Travel Weekly, and we get the paper every day here still. So I've heard about it, and I wanted to stop it. I have seen it happen. You know, I lived through American and TWA. I lived through Delta, Northwest. I mean, I just -- it's a killer.

I mean, one thing that hits me in the gut is I can't imagine after -- or I do imagine that after TWA was wiped out, what happened to St. Louis? That was our hub. You know, the city had a big hit. What happened to Memphis, a hub for Northwest, when Delta took them over? I mean, it's just -- they're ruling what we can do, let's put it that way.

And eliminating a lot of people on the ground. There's a lot of jobs that people don't

Page 98

consider that go by the wayside, i.e., vendors, i.e., baggage people, when you cut service or cut flights. It's just -- it affects the whole area, and I hate to see that happen.

Q Are you suggesting that the merger will have negative effects for New Orleans Airport as well, like you just described about Memphis and St. Louis?

A I'm not sure, but it could. We're not a hub. I mean, we're far from it. But, you know, it really could. Fortunately, we get a lot of visitors. We're a tourist destination, but I don't know where the people come from. There's a lot of reasons why they come, but I don't know what -- where they come from.

Q And to confirm, you said earlier about JetBlue that they are typically more predominant in the northeast region; is that correct?

A That's what -- my belief. That's what I'm -- probably recall, but I am not 100 percent sure.

Q Okay.

A Seem to be.

Q And I think we described Spirit as being more predominant in the Midwest area, I believe

Page 99

you said, and --

A Those are the places I would care to go to. Now, I look at it, and I think they're quite a bit East Coast too.

Q Okay.

A Yeah.

Q Understood. So with them being more predominant in those areas, your belief is still that they would have negative effects in New Orleans and travelers in and out of New Orleans; is that correct?

A I hope not. But I see, you know, the few times when I go to the airport, actually, it's usually somebody else is coming to visit and I see Spirit planes, so I would like to see that continue. And I would like to see it, you know, increase even if necessary. We have a brand new airport. You can't get to it because they've got to build a road, but, you know, it's coming along. So I think -- I see the Spirit planes, and I'd like to see more of them.

Q And outside of less choices and increased fares, are there any other ways that you believe the merger will impact you personally?

A No, unless I, you know, yeah, it's just

Page 100

too -- it's getting too big. Everything's getting too big, and I don't know what -- what will come of it. But I know what's come from the other mergers that have been allowed to take place. And I don't see that this would be handled much differently or would turn out much differently.

Spirit's fine on their own right now. Why, you know, why go under somebody else's wing? Why not just continue? You know, do what you're doing and people will stand by you. It's -- I think it's important.

Q How do you know that Spirit is doing fine right now on their own?

A Oh, from everything that I see or hear, I think they're doing just fine. I think they're doing financially fine. I don't know. I don't read the stock exchange or any of those journals, but from what I hear and see, I think they're doing fine. And I don't understand why all this mergering is taking place in every aspect of our country.

Q Do you generally just have a disdain for mergers?

A It's probably going to hit and hurt the people that need it the most, that would take

Page 101

advantage of it the most, so it limits your options.

I mean, just, if you look around -- I mean, case in point, I don't get anything from Amazon, but at my old age, am I going to be able to get anything if I don't get it from Amazon; you know, and it's the same thing with travel. What happens when we have three, four airlines taking over? It's just going to be -- they're going to be in charge. They're going to tell you what you can do and can't do. They're not going to treat you like a guest, like a customer, is my feeling.

Q And to go back, you mentioned that Spirit -- I'm summarizing, so let me know if you disagree.

But you said that Spirit is doing well on their own, and if they continue to stay on their own, people will -- excuse me, customers will just continue to be attracted to them and take advantage of their services and things; is that correct? Is that basically your sentiment?

A That's what I think, and that's what I'm hoping for, yes, definitely.

Q And -- but you have not been one of those people in the past who has taken advantage of

Page 102

Spirit's services; is that correct?

A No, I did not have the opportunity.

Q And why didn't you have the opportunity?

A Well, what do you want to know about it? I dealt with a caregiver for my last sibling. That was my trip to Chicago on Southwest, you know, memorial service. I mean, how much do you need to know about my life to know why I'm going here or there? I told you Ida, okay? That was less than two years ago, just, you know, the new roof, fighting insurance companies, okay? So I haven't had the opportunity.

Now, things seemed to settle in one place, and yes, we can get on with our life, barring no storms. And I would like to try Spirit. I'm sure I will like them. I'm sure I will agree. I'm looking for price.

So, as I say, when I get where I need to go and I've got the time, if something happens and there's a weather delay, hey, I'm not pressured to be there at a certain time or day.

But the savings can be used for a lot of other things on the other end, tours, dinners, hotels, whatnot, but I will have to compare when I do intend to take these trips, so --

Page 103

Q But it's not guaranteed -- excuse me.

A I haven't booked it yet.

Q But it's not guaranteed that you will fly Spirit, correct?

A Well, I certainly haven't put the money down; I haven't given them my credit card, if that's what you mean. That's -- I started looking, and I liked what I saw as far as their fares. I started exploring their website. And it's certainly worth a consideration. I don't have to fly first class. I don't have to have an aisle seat. I don't -- you know, I'm not very needy, let's put it that way.

Q From right now, what you're seeing with your price comparison, how much lower are Spirit's costs than some of the airlines that you are looking at?

A Well, I didn't have dates, so I didn't take it all the way to the end. I was just kind of getting used to their website, so I can't answer that.

Q Okay. So you -- you haven't gone through that process of doing an actual comparison to see how Spirit fares out against these other airlines, correct?