# EXHIBIT 95

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                          Civil Action No. 1:23-cv-10678-FDS

PLAINTIFF AIRWAYS CORPORATION
and SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
FIRST REQUEST FOR ADMISSIONS**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION**<br>**SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF CHRISTINE WHALEN** |
| **SET NUMBER:** | ONE |

**PLAINTIFF'S RESPONSES TO REQUEST FOR ADMISSIONS**

Plaintiff CHRISTINE WHALEN responds and objects to Defendants' Request for Admissions ("Requests") as set forth below. The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court.

No incidental or implied admissions are intended by these responses. The fact that Plaintiff has objected or responded to any Request shall not be deemed an admission that

## RESPONSES TO REQUESTS FOR ADMISSIONS

**REQUEST NO. 1**:

Admit that You have never flown Spirit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1**:

Admit.

**REQUEST NO. 2:**

Admit that You have never flown JetBlue.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2**:

Admit.

**REQUEST NO. 3**:

Reserved.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**:

N/A

**REQUEST NO. 4:**

Admit that You are not presently employed as a travel agent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**:

Admit.

**REQUEST NO. 5**:

Admit that You are not presently the whole or partial owner of a travel agency.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5**:

Admit.

**REQUEST NO. 6**:

Admit that You have never been employed as a travel agent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6**:

Denied.

**REQUEST NO. 7**:

Admit that You have never been the whole or partial owner of a travel agency.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7**:

Denied.

**REQUEST NO. 8**:

Admit that, at any point in time, You received financial compensation as a condition of, or as consideration for, agreeing to settle or otherwise voluntarily dismiss any claim You brought to enjoin the merger of two airline companies under the Clayton Act.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8**:

In addition to the General Objections listed above, Plaintiff objects to Request No. 8 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, is a violation of Plaintiff's right to privacy, and calls for the disclosure of confidential settlement communications.

Dated: June 7, 2023     By:     */s/ Lawrence Papale*
                                Lawrence G. Papale (SBN 67068)
                                LAW OFFICES OF LAWRENCE G. PAPALE
                                1308 Main Street, Suite 117
                                St. Helena, CA 94574
                                Telephone: (707) 963-1704
                                Email: lgpapale@papalelaw.com

CERTIFICATE OF SERVICE
The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties,
the foregoing document has been served on all counsel of record by electronic mail on June , 2023.
/s/ Lawrence Papale
Lawrence G. Papale

VERIFICATION
I, CHRISTINE WHALEN, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admissions, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.
Executed at NEW ORLEANS , LA , on June 7 , 2023.

6
PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
REQUESTS FOR ADMISSIONS (SET ONE)   *Christina Whalen*
                                     *June 7, 2023*