# EXHIBIT 97

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                             Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

### PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

| | |
|---|---|
| **PROPOUNDING PARTIES:** | JETBLUE AIRWAYS CORPORATION SPIRIT AIRLINES, INC. |
| **RESPONDING PARTY:** | PLAINTIFF CHRISTINE WHALEN |
| **SET NUMBER:** | ONE |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

of a response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

11.   Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:**

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

**SUPPLEMENTAL RESPONSE NO. 1:**

In addition to their General Objections listed above, Plaintiff objects to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiff also

objects to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds:

- 5/27/2022; Southwest Airlines; Personal Travel; New Orleans to Tampa; Coach; Fare Paid $181.98; Ticketed online at Southwest.com.

- 6/01/2022; Southwest Airlines; Personal Travel; Tampa to New Orleans'; Economy Class; Paid $58.98; Ticketed online at Southwest.com.

- 6/11-13/2021 Southwest Airlines; Personal Travel; New Orleans to Midway; Coach; Fare Paid $173.96; Ticketed online at Southwest.com.

- 11/6-11/2020; Southwest Airlines; Personal Travel; New Orleans to Tampa roundtrip. Plaintiff cannot access fare paid.

- 10/16-19/2015; Delta Airlines; Personal Travel; New Orleans to Burlington VT; Mileage award ticket of 45,000 miles.

**INTERROGATORY NO. 4:**

Identify every complaint You have ever filed seeking to enjoin a merger under the Clayton Act, including any payments and/or other benefits. You received in connection with any such case, if any.

**SUPPLEMENTAL RESPONSE NO. 4:**

In addition to the General Objections listed above, Plaintiff object to Interrogatory No. 4 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence and it is a violation of Plaintiff's right to privacy. Subject to and without waiving the objections stated above, Plaintiff responds:

See Exhibit A, attached hereto.

# EXHIBIT A

**JET BLUE PLAINTIFFS' SECTION 7 AIRLINE CASES**

| Plaintiff Name | | D'Augusta v. Northwest 08-3007-VRW | Malaney v. United cv-10-02858-RS | Taleff v. Southest-Air 11-cv-02179 | Fjord v. AMR 13-01392-SHL | Fjord v. U.S. Airways 13-3041 SBA | Grace v. Alaska 16-cv-5165-WHA |
|---|---|---|---|---|---|---|---|
| | | Date Filed: 6/18/2008 | Date Filed: 6/9/2010 | Date Filed: 5/3/2011 | Date Filed: 11/29/2011 | Date Filed: 7/2/2013 | Date Filed: 9/7/2016 |
| Arcell | Katherine | | x | x | x | x | x |
| Brown | Jan Marie | | x | x | x | x | x |
| Brito | Jose | x | x | x | x | x | x |
| Davis | Brenda | | x | x | x | x | x |
| D'Augusta | Rosemary | x | x | | x | x | x |
| Faust | Pamela | | x | x | x | x | x |
| Fjord | Carolyn | x | x | x | x | x | x |
| Freeland | Don | | x | x | x | x | x |
| Fry | Donna | x | | | | | x |
| Garavanian | Gabriel | x | x | x | x | x | x |
| Garavanian | Harry | | x | x | x | x | x |
| Gardner | Jocelyn | x | x | x | x | x | x |
| Jolly | Valarie | | x | x | x | x | x |
| Malaney | Michael | x | x | x | x | x | x |
| Marazzo | Len | | x | x | x | x | x |
| McCarthy | Lisa | x | x | x | x | x | x |
| Nieboer | Timothy | | | | | | |
| Pulfer | Deborah | x | x | x | x | x | x |
| Rubinsohn | Bill | | x | x | x | x | x |
| Russell | Sondra | x | x | x | x | x | x |
| Stansbury (Deceased) | June | | | | | | |
| Stensrud | Clyde | x | x | x | x | x | x |
| Talewsky | Gary | x | x | x | x | x | x |
| Ward | Pamela | | x | x | x | x | x |
| Whalen | Christine | | x | x | x | | |

I, _Christine Whalen_, verify under the penalties of perjury that I have read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at _New Orleans_, _LA_, on June _21_, 2023.

_Christine Whalen_
Signature

CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on June 8, 2023.

/s/ Lawrence Papale
Lawrence G. Papale

6/21/2