# EXHIBIT 99

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gabriel Garavanian, Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC. <br><br> Defendants. | CASE NO.: 1:23-cv-10678-WGY <br><br><br><br><br><br> EXPERT REPORT OF TED P. TATOS <br><br> July 28, 2023 |

## I.   ASSIGNMENT AND SUMMARY OF FINDINGS

1. Counsel for Plaintiffs in this matter have asked me to address two questions:

    i. Is JetBlue's acquisition of Spirit likely to threaten loss or damage to the Plaintiffs in this matter?

    ii. Can such threatened loss or damage to Plaintiffs be quantified with reasonable certainty based on the available evidence?

2. I answer both of these questions in the affirmative. In approaching this assignment and forming my opinions, I have relied on several sources of information. These include:

- Plaintiffs' travel records
- Plaintiffs' depositions and interrogatories
- the Expert Report of Hal J. Singer, on which I assisted
- documents produced in this matter
- the relevant literature

3. I have also relied on public documents and my experience and knowledge of literature specific to the issues addressed herein. To the extent that I refer to any such literature, publication, or documents, I cite such material in the footnotes of this report or note them in Exhibit 1.

4. I understand that discovery in this matter is ongoing. To the extent that additional material produced warrants my updating the opinions in this report, I reserve the opportunity to do so.

## II.   QUALIFICATIONS

5. My name is Ted Tatos. I am an economist and Managing Director in Empirical Analytics, LLC as well as an economic consultant with EconONE Research. I am also an adjunct professor in the economics department at the University of Utah, where I teach applied econometrics to graduate students. I hold a B.A. in Economics from Duke University and an M.S. in Statistics with a focus in Econometrics from the University of Utah.

6. I have published on economic and statistical issues in various journals, including the Federal Circuit Bar Journal, the Antitrust Bulletin, the Appraisal Journal, the Harvard Journal of

the Spirit fare was lower by $114 on such flight.

22. The literature has chronicled the effects of such disruptive entry from previous airlines. Southwest's impact on markets became known as the Southwest Effect[7], followed by the "JetBlue Effect".[8] More recently, Spirit's ability to exert competitive pressure on other carriers to lower their fares and thus benefit consumers regardless of which carrier they used has become known as the "Spirit Effect."[9]

23. As the Spirit Effect implies, removing Spirit as a competitor will also eliminate the Spirit Effect from routes where it would have operated but-for the merger. Such routes not only include current routes but also routes into which Spirit would have expanded its service offerings. Thus, Plaintiffs, as well as other air travelers, will likely suffer harm in the form of higher fares even if they do not fly on Spirit. Such harm takes the form of higher average fares across all carriers on a specific route.

24. The route-wide downward pressure that Spirit previous exerted on fares would no longer exist post-merger. As a result, regardless of which airline consumers choose on a route that Spirit would have serviced but-for the merger, consumers would pay a higher fare. This outcome does not require any logical leap as JetBlue has testified as such. The harm to consumers would directly result from the removal of competition.

25. The average upward price pressure that would result from the removal of Spirit as a competitor would redound to the individual Plaintiffs in this matter.[10] To explain how such harm in the form of higher fares would occur, I studied Plaintiffs' itineraries, which I attach as Exhibit 3.

26. The harm that Plaintiffs would suffer can be computed by route based on the trips they have taken in the past and are likely to take in the future as follows:

---

[7] Michael D. Wittman and William S. Swelbar, Evolving Trends of US Domestic Airfares: The Impacts of Competition, Consolidation, and Low-Cost Carriers, MIT Small Community Air Service White Paper No. 3. Report No. ICAT-2013-07, August 2013 ("Much research has been done on the famous "Southwest effect," which suggests that passenger traffic increases and fares decrease once Southwest Airlines enters a market…")

[8] *Id.* at 20.

[9] Nick Young, *Forecasting Vulnerability in an Ultra-Low-Cost World*, Hopper, Dec. 1, 2015, *archived at* https://web.archive.org/web/20180421123325/https://www.hopper.com/corp/insights/forecasting-vulnerability-in-an-ultra-low-cost-world.

[10] This logic lies at the heart of causal inference, which concerns itself with average treatment effects and general effects on specific populations from policies or other treatments.

**Exhibit 3 - Expert Report of Ted Tatos**

Plaintiff Air Travel Profile

| | Name | Air Travel History | | | | | | Source(s) |
|---|---|---|---|---|---|---|---|---|
| | | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | |
| 1 | Gabriel Garavanian | Y | BOS-MCO, BOS-TPO, BOS-MSY, BOS-LAS (unclear which ones of this list)** | Y*** | | Y | MIA-BOS, BOS-PHL, PHL-BOS, BOS-DTW-REN-JFK-BOS, BOS-DTW-SAN-ATL-BOS, BOS-IAD-BOS, BOS-MIA, BOS-MCO, BOS-TPO, BOS-MSY, BOS-LAS (unclear which of the last four is specifically other airlines)** | Garavanian, Gabriel-Rog Responses, Faust Second Supp Rog Response to Rog 1, G. Garavanian RFA Response |
| 2 | Katherine R. Arcell | N | | N | | Y | New Orleans-Houston-New Orleans, Atlanta-Houston-New Orleans, New Orleans-Atlanta-New Orleans, New Orleans-Atlanta-Washington-Atlanta-New Orleans, New Orleans-Houston-New Orleans, Atlanta-New Orleans, Atlanta-Hartford-Atlanta-New Orleans, New Orleans-Atlanta-New Orleans, New Orleans-Atlanta-Philadelphia-Atlanta-New Orleans, New Orleans-Atl-Ewr-Atl-New Orleans, New Orleans-New Orleans-Atl, MSY-EWR-MSY | Arcell Supp Rog Response, Arcell RFA Response |
| 3 | Jose' M. Brito | N | | N | | Y | RNO-DEN-RNO, RNO-LAX, RNO-SFO-IAD, HOR-LIS, RNO-PHX-BOS, BOS-SFO-RNO, RNO-LAX, RNO-PHX-TUS, TUS-DEN-RNO, RNO-DFW-LGA, LGA-ORD-Rno, LAX-IST-NBO-IST-LAX, PDL-LIS-BOS, EWR-OPO-PDL, RNO-DEN-EWR, BOS-ORD-RNO, RNO-LAX-RNO, TP SFO-LIS-SFO, RNO-SFO-RNO, RNO-SFO-RNO, RNO-DEN-JAC-DEN-RNO, RNO-SFO-MIA-DEN-RNO, RNO-LAX-IAD, BOS-DEN-RNO, RNO-DEN-ORD-GRU-GIG-IAH-RNO, RNO-SSO-RNO | Brito, Jose-Rog Responses Exhibit A, Brito RFA Response |

**Exhibit 3 - Expert Report of Ted Tatos**

Plaintiff Air Travel Profile

| | Name | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | Source(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | Air Travel History | | | | |
| 4 | Jan-Marie Brown | Y | RNO-LGA, LGA-RNO | N | | Y | RNO-LON, LON-RNO, RNO-PHX, PHX-RNO | Brown, Jan Marie-Rog Responses, Brown RFA Response |
| 5 | Rosemary D'Augusta | N | | N | | Y | SFO-JFK, JFK-SFO | D'Augusta, Rosemary - Rog Responses, D'Augusta RFA Response |
| 6 | Brenda K. Davis | N | | N | | Y | DFW-DEN,DEN-DFW,DFW-FRA,PRG-FRA,DFW-FLL,TPA-DFW,DFW-CUN,CUN-DFW FW-FLL,FLL-DFW,IAH-SJD,SJD-IAH, DFW-JFK or LGA,BUF-CLT,IAH-LIR,LIR-IAH,DAL-LAS,LAS-DAL, DFW-SFO,SFO-DFW, DAL-LGA, LGA-DAL, DFW-LIR, LIR-DFW, DAL-LAS,LAS-DAL,DFW-CUN,CUN-DFW | Davis, Brenda-Rog Responses, Davis Second Supp Rog Response to Rog 1, Davis RFA Response |
| 7 | Pamela Faust | N | | N | | Y | CVG-CHS, CHS-CVG, CVG-SLC, SLC-CVG, CVG-DCA, DCA-CVG, CVG-RSW, RSW-CVG,CVG-TPA,TPA-CVG,CVG-LGA,LGA-CVG,CVG-DFW,DFW-CVG, CVG-SLC-SAN,SAN-SLC-CVG,CVG-LAX,LAX-CVG,CVG-BOS,BOS-CVG,CVG-DEN-LAS,LAS-CVG, | Faust,Pamela-Rog Responses, Faust Second Supp Rog Response to Rog 1, Faust RFA Response |
| 8 | Carolyn Fjord | N | | Y | OAK-DTW, DTW-OAK | Y | SF-DFW-PNS-DFW-SFO, SMF-PHX-DTW-PHX-SMF,SFO-HAM,CDG-SFO,OAK-STL-OAK,OAK-FLINT,FLINT-OAK,OAK-DTW,STL-DEN,DEN-OAK,SFO-DEN,DEN-DTW,SMF-DEN,SMF-LGA-DEN,DEN-OAK,SMF-DTW,DTW-SMF,SMF-STL,STL-DEN,DEN-SMF,SMF-STL-SMF,OAK-KOA,KOA-OAK | Fjord, Carolyn-Rog Responses, Fjord Supp Rog Responses, Fjord Third Supp Rog Responses to Rog 1, Fjord RFA Response |

**Exhibit 3 - Expert Report of Ted Tatos**

**Plaintiff Air Travel Profile**

| | Name | \multicolumn{6}{c}{Air Travel History} | Source(s) |
|---|---|---|---|---|---|---|---|---|

| | Name | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | Source(s) |
|---|---|---|---|---|---|---|---|---|
| 9 | Don Freeland | Y | PSP-JFK,BOX-DTW,PSP-BOS | Y | LAX-FLL,LAX-DTW,DTW-LAX, | Y | LAX-GIG,LAX-NYC,PER-LAC,LAX-TLC-LAX,TOL-AA,TOL-PSP,CLE-MEX,PSP-EWR,LAX-BJX,LAX-CPT,SIN-LAX,LAX-SCL,EZE-LAX,DTW-PSP,AMX-BJX,PSP-GYE,MIA-PSP,PSP-NYC,BUD-LHA,EWR-MCO,LAX-MSY,PSP-SFO,BJX-YVR,YVR-BJX,SFO-PRG,CPH-BUD,BJX-IAH,LAX-ATH,UAE-EWR,BJX-JFK,JFK-BJX | Freeland,Don-Rog Responses, Freeland Second Supp Rog Response to Rog 1, Freeland Third Supp Rog Response to Rog 1 |
| 10 | Donna Fry | | | | | Y | DEN-SEA-DEN,DEN-SFO-DEN,DEN-MDW-DEN,COS-SEA-COS,DEN-FRA-AMS-PRG-FRA-DEN,TUS-DEN,TUS-ORD,ORD-SEA,SEA-LAX-TUS,TUS-SEA-TUS,PHX-SEA-PHX,TUS-DEN-SFO-TUS,TUS-DEN-LGA-DAL-TUS,TUS-SEA-TUS-DFW-LGA,YUL-ORD-TUS-DEN-TUS,TUS-SEA,TUS-MDW,SEA-MDW,ORD-SEA,SEA-TUS,TUS-SEA,TUS-ORD,ORD-TUS | Fry,Donald-Rog Responses |
| 11 | Harry Garavanian | Y | BOS-PUJ, PUJ-BOS,ORH-FLL,FLL-ORH,TPA-BOS,BOS-PLS,PLS-BOS | N | | Y | BOS-FCO,BOS-AMS,TPA-BOS | Garavanian,Harry-Rog Responses, H Garavanian Second Supp Rog Response to Rog 1, H Garavanian Third Supp Rog Response to Rog 1, H Garavanian RFA Response |
| 12 | Yvonne Jocelyn Gardner | Y | NYC-MIA | Y | MSP-MCO | Y | Denvir-Budapest,PRG-Denvir,Denvir-Nandi,Denvir-NYC | Gardner,Jocelyn-Rog Responses |

Exhibit 3 - Expert Report of Ted Tatos

**Plaintiff Air Travel Profile**

| | Name | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | Source(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Air Travel History** | | | |
| 13 | Valarie Ann Jolly | N | | Y | Dallas-Minneapolis | Y | NYC (Metropolitan Area)(EWR and LGA) and Dallas-Fort Worth, DFW-CDG-DFW,MRS-LHR,DFW-LHR-MRS-LH,DFW-CLT-FCO-CL,DFW-SLC-DFW,DFW-LHR-MRS-LH,DAL-SLC-DAL,DFW-FCO-DFW,DFW-FCO-DFW,DFW-AVL-DFW,ATL-SLC,DFW-MAD-MRS-L,DFW-GSP-DFW,DFW-LHR-MRS-DFW,DFW-MSP,MSP-DFW,DFW-CDG-DFW,DFW-MIA-PLS-MIA,DFW-LHR-ZRH-AM,DFW-LHR-DFW-LHR,DFW-AVL-DFW,DFW-PDX-DFW,DFWCHS-SAV-DFW,DFW-MIA-GGT-CLT,BOS-DFW,DFW-FCO-DFW,DFW-SLC-DFW,DFW-LHR-EDI-LHR,DFW-CDG-TLS-MAD,DFW-HNL-LIH-HNL | Jolly,Jocelyn-Rog Responses, Jolly,Jocelyn-Rog Responses Exhibit A, Jolly RFA Response |
| 14 | Michael C. Malaney | N | | N | | Y**** | | Melaney RFA Responses, Mulaney, Micheal-Rog Responses |
| 15 | Len Marazzo | Y | RNO-JFK,JFK-RNO | ?***** | LAS-RNO,RNO-LAS,SAN-LAS,IAH-LAS | Y | RNO-AEX,AEX-RNO,RNO-SNA,SNA-RNO,RNO-PHX,PHX-RNO,RNO-CVG,CVG-RNO,RNO-OGG,OGG-RNO,SMF-KOA,KOA-SMF,RNO-KOA,KOA-RNO,RNO-MCO,MCO-RNO,RNO-RIC,RIC-RNO,RNO-GNV,GNV-RNO,TPA-PHX,TPA-RIC,RIC-TPA,RNO-ORF,ORF-RNO,PHX-GNV,TPA-RNO,LAS-LGB,LGB-RNO,RNO-DEN-RNO,RNO-LAS,LAS-RNO,RNO-DEN,DEN-RNO,DAS-RNO,DAL-RNO, | Marazzo RFA Response, Marazzo Deposition Exhibit B, Marazzo Rog Responses, Marazzo Second Supp Rog Response to Rog 1 |

**Exhibit 3 - Expert Report of Ted Tatos**

Plaintiff Air Travel Profile

| | Name | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | Source(s) |
|---|---|---|---|---|---|---|---|---|
| 16 | Lisa McCarthy | Y | RSW-EWR-RSW, RSW-EWR, RSW-DCA, FLL-PLS-FLL, DCA-RSW | N | | Y | MQT-DTW-RSW,RSW-DTW-MQT-DTW-RSW,RSW-BDL-BWI-RSW,MIA-LHR-GLA-EDI-LHR-MIA,DCA-ATL-RSW,SFO-ATL-RSW,RSW-EWR-RSW,RSW-DFW-HKG-BKK-HKG-DFW,NCE-AMS,MIA-LHR-NCE-AMS-LHR-MIA,RSW-ORD-RSW,RSW-PHL-RSW,RSW-CLT-MSY-DFW-RSW,RSW-DFW-SFO-DFW-RSW,RSW-ATL-RSW,RSW-DTW-ATL-RSW,RSW-DTW-RSW,MIA-SKB-MIA,MIA-BGI-MIA,RSW-PHL-YYZ-PHL-RSW,RSW-DTW-LAS-ATL-RSW,RSW-CLT-YYZ-PHL-RSW,RSW-DFW-SFO,SFO-IAH-RSW,RSW-EWR-RSW,EWR-RSW,RSW-DEN-HDN-DEN-RSW,RSW-ATL-BWI-ATL-RSW,RSW-ATL-ALB-ATL-RSW,RSW-ATL-SAV-ATL-RSW,RSW-ATL-DCA-ATL-RSW,SAV-ATL-RSW, RSW-PHL-BDL,BDL-CLT-RSW,RSW-DTW-ORD-PBI,PBI-ORD-DTW | 123481 McCarthy-Lee, 158379 McCarthy-Lee, 171378 McCarthy-Lee, 196604 McCarthy-Lee, 205269 McCarthy-Lee, McCarthy Rog Responses Ex.A, McCarthy RFA Response |
| 17 | Timothy Niebor | | | Y | DTW-MCI,MCI-DTW,DTW-FLL,FLL-DTW,DTW-ATL,ATL-DTW,DTW-IAH-DEN,DTW-JAX,JAX-DTW,DTW-DEN-DTW,DTW-TPA-DTW | Y | DTW-ATL-TPA-FLL,FLL-FNT,DTW-DCA-HHH,DTW-PBI-DTW,DTW-HHH-DTW,DTW-HHH,FNT-HHH | Nieboer,Timothy-Rog Responses, Nieboer Second Supp Rog Response to Rog 1, Nieober RFA Response |

**Exhibit 3 - Expert Report of Ted Tatos**

Plaintiff Air Travel Profile

|    | Name | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | Source(s) |
|----|------|---------------|----------------|--------------|---------------|-------------|-------------------------|-----------|
|    |      | **Air Travel History** | | | | | | |
| 18 | Deborah M. Pulfer | N | | N | | Y | CMH-MIA-LIR-MIA-CMH,DAY-DEN-DAY,DAY-DFW-COS-DFW-DAY,DAY-CLT-PUJ-PHL-DAY,DAY-ORD-SFO-ORD-DAY,DAY-LGA-DAY,DAY-ORD-DAY,CMH-LAS-CMH,CMH-DFW-FAI-ORD-CMH,CMH-MIA-CMH,CMH-FLL-CMH,CMH-DFW-ANC-ORD-CMH,CVG-LAS-SLC-CVG,DTW-AMS-BSL-AMS-DTW,CMH-DAL-CMH | Pulfer, Deborah-Rog Response-Exhibit A, Pulfer RFA Response |
| 19 | Bill Rubinsohn | N* | | N* | | Y | DET-NYC,LAS-MIA,MIA-PHL | Rubinsohn,Bill-Rog Responses, Rubinsohn RFA Response,Rubinsohn response email 021423 |
| 20 | Sondra K. Russell | N | | N | | Y | DFW-MCO,MCO-DFW,DFW-FLL,FLL-DFW,DFW-PER,SYD-DFW,DFW-HNL,HNL-DFW,DFW-LGA,LGA-DFW,DFW-YHM,EWR-DFW,DFW-EWR-DFW,SCT-FLL,DFL-MIA,MIA-DFW,DFW-LON-EWR-DFW, | Russell,Sondra-Rog Response Exhibit A, Russell RFA Response |
| 21 | June Stansbury | | | | | | | |
| 22 | Clyde D. Stensrud | N | | N | | Y | SEA-JFK-SEA,PAE-SFO-PAE,SEA-SFO-SEA,SEA-MSP-BOS-SLC-SEA | Stensrud,Clyde-Rog Response,Stensrud Second Supp Rog Response to Rog 1, Stensrud RFA Response |

**Exhibit 3 - Expert Report of Ted Tatos**

**Plaintiff Air Travel Profile**

| | Name | \multicolumn{6}{c}{Air Travel History} | Source(s) |
|---|---|---|---|---|---|---|---|---|
| | | JetBlue (Y/N) | JetBlue Routes | Spirit (Y/N) | Spirit Routes | Other (Y/N) | Other Airlines (routes) | |
| 23 | Gary Talewsky | Y | PBI-FLL-MIA, BOS-LAS,BOS-MIA,BOS-ORD,BOS-FLL-BOS,BOS-PBI-BOS,BOS-MCO-BOS,Bos-STI-BOS , Fll-pvd Bos-pbi ,PBI-BOS-PBI,PBI BOS , BOS -LAS-BOS ,Bos-PBI ,BOS-PHL-PBI,FLL-BOS-FLL,PVD FLL ,FLL-PVD-PBI,FLL-HAV-FLL,PBI-PVD-PBI,LAS-BOS | Y | FLL-STL-FLL | Y | MIA-PHL,SFO-MIA,DCA-MIA,BOS-LAS,BOS-MIA-STI,STI-MIA-STI,BOS-HKG-SGN,BKK-HKG-BOS,Bos-MIA-Managua-MIA-BOS,BOS-PEK-HKG-BOS,BOS-MIA-STI-MIA-BOS ,BOS-HKG-BKK-HKG-BOS,BOS-MIA-STI-MIA-BOS,BOS-SDQ-BOS, Bos-SGN-BKK-BOS,Bos-Mia-BOS ,BOS-HKG-MNL-BOS ,BOS-NRT-PNH-SGN-BOS,Bos-MIA-POP-MIA-BOS,l BOS-OPO-LIS-BOS,FLL-PVD-FLL , BOS-SGN-BOS, BOS -STI- BOS,BOS-LON-BKK-LON-bos, BOS -DCA- BOS,BOS-POP-MIA-BOS ,Bos-Lis-Bos ,MIA-STI-MIA,  FLL-PVD-FLL, Mia-SFO-MIA,PBI-LGA-PBI ,BOS-BKK-BOS,BOS-LAS,BOS-LHR-DBV-LON-BOS,MIA-Bog-MDE-MIA,MIA-PAR-MIA , MIA-SXM-MIA ,MIA-Sti-MIA , BOS-MIA-NAS-CLT-BOS, MIA-SXM-MIA | Talewsky,Gary Rog Response, Talewsky Gary Response 020723 |
| 24 | Pamela S. Ward | N | | N | | Y | TPA-MSP-FAI-MSP-TPA,TPA-FAI-TPA(unknown airline) | Ward,Pamela-Rog Response,Ward Supp Rog Responses, Ward RFA Responses,Ward Pamela Responses 021323 |
| 25 | Christine Whalen | N | | N | | Y | MSY-MDW,MSY-TPA,New Orleans-Tampa,Tampa-New Orleans,New Orleans-Midway,New Orleans-Burlington | Whalen-Christine Rog Responses, Whalen Supp Rog Responses,Whalen RFA Response |

**Notes:**

* See Rubinsohn First Set of Responses to Admission to Plaintiff... "Admit that you have never flown Spirit-JetBlue - Admit." See also Rubinsohn
** See Gabriel Garavanian Rog Responses. "Plaintiff has also flown BOS-MCO, BOS-TPO,BOS-MSY,BOS-LAS round trip on several occasions prior to 2015 on JetBlue, Delta, Continental, and Southwest"
*** See Gabriel Garavanian  Responses to Requests for Admissions. "Admit that you have never flown Spirit-Deny."
**** See Michael Melaney Responses to Requests for Admissions. "Admit that you have never flown on any airline-Deny."
***** See Marazzo Deposition Exhibit B - 8 "Spirit Bookings". See also Marazzo Responses to Requests for Admissions. "Admit that you have never flown Spirit-Admit."