JUSUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                    Civil Action No. 1:23-cv-10678-WGY

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DEFENDANTS' MOTION TO STRIKE, OR, IN THE ALTERNATIVE, TO DENY OR DEFER PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(d)

Defendants JetBlue Airways Corporation and Spirit Airlines, Inc., by and through their undersigned counsel, hereby move to strike Plaintiffs' Motion for Summary Judgment, which Plaintiffs served (in part) on Defendants on August 1, 2023, but have yet to file with the Court, pending resolution of Plaintiffs' Motion to Seal (Dkt. 171). Plaintiffs' memorandum fails to comply with this Court's Local Rules on page limits (it is three times the allowed length) and ignores the Court's case management order, which rejected Plaintiffs' request to decide the merits of this case before the DOJ case.

Alternatively, JetBlue and Spirit respectfully request that the Court deny or defer the Motion under Federal Rule of Civil Procedure 56(d) because Plaintiffs filed a substantive motion (in contrast to Defendants' narrow motion on the threshold issue of standing and irreparable harm) in the middle of expert discovery.

Respectfully submitted,

Dated: August 3, 2023

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
Zachary R. Hafer (MA BBO #569389)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com
zhafer@cooley.com

Ethan Glass (*Pro Hac Vice*)
Deepti Bansal (*Pro Hac Vice*)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

Beatriz Mejia (*Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
bmejia@cooley.com

Joyce Rodriguez-Luna (*Pro Hac Vice*)
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212 479 6895
Fax: 2124796275
jrodriguez-luna@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*

/s/ Andrew C. Finch
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Jared P. Nagley (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant*
*Spirit Airlines, Inc.*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion.  Plaintiffs have indicated they oppose the motion and its requested relief.

*/s/ Elizabeth Wright*
Elizabeth Wright

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Strike or Deny/Defer, which was filed with the Court through the CM/ECF system on August 3, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Elizabeth Wright*
Elizabeth Wright