**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs respectfully move for leave to file a Summary Judgment Motion in excess of the Court's 20-page limit.

The present case is a complex antitrust case with an extraordinary amount of discovery both in this case and in the related DOJ case.  Indeed, about 60 depositions were taken in the last month of discovery.  Plaintiffs' Motion is sixty-six pages, "and seeks summary judgment on Plaintiffs' prima facie case as well as on a number of issues on which Defendants have the burden of proof and cannot meet their burden as a matter of law.  Each of the bases are well-supported with citations to the discovery.

Accordingly, Plaintiffs respectfully request leave to file a Summary Judgment Motion in excess of the Court's page limit.

Dated: August 4, 2023

/s/  *Scott Gregory Herrman*

Stephen G. Larson
Robert F. Ruyak
Scott Gregory Herrman
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
*(Admitted Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on August 4, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Scott Gregory Herrman*
Scott Gregory Herrman