UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., | Civil Action No. 1:23-cv-10678-FDS |
| *Plaintiffs*, | **DECLARATION OF HAL J. SINGER** |
| v. | |
| PLAINTIFF JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | |
| *Defendants*. | |

**DECLARATION OF HAL J. SINGER
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Hal J. Singer, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. I am over the age of eighteen. I have personal knowledge of the facts attested to below and, if called to testify, could and would competently testify to such facts.

2. I have previously submitted an expert report dated July 28, 2023 ("the Singer Report") on behalf of the Plaintiffs in this matter. The Singer Report provides my qualifications and relevant disclosures for the purpose of satisfying Rule 26. I incorporate those details in this declaration by reference.

3. In the Singer Report, I created a table that consisted of "Markets Served by JetBlue and Spirit" based on data obtained from the Bureau of Transportation statistics. It was marked as "Table 7". I found that there were 283 markets served by only Spirit and no

1
DECLARATION OF HAL J. SINGER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

other ultra low cost carriers. Other ultra low cost carriers included Allegiant, Frontier, and Sun Country Airlines. A true and correct copy of the data I collected specifying the 283 routes labeled "Spirit only (no ULCCs)" are attached hereto as **Exhibit A**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted this day of August 18, 2023.


_____
Hal J. Singer, Ph.D.
Managing Director, Econ One Research

# EXHIBIT A

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Myrtle Beach, SC: Myrtle Beach International | Atlantic City, NJ: Atlantic City International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Atlantic City, NJ: Atlantic City International |
| Miami, FL: Miami International | Atlantic City, NJ: Atlantic City International |
| San Juan, PR: Luis Munoz Marin International | Atlantic City, NJ: Atlantic City International |
| Orlando, FL: Orlando International | Atlantic City, NJ: Atlantic City International |
| Fort Myers, FL: Southwest Florida International | Atlantic City, NJ: Atlantic City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Atlantic City, NJ: Atlantic City International |
| Tampa, FL: Tampa International | Atlantic City, NJ: Atlantic City International |
| Boston, MA: Logan International | Atlantic City, NJ: Atlantic City International |
| West Palm Beach/Palm Beach, FL: Palm Beach Inter | Atlantic City, NJ: Atlantic City International |
| Los Angeles, CA: Los Angeles International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Atlantic City, NJ: Atlantic City International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Minneapolis, MN: Minneapolis-St Paul Internation | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Orlando, FL: Orlando International | Austin, TX: Austin - Bergstrom International |
| Myrtle Beach, SC: Myrtle Beach International | Hartford, CT: Bradley International |
| Newark, NJ: Newark Liberty International | Nashville, TN: Nashville International |
| Los Angeles, CA: Los Angeles International | Nashville, TN: Nashville International |
| Atlantic City, NJ: Atlantic City International | Boston, MA: Logan International |
| Myrtle Beach, SC: Myrtle Beach International | Boston, MA: Logan International |
| Philadelphia, PA: Philadelphia International | Aguadilla, PR: Rafael Hernandez |
| Los Angeles, CA: Los Angeles International | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Myers, FL: Southwest Florida International | Baltimore, MD: Baltimore/Washington Internationa |
| Louisville, KY: Louisville Muhammad Ali Internat | Baltimore, MD: Baltimore/Washington Internationa |
| Houston, TX: George Bush Intercontinental/Housto | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Baltimore, MD: Baltimore/Washington Internationa |
| Detroit, MI: Detroit Metro Wayne County | Baltimore, MD: Baltimore/Washington Internationa |
| New Orleans, LA: Louis Armstrong New Orleans Int | Baltimore, MD: Baltimore/Washington Internationa |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Baltimore, MD: Baltimore/Washington Internationa |
| Tampa, FL: Tampa International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Baltimore, MD: Baltimore/Washington Internationa |
| San Juan, PR: Luis Munoz Marin International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Akron, OH: Akron-Canton Regional |
| Fort Myers, FL: Southwest Florida International | Akron, OH: Akron-Canton Regional |
| Orlando, FL: Orlando International | Akron, OH: Akron-Canton Regional |
| Tampa, FL: Tampa International | Akron, OH: Akron-Canton Regional |
| New Orleans, LA: Louis Armstrong New Orleans Int | Cleveland, OH: Cleveland-Hopkins International |
| Los Angeles, CA: Los Angeles International | Cleveland, OH: Cleveland-Hopkins International |
| Myrtle Beach, SC: Myrtle Beach International | Cleveland, OH: Cleveland-Hopkins International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Cleveland, OH: Cleveland-Hopkins International |
| Miami, FL: Miami International | Charlotte, NC: Charlotte Douglas International |
| New York, NY: LaGuardia | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Columbus, OH: John Glenn Columbus International |
| Myrtle Beach, SC: Myrtle Beach International | Columbus, OH: John Glenn Columbus International |
| Las Vegas, NV: Harry Reid International | Columbus, OH: John Glenn Columbus International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Columbus, OH: John Glenn Columbus International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Fort Myers, FL: Southwest Florida International | Columbus, OH: John Glenn Columbus International |
| Los Angeles, CA: Los Angeles International | Columbus, OH: John Glenn Columbus International |
| Orlando, FL: Orlando International | Charleston/Dunbar, WV: West Virginia Internation |
| Myrtle Beach, SC: Myrtle Beach International | Charleston/Dunbar, WV: West Virginia Internation |
| Los Angeles, CA: Los Angeles International | Denver, CO: Denver International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Denver, CO: Denver International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Chicago, IL: Chicago O'Hare International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Cleveland, OH: Cleveland-Hopkins International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Baltimore, MD: Baltimore/Washington Internationa | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New York, NY: LaGuardia | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Pensacola, FL: Pensacola International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Myrtle Beach, SC: Myrtle Beach International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Los Angeles, CA: Los Angeles International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Detroit, MI: Detroit Metro Wayne County | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Myers, FL: Southwest Florida International | Detroit, MI: Detroit Metro Wayne County |
| Houston, TX: George Bush Intercontinental/Housto | Detroit, MI: Detroit Metro Wayne County |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Detroit, MI: Detroit Metro Wayne County |
| New Orleans, LA: Louis Armstrong New Orleans Int | Detroit, MI: Detroit Metro Wayne County |
| Los Angeles, CA: Los Angeles International | Detroit, MI: Detroit Metro Wayne County |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Detroit, MI: Detroit Metro Wayne County |
| San Diego, CA: San Diego International | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Detroit, MI: Detroit Metro Wayne County |
| New York, NY: LaGuardia | Detroit, MI: Detroit Metro Wayne County |
| Baltimore, MD: Baltimore/Washington Internationa | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Detroit, MI: Detroit Metro Wayne County |
| Minneapolis, MN: Minneapolis-St Paul Internation | Detroit, MI: Detroit Metro Wayne County |
| Philadelphia, PA: Philadelphia International | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Newark, NJ: Newark Liberty International |
| Myrtle Beach, SC: Myrtle Beach International | Newark, NJ: Newark Liberty International |
| Indianapolis, IN: Indianapolis International | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Newark, NJ: Newark Liberty International |
| Pittsburgh, PA: Pittsburgh International | Newark, NJ: Newark Liberty International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Newark, NJ: Newark Liberty International |
| Nashville, TN: Nashville International | Newark, NJ: Newark Liberty International |
| Oakland, CA: Metro Oakland International | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pensacola, FL: Pensacola International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Atlantic City, NJ: Atlantic City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Tampa, FL: Tampa International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Milwaukee, WI: General Mitchell International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| St. Louis, MO: St Louis Lambert International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Kansas City, MO: Kansas City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Latrobe, PA: Arnold Palmer Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Denver, CO: Denver International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte Amalie, VI: Cyril E King | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Columbus, OH: John Glenn Columbus International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Detroit, MI: Detroit Metro Wayne County | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Manchester, NH: Manchester Boston Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pittsburgh, PA: Pittsburgh International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Christiansted, VI: Henry E. Rohlsen | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Niagara Falls, NY: Niagara Falls International |
| Baltimore, MD: Baltimore/Washington Internationa | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Houston, TX: George Bush Intercontinental/Housto |
| Detroit, MI: Detroit Metro Wayne County | Houston, TX: George Bush Intercontinental/Housto |
| Los Angeles, CA: Los Angeles International | Houston, TX: George Bush Intercontinental/Housto |
| Chicago, IL: Chicago O'Hare International | Houston, TX: George Bush Intercontinental/Housto |
| Miami, FL: Miami International | Houston, TX: George Bush Intercontinental/Housto |
| New Orleans, LA: Louis Armstrong New Orleans Int | Houston, TX: George Bush Intercontinental/Housto |
| New York, NY: LaGuardia | Houston, TX: George Bush Intercontinental/Housto |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Houston, TX: George Bush Intercontinental/Housto |
| Tampa, FL: Tampa International | Houston, TX: George Bush Intercontinental/Housto |
| San Diego, CA: San Diego International | Houston, TX: George Bush Intercontinental/Housto |
| Myrtle Beach, SC: Myrtle Beach International | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Indianapolis, IN: Indianapolis International |
| Tampa, FL: Tampa International | Indianapolis, IN: Indianapolis International |
| Pittsburgh, PA: Pittsburgh International | Las Vegas, NV: Harry Reid International |
| Columbus, OH: John Glenn Columbus International | Las Vegas, NV: Harry Reid International |
| Detroit, MI: Detroit Metro Wayne County | Los Angeles, CA: Los Angeles International |
| Louisville, KY: Louisville Muhammad Ali Internat | Los Angeles, CA: Los Angeles International |
| Cleveland, OH: Cleveland-Hopkins International | Los Angeles, CA: Los Angeles International |
| Columbus, OH: John Glenn Columbus International | Los Angeles, CA: Los Angeles International |
| Denver, CO: Denver International | Los Angeles, CA: Los Angeles International |
| Kansas City, MO: Kansas City International | Los Angeles, CA: Los Angeles International |
| Nashville, TN: Nashville International | Los Angeles, CA: Los Angeles International |
| Baltimore, MD: Baltimore/Washington Internationa | Los Angeles, CA: Los Angeles International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Los Angeles, CA: Los Angeles International |
| New York, NY: LaGuardia | Los Angeles, CA: Los Angeles International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Los Angeles, CA: Los Angeles International |
| Oakland, CA: Metro Oakland International | Los Angeles, CA: Los Angeles International |
| St. Louis, MO: St Louis Lambert International | Los Angeles, CA: Los Angeles International |
| Houston, TX: George Bush Intercontinental/Housto | Los Angeles, CA: Los Angeles International |
| Milwaukee, WI: General Mitchell International | Los Angeles, CA: Los Angeles International |
| Chicago, IL: Chicago O'Hare International | Los Angeles, CA: Los Angeles International |
| Pittsburgh, PA: Pittsburgh International | Los Angeles, CA: Los Angeles International |
| Philadelphia, PA: Philadelphia International | Los Angeles, CA: Los Angeles International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Latrobe, PA: Arnold Palmer Regional |
| Myrtle Beach, SC: Myrtle Beach International | Latrobe, PA: Arnold Palmer Regional |
| Orlando, FL: Orlando International | Latrobe, PA: Arnold Palmer Regional |
| Tampa, FL: Tampa International | Latrobe, PA: Arnold Palmer Regional |
| Fort Myers, FL: Southwest Florida International | Latrobe, PA: Arnold Palmer Regional |
| Los Angeles, CA: Los Angeles International | New York, NY: LaGuardia |
| San Juan, PR: Luis Munoz Marin International | New York, NY: LaGuardia |
| Phoenix, AZ: Phoenix Sky Harbor International | New York, NY: LaGuardia |
| Myrtle Beach, SC: Myrtle Beach International | New York, NY: LaGuardia |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Kansas City, MO: Kansas City International |
| Los Angeles, CA: Los Angeles International | Kansas City, MO: Kansas City International |
| Myrtle Beach, SC: Myrtle Beach International | Kansas City, MO: Kansas City International |
| Tampa, FL: Tampa International | Kansas City, MO: Kansas City International |
| Phoenix, AZ: Phoenix Sky Harbor International | Kansas City, MO: Kansas City International |
| Fort Myers, FL: Southwest Florida International | Kansas City, MO: Kansas City International |
| Myrtle Beach, SC: Myrtle Beach International | Orlando, FL: Orlando International |
| Charleston/Dunbar, WV: West Virginia Internation | Orlando, FL: Orlando International |
| Akron, OH: Akron-Canton Regional | Orlando, FL: Orlando International |
| Manchester, NH: Manchester Boston Regional | Orlando, FL: Orlando International |
| Latrobe, PA: Arnold Palmer Regional | Orlando, FL: Orlando International |
| Austin, TX: Austin - Bergstrom International | Orlando, FL: Orlando International |
| Atlantic City, NJ: Atlantic City International | Orlando, FL: Orlando International |
| Fort Myers, FL: Southwest Florida International | Manchester, NH: Manchester Boston Regional |
| Tampa, FL: Tampa International | Manchester, NH: Manchester Boston Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Manchester, NH: Manchester Boston Regional |
| Orlando, FL: Orlando International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Miami, FL: Miami International |
| Charlotte, NC: Charlotte Douglas International | Miami, FL: Miami International |
| Houston, TX: George Bush Intercontinental/Housto | Miami, FL: Miami International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Miami, FL: Miami International |
| Atlantic City, NJ: Atlantic City International | Miami, FL: Miami International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Milwaukee, WI: General Mitchell International |
| Los Angeles, CA: Los Angeles International | Milwaukee, WI: General Mitchell International |
| Myrtle Beach, SC: Myrtle Beach International | Milwaukee, WI: General Mitchell International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Minneapolis, MN: Minneapolis-St Paul Internation |
| Detroit, MI: Detroit Metro Wayne County | Minneapolis, MN: Minneapolis-St Paul Internation |
| Miami, FL: Miami International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Los Angeles, CA: Los Angeles International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Houston, TX: George Bush Intercontinental/Housto | New Orleans, LA: Louis Armstrong New Orleans Int |
| Chicago, IL: Chicago O'Hare International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Baltimore, MD: Baltimore/Washington Internationa | New Orleans, LA: Louis Armstrong New Orleans Int |
| Columbus, OH: John Glenn Columbus International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Newark, NJ: Newark Liberty International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Detroit, MI: Detroit Metro Wayne County | New Orleans, LA: Louis Armstrong New Orleans Int |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | New Orleans, LA: Louis Armstrong New Orleans Int |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Cleveland, OH: Cleveland-Hopkins International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Tampa, FL: Tampa International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Myrtle Beach, SC: Myrtle Beach International |
| Manchester, NH: Manchester Boston Regional | Myrtle Beach, SC: Myrtle Beach International |
| Hartford, CT: Bradley International | Myrtle Beach, SC: Myrtle Beach International |
| Latrobe, PA: Arnold Palmer Regional | Myrtle Beach, SC: Myrtle Beach International |
| St. Louis, MO: St Louis Lambert International | Myrtle Beach, SC: Myrtle Beach International |
| Orlando, FL: Orlando International | Myrtle Beach, SC: Myrtle Beach International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Myrtle Beach, SC: Myrtle Beach International |
| Miami, FL: Miami International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Myrtle Beach, SC: Myrtle Beach International |
| New York, NY: LaGuardia | Myrtle Beach, SC: Myrtle Beach International |
| Milwaukee, WI: General Mitchell International | Myrtle Beach, SC: Myrtle Beach International |
| Charleston/Dunbar, WV: West Virginia Internation | Myrtle Beach, SC: Myrtle Beach International |
| Boston, MA: Logan International | Myrtle Beach, SC: Myrtle Beach International |
| Newark, NJ: Newark Liberty International | Myrtle Beach, SC: Myrtle Beach International |
| Atlantic City, NJ: Atlantic City International | Myrtle Beach, SC: Myrtle Beach International |
| Cleveland, OH: Cleveland-Hopkins International | Myrtle Beach, SC: Myrtle Beach International |
| Akron, OH: Akron-Canton Regional | Myrtle Beach, SC: Myrtle Beach International |
| Detroit, MI: Detroit Metro Wayne County | Myrtle Beach, SC: Myrtle Beach International |
| Kansas City, MO: Kansas City International | Myrtle Beach, SC: Myrtle Beach International |
| Baltimore, MD: Baltimore/Washington Internationa | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Myrtle Beach, SC: Myrtle Beach International |
| Niagara Falls, NY: Niagara Falls International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Oakland, CA: Metro Oakland International |
| Newark, NJ: Newark Liberty International | Oakland, CA: Metro Oakland International |
| Philadelphia, PA: Philadelphia International | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Oakland, CA: Metro Oakland International |
| Detroit, MI: Detroit Metro Wayne County | Oakland, CA: Metro Oakland International |
| San Diego, CA: San Diego International | Oakland, CA: Metro Oakland International |
| Santa Ana, CA: John Wayne Airport-Orange County | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Chicago, IL: Chicago O'Hare International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Chicago, IL: Chicago O'Hare International |
| Houston, TX: George Bush Intercontinental/Housto | Chicago, IL: Chicago O'Hare International |
| Myrtle Beach, SC: Myrtle Beach International | Chicago, IL: Chicago O'Hare International |
| Louisville, KY: Louisville Muhammad Ali Internat | Chicago, IL: Chicago O'Hare International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Chicago, IL: Chicago O'Hare International |
| Oakland, CA: Metro Oakland International | Chicago, IL: Chicago O'Hare International |
| Atlantic City, NJ: Atlantic City International | West Palm Beach/Palm Beach, FL: Palm Beach Inter |
| Los Angeles, CA: Los Angeles International | Philadelphia, PA: Philadelphia International |
| Aguadilla, PR: Rafael Hernandez | Philadelphia, PA: Philadelphia International |
| Detroit, MI: Detroit Metro Wayne County | Philadelphia, PA: Philadelphia International |
| Oakland, CA: Metro Oakland International | Philadelphia, PA: Philadelphia International |
| New York, NY: LaGuardia | Phoenix, AZ: Phoenix Sky Harbor International |
| Kansas City, MO: Kansas City International | Phoenix, AZ: Phoenix Sky Harbor International |
| St. Louis, MO: St Louis Lambert International | Phoenix, AZ: Phoenix Sky Harbor International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Newark, NJ: Newark Liberty International | Pittsburgh, PA: Pittsburgh International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pittsburgh, PA: Pittsburgh International |
| Tampa, FL: Tampa International | Pittsburgh, PA: Pittsburgh International |
| Los Angeles, CA: Los Angeles International | Pittsburgh, PA: Pittsburgh International |
| Fort Myers, FL: Southwest Florida International | Pittsburgh, PA: Pittsburgh International |
| Las Vegas, NV: Harry Reid International | Pittsburgh, PA: Pittsburgh International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Pensacola, FL: Pensacola International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pensacola, FL: Pensacola International |
| Louisville, KY: Louisville Muhammad Ali Internat | Fort Myers, FL: Southwest Florida International |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Myers, FL: Southwest Florida International |
| Akron, OH: Akron-Canton Regional | Fort Myers, FL: Southwest Florida International |
| Kansas City, MO: Kansas City International | Fort Myers, FL: Southwest Florida International |
| Pittsburgh, PA: Pittsburgh International | Fort Myers, FL: Southwest Florida International |
| Latrobe, PA: Arnold Palmer Regional | Fort Myers, FL: Southwest Florida International |
| St. Louis, MO: St Louis Lambert International | Fort Myers, FL: Southwest Florida International |
| Columbus, OH: John Glenn Columbus International | Fort Myers, FL: Southwest Florida International |
| Manchester, NH: Manchester Boston Regional | Fort Myers, FL: Southwest Florida International |
| Atlantic City, NJ: Atlantic City International | Fort Myers, FL: Southwest Florida International |
| Detroit, MI: Detroit Metro Wayne County | Fort Myers, FL: Southwest Florida International |
| Houston, TX: George Bush Intercontinental/Housto | San Diego, CA: San Diego International |
| Oakland, CA: Metro Oakland International | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Myers, FL: Southwest Florida International | Louisville, KY: Louisville Muhammad Ali Internat |
| Los Angeles, CA: Los Angeles International | Louisville, KY: Louisville Muhammad Ali Internat |
| Chicago, IL: Chicago O'Hare International | Louisville, KY: Louisville Muhammad Ali Internat |
| Newark, NJ: Newark Liberty International | Louisville, KY: Louisville Muhammad Ali Internat |
| Tampa, FL: Tampa International | Louisville, KY: Louisville Muhammad Ali Internat |
| Atlantic City, NJ: Atlantic City International | San Juan, PR: Luis Munoz Marin International |
| Baltimore, MD: Baltimore/Washington Internationa | San Juan, PR: Luis Munoz Marin International |
| New York, NY: LaGuardia | San Juan, PR: Luis Munoz Marin International |
| Santa Ana, CA: John Wayne Airport-Orange County | Sacramento, CA: Sacramento International |
| Oakland, CA: Metro Oakland International | Santa Ana, CA: John Wayne Airport-Orange County |
| Sacramento, CA: Sacramento International | Santa Ana, CA: John Wayne Airport-Orange County |
| Fort Myers, FL: Southwest Florida International | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | St. Louis, MO: St Louis Lambert International |
| Myrtle Beach, SC: Myrtle Beach International | St. Louis, MO: St Louis Lambert International |
| Phoenix, AZ: Phoenix Sky Harbor International | St. Louis, MO: St Louis Lambert International |
| Los Angeles, CA: Los Angeles International | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte Amalie, VI: Cyril E King |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Christiansted, VI: Henry E. Rohlsen |
| Indianapolis, IN: Indianapolis International | Tampa, FL: Tampa International |
| Houston, TX: George Bush Intercontinental/Housto | Tampa, FL: Tampa International |
| Latrobe, PA: Arnold Palmer Regional | Tampa, FL: Tampa International |
| Akron, OH: Akron-Canton Regional | Tampa, FL: Tampa International |
| Baltimore, MD: Baltimore/Washington Internationa | Tampa, FL: Tampa International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
| --- | --- |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Tampa, FL: Tampa International |
| Louisville, KY: Louisville Muhammad Ali Internat | Tampa, FL: Tampa International |
| Pittsburgh, PA: Pittsburgh International | Tampa, FL: Tampa International |
| Atlantic City, NJ: Atlantic City International | Tampa, FL: Tampa International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Tampa, FL: Tampa International |
| Manchester, NH: Manchester Boston Regional | Tampa, FL: Tampa International |
| Kansas City, MO: Kansas City International | Tampa, FL: Tampa International |