UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                                 Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

### DECLARATION OF JAN MARIE BROWN
### IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, JAN MARIE BROWN, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is JAN MARIE BROWN, and I am a Plaintiff in the above-captioned lawsuit. I reside in Carson City, Nevada. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. I am planning to fly from Reno, Nevada to Orlando, Florida next year to meet my sister and her family for a family vacation in Florida. We go to Disney World in Florida every 10 years, and we had to put off our travel over the last couple of years

1
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

due to Covid. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Carson City, Nevada.

_____
JAN MARIE BROWN