UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                                  Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

### DECLARATION OF ROSEMARY D'AUGUSTA
### IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, ROSEMARY D'AUGUSTA, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is ROSEMARY D'AUGUSTA, and I am a Plaintiff in the above-captioned lawsuit. I reside in Millbrae, CA. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. In the next six months my family in New Jersey will be celebrating a wedding to which I will be invited. The exact date has not yet been set but I will be flying most probably from Oakland (because of the cost) to Newark on Spirit to attend

1
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

the nuptials. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      b.     Another flight I intend to book in 2024 is from Oakland to Philadelphia on Spirit to attend a big and important family gathering for the graduation of my nephew's daughter. I will be flying with Spirit to get a budget fare because I am sensitive to pricing now that I am retired. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      c.     Another flight I intend to make in 2024 is from Oakland to San Diego on Spirit in early 2024 to visit an old friend who lives in San Diego. We have visited there before and now that I am retired and have more leisure time, I plan on visiting her in San Diego more often. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Millbrae, CA.

                                    DocuSigned by:

                              *Rosemary D'Augusta*

                              —————————————
                              ROSEMARY D'AUGUSTA