**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.                                                    Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.

*Defendants.*

## DECLARATION OF BRENDA DAVIS
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, BRENDA DAVIS, declare the following is true and correct to the best of my

knowledge:

1.      My name is BRENDA DAVIS, and I am a Plaintiff in the above-captioned

lawsuit. I reside in Forney, Texas. The facts set forth in this declaration are personally known

to me and if sworn as a witness, I could and would competently testify thereto.

2.      As of the date of this declaration I have booked flights on Spirit Airlines from

Dallas/Fort Worth to Las Vegas on September 6, 2023, and will be returning on September 9,

2023. My husband and I are travelling to celebrate our wedding anniversary.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of August 2023 at Forney, Texas.


BRENDA DAVIS

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT