UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v().                                                    Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DECLARATION OF PAMEL FAUST
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, PAMELA FAUST, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is PAMELA FAUST, and I am a Plaintiff in the above-captioned lawsuit. I reside in LOVELAND, OHIO. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

   a. I presently plan to book a flight from Columbus to Los Angeles to visit my college roommate and her family who live in Los Angeles. My plan is to fly Spirit and to leave on a Thursday and return on a Monday. I will be going this fall, 2024. This route would be impacted by a possible merger between JetBlue Airlines and Spirit

1
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at LOVELAND, OHIO.

_____
PAMELA FAUST