UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.                                    Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.

*Defendants.*

**DECLARATION OF DONNA FRY
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

I, DONNA FRY, declare that the following is true and correct to the best of my knowledge:

1. My name is DONNA FRY, and I am a Plaintiff in the above-captioned lawsuit. I reside in Tucson, Arizona. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration, my travel plans are as follows:

a. I expect to fly Spirit Airlines on October 5, 2023, from Phoenix to Seattle returning on October 16, 2023. Our son and his family live in Seattle and my husband and I fly there about three times a year.

b. I anticipate flying Spirit Airlines with my husband, on the Phoenix/Miami route to join a cruise to the Caribbean or Mexico.

c. We also intend to fly to New York on stopovers on the way to Europe several times over the next two years, including a stopover in New York for a flight I have booked from New York to Ireland in July 2024.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of August 2023 at Tucson, Arizona.

_____
DONNA FRY