UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DECLARATION OF GABRIEL GARAVANIAN
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, GABRIEL GARAVANIAN declare that the following is true and correct to the best of my knowledge:

1. My name is GABRIEL GARAVANIAN, and I am a Plaintiff in the above-captioned lawsuit. I reside in Myrtle Beach, South Carolina. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration, I intend to fly from Myrtle Beach, South Carolina to Fort Lauderdale, Florida in December 2023 or January 2024. on Spirit Airlines. I travel to Boston from Myrtle Beach, FL on Spirit Airlines four times a year usually in December 2023 and March 2024.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of August 2023 at Tyngsboro, Massachusetts

_____
GABRIEL GARAVANIAN