**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                                 Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**DECLARATION OF JOCELYN GARDNER**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, JOCELYN GARDNER, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1.       My name is JOCELYN GARDNER, and I am a Plaintiff in the above-captioned lawsuit. I reside in Colorado Springs, Colorado. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2.       As of the date of this declaration I have current plans for the following airline travel:

    a.       I have a close friend who lives in the Fort Lauderdale area and I enjoy visiting her often.  I currently plan to visit her and fly from Denver to Fort Lauderdale by August of 2024.  This route would be impacted by a possible merger between

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to

Defendants' Interrogatories (Set Two).


I declare under the penalty of perjury under the laws of the United States that the

foregoing is true and correct. Executed on this 18th day of August, 2023 at Colorado Springs,

Colorado.


JOCELYN GARDNER

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT