UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.                                    Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants.*

## DECLARATION OF HARRY GARAVANIAN
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, HARRY GARAVANIAN, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is HARRY GARAVANIAN, and I am a Plaintiff in the above-captioned lawsuit. I reside in Nashua, New Hampshire. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. I currently plan to travel between Boston, MA, or Manchester, NH and Tampa, Florida. My son has been living in Tampa for the last three years and I plan to travel more frequently to visit him. I would like to visit him every three months. I will

1
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

be using the most economical flights and, given the price, Spirit will be my most likely choice. My wife and I plan to spend more time in Tampa now that I have sold my travel business. My son has flown into Manchester from Tampa several times already to visit us since he has been living in Florida. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Nahua, New Hampshire.

                                                                                                        *[signature]*
                                                                                                        HARRY GARAVANIAN