UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

# DECLARATION OF VALARIE JOLLY
# IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, VALARIE JOLLY, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is VALARIE JOLLY, and I am a Plaintiff in the above-captioned lawsuit. I reside in Mabank, Texas, just outside of Dallas. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

   a. I intend to book a flight from Dallas, TX to New York, NY in June, 2024, for the purpose of attending my best friend's daughter's wedding. This route

would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      b.      I intend to book a flight from either Dallas Salt Lake City in July of 2024 to attend a family reunion there.

      c.      I intend to book a flight from Dallas to San Juan to depart on a Regent Cruise in 2024.  This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      d.      I intend to book flights from Dallas to Paris and to Toulouse, France for tours in 2024.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Mabank, Texas.

      /s/ Valarie Jolly
      VALARIE JOLLY

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT