UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DECLARATION OF LEN MARAZZO
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, LEN MARAZZO, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is LEN MARAZZO, and I am a Plaintiff in the above-captioned lawsuit. I reside in Reno, Nevada. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. I am flying from Reno to Las Vegas on Spirit on November 4 to visit my daughter. I will be travelling from Reno to Las Vegas and back regularly several times a year to see my daughter as my daughter has recently graduated from college and will be living in Las Vegas. This route may be impacted by a possible merger between

JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      b.     I will be flying from Orlando, Florida to Richmond, Virginia on Spirit on December 13 for a social event. I will be working in Orlando and was able to get a great fare on Spirit in order to be able to attend. I frequent Florida many times a year for work. My company is based in Richmond, and being able to fly form Orlando to Richmond on Spirit at a great price and schedule allows me great flexibility. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Reno, Nevada.

8/19/2023

DocuSigned by:

*Len Marazzo*

LEN MARAZZO