UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

Plaintiff,

v.

Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

Defendants.

## DECLARATION OF LISA McCARTHY
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, LISA McCARTHY, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is LISA McCARTHY, and I am a Plaintiff in the above-captioned lawsuit. I reside in Naples, Florida. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

   a. I will be flying from Fort Myers, FL to Hartford, Connecticut to visit friends in October 2023 and intend to book the flight on Spirit Airlines.

      b.      I will also be flying from Fort Myers, FL to Detroit in the fall to attend Michigan State football games. I am currently planning to fly this route the weekend of September 23, 2023, and will fly on Spirit Airlines

      c.      I regularly attend travel conferences in Las Vegas and fly from Fort Myers, FL to Las Vegas. I plan to fly Spirit as it offers a nonstop low-cost option.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of August 2023 at Naples, Florida.

_____
LISA McCARTHY