UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.

Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants.*

# DECLARATION OF TIMOTHY NIEBOER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, TIMOTHY NIEBOER, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is TIMOTHY NIEBOER, and I am a Plaintiff in the above-captioned lawsuit. I reside in Clarkston, Michigan. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. I currently plan on booking a flight for February 17, 2024 through March 2, 2024 from Detroit, MI to Ft. Lauderdale. We have an annual timeshare in Ft. Lauderdale, and we also plan to visit our daughter who lives in Florida, so we travel this route to Ft. Lauderdale often and will continue to do so in the future. I fly Spirit on this route because it is the cheapest choice. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

    b. I also intend to book a flight from Detroit to Hilton Head Island (HH) for travel during May 3 through

May 31, 2024. We fly there almost every year because we have an annual four-week timeshare on Hilton Head Island, and we visit with our family and friends there.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Clarkston, Michigan.

*[Signature]*

TIMOTHY NIEBOER

1

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT