UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.                                                    Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants.*


**DECLARATION OF DEBORAH PULFER**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, DEBORAH PULFER, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1.      My name is DEBORAH PULFER, and I am a Plaintiff in the above-captioned lawsuit. I reside in Sidney, Ohio. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2.      As of the date of this declaration I do not have any specific dates for flights, but I do have plans to travel between Denver, Colorado and Columbus, Ohio on Spirit Airlines. Although I live in Ohio now, I own a second home in Colorado near Denver and plan to retire there and to be there more and more often over the next months and years probably starting in the summer of 2024.  My parents live in Sidney, Ohio, and I anticipate that I will be flying back fairly often from Denver to Columbus, which is not far from Sidney, to visit my parents

and help them as they get older.  Spirit has a non-stop service between these two cities that I will depend upon to make my way back to Columbus from Denver to visit my parents.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Sidney, Ohio.

DEBORAH PULFER

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT