UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                               Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DECLARATION OF BILL RUBINSOHN
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, BILL RUBINSOHN, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is BILL RUBINSOHN, and I am a Plaintiff in the above-captioned lawsuit. I reside in Elkins Park, PA. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

   a. I have booked a roundtrip flight on Spirit from Philadelphia to Detroit leaving on December 6 and returning on December 11, 2023. At the moment, this is the only reservation we have confirmed on Spirit, but we plan to travel this same route again to Detroit on or about January 19-22 of 2024 and then again in May of 2024. We

1
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

have family in Detroit and the December trip is for our granddaughter's birthday. The January trip will be to see our three granddaughters perform in a musical show and the May trip will be to visit for the birthday of another of our granddaughters. We have three granddaughters and so we visit them at least 3 times a year and fly between Philadelphia and Detroit. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      b.     We have also booked roundtrip flights on American to Detroit from Philadelphia leaving September 21, 2023 and returning September 24, 2023. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

      c.     We have also booked flights on American from Philadelphia to Phoenix on September 5, 2023, then to Kahului, HA, and then returning from Kona, HA to Los Angeles to Philadelphia on September 15. The return route may be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 19th day of August, 2023 at Elkins Park, Pennsylvania.

*BILL RUBINSOHN* (signature)

BILL RUBINSOHN