UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

Plaintiff,

v.

Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

Defendants.

## DECLARATION OF CLYDE STENSRUD
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, CLYDE STENSRUD, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is CLYDE STENSRUD, and I am a Plaintiff in the above-captioned lawsuit. I reside in Kirkland, Washington. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. I have plans for a golfing vacation in Las Vegas and Los Angeles in the fall of this year. I would fly from Las Vegas to Los Angeles for the golf trip, playing golf in both cities. This route would be impacted by a possible merger between JetBlue

1

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

  b.  I also have plans for a golfing vacation in Las Vegas and Los Angeles in the January of next year. I would fly from Las Vegas to Los Angeles for the golf trip, playing golf in both cities. I also plan to attend the Farmers Insurance Golf Tournament at Torrey Pines, traveling from Los Angeles to outside San Diego by car during this golf trip. This route would be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Kirkland, Washington.

_____
CLYDE STENSRUD