UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.                                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants.*

## DECLARATION OF GARY TALEWSKY
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, GARY TALEWSKY, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. My name is GARY TALEWSKY, and I am a Plaintiff in the above-captioned lawsuit. I reside in Foxborough, MA. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. As of the date of this declaration I have current plans for the following airline travel:

    a. This last week I just flew roundtrip from Boston to Las Vegas from August 8, 2023 and returned on August 13 for business. This route may be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

    b.  I have plans to travel from either West Palm Beach or Fort Lauderdale to Atlantic City in October roundtrip on Spirit to visit friends. This route may be impacted by a possible merger between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 19th day of August, 2023 at Foxborough, MA.

_____
GARY TALEWSKY