# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                  Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DECLARATION OF PAMELA WARD
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, PAMELA WARD, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1.      My name is PAMELA WARD, and I am a Plaintiff in the above-captioned lawsuit. I reside in Holmes Beach, Florida. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2.      As of the date of this declaration I have current plans for the following airline travel:

    a.      I have plans to travel from Tampa to San Juan on March 9, 2024 and return to Tampa on March 17, 2024.  The purpose of the travel is to take a cruise with my family of 8, including my sons and their families, over spring break.  I would prefer to book Spirit for this flight.  This route would be impacted by a possible merger

between JetBlue Airlines and Spirit Airlines as stated in my Supplemental Response to Defendants' Interrogatories (Set Two).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 18th day of August, 2023 at Holmes Beach, Florida.

PAMELA WARD

2
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT