**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**


GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                                  Civil Action No. 1:23-cv-10678-FDS

PLAINTIFF AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.


## DECLARATION OF CHRISTINE WHALEN
## IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, CHRISTINE WHALEN, declare that the following is true and correct to the best of my knowledge:

1.      My name is CHRISTINE WHALEN, and I am a Plaintiff in the above-captioned lawsuit. I reside in New Orleans, Louisiana. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2.      As of the date of this declaration my current plans for the future airline travel are as follows:

a.      My husband and I will fly from New Orleans to Chicago to visit family and friends on or about the dates of September 28, 2023, to October 4, 2023. We will fly on Spirit Airlines.

1
DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

       b.      My husband and I intend to fly from   New Orleans to Tampa between the dates of November 7th to 14th 2023 to celebrate my birthday and our wedding anniversary. I will book the flights on Spirit.

       c.      We plan to fly from New Orleans to New York on January 10 to 14th 2024 on Spirit Airlines to visit family in NYC and in Vermont.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of August 2023 at New Orleans, LA.

*Christine Whalen*

CHRISTINE WHALEN

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT