EXHIBIT 1

1

2                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

3    GABRIEL GARAVANIAN, ET AL.    )
                                   )
4                 PLAINTIFFS,      )
                                   )
5    VS.                           )
                                   )   CASE NO. 1:23-CV-10678-WGY
6    JETBLUE AIRWAYS               )
     CORPORATION AND SPIRIT        )
7    AIRLINES, INC.,               )
                                   )
8                 DEFENDANTS.      )

9

10

11

12

13                   REMOTE VIDEO DEPOSITION
                     OF KATHERINE ARCELL
14                  TUESDAY, JUNE 13, 2023

15

16

17

18

19

20

21

22

23

24        Reported By:
          Allison M. Hall, RDR, CRR, CSR
25

1              June 13, 2023

2               12:03 p.m.

3          Video deposition of KATHERINE

4      ARCELL, held remotely via Zoom before

5      Allison Hall, a Registered Diplomate

6      Reporter, Registered Merit Reporter,

7      Certified Realtime Reporter, and

8      Certified Shorthand Reporter and Notary

9      Public.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S:

 2

 3          ON BEHALF OF PLAINTIFFS:

 4          BONSIGNORE TRIAL LAWYERS, PLLC
              ROBERT J. BONSIGNORE, ESQUIRE
 5            GEORGE OMAR KOURY, ESQUIRE
                23 Forest Street
 6              Medford, Massachusetts 02155
                Phone: 781-856-7650
 7              E-mail: rbonsignore@classactions.us

 8          ON BEHALF OF JETBLUE AIRWAYS CORPORATION:

 9          COOLEY LLP
                ZACH SISKO, ESQUIRE
10              500 Boylston Street
                Fourteenth Floor
11              Boston, Massachusetts  02116
                Phone: 617-937-2368
12              E-mail: zsisko@cooley.com

13

            COOLEY LLP
14              MATT NGUYEN, ESQUIRE
                1299 Pennsylvania Avenue NW
15              Suite 700
                Washington D.C.  20004
16              Phone: 202-728-7123
                E-mail: mnguyen@cooley.com

17
            ON BEHALF OF SPIRIT AIRLINES:
18
            PAUL WEISS
19              COLE A. RABINOWITZ, ESQUIRE
                535 Mission Street
20              Twenty-fourth Floor
                San Francisco, California  94105
21              Phone: 212-373-3956
                E-mail: crabinowitz@paulweiss.com
22
        ALSO PRESENT:
23
        Alex Held, Video Specialist
24

25
```

1                          INDEX

2        WITNESS                              PAGE

3        KATHERINE ARCELL
              Examination by Mr. Sisko             5
4             Examination by Mr. Bonsignore        118

5
                              * * * * *
6

7
                          E X H I B I T S
8

NUMBER          DESCRIPTION                MARKED
9        Exhibit 1    Document Bates Stamped        38
                      ARCELL000001 through
10                    ARCELL000023
         Exhibit 2    Plaintiff's Supplemental      58
11                    Responses and Objections
                      to Defendants' First Set
12                    of Interrogatories
         Exhibit 3    Plaintiff's Responses and     74
13                    Objections to Defendants'
                      First Set of
14                    Interrogatories

15

16

17

18

19

20

21

22

23

24

25

```
 1              A.     Us Airways and Delta.

 2              Q.     And Continental as well?

 3              A.     Yes.  At first.

 4              Q.     So looking back at this document,

 5     is it fair to say that customers -- your

 6     customers booked JetBlue flights less than

 7     American flights?

 8              A.     Yes.

 9              Q.     And less than Delta flights?

10              A.     Yes.

11              Q.     And --

12              A.     They -- if -- if it suited their

13     needs.

14              Q.     Right.  No, I understand.  I'm

15     saying as a -- as a general matter,

16     customers took fewer JetBlue flights than

17     Delta, American, and United.  Your

18     customers.

19              A.     Simply because they didn't have --

20     they didn't have that many flights out of

21     New Orleans.

22              Q.     Right.  Did you ever book Spirit

23     flights for your clients?

24              A.     I did.

25              Q.     How often would --
```

1   total tickets -- well, strike that.

2           In 2019, the last full year A & W

3   Travel was in business, about how many

4   tickets did you sell to customers?

5       A.    That would be difficult for me to

6   say because my husband was in treatment for

7   cancer, and I -- although I -- I was usually

8   pretty good at knowing exactly, you know,

9   what my volume was, 2017, '18, '19 and '20

10   and '21 are kind of a fog to me.

11       Q.    Understood.  And I'm sorry to hear

12   that.

13       A.    Because he -- he did die.  And

14   that was a lot of our travel.

15       Q.    That's terrible.  And I'm sorry to

16   hear that.

17       A.    Thank you.

18       Q.    Now, at -- as in 2019, again, the

19   last full year, do you know how much you

20   charged as a service fee per ticket?

21       A.    $35.

22       Q.    Okay.  So, Ms. Arcell, you are no

23   longer working as a travel agent, correct?

24       A.    Correct.

25       Q.    And you have no intention of

1    working as a travel agent in the future, do

2    you?

3         A.    No.

4         Q.    No interest in it at all?

5         A.    Sure, I have an interest in it,

6    but I'm -- I'm worn out.

7         Q.    And you intend to stay retired,

8    all things being equal?

9              MR. BONSIGNORE:  Objection.

10              THE WITNESS:  What was that

11    question you asked?

12         Q.    (By Mr. Sisko) Do you intend --

13    you're currently retired.

14         A.    Yes.

15         Q.    And you intend to stay retired for

16    the foreseeable future?

17         A.    For the foreseeable future,

18    although my clients are not happy.  I get --

19    I get calls all the time from them.

20         Q.    But your business is dissolved?

21         A.    My business is dissolved.

22         Q.    And you take no revenue -- you

23    currently have no revenue from A & W Travel?

24         A.    I do not.

25         Q.    And no other revenue from any

```
 1        other travel agency --
 2             A.    I do not.
 3             Q.    -- for work?
 4                   So how would the -- it's fair to
 5        say that the JetBlue-Spirit merger would not
 6        impact your business in any way, correct?
 7             A.    It would not impact my business,
 8        but it would impact me personally, and it
 9        would impact people in general because
10        people in general want the availability of
11        choices.  And if JetBlue were to succeed --
12             Q.    Ms. Arcell, my question was:
13        Is -- is there any way in which the
14        JetBlue-Spirit proposed merger could impact
15        your business?
16             A.    My business?  No.  Myself, yes.
17             Q.    And there's no way that that
18        merger would impact --
19                   MR. BONSIGNORE:  Objection.
20                   THE WITNESS:  It doesn't have
21        anything to do -- what does it matter?
22        Personally, it matters to me whether or
23        not they -- you merge.
24             Q.    (By Mr. Sisko) Okay.  Well --
25             A.    It has nothing to do with my
```

```
 1            Q.     Okay.  What's the nearest airport
 2       to your residence?
 3            A.     MSY.
 4            Q.     Which is New Orleans?
 5            A.     Correct.
 6            Q.     Okay.  Would you consider New
 7       Orleans to be your primary airport?
 8            A.     Yes.
 9            Q.     Are there any cities that you
10       frequently travel to?
11            A.     Atlanta.
12            Q.     Any others?
13            A.     West Hartford and Newark.
14            Q.     Let's take those one at a time.
15                   For what reason do you travel to
16       Atlanta?
17            A.     My daughter -- my younger daughter
18       lives in Atlanta, and also we traveled to
19       Atlanta because my husband was receiving
20       cancer treatment at the cancer center in
21       Newnan, Georgia, which is right outside of
22       Atlanta.
23            Q.     Got it.  How about West Hartford?
24       Why do you --
25            A.     West Hartford, family lives there.
```

Deposition of Katherine Arcell                    Gabriel Garavanian, et al v. JetBlue Airways Corporation, et al

```
 1        Q.     I'm assuming you mean West
 2   Hartford, Connecticut?
 3        A.     Correct.
 4        Q.     Okay.  And how about Newark?
 5        A.     I have family that lives in New
 6   Jersey.
 7        Q.     Okay.
 8               MR. SISKO:  Can we bring up Tab 3,
 9          which will be marked as Exhibit 2.
10               (THEREUPON, Exhibit 2 was marked
11               for identification.)
12               MR. SISKO:  Sorry.  I'm getting
13          confused by my own screen here.
14        Q.     (By Mr. Sisko) Ms. Arcell, do you
15   see the document in front of you --
16        A.     I do.
17        Q.     -- that's been marked as
18   Exhibit 2?
19        A.     Yes.
20        Q.     Okay.  This is your supplemental
21   responses and objections to the Defendants'
22   first set of interrogatories in this action.
23               Do you see that?
24        A.     I see it, but I only see the very
25   beginning of it.
```

1      Kennedy.  They might through

2      Ft. Lauderdale -- through a connecting

3      route.  I'm not sure.  I hadn't looked at it

4      lately.

5              Usually when I travel, I go --

6      travel, connect through Atlanta so that my

7      children -- my grandchildren can meet me and

8      we can go out to visit family.

9          Q.    So you prefer direct flights to

10     connecting flights?

11         A.    Absolutely.

12         Q.    Okay.  Is that a factor when

13     you're purchasing a flight, whether it's

14     direct or not?

15         A.    Flight is -- cost is more of a

16     factor.

17         Q.    Okay.  What are the factors that

18     you use when booking a flight?

19         A.    I would say cost, cost, and cost.

20         Q.    Nothing else that impacts your

21     decision?

22         A.    Schedule if it -- if I'm trying to

23     meet with my daughter and granddaughter.

24         Q.    Okay.  And, presumably, service is

25     another thing that would impact it.

1   few minutes ago, saying I have not ever

2   flown JetBlue, but that my husband did.

3       Q.    (By Mr. Sisko) Right.  Okay.  Have

4   you ever flown Spirit?

5       A.    I have not.

6       Q.    Do you have any intention of

7   flying Spirit in the future?

8       A.    If it's --

9             MR. BONSIGNORE:  Objection.

10            THE WITNESS:  If it goes to the

11   correct place, yes, if it helps me.

12      Q.    (By Mr. Sisko) Do you have any

13   tickets purchased on a Spirit flight --

14      A.    I do not.

15            MR. BONSIGNORE:  The -- the

16   realtime didn't pick up my objection.  It

17   had that as an answer to the -- by the

18   deponent.

19            THE COURT REPORTER:  I'll make

20   sure I correct that.  Thank you.

21            MR. BONSIGNORE:  Okay.  Thank you.

22            MR. SISKO:  Thank you.

23      Q.    (By Mr. Sisko) You'd agree with me

24   that Spirit offers lower cost flights than,

25   say, American?

1       A.    Yes.

2       Q.    That's what you said.

3       A.    Yes.

4       Q.    And so I'm trying to understand --

5    strike that.

6              Why have you never flown Spirit if

7    that's the case?

8       A.    Because since my husband died,

9    I've had enough frequent flyer -- the

10   frequent flyer points with American -- I

11   have American Express miles also.  Delta

12   takes American Express.  They're partners

13   with American Express.

14             So I have paid for very few

15   flights since my husband passed away,

16   because I've paid for United and I've paid

17   for Southwest.

18      Q.    Does Spirit offer service at MSY

19   New Orleans airport?

20      A.    Yes.

21      Q.    Do they offer service to Newark?

22      A.    Not to my knowledge.

23      Q.    Do they offer service to -- well,

24   strike that.

25             Where do you fly into when you're

Deposition of Katherine Arcell                    Gabriel Garavanian, et al v. JetBlue Airways Corporation, et al

1    going to West Hartford?

2           A.    West Hartford.  I usually fly New

3    Orleans, Atlanta, West Hartford.

4           Q.    Does Spirit offer service from New

5    Orleans to Atlanta?

6           A.    I believe they do, but again, I've

7    been traveling -- using my frequent flyer

8    points.  If I were paying and Spirit had a

9    flight, then I would probably fly Spirit.

10          Q.    But because of the loyalty

11   programs you're a part of, you've chosen not

12   to fly Spirit?

13          MR. BONSIGNORE:  Objection.

14       Mischaracterizes the witness' testimony.

15          THE WITNESS:  Because I have

16       frequent flyer points and I can fly using

17       points.  I'm on -- like, you know, it's

18       cost.  If I'm using points, then I don't

19       have to pay.  I just pay $11 for the

20       taxes.

21          Q.    (By Mr. Sisko) Okay.  And,

22   Ms. Arcell, I just want to make sure your

23   counsel has a chance to object after I've

24   asked the question.

25          A.    I'm sorry.

1      Q.    Is the same true for Southwest?

2      A.    I usually pay for Southwest.  I

3  don't have enough points.

4      Q.    Okay.  How about United?

5      A.    The only reason I fly United is

6  because I'm visiting family in Houston, and

7  they live a half an hour from the airport --

8  the United -- from the -- where United

9  flies.

10      Q.    How many Delta frequent flyer

11  points do you have remaining, if you know?

12      A.    I don't know.  I haven't checked

13  lately.

14      Q.    Do you have an estimate?

15      A.    Probably about a hundred thousand.

16      Q.    And about how many flights would a

17  hundred thousand points pay for?

18      A.    Maybe three.

19      Q.    Okay.  Can you describe for me

20  what your process is when shopping for a

21  flight.

22      A.    Well, let's see.  I look at where

23  I'm going, look at what airlines fly there.

24  First of all, I check to see if Delta has

25  something there and how much -- how many

```
 1            A.    I'm not sure.  I just heard that

 2       they were starting.

 3            Q.    Where did you hear that?

 4            A.    Somebody told me they were.

 5            Q.    Okay.

 6            A.    I think one of my daughters told

 7       me that.

 8            Q.    So Allegiant is -- strike that.

 9                  You testified that Breeze is also

10       a low-cost carrier?

11            A.    Correct.

12            Q.    And that you will be flying

13       Breeze; is that correct?

14            A.    Probably, if -- if it's -- if they

15       have availability and I'm going to West

16       Hartford and it's less expensive than the

17       frequent flyer points that I would have to

18       use.

19            Q.    Is your expectation that Breeze's

20       fares will be lower --

21            A.    Yes.

22            Q.    -- than -- why is that?

23            A.    Because I've heard that they will

24       be.  I haven't really looked into it.

25            Q.    You're just --
```

1        A.    I haven't had the occasion.   I

2    will be flying to West Hartford sometime in

3    the future.

4        Q.    Okay.  So I just want to be clear,

5    so Allegiant, Spirit, Frontier, and it

6    sounds like Breeze, all of those do or will

7    shortly be flying out of New Orleans?

8        A.    Correct.

9        Q.    Have you ever flown Allegiant?

10       A.    No, I have not.

11       Q.    Have you ever flown Frontier?

12       A.    No, I have not.

13       Q.    So you've flown none of the ultra

14   low-cost carriers that fly out of New

15   Orleans?

16       A.    Southwest.  I've flown on AirTran

17   when AirTran was an airline because they

18   were less expensive.

19       Q.    Ms. Arcell, my question is a

20   little bit different.

21            Have you flown on Allegiant,

22   Spirit, Frontier out of New Orleans?

23       A.    No.

24            MR. BONSIGNORE:  Object to the

25       form.

```
1          Q.    (By Mr. Sisko) Ms. Arcell, you

2     understand that this litigation is being

3     brought to block the proposed merger between

4     JetBlue and Spirit, correct?

5          A.    Correct.

6          Q.    When did you first begin

7     considering to bring the suit?

8          A.    I don't really recall when

9     exactly, other than when I -- I must have

10    read somewhere that they were thinking about

11    it.  And I don't believe -- I don't believe

12    in mergers.

13         Q.    Okay.  I want to preface my next

14    line of questioning by saying I don't want

15    to hear anything about your conversations

16    with counsel or any communications you may

17    have had with your attorneys in this action.

18    I don't want to violate the attorney-client

19    privilege.

20              So to the extent you can answer my

21    questions without implicating your

22    communications with counsel, that would be

23    appreciated.  And I'm sure Mr. Bonsignore is

24    going to object if anything gets close to

25    the line.
```

```
 1                    So do you recall when you heard

 2          that JetBlue and Spirit had agreed to a

 3          proposed merger?

 4              A.    I do not.

 5              Q.    Was it in 2023?

 6                    MR. BONSIGNORE:  Objection.

 7                    THE WITNESS:  I don't recall.

 8              Q.    (By Mr. Sisko) Was it in 2022?

 9                    MR. BONSIGNORE:  Objection.

10                    THE WITNESS:  I don't recall.  As

11          I said, I'd been in a fog.

12              Q.    (By Mr. Sisko) Are you familiar at

13          all with your co-plaintiffs in this action?

14              A.    A couple of them.

15              Q.    How do you know --

16              A.    I know who they are.

17              Q.    And how do you know them?

18              A.    I've been involved in trying to

19          stop mergers before.

20              Q.    Trying to stop -- and specifically

21          trying to stop mergers between airline

22          companies, correct?

23              A.    Yes.

24              Q.    About how many of those

25          litigations have you been a part of?
```

```
 1        is that correct?

 2               A.      Correct.  Correct.

 3               Q.      And this would be the sixth?

 4               A.      This would be the sixth.

 5               Q.      Are there any other merger

 6        litigations that you have been a plaintiff

 7        in that are not listed here?

 8               A.      Not that I recall.

 9               Q.      And I think you said you're --

10        well, strike that.

11                       Do you have a reason why you

12        brought this litigation?

13                       MR. BONSIGNORE:   Objection.

14                       THE WITNESS:   Why I am opposed to

15          it happening?

16               Q.      (By Mr. Sisko) That's correct.

17               A.      Because I think that Spirit is --

18        from what I've read, Spirit is not in

19        financial trouble.  And I feel that JetBlue

20        is trying to eliminate competition.  And I

21        am opposed to that.

22                       Pan Am had filed for bankruptcy,

23        so I was a victim of a merger there, but

24        they were -- they had filed for bankruptcy.

25        To my knowledge, Spirit has not filed for
```

1    any financial problems.

2            Q.    So you --

3            A.    So I don't understand why JetBlue

4    would try to buy Spirit other than to

5    eliminate competition.

6            Q.    Okay.  Ms. Arcell, you've never

7    flown JetBlue, correct?

8            A.    Correct.

9            Q.    And you've never flown Spirit.

10           A.    Correct.

11           Q.    And it sounds like you have --

12   would you say you're opposed to mergers, in

13   part, because of your experience at Pan Am?

14               MR. BONSIGNORE:  Objection.

15               THE WITNESS:  It might have

16   something to do with it.  But as I said,

17   Pan Am was in financial problem --

18   trouble.

19               When two companies are viable

20   companies and they're trying to -- one is

21   trying to buy out another --

22           Q.    (By Mr. Sisko) Ms. Arcell,

23   that's --

24           A.    -- to eliminate competition --

25           Q.    Ms. Arcell, that is not the

1    question that I've asked you.  I asked you

2    whether you are opposed to mergers, in part,

3    because of your experience with Pan Am.  And

4    I think you testified that it may have

5    something to do with it.

6              Is that correct?

7    A.    Yes.

8    Q.    Okay.  Now, having never flown

9    JetBlue or Spirit, what impact will this

10   merger -- this proposed merger have on you

11   individually?

12   A.    Future travel --

13             MR. BONSIGNORE:  Objection.

14   Calls -- objection.  This calls for a

15   expert opinion, it calls for a legal

16   conclusion, and there are various

17   other -- it calls for speculation.

18   Beyond her expertise.

19             You can answer.

20             THE WITNESS:  Repeat the question,

21   please.

22   Q.    (By Mr. Sisko) The question was:

23   Having never flown JetBlue or Spirit, what

24   impact will this proposed merger have on you

25   individually?

1          MR. BONSIGNORE:  Objection.  Calls

2      for a legal conclusion, calls for an

3      expert opinion.

4          You can answer.

5          THE WITNESS:  Should I be in

6      future travel, I would like to have the

7      ability -- the choice to choose a more

8      expensive as opposed to a less expensive

9      trip.

10         Q.   (By Mr. Sisko) Sitting here --

11         A.   I'd like to have that choice.

12         Q.   Sitting here today, you can't

13     identify any specific harm that this

14     proposed merger will have on you?

15         A.   Yes, financially. I --

16         MR. BONSIGNORE:  Objection.  Calls

17     for --

18         THE WITNESS:  I mean --

19         MR. BONSIGNORE:  -- a legal

20     conclusion and --

21         THE WITNESS:  I don't --

22         MR. BONSIGNORE:  -- calls for an

23     expert opinion.

24         THE WITNESS:  I would like to be

25     able to have a choice.

```
 1              MR. BONSIGNORE:  Calls for an
 2        expert opinion.
 3        Q.    (By Mr. Sisko) Ms. Arcell, I have
 4   to ask you again, please wait for your
 5   counsel to finish objecting before you
 6   respond.
 7        A.    Okay.
 8        Q.    For the court reporter's benefit.
 9        A.    I apologize.
10        Q.    No problem.
11              You testified a moment ago that
12   you would like the choice to choose a more
13   expensive as opposed to a less expensive
14   trip --
15        A.    I would like the choice to --
16              MR. BONSIGNORE:  Objection.
17              THE WITNESS:  Let me rephrase
18   that.  I would like the choice of a less
19   expensive as opposed to a more expensive
20   ticket.
21        Q.    (By Mr. Sisko) Okay.  If you --
22   strike that.
23              You've been a plaintiff in at
24   least five other lawsuits to prevent the
25   merger of airline companies, correct?
```

```
 1        prior case when you were in high school?

 2             A.     Repeat that.

 3             Q.     Based upon your prior experience?

 4             A.     Yes, I mean, I know I'm not

 5        supposed to delete things that were -- that

 6        have -- that are important.

 7             Q.     Did you -- did you delete any

 8        e-mails since this case was filed related to

 9        this litigation?

10             A.     No.

11                    MR. SISKO:   Objection.

12             Q.     (By Mr. Bonsignore) Will you

13        travel by air over the next few years?

14             A.     Yes.

15             Q.     And will you travel by air after

16        your Delta miles expire?

17             A.     Yes.

18             Q.     So your travel is not dependent on

19        free travel?

20             A.     No.

21             Q.     And at some point, you're going to

22        pay again?

23             A.     Yes.

24             Q.     And when you pay --

25             A.     I do pay.
```

1      Q.    Right.   And when you pay, will you

2    exclude from consideration any airline?

3            MR. SISKO:   Objection.

4            THE WITNESS:   No.

5        Q.    (By Mr. Bonsignore)   And when

6    you --

7            MR. BONSIGNORE:   Okay.   No further

8    questions.

9            THE VIDEOGRAPHER:   Anything else

10   for the record, Counsel?

11           MR. SISKO:   Nothing from me.

12   Thank you.

13           THE VIDEOGRAPHER:   Okay.   This now

14   concludes the deposition of Katherine

15   Arcell.   We're off the record at

16   2:46 p.m.

17           (Proceedings concluded at 2:46

18           p.m.)

19

20

21

22

23

24

25

1                  C E R T I F I C A T E

2

3              I HEREBY CERTIFY that the

4       proceedings, evidence, and objections are

5       contained fully and accurately in the

6       stenographic notes taken by me upon the

7       deposition of KATHERINE ARCELL, taken on

8       June 13, 2023, and that this is a true

9       and correct transcript of same.

10

11

12

13

14       _____
         Allison M. Hall, RDR, CRR, CSR
15

16

17

18

19

20

21

22

23

24

25