# EXHIBIT 2

```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, ET AL.    )
                              )
          PLAINTIFFS,         )
                              )
VS.                           )
                              )  CASE NO. 1:23-CV-10678-WGY
JETBLUE AIRWAYS               )
CORPORATION AND SPIRIT        )
AIRLINES, INC.,               )
                              )
          DEFENDANTS.         )
```

REMOTE VIDEO DEPOSITION
OF JOSE BRITO
TUESDAY, JUNE 13, 2023

Reported By:
Allison M. Hall, RDR, CRR, CSR

```
 1                    June 13, 2023
 2                     2:16 p.m.
 3          Video deposition of JOSE BRITO,
 4     held remotely via Zoom before Allison
 5     Hall, a Registered Diplomate Reporter,
 6     Registered Merit Reporter, Certified
 7     Realtime Reporter, and Certified
 8     Shorthand Reporter and Notary Public.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        A P P E A R A N C E S:

 2

 3         ON BEHALF OF PLAINTIFFS:

 4         BONSIGNORE TRIAL LAWYERS, PLLC
             ROBERT J. BONSIGNORE, ESQUIRE
 5           MELANIE PORTER, ESQUIRE
               23 Forest Street
 6             Medford, Massachusetts 02155
               Phone: 781-856-7650
 7             E-mail: rbonsignore@classactions.us

 8         ON BEHALF OF JETBLUE AIRWAYS CORPORATION:

 9         COOLEY LLP
               ZACH SISKO, ESQUIRE
10             500 Boylston Street
               Fourteenth Floor
11             Boston, Massachusetts  02116
               Phone: 617-937-2368
12             E-mail: zsisko@cooley.com

13
           COOLEY LLP
14             MATT NGUYEN, ESQUIRE
               1299 Pennsylvania Avenue NW
15             Suite 700
               Washington D.C.  20004
16             Phone: 202-728-7123
               E-mail: mnguyen@cooley.com
17

18

19

20

21

22     ALSO PRESENT:

23     Alex Held, Video Specialist

24

25
```

```
 1                              INDEX

 2      WITNESS                                          PAGE

 3      JOSE BRITO
            Examination by Mr. Sisko                       5
 4

 5                              *****

 6


 7                         E X H I B I T S

 8      NUMBER          DESCRIPTION                      MARKED
        Exhibit 1       Document Bates Stamped             56
 9                      BRITO000001 through
                        BRITO000499
10      Exhibit 2       Plaintiff's Responses              69
                        and Objections to
11                      Defendants' First Set
                        of Interrogatories
12      Exhibit 3       Plaintiff's                       114
                        Supplemental Responses
13                      and Objections to
                        Defendants' First Set
14                      of Interrogatories

15

16

17

18

19

20

21

22

23

24

25
```

1    Q.   Okay.  All right.  Do you
2    receive -- excuse me -- does Deluxe receive
3    commissions from the sale of domestic air
4    travel?
5    A.   No.
6    Q.   So the only revenue Deluxe takes
7    in from selling a domestic ticket is the
8    service fees we were talking about earlier?
9    A.   Yeah, basically that's -- that's
10   where we -- we get the income.
11   Q.   Okay.  And I think you testified
12   that service fee depends on the class of
13   ticket that's being sold?
14   A.   Correct.
15   Q.   Okay.  Do you charge service fees
16   in scenarios where you also receive a
17   commission?
18   A.   Do we charge a service fee if we
19   receive a commission?  Yes.
20   Q.   Okay.  So the service fee is
21   independent of whether Deluxe is receiving a
22   commission on a given -- given ticket?
23   A.   Correct.
24   Q.   Okay.
25   A.   Now, once in a while, we may get a

1    commission -- we may get a commission on a
2    transcontinental flight, but that's very
3    rare.
4         Q.   What are the circumstances in
5    which you'd get a commission on a
6    transcontinental flight?
7         A.   On a business class
8    transcontinental.
9         Q.   Are there particular airlines that
10   provide commissions for transcontinental
11   flights?
12        A.   United, American, and Delta.
13        Q.   And do you receive those
14   commissions as a result of being in the
15   consortium?
16        A.   Correct.
17        Q.   So Nexion has negotiated that
18   commission on your behalf, essentially?
19        A.   Yes.
20        Q.   Does Deluxe have any preexisting
21   relationships with airlines?
22        A.   Such as?
23        Q.   Any agreements or anything like --
24        A.   We have -- we have -- we have an
25   agreement with Lufthansa.  And we have an

1   agreement with Air Portugal, TAP.
2           Q.    Let's take that one at a time.
3   Tell me about the agreement with Lufthansa.
4           A.    We get an agreement on commission
5   on their flights on certain levels of fares.
6           Q.    And how much is that commission?
7           A.    It depends.  Anywhere from 2
8   percent to 20 percent.
9           Q.    And how -- I'm sorry.  What was --
10  I think you said Air Portugal was the
11  second?
12          A.    Correct.
13          Q.    And tell me about that agreement.
14          A.    Same thing.  About 2 to 15
15  percent.
16          Q.    Are you obligated under those
17  agreements to sell Lufthansa or Air Portugal
18  flights to customers?
19          A.    No, but we -- we -- we like to
20  sell them because of the agreement.  We like
21  to give them preference.
22          Q.    Right.  You're incentivized to
23  sell them because you receive a commission?
24          A.    Correct.
25          Q.    Okay.  So if the price of a ticket

1    is higher, you would receive a -- a larger
2    share of commission, correct?
3          A.    Correct.
4          Q.    So when ticket prices go up for
5    international travel, your commission,
6    Deluxe's commission, ultimately increases in
7    a corresponding way?
8                MR. BONSIGNORE:  Objection.
9          Relevancy.
10               You can answer.
11               THE WITNESS:  That's not
12         necessarily true, because many times when
13         the prices go up, so goes the fuel
14         surcharge that they add on the ticket,
15         and doesn't mean that the base fare where
16         the commission is paid is going up.  It's
17         the fuel surcharge that's going up, and
18         it doesn't change anything.
19         Q.    But generally speaking, if a base
20   fare goes up, you'll receive more commission
21   on a -- on a ticket that you've sold?
22         A.    I --
23               MR. BONSIGNORE:  Objection.
24         Assumes facts not in evidence.
25         Q.    (By Mr. Sisko) Mr. Brito, in your

```
 1     system?
 2         A.    Correct.
 3         Q.    So I'm asking you, in what
 4     circumstances would you book a flight
 5     through Deluxe's system rather than Nexion's
 6     system other than Lufthansa and Air
 7     Portugal, which we've discussed?
 8              MR. BONSIGNORE:  Objection.  Asked
 9        and answered.
10              THE WITNESS:  I can answer?
11              MR. BONSIGNORE:  Oh, yeah.
12              THE WITNESS:  We go to Nexion
13        system when there's a commission involved
14        on -- on the class of service involved.
15         Q.    (By Mr. Sisko) Okay.  What
16     generally is the commission for a Nexion
17     flight?
18         A.    It depends on the class of
19     service.
20              MR. BONSIGNORE:  Objection.  Asked
21        and answered.
22         Q.    (By Mr. Sisko) How about for
23     coach?
24         A.    The lowest fares in coach do not
25     pay commission.
```

```
 1    book customers on JetBlue less often than
 2    you do United?
 3         A.    Correct.
 4         Q.    And less often than American?
 5         A.    Correct.
 6         Q.    And less often than Delta?
 7         A.    Correct.
 8         Q.    And less often than Southwest?
 9         A.    Correct.
10         Q.    And we have documentary evidence
11    here of just one Spirit flight that you've
12    sold in the last eight years.
13              MR. BONSIGNORE:  Objection.
14         Q.    (By Mr. Sisko) Is that correct?
15         A.    The one that was sold on the GDS
16    is the only one, and I -- and I don't even
17    recall why they're not in the GDS anymore.
18    So most of their flights have to be booked
19    online.
20         Q.    Okay.  So with that in mind, the
21    proposed JetBlue-Spirit merger at issue in
22    this case wouldn't have a significant impact
23    on your business?
24              MR. BONSIGNORE:  Objection.
25    Mischaracterizes the witness' testimony.
```

1          Calls for expert testimony.  Calls for
2          legal conclusion.
3          Q.    (By Mr. Sisko) You can answer.
4          A.    I think it would -- it would
5     diminish competition because they're the
6     lowest -- they hold lower -- lower-cost
7     tickets and they hold other airlines in
8     check.
9          Q.    But you don't regularly sell
10     Spirit flights, correct?
11          A.    Because, like I said, they don't
12     have much service in and out of here.
13                MR. BONSIGNORE:  Objection.
14     Mischaracterizes the witness' testimony.
15          Q.    (By Mr. Sisko) And you don't --
16     strike that.
17                Mr. Brito, you testified earlier
18     that you receive commissions for certain
19     international and transcontinental flights;
20     is that correct?
21          A.    Correct.
22          Q.    And if the base fares of those
23     flights on which you receive commissions are
24     higher, you receive more commission.
25                Is that fair?

```
 1         A.    If the base fare is higher, we
 2    receive more commission.
 3         Q.    So the lowering of ticket prices
 4    would theoretically reduce the commissions
 5    that you at Deluxe received; is that
 6    correct?
 7               MR. BONSIGNORE:  Objection.
 8         Mischaracterizes the witness' testimony,
 9         characterizes an expert opinion, and
10         calls for a legal conclusion.
11               Go ahead.
12               THE WITNESS:  Can you repeat that
13         question?
14               MR. SISKO:  Yes.
15         Q.    (By Mr. Sisko) If ticket prices
16    lowered, that would reduce the commissions
17    that Deluxe receives on those tickets,
18    correct?
19         A.    If there is a commission.
20               MR. BONSIGNORE:  Objection.
21         Q.    (By Mr. Sisko) Yes.
22               MR. BONSIGNORE:  Go ahead.
23               I have to object -- never mind.
24         Just go ahead.
25               THE WITNESS:  Only -- only if
```

```
 1              there's a commission involved.
 2        Q.    (By Mr. Sisko) Okay.  And on
 3   tickets for which Deluxe receives a
 4   commission, I think you just testified a
 5   higher base fare means higher commissions
 6   for Deluxe?
 7              MR. BONSIGNORE:  Objection.
 8        Mischaracterizes the witness' testimony.
 9        Q.    (By Mr. Sisko) You can answer.
10        A.    That's correct, if there's a
11   commission involved.
12        Q.    Okay.  Mr. Brito, do you own any
13   stock in airline companies?
14        A.    No.
15        Q.    Do you own any mutual funds that
16   hold stock in airline companies?
17        A.    I don't know.
18        Q.    Okay.
19              MR. SISKO:  We can take this
20        exhibit down.  Thank you.
21        Q.    (By Mr. Sisko) Mr. Brito, let's
22   talk a little bit about your personal travel
23   history, okay?
24              How often do you travel by plane?
25        A.    About four, five, six times a
```

```
 1                  MR. BONSIGNORE:  Objection.  Asked
 2       and answered.
 3            Q.   (By Mr. Sisko) I -- do you have
 4       any plans in the future to take a JetBlue
 5       flight?
 6            A.   I -- I could.
 7            Q.   Do you have any tickets booked for
 8       JetBlue flights in the future?
 9            A.   No.
10            Q.   You've also never flown Spirit,
11       correct?
12            A.   No.
13            Q.   Do you have any specific Spirit
14       flights booked in the near future?
15            A.   No.
16            Q.   Do you have any plans to take
17       Spirit in the near future?
18            A.   No.
19            Q.   Would you ever use Spirit as an
20       airline?
21            A.   I could.
22            Q.   But no immediate plans to?
23            A.   No.
24            Q.   So given that you've never flown
25       either Spirit or JetBlue, what impact would
```

```
 1      the proposed merger between those airlines
 2      have on your personal travel?
 3               MR. BONSIGNORE:  Objection.  Calls
 4          for an expert opinion.  Also calls for a
 5          legal conclusion.
 6               MR. SISKO:  I'm asking what impact
 7          it would have on his personal travel.
 8               MR. BONSIGNORE:  Objection stands.
 9          Q.   (By Mr. Sisko) You can answer.
10          A.   Okay.  So I think that the merger
11      would probably create more of a monopoly and
12      it would -- it would -- with -- would
13      concentrate, reduce capacity in a number of
14      flights, seats, increase airfares overall
15      because that's kind of been the trend that's
16      taken place, and lower service, higher fares
17      in general.
18               That's what I've seen with all the
19      mergers that have taken place over the
20      years.
21               MR. SISKO:  Move to strike as
22          nonresponsive.
23          Q.   (By Mr. Sisko) My question was:
24      What impact would the proposed merger have
25      on your personal travel?
```

```
 1                MR. BONSIGNORE:  Objection to the
 2      objection, as ridiculous as it sounds.
 3      And objection to that question because it
 4      calls for a legal conclusion and calls
 5      for an expert opinion.
 6                You can answer.
 7                THE WITNESS:  I think it would --
 8      it would raise fares that would cost me
 9      more money to fly.
10      Q.    (By Mr. Sisko) Do you have any
11  evidence that you can point to --
12      A.    And -- and --
13      Q.    I'm sorry.  Go ahead.
14      A.    I'm sorry?
15      Q.    Did you have more -- I cut you
16  off, Mr. Brito.  Did you have more to say on
17  that?
18      A.    Yeah, and lower -- and lower
19  service.  That's what I -- I've watched over
20  the years, how these mergers just make it --
21  make higher and higher fares and less
22  choice.
23      Q.    Do you have any specific evidence
24  to support that conclusion that you've come
25  to?
```

1          C E R T I F I C A T E

2

3          I HEREBY CERTIFY that the

4   proceedings, evidence, and objections are

5   contained fully and accurately in the

6   stenographic notes taken by me upon the

7   deposition of JOSE BRITO, taken on June

8   13, 2023, and that this is a true and

9   correct transcript of same.

10

11

12

13

14              *Allison Hall*
                _____
15              Allison M. Hall, RDR, CRR, CSR

16

17

18

19

20

21

22

23

24

25