# EXHIBIT 3

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                    Plaintiffs,
 5
     vs.                                  Civil Action Number
 6                                         1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                  Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13          REMOTE VIDEOTAPED DEPOSITION of JAN MARIE

14   BROWN, taken by Defendants on Wednesday, June 21,

15   2023, commencing at 2:02 p.m. (Pacific Time), before

16   Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1
 2   R E M O T E   A P P E A R A N C E S:
 3
 4           BONSIGNORE TRIAL LAWYERS
                  Attorneys for the Plaintiffs
 5                23 Forest Street
                  Medford, Massachusetts  02155
 6                781.350.0000

 7           BY:  ROBERT J. BONSIGNORE, ESQ.
                  rbonsignore@classactions.us
 8                    - and -
                  GEORGE OMAR KOURY, ESQ.
 9
10
11           COOLEY LLP
                  Attorneys for Defendant JetBlue Airways
12                1299 Pennsylvania Avenue, NW, Suite 700
                  Washington, DC  20004
13                202.728.7123

14           BY:  MATT NGUYEN, ESQ.
                  mnguyen@cooley.com
15
16
17   A L S O   P R E S E N T:
18           Simone Smith, Intern (Cooley)
             Andrew Whitner, Video Specialist
19
20
21
22
23
24
25
```

```
 1                      J. Brown
 2        A     I am relying on counsel, yes.
 3        Q     Ms. Brown, do you see that it says
 4  here that you admit that you are not presently
 5  employed as a travel agent?
 6        A     Yes.
 7        Q     But, Ms. Brown, are you saying that
 8  you are actually employed as a travel agent?
 9        A     No.
10        Q     Ms. Brown, you're not presently
11  employed as a travel agent?
12        A     No, I am not.
13        Q     So, Ms. Brown, the response to this
14  request is accurate, then?
15        A     Yes.
16        Q     So you are not presently employed as a
17  travel agent?
18        A     No.  It's -- not a travel agent.
19        Q     What is your current job title today?
20        A     Travel manager for the Beach Boys.
21        Q     And, Ms. Brown, in that role, are you
22  responsible for booking travel?
23        A     I am.
24        Q     Ms. Brown, in that role are you
25  responsible for serving as an agent for your
```

```
 1                           J. Brown
 2    customers or your clients?
 3         A     I don't have customers or clients.
 4         Q     Ms. Brown, how would you describe your
 5    relationship to the Beach Boys in terms of the
 6    professional relationship?
 7         A     I manage logistics, property locations
 8    to venue locations, flights from all around the
 9    United States and the world year round.
10         Q     And you don't believe that that's a
11    travel agent-type role?
12         A     No.  I don't sell travel.
13               MR. BONSIGNORE:  Objection.
14         Q     Okay.  Just trying to get that
15    clarification for the record.
16               I want to turn us over to Request
17    Number 5, then, Ms. Brown.  Can you read that out
18    loud?
19         A     "Admit that you are not presently the
20    whole or partial owner of a travel agency."
21         Q     And, Ms. Brown, can you read your
22    response?
23         A     "Admit."
24         Q     Is this response true and accurate, to
25    the best of your knowledge?
```

```
 1                    J. Brown
 2      A    Yes.
 3      Q    As in, Ms. Brown, you do not own any
 4 interest in a travel agency to date?
 5      A    I do not.
 6      Q    Today you receive no income from any
 7 travel agency?
 8      A    I do not.
 9      Q    Thank you, Ms. Brown.
10           MR. NGUYEN:  I want to turn us over to
11      Request Number 7, which is at the top of
12      the very next page.
13      Q    Can you please read that request out
14 loud.
15      A    "Admit that you have never been the
16 whole or partial owner of a travel agency."
17      Q    And, Ms. Brown, can you read your
18 response there?
19      A    "Deny."
20      Q    Ms. Brown, prior to your roll with the
21 Beach Boys where you're a travel manager --
22      A    Yes.
23           MR. BONSIGNORE:  Objection.
24      Mischaracterizes the testimony of the
25      witness.
```

```
 1                         J. Brown
 2   prior travel agencies that you worked for --
 3          A     Right.
 4          Q     -- Meleco Travel wasn't one of them,
 5   was it?
 6          A     No.
 7          Q     Ms. Brown, are you currently employed
 8   with Meleco Travel?
 9          A     I'm currently employed by Meleco.  We
10   only call my department Travel.
11          Q     Ms. Brown, what is the difference
12   between Meleco and Meleco Travel?
13          A     Because we had to go through a
14   certification process to book airline tickets and to
15   receive commissions on the bookings, which the
16   owner -- I'm sorry -- the lead singer of the Beach
17   Boys, Michael Edward Love Entertainment Company,
18   M-E-L-E-C-O -- he owns the agency.  And it was their
19   way to try to keep travel costs down for the band.
20          Q     Understood, Ms. Brown.
21                So do you consider Meleco Travel to be
22   a travel agency?
23          A     I do not.
24          Q     I'd like to turn us back to that page
25   right beforehand.
```

```
 1                         J. Brown
 2   with anyone, other than your attorney, about this
 3   case?
 4           A     No, I did not.
 5                 MR. NGUYEN:  Thank you.
 6   EXAMINATION
 7   BY MR. BONSIGNORE:
 8           Q     Mrs. Brown, what, if any,
 9   considerations will impact your travel in the
10   future?
11           A     Well, I'm --
12                 MR. NGUYEN:  Objection.
13           A     I'm going to retire within the next
14   year to year and a half.  And that's going to be,
15   you know, my salary out of our income.  And it means
16   that we're going to have to be more frugal about the
17   travel.  It's more about what I need rather than
18   what, you know, I want, which is -- everybody wants
19   to fly first class if they can.
20                 We've got my stepdaughter fixed up now
21   where she has the support system that she needs so
22   that we can get away.  And we want to travel a lot.
23   And that's going to be flying on Spirit, because
24   they do have the best prices out of Reno.  There's
25   no doubt about it.  And that's -- you know, the best
```

```
 1                       J. Brown
 2    prices going forward with the reduced income is
 3    going to mean a lot to us; so that's ...
 4         Q    Thank you.
 5              You were asked questions about the
 6    proposed merger of Spirit and JetBlue.
 7         A    Yes.
 8         Q    What is your opinion as to how the
 9    proposed merger will impact you and your --
10              MR. NGUYEN:  Objection.
11           (Reporter requested clarification.)
12         Q    Go ahead.  Answer -- you can answer.
13         A    Well, I believe that the merger --
14    excuse me -- sorry -- will affect me in actually
15    many ways because I've been through mergers before.
16    I've seen what the result of the mergers are.  I
17    see -- you know, I have a front row seat to it and
18    have had for -- ever since mergers started.
19              And I see what happens with the
20    flights:  There's reduced routing, there's reduced
21    number of seats going out, flights are packed, the
22    passengers are angry.  You know, prices right now
23    are at an all-time high.  And I believe a good deal
24    of that is due to the prior mergers.
25              Not to mention the fact that how it
```

```
 1                         J. Brown
 2   affects me personally is I'm just getting ready to
 3   do what I want to do for me, and the lowest cost
 4   carrier out of Reno is going to be gone.  So I
 5   need -- you know, it's going to affect me in quite a
 6   few different ways.
 7               And there's no amount of talking I
 8   could do to tell you how frustrating it is to work
 9   through these mergers for somebody who deals with
10   travel on a daily basis.  It's just so difficult.
11   My job has gotten harder and harder and harder and
12   harder because of mergers.
13               But the biggest thing to me personally
14   is that I'm getting ready to finally be able to
15   get -- sorry for the way I say it -- away from my
16   stepdaughter, and -- I mean, I love her, but you
17   know what I mean -- and I just feel like the prices
18   are going to be higher.  And I want to travel, I
19   want to take -- I want to travel like I used to;
20   so ...
21               MR. BONSIGNORE:  Thank you.  I have no
22        further questions.
23   FURTHER EXAMINATION
24   BY MR. NGUYEN:
25        Q     One additional question from me,
```

```
 1
 2                    C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        ) ss.
 5   COUNTY OF NEW YORK   )
 6                   I, PAMELA GRIMALDI, Registered
 7           Merit Reporter, Certified Realtime
 8           Reporter, and Notary Public of the State
 9           of New York, do hereby certify that the
10           foregoing Deposition, of the witness,
11           JAN MARIE BROWN, taken at the time and
12           place aforesaid, is a true and correct
13           transcription of my shorthand notes.
14                   I further certify that I am
15           neither counsel for nor related to any
16           party to said action, nor in any wise
17           interested in the result or outcome
18           thereof.
19                   IN WITNESS WHEREOF, I have
20           hereunto set my hand this 5th day of
21           July 2023.
22
23           _____
24           PAMELA GRIMALDI, RMR, CRR
25
```