# EXHIBIT 4

1

2  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
3  - - - - - - - - - - - - - - - - - - -x
   GABRIEL GARAVANIAN, et al.,
4
                    Plaintiffs,
5
   vs.                              Civil Action Number
6                                   1:23-cv-10678-WGY
   JETBLUE AIRWAYS CORPORATION
7  and SPIRIT AIRLINES, INC.,
8                    Defendants.
9  - - - - - - - - - - - - - - - - - - -x
10
11
12
13         REMOTE VIDEOTAPED DEPOSITION of ROSEMARY
14  D'AUGUSTA, taken by Defendants on Wednesday, June 14,
15  2023, commencing at 2:07 p.m. (Pacific Central Time),
16  before Pamela Grimaldi (via Zoom), a Registered Merit
17  Reporter, Certified Realtime Reporter, and Notary
18  Public within and for the State of New York.
19
20
21
22
23
24
25

1

2       R E M O T E   A P P E A R A N C E S:

3

4               BONSIGNORE TRIAL LAWYERS
                    Attorneys for the Plaintiffs
                    23 Forest Street
5                   Medford, Massachusetts   02155
                    781.350.0000
6
                BY:  ROBERT J. BONSIGNORE, ESQ.
7                    rbonsignore@classactions.us
                          - and -
8                    MELANIE PORTER, ESQ.

9

10              PAUL WEISS RIFKIND WHARTON & GARRISON LLP
                    Attorneys for Defendant Spirit Airlines
11                  1285 Avenue of the Americas
                    New York, New York   10019
12                  212.373.3000

13              BY:  COLE RABINOWTIZ, ESQ.
                     crabinowitz@paulweiss.com
14                        - and -
                     BETHANY ROBINSON, ESQ.
15                   brobinson@paulweiss.com

16

17      A L S O   P R E S E N T:

18              Alex Held, Video Specialist

19

20

21

22

23

24

25

```
 1                        R. D'Augusta

 2          Q     And the same for Salt Lake City,

 3   correct?

 4          A     Correct.

 5          Q     And the same for San Jose, correct?

 6   San Jose, Costa Rica.  Pardon me.

 7          A     Correct.

 8          Q     And Santo Domingo in the Dominican

 9   Republic, correct?

10          A     Correct.

11          Q     So based on these two round-trip

12   flights, is it fair to say that you have a

13   preference for Delta and American Airlines?

14                MR. BONSIGNORE:  Objection.

15          A     No, it's not fair.

16          Q     Okay.  Do you have a preference to fly

17   a specific airline if you were to choose?

18          A     My preference would be based on what

19   my needs are.  If I'm flying in to see my brother, I

20   will fly into Newark.  If I'm flying to see my

21   sister-in-law, I'll fly into JFK.  And different

22   airlines fly to these cities different times of the

23   day, and those would be my -- my parameters.

24          Q     So is it fair to say that the route

25   and schedule is the most important factor when
```

```
 1                          R. D'Augusta
 2   choosing an airline?
 3            A      Route, the schedule, and the fare.
 4            Q      I understand.
 5                   So price is also an important factor
 6   when choosing an airline?
 7            A      Yes, it is.
 8            Q      Can you describe the process that you
 9   use when you are booking a flight for yourself?
10                   MR. BONSIGNORE:  Objection.  Vague.
11            A      In -- in what time frame?  Present day
12   or past?
13            Q      For the March 2019 flight, how did you
14   go about booking that flight?
15            A      I booked it through my computer
16   reservation system.  I looked at the flight --
17   flights, availabilities.  And the flights -- it
18   presents a panel of your flight options,
19   availabilities, and based on that, I would choose
20   the airline to meet my needs and take it from there.
21                   MR. RABINOWITZ:  Mr. Held, you can
22        take down the exhibit now.  Thank you.
23            Q      And what is the name of that computer
24   system that you use?
25            A      It was Galileo.
```

Deposition of Rosemary D'Augusta

```
 1                          R. D'Augusta

 2         A      I think they -- they came online later

 3   than all the others as I re- -- I recall, but I'm

 4   not sure.  I'm not sure.

 5         Q      Was the Galileo system available to

 6   the general public?

 7         A      No.

 8         Q      Did Perna Travel have to pay for

 9   the -- access to the Galileo system?

10         A      Initially in the beginning, yes.  But

11   later on, they reduced fees and eliminated them

12   entirely.

13                Now, clarification on the public.  If

14   you booked directly with the airline over the

15   internet, of course, you're accessing that airline's

16   system and that airline's system will only show

17   their flights.  They will not give you a panel of

18   other options.

19         Q      When you're booking travel for

20   yourself, what are the most important factors when

21   you choose a flight?

22                MR. BONSIGNORE:  Objection.  Asked and

23         answered.

24         A      My preference is timing and whether or

25   not the flight is nonstop.  If it's a connecting
```

1                    R. D'Augusta

2     flight, what is the connection and the connection

3     time, the departure and the arrival time at my

4     destination?

5              Q      Is price also a factor you consider?

6              A      Yes, it is.

7              Q      Is the airline you fly on also a

8     factor that you consider?

9              A      I'm not sure I follow the question.

10    Can you rephrase?

11             Q      If there are two identical flights

12    flown by different airlines, would that make a

13    difference, deciding one airline over another?

14             A      The dif- --

15             MR. BONSIGNORE:  Objection.

16             A      The differential in that scenario

17    would be availability.  The availability of the

18    lowest fare one over the other, I would book the

19    airline that had the lowest fare if all other things

20    were equal.

21             Q      And what class of airfare do you

22    usually book for yourself?

23             A      My past bookings were economy.  Most

24    of my bookings were economy.

25             Q      You would agree with me that the

```
 1                       R. D'Augusta
 2   coach class offering?
 3              MR. BONSIGNORE:  Objection.  Vague,
 4          unintelligible, calls for speculation,
 5          lack of foundation.
 6        A     The answer is no.
 7        Q     Is it your representation that every
 8   airline has the same level of comfort?
 9              MR. BONSIGNORE:  Objection.  Misstates
10         the record.
11        A     I don't -- I can't speculate on that.
12   But I do know that the more comfortable seats are
13   the seats that you pay for or you upgrade your
14   ticket to a business class or a first class --
15   business/first class.  Coach, as far as I recall
16   from my clients' comments, is pretty much -- they're
17   all pretty similar.
18        Q     Ms. D'Augusta, are there any airlines
19   that you personally would never fly on?
20        A     No.
21        Q     Do you typically fly alone or with
22   others when you travel?
23        A     Typically, I've done both.  I travel
24   alone or with my husband.  Preferably with my
25   husband.
```

```
 1                        R. D'Augusta

 2          Q       Does JetBlue fly into and out of San

 3   Francisco?

 4          A       Yes.

 5          Q       Does Spirit fly into and out of San

 6   Francisco?

 7          A       I believe so, yes.

 8          Q       You testified earlier that you've

 9   never flown on Spirit; is that correct?

10          A       Correct.

11          Q       Do you currently have plans to fly on

12   Spirit in the future?

13          A       I could have plans.  I don't know the

14   future.

15          Q       Do you currently have plans?  Do you

16   have a ticket booked?

17          A       No, I do not.

18          Q       Are you planning to book a ticket for

19   specific dates on Spirit?

20          A       I have no plans at the moment to book

21   a specific date on any airlines.

22          Q       Is there any particular reason you've

23   chosen not to fly Spirit?

24                  MR. BONSIGNORE:  Objection.  Assumes

25          facts not in evidence, mischaracterizes
```

Deposition of Rosemary D'Augusta

```
 1                    R. D'Augusta
 2        Q     When you have made choices in the past
 3   to book airfare, you would agree with me that you've
 4   never chosen to book a Spirit flight, correct?
 5        A     The Spirit flight -- the Spirit
 6   options were not on the table.
 7        Q     I'm sorry.  That's not the question
 8   I -- I asked.
 9        A     I have not booked Spirit in the past.
10        Q     Is there a reason you have not booked
11   Spirit?
12        A     No, there is not a -- a reason.
13        Q     Okay.  And other than the one flight
14   in January of 2009, you have not flown on JetBlue,
15   correct?
16        A     That's correct, to the best of my
17   knowledge, yes.
18        Q     Do you currently have any ticket
19   booked to fly JetBlue in the future?
20        A     Currently, I have no air ticket booked
21   for the future on any airline.
22        Q     Given that you have never flown Spirit
23   and it has been over 10 years since you've flown
24   JetBlue, how do you expect the merger will affect
25   you?
```

Deposition of Rosemary D'Augusta

1                    R. D'Augusta

2               MR. BONSIGNORE:  Objection.  Calls for

3          an opinion from an unqualified witness.

4          Objection to the extent it calls for a

5          legal conclusion.  Calls for speculation.

6          Vague, unintelligible.

7          A       I speculate that the merger of JetBlue

8     and Spirit will affect me and the plaintiffs and the

9     general public by eliminating a major competitor to

10    JetBlue, which Spirit is, and with that elimination,

11    all of the goods and services that Spirit offers in

12    the marketplace will be gone.  The airline will be

13    gone.  Some of the aircraft will be gone.  Seat

14    availability will be gone.  Prices will rise.

15    Personnel will be eliminated.  Airport staff will be

16    affected.  And on and on it goes across the country.

17         Q       Ms. D'Augusta, you're bringing a

18    lawsuit to block the merger between Spirit and

19    JetBlue, correct?

20         A       I'm sorry.  The -- the audio crackled.

21    I wasn't sure of the --

22         Q       I'll repeat myself.  I'll repeat the

23    question.

24         A       Thank you.

25         Q       You're bringing a lawsuit to block the

```
 1                    R. D'Augusta

 2          Q     Ms. D'Augusta, are you -- will you

 3    follow your plain- -- your attorney's instruction

 4    not to answer the question?

 5          A     Yes.

 6          Q          Ms. D'Augusta, if you successfully

 7    prevented the merger but did not obtain any

 8    financial compensation, would that be a satisfactory

 9    outcome?

10          A     No.

11          Q     Why is that?

12                 MR. BONSIGNORE:   Objection.

13          A     My objective is to block the merger

14    to -- to derail the trend that is occurring in this

15    country to become -- towards monopolization, towards

16    larger and larger, bigger and bigger.   The power

17    goes to the merged companies, and the people suffer

18    because of it.   The trend is towards monopolization

19    in all facets of industry across the country, and my

20    objective is to stand in front of it and let the

21    people know it's got to stop.   If we block it, it's

22    a good thing.

23          Q     Ms. D'Augusta, in any of the prior

24    merger cases that you were a plaintiff in --

25    withdrawn.
```

```
 1                     R. D'Augusta

 2             Ms. D'Augusta, following any of the

 3    cases challenging mergers that you were previously

 4    involved in, was the merger allowed to proceed?

 5        A     Yes.

 6        Q     So there were no challenges to mergers

 7    that were successful that you've been a part of?

 8        A     We were not able to block the mergers

 9    to date, that is correct.

10        Q     And, Ms. D'Augusta, can you describe

11    what impact the merger of Spirit and JetBlue would

12    have on you personally?

13             MR. BONSIGNORE:   Objection.   Calls for

14        an opinion from an unqualified witness,

15        lack of foundation.

16        A     Personally, I feel threatened by the

17    merger.   In addition to the monopolization point

18    that I just made, I feel that when you take away a

19    competitor, a viable competitor, you take away the

20    consumer's choice and you would take away my choice.

21    You would take away jobs.   You would -- you would,

22    uh, take away flights.

23             I feel that the price of the airline

24    tickets would increase.   We would have less

25    availability, and we would have fewer choices.   And
```

1                    R. D'Augusta

2    in the long run, that hurts me and it hurts the

3    consumer.  And that's my position on it.

4         Q    When you first considered bringing

5    this lawsuit to prevent the Spirit and JetBlue

6    merger, what steps did you take to prepare to bring

7    the lawsuit?

8                   MR. BONSIGNORE:  Objection to the

9              extent the question is intended to obtain

10             information that violates the

11             attorney-client privilege.

12         A    I do not understand the question, and

13   I would ask you to please clarify it for me.

14         Q    I understand.

15              Ms. D'Augusta, did you read the news

16   about the Spirit and JetBlue merger prior to filing

17   the lawsuit?

18         A    Yes, I did.

19         Q    Do you remember what you read?

20         A    Vaguely.  I -- I don't -- I don't

21   remember.  I remember it saying that JetBlue was

22   buying out Spirit and -- but I don't remember the

23   details of the piece that I read.  No, I don't

24   remember it.

25         Q    And did you review any public

Deposition of Rosemary D'Augusta

1                        R. D'Augusta

2          Q      Have you chosen any dates to fly

3   Spirit in the future?

4          A      I have not.

5          Q      Have you chosen any destination to fly

6   Spirit to in the future?

7          A      I have not.

8          Q      And you have also not flown on JetBlue

9   since 2009, correct?

10         A      Correct.

11         Q      And you currently have no plans to fly

12  JetBlue in the future?

13                MR. BONSIGNORE:   Objection.

14             (Reporter requested clarification.)

15                MR. BONSIGNORE:   Lack of foundation,

16         mischaracterizes the witness' testimony,

17         argumentative.

18         A      I -- I have no definitive plans at the

19  moment [audio distortion], but I am going to be

20  flying to New York in the next several weeks, and I

21  don't know what carrier or dates.   But I don't have

22  any definitive plans now.

23         Q      When the merger was filed, had you

24  booked any tickets to fly JetBlue in the future --

25  withdrawn.   Withdrawn.

```
 1                      R. D'Augusta
 2              When the lawsuit challenging the
 3   merger was filed, had you booked any tickets to fly
 4   JetBlue in the future?
 5         A     No.
 6              MR. BONSIGNORE:  Objection.  Lack of
 7          relevancy.
 8         Q     And to go back to Perna Travel, Perna
 9   Golf Adventures, and travelbroker.com, those
10   companies are not currently in business, correct?
11         A     Correct.
12         Q     And they do not stand to be impacted
13   by the Spirit-JetBlue merger, correct?
14         A     Correct.
15              MR. RABINOWITZ:  Okay.  I have no
16          further questions.
17   EXAMINATION
18   BY MR. BONSIGNORE:
19         Q     Rosemary, do you plan to travel by air
20   in the future in addition to New York?
21         A     Yes.
22         Q     Are there any airlines excluded from
23   consideration when you choose to fly in the future?
24         A     None.
25         Q     To the extent that there were any
```

1

2                    C E R T I F I C A T E

3   STATE OF NEW YORK   )

4                       ) ss.

5   COUNTY OF NEW YORK )

6               I, PAMELA GRIMALDI, Registered

7        Merit Reporter, Certified Realtime

8        Reporter, and Notary Public of the State

9        of New York, do hereby certify that the

10       foregoing Deposition, of the witness,

11       ROSEMARY D'AUGUSTA, taken at the time

12       and place aforesaid, is a true and

13       correct transcription of my shorthand

14       notes.

15               I further certify that I am

16       neither counsel for nor related to any

17       party to said action, nor in any wise

18       interested in the result or outcome

19       thereof.

20               IN WITNESS WHEREOF, I have

21       hereunto set my hand this 27th day of

22       June 2023.

23

24       _____

25       PAMELA GRIMALDI, RMR, CRR