# EXHIBIT 5

1          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
2
GABRIEL GARAVANIAN, et al.,          )
3                                     )
            Plaintiffs,               )
4                                     )
v.                                    ) Case No.
5                                     ) 1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION and       )
6 SPIRIT AIRLINES, INC.,              )
                                      )
7           Defendants.               )

8

9

                ********************************
10        REMOTE VIDEOTAPED DEPOSITION OF
                   BRENDA KAY DAVIS
11                 June 22, 2023
                ********************************
12

13

14         BRENDA KAY DAVIS, produced as a witness at

15    the instance of the Defendants, was duly sworn and

16    deposed in the above-styled and numbered cause on

17    June 22, 2023, from 12:09 p.m. to 2:42 p.m. CST,

18    stenographically reported remotely, pursuant to

19    the Federal Rules of Civil Procedure and the

20    provisions stated on the record.

21

22

    Reported by:    Rebecca A. Graziano, CSR, RMR, CRR
23                   Texas CSR 9306
                     California CSR 14407
24                   Illinois CSR 084.004659

25

```
 1                    A P P E A R A N C E S

 2      (all attendees appearing via remote videoconference)

 3

 4      REPRESENTING THE PLAINTIFFS:

 5       Mr. Robert J. Bonsignore
         BONSIGNORE TRIAL LAWYERS
 6       193 Plummer Hill Road
         Belmont, New Hampshire  03220
 7       (702) 852-5276

 8

 9      REPRESENTING THE DEFENDANTS:

10       Mr. Zach Sisko
         COOLEY, LLP
11       500 Boylston Street
         Boston, Massachusetts  02116
12       (617) 937-2300
         zsisko@cooley.com
13

14      THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15       Mr. Alex Held

16      ALSO PRESENT:

17       Ms. Shireen Ardaiz, Cooley, LLP

18

19

20

21

22

23

24

25
```

```
 1                         INDEX
                                                    PAGE
 2

 3    EXAMINATION BY MR. SISKO........................  5

 4

 5

 6                        EXHIBITS

 7   NUMBER        DESCRIPTION                       PAGE

 8   Exhibit 1     Travel records; Bates DAVIS000026

 9                 through 000062..................... 35

10   Exhibit 2     Plaintiff's Supplemental Responses

11                 and Objections to Defendants'

12                 Second Set of Interrogatories....... 48

13   Exhibit 3     Plaintiff's Responses and

14                 Objections to Defendants' First Set

15                 of Interrogatories.................. 57

16   Exhibit 4     Plaintiff's Supplemental Responses

17                 and Objections to Defendants' First

18                 Set of Interrogatories.............. 81

19

20

21

22

23

24

25
```

Deposition of Brenda Kay Davis

```
 1    hotel part, not the air.
 2      Q      Other than your daughter's wedding, did
 3    you do any other travel agent business in 2022?
 4      A      Let me think.  '22.
 5             '22 -- I can't remember anything else
 6    that I did in 20- -- let me think if I took a
 7    trip.  Because I do my personal -- '22.
 8             And I booked the wedding -- I started
 9    that in '22, but she didn't get married until
10    April of '23.  So I started the reservation and
11    had it going, but she didn't travel until '23.
12             I can't remember anything else in '22
13    at this time.
14      Q      Okay.  How much -- how much business --
15    well, strike that.
16             How many airline tickets or airline
17    bookings have you sold to customers since you
18    retired?
19      A      I don't know the exact amount.  I have
20    just sold to my family or me -- mainly me and my
21    husband -- since 2016 when I retired.  As an
22    individual, I haven't really marketed or booked
23    for the public.
24      Q      So the 30 to 50 customers you're talking
25    about in 2016, did you book airline travel for
```

Deposition of Brenda Kay Davis

```
 1      that.
 2              Are you actively soliciting new
 3      customers for All Destinations Travel?
 4      A       No.
 5      Q       Do you -- other than your family, are
 6      there any other customers that you currently
 7      service?
 8      A       I did book a lady that -- to Cancun and
 9      her daughters recently, because after the wedding
10      she -- I had booked her daughter to my daughter's
11      wedding, and she said I did a good job and she
12      wanted me to book her, so I booked her family to
13      Cancun.
14      Q       Did you book the air travel for that trip?
15      A       I booked her through a package deal with
16      Apple -- no.  Let's see.  Apple Vacations, yes.
17      Q       Okay.
18      A       I did do the air, but it was through a
19      tour vendor.
20      Q       "It was through a tour vendor," you said?
21      A       Yes, Apple Vacations.  It was a package
22      deal with the air and hotel and -- packaged
23      together.
24      Q       Do you recall what airline that was on?
25      A       She flew Sun Country from Houston.
```

1    Q      Okay.

2    A      Sun Country was the low-cost carrier out

3    of Houston and that -- she wanted the lowest, and

4    she took Sun Country.

5    Q      Okay.  Do you have plans to ramp up All

6    Destinations' business in the future?

7    A      I'm undecided at this time.  I don't have

8    plans because my husband's retired and I'm retired

9    and I feel like it's my time to go and travel

10   since I've been in travel since 1980.  I kept my

11   accreditation with the airline just in case

12   something did happen and I plan to, yes.  I --

13   there's always the possibility -- you never know

14   what emergencies might happen or I might need

15   to -- to bring my business -- you know, start -- I

16   have my business, but I might start to -- pursuing

17   it more.

18          But in the meantime, I'm mainly

19   booking for myself and my family, and occasionally

20   a friend or someone that -- I want something.

21   But, yes, it's something that I could consider.

22   Q      Okay.  But you have no active plans to

23   drum up new business, so to speak?

24   A      Not at this time.  If someone called and

25   wanted to book a trip, yes, I could do that and I

1    would do that.   But at this time, I'm not pursuing

2    them, but I -- I might in the future.

3    Q    How many customers did All Destinations

4    have when you retired in 2015/2016?

5    A    Well, I was running the agency by myself

6    at that time.  I don't know an exact how many

7    customers, but there were many.  I had lots of

8    clientele from the years.  I would say I had a

9    couple of hundred customers, and -- and somewhere

10   in that -- I'm estimating.  But that's what I

11   would think.

12   Q    Were those mostly business travelers or

13   leisure travelers?

14   A    I had both, but mainly leisure.  I did

15   have a few corporate accounts.  I had -- they were

16   small, of course, because it was me.  But I --

17   I -- in 2016, I had a couple of corporate that I

18   were working with, and then mainly they were as

19   leisure.

20   Q    Okay.  And in 2015, which -- is that the

21   last year before you were semiretired?

22   A    Yes.

23   Q    So in 2015, what was the total revenue of

24   All Destinations Travel?

25   A    I would have to look at my tax statements

Deposition of Brenda Kay Davis

1    going.

2      Q       How about Spirit?  Did you book any Spirit

3    flights for your customers in 2015?

4      A       No.

5      Q       Is there a reason for that?

6      A       No.  It was -- maybe there was not the

7    service or the time of day or the day of the week

8    that -- or -- that they wanted to travel

9    available.

10     Q       I apologize.

11             Are you aware of any time that you

12   booked a JetBlue or Spirit flight for your

13   customers?

14     A       Not that I can remember.  I think I had

15   booked Spirit in the past, but I don't -- I can't

16   remember when or -- and it would have been before

17   2015.  But I would definitely book them in the

18   future.

19             My brother flies Spirit all the time

20   to Las Vegas.  He gets -- he tells me it's great.

21   They have new aircraft, and they -- he never has a

22   delay.  He gets his flights.  He can go for $40

23   each way sometimes if he goes on the Tuesday,

24   Wednesday, or the days that they have their deals,

25   and he loves to travel with them.  He never has a

Deposition of Brenda Kay Davis

1    problem from Dallas to Las Vegas, and he asked me

2    to go and I am, in the future, planning to go with

3    him on Spirit.

4              And I would also travel to New York or

5    Florida, Cancun.

6    Q     Ms. Davis, not to interrupt you.  My

7    question was:  Are you aware of any time that you

8    have booked a JetBlue or Spirit flight for your

9    customers?  And I think you said the answer was

10   no, except for potentially a Spirit flight; is

11   that correct?

12   A     Yes, potentially Spirit before 2015.

13              MR. SISKO:  Okay.  Let's -- let's

14        bring up Tab 2, please.

15              (Davis Exhibit 1 marked.)

16              MR. SISKO:  Thank you.

17   BY MR. SISKO:

18   Q     I'm marking as Exhibit 1 a document with

19   the Bates stamps DAVIS000026, which has been

20   produced in this case.

21              Ms. Davis, do you recognize this

22   document?

23   A     Yes.

24   Q     What is it?

25   A     My customer -- let me look at it a moment.

Deposition of Brenda Kay Davis

1    intend to travel.  This is my time.  I'm

2    semiretired, but I do book for myself and my

3    husband and my family, and it would impact me if

4    it increased the fares, if it -- the service is

5    cut, if the...

6      Q      Ms. Davis, my question was a little bit

7    different.

8      A      Yes.

9      Q      My question was:  What way, if at all,

10   would the JetBlue-Spirit merger impact your income

11   or revenue from All Destinations Travel?

12     A      Well, if -- if the merger happens and they

13   cut the service on Spirit, as I said, I plan to

14   travel Spirit.  And Vegas is a big destination.

15   It was one of my moneymakers.  So was Cancun.  If

16   I ever decided to go back to work, as you asked me

17   if I would and I said I -- you know, you never

18   know the future.  I could.  And if I didn't, it

19   still would impact me as an individual and my

20   family because the service may be cut in Dallas

21   for Spirit, and they have the low cost.

22            It would maybe eliminate the low-cost

23   carriers -- other low-cost carriers.  We would be

24   down to four carriers, then, and it would be hard

25   for low-cost carriers to come back after a --

Deposition of Brenda Kay Davis

1    after Spirit was gone.   Spirit -- it keeps the

2    prices down in our market, in the Dallas -- and

3    plus many other cities --

4        Q    Ms. Davis, I apologize for interrupting

5    you.  I'm asking for an answer to my question.

6                MR. BONSIGNORE:  Counsel, I'm going

7           to object.  She was giving an answer,

8           which was right on point.  She described

9           how it would impact her personally first,

10          but then she clearly said she's still in

11          business -- you know, in other words,

12          she's still in business and it might ramp

13          up at any time because no one knows what's

14          going on with the economy uncertainty, in

15          other words, and she then went on to

16          describe textbook reasons why -- well, not

17          textbook, but reasonable reasons why it

18          would impact her from her opinion.

19                MR. SISKO:  Robert.

20                MR. BONSIGNORE:  She's not a

21          lawyer.  She's not a -- you know, so

22          please allow the witness to complete her

23          answer.

24                MR. SISKO:  Robert, I take the

25          objection, and I understand.  I don't mean

```
 1      '15, maybe.
 2      Q       Are there any locations that you fly to
 3   frequently?
 4      A       Well, we go to Las Vegas often and
 5   New York, Florida, Fort Lauderdale.  New York and
 6   Las Vegas.
 7              MR. SISKO:  Could we bring up Tab 1
 8        quickly?
 9             (Davis Exhibit 2 marked.)
10              MR. SISKO:  Thank you.
11   BY MR. SISKO:
12      Q       Ms. Davis, can you see that document?
13      A       Yes, sir.
14      Q       Great.
15              And this is your supplemental
16   responses and objections to defendants' second set
17   of interrogatories.
18      A       Okay.
19      Q       It's a little bit confusing with all the
20   seconds and supplementals, but did you provide the
21   information that's reflected in this document?
22      A       I need to move to see it to see if I -- I
23   would assume I did, but I just see the very first
24   top of it, and I don't see the -- I can't move up
25   and down yet.
```

```
 1   subpart c -- "whether you have, or had, any
 2   ownership stake or right to receive nonsalary
 3   income from the travel agency, agency, or agencies
 4   at which you were previously or are currently
 5   employed."
 6            So I don't fully follow the response
 7   here, but I guess the more pertinent question is:
 8   Do you agree, Ms. Davis, that you have not sold
 9   airline tickets to the public in the last five
10   years?
11   A     Yes, not through my CRT system, but to the
12   public.  I have to myself.  I guess maybe I have
13   sold airline tickets to the public through a tour
14   vendor in a package, but -- in the last five
15   years, but not through my CRT through the
16   accreditation part through the system.
17   Q     Okay.  So if we scroll down to
18   Interrogatory Number 6, this interrogatory is
19   about the airports that you consider flying out of
20   when traveling from your primary residence.  Do
21   you see that?
22   A     Yes.
23   Q     And you write:  "DFW and Dallas Love"; is
24   that correct?
25   A     Yes.
```

Deposition of Brenda Kay Davis

1   price, and the destination and the nonstop.  And

2   it doesn't have to always be nonstop, but prefer

3   nonstop.

4       Q      Okay.  You've also flown Southwest;

5   correct?

6       A      Yes.

7       Q      You've flown United; correct?

8       A      Yes.

9       Q      JetBlue isn't on this list; correct?

10      A      Correct.

11      Q      Have you flown JetBlue in the last eight

12  years?

13      A      As I said before, no.

14      Q      There's also no mention of Spirit on this

15  list; correct?

16      A      Correct.

17      Q      And you've never flown Spirit in the last

18  eight years either; correct?

19      A      Correct, but I intend to fly Spirit.  I

20  intend to fly with my brother to Vegas.  I intend

21  to fly -- I intend to fly to Florida on a cruise.

22  I intend to fly to Seattle.  I intend to fly to

23  New York, and I would not be opposed to Spirit.

24      Q      Understood.  But on this list, there's no

25  Spirit flights?

Deposition of Brenda Kay Davis

```
 1   all set up, and so I just -- they have the same, I
 2   guess, on -- online and it was for my son's
 3   wedding in Las Vegas, and I -- they told me
 4   there's a fare, and so I jumped on and did it real
 5   quick.  It's no particular reason except it was
 6   just, "Do it to get this price."
 7       Q     Do you currently have access to Sabre?
 8       A     Yes, I do, but my pass- -- I don't have my
 9   password going right now.  I need to get that
10   going.  But I do still have Sabre.
11       Q     When's the last time you logged on to
12   Sabre?
13       A     Probably -- probably -- let me think a
14   moment.
15             I would say about maybe a year.
16       Q     And that's because you haven't booked any
17   tickets for your -- All Destinations Travel's
18   customers in the last five years; correct?
19       A     Correct.
20       Q     Ms. Davis, do you have any travel coming
21   up that isn't reflected on this list?
22             MR. BONSIGNORE:  Objection.
23             THE WITNESS:  Yes.
24   BY MR. SISKO:
25       Q     Where is that going to be to?
```

Deposition of Brenda Kay Davis

1      A       Alaska cruise.

2      Q       And what airline will you be flying?

3      A       I haven't booked my air yet.  I will check

4   for the lowest prices and see what I can come up

5   with, and the most direct, because it will be in

6   Seattle, and I would -- I intend to fly Spirit if

7   that works out.  But coming home is from

8   Vancouver, and I don't think Spirit comes from

9   Vancouver, so I don't think I can get a round-trip

10  price.  So I haven't booked it yet, but I just

11  have to do that soon.

12     Q       Ms. Davis, would you say price is a major

13  factor in your decision to book or not book

14  travel?

15     A       You mean my personal travel?

16     Q       Yes, your personal travel.

17     A       To book or not to book?  Like whether I

18  take a vacation is because of price?

19     Q       No.  My question is a little different.

20             When you are booking airline travel,

21  is price a primary consideration for you in which

22  airline to choose?

23             MR. BONSIGNORE:  Objection.

24             You can answer.

25             THE WITNESS:  As I told you before,

Deposition of Brenda Kay Davis

1        it would be price and direct flight and

2        convenience and time -- times of the

3        flights and if the airline goes into that

4        city.

5    BY MR. SISKO:

6        Q      And you testified earlier that Spirit

7    services Dallas-Fort Worth; correct?

8        A      Yes.

9        Q      Does Frontier service Dallas-Fort Worth?

10       A      Yeah, I think they do.  I think so.

11       Q      Does Allegiant service Dallas-Fort Worth?

12       A      I don't know.

13       Q      Does Sun Country service

14   Dallas-Fort Worth?

15       A      I believe so.  They have in the past.

16       Q      All of those carriers I just mentioned,

17   you would call those low-cost carriers; correct?

18       A      Correct.  I guess so, yes.

19       Q      Now, my question is:  If price is a major

20   consideration, why have you not flown any low-cost

21   carriers in the last eight years?

22              MR. BONSIGNORE:  Objection;

23        mischaracterizes the witness' testimony.

24              You can answer.

25              THE WITNESS:  Okay.  Repeat the

Deposition of Brenda Kay Davis

```
 1        A       I have not booked an airline yet.
 2        Q       Okay.  So it's fair to say you don't have
 3   any Spirit flights coming up?
 4               MR. BONSIGNORE:  Objection; asked
 5         and answered; objection to form.
 6   BY MR. SISKO:
 7        Q       You can answer.
 8        A       Okay.  Repeat the question.
 9        Q       You do not have any Spirit flights booked
10   in the future?
11        A       No, but I -- as I said, I intend to fly
12   Spirit in the future, and I could very well fly
13   Spirit to Seattle.
14        Q       How about JetBlue?  Do you have any
15   JetBlue flights booked in the future?
16        A       No, I do not, but I very well could fly
17   JetBlue also.  I would have to look at the Dallas
18   schedule to see where JetBlue goes.
19               MR. SISKO:  Can we -- you can take
20         this document down.  Why don't we take a
21         quick break, and we can come back in ten
22         minutes or so.
23               MR. BONSIGNORE:  Okay.
24               MR. SISKO:  Can we go off the
25         record?  Apologies.
```

Deposition of Brenda Kay Davis

1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
2
GABRIEL GARAVANIAN, et al.,          )
3                                    )
          Plaintiffs,                )
4                                    )
v.                                   ) Case No.
5                                    ) 1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION and      )
6  SPIRIT AIRLINES, INC.,            )
                                     )
7         Defendants.                )

8
                  REPORTER'S CERTIFICATION
9            REMOTE VIDEOTAPED DEPOSITION OF
                     BRENDA KAY DAVIS
10                   June 22, 2023

11          I, Rebecca A. Graziano, Certified Shorthand

12    Reporter in and for the States of Texas,

13    California, and Illinois, hereby certify to the

14    following:

15          That the witness, BRENDA KAY DAVIS, was duly

16    sworn and that the transcript of the oral

17    deposition is a true record of the testimony given

18    by the witness;

19          I further certify that pursuant to FRCP Rule

20    30(f)(1) that the signature of the deponent:

21          ____ was requested by the deponent or a

22    party before the completion of the deposition and

23    returned within 30 days from date of receipt of

24    the transcript.  If returned, the attached Changes

25    and Signature Page contains any changes and the

1    reasons therefor.

2         _____ was not requested by the deponent or a

3    party before the completion of the deposition.

4         I further certify that I am neither attorney

5    nor counsel for, related to, nor employed by any

6    of the parties to the action in which this

7    testimony was taken.

8         Further, I am not a relative or employee of

9    any attorney of record in this cause, nor do I

10   have a financial interest in the action.

11

12                    Certified on July 5, 2023

13

14

15   _____

     Rebecca A. Graziano, CSR, RMR, CRR
16   Texas CSR 9306
     Expiration:  07/31/24
17   California CSR 14407
     Expiration:  09/30/23
18   Illinois CSR 084.004659
     Expiration:  05/31/25
19

20

21

22

23

24

25