EXHIBIT 6

1   UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF MASSACHUSETTS

3   _____

4   GABRIEL GARAVANIAN, et al.,      |

5             Plaintiffs,            | Case No.

6        v.                         | 1:23-cv-10678-WGY

7   JETBLUE AIRWAYS CORPORATION      |

8   and SPIRIT AIRLINES, INC.,       |

9             Defendants.            |

10  _____  |

11

12            ** CONFIDENTIAL **

13

14      ZOOM VIDEO CONFERENCE DEPOSITION

15              PAMELA FAUST

16            June 28, 2023

17          9:01 a.m. Eastern

18

19

20

21  Stenographically reported by:

22  Cynthia J. Conforti, CSR, CRR

23  License No. 084-003064

24

25  Job No. 20993

```
1    A P P E A R A N C E S:

2

3              *** ALL APPEARANCES VIA ZOOM ***

4

5    ON BEHALF OF PRIVATE ACTION PLAINTIFFS:

6        BONSIGNORE TRIAL LAWYERS, PLLC

7        23 Forest Street

8        Medford, Massachusetts 02155

9        (781) 350-0000

10       BY:  ROBERT BONSIGNORE, Esq.

11            info@class-actions.us

12

13   ON BEHALF OF DEFENDANT SPIRIT AIRLINES, INC:

14       PAUL, WEISS, RIFKIND, WHARTON &

15       GARRISON LLP

16       1285 Avenue of the Americas

17       New York, New York 10019

18       (212) 373-3000

19       BY:  RaCIA POSTON, Esq.

20            rposton@paulweiss.com

21

22

23   ALSO PRESENT:

24       Andrew Whitner, Videographer

25
```

1                              INDEX

2

3   TESTIMONY OF PAMELA FAUST                         PAGE

4   Examination by Ms. Poston:                           4

5

6                FAUST DEPOSITION EXHIBITS

7   NUMBER              DESCRIPTION                   PAGE

8   Exhibit 1    Itinerary Invoice                      32

9                FAUST000023 - FAUST000027

10  Exhibit 2    Plaintiff's Second                     58

11               Supplemental Responses and

12               Objections to Defendants'

13               First Set of Interrogatories

14  Exhibit 3    Plaintiff's Supplemental               73

15               Responses and Objections to

16               Defendants' Second Set of

17               Interrogatories

18  Exhibit 4    Plaintiff's Responses and              95

19               Objections to Defendants'

20               First Set of Interrogatories

21  Exhibit 5    Plaintiff'S Supplemental              115

22               Responses and  Objections to

23               Defendants' First Set of

24               Interrogatories

25

```
 1   all have nonstops, so that's an interesting
 2   dynamic.  And a lot of times their pricing is
 3   different.
 4        So Frontier isn't always the less
 5   expensive choice.  Sometimes it's United,
 6   sometimes it's Delta.  They all have varying
 7   flight times too, so flight time makes a
 8   difference.  Some people don't want to leave at
 9   6 a.m.  They'd rather leave during a normal day,
10   like from 9:00 to 3:00.  So that market is an
11   interesting market to always compare.
12        Q  Understood.
13        Do you know if Spirit offers nonstop
14   flights from the area that we're discussing now?
15        A  The closest city is Columbus, and that's a
16   90-minute to two hours, depending on where you're
17   located in Cincinnati, drive.
18        Q  Okay.  Do you find that your clients are
19   amenable to driving to Columbus to got a nonstop
20   Spirit flight?
21        A  Yes.  For example, the flight from
22   Columbus to LA, I've recommended that, and people
23   will take that.  In fact, I intend to travel to
24   LA, and that's probably how my husband and I will
25   go.  I like the price.  I like the flight times.
```

Deposition of Pamela Faust

```
 1   BY MS. POSTON:
 2        Q   What impact, if any, do you believe the
 3   merger will have on your business today?
 4        A   I'm -- I'm living proof of what happens
 5   when airlines merge.   Cincinnati airport is a
 6   shell of what it used to be.   When -- when airline
 7   mergers happen, they choose what cities are going
 8   to stay viable for a hub, and not every city
 9   survives.
10        So -- and Cincinnati jobs were lost.
11   Flights disappeared.   A lot of our nonstops
12   disappeared when Northwest and Delta merged.   The
13   same thing will happen -- the same thing happens
14   in any airline merger.   There's winners and
15   losers.   And usually the worst loser is the
16   consumer because our options are limited, prices
17   are higher.   It's -- that's why I don't like
18   mergers.   That's why I don't like mergers.
19        Q   And thinking about this merger,
20   specifically, with JetBlue and Spirit, it's
21   correct that JetBlue does not have a base in
22   Cincinnati, correct?
23        A   JetBlue is not in Cincinnati.
24        Q   And you also stated that Spirit is not in
25   Cincinnati too, correct?
```

Deposition of Pamela Faust

 1    A  Correct.

 2    Q  So then how -- can you provide more

 3  context on how you believe this merger between

 4  Spirit and JetBlue, where they have no base or

 5  nonstop flights in Cincinnati, will limit the

 6  options for consumers or harm consumers?

 7    A  I gave you the op- -- the situation where

 8  a client chose to fly from Columbus to LA.  The

 9  flights were -- I think she left at 5:30 in the

10  afternoon, so she was able to drive at a

11  reasonable time to Columbus to catch that flight.

12  She might have, like, stopped off and done some

13  sightseeing, maybe the Columbus Zoo.  She might

14  have looked for Jack Hanna.  So, I mean, it was an

15  enjoyable drive there.

16       Coming home, she -- I think the flight

17  left maybe like late morning, so, again, she

18  didn't have to get up at 3:00 in the morning to

19  catch a nonstop to go back.

20       If the merger happened, perhaps that

21  flight goes away.  And then her option, if she

22  wanted nonstop, would be leaving at 6 a.m. from

23  Cincinnati on Delta and taking a red-eye home,

24  Delta -- LA to Cincinnati leaves at 11 o'clock at

25  night.  So theoretically that could happen to her,

Deposition of Pamela Faust

1   but it's all the trickle-down effect.  So when one

2   merger happens, it affects lots of people, not

3   just in that particular hundred-mile zone of that

4   airport.

5          And on a bigger scale, I should be

6   concerned about any kind of a merger as a travel

7   agent and a consumer because it's just one more

8   nail in the coffin on the options that American

9   customers have for their flight travel.

10     Q  You were able to name the one example with

11  the young lady traveling to Columbus for the

12  Spirit flight.  When we're thinking about your

13  clients and your business, are there other

14  examples that you have where your clients and your

15  business will be harmed by this merger

16  specifically?  And not --

17         MR. BONSIGNORE:  Objection.

18         Sorry, go ahead.

19         THE WITNESS:  So, again --

20         MR. BONSIGNORE:  Oh.

21         THE WITNESS:  -- it would harm my

22  potential work as an agent because I do look at

23  other options for clients, not just in the

24  Cincinnati area.  I check sometimes Louisville for

25  clients, sometimes Indianapolis, sometimes

Deposition of Pamela Faust

1     MS. POSTON:  Are you okay with that,

2   Mr. Bonsignore?

3     MR. BONSIGNORE:  Yeah, why don't we go

4   another half hour and maybe revisit then for a

5   break.

6     MS. POSTON:  That sounds good.

7   BY MS. POSTON:

8     Q  So we're going to shift gears a little

9   bit.  We talked about your clients and your

10  business.

11    Now would I like to talk a little bit more

12  about your flying history personally.

13    A  Okay.

14    Q  How often do you travel, and not just by

15  plane?

16    A  I will take some road trips.  I just got

17  back from driving to Nashville.  And that's, what

18  five-, five-, six-hour drives.  So that's pretty

19  much my limit.  I'll drive six hours, otherwise, I

20  will fly.

21    Q  So about how many times a year do you say

22  you fly?

23    A  Lately, it's been a lot.  I moved my

24  mother to Salt Lake City in 2021 because I didn't

25  like her care at her current Cincinnati nursing

Deposition of Pamela Faust

1   home.  So I would go out every three months or so
2   to visit her.  My sister lives in Salt Lake, so I
3   did a lot of traveling to Salt Lake besides my
4   personal travel to family weddings and vacations.
5       Q  And then how often would you say you do
6   those road trips like you do to Nashville or any
7   other place?
8       A  Probably once a year.
9       Q  How do you -- how do you decide which mode
10  of transportation to use?
11      A  It depends on the destination.  So if a
12  destination is more than a six-hour drive, I will
13  look at flight options.
14      Q  Outside of Salt Lake City, are there other
15  cities that you frequent -- frequently travel to
16  nowadays?
17      A  Fort Myers, Tampa.
18      Q  And why Fort Myers?
19      A  That's probably our favorite vacation
20  destination.  But since the hurricane, we -- we
21  changed it this year to Tampa and Orlando.  My
22  husband -- we put -- we usually try to combine
23  vacations with work, so we'll do -- we'll extend
24  the stay to include vacation time.
25      Q  So you also -- are you saying that you

1    correct?

2         A   I do.

3         Q   Loveland, Ohio?

4         A   It's a suburb of Cincinnati, yes.

5         Q   Understood.

6             What airport or airports are closest to

7    your home?

8         A   The closest one is Cincinnati airport.

9    The code is CVG, and it's actually located in

10   Kentucky.  It's right across the Ohio River.  It's

11   probably a shady deal with the governors.

12        Q   About how far would you say it is from

13   your home?

14        A   About 45 minutes.

15        Q   Is that your preferred airport?

16        A   That's my -- usually my first choice.

17        Q   Do you know of -- do you know what

18   airlines fly out of CVG airport?

19        A   Yep.  Delta, American, United, Southwest,

20   Frontier and Allegiant.

21        Q   If Spirit or JetBlue flew from CVG, would

22   you consider those airlines?

23        A   Definitely.

24        Q   What other airports do you fly out of, if

25   any?

1    A  I've flown out of Dayton.  That's about a

2    50-minute drive.

3        Q  Is that the only airport?

4        A  I have flown out of Columbus, but it's

5    been a long time, years and year and years ago.

6        Q  Do you know what airlines fly out of

7    Dayton airport?

8        A  Dayton?  Probably Delta, American, United.

9    Southwest might fly out of Dayton too.

10       Q  Do you know if Spirit flies out of Dayton?

11       A  No.  Spirit -- the closest airport to

12   Cincinnati is Columbus for Spirit.

13       Q  Is that the same for JetBlue as well?  The

14   closest is --

15       A  Pittsburgh.

16       Q  Pittsburgh, yes, okay.  Understood.

17          At this time, I'd like to introduce tab 3,

18   which is your first supplemental response to the

19   second set of interrogatories.

20          MS. POSTON:  And I'd like to introduce,

21   or, excuse me, mark this as Exhibit 3, please.

22          (Faust Exhibit 3 is marked for

23   identification.)

24   BY MS. POSTON:

25       Q  Would you like to take a moment to

1    those submarkets relate to your request to block

2    the merger?

3        A  Can you rephrase the question?

4        Q  Can you explain how those submarkets

5    relate to your request to block the merger?

6        A  So those city pairs --

7            MR. BONSIGNORE:  Objection.

8            THE WITNESS:  Those city pairs are

9    probably the competition or there's other airlines

10   that fly those markets.

11   BY MS. POSTON:

12       Q  And how -- how does that relate to your

13   request to block the merger?

14           MR. BONSIGNORE:  Objection.

15           THE WITNESS:  From what I know about

16   mergers, there's always a winner and a loser as

17   far as the competition and how that affects

18   consumers when they go to buy tickets.  So less

19   competition with city pairs or city markets means

20   less options for the consumer.

21   BY MS. POSTON:

22       Q  So is it correct to say that your

23   understanding is that there will be less

24   competition in those city pairs or markets that

25   are denoted in the chart?

1       A   That's what I believe.

2       Q   Understood.

3           So looking at the cities that are listed

4    on the chart, starting at page 5, do you see the

5    three routes from Ohio on page 6?

6       A   And as far as the routes -- what routes

7    are you referring to?

8       Q   From Ohio -- Cleveland, Ohio, to San Juan.

9       A   Oh, I see.  Yes, Cleveland -- okay,

10   there's Cleveland.  So are we just -- are we just

11   looking at the Cleveland?

12      Q   Yes.  And its city pair.

13          So for Cleveland, Ohio/San Juan, Puerto

14   Rico.  And then the next line says Cleveland,

15   Ohio/Miami, Florida.

16      A   Yes.

17      Q   And then Cleveland, Ohio/Aguadilla,

18   Puerto Rico?

19      A   I see that.

20      Q   Have you flown any of these routes, the

21   three we just listed?

22      A   No.  I've not flown from Cleveland.

23      Q   Do you plan to fly any of those three

24   routes?

25      A   You know, things -- things change.  I

1   could -- I could move to Cleveland.  I could

2   divorce my husband tomorrow and move to Cleveland.

3   So potentially, yes, I could.

4        Q  And specifically, you would -- you would

5   consider flying those specific routes that are

6   listed?

7        A  Potentially.

8        Q  Understood.  How far is Cleveland from

9   Cincinnati?

10       A  It's about a four- to five-hour drive.

11       Q  Understood.

12          So we can put this document to the side

13   for now, and we'll talk more about your flight

14   preferences.

15          Would you consider yourself a frequent

16   flyer?

17       A  I fly frequently, yes.

18       Q  And based on the chart we just reviewed,

19   that we -- we labeled I think Exhibit 2 or 3,

20   excuse me, your preference is for Delta, correct?

21       A  That's typically my first choice,

22   providing that they offer a nonstop.  I'd say my

23   preference for traveling is nonstop.

24       Q  Is that the only factor that you take into

25   consideration when thinking about what flights --

Deposition of Pamela Faust

1   what airlines you will take?

2          MR. BONSIGNORE:   Objection.

3          THE WITNESS:   It's usually nonstop and

4   price and flight time.   Probably in -- typically

5   in that order.   But no, let's say nonstop, time of

6   flight, and then the price.

7   BY MS. POSTON:

8      Q   And time of flight, can you elaborate on

9   that a bit?   What do you mean by that?

10      A   Yeah, I don't like to take a

11   6 a.m. flight.   I'd rather take a 9:00 to

12   3:00 p.m. flight.   I hate red-eye flights.   I

13   don't like to fly in the middle of the night

14   because I like to arrive at my destination alert.

15   I don't sleep on planes.

16      Q   And so it's correct to say that Delta

17   typically offers you the price, the time, and then

18   the non or the scheduling, correct, that you

19   prefer?

20      A   To where I've been flying lately, Delta

21   has offered that.

22      Q   Are there other airlines that can offer

23   the same price for those destinations?

24      A   Only Delta offers a nonstop to Salt Lake,

25   which is where I've been traveling to a lot in

1  these last couple years.  Other destinations,

2  Delta would have more competition.

3      Q   Competition in what aspect?

4      A   For example, Orlando.  Delta flies nonstop

5  to Orlando.  So does Frontier and Allegiant from

6  Cincinnati.  I know that Spirit flies nonstop from

7  Columbus to Orlando.  So it's possible I

8  would -- I would -- if I needed to get to Disney,

9  I would very likely consider the nonstop from

10 Spirit from Columbus.

11     Q   And the routes you just mentioned, you

12 said that there is competition for nonstop

13 flights.  But how about prices?  How does Delta

14 compare to the other airlines regarding price?

15     A   You know, it's -- when I checked

16 destinations like Orlando, Delta is -- is not

17 necessarily the highest.  There's times -- it all

18 depends on, you know, when you're buying your

19 ticket.  Are you buying your ticket nine months in

20 advance?  Are you buying it a week before you go?

21         So it's hard to say this is always the

22 case because it's -- every situation is different.

23 And of course, the availability of the seats on

24 the plane and the prices are always fluctuating.

25         So in travel, it's hard to say this is

1    horrible, yeah.

2        Q   So at that time, when you book that

3    flight, you'll plan to enroll in Spirit's --

4        A   Definitely.

5        Q   -- program?

6        A   Yeah.

7        Q   Okay.  So since we're on the topic now,

8    we're going to get into a little bit more about

9    JetBlue and Spirit.

10           We've already confirmed that you've never

11   flown Spirit, correct?

12       A   No, I have not.

13       Q   And you currently have -- you have a

14   flight where you are considering a flight with

15   Spirit in the near future, correct?

16       A   Correct.

17       Q   And when will that flight be?

18       A   Right now I'm thinking September, October.

19   And I want to fly to LA to do things that I have

20   not had the chance to do in past trips to

21   Los Angeles, the things I like to recommend to my

22   clients.

23           Like, for example, people want to go see

24   the Hollywood sign on the hillside.  I mean, the

25   best place to see it is if you go to an

Deposition of Pamela Faust

1   business and how it might affect your clients?

2       A   For their choices, uh-huh.

3       Q   Correct.   How about -- so for you

4   personally, how will you be impacted by the

5   merger?

6       A   Again, I know that when -- when there's

7   airline mergers, service and flight options

8   change.

9           For example, in Cincinnati, we had

10  nonstops with Delta to Paris, France, Munich,

11  Frankfurt, nonstops to every destination, and

12  maybe -- like Salt Lake used to have four flights

13  a day.   And after the merger, there's one, maybe

14  two during summer season or ski season.

15          And since Delta's not flying nonstop to as

16  many destinations, I have been looking.   And

17  because of COVID, I didn't like changing planes.

18          And, again, it's like that touch factor.

19  You don't want to keep touching different

20  surfaces, and if you're on a nonstop, you're just

21  in a little seat.   You're not getting out moving,

22  and I think a lot of my clients feel the same way.

23  I just -- I don't like the ideas of having less

24  options within a short drive for me.   So a

25  potential merger could limit my options.   And

1   we're just talking me personally, because I intend
2   to travel --
3       Q   Limit your options --
4       A   -- in the future.   I'm always going to be
5   traveling, so I like knowing I have options.
6       Q   Limit your options for travel on Spirit
7   or --
8       A   Spirit, uh-huh.
9       Q   Okay.
10      A   Since they fly to nonstop, and they've got
11  good -- good flight times.
12      Q   Uh-huh, uh-huh.   But to this day, you
13  not -- you have not -- you've found alternatives
14  to Spirit airline flights, correct?
15      A   In the past I have, but moving forward, I
16  always like to know what -- what is -- what are my
17  options, potential options.
18      Q   Before this litigation came about, had
19  Spirit been a real consideration for you,
20  considering --
21      A   Uh-huh.
22      Q   -- your frequent usage of Delta and now
23  Breeze?
24      A   Yes, but I'm a knowledgeable agent, so I
25  like to know what -- what are the airlines in my

Deposition of Pamela Faust

1    area for myself, which then I would also share

2    with my clients.  So I liked knowing that these,

3    like, start-up airlines, these low cost airlines

4    can usually -- because they're smaller, they can

5    like move into a market pretty easily and

6    provide -- and usually they're nonstop.  You know,

7    they don't use the hub-and-spoke kind of, like,

8    method.  They're usually, like, nonstops.  And so

9    they can usually move into a market and start

10   operating quickly.  And usually they offer really

11   low fares, which is what attracts people in the

12   first place.

13        Q  Understood.

14           If you successfully prevented the merger,

15   without any financial compensation to you, would

16   that be a satisfactory outcome?

17        A  Sorry, can you rephrase or say that

18   question again?

19        Q  If you successfully prevented the merger,

20   without any financial compensation, would that be

21   satisfactory to you?

22        A  If I could stop a merger and not receive

23   anything, yes, because I'm working on behalf of

24   myself and my clients and friends' ability to stop

25   the downsizing of airline travel.  Because when

Deposition of Pamela Faust

1  you start downsizing the -- your options,

2  your -- the prices go up, your choices of flights

3  go down, it affects the community because there's

4  less jobs.  Yeah, that would be a win, if I could

5  stop the merger for those reasons.

6      Q  What if you were to receive a

7  hundred-dollar travel voucher instead.  Would that

8  be satisfactory to you?

9      A  No.

10      Q  How about future flight discounts?

11      A  No.

12      Q  JetBlue points?

13      A  Nope.

14      Q  A financial settlement?

15      A  Nope.  Because it's a bigger picture.

16      If what -- when mergers happen and they go

17  by without being challenged, we're going to up

18  with, like, one airline and no choices.  This is

19  the price.  You're going to pay it.  Or you stay

20  home or you drive.  So no.

21      There's not too many times when the little

22  guy can step in and say, this is a threat, and I'm

23  going to see what I can do to stop it.  And

24  sometimes the little guy, like me, who says this

25  is not a good thing, sometimes we win, sometimes

Deposition of Pamela Faust

1    CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2         I, Cynthia J. Conforti, Certified

3    Shorthand Reporter No. 084-003064, CSR, CRR, and a

4    Notary Public in and for the County of Cook, State

5    of Illinois, the officer before whom the

6    foregoing deposition was taken, do hereby certify

7    that the foregoing transcript is a true and

8    correct record of the testimony given; that said

9    testimony was taken by me stenographically and

10   thereafter reduced to typewriting under my

11   direction; that reading and signing was requested;

12   and that I am neither counsel for, related to, nor

13   employed by any of the parties to this case and

14   have no interest, financial or otherwise, in its

15   outcome.

16      IN WITNESS WHEREOF, I have hereunto set my

17   hand and affixed my notarial seal this 10th day of

18   July, 2023.

19

20   My commission expires: October 30, 2023

21

22   *Cynthia J. Conforti*
     _____

23   Notary Public in and for the

24   State of Illinois

25