EXHIBIT 7

```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,          )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   ) Case No.
                                     ) 1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION and      )
SPIRIT AIRLINES, INC.,               )
                                     )
        Defendants.                  )
```

```
            *********************************
              REMOTE VIDEOTAPED DEPOSITION OF
                    CAROLYN SUE FJORD
                     June 23, 2023
            *********************************
```

CAROLYN SUE FJORD, produced as a witness at the instance of the Defendants, was duly sworn and deposed in the above-styled and numbered cause on June 23, 2023, from 2:02 p.m. to 4:33 p.m. PST, stenographically reported remotely, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

```
Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
               Texas CSR 9306
               California CSR 14407
               Illinois CSR 084.004659
```

```
 1                      A P P E A R A N C E S

 2         (all attendees appearing via remote videoconference)

 3


 4         REPRESENTING THE PLAINTIFFS:

 5          Mr. Robert J. Bonsignore
            BONSIGNORE TRIAL LAWYERS
 6          23 Forest Street
            Medford, Massachusetts 02155
 7          (702) 852-5276

 8
           REPRESENTING THE DEFENDANTS:
 9
            Mr. Patrick Lim
10          PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
            1285 Avenue of the Americas
11          New York City, New York  10019
            (212) 373-3955
12          plim@paulweiss.com

13

           THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:
14
            Mr. Jeff Schoemer
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                           INDEX
                                                         PAGE
 2

 3    EXAMINATION BY MR. LIM............................   5
      EXAMINATION BY MR. BONSIGNORE.....................  95
 4    FURTHER EXAMINATION BY MR. LIM....................  96

 5

 6

 7                          EXHIBITS

 8    NUMBER            DESCRIPTION                      PAGE

 9    Exhibit 1    Plaintiff's Supplemental Responses

10                 and Objections to Defendants'

11                 Second Set of Interrogatories........ 23

12    Exhibit 2    Plaintiff's Supplemental Responses

13                 and Objections to Defendants' First

14                 Set of Interrogatories............... 54

15    Exhibit 3    Travel documents; Bates FJORD000001

16                 through 000033...................... 58

17    Exhibit 4    Complaint for Violations of

18                 Sections 1 and 2 of the Sherman

19                 Antitrust Act, in re

20                 D'Augusta v. American Petroleum

21                 Institute........................... 92

22

23

24

25
```

| | |
|---|---|
| 1 | if anything, to prepare for your deposition today? |
| 2 | A      I looked up all the travel that I've made |
| 3 | from 2015 -- I tried to -- as well as I can.  And |
| 4 | then I also looked at my clients' travel from 2015 |
| 5 | until now, and looked through my emails and my |
| 6 | boxes and everything I could think of to find the |
| 7 | information. |
| 8 | Q      Did you do anything else to prepare? |
| 9 | A      Let's see.  I looked up some flights.  I |
| 10 | was checking my -- where I had flown.  ==I had flown== |
| 11 | ==Spirit three times, two times in 2017 and one time== |
| 12 | ==in 2018.==  So I was -- yeah, I was trying to |
| 13 | remember everything. |
| 14 | Q      So when you say you looked up some |
| 15 | flights, does that mean the flights that you had |
| 16 | already taken? |
| 17 | A      Yes. |
| 18 | Q      Okay.  Did you -- again, without |
| 19 | disclosing the details of any conversation, did |
| 20 | you meet with your attorneys? |
| 21 | A      On -- yes.  Not physically. |
| 22 | Q      Did you meet them over Zoom, or did you |
| 23 | speak to them over the phone? |
| 24 | A      Over the phone. |
| 25 | Q      And how long did that phone call last? |

1    Q    And what impact, if any, do you believe
2    the merger will have on your business?
3    A    Well, I won't have options for my clients
4    on different airfares.  It will be twice as much
5    money for them to go places if they want to choose
6    that airline.  So I -- I like having all my
7    options for my clients, and that's going to take
8    down a lot of flights, cancel a lot of people.  A
9    lot of seats will be gone.  I don't -- I don't
10   want to see a merger happen at all.  I want to
11   keep -- keep it separate.  I don't -- I don't see
12   why that would -- that should happen.
13   Q    You mentioned that if the merger were to
14   go through between Spirit and JetBlue, it will be
15   twice as much for customers to go places.
16           MR. BONSIGNORE:  Objection.
17   BY MR. LIM:
18   Q    Why do you believe that?
19           MR. BONSIGNORE:  Objection.
20           THE WITNESS:  I'm not sure.
21   BY MR. LIM:
22   Q    Have you reviewed any documents to arrive
23   at the conclusion that if the merger between
24   Spirit and JetBlue were to go through, prices
25   would be twice as much for customers to go places?

```
 1    to Denver.  And, yes, I would fly -- probably
 2    going to fly to visit my cousin in Boston.  And we
 3    have a friend there and my husband has a cousin,
 4    so we want to do that.  We'll go to fall foliage,
 5    and then also go to New York.  I have a nephew
 6    there and he has an extra place to stay, so we
 7    would go there as well.
 8              And I'm going to be traveling to go to
 9    Disney World, take my grandkids, and Miami and
10    take a cruise to the Caribbean somewhere, maybe
11    Dominican, so yeah.
12    Q    And when you say "our" or "we," who are
13    you referring to?
14    A    My husband and I and -- we have four kids
15    and two grandkids, so -- and their spouses and
16    things.
17              But my husband and I generally fly to
18    their places.
19              And my son from Richmond here is near
20    Oakland, so we fly out of Oakland a lot and go to
21    his place, fly Oakland-Detroit.
22    Q    And what modes of transportation do you
23    use to travel?
24    A    We've flown Spirit from Oakland to Detroit
25    three times, three trips, in 2017 and 2018.  And
```

1    then we've flown Frontier.  We've flown Southwest,
2    American, United, I think --
3       Q    Do you take any other modes of
4    transportation apart from airline?
5       A    Yes.  We also drive from here to Colorado,
6    to St. Louis and we visit friends on the way, and
7    then we also go to -- drive to Michigan.
8       Q    How do you decide which mode of
9    transportation to use when you travel?
10      A    Well, we go every summer to our beach
11   house in Michigan.  So we travel all those
12   different ways, and sometimes we come directly
13   back.  Sometimes we'll stop in Denver, and
14   sometimes we'll stop both in St. Louis and Denver
15   and drive, or we'll fly those also and stop so we
16   get to see all our kids and...
17      Q    And what is the nearest airport to you?
18      A    Sacramento, and then Oakland and
19   San Francisco are -- Oakland is about the same as
20   Sacramento, depending on traffic.
21      Q    So let's take a look at Exhibit 1 again.
22           MR. LIM:  Jeff, could I please
23      scroll down?
24           Thank you.
25

```
 1    Sacramento airport?
 2     A     Let's see.  JetBlue -- well, I haven't
 3    flown on JetBlue, but they do fly out of
 4    Sacramento.  American, Southwest.  Spirit, we flew
 5    into Oakland, I believe.
 6     Q     And when you said --
 7     A     And we fly --
 8     Q     Sorry.
 9     A     Oh, go ahead.
10     Q     No.  Please complete your answer,
11    Ms. Fjord.  I interrupted you.
12     A     I -- sorry.  I don't -- it wasn't
13    important.
14     Q     Everything is important today.
15           You said you haven't flown JetBlue.
16    Have you -- does that mean you have never flown
17    JetBlue?
18     A     It's -- I don't believe I have.
19     Q     So you've listed several places that you
20    go around the US, right, such as St. Louis and
21    Michigan.  How often do you fly to Fort
22    Lauderdale?
23     A     I don't know that I've flown to Fort
24    Lauderdale.
25     Q     And how often do you fly to Orlando?
```

```
 1     A       I would fly to Orlando to -- I've flown
 2   there.  We went -- went to Disney World when we
 3   had a foreign exchange student in 2009.
 4     Q       And was the --
 5     A       And I want to take my grandkids -- yeah, I
 6   think so.  Yeah, when our son was born 30 years
 7   ago.
 8              Yeah, I want to take our grandkids,
 9   though, so...
10     Q       And how often do you fly to Boston?
11              MR. BONSIGNORE:  Objection.
12              THE WITNESS:  I -- I --
13              MR. BONSIGNORE:  You can answer.
14              THE WITNESS:  Yeah, I went -- I
15       went to my cousin's there.  Yeah, I
16       couldn't go to her wedding, so...
17   BY MR. LIM:
18     Q       When was the last time you were in Boston?
19              MR. BONSIGNORE:  Objection.
20              MR. LIM:  Let me rephrase that
21       question.
22   BY MR. LIM:
23     Q       When was the last time you flew to Boston
24   Logan airport?
25     A       I -- I believe it was on a travel agent
```

```
 1    FAM trip, probably, back in the '70s --
 2      Q     Do you have plans to fly --
 3      A     -- for a weekend.
 4      Q     Sorry.  What was that, Ms. Fjord?
 5      A     Oh, just for a short weekend trip.
 6      Q     Do you have plans to fly to Los Angeles
 7    International Airport?
 8      A     Yes.  My sister-in-law, they have a house
 9    in Seal Beach, so we would go and visit them.  And
10    then we have some relatives in Palm Beach, so we
11    would drive or go there, yes.
12      Q     And when was the last time you flew to
13    Los Angeles International Airport?
14      A     Maybe we -- I can't recall.
15      Q     Do you have any plans to fly to Newark
16    International Airport?
17      A     I would -- well, I could go -- I would
18    probably fly -- want to go into Kennedy or
19    LaGuardia more.  My nephew is right there in
20    Manhattan.
21      Q     And when was the last time you flew to
22    John F. Kennedy airport?
23      A     I flew for business.  I can't remember
24    when.  It's -- American for a case.  I don't
25    remember when it was.
```

```
 1      Q     And when was the last time you flew to
 2   LaGuardia airport?
 3      A     I took a trip there to -- I would have
 4   to -- I don't know.
 5      Q     Have you ever flown to San Juan airport in
 6   Puerto Rico?
 7      A     Yes.
 8      Q     When was the last time you flew there?
 9      A     A couple times.  I took a cruise -- oh, I
10   don't remember when.  I took a cruise from there.
11   We took my son when he was a baby, so it would be
12   about 30 years.  And then I did a FAM trip when I
13   worked in Giselle's Travel back in the '70s.  They
14   took us on a whole business trip there, so I went
15   there two or three times.
16      Q     So you mentioned that you worked at
17   Giselle Travel?
18      A     Yes.
19      Q     I don't think we've spoken about that.
20   When did you work at Giselle Travel?
21      A     I worked there before I opened up my
22   business for about nine or ten years.  And my --
23   from, like, 1970s, like, '78 and -- somewhere in
24   there.
25      Q     So you no longer work there?
```

```
 1      A     Oh, no.  Then I -- well, I worked there --
 2   I learned -- I was going to school to be a
 3   teacher, and I worked -- one of my friends got me
 4   a job there.  And I was divorced so I started
 5   working the back office, and then I started being
 6   an agent, and then I opened my business from there
 7   in 1985, September 3rd.
 8      Q     Do you have an ownership stake in Giselle
 9   Travel?
10      A     Oh, no.  No, I quit and opened my own
11   business.
12      Q     So do you have plans to fly to Las Vegas
13   airport?
14      A     I would like to do that, yes, go -- go
15   there.  We have friends in Palm Desert -- well,
16   kind of relatives, so...
17      Q     But you don't have plans to fly to
18   Las Vegas airport at the moment?
19               MR. BONSIGNORE:  Objection.
20               THE WITNESS:  Not at the moment,
21        but I will be going.
22   BY MR. LIM:
23      Q     When will you be going?
24      A     Probably in September/October.
25      Q     Have you purchased those tickets yet?
```

```
 1      A      No.
 2      Q      Okay.  And do you have plans to fly to
 3   Cancun airport in Mexico?
 4      A      I would like to go there.  My husband has
 5   not been, so -- we don't have any plans, but yeah.
 6      Q      Do you have plans to fly to Miami airport?
 7      A      Yeah.  I'd like to take a cruise.  I don't
 8   have any plans made, no.
 9      Q      Do you have plans to fly to Richmond
10   airport in Virginia?
11      A      My aunt used to live there, but no, I
12   don't.
13      Q      Do you have any plans to fly to Salt Lake
14   City airport?
15      A      No, I don't.
16      Q      Do you have any plans to fly to San Jose
17   airport in Costa Rica?
18      A      Oh, well, I have one of my way back agent
19   of mine owns property down there.  So, yes, I
20   would go to Costa Rica.  I haven't seen her in a
21   really long time.  We've been talking about that.
22   I went when I -- about 30 years ago.
23      Q      But do you have plans to fly to San Jose
24   airport?
25      A      I'm -- well, it's one of the things that
```

```
 1    it's happened before?
 2      A     Not exactly, no.
 3      Q     And you also said that they would --
 4      A     I believe that probably the low fare that
 5    I found going to New York for, like, $200 would be
 6    gone.  I don't know.  I -- I think that they'll --
 7    they want to get rid of their competition, so
 8    Spirit, you are the -- their competition, so...
 9      Q     Why do you believe that --
10      A     Fares go up -- because it happens.
11      Q     Where has it happened before?
12      A     A lot of markets.
13      Q     What markets?
14      A     Well, I -- we've been going a long time.
15    I don't have a brain anymore.
16      Q     And when did you first consider bringing
17    the lawsuit?
18      A     When I heard about the merger --
19      Q     Do you recall when that was?
20      A     -- on the news.
21            No.
22      Q     Are you familiar with the co-plaintiffs in
23    this case?
24      A     Yes.
25      Q     And how do you know them?
```

```
 1    A      We've been in merger cases before.

 2    Q      Do you know how many?

 3    A      Maybe five or six.  It's on there -- it's

 4   down.

 5              Yeah, we challenge mergers.  It's what

 6   I do.

 7    Q      What do you mean by "it's what I do"?

 8    A      It's my travel agent, and it's been an

 9   issue forever.  I used to work at Giselle's -- I

10   think I told you -- for a company, and they said,

11   you know, they were deregulated -- I worked before

12   deregulation.  And he said once they deregulate,

13   airlines are going to end up with one airline.

14   They're going to all get together, one airline.

15              And so it kind of seems like they're

16   gobbling up all the small airlines, and I really

17   want to keep them around.  There used to be PSA,

18   Air Cal, Pan Am, TWA, People's Express.  We used

19   to do $99 to London on People's Express.

20              Anyway.  Sorry.  But yeah.

21    Q      You mentioned as a result of this

22   merger --

23    A      The merger --

24    Q      -- that capacity would be cut, flights

25   would be cut --
```

```
 1     A      Yes.
 2     Q      -- employees would be fired.  Are there
 3  any other reasons -- are there any other
 4  consequences that would result from this merger?
 5     A      It would just be hard for people to
 6  travel.  A lot of the young people that I book, my
 7  clients, they wouldn't be able to travel on an
 8  airplane if they can't get the $135 to Denver
 9  and -- roundtrip and these fares that are on the
10  low-cost carriers.
11             And you have no -- so they -- if you
12  want to check a bag and you have money, then you
13  can pay for it.  But you end up saving quite a bit
14  of money.  It's amazing how much more the other
15  airlines are than the low-cost carriers.  I
16  mean --
17     Q      So you're saying --
18     A      -- it will be $800 and it will be half the
19  price for Spirit as United.
20     Q      So the concern is that prices would go up.
21  Is that fair to say?
22     A      Yes.  Yes, prices will definitely go up.
23  It'll get rid of competition.  It happens every
24  time.
25     Q      And you stated that you and your
```

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

   GABRIEL GARAVANIAN, et al.,           )
                                         )
              Plaintiffs,                )
                                         )
   v.                                    ) Case No.
                                         ) 1:23-cv-10678-WGY
   JETBLUE AIRWAYS CORPORATION and       )
   SPIRIT AIRLINES, INC.,                )
                                         )
              Defendants.                )


                        REPORTER'S CERTIFICATION
                  REMOTE VIDEOTAPED DEPOSITION OF
                          CAROLYN SUE FJORD
                           June 23, 2023


        I, Rebecca A. Graziano, Certified Shorthand

   Reporter in and for the States of Texas,

   California, and Illinois, hereby certify to the

   following:

        That the witness, CAROLYN SUE FJORD, was

   duly sworn and that the transcript of the oral

   deposition is a true record of the testimony given

   by the witness;

        I further certify that pursuant to FRCP Rule

   30(f)(1) that the signature of the deponent:

        ____ was requested by the deponent or a

   party before the completion of the deposition and

   returned within 30 days from date of receipt of

   the transcript.  If returned, the attached Changes
```

1    and Signature Page contains any changes and the
2    reasons therefor.
3         ____ was not requested by the deponent or a
4    party before the completion of the deposition.
5         I further certify that I am neither attorney
6    nor counsel for, related to, nor employed by any
7    of the parties to the action in which this
8    testimony was taken.
9         Further, I am not a relative or employee of
10   any attorney of record in this cause, nor do I
11   have a financial interest in the action.
12
13                  Certified on July 5, 2023
14
15                  [signature: Rebecca A. Graziano]
16                  _____
17                  Rebecca A. Graziano, CSR, RMR, CRR
                    Texas CSR 9306
                    Expiration:  07/31/24
18                  California CSR 14407
                    Expiration:  09/30/23
19                  Illinois CSR 084.004659
                    Expiration:  05/31/25
20
21
22
23
24
25