# EXHIBIT 8

```
 1                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
      GABRIEL GARAVANIAN, et al.,          )
 3                                         )
              Plaintiffs,                  )
 4                                         )
      v.                                   ) Case No.
 5                                         ) 1:23-cv-10678-WGY
      JETBLUE AIRWAYS CORPORATION and      )
 6    SPIRIT AIRLINES, INC.,               )
                                           )
 7            Defendants.                  )

 8

 9

10             ********************************
               REMOTE VIDEOTAPED DEPOSITION OF
11                       DONALD FREELAND
                         June 23, 2023
12             ********************************

13

14

15            DONALD FREELAND, produced as a witness at

16      the instance of the Defendants, was duly sworn and

17      deposed in the above-styled and numbered cause on

18      June 23, 2023, from 6:01 a.m. to 8:32 a.m. PST,

19      stenographically reported remotely, pursuant to

20      the Federal Rules of Civil Procedure and the

21      provisions stated on the record.

22

23

        Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                      Texas CSR 9306
                        California CSR 14407
25                      Illinois CSR 084.004659
```

Deposition of Donald Freeland

```
 1              A P P E A R A N C E S

 2      (all attendees appearing via remote videoconference)

 3

 4      REPRESENTING THE PLAINTIFFS:

 5       Mr. Robert J. Bonsignore
         BONSIGNORE TRIAL LAWYERS
 6       23 Forest Street
         Medford, Massachusetts 02155
 7       (702) 852-5276

 8

 9      REPRESENTING THE DEFENDANTS:

        Mr. Patrick Lim
10       PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
         1285 Avenue of the Americas
11       New York City, New York  10019
         (212) 373-3955
12       plim@paulweiss.com

13

        THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:
14
        Mr. Jeff Schoemer
15

16

17

18

19

20

21

22

23

24

25
```

Deposition of Donald Freeland

```
 1                          INDEX
                                                    PAGE
 2

 3     EXAMINATION BY MR. LIM...........................  5
       EXAMINATION BY MR. BONSIGNORE...................  80
 4     FURTHER EXAMINATION BY MR. LIM..................  82

 5

 6

 7                         EXHIBITS

 8     NUMBER          DESCRIPTION                     PAGE

 9     Exhibit 1       Plaintiff's Supplemental Responses

10                     and Objections to Defendants'

11                     Second Set of Interrogatories........ 17

12     Exhibit 2       Plaintiff's Second Supplemental

13                     Responses and Objections to

14                     Defendants' First Set of

15                     Interrogatories..................... 21

16     Exhibit 3       Plaintiff's Supplemental Responses

17                     and Objections to Defendants' First

18                     Set of Interrogatories.............. 60

19

20

21

22

23

24

25
```

Deposition of Donald Freeland

1    A       Yes.

2    Q       -- how often have you traveled out of

3    Los Angeles International Airport?

4                    MR. BONSIGNORE:  Objection.

5                    Go ahead.

6                    THE WITNESS:  That's -- that's one

7         of the major airports that we consider

8         when we're looking -- looking to travel,

9         so probably a couple times a year.

10   BY MR. LIM:

11    Q       And when was the last time you flew out of

12   Los Angeles International Airport?

13    A       Let's see.  This year we finished up -- we

14   came back right before -- it was either earlier

15   this year or late -- or last year.  I can't

16   remember which.

17    Q       How often do you travel to Newark

18   International Airport?

19    A       I travel to -- I mean, I'm not sure

20   about -- specifically about Newark versus

21   LaGuardia or JFK.  But, I mean, there are cruises

22   that leave out of there, so, you know, probably

23   once -- once every year or two, we travel out of

24   one of those airports.

25    Q       When was the last time you traveled to

```
 1        those -- all those sources.
 2        Q       And do your emails have an auto delete
 3    function?
 4        A       No.  No, they don't.  I've got everything
 5    all the way back.  I'm a saver.
 6        Q       Likewise, do your folders have an auto
 7    delete function?
 8        A       No.  No auto deletes in my systems at all.
 9        Q       So I'd like to understand a little bit
10    more about this table.
11                You mentioned -- it shows that you
12    have flown Spirit Airlines in 2015; is that
13    correct?
14        A       Yes.
15        Q       Have you flown Spirit Airlines since?
16        A       Not that I can remember.
17        Q       And why did you fly Spirit Airlines in
18    2015?
19        A       I believe -- I believe it was to pick up a
20    cruise out of Fort Lauderdale.
21        Q       Is there any specific reason why you
22    choose Spirit Airlines?
23        A       Most likely because of cost.  It was ten
24    years ago, but I typically choose the lowest --
25    lowest cost -- lowest total cost air -- you know,
```

1    ways of getting to my ports.

2    Q      And so do the other airlines listed in

3    this chart show trips that you have taken to get

4    to your ports?

5    A      The majority of them are.  So some are

6    visiting friends and family, but the majority of

7    them are for getting to take -- take trips on

8    cruises.

9    Q      And you testified that you typically

10   choose the lowest cost airline.  Would it be fair

11   to say that the flights that you've taken in this

12   chart to get to the ports represented the lowest

13   airfare at the time?

14   A      Probably say that's -- the lowest airfare

15   within the constraints of time and location, yes.

16   Q      And the table also shows that you have

17   flown -- sorry, Mr. Freeland.  Go ahead.

18   A      I was just clearing my throat.  Sorry.

19            MR. BONSIGNORE:  I think he

20        coughed.

21            MR. LIM:  Sorry, Mr. Bonsignore?

22            MR. BONSIGNORE:  I thought he

23        coughed.

24            MR. LIM:  Thank you.

25

Deposition of Donald Freeland

```
 1        for that conversation?
 2         A      No.
 3         Q      Did you consult with anyone other than
 4        your lawyers during the break?
 5         A      No.
 6         Q      Did you review any documents during the
 7        break?
 8         A      No, we did not.
 9         Q      Okay.  I wanted to go back to some topics
10        that we were just discussing.  So let's first talk
11        about your personal travel.  Specifically I'd like
12        to talk about future travel plans.  You know,
13        we've covered the flights that you've taken since
14        2015.  Let's talk about future travel.
15               Have you purchased any tickets for air
16        travel in the future?
17         A      No.
18         Q      When do you think the next time is that
19        you're going to travel in the future?
20         A      I'm thinking it may be about a month from
21        now.
22         Q      And where will that be?
23         A      Our daughter is moving to Cabo San Lucas,
24        so I think we're going to be taking a little trip
25        down there to visit her and have a little vacation
```

```
 1    time down in Cabo.
 2      Q      But just to clarify, you haven't purchased
 3    a ticket yet?
 4      A      I have not purchased the ticket yet, no,
 5    because I'm waiting for -- for -- the main
 6    reason -- well, one reason is I don't have a
 7    current passport because I sent it in for renewal
 8    and it's due back in another week or two.
 9      Q      Do you have any other plans to travel
10    apart from visiting your daughter in
11    Cabo San Lucas?
12      A      Yes.  I'll be traveling to -- down to
13    Mexico, back to León, to attend a wedding, and we
14    have a cruise planned in October/November.  I
15    think it's November.
16      Q      And you also don't have tickets purchased
17    for those?
18      A      I do not -- no.  We don't have tickets
19    purchased for those yet.
20      Q      Okay.  I also wanted to clarify two things
21    that you mentioned earlier.
22            So you -- you talked about your
23    current travel agency, right, and that a majority
24    of the time, you do not receive a commission when
25    the cruises sell a ticket on an airline; is that
```

Deposition of Donald Freeland

```
 1         there will be higher prices when purchasing an

 2         airline ticket.  Have you considered flying out

 3         of -- let me rephrase.

 4                   If you didn't fly an airline because

 5         of higher prices, would you fly other airlines?

 6                   MR. BONSIGNORE:  Objection.

 7                   THE WITNESS:  I -- can -- I'm

 8             confused by the question.  Can you

 9             rephrase the question, please?

10    BY MR. LIM:

11      Q      Sure.

12                   If an airline that you are looking at

13    currently offers a ticket at a higher price than

14    it would before the merger, would you still

15    travel?

16      A      I may or may not.

17      Q      Would you look at other airfares offered

18    by other airlines?

19      A      Yes, I would.

20                   MR. BONSIGNORE:  Objection.

21    BY MR. LIM:

22      Q      Would you look at other airports that

23    offer the same route or same destination?

24      A      Yes, I would.

25      Q      And you also mentioned that the merger
```

Deposition of Donald Freeland

1  will lead to poorer service flying from the West

2  Coast.   Why do you believe there will be poorer

3  service if the merger between JetBlue and Spirit

4  is consummated?

5   A      Well, I mean, for instance, this flight

6  that I'm talking about that we're flying to take

7  on to visit my daughter in Cabo is going to be a

8  Spirit Airlines flight from Ontario directly into

9  Cabo, you know, for a price of under $100 a

10  ticket.

11              You know, if Spirit is not flying that

12  route anymore, I would need to either drive

13  further to Los Angeles or I'd have to take a

14  connection out of Palm Springs to get down there,

15  both of which would be -- you know, take more time

16  as well as be significantly more expensive.

17   Q      But how would that relate to poorer

18  service?

19   A      It's poor service because I no longer have

20  a direct flight from Ontario to Cabo.  I would

21  have service if I had to fly out of Palm Springs,

22  I would have to connect.  If I had to fly out of

23  Los Angeles, I would have to drive further, which

24  is a poorer service than driving only to Ontario,

25  and -- and it would be more expensive.

Deposition of Donald Freeland

1    Q      And who would you attribute this poorer

2    service to?

3    A      The loss of -- the loss of Spirit as a

4    carrier out of Ontario.

5    Q      Have you ever seen poorer service as a

6    result of an airline merger before?

7    A      I can't say with specifics, but I know

8    that when flights are eliminated, smaller --

9    smaller cities end up receiving poorer service

10   because they lose their direct flights as opposed

11   to a hub-and-spoke.

12   Q      Have you ever been affected as a result of

13   poorer service that arose because of an airline

14   merger before?

15   A      Not that I can recall.

16   Q      So let's move on to the second half of the

17   sentence.  You wrote:  "We may have clients who,

18   because of higher flight costs, may opt to not

19   take a cruise and we would lose a commission by

20   not selling the cruise."

21          Did I read that correctly?

22   A      Yes, you did.

23   Q      And have you seen this happen before,

24   where clients, because of higher flight costs, opt

25   to not take a cruise?

Deposition of Donald Freeland

```
1              MR. LIM:  Thank you.
2       BY MR. LIM:
3        Q      So, Mr. Freeland, earlier today I asked,
4       "Did you feel that any of these cases in which you
5       were a plaintiff have a favorable outcome for
6       you," and you responded:  "I believe in the Grace
7       versus Alaska there was a settlement," and you
8       also testified that a settlement in this case
9       would not be a satisfactory outcome for you
10      because you would really like to see the merger
11      not go through; is that correct?
12       A      Yes, that's correct.
13       Q      And why do you not want the merger to go
14      through?
15       A      Because the -- you know, as a -- as a --
16      you know, a person that's retired and in -- you
17      know, going on cruise ships, low fares are
18      important to me, and so I like to look at, you
19      know, low -- you know, low-cost carriers -- you
20      know, especially the ULCCs -- to be able to get to
21      places so that I'm not spending money on airfare,
22      and I'm only -- you know, because I need to have
23      the money for other things.
24              And, you know, Spirit represents a
25      significant portion of the ultra-low-cost carrier
```

Deposition of Donald Freeland

1    market, and by eliminating those, it eliminates,

2    you know, the choice for me, which I believe will

3    end up costing me money in the long run.

4       Q       How do you know that Spirit represents a

5    significant portion of the ultra-low-cost carrier

6    market?

7       A       I've -- I've looked at -- I've looked at

8    the numbers.

9       Q       What numbers?

10      A       The ultra-low-cost carrier market.

11      Q       And where do you find those numbers?

12      A       Research on the internet.

13      Q       Can you name any specific sources?

14      A       No.  Just in general.

15      Q       And what is the difference between this

16   merger between Spirit and JetBlue and the Grace

17   versus Alaska case?

18      A       Grace versus Alaska was --

19              MR. BONSIGNORE:  Objection.

20              Go ahead.

21              THE WITNESS:  Grace versus Alaska

22        was more about, you know, larger carriers.

23        It wasn't -- it wasn't ultra-low-cost

24        carriers, you know, reducing -- limiting

25        almost 50 percent of that market.

1                    EXAMINATION

2       BY MR. BONSIGNORE:

3        Q       Mr. Freeland, do you plan to travel in the

4       future by air?

5        A       Yes, I do.  I've got -- I have a -- I

6       mentioned earlier that I have a daughter that's

7       going to be living in Cabo San Lucas, and so I'll

8       be, you know, probably traveling down there to see

9       her, and probably use ultra-low-cost carriers

10      going into and out of Cabo.

11                    And also, as I mentioned, you know, my

12      passion is really bridge, so I teach bridge on

13      cruises, and I'd rather spend my money, you know,

14      on the cruise and, you know, hotels and stuff

15      rather than getting there, so I will use

16      low-cost -- ultra-low-cost carriers to get there

17      when -- when I can find the schedule.

18                    Like, there's a lot of cruises that

19      leave out of Fort Lauderdale.  I've got a

20      transatlantic coming up in the end of this year,

21      which is from -- I think it's -- it's either

22      Barcelona or Lisbon or something back to -- back

23      to Miami, and then I'll need to get back home from

24      there.  So very likely I'll be flying JetBlue back

25      from Miami back to Los Angeles or from Fort

Deposition of Donald Freeland

1   Lauderdale back to Los Angeles.

2                You know, plus it's -- it depends on

3   where the cruises are that I need to get to.  But,

4   you know, I don't really -- my -- the destination

5   for me is the cruises, not -- not getting there.

6   So I'd rather, you know, skip the frills on

7   getting there and -- and enjoy my time on the

8   cruise and -- and be able to spend my money there

9   on things that I really enjoy rather than spending

10  the money on, you know, the costs of the flights

11  themselves.

12   Q      So you're going to fly -- I've heard

13  also -- what -- what I've heard -- strike that.

14               What I've heard is that you intend to

15  fly from LAX to Fort Lauderdale?

16   A      Well, probably the other -- probably from

17  Lauderdale back to LAX.  I'll be joining the

18  cruise in Europe, so I'm not sure how I'm going to

19  get there after -- somehow get from here to

20  Europe, and then coming back, it will be from

21  Lauderdale or Miami back to -- back to this area.

22   Q      And do a lot of cruise ships leave from

23  Fort Lauderdale?

24   A      Yeah.  It's probably the biggest -- the

25  biggest cruise hub in -- in the world between

Deposition of Donald Freeland

1    Lauderdale and Miami.

2       Q       And so you plan to -- will you travel

3    there after you retire?

4       A       Yes, yes.   I -- I'll be -- I'll be to -- I

5    imagine I'll be traveling there regularly.

6       Q       Which airlines fly from LAX to Fort

7    Lauderdale that you'd consider?

8       A       JetBlue, American, Delta, United.

9       Q       Have you considered Spirit?

10       A       Yeah.   Spirit -- Spirit flies there, yeah.

11    I would consider them too.

12       Q       And do you intend -- strike that.

13                MR. BONSIGNORE:  No further

14          questions.

15                MR. LIM:  I have a couple follow-up

16          questions if that's okay, Mr. Bonsignore.

17                MR. BONSIGNORE:  Yes.

18                     FURTHER EXAMINATION

19    BY MR. LIM:

20       Q       So you've talked about these plans,

21    Mr. Freeland, to visit your daughter in

22    Cabo San Lucas, to go on your transatlantic flight

23    to Barcelona or Lisbon.  But to clarify, you

24    haven't purchased any of these tickets yet, have

25    you?

Deposition of Donald Freeland

```
 1        total price, would you fly them?
 2         A       Yes.
 3         Q       And you also mentioned that you would very
 4     likely be flying JetBlue back from Miami to LAX or
 5     from Fort Lauderdale back to LAX; is that correct?
 6         A       Yes.
 7                 MR. BONSIGNORE:   Objection.
 8     BY MR. LIM:
 9         Q       Why would you likely fly JetBlue on those
10     routes?
11         A       Because --
12                 MR. BONSIGNORE:   Objection.
13                 THE WITNESS:   Because they normally
14        have the lowest price in that market.
15     BY MR. LIM:
16         Q       But not always?
17         A       No.   I mean, everything is capacity
18     controlled.   So it depends on, you know,
19     whether -- if their flights are full, their prices
20     may be higher and a connection through someplace
21     else may be less expensive.
22         Q       How far in advance do you normally
23     purchase your plane tickets?
24         A       For cruises, it's normally a couple months
25     in advance.
```

Deposition of Donald Freeland

1    Q      And for trips that you take for bridge,

2    would that count as the trips that you take for

3    cruises?

4    A      Yes.  Yes.  Those are all the same.

5    Q      And for trips that you take for pleasure,

6    how far in advance would you book those?

7    A      Probably a shorter time frame.  You know,

8    two to -- two to eight weeks.

9    Q      And on these routes from Miami to LA or

10   from Fort Lauderdale to LA, if American, United,

11   or Delta were to offer the lowest total price,

12   would you fly them?

13   A      Yes, I would.

14          MR. LIM:  I have no further

15   questions for you, Mr. Freeland.

16          MR. BONSIGNORE:  No questions.

17          THE WITNESS:  Thank you, Mr. Lim.

18          MR. LIM:  Thank you very much,

19   Mr. Freeland.

20          Thank you, Mr. Bonsignore.

21          THE VIDEOGRAPHER:  Is there

22   anything else to go on the record?

23          MR. LIM:  No.

24          THE VIDEOGRAPHER:  All right.  That

25   concludes the video deposition of Don

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
       GABRIEL GARAVANIAN, et al.,          )
 3                                          )
                   Plaintiffs,              )
 4                                          )
       v.                                   ) Case No.
 5                                          ) 1:23-cv-10678-WGY
       JETBLUE AIRWAYS CORPORATION and      )
 6     SPIRIT AIRLINES, INC.,               )
                                            )
 7                 Defendants.              )

 8

 9                   REPORTER'S CERTIFICATION
                REMOTE VIDEOTAPED DEPOSITION OF
10                      DONALD FREELAND
                        June 23, 2023
11

12             I, Rebecca A. Graziano, Certified Shorthand

13       Reporter in and for the States of Texas,

14       California, and Illinois, hereby certify to the

15       following:

16             That the witness, DONALD FREELAND, was duly

17       sworn and that the transcript of the oral

18       deposition is a true record of the testimony given

19       by the witness;

20             I further certify that pursuant to FRCP Rule

21       30(f)(1) that the signature of the deponent:

22             ____ was requested by the deponent or a

23       party before the completion of the deposition and

24       returned within 30 days from date of receipt of

25       the transcript.  If returned, the attached Changes
```

Deposition of Donald Freeland

1     and Signature Page contains any changes and the

2     reasons therefor.

3          ____ was not requested by the deponent or a

4     party before the completion of the deposition.

5          I further certify that I am neither attorney

6     nor counsel for, related to, nor employed by any

7     of the parties to the action in which this

8     testimony was taken.

9          Further, I am not a relative or employee of

10    any attorney of record in this cause, nor do I

11    have a financial interest in the action.

12

13               Certified on July 5, 2023

14

15

16                                        _____

17               Rebecca A. Graziano, CSR, RMR, CRR
                 Texas CSR 9306
                 Expiration:  07/31/24
18               California CSR 14407
                 Expiration:  09/30/23
19               Illinois CSR 084.004659
                 Expiration:  05/31/25
20

21

22

23

24

25