# EXHIBIT 9

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                 Plaintiffs,
 5
     vs.                                   Civil Action Number
 6                                         1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8               Defendants.

 9   - - - - - - - - - - - - - - - - - -x

10

11

12

13         REMOTE VIDEOTAPED DEPOSITION of DONNA FRY,

14   taken by Defendants on Tuesday, June 20, 2023,

15   commencing at 2:09 p.m. (Mountain Standard Time),

16   before Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1
 2    R E M O T E   A P P E A R A N C E S:
 3
              BONSIGNORE TRIAL LAWYERS
 4                Attorneys for the Plaintiffs
                  23 Forest Street
 5                Medford, Massachusetts   02155
                  781.350.0000
 6
              BY:   ROBERT J. BONSIGNORE, ESQ.
 7                  rbonsignore@classactions.us
 8
 9            COOLEY LLP
                  Attorneys for Defendant JetBlue Airways
10                500 Boylston Street, 14th Floor
                  Boston, Massachusetts   02116
11                617.937.2349
12            BY:   MATT NGUYEN, ESQ.
                    mnguyen@cooley.com
13                      - and -
                    ZACH SISKO, ESQ.
14                  zsisko@cooley.com
15
16
     A L S O   P R E S E N T:
17
              James Jarmon, Video Specialist
18
19
20
21
22
23
24
25
```

```
 1                         D. Fry
 2   asking for details and this has been a long time
 3   since these cases came up.  So it's always
 4   important, and that's why I get involved, because
 5   any merger affects my business, it affects my
 6   clients, not only myself, and the threat -- and
 7   we're at that point now where there have been so
 8   many mergers that we have all been affected by
 9   cancellation of routes once airlines merge and
10   prices going up and the number of seats being not as
11   many as individual airlines are in business.  If a
12   low-price carrier is erased from the market, that
13   brings everybody's prices up.
14              So these are important cases to me for
15   that reason.  And just the fact that I don't
16   remember is because it's been a while, many years,
17   and life goes on.  And I just can't remember all
18   that.
19         Q    Got it.
20              So you can't remember which airline
21   was being merged with Alaska in Grace v. Alaska?
22              Just yes or no is fine.
23         A    No, I don't remember.  Sorry.
24         Q    Got it.
25              And that was approximately seven years
```

```
                              D. Fry
 1
 2          and so we do not believe that the terms of
 3          any settlement are immune from discovery
 4          in this case.
 5                  And as you know, Robert, we'll plan to
 6          discuss this further with you and your
 7          colleagues.
 8                  Ms. Fry, we can take down this exhibit
 9          because this is all the questions that I
10          have for you.
11                  THE WITNESS:  Okay.  Thank you.
12                  MR. BONSIGNORE:  We can just roll
13          right into it.
14   EXAMINATION
15   BY MR. BONSIGNORE:
16          Q    Ms. Fry, do you plan to fly personally
17   in the future?
18          A    Oh, of course, I do.  I just don't
19   have anything planned at the moment.  But as I
20   mentioned, a lot of visits to family are definitely
21   on the agenda, Seattle, Chicago.  I haven't been on
22   a vacation in a long time.  I'm sure we'll be
23   traveling.  I just don't have anything planned at
24   the moment.
25          Q    When you do fly in the future, will
```

```
 1                          D. Fry
 2   you consider all airlines or will you exclude any
 3   airline from consideration?
 4         A     I will consider all airlines.  And
 5   schedules change, so, of course, I'll be looking at
 6   good scheduling, good pricing, considering out of
 7   Tucson, considering out of Phoenix, connecting
 8   flights.  That's part of the job I do, and I do the
 9   same job for myself as I would for a client, look at
10   all options.
11         Q     So you testified earlier that you
12   didn't fly Spirit in the past.  Why is that?
13         A     The Spirit routes have not been
14   accessible to me for the -- because of the areas
15   that I have lived and the places that I have been
16   traveling to.
17               MR. NGUYEN:  I'm going to object.
18         A     I would hope -- I'm sorry?
19         (Reporter requested clarification.)
20         Q     You can keep going.
21         A     So I would hope that we could have
22   more options in the future to consider.
23               For example, Tucson being a subsidiary
24   of Phoenix, these mergers have created very few
25   options out of Tucson, and so we need more low-cost
```

```
 1                         D. Fry
 2   carriers, especially thinking about Spirit, because
 3   they're about 50 percent of the low-cost market out
 4   there.  We need more service and these -- I would
 5   hope that we could see more of that.  But with
 6   mergers, we're seeing less and less.
 7              I've been in the business a long time,
 8   and I've seen that happen, even out of Colorado
 9   Springs.  When United merged with Continental, we
10   lost a lot of direct service from Colorado Springs
11   to Houston because of that.
12              So unfortunately, the smaller towns
13   and cities are threatened.
14              MR. NGUYEN:  Pam, I just wanted to
15         make sure that my objection from the
16         beginning of this answer is noted for the
17         record.  I don't see it on the live.
18         Thank you.
19         Q    Do you plan to continue to be employed
20   and make your living as a travel agent?
21         A    I intend to continue, yes.
22         Q    And as -- as you continue, will you
23   sell airline tickets?
24         A    I plan to, yes.  I plan to have access
25   to the ticket sales, yes.
```

```
 1                         D. Fry
 2              MR. NGUYEN:  Objection.
 3        Q     And when you sell tickets, will you
 4   exclude from consideration any airline?
 5        A     No.  I always consider all options for
 6   myself and my clients, best scheduling, best
 7   pricing, best service.  So all -- everything is
 8   under consideration.
 9              MR. BONSIGNORE:  Okay.  No further
10        questions.
11              MR. NGUYEN:  Nothing further from me
12        either.
13              THE VIDEOGRAPHER:  Okay.  This now
14        concludes the video deposition of Donna
15        Fry.  We are now off the record at 3:53
16        p.m. Mountain Standard Time.
17              (Whereupon, at 3:53 p.m. the
18        deposition was concluded.)
19
20
21
22
23
24
25
```

```
 1
 2                 C E R T I F I C A T E
 3   STATE OF NEW YORK  )
 4                      ) ss.
 5   COUNTY OF NEW YORK )
 6              I, PAMELA GRIMALDI, Registered
 7       Merit Reporter, Certified Realtime
 8       Reporter, and Notary Public of the State
 9       of New York, do hereby certify that the
10       foregoing Deposition, of the witness,
11       DONNA FRY, taken at the time and place
12       aforesaid, is a true and correct
13       transcription of my shorthand notes.
14              I further certify that I am
15       neither counsel for nor related to any
16       party to said action, nor in any wise
17       interested in the result or outcome
18       thereof.
19              IN WITNESS WHEREOF, I have
20       hereunto set my hand this 30th day of
21       June 2023.
22
23                   _[signature]_____
24                   PAMELA GRIMALDI, RMR, CRR
25
```