# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
   GABRIEL GARAVANIAN, ET AL.     )
 3                                )
                  PLAINTIFFS,     )
 4                                )
   VS.                            )
 5                                )  CASE NO. 1:23-CV-10678-WGY
   JETBLUE AIRWAYS                )
 6 CORPORATION AND SPIRIT         )
   AIRLINES, INC.,                )
 7                                )
                  DEFENDANTS.     )
 8

 9

10

11

12
                   REMOTE VIDEO DEPOSITION
13                  OF GABRIEL GARAVANIAN
                  MONDAY, JUNE 19, 2023
14

15

16

17

18

19

20

21

22

23

24        Reported By:
          Allison M. Hall, RDR, CRR, CSR
25
```

1          June 19, 2023

2            9:00 a.m.

3          Video deposition of GABRIEL

4      GARAVANIAN, held remotely via Zoom before

5      Allison Hall, a Registered Diplomate

6      Reporter, Registered Merit Reporter,

7      Certified Realtime Reporter, and

8      Certified Shorthand Reporter and Notary

9      Public.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            A P P E A R A N C E S:

 2


 3        ON BEHALF OF PLAINTIFFS:

 4        BONSIGNORE TRIAL LAWYERS, PLLC
              ROBERT J. BONSIGNORE, ESQUIRE
 5            GEORGE OMAR KOURY, ESQUIRE
              23 Forest Street
 6            Medford, Massachusetts 02155
              Phone: 781-856-7650
 7            E-mail: rbonsignore@classactions.us

 8

          ON BEHALF OF SPIRIT AIRLINES:
 9
          PAUL WEISS
10            THOMAS RUCKER, ESQUIRE
              2001 K Street NW
11            Washington D.C. 20006
              Phone: 202-223-7347
12            E-mail: trucker@paulweiss.com

13        PAUL WEISS
              YOAV GAFFNEY, ESQUIRE
14            1285 Avenue of the Americas
              New York, New York 10019
15            Phone: 212-373-3984
              E-mail: ygaffney@paulweiss.com
16
      ALSO PRESENT:
17
      James Jarmon, Video Specialist
18

19

20

21

22

23

24

25
```

```
1                           INDEX

2       WITNESS                              PAGE

3    GABRIEL GARAVANIAN
         Examination by Mr. Rucker             5
4

5                        * * * * *

6

7                  E X H I B I T S

8    NUMBER          DESCRIPTION            MARKED
     Exhibit 1       Plaintiff's Responses      25
9                    and Objections to
                     Defendants' First Set of
10                   Interrogatories
     Exhibit 2       Verification - Gabriel     27
11                   Garavanian
     Exhibit 3       Document Bates Stamped     56
12                   GARAVANIAN000001 through
                     GARAVANIAN000023
13   Exhibit 4       Plaintiff's Supplemental   95
                     Responses and Objections
14                   to Defendants' Second
                     Set of Interrogatories
15   Exhibit 5       Plaintiff's Supplemental  126
                     Responses and Objections
16                   to Defendants' First Set
                     of Interrogatories
17

18

19

20

21

22

23

24

25
```

Deposition of Gabriel Garavanian

1      joining us here today, Mr. Garavanian.  I

2      really appreciate your time.  As I said

3      before, my name is Thomas Rucker.  I'm from

4      Paul Weiss on behalf of Spirit.

5              Can you still hear me okay?

6      A.    Yes, I can.

7      Q.    Great.  Great.  So if there is any

8      technical issues, you know, we can just flag

9      them, you know, we can deal with them as we

10     go.

11             Can you please state your full

12     name for the record.

13     A.    With the middle initial, it's

14     Gabriel H. Garavanian.

15     Q.    Great.  Just to make sure we have

16     it, can you spell your last name?

17     A.    G-a-r-a-v-a-n-i-a-n.

18     Q.    Could you please provide the

19     address of your primary residence.

20     A.    Yes, I can.  It's 104 Sequoia

21     Drive, Tyngsborough, Massachusetts 01879.

22     Q.    Thank you.  Have you ever been

23     deposed before?

24     A.    Yes, I have.

25     Q.    What was the nature of the

Deposition of Gabriel Garavanian

1    Q.    That you -- that you purchased it?

2    A.    Yes.  It was around, I'd say, 2002

3  or 2003.  And then I was done with them

4  around 2006.

5    Q.    Uh-huh.  Other -- currently do you

6  have any ownership in any other

7  travel-related companies?

8    A.    No, I -- I do not.

9    Q.    Okay.  So let's talk a little bit

10  about your travel history.  How often do you

11  travel?

12    A.    Back and forth from Myrtle Beach

13  to Boston and back probably four times a

14  year.

15    Q.    Do you always fly?

16    A.    No.

17    Q.    When you don't fly, how do you get

18  to Myrtle Beach?

19    A.    In January, I drove from Myrtle

20  Beach up to Boston.  It was on January 12th.

21    Q.    Outside of your, you know, let's

22  say four times a year average going to

23  Myrtle Beach, do you travel anywhere else?

24    A.    At the present time -- give me one

25  second on that.  Are you talking about this

Deposition of Gabriel Garavanian

1      up buying a property in -- in Myrtle Beach.

2                     And then the following year, 2020,

3      June and August, the two trips I had done

4      roundtrip with Spirit was to buy two

5      additional condos, and that's the reason why

6      I'm going back and forth.

7                     And I flew -- January 2021 I flew

8      to Jamaica, the Sandals Resort.  And I also

9      flew in the fall out of Miami.  That was to

10     do the Virgin -- I forgot the name of it --

11     Virgin Voyages cruise line.

12          Q.    Okay.  So did -- you flew Spirit

13     twice in 2020?

14          A.    Yes, I did.

15          Q.    Got it.  And then you flew to

16     Jamaica in 2021; is that right?

17          A.    January of 2021.

18          Q.    Got it.  Which airline did you fly

19     to Jamaica?

20          A.    That was American.

21          Q.    And the two Spirit flights in 2020

22     were to Myrtle Beach?

23          A.    Yes.  What -- what -- what

24     happened was we had to close -- on the unit

25     I'm in right now, okay, we had to close on

Deposition of Gabriel Garavanian

1   it.  So I came down with my other daughter,

2   and we actually spent Father's Day down here

3   on that one.

4        Q.   Got it.

5        A.   And then when I was down here, the

6   realtor called, and there was another unit I

7   was looking at, and she said, you know,

8   Gabe, that's up for sale.

9             I was on the golf course.  I said,

10  you're killing me.  I said, I need 24 hours.

11  Committed to buying the property and I had

12  to come down in August -- I think it was

13  around August 17th or 18th to close on that

14  one.

15       Q.   Got it.

16       A.   I also -- I also flew down --

17  November 2021, flew down to Myrtle Beach.

18       Q.   Which airline did you fly then?

19       A.   Spirit.

20       Q.   Got it.

21       A.   On the 20th -- on that April trip

22  in 2020 when we came to look down to Myrtle

23  Beach, we had to do a United connecting

24  flight coming down because Spirit wasn't in

25  the market.

Deposition of Gabriel Garavanian

```
 1              And on the way back -- I had
 2      driven down to Charleston, which is two
 3      hours away.  We were looking over there, but
 4      we already committed to the other place, to
 5      the first place.  And I flew back JetBlue
 6      nonstop.
 7          Q.    Got it.
 8          A.    That was 2019, right?  I'm telling
 9      you it was 2019?  I didn't want to confuse
10      the dates with you.
11          Q.    So it was -- I had thought that
12      was 2020, but --
13          A.    2019 is when we bought the first
14      condo.
15          Q.    Okay.  Yep.  2019 is when you
16      first bought the -- yep.
17          A.    And that was -- that went
18      April 6th, I believe, it went Boston to
19      Dulles to Myrtle Beach.  That was on United.
20              And about three or four days
21      later, I don't know the exact date, I could
22      get it, but I flew -- we had driven down to
23      Charleston, and I flew back nonstop on
24      JetBlue from Charleston.
25          Q.    Okay.  Let me make sure I have all
```

Deposition of Gabriel Garavanian

```
1          this.  So you flew to Myrtle Beach in 2019?

2               A.    Yep.

3               Q.    You flew twice in 2020 to Myrtle

4          Beach on Spirit?

5               A.    Three times.

6               Q.    Three times?

7               A.    We -- let me -- let me see.  Yeah,

8          three times.  The third time was in

9          December, December 26.  Coming back, I

10         believe it's either December 29th or

11         December 30th.

12              Q.    Okay.  So three times on Spirit in

13         2020.  You flew once to Jamaica in 2021.

14              A.    In January, yes.

15              Q.    January?  Okay.  Okay.  Let's

16         pause there for a second.  What makes you

17         decide between driving and flying to Myrtle

18         Beach?

19              A.    The -- the price.  The -- the

20         price -- the flight from Boston to Myrtle

21         Beach is an hour and 45 minutes, and when

22         Spirit is operating, you can usually get a

23         fare -- I don't like to spend more than

24         that, but usually a fare about $90 or as low

25         as $45 each way.
```

Deposition of Gabriel Garavanian

1   Q.   Got it.

2   A.   All right.  The trip I did in --

3   in January -- January where I drove --

4   Q.   Uh-huh.

5   A.   -- Spirit was not operating in

6   January.  I actually wanted to try to fly

7   over Christmas, had to stay down here

8   because the prices, right, without Spirit

9   being in there were over $750 roundtrip.

10  Q.   Got it.  Okay.

11          MR. RUCKER:  I'd like to introduce

12      what's marked -- what has Tab 1 in the

13      file name as Exhibit 1.

14          (THEREUPON, Exhibit 1 was marked

15          for identification.)

16          THE WITNESS:  Okay.  It's going to

17      show up now?

18          MR. RUCKER:  Yep.  And James will

19      help us out.

20          THE WITNESS:  Oh, okay.

21  Q.   (By Mr. Rucker)  All right.  So,

22  yes, I'd like to introduce this as

23  Exhibit 1.

24          Mr. Garavanian, this is your

25  responses to -- responses and objections to

```
 1        a little bit because I -- you know, I liked
 2        the -- at the time, I did like the frequent
 3        flyer program.  And they're supposed to be
 4        improving it again.  And it worked out a
 5        little better.  I fly on, you know, Spirit,
 6        a lot, obviously.
 7                  MR. BONSIGNORE:  Objection.
 8             There's no question before the witness.
 9                  THE WITNESS:  Okay.
10                  MR. RUCKER:  I had -- just to make
11             sure, I had asked why does he have a
12             preference for Delta right now.
13             Q.   (By Mr. Rucker)  Okay.  Going back
14        to something you had said a little earlier,
15        what did you mean by "it's the airlines that
16        did it to me"?
17                  MR. BONSIGNORE:  Objection.
18                  You can answer.
19                  THE WITNESS:  The -- they -- they
20             start changing it.  You're -- an example
21             with American, they started changing
22             their frequent flyer program.
23                  In the beginning when I'm with
24             them, they are giving me choice seats and
25             you're getting something, an additional,
```

Deposition of Gabriel Garavanian

```
 1              Q.    Have you deleted those e-mails?
 2              A.    No, I have not.
 3              Q.    So you're still in possession of
 4     both e-mails?
 5              A.    Yes and no.  When I sold the
 6     business on December 21st, 2020, they have
 7     control of that e-mail.
 8              Q.    And who is -- strike that.
 9                    This would be when you sold
10     Garavanian Travel?
11              A.    Correct.
12              Q.    Okay.  Did you fly on Spirit in
13     2021?
14              A.    Yes, I did.
15              Q.    What -- do you remember what month
16     that would have been in?
17              A.    Definitely November, and I don't
18     have it -- I thought -- let me think.  I
19     know definitely November.  It was around
20     November 11th weekend.
21              Q.    Was that from Boston to Myrtle
22     Beach?
23              A.    Correct, and then back.
24              Q.    And, again, do you have the credit
25     card statements that would reflect these
```

Deposition of Gabriel Garavanian

```
 1          A.    You -- that's -- that's correct.
 2          Q.    Okay.  Turning back to what we
 3     marked as Exhibit 3 -- and, again, subject
 4     to the forthcoming chart or whatever
 5     information regarding your Spirit flights,
 6     it looks like if we just sort of scroll
 7     through --
 8               MR. BONSIGNORE:  Objection.
 9               MR. RUCKER:  I'm sorry?
10               MR. BONSIGNORE:  Go ahead.
11          Q.    (By Mr. Rucker)  So it looks like,
12     just to go through here -- let me make it
13     bigger.  So this is a -- you booked this
14     Spirit flight on April 6th, 2023; is that
15     correct?
16          A.    Yes, it is.
17          Q.    And then it's for -- the flight is
18     for May 9th from --
19               MR. BONSIGNORE:  Objection.
20          Q.    (By Mr. Rucker)  -- Myrtle Beach
21     to Boston?
22          A.    Correct.
23          Q.    And then from Boston to Myrtle
24     Beach on May 15th?
25          A.    Yes.  Correct.
```

Deposition of Gabriel Garavanian

```
 1              Q.    Okay.  Scrolling to the next one.
 2       So this is a Spirit flight that you booked
 3       on June 8th, 2023; is that correct?
 4              A.    Yes.
 5              Q.    And this Spirit flight is for
 6       today, June 19th, 2023?
 7              A.    Yes, it is.
 8              Q.    From Myrtle Beach to Boston?
 9              A.    Yes.
10              Q.    And then you'll be returning -- I
11       think so -- it's cut off, but from --
12              A.    Yes.
13              Q.    -- June 23rd, 2023, from Boston,
14       would that be Myrtle Beach, South Carolina?
15              A.    Yeah, take a look at what time
16       it's leaving.
17              Q.    Early flight.
18              Scrolling to the next one, this is
19       another Spirit flight that you've booked --
20       we've already been talking about this one --
21       but this is the one that you booked on
22       May 23rd, 2022, and the flight is June 19th,
23       2022, from Myrtle Beach to Boston -- to
24       Manchester --
25              A.    Yes.
```

Deposition of Gabriel Garavanian

```
 1          Q.    -- and then returning June 24th,
 2     2022, to Myrtle Beach; is that correct?
 3          A.    Correct.
 4          Q.    I think there's just one more.
 5          A.    Yeah, the Thanksgiving one.
 6          Q.    Uh-huh.  So this is a flight that
 7     you booked on November 1st, 2022.  The
 8     flight is for November 19th, 2022, from
 9     Myrtle Beach to Boston --
10          A.    Yes.
11          Q.    -- returning November 25th from
12     Boston to Myrtle Beach; is that correct?
13          A.    Correct.
14          Q.    Okay.  So those are four Spirit
15     flights.  Are there any other Spirit flights
16     that you took in 2022 or 2023 that are not
17     represented in these records?
18          A.    I -- yeah, the one in March, the
19     one I said I left out by accident because I
20     used frequent flyer points.
21          Q.    Okay.
22          A.    But I have -- I've got a boarding
23     pass if, you know, I have it here now.
24          Q.    Okay.
25          A.    I found it by accident.  I forgot
```

Deposition of Gabriel Garavanian

```
 1        it's the frequent flyer program of the
 2        original one -- it's the frequent flyer
 3        program for the one set up for the credit
 4        card.
 5             Q.    Got it.  So you --
 6             A.    But they merged them together.
 7             Q.    So you likely joined that in -- in
 8        or around June 2020; is that correct?
 9             A.    That is correct.
10             Q.    Okay.  Okay.  Talking a little bit
11        about JetBlue.  You had mentioned a JetBlue
12        flight that you took in 2018 from Boston to
13        Puerto Rico and back to Boston; is that
14        correct?
15             A.    That is correct.
16             Q.    When was the last time you flew on
17        JetBlue?
18             A.    I -- give me a second.  I thought
19        that was the last time I flew on them.
20             Q.    Is that your answer?  Just to make
21        sure.
22             A.    I believe that was the last time.
23             Q.    Okay.
24             A.    I -- I don't have the records in
25        front of me.
```

Deposition of Gabriel Garavanian

```
 1              MR. BONSIGNORE:  Objection.
 2              THE WITNESS:  I'm going to go by
 3         memory.  Definitely American, Delta,
 4         United.  Southwest is going out of Boston
 5         now.  Alaska is going out of there.  Off
 6         the top of my head, that's the best I can
 7         do domestically.
 8         Q.    (By Mr. Rucker)  Okay.  Other than
 9    your Spirit flight that you have booked for
10    this afternoon, do you have any plans to
11    purchase any airline tickets in the future?
12         A.    Yes, I do.
13         Q.    Do you have any tickets purchased
14    other than the Spirit flight you have booked
15    for this afternoon?
16         A.    Not -- not at this time.
17         Q.    What airlines do you have in mind
18    for your next trip?
19         A.    Personally, I'm trying to do
20    JetBlue Boston to Ft. Lauderdale.
21         Q.    And why are you picking JetBlue?
22         A.    Because I like the Ft. Lauderdale
23    airport better for the cruise line.
24         Q.    And why is it better for the
25    cruise line?
```

Deposition of Gabriel Garavanian

```
 1        two e-mails.  There was
 2        Travel@GaravanianTravel.com and then
 3        Gabe@GaravanianTravel.com.  And like I said,
 4        they got -- Travel@GaravanianTravel.com,
 5        they got complete possession of.
 6                   I never, you know -- and they try
 7        to -- people will try to contact me on that
 8        and, you know, they understood that's what
 9        happened.
10            Q.    Got it.  I think something I
11        wanted to just return to, I think earlier
12        when we were talking about your future
13        flights on JetBlue, you said that you would
14        consider flying on JetBlue because -- to
15        Ft. Lauderdale because they were cheaper.
16                   Is that correct?
17            A.    If they are cheaper, okay.  That
18        has not been the case in the last couple of
19        years.  That's why I've been flying on
20        American down to Miami.
21            Q.    Have you ever considered Spirit
22        for those flights when you decide to fly
23        American?
24            A.    Yeah, I would consider Spirit.
25        The routing is Boston-Myrtle Beach, then on
```

1    to Ft. Lauderdale.  I would consider them,

2    but it's -- sometimes the flight schedule

3    does not work out, especially if I'm not

4    staying overnight the night before to catch

5    the cruise.  It's more the scheduling.

6         Q.    In those instances, is flight

7    scheduling more important than price?

8         A.    When your ship is leaving at 5:00

9    in the afternoon, you've got to make sure

10   the flight gets in at 11:00 in the morning.

11   So if -- you know, obviously, yeah, the

12   schedule would be more important.

13        Q.    Okay.  All right.  I'd like to

14   switch gears to your, you know, experience

15   in the travel agency services.  And, again,

16   you've said this a couple of times, but just

17   to make sure I have it right, you no longer

18   own Garavanian Travel; is that right?

19        A.    That is correct.

20        Q.    Okay.  And I think earlier you had

21   mentioned that you are starting to get into

22   providing travel agent -- travel agent

23   services.

24             Is that correct?

25        A.    That is correct.

Deposition of Gabriel Garavanian

```
 1          A.     Yes, it's definitely for this
 2     year.
 3          Q.     Do you keep all of these
 4     independent contractor records -- do you
 5     keep -- I'm sorry.  Strike that.
 6               Do you maintain your records of
 7     all of this -- your work as an independent
 8     contractor for Thomas Hogan?
 9          A.     Yes.
10          Q.     Okay.  I'm going to come back to
11     that in a little bit.
12               But -- okay.  Have you ever
13     suggested Spirit or JetBlue to your
14     customers as potential airline -- let me --
15     let me say that again.
16               MR. RUCKER:  And, bless you,
17          Mr. Bonsignore.
18               MR. BONSIGNORE:  Thank you.
19          Q.     (By Mr. Rucker)  Have you ever
20     suggested Spirit or JetBlue to your
21     customers for their travel?
22          A.     Spirit, I have, but JetBlue really
23     doesn't fly out of Myrtle Beach.  If they're
24     going out of Boston, I do.
25          Q.     Why didn't your customers go with
```

Deposition of Gabriel Garavanian

```
 1        it and rephrase.
 2                   Do you believe the merger between
 3        JetBlue and Spirit will have any impact on
 4        your personal income as an independent
 5        contractor for Thomas Hogan?
 6                   MR. BONSIGNORE:  Objection.
 7                   THE WITNESS:  I -- I imagine it
 8        will.
 9        Q.    (By Mr. Rucker)  How so?
10        A.    Because what's going to happen is
11        the price is going to be going up, and that
12        means that people aren't going to be able to
13        afford to go to some of these destinations
14        or any of these trips because the price is
15        going to be higher.
16        Q.    And what -- what exact price are
17        you talking about there?
18        A.    The price -- the price of the
19        airline ticket.
20        Q.    And why will the airline ticket
21        prices go up?
22                   MR. BONSIGNORE:  Objection.
23                   THE WITNESS:  Because there's
24        going to be less choice, less capacity.
25        And, you know, I've seen American and
```

```
 1            JetBlue code share twice out of Boston,

 2            and in both instances, after a month or

 3            two, the prices jacked up to the point

 4            where people -- it was costing people

 5            $600 roundtrip on airline tickets down to

 6            Orlando from Boston.

 7                   How can a family afford that for

 8            2400 bucks before they even step into the

 9            park?

10            Q.    (By Mr. Rucker)  And I just want

11      to be clear, these two instances of American

12      and JetBlue code shares, those were not

13      mergers, though, correct?

14            A.    No, they were not mergers.

15            Q.    So what's your basis -- based on

16      your experience, what is your basis for

17      knowing that after an airline merger,

18      airline ticket prices go up?

19            A.    Because I saw that with

20      American -- I saw that with American and US

21      Air after they merged.  The prices went up.

22      And there was also logistical problems left

23      and right.

24            Q.    And where specifically did you see

25      prices go up?
```

1      A.    On American, it went up -- they

2   were doing Orlando, and US Air was doing

3   Orlando and Tampa.  After they merged, those

4   prices -- you didn't see $200 roundtrip, you

5   started seeing 450 roundtrip.

6      Q.    Do you expect that your customers,

7   as an independent contractor, are going to

8   be flying in and out of Orlando or Tampa?

9           MR. BONSIGNORE:  Objection.

10          THE WITNESS:  Yeah, I do.

11     Q.    (By Mr. Rucker)  And what's your

12   basis --

13     A.    Because --

14     Q.    What's your basis for that?

15     A.    Because people have gone there.

16   Orlando, big amusement place.  Tampa, a lot

17   of golfing and amusement places like Busch

18   Gardens.  They're going to be going there or

19   they're going to want to go there.

20     Q.    Have your customers that you've

21   had as an independent contractor since the

22   beginning -- or as you started as an

23   independent contractor, have they told you

24   that they plan on going to Tampa or Orlando?

25     A.    No.  As I said, I've only been

Deposition of Gabriel Garavanian

```
 1         doing it since February.
 2              Q.    What else is your basis for -- you
 3         know, based on your experience, what else
 4         can you point to to show that airline prices
 5         go up after airline mergers?
 6                    MR. BONSIGNORE:  Objection.
 7                    THE WITNESS:  I'm basing it on
 8              when I owned the agency for 34 and a half
 9              years, okay?
10                    Prime example, like I said -- I'm
11              going to go back to the code share.  What
12              American did on the San Juan airport was
13              phenomenal.  They did -- beautiful
14              airport, the prices were good and
15              everything.
16                    And then JetBlue went in there with
17              them and started charging like a hundred
18              fifty dollars one-way tickets each way.
19              Everyone was all happy.
20                    After three or four months,
21              American pulled out.  Now, all of the
22              sudden, it's $800 roundtrip to go Boston
23              to Puerto Rico.
24                    And JetBlue said they didn't want
25              to use that airport.  They built a
```

Deposition of Gabriel Garavanian

1    based on your experience, that shows that

2    airline ticket prices go up after airline

3    mergers?

4              MR. BONSIGNORE:   Objection.

5              THE WITNESS:   Northwest and Delta

6        merger.

7        Q.   (By Mr. Rucker)  Okay.  What's

8    specific about that merger?

9        A.    Going from Manchester to

10   Cincinnati on Delta after they merged, there

11   were -- they had eight flights a day -- I'm

12   sorry -- it's eight roundtrips, so four

13   flights a day going there.

14             After they merged, Delta put one

15   flight in there to go two -- two-hour flight

16   was now 600 bucks roundtrip.  That was about

17   12 years ago after the merger.

18       Q.   Have your clients, since you

19   started as an independent contractor with

20   Thomas Hogan, told you that they want to fly

21   from Manchester to Cincinnati?

22       A.   No, they haven't.

23       Q.   Okay.  Anything else, based on

24   your experience, that shows that airline

25   ticket prices go up after an airline merger?

 1       A.     Boston to Phoenix, American West

 2   and US Air.  To -- that went way up.

 3   American West was charging like a hundred

 4   fifty dollars one way, and that -- I mean,

 5   you're not getting that to go to Phoenix

 6   anymore.  It's -- this is back to 2020.  You

 7   know, you're looking at $450 roundtrip

 8   easily.

 9       Q.     Do you --

10       A.     Almost twice as much money.

11       Q.     I'm sorry.  Go ahead.  I'm sorry.

12   Continue.

13       A.     Go ahead.

14              MR. BONSIGNORE:  Objection.

15       Q.     (By Mr. Rucker)  Have any of your

16   clients since you started as an independent

17   contractor for Thomas Hogan told you that

18   they would like to fly from Boston to

19   Phoenix?

20       A.     No, they haven't.

21       Q.     Other than airline ticket prices

22   going up, do you think there's going to be

23   any other harms from the merger between

24   JetBlue and Spirit?

25              MR. BONSIGNORE:  Objection.

Deposition of Gabriel Garavanian

```
 1                    THE WITNESS:  Yes, I do.
 2          Q.    (By Mr. Rucker)  And what are
 3     they?
 4          A.    Okay.  There's going to be a
 5     problem with -- with the bags, with the --
 6     as far as the baggage fees.  There --
 7     JetBlue and Spirit are on two separate
 8     programs and, you know -- and as far as
 9     weight, Spirit you can only do 40 pounds on
10     your luggage.  JetBlue allows 50.
11               So if somebody is -- if JetBlue
12     decides that they're going to go with 50
13     pounds, these people -- I'm sorry -- they
14     got to stick with the 40-pound bag limit,
15     okay, it's going to be a problem.  People
16     are going to be spending more money for the
17     luggage.
18          Q.    What are you basing on -- I'm
19     sorry.  Strike that.
20               Based on your experience, what are
21     you basing this thought about baggage fees?
22          A.    Because I've flown on both
23     airlines.
24               MR. BONSIGNORE:  Objection.
25               THE WITNESS:  You pay for more
```

Deposition of Gabriel Garavanian

```
 1          luggage on Spirit.
 2              Q.    (By Mr. Rucker)   Are there any
 3      other harms other than baggage fees?
 4              A.    Yes.
 5              Q.    What are they?
 6              A.    This is why I think the price is
 7      going to go up.   On JetBlue, they always
 8      have the snack and everything.   On Spirit,
 9      they don't offer anything.
10               So are they going to be giving out
11      free snacks?   They're going to have to get
12      the money somewhere if they're going to be
13      doing snacks on the flight.   So, I mean,
14      that's another thing that's going to cost
15      them money.
16              Q.    Anything other than snacks?
17              A.    The merger of the two airlines,
18      you're going to have trip interruptions.
19      And, indirectly, this is my opinion.   But
20      you asked for it.
21               MR. BONSIGNORE:   Objection.
22               THE WITNESS:   You have the
23          maintenance -- go ahead.
24               MR. BONSIGNORE:   No, answer.
25               THE WITNESS:   Okay.   You're going
```

Deposition of Gabriel Garavanian

1    to have the maintenance crews -- and you

2    saw this with American and US Air.  The

3    ones on American on that merger made more

4    money than the Spirit -- I'm sorry -- the

5    US Air maintenance people.

6         So what would happen is they'd be

7    delaying flights because they wanted the

8    American maintenance person to fly from

9    point A to B to service a plane where you

10   have US Air maintenance people right

11   there.  And then they'd say, oh, we have

12   a crew problem, that's why we're

13   canceling the flight right now.

14        And this constantly happened.

15   Q.    (By Mr. Rucker)  Anything else

16   other than trip interruptions?

17            MR. BONSIGNORE:  Objection.

18            THE WITNESS:  This has to do with

19   trip interruptions, but their computer

20   system.  Okay.  The two computer systems

21   with US Air and American, there were

22   issues.  And the same thing with JetBlue

23   and American with the code share.

24        And what's going to happen is the

25   flight gets delayed and they say, hey,

Deposition of Gabriel Garavanian

```
 1          we're going to give you a $300 voucher.
 2          So the person -- this would be American
 3          and JetBlue, the code share.  The person
 4          takes the $300 voucher, brings it to the
 5          American desk, and they say, oh, no, we
 6          can't take that voucher, bring it over to
 7          JetBlue.
 8               Then they go over to JetBlue, and
 9          JetBlue sends them back to American, to
10          the point where the people get frustrated
11          and don't even use the vouchers.
12          Q.    (By Mr. Rucker)  Okay.  Anything
13     else other than interruptions with computer
14     systems?
15               MR. BONSIGNORE:  Objection.
16               THE WITNESS:  Seat assignments.
17          Okay?  JetBlue is -- every time when
18          they -- when they do the code share, the
19          first problem -- and they say, well, we
20          can't help it.  They would be canceling
21          out people's preassigned seats.  For
22          somebody like myself, if I'm traveling by
23          myself, it's an inconvenience, but that's
24          fine.
25               When you have a family of four and
```

1        the kid is 5 and the other one is 4 and

2        the family made sure on the way home that

3        the seats were all together, and an hour

4        and a half before flight time, they

5        decide to cancel the flight -- I mean,

6        I'm sorry, cancel the preassigned seats,

7        that client is calling me and they're

8        saying, Gabe, how come they're not giving

9        me the seats?

10            I take a screenshot of it, okay, I

11       have to give them -- I actually paid for

12       it.  This is in 2019.  I actually paid

13       for people's seat to sit together.  The

14       client was thankful.  She goes, what

15       happened?

16            I said, they cancelled the seat on

17       you for no reason whatsoever, but we got

18       proof that you had the seats in there.

19       But nobody wants their kid to sit -- when

20       they're 4 years old, to sit eight rows

21       behind you.

22       Q.    Just to be clear, this was a code

23   share between American and JetBlue --

24       A.    Yeah.

25       Q.    -- not a merger; is that correct?

Deposition of Gabriel Garavanian

1      A.    Correct.

2      Q.    Okay.

3      A.    And the same thing happened -- the

4    same thing was going on when American and US

5    Air merged, you know, the problem with the

6    seats.

7      Q.    Okay.  Anything else other than --

8    any other harms other than seat assignments?

9      A.    The frequent flyer programs.  I

10   don't see how -- they're completely two

11   different frequent flyer programs.  I don't

12   know how that's going to work out.

13          One of them is going to be very

14   upset, okay, with the seat assignments --

15   not the seat assignments, the frequent flyer

16   program.  Okay?

17          It's easier to get mileage on --

18   on Spirit than it is on JetBlue, okay?  So

19   somebody is not going to be happy.

20     Q.    Is it fair to say that your harms

21   are mostly based on the fact that there are

22   two ways of doing something and that there

23   has to be a resulting single way to do

24   something?

25          MR. BONSIGNORE:  Objection.

Deposition of Gabriel Garavanian

```
1              C E R T I F I C A T E

2

3         I HEREBY CERTIFY that the

4    proceedings, evidence, and objections are

5    contained fully and accurately in the

6    stenographic notes taken by me upon the

7    deposition of GABRIEL GARAVANIAN, taken

8    on June 19, 2023, and that this is a true

9    and correct transcript of same.

10

11

12

13

14                    _Allison Hall_____
                      Allison M. Hall, RDR, CRR, CSR
15

16

17

18

19

20

21

22

23

24

25
```