EXHIBIT 11

```
 1
 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                  Plaintiffs,
 5
     vs.                                    Civil Action Number
 6                                          1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                  Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13           REMOTE VIDEOTAPED DEPOSITION of YVONNE JOCELYN

14   GARDNER, taken by Defendants on Tuesday, June 20,

15   2023, commencing at 11:12 a.m. (Mountain Time), before

16   Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1

 2   R E M O T E   A P P E A R A N C E S:

 3
             BONSIGNORE TRIAL LAWYERS
 4                Attorneys for the Plaintiffs
                  23 Forest Street
 5                Medford, Massachusetts   02155
                  781.350.0000
 6
             BY:  ROBERT J. BONSIGNORE, ESQ.
 7                rbonsignore@classactions.us

 8

 9           COOLEY LLP
                  Attorneys for Defendant JetBlue Airways
10                500 Boylston Street, 14th Floor
                  Boston, Massachusetts   02116
11                617.937.2349

12           BY:  MATT NGUYEN, ESQ.
                  mnguyen@cooley.com
13

14

15   A L S O   P R E S E N T:

16           Paul D'Ambra, Video Specialist
             Joyce Rodriguez-Luna, Intern (Cooley)
17

18

19

20

21

22

23

24

25
```

```
 1                         Y. Gardner
 2    customers?
 3                  MR. BONSIGNORE:  Objection.
 4        A     For -- for what -- what airline?
 5        Q     Any airline.
 6        A     Well, I have a few.
 7        Q     From what airline?
 8        A     United.
 9        Q     Any others?
10        A     Delta.
11        Q     Any others?
12        A     I think a couple on Spirit.
13        Q     What are those Spirit flights?
14        A     Minneapolis to Orlando.
15        Q     You have a future flight booked to --
16   from Minneapolis to Orlando for one of your
17   customers?
18        A     Yes.
19        Q     And when is that flight?
20        A     When is what?
21        Q     When is that flight taking place?
22        A     Probably October.  I think it's
23   October.
24        Q     You've already booked the flight?
25        A     Uh-huh.  Yes.
```

```
 1                      Y. Gardner
 2        Q    Okay.  I'm going to close out -- and
 3   we can go ahead and move on to my last set of
 4   questions, if that's all right?
 5             MR. NGUYEN:  And I'm hoping to finish
 6         this in the next five minutes, Robert, so
 7         that we don't have to go to another break,
 8         if that's okay?
 9             MR. BONSIGNORE:  Okay.
10        Q    Ms. Gardner, would you consider this
11   case successfully resolved if JetBlue gave you a
12   financial compensation?
13        A    I'm not interested in -- in financial
14   compensation.  I'm only interested in -- in trying
15   to, um, see that Spirit isn't taken away, and so I
16   can give my clients the best service.  And when they
17   want the cheapest flight, that I can look at Spirit
18   and say, you know, It's good they're still together
19   instead of merging with another airline.  Then the
20   prices go sky high, and then you lose business.
21   People don't want to fly when the prices are -- go
22   sky high.  They just --
23        Q    So, Ms. Gardner, if you -- if you were
24   offered $10,000 to dismiss your lawsuit, you would
25   reject that?
```

```
 1
 2                  C E R T I F I C A T E
 3    STATE OF NEW YORK   )
 4                        ) ss.
 5    COUNTY OF NEW YORK  )
 6                   I, PAMELA GRIMALDI, Registered
 7         Merit Reporter, Certified Realtime
 8         Reporter, and Notary Public of the State
 9         of New York, do hereby certify that the
10         foregoing Deposition, of the witness,
11         YVONNE JOCELYN GARDNER, taken at the
12         time and place aforesaid, is a true and
13         correct transcription of my shorthand
14         notes.
15                   I further certify that I am
16         neither counsel for nor related to any
17         party to said action, nor in any wise
18         interested in the result or outcome
19         thereof.
20                   IN WITNESS WHEREOF, I have
21         hereunto set my hand this 30th day of
22         June 2023.
23
24                   _____
25                   PAMELA GRIMALDI, RMR, CRR
```