# EXHIBIT 12

```
 1

 2   R E M O T E   A P P E A R A N C E S:

 3

 4           BONSIGNORE TRIAL LAWYERS
                 Attorneys for the Plaintiffs
                 23 Forest Street
 5               Medford, Massachusetts   02155
                 781.350.0000
 6
             BY: ROBERT J. BONSIGNORE, ESQ.
 7               rbonsignore@classactions.us
                      - and -
 8               MELANIE PORTER, ESQ.
                 (Not present at the beginning of the
 9                deposition)

10

11           COOLEY LLP
                 Attorneys for Defendant JetBlue Airways
12               500 Boylston Street, 14th Floor
                 Boston, Massachusetts   02116
13               617.937.2349

14           BY: MATTHEW NGUYEN, ESQ.
                 mnguyen@cooley.com
15

16

17
     A L S O   P R E S E N T:
18
             Paul D'Ambra, Video Specialist
19           Jenny Portis, Intern with Cooley LLP

20

21

22

23

24

25
```

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                   Plaintiffs,
 5
     vs.                                    Civil Action Number
 6                                           1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                 Defendants.

 9   - - - - - - - - - - - - - - - - - -x

10

11

12

13           REMOTE VIDEOTAPED DEPOSITION of HARRY

14   GARAVANIAN, taken by Defendants on Tuesday, June 20,

15   2023, commencing at 9:04 a.m., before Pamela Grimaldi

16   (via Zoom), a Registered Merit Reporter, Certified

17   Realtime Reporter, and Notary Public within and for

18   the State of New York.

19

20

21

22

23

24

25
```

```
 1                    H. Garavanian
 2   and Spirit will have on your business income?
 3            MR. BONSIGNORE:  Objection.
 4         A    You have less choices.  And what
 5   happened is the people who like Spirit, they keep
 6   the pricing down.
 7         Q    Mr. Garavanian, I think I'm asking you
 8   a little bit more of a specific question, which
 9   is --
10         A    Okay.
11         Q    -- will that affect the income you
12   receive from Garavanian Travel moving forward?
13         A    Well, now that we're out of business,
14   you know, I can't --
15         Q    Now that you're out of the business,
16   it can't affect your income from Garavanian Travel?
17         A    Right.
18            MR. BONSIGNORE:  Objection.
19         A    It's really irrelevant -- not to be --
20   this isn't to be snitty.  It's really irrelevant
21   because I'm out of business.  So I don't know what
22   the impact is because travel business is -- changes.
23   So it's changed over the years.  So I -- I can't --
24   I mean, it's been like three years; so ...
25         Q    Thank you, Mr. Garavanian.
```

```
 1                    H. Garavanian
 2   you?
 3        A    Yes.
 4        Q    And you don't remember why?
 5        A    I don't know -- remember why they gave
 6   me the free ticket.  I don't know if it was a credit
 7   card thing or whatever.  So I have no idea.  I
 8   can't -- I can't recall.
 9        Q    Okay.  Mr. Garavanian, aside from that
10   flight that you just took, do you have any other
11   future flights that you've already booked?
12        A    No.
13        Q    None from Spirit?
14        A    No.
15        Q    None from JetBlue?
16        A    Nope.
17        Q    None from any other airline?
18        A    No.
19        Q    I want to turn our attention, then, to
20   what you were saying earlier about potentially
21   getting that flight for free through credit card
22   points.
23             Are you a member of any credit card
24   programs?
25        A    No.  That's why I --
```

```
 1                      H. Garavanian
 2   was issued.  I can't -- forgive me.  I can't
 3   remember the date.  So when it was issued.
 4         Q     Okay.  So after the complaint was
 5   filed, then you reviewed it for the first time?
 6         A     Pretty much.
 7               I just like did it simultaneously.
 8   They were telling us -- when our group -- when we
 9   talked anyway.  So I don't -- I don't -- you know, I
10   can't specifically -- I did look at it, reviewed it;
11   so ...
12         Q     Okay.  And, Mr. Garavanian, prior to
13   the break, you had said that you had no near-term
14   plans to fly and that you had never flown Spirit
15   before.  Can you explain to me how the merger would
16   personally affect you, given that you do not fly
17   often?
18               MS. PORTER:  Objection to form.
19               Go ahead.
20         A     I'm going to say my son's down in
21   Tampa, so I am going to be definitely flying there.
22   My twin brother lives in Myrtle Beach, and he
23   takes -- he takes Spirit all the -- all the time.
24   So I know I'll be visiting him in Myrtle Beach.  So
25   I def- -- looking at it, I'm just going to go down
```

```
 1                      H. Garavanian
 2   for visits back and forth.  So I didn't -- I
 3   definitely intend to go fly down to visit both of
 4   them.
 5          Q      But you haven't booked any flights as
 6   of today?
 7          A      Right.  As of today.
 8                 But in the fall, I'm planning to
 9   definitely go.
10          Q      But as of today, you haven't booked
11   any flights?
12          A      No.
13          Q      And you don't know what airline you're
14   going to book when you fly in the fall?
15          A      To be straight up, it's probably going
16   to be -- it's Spirit.  My son flies Spirit.  He
17   likes Spirit, the price.  I picked him up in
18   Manchester when he flew from Tampa to Manchester,
19   New Hampshire.
20          Q      But you don't know right as of this
21   date what airline?
22                 MS. PORTER:  Objection.
23          A      I'm probably going to lean towards
24   Spirit to be straight up.  I know you're saying
25   JetBlue, but I -- the value of flying Spirit.
```

```
 1
 2                     C E R T I F I C A T E
 3    STATE OF NEW YORK   )
 4                        ) ss.
 5    COUNTY OF NEW YORK  )
 6                   I, PAMELA GRIMALDI, Registered
 7           Merit Reporter, Certified Realtime
 8           Reporter, and Notary Public of the State
 9           of New York, do hereby certify that the
10           foregoing Deposition, of the witness,
11           HARRY GARAVANIAN, taken at the time and
12           place aforesaid, is a true and correct
13           transcription of my shorthand notes.
14                   I further certify that I am
15           neither counsel for nor related to any
16           party to said action, nor in any wise
17           interested in the result or outcome
18           thereof.
19                   IN WITNESS WHEREOF, I have
20           hereunto set my hand this 29th day of
21           June 2023.
22
23                              _____
24                   PAMELA GRIMALDI, RMR, CRR
25
```