# EXHIBIT 13

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                   Plaintiffs,
 5
     vs.                                 Civil Action Number
 6                                        1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                 Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13         REMOTE VIDEOTAPED DEPOSITION of VALARIE JOLLY,

14   taken by Defendants on Wednesday, June 21, 2023,

15   commencing at 12:02 p.m. (Central Time), before Pamela

16   Grimaldi (via Zoom), a Registered Merit Reporter,

17   Certified Realtime Reporter, and Notary Public within

18   and for the State of New York.

19

20

21

22

23

24

25
```

```
 1                      V. Jolly
 2        Q     Okay.  And, Ms. Jolly, are you a
 3   member of the Executive Platinum American Airlines
 4   AAdvantage program?
 5        A     Yes.
 6        Q     And it looks like earlier in your
 7   interrogatory response, you indicated that you fly
 8   with American Airlines between New York and
 9   Dallas/Fort Worth.  You've flown that route quite
10   often in the past?
11        A     Yes.
12        Q     Is it fair to say that you prefer to
13   fly American Airlines, given your Executive Platinum
14   membership?
15              MR. BONSIGNORE:  Objection.
16        A     In -- to that route?
17        Q     In general.
18        A     In general, it's more convenient
19   because I live near Dallas/Fort Worth, normally.
20        Q     And in general, you prefer to fly with
21   American Airlines because of your loyalty program
22   with them?
23        A     That is not what I said.  I said
24   that --
25        Q     It's a separate question.
```

```
 1                       V. Jolly
 2   you had booked a flight on Spirit, and I believe
 3   that you answered that you hadn't.  You presently
 4   don't hold a booked flight on Spirit; is that
 5   correct?
 6           A     Right now, no.
 7           Q     Do you plan to fly on Spirit in the
 8   future?
 9                 MR. NGUYEN:  Objection.
10           Q     And if so, where?
11                 MR. NGUYEN:  Objection.
12           A     I definitely could.  My best friend
13   lives in New York, and her daughter is getting
14   married in the fall.  Normally, before I started so
15   much international travel, I used to go see her
16   every single year.  So I'm hoping in the next few
17   years to actually cut back on my business travel and
18   get back to my personal travel.  So she lives also
19   in New York.
20                 My husband and I love going to
21   Saratoga and the Lake George area also in New York.
22   We fly into Boston for that or into New York.
23   Definitely want to go back there again.
24                 We scuba dive.  We go to the Caribbean
25   quite often.  But we plan on doing more cruises, a
```

1         V. Jolly
2    lot -- going out of Puerto Rico.  So I will
3    definitely be looking at that.  And any -- anyplace
4    else.  Like I say, I'm planning on ramping up on my
5    personal travel and winding back my business travel,
6    so a lot of that will be across the United States.
7              And I'm always going to check, because
8    I'm looking at the value -- I don't just use points,
9    I look at the value versus what a ticket costs.  I
10   actually had a really good experience on Spirit when
11   I flew on them.  Like I say, I had the choice to
12   purchase, you know, all of the benefits, and it was
13   a really good experience.  I had no problem with it
14   at all.
15             So I definitely will be looking at
16   Spirit, and they go to a lot of places that I want
17   to go.
18        Q    Thank you.
19             Do you have any other concerns --
20   would -- would you please describe any other
21   concerns that you have if this merger goes through?
22             MR. NGUYEN:  Objection.
23        A    Yes.
24             I have seen and seen many times when
25   the smaller airlines leave a -- leave a market, the

```
 1                         V. Jolly
 2   military and there was a parents' day, and the only
 3   way my -- his parents, my kids, were able to afford
 4   to fly there was on Spirit.  They couldn't afford
 5   any of the other airlines.
 6              And so if that's gone, there's a lot
 7   of people who will not be able to fly because they
 8   simply can't afford it.  And every time there's a
 9   merger, that's what happens.  We lose capacity.  The
10   fares go up in the markets that we lose the
11   competitors.
12       Q    Okay.  You've listed two cities that
13   you intend to fly Spirit on, or at least consider
14   Spirit, that being two -- well, three -- two to
15   Puerto Rico, two cities in Puerto Rico, and then
16   also New York.
17              Are there any other cities that Spirit
18   serves that you intend to fly, whether you've made
19   concrete plans now or not?
20       A    I don't know all of the cities that
21   they fly to, but definitely I've got friends in
22   Florida, anyplace in the Northeast that they go or
23   in the, you know, Utah area.  I'm not familiar.  But
24   I would always consider them.  And I fly and intend
25   on flying even more.
```

```
                    C E R T I F I C A T E

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

            I, PAMELA GRIMALDI, Registered
    Merit Reporter, Certified Realtime
    Reporter, and Notary Public of the State
    of New York, do hereby certify that the
    foregoing Deposition, of the witness,
    VALARIE JOLLY, taken at the time and
    place aforesaid, is a true and correct
    transcription of my shorthand notes.
            I further certify that I am
    neither counsel for nor related to any
    party to said action, nor in any wise
    interested in the result or outcome
    thereof.
            IN WITNESS WHEREOF, I have
    hereunto set my hand this 4th day of
    July 2023.

                    _____
                    PAMELA GRIMALDI, RMR, CRR
```