EXHIBIT 14

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                    Plaintiffs,
 5
     vs.                                  Civil Action Number
 6                                         1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                  Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13        REMOTE VIDEOTAPED DEPOSITION of MICHAEL

14   MALANEY, taken by Defendants on Wednesday, June 21,

15   2023, commencing at 9:04 a.m. (Eastern Time), before

16   Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1                      M. Malaney
 2              MR. BONSIGNORE:  Objection.
 3       A      They moved to Atlanta.
 4       Q      Atlanta?
 5       A      Uh-huh.
 6       Q      What is the nearest airport to where
 7  they live?
 8       A      I never asked them that.  They live
 9  north of Atlanta.  But probably Atlanta
10  international airport, whatever it's called.  ATL.
11       Q      If you fly to visit them, would you
12  likely fly into the Atlanta airport?
13       A      I would think that's probably the
14  place that we would go to, yes.
15       Q      From Grand Rapids?
16       A      My wife even -- my wife even may go on
17  that trip.
18       Q      From Grand Rapids?
19       A      Correct.
20       Q      What airlines operate a flight from
21  Grand Rapids to Atlanta today?
22       A      I'm pretty sure Delta still does.
23       Q      Does JetBlue?
24       A      Not that I'm aware of.
25       Q      Does Spirit?
```

```
  1                    M. Malaney
  2        A     I don't know that.
  3        Q     You don't know?
  4        A     I don't know.
  5        Q     And you also mentioned that you like
  6   to go golfing.
  7        A     Yes.
  8        Q     Where are the locations that you like
  9   to go golfing to?
 10              MR. BONSIGNORE:  Objection.
 11        A     North Carolina and South Carolina.
 12   Arizona.
 13        Q     Any others?
 14        A     Palm Springs.
 15        Q     Have you ever flown to those
 16   destinations before?
 17        A     I have.
 18        Q     To go golfing?
 19        A     Correct.
 20        Q     In the last 10 years?
 21        A     No.
 22        Q     Based on your flight records that we
 23   discussed earlier, you hadn't made any flights to
 24   those locations in the last eight years; is that
 25   right?
```

```
 1                    M. Malaney
 2           THE WITNESS:  Okay.
 3           Anything else?
 4  FURTHER EXAMINATION
 5  BY MR. BONSIGNORE:
 6      Q    Would you limit your future golf trips
 7  to the cities that you listed.
 8      A    No.
 9      Q    You'll go wherever your friends go or
10  you decide to go?
11      A    Yeah.  There's a big -- big spot up in
12  Oregon that I've always wanted to go visit.
13           (Reporter requested verification.)
14      A    There's a golf resort in Oregon that
15  has three great golf courses that I'd like to try.
16  I'm not sure these guys are even thinking about
17  that.  It's a hard place to try and get into.
18      Q    Does Detroit have an airport?
19      A    Does what?
20      Q    Does Detroit have an airport?
21      A    Yes, they do.
22      Q    And how far away from Grand Rapids is
23  Detroit?
24      A    It's about a two-and-a-half-hour
25  drive.
```

```
 1                      M. Malaney
 2        Q      And if the price and schedule work,
 3   would you fly to Detroit to fly -- to take an air
 4   ride -- strike that.
 5               If the price and schedule was right,
 6   would you drive to Detroit to take a flight?
 7               MR. NGUYEN:  Objection for the record.
 8        A      It would have to be -- it'd have to be
 9   a big discount because I don't like driving to
10   Detroit.
11        Q      When you say "discount," there would
12   have to be a big discount?
13        A      A big discount and the timing --
14               (Simultaneous speakers.)
15               (Reporter admonition.)
16        Q      Next question.  Do you have any
17   control over where your family or friends live?
18               MR. NGUYEN:  Objection.
19        Q      Strike that.
20               Do you have any control over where
21   your daughter chooses to live?
22               MR. NGUYEN:  Objection.
23        A      Nope.  She's lived there for 10 years
24   and ...
25        Q      And if she moved, would you visit her
```

```
                  C E R T I F I C A T E

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

            I, PAMELA GRIMALDI, Registered
    Merit Reporter, Certified Realtime
    Reporter, and Notary Public of the State
    of New York, do hereby certify that the
    foregoing Deposition, of the witness,
    MICHAEL MALANEY, taken at the time and
    place aforesaid, is a true and correct
    transcription of my shorthand notes.
            I further certify that I am
    neither counsel for nor related to any
    party to said action, nor in any wise
    interested in the result or outcome
    thereof.
            IN WITNESS WHEREOF, I have
    hereunto set my hand this 4th day of
    July 2023.


                    _____
                    PAMELA GRIMALDI, RMR, CRR
```