EXHIBIT 15

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3    _____

 4    GABRIEL GARAVANIAN, et al.,      |

 5              Plaintiffs,            | Case No.

 6         v.                          | 1:23-cv-10678-WGY

 7    JETBLUE AIRWAYS CORPORATION      |

 8    and SPIRIT AIRLINES, INC.,       |

 9              Defendants.            |

10    _____  |

11

12                 ** CONFIDENTIAL **

13

14       ZOOM VIDEO CONFERENCE DEPOSITION

15                  LEN MARAZZO

16                June 28, 2023

17               2:05 p.m. Pacific

18

19

20

21   Stenographically reported by:

22   Cynthia J. Conforti, CSR, CRR

23   License No. 084-003064

24

25   Job No. 20993
```

```
 1  BY MR. GAFFNEY:
 2      Q   So if you just scroll through the whole
 3  thing slowly, it looks like you've flown on
 4  American, Southwest, JetBlue, United, and
 5  Amer- -- sorry, I said American.
 6      A   Yeah.
 7      Q   So American, JetBlue, United, and
 8  Southwest; is that right?
 9      A   Yes, that would -- that would be right.
10      Q   And, I mean, the vast majority of these
11  are American, right?
12      A   Yes.
13      Q   Have you ever flown on Spirit?
14      A   I have not.
15      Q   Do you have any plans to fly Spirit in --
16      A   I'm -- sorry, I apologize.  I interrupted
17  you.
18      Q   No.
19          Do you have any plans to fly Spirit as of
20  today?
21      A   I don't have anything concrete as of
22  today, but I do look at Spirit regularly because
23  they're in the Vegas market.  And then my daughter
24  flies Spirit regularly, and I pay for her ticket,
25  so I'm pretty familiar with Spirit in that sense,
```

1    especially in this market.
2        Q    And where does your daughter fly Spirit to
3    and from?
4        A    I did -- that's another document that was
5    produced, so there is a record of that.  But she
6    flies Reno -- or Las Vegas to Reno on Spirit to
7    come home to see us from college, as well as, you
8    know, we bought her a ticket, I think, to Houston
9    on Spirit.  And I'd have to look at that document
10   to be sure, but primarily that's that market.
11           MR. GAFFNEY:  Mr. Bonsignore, I'm just
12   going to note for the record, I also don't think
13   we've seen that document.
14           MR. BONSIGNORE:  Can you describe that
15   document?
16           THE WITNESS:  I'm sorry?
17           MR. BONSIGNORE:  Can you give me a
18   succinct description of that document?
19           THE WITNESS:  Yes, it's -- so that
20   individual document is a one-page document that
21   has all of my daughter's flights listed on it.
22           MR. BONSIGNORE:  Okay.
23           MR. GAFFNEY:  Okay.  Well, Robert, we'll
24   reserve, as we have in the other depositions.
25

```
 1  travel to Fort Lauderdale.
 2      Q  Do you have any specific plans to travel
 3  for personal reasons to Orlando?
 4      A  We are considering traveling to Orlando to
 5  Disney World, yes.  I don't have it -- I don't
 6  have it booked, though.
 7      Q  Got it.
 8         And when you say "we," is that with your
 9  family as well?
10      A  Yes.
11      Q  Do you have any --
12      A  I'm not going to Disneyland by myself.
13      Q  I -- I understand.  Although some people
14  do.
15      A  Right.  They're -- yeah.  I'll reserve
16  that.
17      Q  So will I.
18         How about Boston?
19      A  We've talked about going to Boston, but
20  it's very expensive to get to Boston, so I don't
21  have anything planned to Boston.
22      Q  What about to Los Angeles?
23      A  We consider Los Angeles regularly --
24      Q  Would you --
25      A  -- or that area.
```

1   Q  Would you drive if you traveled to
2 Los Angeles?
3   A  I would drive -- I would rather fly, but
4 depending -- if I could not get a reasonable
5 airfare, then I would possibly drive depending on,
6 you know, how it penciled out with gas.
7   Q  Got it.
8      What about New York?
9   A  Yes.  We got a couple of -- I believe
10 trips on here to New York, and we, you know, often
11 talk about going to New York.
12   Q  And just to be sure, those are personal
13 trips?
14   A  Yes.
15      What I'm referring to right now is all --
16 I thought we were talking about personal.
17   Q  No, good.  I just -- I was -- I wanted to
18 clarify, but thank you.
19   A  Yep.
20   Q  What about personal trips to San Juan,
21 Puerto Rico?
22   A  I have not considered going to Puerto Rico
23 recently.
24   Q  What about personal trips to Cancun,
25 Mexico?

```
 1  pay for the airfare?
 2      A   They would pay for mine but not my
 3  spouse's.
 4      Q   Do you have any concrete plans to travel
 5  to Salt Lake City for personal reasons?
 6      A   When you say "concrete," do you mean do I
 7  have it booked?
 8      Q   I mean do you have -- do you have it
 9  planned?  Do you know the days you're going and if
10  you have it --
11      A   I do -- I do tentatively, yes.
12      Q   When is that?
13      A   In mid-October.
14      Q   And would you mind just telling me the
15  reason you're going to Salt Lake City?
16      A   Yeah, yeah.  My daughter's graduated
17  nursing school and is moving to Salt Lake.
18      Q   Oh, congratulations.
19      A   Thanks.
20      Q   San Jose, Costa Rica?
21      A   No plans.
22      Q   When did you -- are you flying to Salt
23  Lake City, by the way?
24      A   Our goal is to fly.  We haven't booked the
25  date.  We haven't booked the flights.
```

1    A    She's -- not necessarily.
2    Q    Okay.  And just to come back to something
3    we talked about a little while ago, do you have
4    any concrete plans to fly Spirit in the future?
5            MR. BONSIGNORE:  Objection.
6            THE WITNESS:  You want me to answer that?
7            MR. BONSIGNORE:  Yeah, you can answer.
8            THE WITNESS:  Yeah.
9            So do I have a concrete plan.  I guess the
10    definition of "concrete" is what I'm struggling
11    with.
12            So yes, I do plan to fly Spirit in the
13    future because they are the best price between
14    here and Las Vegas, and I will be going to visit
15    her.  Will I fly Spirit for sure if that's what
16    the definition is of "concrete"?  I can't answer
17    that.  I don't know.  But if it's the least
18    expensive and I'm paying for it and the time
19    works, yes.
20    BY MR. GAFFNEY:
21        Q    And just to be sure, you mentioned it's
22    the cheapest price between Reno and Las Vegas, but
23    you've flown that route a number of times, and
24    you've never flown Spirit, right?
25        A    I don't know that I've flown it a number

```
 1  CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
 2          I, Cynthia J. Conforti, Certified
 3  Shorthand Reporter No. 084-003064, CSR, CRR, and a
 4  Notary Public in and for the County of Cook, State
 5  of Illinois, the officer before whom the
 6  foregoing deposition was taken, do hereby certify
 7  that the foregoing transcript is a true and
 8  correct record of the testimony given; that said
 9  testimony was taken by me stenographically and
10  thereafter reduced to typewriting under my
11  direction; that reading and signing was requested;
12  and that I am neither counsel for, related to, nor
13  employed by any of the parties to this case and
14  have no interest, financial or otherwise, in its
15  outcome.
16      IN WITNESS WHEREOF, I have hereunto set my
17  hand and affixed my notarial seal this 10th day of
18  July, 2023.
19
20  My commission expires: October 30, 2023
21
22  _____Cynthia J. Conforti_____
23  Notary Public in and for the
24  State of Illinois
25
```

```
 1              LEN MARAZZO ERRATA SHEET
 2
 3   Job ID: 21198
 4   Case Caption: Gabriel Garavanian, et al., v
 5   JetBlue Airways Corporation, et al.
 6   Case No. 1:23-cv-10678-WGY
 7
 8
 9         DECLARATION UNDER PENALTY OF PERJURY
10
11         I declare under penalty of perjury that I
12   have read the entire transcript of my Deposition
13   taken in the above-captioned matter or the same
14   has been read to me and the same is true and
15   accurate, save and except for changes and/or
16   corrections, if any, as indicated by me on the
17   DEPOSITION ERRATA SHEET hereof, with the
18   understanding that I offer these changes as if
19   still under oath.  Signed on the
20   _____day of _____, 20   .
21
22
23
24   _____
25   LEN MARAZZO
```