# EXHIBIT 16

```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
    GABRIEL GARAVANIAN, et al.,          )
 3                                       )
             Plaintiffs,                 )
 4                                       )
    v.                                   ) Case No.
 5                                       ) 1:23-cv-10678-WGY
    JETBLUE AIRWAYS CORPORATION and      )
 6  SPIRIT AIRLINES, INC.,               )
                                         )
 7           Defendants.                 )

 8

 9

10            ********************************
                 REMOTE VIDEOTAPED DEPOSITION OF
11                      LISA RUTH McCARTHY
                          June 22, 2023
12            ********************************

13

14

15         LISA RUTH McCARTHY, produced as a witness at

16   the instance of the Defendants, was duly sworn and

17   deposed in the above-styled and numbered cause on

18   June 22, 2023, from 9:06 a.m. to 11:48 a.m. EST,

19   stenographically reported remotely, pursuant to

20   the Federal Rules of Civil Procedure and the

21   provisions stated on the record.

22

23
         Reported by:    Rebecca A. Graziano, CSR, RMR, CRR
24                       Texas CSR 9306
                         California CSR 14407
25                       Illinois CSR 084.004659
```

```
 1    Everything but sell the travel.
 2    Q     Got it.
 3              How many employees does MAD Travel
 4    have?
 5    A     There are seven of us in total.
 6    Q     How many of those are travel agents?
 7    A     Six of them.
 8    Q     So you're the only nontravel agent that
 9    works for MAD Travel?
10    A     That's correct.
11    Q     Okay.  Who is the owner of MAD Travel?
12    A     Lee McCarthy.
13    Q     Is that a family member?
14    A     Lee is my husband, yes.
15    Q     Okay.  Is your husband the sole owner of
16    MAD Travel?
17    A     Yes, he is.
18    Q     Okay.  Has he always been the sole owner?
19    A     No.  He purchased the agency from the
20    previous owner, and it was a -- I don't remember
21    exactly how many years, but I will say an
22    approximate five-year buyout in which they were
23    co-owners, and now he is currently the 100 percent
24    sole owner.
25    Q     Who was that prior co-owner?
```

```
 1    Q    You're not aware of any agreements that
 2  MAD Travel has with any airlines?
 3    A    I can't recall right at this particular
 4  moment.
 5    Q    Who handles the agreements between
 6  MAD Travel and airlines?
 7    A    My husband and myself.
 8    Q    So you're part of that communication with
 9  the airlines?
10    A    Yes.
11    Q    What are some of the airlines that you've
12  communicated with over the past couple years?
13    A    If we had a contract -- which, again, I
14  can't say from this particular setting because I
15  don't know -- it would have been with American or
16  Delta or United.
17    Q    So let's take those one by one.
18              What type of agreement would
19  MAD Travel have with American?
20    A    Well, it would be -- most likely it would
21  be for a back-end override based on volume.
22    Q    What is a back-end override?
23    A    So if we -- if our sales are substantial
24  based on certain routes, et cetera, and city
25  pairs, then it's possible we would get an
```

```
 1    Q      So your understanding is that Travel
 2  Leaders gets a cut of those commissions, and
 3  MAD Travel takes a piece of those commissions;
 4  correct?
 5    A      Yes.
 6    Q      Okay.  And you don't know the breakdown
 7  for how those commissions are allocated?
 8              MR. BONSIGNORE:  Objection.
 9              THE WITNESS:  Well, I don't know
10         for everything, so no.  I mean, I'm not --
11         I'm not on the Travel Leaders side, so I
12         don't know -- if they offer me a
13         12 percent commission from Carnival
14         cruises, I don't know what percentage
15         they're getting.
16  BY MR. SISKO:
17    Q      Does -- is this -- strike that.
18              Does Travel Leaders Network -- strike
19  that.
20              Is -- the agreement between Travel
21  Leaders Network and MAD Travel, what type of
22  agreement is it?  It's a franchise agreement?
23    A      Yes.
24    Q      And who signed that agreement for
25  MAD Travel?
```

```
 1     Q      Okay.  Ms. McCarthy, do you fly out of
 2   Fort Lauderdale?
 3     A      I have, yes.
 4     Q      What would you say is your preferred
 5   airline to fly out of?
 6     A      My preferred airport?
 7     Q      Airport.  I'm sorry.  Yes.
 8     A      Fort Myers.
 9     Q      Okay.  Just because it's closer to your
10   house?
11     A      Yes.
12     Q      But you have flown out of Fort Lauderdale?
13     A      Yes.
14     Q      And you've also flown out of Miami?
15     A      Yes.
16     Q      Do you know what airlines service Fort
17   Lauderdale?
18     A      Many airlines.
19     Q      So the legacy carriers, surely?
20     A      Yes.
21     Q      And does JetBlue service Fort Lauderdale?
22     A      Yes.
23     Q      Does Spirit service Fort Lauderdale?
24     A      Yes.
25     Q      And then same question about Miami.  Does
```

1    A        It should, yes.
2    Q        And those flights were actually -- were
3    physically booked by your husband, Lee McCarthy;
4    correct?
5    A        Well, I would say yes.
6    Q        Okay.  Did you review your emails in
7    preparing this list of flights?
8    A        What emails are you referring to?
9    Q        Things like travel confirmations or flight
10   receipts, things like that.
11   A        Well, I rely on my Trams accounting system
12   for my receipts.
13   Q        Did you review any account histories you
14   may have for any of the airlines listed here?
15   A        Can you be more specific?
16   Q        Sure.
17            Did you review -- for example, the
18   first on the list is Delta.  Did you review your
19   online account with Delta to see your flight
20   history?
21            MR. BONSIGNORE:  Objection.
22            THE WITNESS:  I rely on my Trams
23       accounting system for my flights.  So if
24       it was booked through MAD Travel, which is
25       our normal way of making flight

```
 1    A      Yes.
 2    Q      So this is an international flight?
 3    A      That is correct.
 4    Q      That was booked on American?
 5    A      Yes.
 6    Q      Did MAD Travel receive a commission for
 7  this flight?
 8    A      I don't know.
 9    Q      Does MAD Travel typically receive
10  commissions for American flights to South America?
11    A      I don't know.
12    Q      You testified earlier that for some
13  international flights, MAD Travel receives a
14  commission from American, Delta, and United; is
15  that correct?
16    A      I did say that, yes.
17    Q      Okay.  And do you know what class you --
18  or excuse me.  Strike that.
19           Did you fly business class to Brazil?
20    A      I don't remember if the ticket was booked
21  in business class or premium economy or a
22  combination of the two.
23    Q      Well, if you look at the price, which is
24  the third from -- third column from the right,
25  it's a $4,300 ticket, more or less; correct?
```

```
 1    is on this chart, then that's what it would be.
 2     Q       Well, I mean, we can take a look.  So
 3    the --
 4     A       There's one.
 5     Q       Yup.  So that May 12th, 2015, that was, it
 6    looks like, Fort Myers to Washington, DC.  Do you
 7    see that?
 8     A       Yes.
 9     Q       Okay.  And then in 2019 -- or excuse me --
10    in 2018, there's a flight from Fort Lauderdale to
11    PLS.
12     A       Uh-huh.
13     Q       What is PLS?
14     A       Providenciales in Turks and Caicos.
15     Q       Okay.  So that's an international flight?
16     A       Uh-huh.
17     Q       And then in 2019, there's a flight to --
18    excuse me -- from DC back to Fort Myers; is that
19    correct?
20     A       Yes.
21     Q       Okay.  So those are the only three JetBlue
22    flights listed on this chart?
23     A       It looks that way.
24     Q       JetBlue services Fort Myers airport;
25    correct?
```

1   A       Well, I think with the merger, it's going
2   to eliminate one of -- you know, eliminate
3   competition; right?  So it's going to eliminate a
4   carrier with other options in the market.  So I
5   think that it's going to affect prices on all
6   airlines.  They're going to be higher.  Without
7   those planes in the sky, there's going to be fewer
8   seats available, fewer seats on the planes,
9   increased prices, like I said.  I think there's
10  going to be fewer people -- support staff on the
11  ground servicing the gates.
12              I think -- I think for -- for me, it's
13  going to remove another consideration for my
14  travels.  I think for other people's travels, I
15  think it's going to be doing all the same thing.
16  I think there's going to be lots of people that
17  aren't going to be able to afford the non-low cost
18  carriers, so I think they aren't going to be able
19  to travel by air.
20   Q       Thanks for that, Ms. McCarthy.  I think my
21  question was a little different.
22              How is the proposed JetBlue and Spirit
23  merger going to impact your personal travel?  What
24  I heard you say was it will remove -- it may
25  remove a consideration for you, and I'm asking how

1  my husband owns the agency.  So while it is not
2  coming out of my direct income, it certainly makes
3  a difference on his bottom line and the bottom
4  line of MAD Travel.
5     Q     Right.  Because your business and personal
6  travel are both booked through MAD Travel;
7  correct?
8     A     Yes.
9     Q     And so other than potentially removing a
10 consideration from the market, can you give me any
11 specific harm that will come to you as a result of
12 this merger?
13    A     Well, again, I think escalating prices.  I
14 think it's going to be harder to get seats on
15 airplanes if you're removing a carrier out of the
16 marketplace.  You know, I think it's also, by
17 eliminating jobs and all of that, I think that my
18 personal experience flying is going to be
19 diminished.  As it is, customer service seems to
20 be on the decline.  And then without -- you know,
21 without the employees and all of that, it's going
22 to be harder -- harder than it already is.
23    Q     Ms. McCarthy, I'm not trying to badger.
24 You've answered my question by a series of "I
25 think" statements, and I'm asking you other than

```
 1                     EXAMINATION
 2   BY MR. BONSIGNORE:
 3    Q      Thank you for your testimony and taking
 4   the time, Mrs. McCarthy.
 5              You previously testified relating to
 6   your travel facilitated by and through your
 7   employer, MAD Travel.  Do you personally have
 8   travel plans in the future?
 9    A      Yes, I intend to travel in the future.
10    Q      And that -- do you have personal travel
11   plans unrelated to MAD Travel?
12    A      Yes.  So --
13    Q      Who will pay for that future travel that
14   you will take unrelated to MAD Travel?
15    A      Well, I will pay for that personally.
16    Q      And where do you intend to travel?
17    A      Well, I have a couple of things that I'm
18   looking to do in the future, so I intend to go
19   visit family and friends in the Detroit area.  I
20   have, again, personal -- my weight-loss program
21   convention, I intend to travel that -- to that on
22   an annual basis, and that's always held in
23   Atlanta.
24              Again, I have friends that are in the
25   Northeast, so I intend to go visit them --
```

1  Connecticut, Boston, New York areas.  I have a
2  very good friend who has a home in The Berkshires,
3  so I intend to use Hartford as a destination to
4  get to The Berkshires.
5           I also have a godson who will be
6  graduating from high school in the next two years
7  and he's in Pittsburgh, so I intend to travel to
8  Pittsburgh for his graduation.
9           And then I -- you know, wherever --
10 wherever the need is and whatever events come up
11 in the future, I definitely intend to travel to
12 them.
13   Q    When you travel and personally pay for
14 your future travel, will you exclude from
15 consideration any airline?
16   A    No, I will not.  I will definitely
17 consider all the airlines, and I will definitely
18 consider low-cost carriers now that I'm paying for
19 myself, now that I'm making the decisions for
20 myself, you know, and it's based on my needs and
21 what are my priorities.
22   Q    Thank you.
23           And the low-cost carriers that you
24 will consider, in your mind, they include Spirit?
25   A    Yes, I intend to fly on Spirit in the

```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
    GABRIEL GARAVANIAN, et al.,            )
 3                                         )
            Plaintiffs,                    )
 4                                         )
    v.                                     ) Case No.
 5                                         ) 1:23-cv-10678-WGY
    JETBLUE AIRWAYS CORPORATION and        )
 6  SPIRIT AIRLINES, INC.,                 )
                                           )
 7          Defendants.                    )

 8
                    REPORTER'S CERTIFICATION
 9             REMOTE VIDEOTAPED DEPOSITION OF
                        LISA RUTH McCARTHY
10                       June 22, 2023

11          I, Rebecca A. Graziano, Certified Shorthand

12  Reporter in and for the States of Texas,

13  California, and Illinois, hereby certify to the

14  following:

15          That the witness, LISA RUTH McCARTHY, was

16  duly sworn and that the transcript of the oral

17  deposition is a true record of the testimony given

18  by the witness;

19          I further certify that pursuant to FRCP Rule

20  30(f)(1) that the signature of the deponent:

21          ____ was requested by the deponent or a

22  party before the completion of the deposition and

23  returned within 30 days from date of receipt of

24  the transcript.  If returned, the attached Changes

25  and Signature Page contains any changes and the
```