# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3

 4  GABRIEL GARAVANIAN, et al.,

 5                    Plaintiffs,

 6       vs.                        Case No. 1:23-cv-10678-WGY

 7  JETBLUE AIRWAYS CORPORATION and

 8  SPIRIT AIRLINES, INC.,

 9                    Defendants.

10  _____/

11

12          VIDEOTAPED DEPOSITION OF TIMOTHY NIEBOER

13                     APPEARING REMOTELY

14

15                 Sunday, June 18, 2023

16                     1:03 p.m. EDT

17

18

19

20

21

22

23  REPORTED BY:

24  Cheri L. Poplin, CSR-5132, RPR, CRR

25  APPEARING REMOTELY FROM WAYNE COUNTY, MICHIGAN
```

1  A.  No.
2  Q.  And when you might have had a short duration of
3      ownership of your mother's travel agency, did you
4      realize any or make any income from that travel
5      agency?
6  A.  I did not.
7  Q.  And what was the name of your mother's travel agency?
8  A.  Travel Professionals.
9  Q.  And where was it located?
10 A.  Kalamazoo, Michigan.
11 Q.  Do you know about when the business was started?
12 A.  The business was started about close to 40 years ago.
13 Q.  And was it your mother that started the business?
14 A.  My -- my stepfather -- my mom was a travel agency for
15     her whole life -- or travel agent for her whole life,
16     and my stepfather really believed in her and the way
17     that she conducted herself, and he -- literally he had
18     a flourishing company in real estate and he sold that
19     and started up a travel agency.  I'm not sure if it
20     started out as Travel Professionals, but I believe
21     that's where it ended up, but they started a new
22     agency.
23 Q.  And is Travel Professionals still in business now?
24 A.  ==It should be.  It was taken over when she passed==
25     ==literally because of what happened to her with the==

```
 1        airlines previously.  She literally -- the company was
 2        literally just struggling.  She literally had nothing
 3        to her name, and she -- excuse me.
 4   Q.   You can take a moment.
 5   A.   Trying not to do this.
 6   Q.   Would you like to take a brief break?
 7   A.   Just give me a minute.  She's -- they struggled for a
 8        long time, so really there wasn't much left of the
 9        company, but she had one employee and that employee
10        wanted to continue with the company and so we let it
11        happen.
12   Q.   And when that decision was made, was that when your
13        mother passed away and the ownership might have
14        briefly been in your stead?
15   A.   Correct.  There were no documents signed to my name.
16        It was just like through inheritance and then it was
17        passed on to her.  She --
18   Q.   It passed on to her -- I'm sorry.
19   A.   Passed on to her employee and her name was Julie, and
20        I believe that the company still -- still is --
21        exists.
22   Q.   What year did the transfer of the business through you
23        to Julie occur?
24   A.   2019.
25   Q.   And what is Julie's last name?
```

```
 1         background?
 2    A.   The -- it's from the history of the airline companies.
 3         You know, as always, when mergers happen and
 4         competition goes away and monopoly becomes stronger,
 5         they -- and this is, you know, communicating through,
 6         you know, with my mom's stuff, there was collusion
 7         that eliminated most or -- most of the fees that the
 8         travel agents could -- could charge, and basically
 9         when all that happened, they literally lost about
10         everything, and when my mom -- my stepdad passed
11         first.  When my mom passed -- or when he passed, I
12         actually had to pay -- help to pay for his funeral and
13         stuff because after the airlines colluded and cut
14         their fees way down, they lost -- my mom always
15         referred to her agency as a 401(k).  She never thought
16         anything like that would happen to her, but she lost
17         the company -- or not the company, but she lost her
18         income and she actually had to work basically until
19         she passed at the age of 78, and it's all because of
20         the airline industry trying to take out the -- the
21         middleman, which is basically the travel agents and
22         the travel agent companies, the travel agencies.  I
23         literally, again, had to -- because they didn't really
24         have anything, I literally had to help her out.
25    Q.   And the change that you were referring to taking
```

```
 1   Q.   Do you remember sitting here today having flown on a
 2        Spirit flight since 2019?
 3   A.   I believe one of the documents you showed up -- or
 4        showed up was Spirit, but I don't recall if it had a
 5        date on it.
 6             MR. RABINOWITZ:  Mr. Cotilla, could we
 7        please put up Tab 5?  And scroll to Nieboer 03.  I
 8        believe it would be the third page.
 9   BY MR. RABINOWITZ:
10   Q.   Mr. Nieboer, is that -- is this the Spirit flight that
11        you were referring to?
12   A.   Yes.
13   Q.   And do you recall this flight taking place since 2019?
14   A.   I do not.  I -- I have to further look into it.
15             MR. RABINOWITZ:  Thank you, Mr. Cotilla.
16        We can take the document down.
17   BY MR. RABINOWITZ:
18   Q.   Mr. Nieboer, do you have any plans to fly on Spirit in
19        the future?
20   A.   Yeah, I guess.  Anything that's economical.  Yes.  For
21        sure.
22   Q.   Do you have any tickets booked to fly on Spirit?
23   A.   I do not.
24   Q.   Do you have a destination chosen that you will be
25        flying to --
```

```
 1                     MR. BONSIGNORE:  Objection.
 2   BY MR. RABINOWITZ:
 3   Q.   -- on Spirit?
 4                     THE WITNESS:  I'm sorry.
 5                     MR. BONSIGNORE:  Sorry.  I was -- we're --
 6        I think he was playing -- playing with me there.  You
 7        can answer.
 8   BY MR. RABINOWITZ:
 9   Q.   I'll ask the question again.  How about that?
10                     MR. BONSIGNORE:  Okay.
11   BY MR. RABINOWITZ:
12   Q.   Have you selected a destination that you'll be flying
13        Spirit to?
14                     MR. BONSIGNORE:  Objection.
15                     Go ahead.
16   A.   No.  Not at all.
17   BY MR. RABINOWITZ:
18   Q.   Do you have specific dates that you will be flying
19        Spirit on?
20   A.   I do not.  I mean, it'll be May and February, but I
21        can't guarantee it's Spirit.
22   Q.   So you could possibly be flying another airline for
23        those trips; correct?
24                     MR. BONSIGNORE:  Objection.
25   A.   Anything's possible, but they've always been the most
```

```
 1   A.   No.
 2   Q.   Given that you've never flown JetBlue, how do you
 3        expect the merger of Spirit and JetBlue will affect
 4        you?
 5             MR. BONSIGNORE:  Objection.
 6   A.   Mergers only help the companies, not the public.  It
 7        helps -- you know, the corporations make all the extra
 8        money and along with -- I mean, my opinion, you know,
 9        the government steps in and says, hey, we're gonna
10        stop this thing and next thing you know people go
11        behind closed doors and -- and things happen and
12        everything goes through, but it's -- they're the only
13        ones that are going to make out of this, and what's
14        gonna happen is there's gonna be I'm sure less seats
15        available because any redundant flight that maybe
16        JetBlue and Spirit were -- were there for, well, the
17        Spirit one's going away, so there's gonna be less
18        seats, less opportunity to -- to fly to certain
19        destinations is what I feel and see.  It's just --
20        it's all a matter of supply and demand, and if the
21        supply goes down and the demand is still there, prices
22        go up, so . . .  Now it just gets a lot more
23        expensive, and I know for the -- the people that can
24        barely afford it, their life is gonna change, too,
25        because they're not gonna be able to fly the way they
```

1     want.
2  BY MR. RABINOWITZ:
3  Q.  Mr. Nieboer, is the higher prices for airfare the
4      primary impact of the Spirit/JetBlue merger that you
5      expect to experience?
6              MR. BONSIGNORE:  Objection.
7  A.  Well, less availability for sure.  I mean, there's a
8      possibility of other flights that were going to the
9      same destination.  You know, that's -- that -- that's
10     a big concern.  But it could be a lot more expensive.
11 BY MR. RABINOWITZ:
12 Q.  Would the higher prices be an important factor to you?
13 A.  Definitely.
14 Q.  What other facts or personal experiences do you have
15     to support your opinion that only corporations benefit
16     from this merger?
17 A.  It's just -- one thing I've always said is mergers
18     just hurt the public, only help the companies, and
19     I've always said that this -- this country is gonna
20     be, and this is long -- long ago, is gonna be just a
21     few merged companies and they're the ones that are
22     gonna be reaping the benefits from it, not the people.
23     My opinion.
24 Q.  Does that apply to all mergers?
25 A.  You know, again, it's -- you're creating more and more

```
 1    A.    Yes.
 2    Q.    Mr. Nieboer, do you recall which lawsuit resulted in a
 3          settlement?
 4    A.    I do not.
 5    Q.    Mr. Nieboer, can you explain what impact the Spirit
 6          and JetBlue merger will have on you personally?
 7    A.    I think we went through that before, but just going to
 8          be pricing is going to go up and availability is -- is
 9          going to go down, so my biggest thing is -- what I'm
10          concerned about is mainly pricing.
11    Q.    Are there any other ways that the merger will impact
12          you personally?
13                  MR. BONSIGNORE:  Objection.
14    A.    Well, other than financial, you know, this day and age
15          if I want a flight to go somewhere and there's less
16          and less people or less flights available, it's gonna
17          be more difficult for me to go to my destination in
18          the time that I want to, so I just feel like there's
19          gonna be possibly a less opportunity to go to the
20          destinations that I want and I want to say -- yeah.
21          Because the -- they're not available as far as the
22          seats and everything that if JetBlue and -- or
23          Spirit's gone, they'll eliminate some destinations and
24          stuff which could take longer.  Right now I'm seeing
25          sometimes that based upon availability when I look
```

```
 1                    CERTIFICATE OF NOTARY

 2   STATE OF MICHIGAN  )

 3                      ) SS

 4   COUNTY OF WAYNE    )

 5

 6              I, Cheri L. Poplin, certify that this

 7       deposition was taken remotely before me on the date

 8       hereinbefore set forth; that the foregoing questions

 9       and answers were recorded by me stenographically and

10       reduced to computer transcription; that this is a

11       true, full and correct transcript of my stenographic

12       notes so taken; and that I am not related to, nor of

13       counsel to either party nor interested in the event of

14       this cause.

15

16

17

18

19

20
                                   *Cheri L. Poplin*
21

22                                 Cheri L. Poplin, CSR 5132, RPR, CRR

23                                 Notary Public,

24                                 Wayne County, Michigan

25       My Commission expires:  August 21, 2025
```