EXHIBIT 18

```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
     GABRIEL GARAVANIAN, et al.,         )
 3                                       )
              Plaintiffs,                )
 4                                       )
     v.                                  ) Case No.
 5                                       ) 1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION and     )
 6   SPIRIT AIRLINES, INC.,              )
                                         )
 7            Defendants.                )

 8

 9
                 *********************************
10                 REMOTE VIDEOTAPED DEPOSITION OF
                           DEBORAH PULFER
11                         June 23, 2023
                 *********************************
12

13

14        DEBORAH PULFER, produced as a witness at the

15   instance of the Defendants, was duly sworn and

16   deposed in the above-styled and numbered cause on

17   June 23, 2023, from 11:05 a.m. to 2:29 p.m. MST,

18   stenographically reported remotely pursuant to the

19   Federal Rules of Civil Procedure and the

20   provisions stated on the record.

21

22
        Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
23                     Texas CSR 9306
                       California CSR 14407
24                     Illinois CSR 084.004659

25
```

```
 1    the break that you prefer -- that you plan to fly
 2    Spirit on the route between Denver and Columbus;
 3    right?
 4      A     Correct.
 5      Q     You also mentioned that United flies that
 6    route; right?
 7      A     Yes.
 8      Q     Do you know whether Southwest flies that
 9    route?
10      A     They may.
11      Q     Do you know --
12      A     I can't -- I can't confirm either way, but
13    they may.
14      Q     Okay.  Do you know whether Delta flies
15    that route?
16      A     I don't think they do direct.
17      Q     And do you know whether American flies
18    that route?
19      A     Not to my knowledge.  I don't think they
20    do.
21      Q     Do you know of any other airlines that fly
22    that route?
23      A     Not direct, no.
24      Q     JetBlue doesn't fly that route?  I forget
25    whether we discussed that.
```

| | | |
|---|---|---|
| 1 | A | I don't think so, but I don't know. |
| 2 | Q | How did you come to know that Spirit flies |
| 3 | | that route direct? |
| 4 | A | Because I looked at options -- I looked |
| 5 | | over all the options when we were looking to |
| 6 | | purchase a place as a second home for retirement |
| 7 | | to go back and forth to what airport would be |
| 8 | | close and what the options would be for flights. |
| 9 | | So that was all part of things before we purchased |
| 10 | | our place. |
| 11 | Q | Right now -- or I suppose you mentioned |
| 12 | | you got to Colorado this past week; right? |
| 13 | A | Yes. |
| 14 | Q | How did you get there this time? |
| 15 | A | We drove. |
| 16 | Q | And how long -- |
| 17 | A | We have our car with us. |
| 18 | Q | And how long did it take for you to drive? |
| 19 | A | The drive time was about 18 hours. |
| 20 | Q | Got it. |
| 21 | | And you mentioned that United also |
| 22 | | flies that route, but your plan is to fly Spirit; |
| 23 | | right? |
| 24 | A | Correct. |
| 25 | Q | Do you also plan to fly United? |

| | |
|---|---|
| 1 | The number of flights tend to go down |
| 2 | when two airlines merge.  Because if each airline |
| 3 | was able to maintain 100 percent on their own, why |
| 4 | would they merge to begin with?  When they merge, |
| 5 | is there a need to have all the same number of |
| 6 | flights, in their mind, to make their company, |
| 7 | their airline, more solid? |
| 8 | They're going to cut flights, they're |
| 9 | going to cut -- then prices are going to go up, |
| 10 | and it's not going to be as much offering to the |
| 11 | consumer, and it's never a good thing. |
| 12 | Q    Okay.  So if I understand, in your |
| 13 | experience from past airline mergers, prices go up |
| 14 | and fewer flights are offered afterwards; right? |
| 15 | A    Correct. |
| 16 | Q    Are there any other harms that you think |
| 17 | will occur to the consumers? |
| 18 | A    Prices go up, less flights to choose |
| 19 | from -- so not only less flights to choose from in |
| 20 | ==certain markets, but sometimes they get rid of== |
| 21 | ==some markets that they no longer fly to, and== |
| 22 | that's harmful as well.  And -- and the air -- and |
| 23 | just -- that's with those airlines that merge. |
| 24 | But then all the other airlines, they |
| 25 | tend to raise prices too when one carrier -- an |

1     ultra-low carrier goes out of the market, then
2     there's one less player in the field, so they
3     raise their prices.
4         Q    Okay.  And just to be sure -- I mean,
5     because I want to make sure that I understand all
6     of the harms that you expect to occur -- are there
7     any others besides what you just mentioned?
8              MR. BONSIGNORE:  Objection.
9              THE WITNESS:  Well, if they take
10         out less seats, there's less seat
11         availability for people to book on.
12         Sometimes service goes down because
13         there's not as many competitors in the
14         field.
15              When you have a lot of competitors,
16         you seem to keep -- I don't know that the
17         right word is "integrity," but you try to
18         stay on top of things because you're a
19         competitor.  You want to stand out to the
20         consumer because you want their business.
21         The less competitors there are, you don't
22         have to maintain those standards, or so
23         they don't feel, and then it just hurts
24         the consumers in general.
25

```
 1    asking personally.
 2     A     Okay.
 3     Q     But just so I understand, this is based on
 4    your experience with prior mergers; right?
 5     A     Correct.
 6     Q     Which mergers in particular?
 7     A     The ones that come to mind are Delta and
 8    Northwest.  Northwest was a big player at one
 9    point.  They're gone.  United and Continental.
10    Continental's gone.
11              Oh, Southwest and AirTran.  AirTran's
12    gone.  At one point, there was TWA.  TWA's gone.
13              It's, like -- there's just been so
14    many carriers that have gone over the years that
15    the competition is just dwindling down.  And in
16    any business -- I mean, in any business, when you
17    merge everything together, the fewer competitors,
18    the -- it's not ideal for consumers.  Consumers do
19    not benefit when there's less amount of
20    competitors in any given field.
21     Q     You mentioned -- while we're on the topic,
22    you mentioned Delta-Northwest merger, the
23    United-Continental merger, and the
24    Southwest-AirTran merger; right?
25     A     Yes.
```

```
 1      Q      Am I right -- you sued to block those
 2   mergers; right?
 3      A      Yes.
 4      Q      Did you also sue to block a merger
 5   involving Alaska Airlines?
 6      A      Oh, yes, uh-huh.
 7      Q      Are there any others that I'm missing?
 8      A      Not that come to mind.
 9      Q      Okay.  Well, so I'd like to come back to
10   that.  But if we could, I'd like to talk about
11   your experience as a travel agent and in your
12   travel agency business.  Is that okay?
13      A      Okay.  That's fine.
14      Q      So you mentioned -- and I -- forgive me,
15   but you'll have to remind me the name of the
16   travel agency you owned.
17      A      UNIGLOBE Professional Travel.
18      Q      And how long were you the owner of
19   UNIGLOBE for?
20      A      January of 1995 until December 31st, 2008.
21      Q      And what led -- what led you to stop being
22   the owner of UNIGLOBE Travel?
23      A      Well, prior to purchasing the agency for,
24   I don't know, 12, 14 years, I was a travel adviser
25   working in the selling part of it.  Owned it for a
```

```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
     GABRIEL GARAVANIAN, et al.,          )
 3                                        )
             Plaintiffs,                  )
 4                                        )
     v.                                   ) Case No.
 5                                        ) 1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION and      )
 6   SPIRIT AIRLINES, INC.,               )
                                          )
 7           Defendants.                  )

 8
                      REPORTER'S CERTIFICATION
 9              REMOTE VIDEOTAPED DEPOSITION OF
                         DEBORAH PULFER
10                       June 23, 2023

11         I, Rebecca A. Graziano, Certified Shorthand

12   Reporter in and for the States of Texas,

13   California, and Illinois, hereby certify to the

14   following:

15         That the witness, DEBORAH PULFER, was duly

16   sworn and that the transcript of the oral

17   deposition is a true record of the testimony given

18   by the witness;

19         I further certify that pursuant to FRCP Rule

20   30(f)(1) that the signature of the deponent:

21         ____ was requested by the deponent or a

22   party before the completion of the deposition and

23   returned within 30 days from date of receipt of

24   the transcript.  If returned, the attached Changes

25   and Signature Page contains any changes and the
```