# EXHIBIT 19

```
 1
                    UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF MASSACHUSETTS

 3   GABRIEL GARAVANIAN, ET AL.    )
                                   )
 4              PLAINTIFFS,        )
                                   )
 5   VS.                           )
                                   )   CASE NO. 1:23-CV-10678-WGY
 6   JETBLUE AIRWAYS               )
     CORPORATION AND SPIRIT        )
 7   AIRLINES, INC.,               )
                                   )
 8              DEFENDANTS.        )

 9

10

11

12

13             REMOTE VIDEO DEPOSITION
                  OF BILL RUBINSOHN
14              TUESDAY, JUNE 13, 2023

15

16

17

18

19

20

21

22

23

24      Reported By:
        Allison M. Hall, RDR, CRR, CSR
25
```

```
 1    flights.
 2         Q.    Same question with regard to
 3    United.
 4         A.    And that would be the same --
 5              MR. BONSIGNORE:  Objection.
 6              THE WITNESS:  -- same answer.
 7         Q.    (By Mr. Sisko) Okay.
 8         A.    There is one exception with
 9    United, because United is a major departure
10    out of Newark, and we do have a lot of
11    clients who live in what I'll call the New
12    Hope-Yardley area, which you may have no
13    idea where that is, but it's actually six of
14    one and half a dozen of another to go to
15    Philly airport and Newark.  So United
16    probably will have more bookings by us than
17    anybody else, JetBlue.
18         Q.    Okay.  We talked about Spirit.
19    Have you ever booked a Spirit flight for one
20    of your customers?
21         A.    Yes.
22         Q.    About how many, would you say?
23         A.    No idea.  Yes, I do, actually.
24    228.
25         Q.    Over the course of what period?
```

1    A.   Yes.

2    Q.   And that's $40 per flight,
3    regardless of nonstop or connecting?

4    A.   Per booking.

5    Q.   Per booking?  So regardless of
6    which airline you book your customers on,
7    you get the same amount, that $40, for every
8    flight booked?

9    A.   Yes.

10   Q.   Okay.  And you testified earlier
11   that approximately 75 percent of your
12   customers book flights with American?

13   A.   Yes.

14   Q.   And you testified earlier that of
15   the 25,000 flights you've booked in your
16   career, only 228 of those were with Spirit;
17   is that right?

18   A.   Only 228 were booked in my GDS.

19   Q.   Okay.  So in what way would the
20   pending merger between JetBlue and Spirit
21   impact your business?

22        MR. BONSIGNORE:  Objection.

23        THE WITNESS:  Pending merger
24   between JetBlue and Spirit will eliminate
25   what amounts to a low-cost airline flying

1       out of, in our particular case,
2       Philadelphia, which, because of its
3       prices, has made other airlines put aside
4       less expensive seats so that they can
5       match or pretend to match the cost of the
6       low-cost carrier.
7              I'm sorry.  I have something in my
8       throat.
9       Q.    (By Mr. Sisko) No problem.  Maybe
10   my question wasn't clear.
11           I'm asking in what way the merger
12   would impact your business which receives
13   $40 for every flight booking, regardless of
14   which airline that flight is.
15           MR. BONSIGNORE:  Objection.  Calls
16      for a legal conclusion.
17      Q.    (By Mr. Sisko) You can answer.
18      A.    Again, that the -- the number of
19   people that we book will probably go down if
20   the prices of the air tickets go up.
21      Q.    But you don't know that for sure?
22      A.    No.  I --
23           MR. BONSIGNORE:  Objection.
24           THE WITNESS:  -- I don't -- nope.
25      That's correct.

```
 1            Q.    (By Mr. Sisko) Okay.  And to be
 2      clear -- well, strike that.
 3                  Okay.  Mr. Rubinsohn, let's talk a
 4      little bit about your own travel history.
 5      How often do you travel by plane?
 6            A.    Three or four times a year.
 7            Q.    Okay.  Why --
 8            A.    You -- let me ad-lib this one.
 9      Three of them are to Michigan, because
10      that's where my grandchildren are.
11            Q.    Okay.  So what -- what reasons are
12      you typically traveling for?  Is it business
13      or personal?
14            A.    Personal.
15            Q.    Okay.  Do you use any other modes
16      of transportation to travel?
17                  MR. BONSIGNORE:  Objection.
18      Overbroad.
19                  THE WITNESS:  Not --
20                  MR. BONSIGNORE:  Unintelligible.
21            Q.    (By Mr. Sisko) Let me repeat --
22      I'm loathe to admit it, but I agree with
23      Mr. Bonsignore.  That wasn't a great
24      question.
25                  MR. BONSIGNORE:  Thank you.
```

```
 1                MR. SISKO:  Strike that, then.
 2         Q.    (By Mr. Sisko) Is your preferred
 3   airline American Airlines?
 4         A.    Yes.
 5         Q.    And generally, you prefer to fly
 6   American Airlines over other airline
 7   carriers?
 8         A.    If -- if that's the best option,
 9   yes.
10         Q.    Would you say that American
11   typically has higher fares than Spirit?
12         A.    Yes.
13         Q.    And typically has higher fares
14   than JetBlue?
15         A.    No.
16         Q.    And you have nothing that you
17   could point me to that would suggest that --
18   strike that.
19                You have nothing that you can
20   point me to to support your position that
21   American -- or excuse me -- flight prices
22   will increase following the proposed JetBlue
23   and Spirit merger?
24                MR. BONSIGNORE:  Objection.  Asks
25         for an expert answer, legal conclusion.
```

```
 1        Speculation.
 2             You can answer.
 3             THE WITNESS:  I can't prove
 4   anything.  I can tell you historically
 5   that that's been the case in other
 6   airline mergers.
 7        Q.   (By Mr. Sisko) Well, we can talk
 8   about other airline mergers in a little bit.
 9             I should have clarified, these
10   trips to Hawaii and Vietnam, are those
11   personal trips or business trips?
12        A.   Hawaii is business.  Vietnam is
13   personal.
14        Q.   Are you going --
15        A.   Well, that's actually technically
16   business because it's a group that we're
17   going -- that we're taking.
18        Q.   Okay.  Are you going with -- well,
19   that answers my question.
20             What group are you going with to
21   Vietnam?
22        A.   It's a group of friends that we
23   have set up a tour with.
24        Q.   Okay.  And how about Hawaii?  Are
25   you going with anyone to Hawaii?
```

1    A.    It was back in the late '90s when
2    Delta cut the commissions, and I filed a
3    lawsuit in conjunction with ASTA, the
4    American Society of Travel Agents, to fight
5    it.
6    Q.    And do each of these litigations
7    listed on this chart, do each of those
8    involve challenges to proposed mergers of
9    airline -- of airlines?
10   A.    To the best of my knowledge, yes.
11   Q.    Are there any other lawsuits that
12   you considered bringing to block mergers but
13   ultimately didn't?
14   A.    I don't remember.  If it's a
15   merger of an airline and an airline, I would
16   bring it in a minute.
17   Q.    So you're regularly in the
18   practice of bringing merger challenges -- or
19   challenges to mergers between airlines?
20            MR. BONSIGNORE:  Objection.
21            THE WITNESS:  I do not see any
22       benefit to a merger between two airlines
23       for the traveling public.
24   Q.    (By Mr. Sisko) I understand that's
25   your position.  My question was a little

1        recall the remainder of my time.  But I
2        have no further questions.
3                And subject to your counsel --
4        well, I'm sorry, Robert, do you have
5        any -- are you going to do cross?
6                MR. BONSIGNORE:  Yeah, just a few.
7                MR. SISKO:  Okay.
8                         EXAMINATION
9    BY MR. BONSIGNORE:
10       Q.    Other than the flights that you've
11   booked to Vietnam and Hawaii, do you have
12   any other travel plans?
13       A.    Okay.  I have nothing booked, but
14   I can tell you what -- what will absolutely
15   happen.  We will be going to Michigan in
16   September, in December, in January, and May.
17   We are looking at traveling to France and to
18   Bhutan.  We definitely will be going to
19   Florida in December because we're taking a
20   cruise.  But that's not booked yet.
21               We have unlimited travel.  We --
22   we just -- that's what we do.
23       Q.    Are there any airlines that you
24   would exclude from consideration?
25       A.    No.

```
 1              C E R T I F I C A T E

 2

 3         I HEREBY CERTIFY that the

 4    proceedings, evidence, and objections are

 5    contained fully and accurately in the

 6    stenographic notes taken by me upon the

 7    deposition of BILL RUBINSOHN, taken on

 8    June 13, 2023, and that this is a true

 9    and correct transcript of same.

10

11

12

13

14                 _____
                      Allison M. Hall, RDR, CRR, CSR
15

16

17

18

19

20

21

22

23

24

25
```