EXHIBIT 20

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
    GABRIEL GARAVANIAN, ET AL.     )
 3                                 )
                 PLAINTIFFS,       )
 4                                 )
    VS.                            )
 5                                 )  CASE NO. 1:23-CV-10678-WGY
    JETBLUE AIRWAYS                )
 6  CORPORATION AND SPIRIT         )
    AIRLINES, INC.,                )
 7                                 )
                 DEFENDANTS.       )
 8

 9

10

11

12
                 REMOTE VIDEO DEPOSITION
13                  OF SONDRA RUSSELL
                  MONDAY, JUNE 19, 2023
14

15

16

17

18

19

20

21

22

23

24      Reported By:
        Allison M. Hall, RDR, CRR, CSR
25
```

Deposition of Sondra Russell

```
 1      know it's a long list, but what -- what
 2      airlines fly out of DFW?
 3          A.    Oh, a bunch of them.  American,
 4      Delta, Spirit, United, yeah, lots of
 5      choices.
 6          Q.    Okay.  When you're going on
 7      personal trips or, you know, when you're,
 8      you know, for your -- for your six times a
 9      year traveling, on average, what are the
10      cities that you frequently travel to?
11          A.    Fort Worth -- Fort Worth --
12      Ft. Lauderdale, Florida.
13          Q.    Any others?
14          A.    Miami.  Miami.  Orlando.
15          Q.    Any others that you go to
16      frequently?
17          A.    No.
18              MR. RUCKER:  Okay.  I'd like to
19          introduce what -- as Tab 1 in the file --
20          file name and introduce it as Exhibit 1.
21              (THEREUPON, Exhibit 1 was marked
22              for identification.)
23              MR. RUCKER:  So just -- James will
24          just take a second in getting the
25          document, and the document will show up
```

Deposition of Sondra Russell

1    Spirit?

2         A.    No need to fly on Spirit.

3         Q.    Have you ever flown on JetBlue?

4         A.    No.

5         Q.    Why have you never flown on

6    JetBlue?

7         A.    No need.

8         Q.    Can you explain a little bit more

9    by what you mean you had no need to fly on

10   Spirit?

11        A.    Because of the routing.

12        Q.    Does Spirit fly out of Dallas/Fort

13   Worth?

14        A.    Yes.

15        Q.    So are you saying -- am I correct

16   in -- strike that.

17               When you say that you have not

18   chosen Spirit because of routing, and Spirit

19   flies out of Dallas/Fort Worth, does that

20   mean that Spirit does not go to any of the

21   destinations that you are looking for from

22   Dallas/Fort Worth?

23               MR. BONSIGNORE:   Objection.

24        Q.    (By Mr. Rucker)  Do you want me to

25   rephrase it, Ms. Russell?

Deposition of Sondra Russell

```
 1          A.    Yeah.  Repeat it again.
 2          Q.    So is it fair to say that you have
 3    not flown Spirit out of Dallas/Fort Worth
 4    because it does not -- the airline does not
 5    go to the destinations you are looking to go
 6    to?
 7          A.    That is correct.
 8                MR. BONSIGNORE:  Objection.
 9          Q.    (By Mr. Rucker) Okay.  Okay.  I'd
10    like to switch to talking a little bit about
11    your -- your current role as owner of
12    Sandy's Getaway Travel.
13                I'm sorry.  My apologies.  Let
14    me -- one more thing and then we'll move to
15    that.
16                Do you have any plans to fly on
17    Spirit in the future?
18                MR. BONSIGNORE:   Objection.
19                You can answer.
20                THE WITNESS:   Oh, I can answer?
21                MR. BONSIGNORE:   Yeah.
22                THE WITNESS:   Oh, okay.
23                I can if the opportunity comes.
24          Q.    (By Mr. Rucker)  Do you have any
25    tickets booked on Spirit?
```

Deposition of Sondra Russell

1       airline ticket prices will go up.  We

2       won't have a choice.  Competition is

3       going to be deleted.

4               And what bothers me, you know, it's

5       not only going to affect me, but

6       consumers, but the people that are going

7       to lose their jobs, whether it be ticket

8       agents, baggage handlers.  Unfortunately,

9       those people are not going to have a job.

10      Q.   (By Mr. Rucker)  So taking that

11  piece by piece, if Sandy's Getaway Travel

12  stops issuing airline tickets, how will

13  ticket prices going up affect your personal

14  income?

15          MR. BONSIGNORE:  Objection.

16          THE WITNESS:  It will not.

17      Q.   (By Mr. Rucker)  Well, do you

18  think the merger between JetBlue and Spirit

19  will have other impacts on your business?

20          MR. BONSIGNORE:  Objection.

21          THE WITNESS:  I'm sorry.  I'm just

22      not sure about that.

23      Q.   (By Mr. Rucker)  You said

24  competition is going to be deleted.  How

25  will that --

Deposition of Sondra Russell

```
 1              A.    Yes.

 2              Q.    How will that affect your

 3       customers?

 4                    MR. BONSIGNORE:  Objection.

 5                    THE WITNESS:  Customers will not

 6          have a choice.  They will be limited.

 7          Fewer choices on airlines.

 8              Q.   (By Mr. Rucker)  But in the last

 9       year, have any of your customers flown on

10       JetBlue or Spirit?

11              A.    No.

12              Q.    So will their choices be limited?

13                    MR. BONSIGNORE:  Objection.

14                    THE WITNESS:  Yes.

15              Q.   (By Mr. Rucker)  How will people

16       losing their jobs affect your business?

17              A.    Well, if they've lost their job,

18       they have no money to travel to go on a

19       trip, whether it be by car, cruise.  Not

20       necessarily flying.  Their funds are going

21       to be limited.

22              Q.    Do you know if any of your

23       customers work for JetBlue or Spirit?

24              A.    No.

25              Q.    Okay.  We're going to move to the
```

Deposition of Sondra Russell

```
 1                    THE VIDEOGRAPHER:  We are now off
 2           the record at 2:57 p.m.
 3                    (THEREUPON, a recess was taken.)
 4                    THE VIDEOGRAPHER:  Going back on
 5           the record at 3:27 p.m. Central.
 6                         EXAMINATION
 7      BY MR. BONSIGNORE:
 8           Q.    Good afternoon.  I have a few
 9      questions.
10                    Do you have any plans to travel in
11      the future?  Strike that.
12                    I have a few questions.
13                    Do you plan to travel in the
14      future?
15           A.    Yes, I do a --
16           Q.    Go ahead.  I didn't want to --
17           A.    A lot.  When I can.
18           Q.    Okay.  Is the travel within the
19      United States, outside the United States or
20      both?
21           A.    Inside the US.
22           Q.    Okay.  And will you travel by air?
23           A.    Yes.
24           Q.    Will you discount any airline when
25      deciding who to travel with?
```

Deposition of Sondra Russell

1     A.    No.

2     Q.    Will Spirit be included in your

3  future travel plans?

4     A.    Yes.

5     Q.    Do you intend to continue on as a

6  travel agent?

7     A.    Yes.

8     Q.    As part of being a travel agent,

9  will you book air flights?

10    A.    Yes.

11    Q.    Will you discount any airline when

12  you book future air -- air trips for your

13  clients?

14    A.    No.

15          MR. BONSIGNORE:  Okay.  No further

16      questions.

17          THE VIDEOGRAPHER:  Is that all for

18      the record?

19          MR. BONSIGNORE:  Yes.

20          THE VIDEOGRAPHER:  This now

21      concludes the video deposition of Sondra

22      Russell.  We are now off the record at

23      3:29 p.m. Central.

24          (Proceedings concluded at

25          3:29 p.m.)

1              C E R T I F I C A T E

2

3          I HEREBY CERTIFY that the

4     proceedings, evidence, and objections are

5     contained fully and accurately in the

6     stenographic notes taken by me upon the

7     deposition of SONDRA RUSSELL, taken on

8     June 19, 2023, and that this is a true

9     and correct transcript of same.

10

11

12

13

14          _Allison Hall_____
              Allison M. Hall, RDR, CRR, CSR
15

16

17

18

19

20

21

22

23

24

25