# EXHIBIT 22

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                 Plaintiffs,
 5
     vs.                                Civil Action Number
 6                                      1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8               Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13         REMOTE VIDEOTAPED DEPOSITION of GARY TALEWSKY,

14   taken by Defendants on Wednesday, June 14, 2023,

15   commencing at 9:02 a.m., before Pamela Grimaldi (via

16   Zoom), a Registered Merit Reporter, Certified Realtime

17   Reporter, and Notary Public within and for the State

18   of New York.

19

20

21

22

23

24

25
```

```
 1                    G. Talewsky
 2        Q    Can you indicate a preference for a
 3   certain airline?
 4        A    Most clients, we don't have that in
 5   there, but, you know, on occasion we may put a
 6   notation in if -- in case I'm on vacation and
 7   another agent can look at it, there may be a note
 8   "prefers American," if all, you know, other things
 9   being equal, or per an example, you know.
10        Q    Just to go back to your -- the service
11   fee to make sure -- the service fee and commission
12   just to make sure I have that right.
13             So am I correct in that -- hearing
14   from you, that you earn on average 80 percent of the
15   service fee that you charge for each airline ticket?
16        A    Correct.
17        Q    And what impact do you think the
18   merger between JetBlue and Spirit will have on your
19   business, generally speaking?
20        A    Well, I think it will be devastating,
21   to be honest with you.  There'll be less
22   competition.  Eventually, higher prices.  Anyone
23   tied into a loyalty program will get devalued.
24   Usually, the customer service goes down.  A lot of
25   jobs within the industry are lost.  And then that's
```

```
 1                      G. Talewsky
 2   just what comes to mind.
 3        Q    What do you mean by "loyalty programs
 4   will get devalued"?
 5        A    Well, for instance, I was Platinum
 6   Executive with American Airlines Aadvantage program.
 7   As soon as they merged with US Air, within no time
 8   award levels went way up, you know, the pricing went
 9   up, choices were less.
10             I mean, you know, don't forget that
11   when, you know, we had the major legacy carriers,
12   and US Air was one -- although they're a legacy
13   carrier, they also offered a -- lower price points.
14                  For instance, if a businessman was
15   flying last minute Boston-LA, the nonstop price is
16   probably about $2300 in economy, where US Air would
17   also offer alternatives back then with maybe one
18   stop, last minute would be $800.  So once American
19   took them over -- that's just one example -- there
20   went that major option.
21        Q    Generally speaking, are the -- the
22   reasons that you provided regarding the effect of
23   JetBlue and Spirit on your business informed by your
24   observations of past airline mergers?
25        A    Yes.
```

```
 1                      G. Talewsky
 2        Q      In what ways, if any, will the merger
 3   impact your personal income at Direct Travel?
 4        A      In what ways?  Um, well, what comes to
 5   mind is less people could travel if prices go up too
 6   high.  I mean, you know, not everyone is very
 7   wealthy.
 8               And if -- let's, for instance, say
 9   they maybe do a cruise out of Florida.  And maybe
10   the cruise, you know, is somewhat stable, $3,000
11   let's say for a seven-day cruise.  And let's say
12   they're used to paying for four airfares on the
13   average of 300 a person.  Now there's less
14   competition in the marketplace; so now the 300 goes
15   up to 500.  So 2,000 for air instill of 1200, and
16   that -- that's going to affect my business.
17        Q      Is it going to affect your business
18   because less people will travel at all?
19        A      Yeah, I believe so.
20        Q      When was the last time, based on your
21   recollection, do you remember booking someone on a
22   Spirit flight?
23        A      I don't recall.
24        Q      Do you think it was last year?
25        A      Possibly, or the year before.
```

```
 1                     G. Talewsky
 2   and, yes, this is going to affect me.
 3             Even my Las Vegas trip.  Now that
 4   Spirit's going to pull out, JetBlue is going to be
 5   higher.
 6             So if I'm used to spending, let's
 7   say -- I'll pull a figure out of the air -- let's
 8   say 18,000 a year if I spend with JetBlue, now I can
 9   expect in -- within no time to spend a lot more.
10   And the frequent flier program benefits are going to
11   go down as historically been proven with all other
12   airline mergers.
13             So yeah, I'm very unhappy about it and
14   that plan's going to cost me money.
15        Q    But what other ways will it impact
16   your income from Direct Travel?
17        A    From Direct Travel?  Less people --
18             (Simultaneous speakers.)
19             MR. BONSIGNORE:  Objection to the
20        extent that it requires expert testimony.
21        (Reporter requested clarification.)
22             MR. BONSIGNORE:  The witness has not
23        been qualified as an expert.  And to the
24        extent that the response requires the
25        response -- the testimony of an expert,
```

```
                         G. Talewsky
 1
 2         he's not qualified.
 3              You can answer.
 4       A    What was the question again?
 5       Q    What other ways --
 6            MR. BONSIGNORE:  Sorry about that, but
 7         I've got to do my job.
 8            THE WITNESS:  Yeah.
 9       Q    What other ways will it impact your
10  income from Direct Travel?  And by "it," I mean the
11  merger between --
12       A    All right.  Well, okay.
13            MR. BONSIGNORE:  Objection to the
14         extent that it -- that the witness is not
15         qualified as an expert and that the
16         response requires an expert to answer it.
17            Go ahead.
18       A    Well, obviously, I'm not an expert,
19  but I can tell you prices go higher, which will
20  happen.  You know, higher prices, less choice, less
21  desirable schedules, less people will travel; hence
22  my income will drop.
23       Q    So no other reasons other than people
24  traveling less?
25       A    Well, that's what comes to mind.
```

```
 1                     G. Talewsky
 2            Overbroad.
 3            Go ahead.
 4      A     If pricing goes up, less desirable
 5 schedules, yes, that is possible I will earn less
 6 and these customers will not travel.
 7      Q     Based on your experience, do you -- do
 8 you have any reason to think that these four to five
 9 customers would go with another airline for their
10 air travel?
11      A     Depends on the schedule.  If JetBlue
12 and Spirit dominate the market, then they merge,
13 prices go up, then the option is pay, say, 500 a
14 ticket to go nonstop or go on another carrier and
15 maybe pay 350 but change planes and worry about your
16 bags arriving and getting on the cruise ship in time
17 if there's a delay, yes, I think, my experience,
18 less people could travel.
19      Q     Would a desirable alternative to be
20 fly on Southwest for these four to five --
21            MR. BONSIGNORE:  Objection.  Overbroad
22         and unintelligible.
23         (Reporter requested clarification.)
24      Q     I'll rephrase.
25            Would a desirable alternative for
```

```
 1                    G. Talewsky
 2        Q    Is this travel bus- -- for business or
 3   personal?
 4        A    Both.
 5        Q    Do you take any other modes of
 6   transportation?
 7        A    Uh, not really.
 8        Q    Do you ever take the train?
 9        A    I haven't in a while.
10        Q    Do you ever drive for -- as the
11   primary mode of transportation when traveling?
12        A    Well, if it's like within three hours.
13        Q    What's the nearest airport to your
14   primary residence?
15        A    I'm almost equidistant between
16   West Palm and Fort Lauderdale.
17        Q    Are those -- so would you say those
18   are your primary airports when traveling?
19        A    Those are my two primary.
20             Miami if I have to go, you know, as a
21   third choice.  But it's not that convenient, but
22   it's a possibility.
23        Q    You've talked a little bit about this.
24   But for personal travel, what cities do you
25   frequently travel to?
```

```
 1                       G. Talewsky
 2        A     I don't recall.  I just remember I
 3  booked a Spirit flight, and I believe they canceled
 4  the schedule; so I had to go an alternate carrier.
 5        Q     So I'm going to direct your attention
 6  to one line in your interrogatory response that --
 7  is it accurate saying that you flew from FLL to STI
 8  to FLL on Spirit in 2017?
 9        A     I believe that was the year.  Yep.  I
10  had them booked.  Yep.
11        Q     So was this flight canceled?
12        A     I believe it was.
13        Q     Why did you not choose to fly on
14  Spirit since 2017?
15        A     Usually, the scheduling.  Well, I
16  shouldn't say that.  It was either the time of the
17  flight or frequent flier allegiance program.
18        Q     Do you have any intention on flying
19  Spirit in the future?
20        A     Yeah.
21        Q     Do you -- do you have a trip booked on
22  Spirit?
23        A     I don't at the moment, no, but I would
24  certainly consider them in upcoming travel.
25        Q     Do you have any specific plans on when
```

```
 1                      G. Talewsky
 2  you would fly -- fly on Spirit?
 3           MR. BONSIGNORE:  Objection.  Asked and
 4       answered.
 5       A    Well --
 6           THE WITNESS:  Is it okay to answer?
 7           MR. BONSIGNORE:  Yes.
 8           THE WITNESS:  Okay.
 9           MR. BONSIGNORE:  When I talk, just to
10       go over the ground rule, I object, and
11       then unless I instruct you not to answer,
12       just --
13           THE WITNESS:  Okay.
14           (Simultaneous speakers.)
15       A    Well, I was -- I was planning on
16  visiting friends in Atlantic City, and I'd be flying
17  probably the West Palm-Atlantic City route with
18  Spirit.  I don't know ^ the exact dates yet, but
19  it's in my plans.  Probably do in the fall.
20       Q    Do you have this trip booked yet?
21       A    No, no.  I said I don't know the dates
22  yet, but they invited me and I plan on doing it.
23       Q    Just to go back and pin down
24  something.  The 2017 flight on Spirit that you have
25  listed in your interrogatory response from FLL to
```

G. Talewsky

A    Yeah.  When I buy my West Palm-Atlantic City round ticket, I'll probably join the loyalty program.

Q    But just to -- just to be clear, you haven't bought that ticket yet, right?

A    No.  I don't have the dates yet.

MR. BONSIGNORE:  Asked and answered.  Relevancy.

Q    We've talked about this a little bit.  But it seems like you've -- you -- and as you stated, you frequently fly on JetBlue.  And you've -- you've listed that some of the reasons why you prefer JetBlue are the -- let me make sure I have this correct -- scheduling, pricings, and the places that you like -- that you go nowadays.

Do I have that correct?

A    Yeah, that's part of the reason, yeah.

Q    What are the other reasons?

A    Why I fly JetBlue?

Q    That's correct.

A    Yeah.  The scheduling usually works for me.  You know, I'm part of the program; I like to get my miles.

Q    Do you normally fly -- or strike that.

```
 1                    G. Talewsky
 2  bundled fare or an unbundled fare?
 3         A     Like I say, I'm -- I really don't have
 4  a lot of knowledge about it.
 5         Q     Do you prefer having -- you know,
 6  paying one price and then not having to, then,
 7  separately pay for various amenities on a flight?
 8         A     It depends what it would include.
 9         Q     Generally speaking, for your personal
10  travel, you said that price was one of the -- one of
11  the decision points for choosing an airline?
12         A     Yes.
13         Q     And have you ever chosen to fly on one
14  airline over another based on price?
15         A     Yes.
16         Q     Have you ever chosen one airline over
17  another based on whether they provide bundled or
18  unbundled fares?
19         A     Nope.
20         Q     So would you say price is more
21  important than -- in your decision process than
22  deciding between an unbundled or bundled fare
23  offering?
24         A     I mean, I don't know what's in the
25  bundle, but price is a factor.  Schedule's a factor.
```

```
 1                    G. Talewsky
 2   I like being able to choose a seat ahead of time.
 3        Q    Based on your experience, you know,
 4   talking about prices, you know, across airlines, who
 5   are generally the more expensive carriers?
 6        A    It varies from market to market.  If
 7   there's no competition, they all have a tendency to
 8   be high.  If there's competition in the market, the
 9   prices are kept lower.
10        Q    But what specific -- are there any
11   specific airlines that you see on average are more
12   expensive to -- for domestic travel?
13        A    Not really.  It depends on
14   competition.
15        Q    Have you ever flown on Allegiant?
16        A    No, I have not.
17        Q    Have you ever flown on Frontier?
18        A    If I did, it was probably over 15
19   years ago, so my answer is probably not.
20        Q    Looking back at your interrogatory
21   response, you also have listed the following credit
22   cards that you use for air miles.  That includes
23   "Barclay, JetBlue card, American Citibank AAdvantage
24   card, Platinum American Express for airline lounges,
25   perks, and miles, and United Chase MileagePlus
```

```
 1                      G. Talewsky
 2   just want to get a sense of -- I just want to ask a
 3   couple more questions about these litigations.  And
 4   I'm mindful that I will not -- try my best not to
 5   ask anything that's privileged.
 6              Let's say, for example, the -- you
 7   know, let's take the Grace versus Alaska litigation.
 8   What motivated you to -- to bring that suit?
 9        A    Well, the main thing is mergers -- the
10   problem with the merger, especially in the airline
11   industry, it gives the clients, the consumer, less
12   choice, higher prices without a doubt, usually the
13   poorer customer service, and devaluation of the
14   frequent flier program.  That's what got me to get
15   involved.
16        Q    Is that your general feeling about
17   airline mergers or were there something specific
18   about the Grace versus Alaska litigation?
19        A    No.  I thought in this case it was
20   definitely going to be harmful to the consumer with
21   the price, selection of flights, schedules, poorer
22   customer service, and the devaluation of the
23   frequent flier program.
24        Q    Were those the same reason that you
25   brought the Fjord versus US Airways litigation?
```

```
 1                    G. Talewsky
 2        witness is not qualified as an expert.
 3              Go ahead.
 4         A     Yes.  So it would affect my business.
 5    If the merger is to take place, higher prices will
 6    prevail, you know, and you never know with the
 7    economy today, if it goes south in a few months,
 8    people -- more people will only be able to afford to
 9    fly on a Spirit Airlines carrier.
10              And if Spirit is no longer around as
11    an option, prices are going to go higher and,
12    therefore, people -- a lot of people, perhaps, will
13    not be able to afford to travel.  So it's very
14    important to keep -- in my opinion, to keep Spirit
15    as a separate entity.
16         Q     In the last year has any of your
17    customers flown on Spirit?
18         A     I'm not sure.
19         Q     Is there a chance that they haven't?
20         A     I'm not sure.
21         Q     Do you have any reason to think that
22    your customers would not choose a different airline
23    as opposed to --
24              (Simultaneous speakers.)
25              (Reporter requested clarification.)
```

```
 1
 2                 C E R T I F I C A T E
 3   STATE OF NEW YORK   )
 4                       ) ss.
 5   COUNTY OF NEW YORK  )
 6                I, PAMELA GRIMALDI, Registered
 7        Merit Reporter, Certified Realtime
 8        Reporter, and Notary Public of the State
 9        of New York, do hereby certify that the
10        foregoing Deposition, of the witness,
11        GARY TALEWSKY, taken at the time and
12        place aforesaid, is a true and correct
13        transcription of my shorthand notes.
14                I further certify that I am
15        neither counsel for nor related to any
16        party to said action, nor in any wise
17        interested in the result or outcome
18        thereof.
19                IN WITNESS WHEREOF, I have
20        hereunto set my hand this 25th day of
21        June 2023.
22
23        _____
24            PAMELA GRIMALDI, RMR, CRR
25
```