# EXHIBIT 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - -x
GABRIEL GARAVANIAN, et al.,

                    Plaintiffs,

vs.                                    Civil Action Number
                                        1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION
and SPIRIT AIRLINES, INC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - -x

        REMOTE VIDEOTAPED DEPOSITION of PAMELA WARD,

taken by Defendants on Wednesday, June 14, 2023,

commencing at 1:12 p.m. (Eastern Time), before Pamela

Grimaldi (via Zoom), a Registered Merit Reporter,

Certified Realtime Reporter, and Notary Public within

and for the State of New York.

```
1                          P. Ward
2          A     In what year?  I mean, this has
3  changed drastically.  So, I mean, if you're talking
4  about the '90s, that's a lot different than, you
5  know, 2020.
6          Q     Sure.  We can take it in pieces.
7                Within the last five years, how many
8  customers would you work with in a typical month?
9          A     Well, in the last five years, I've
10 pretty much narrowed down to one major corporate
11 account that I did their travel for.  They were --
12 it was just a company that traveled all over the
13 world.  They had a -- quite a few employees --
14         Q     What company --
15               (Simultaneous speakers.)
16             (Reporter requested clarification.)
17         Q     Ms. Ward, who was that client?
18         A     Instruction Management Technology in
19 Dallas.
20         Q     Prior to the last five years, let's
21 say between the last five and 10 years, how many
22 customers would you work with in a typical month?
23         A     Wow.  I had 19 employees, and we all
24 did a lot of -- a lot of clients.  I mean, hundreds.
25 I -- and then each -- each client had a lot of
```

Deposition of Pamela Ward

```
 1                        P. Ward
 2   lot of people will select the airline that has the
 3   lower fare.  Maybe they're interested in a better
 4   fare.  So you have to offer all the options there
 5   are for the -- the cities that they're traveling,
 6   whatever route.
 7                 I never suggest one airline over
 8   another.  And I don't -- and none of our agents did
 9   either.
10        Q     How often do you blook -- sorry.
11                 How often do you book JetBlue flights
12   for your clients?
13        A     We booked a lot of JetBlue flights.
14   People love JetBlue.  Whenever that was on the route
15   that they were looking for, we would book a lot of
16   JetBlue.
17        Q     Are there instances where you decide
18   which flight to book on behalf of your customer?
19        A     No.
20                 MR. BONSIGNORE:  Objection.  Asked and
21            answered and argumentative.
22        A     No.
23        Q     How often do you book Spirit flights
24   for your customers?
25        A     We book a lot of Spirit flights.
```

```
 1                        P. Ward
 2   Spirit traveler, travel -- I don't know -- I guess I
 3   don't know what you're asking.  We have a good
 4   relationship with Spirit and with JetBlue; so ...
 5         Q     What impact, if any, do you believe
 6   the merger will have on your business?
 7               MR. BONSIGNORE:  Objection to the
 8         extent that it calls for an expert opinion
 9         as the witness has not been qualified as
10         an expert.  Objection to the extent the
11         question calls for an answer that requires
12         a legal opinion.
13               You can answer.
14         A     Well, this will have a very highly
15   negative impact on -- and harm on me and on all
16   client -- all travelers as far as the merger with
17   JetBlue and Spirit.
18               Do you --
19         Q     Can you explain the harm you believe
20   it will -- the merger will have on you?
21         A     I think there will be --
22               MR. BONSIGNORE:  Objection to the
23         extent it calls for a legal opinion.
24         Objection to the extent that the question
25         calls for an expert opinion as the witness
```

Deposition of Pamela Ward

```
 1                        P. Ward
 2            has not been qualified as an expert.
 3                MS. ROBINSON:  Mr. Bonsignore, I would
 4            ask that you restrict your objections to
 5            form, given the -- that is what is
 6            required under Rule 30.  I think the
 7            additions constitute improper coaching.
 8            So I'd ask that you -- please.
 9                MR. BONSIGNORE:  I disagree, but --
10            and I won't.  But you can keep going.
11                THE WITNESS:  What -- okay.
12                MR. BONSIGNORE:  You can answer.
13                THE WITNESS:  I believe jobs will be
14            eliminated.  I believe routes are going to
15            be eliminated.  I believe service is going
16            to be decreased across the board.  There
17            are going to be hidden fares for seats,
18            bags, anything that you have to pay an
19            extra fee for.  There are going to be
20            fewer flights, most likely.  And, of
21            course, the fares will definitely go up.
22                And those are very harmful features
23            for the public, anybody traveling.
24   BY MS. ROBINSON:
25            Q     Ms. Ward, what impact do you believe
```

Deposition of Pamela Ward

```
 1                        P. Ward
 2    the merger will have on your business in particular?
 3            A      I believe it's the same --
 4                   MR. BONSIGNORE:   Objection to the
 5                extent that it calls for a legal opinion
 6                or an expert opinion.
 7            A      I believe that the --
 8                   THE WITNESS:   Do you want me to
 9                answer?
10                   MR. BONSIGNORE:   Go ahead.
11            A      I believe that the -- the effects of
12    any merger and this merger with Spirit and JetBlue,
13    will have negative effects for -- or the same
14    effects for the agency, the business.   Business
15    likes choices.   People like choices.   Choices are
16    being eliminated.   Pretty soon there will be one
17    airline.   Then what do we do?
18            There's -- there's -- there's no --
19    where will this end?   I mean, there are -- choices
20    are good.   Competition is good.   You know, it makes
21    people better.   It makes airlines better to have
22    some competition.   I think the airline strives to be
23    better when they're competing with another airline,
24    not -- when you eliminate your competition, then you
25    can do whatever you want.   You can charge whatever
```

1        P. Ward

2  fare you want.  And then where -- where are the

3  customers?  They're left with one choice.  That's my

4  feeling on it.

5        Q    In what ways, if any, will the merger

6  impact your income?

7              MR. BONSIGNORE:  Objection to the

8         extent it calls for an expert opinion.

9        A    Well, at this point since I'm

10 retiring, what can I say?  I mean, my -- my income

11 personally, there's no airline that's going to

12 affect my income if I'm retiring.

13       Q    Do you own any stock in any airline

14 companies?

15       A    No.

16       Q    Do you have any ownership in any other

17 travel-related companies?

18       A    No.

19             MS. ROBINSON:  I think -- we've been

20        going for almost an hour, and I'm at a

21        good stopping point if you want to take a

22        quick break.

23             MR. BONSIGNORE:  Okay.

24             THE VIDEOGRAPHER:  All right.  We're

25        going off the record.  The time is

```
 1                           P. Ward
 2          Q      Via plane.
 3          A      Yes.  Well, it depends, if it's a
 4   cruise, I would go by -- you know, take a cruise.
 5          Q      What is the closest airport to you?
 6          A      Sarasota International.
 7          Q      Are there any cities that you
 8   frequently travel to or trips that you frequently
 9   take?
10          A      Again, I haven't traveled much in the
11   last few years; but, yes.  Dallas/Fort Worth, I have
12   family there.  Fairbanks, Alaska, I have family
13   there.  There are vacation spots that I would like
14   to travel to, that I'm looking forward to traveling
15   to in -- in various places.
16          Q      Are there any other cities you
17   frequently travel to?
18          A      That I have traveled -- I mean,
19   frequently traveled to?  Uh, Las Vegas in the past.
20   A lot of -- Caribbean, St. Martin, San Juan.  A lot
21   of Caribbean travel.  These are in the past.
22                 MS. ROBINSON:  I'd like to introduce
23          Tab 1, we can mark as Exhibit 1.
24                   (Plaintiff Ward's Responses and
25          Objections to Defendants' First Set of
```

Deposition of Pamela Ward

```
 1                         P. Ward
 2    flown Delta.  Would you say you have a preference to
 3    fly Delta?
 4            A      No, I don't have a preference.
 5            Q      Do you have a preference for flying
 6    any particular airline?
 7            A      No.  At this -- I will fly wherever I
 8    can get the best fare or at that point what
 9    schedules work with my travel.  It wouldn't matter
10    what airline, actually.
11            Q      Can you describe your process for
12    shopping for a flight?
13            A      Well, we have software that will show
14    you every flight and every fare for every route that
15    you want to take, so I would go to the software and
16    pull it up and find out who has the best fare and
17    who has the best schedule and who goes where I want
18    to go at the time I want to go.
19            Q      When you say you "have software," are
20    you referring to the software that your travel
21    agency uses to book flights?
22            A      Yes.
23            Q      Do you ever use any other search
24    sites -- sorry.  Strike that.
25                   Do you ever use any search sites such
```

Deposition of Pamela Ward

```
 1                            P. Ward
 2          A      I think some of the smaller airlines,
 3    the regional carriers, maybe JetBlue and Spirit
 4    included, have an attitude of friendliness and, you
 5    know, comforting.  A lot of people are -- are not
 6    particularly eager to get on an airplane, and some
 7    people make you feel a little more comfortable.
 8               So I think maybe the smaller regional
 9    carriers do provide that a little more.  Not across
10    the board, but maybe as just a perk to keep
11    people -- you know, to come back.
12          Q     When you would make recommendations to
13    customers as a travel agent, would customer service
14    be a factor in your recommendations?
15          A     I would definitely consider that a
16    factor, yes.
17          Q     And how would you relay information
18    about customer service to a customer?
19          A     Well, if I have experienced something
20    that's enjoyable or comforting on a flight and
21    somebody -- some client asks me what my personal
22    opinion is of that airline and I found them to be
23    very positive -- positive response, I would
24    definitely tell them.  Um.  And -- and a lot of
25    times that's the case, you know.
```

```
 1                        P. Ward
 2             Sometimes the lines aren't as long,
 3   and they -- you don't have as -- it's much -- you
 4   know, I don't know, just a easier -- easier flight.
 5             Q    Would you also tell a customer if you
 6   had a negative customer service experience with an
 7   airline?
 8        A    If I had a negative experience and
 9   they asked me, I would tell them.
10             Q    Can you recall any instances where you
11   shared a negative customer service experience with a
12   customer?
13        A    No.
14             Q    Are there any airlines you would never
15   fly on?
16        A    Not to my knowledge.
17             Q    Do you typically fly alone or with
18   others?
19        A    Hmm.  It -- well, both, really.  But I
20   guess more recently, I would say typically alone.
21             Q    When you do travel with others, who do
22   you travel with?
23        A    Probably a friend or a family member.
24   Like I said, it's been a while since I've traveled;
25   so ...
```

Deposition of Pamela Ward

```
 1                        P. Ward
 2  companions?
 3          Q      Correct.
 4          A      Well, I don't have that many traveling
 5  companions, number one.  But, of course, I would
 6  consider their -- their factors, whatever's
 7  important to them.
 8          Q      When you travel, what do you typically
 9  bring with you in terms of luggage?
10          A      I carry a small carry-on that I can
11  put under my seat, generally.
12          Q      So you don't usually check a bag?
13          A      I do not.
14          Q      Are you willing to pay a fee to bring
15  a carry-on bag?
16          A      I'm willing to pay a fee for a
17  carry-on, yes, if I need to; I -- I mean, if I need
18  a bag that big that doesn't fit under my seat.
19          Q      How do you consider the cost of
20  luggage or carry-on bags when you're making your
21  travel plans?
22          A      How do I -- how do I consider it?
23          Q      Yes.
24          A      I always check to see what the baggage
25  requirements are going to be and try to select a bag
```

Deposition of Pamela Ward

```
 1                          P. Ward
 2   rewards, you know, setup.  I'm sure that every
 3   airline has -- has a program.
 4          Q     You're not a member of the JetBlue
 5   loyalty program, correct?
 6          A     Correct.
 7          Q     And you're not a member of the Spirit
 8   loyalty program, correct?
 9          A     Correct.  But if I flew them, I
10   would -- I would definitely join.
11          Q     Is the reason that you never signed up
12   for the JetBlue loyalty program because you have not
13   flown JetBlue in the past?
14          A     Correct.
15          Q     And is the reason that you've never
16   signed up for The Spirit loyalty program because
17   you've never flown Spirit in the past?
18          A     Correct.
19          Q     Do you currently have any plans to fly
20   on Spirit?
21          A     I would love to fly on Spirit.  I am
22   starting to fly again.  I have not been able to fly
23   for the last five or six years.  I've -- things --
24   but I would love to fly on Spirit.
25          Q     Do you have any specific plans to do
```

```
 1                         P. Ward
 2    so in the future?
 3          A     If they can -- if they have a flight
 4    offered on a route that I'm planning to take, I will
 5    definitely fly on them.
 6          Q     But you have not booked any flight --
 7    any tickets on a Spirit flight in the future?
 8          A     At this point, no.
 9          Q     What is your impression of Spirit?
10          A     I like Spirit.  I think that -- I've
11    heard good things about Spirit.  Each airline has
12    their own little niche of, you know, things that
13    they offer, and I think they have a good program
14    going.  They are fair, they have a reasonable
15    baggage setup, they've got -- they have everything
16    that I would like to try.  I've heard that the
17    people are friendly.
18          Q     Is there a reason you've chosen to fly
19    other airlines but never Spirit?
20          A     Well, they've not been on the route
21    that I'm traveling on, so that would be the reason.
22          Q     Do you currently have any plans to fly
23    JetBlue?
24          A     I would love to fly JetBlue.  If I
25    plan a trip that they are one of the carriers, I
```

Deposition of Pamela Ward

```
 1                        P. Ward
 2   would definitely look it up.  I'd be willing to -- I
 3   would compare the things we've talked about, the
 4   fares, the scheduling.
 5          Q     But you haven't purchased any tickets
 6   to fly on JetBlue in the future?
 7               MR. BONSIGNORE:  Objection.  Asked and
 8          answered.
 9          A     No.
10          Q     Given that you've never flown Spirit
11   or JetBlue, how do you expect the merger will affect
12   you?
13          A     The merger will affect us immensely.
14   As I said, it limits the choice.  The competition is
15   gone.  There's no choice.  The public has no choice.
16   Not just me, but my -- my friends and clients won't
17   have a choice.  The routes could be eliminated.
18   Service will be reduced.  Fares will definitely go
19   up.  This happens all the time.  And there are going
20   to be fewer flights.
21               So the harm is there.  I see it.  It
22   happens over and over.  I'm trying to prevent this
23   from continuing.
24          Q     Have you purchased tickets for any air
25   travel in the future?
```

```
 1                        P. Ward
 2         A      Not at this point.  I'm definitely
 3   thinking about it, though.   I've just gotten an okay
 4   to travel, so I'm really planning to travel in the
 5   future a lot more than I have in the past.
 6         Q      Do you budget for travel?
 7         A      Yes.  I would -- I'd -- I'd like to
 8   set aside some travel allowance.  I would say yes.
 9   I have a limited income right now, but I'd like to
10   set aside some of it for -- for travel.
11         Q      You mentioned your limited income.
12   Are there any other things that your budget depends
13   on?
14         A      Other than income?  My budget?
15         Q      Yeah.
16         A      I guess I'm -- I don't -- I don't
17   know -- I don't -- I guess I don't understand.
18   Could you repeat that?
19         Q      Sure.
20                So before you mentioned limited income
21   as a factor in your budget.  Are there any other
22   factors that your budget depends on?
23         A      No.  I -- I don't believe so.
24                MS. ROBINSON:  Alex, we can take down
25           this exhibit.
```

```
 1                        P. Ward
 2        A     I would prefer not to have to pay
 3   amenities.
 4        Q     Would you prefer that amenities be
 5   included in the ticket price?
 6        A     Yes.
 7              MR. BONSIGNORE:  Objection.  Vague,
 8         un- -- or unintelligible.
 9        Q     Is fare the most important factor to
10   you when deciding on a flight to book?
11        A     I would say it is one of the most
12   important factors.
13        Q     You're bringing a lawsuit to block the
14   merger between JetBlue and Spirit, right?
15        A     Correct.
16        Q     When did you first consider bringing
17   this suit?
18        A     When I first heard it on the news.
19        Q     Do you recall when that was?
20        A     I do not recall.
21        Q     Do you recall approximately when it
22   was?
23        A     I do not recall.
24        Q     Are you familiar with your
25   co-plaintiffs at all?
```

Deposition of Pamela Ward

1                       P. Ward

2    business, save everything they'd worked for for

3    their -- throughout their whole life.  So, you know,

4    you find people that -- through emails, whatever,

5    that are in the same boat.  It was a tough road.

6              I personally put my whole life into my

7    business, and, boy, I wanted to make it work.  So

8    you reach out for people that are doing the same

9    thing.  And it gives you some comfort in that,

10   knowing that somebody out there -- you can put your

11   heads together and find a way to, you know, make

12   things work.

13        Q    What impact would the merger have on

14   you personally?

15             MR. BONSIGNORE:  Objection to the

16             extent the question calls for a legal

17             conclusion, legal opinion, or expert

18             opinion.

19             THE WITNESS:  Am I still to answer?

20        A    Well, the harm that's going to happen

21   should this merger go through, we've talked about.

22   I plan to do a lot more travel personally.  I have a

23   lot of friends, clients, that -- that are going to

24   continue to travel.

25             And as we said, there are going to be

Deposition of Pamela Ward

1                    P. Ward

2    routes that are cut.  People will lose jobs.

3    Service is going to go down.  There are going to be

4    fewer flights.  And the fares are going to go up.

5              So what -- you know, this is harm.

6    This is a loss of choice.  There are no choices

7    left.  People are left with one airline and they

8    decide the price.  And if they don't have any

9    competition, they're going to charge whatever they

10   want.

11             And so, yes, there is harm.  And it's

12   going to happen.  And I personally would like to fly

13   these airlines; so ...

14        Q    Will you lose your job because of the

15   merger?

16        A    No, I won't lose my job.

17             MR. BONSIGNORE:  Objection.

18             Relevancy.

19        A    I'm retiring, so, I mean -- the

20   airline -- or the travel industry has pretty much

21   had a rough -- rough road.  It's been a long, rough

22   road; so ...

23        Q    Is there any other impact the merger

24   will have on you personally?

25             MR. BONSIGNORE:  Objection to the

Deposition of Pamela Ward

```
 1                         P. Ward
 2            extent it calls for a legal conclusion,
 3            opinion, or expert opinion.
 4        A     I believe the elimination of
 5  competition is going to be harmful for everyone.
 6  One airline?  We're going to end up with one
 7  airline?  I -- I don't know.  I'm -- I surely don't
 8  want to see it.
 9        Q     Other than the harm that you've
10  already described, is there any other impact the
11  merger will have on you personally?
12            MR. BONSIGNORE:  Objection to the
13            extent it calls for a legal or expert
14            opinion or testimony.
15        A     In the traveling world, I think that
16  what we've mentioned is -- is a lot.  Those things
17  cover a lot.  I mean, they're serious.  They're
18  serious things that are -- that are being taken
19  away.  Our right to have -- to have a choice.
20            I mean, as an American, as -- choices
21  is -- that's freedom, you know, able to make a
22  choice of which airline you want to book.  And
23  you're eliminating the choice, so people are left
24  with nothing.  One airline.
25        Q     But other than what you've already
```

```
 1                          P. Ward
 2    said, there's no other impact the merger will have
 3    on you personally that you can identify at this
 4    time?
 5              MR. BONSIGNORE:  Objection to the
 6         extent that it calls for a legal or expert
 7         opinion or legal or expert testimony.
 8         A      Correct.  I'm still going to get up in
 9    the morning.
10         Q      If you successfully prevented the
11    merger without any financial compensation to you,
12    would that be a satisfactory outcome for you?
13         A      That would be wonderful.  That would
14    be absolutely wonderful.  And that is the purpose
15    that we're trying to do, is to prevent --
16         Q      And why -- oh, sorry.  Go ahead.
17         A      It's to prevent this from happening.
18    That's why we're here.
19         Q      And why would that be a satisfactory
20    outcome for you?
21         A      That would be everything.  That would
22    be wonderful.  That's -- that would be success.
23         Q      What about if you received a future
24    flight discount instead?
25         A      No.
```

Deposition of Pamela Ward

```
 1                      P. Ward
 2              Ms. Ward to revisit any issues including
 3              those objections made on the basis of
 4              privilege once those disputes are
 5              resolved.  That's --
 6                   MR. BONSIGNORE:  Understood.
 7                   MS. ROBINSON:  And that's it for me.
 8   EXAMINATION
 9   BY MR. BONSIGNORE:
10         Q     Ms. Ward, you testified that you have
11   not traveled much over the six -- last six years.
12   Why is that?
13         A     I have had medical issues that
14   prevented me from feeling comfortable on an
15   airplane.  There were things that I could not
16   control.  I had -- have had a surgery, surgeries.
17                   However, this last spring I've had
18   some corrective surgeries, and now I feel much more
19   comfortable traveling.  And I will be traveling in
20   the future.  I have things set up that I want to do.
21   I have goals.  I have dreams.  And I plan to do a
22   lot of travel.  So at this point, I feel much more
23   comfortable traveling on an airplane.  And that's
24   the reason why I haven't been traveling in the last
25   six, seven years; so ...
```

1

2                        C E R T I F I C A T E

3   STATE OF NEW YORK   )

4                       ) ss.

5   COUNTY OF NEW YORK  )

6                    I, PAMELA GRIMALDI, Registered

7            Merit Reporter, Certified Realtime

8            Reporter, and Notary Public of the State

9            of New York, do hereby certify that the

10           foregoing Deposition, of the witness,

11           PAMELA WARD, taken at the time and place

12           aforesaid, is a true and correct

13           transcription of my shorthand notes.

14                    I further certify that I am

15           neither counsel for nor related to any

16           party to said action, nor in any wise

17           interested in the result or outcome

18           thereof.

19                    IN WITNESS WHEREOF, I have

20           hereunto set my hand this 26th day of

21           June 2023.

22

23           _____

24           PAMELA GRIMALDI, RMR, CRR

25