# EXHIBIT 24

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____

GABRIEL GARAVANIAN, et al.,          |
        Plaintiffs,                  | Case No.
   v.                                | 1:23-cv-10678-WGY
JETBLUE AIRWAYS CORPORATION          |
and SPIRIT AIRLINES, INC.,           |
        Defendants.                  |
_____  |


** CONFIDENTIAL **


ZOOM VIDEO CONFERENCE DEPOSITION

CHRISTINE WHALEN

June 28, 2023

11:59 a.m. Central


Stenographically reported by:

Cynthia J. Conforti, CSR, CRR

License No. 084-003064


Job No. 20993

```
 1  weren't -- you know, we probably knew it was
 2  coming, but we had to learn how to deal with it
 3  and carry on.  Hence, we introduced service fees.
 4  And as I said before, my clients were willing to
 5  pay the service fee.
 6       Q  Understood.
 7          Do you have any intention right now to
 8  return to the travel agency industry?
 9       A  No.
10       Q  Do you make any income from your prior
11  travel agency jobs?
12       A  No.
13       Q  And you will not make income as a travel
14  agent, correct?
15       A  Correct.
16       Q  So we do not -- excuse me, you do not
17  expect any future income as a travel agent,
18  correct?
19       A  Correct.
20       Q  So is it fair to say that the
21  Spirit-JetBlue merger will not have an impact on
22  your travel agency business?
23       A  On my business pers- -- no, not on my
24  business.  On my personal travel.  On the travel
25  of the whole entire country, the lack of -- I
```

```
 1  mean, we can get into that if you're ready.
 2  Competition, fare increases, cuts in service, all
 3  of the above.  It's happened too many times, and
 4  it continues to happen, and we're going to be down
 5  to nothing, no choices.  I think that Spirit is
 6  doing a fine job.  What I hear, feedback from
 7  people is, you know, why do something?  They're
 8  okay by themselves.
 9       Q  When you say that you hear that Spirit is
10  doing a good job, where are you hearing this
11  information from?
12       A  Well, people in the neighborhood, friends,
13  people that book their own travel.  We'd certainly
14  talk about it when it was my lifeline for
15  35 years.
16       Q  But you wouldn't necessarily hear any of
17  this feedback from your clients, correct?
18       A  No, I'm not in touch with most of my
19  clients any longer.  If they ask me, I would
20  certainly share with them my opinion, but that
21  would be based on what I've heard, too.
22       Q  We'll get more into that.  I just have one
23  more question on this.
24          Do you own any stock in any airline
25  company?
```

```
 1     Q  Are you done scrolling through?
 2     A  I'm almost there.
 3     Q  Okay.
 4     A  Like I said, I never took an Evelyn Woods
 5  reading class.
 6        Back to what pages did you want me to
 7  go -- get to?
 8     Q  Before we get there, I'll have you scroll
 9  down to the last page to confirm that that is your
10  signature.
11     A  Yes.
12     Q  Awesome.
13        Have you seen this document before?
14     A  Yes.
15     Q  Did you provide the information that is
16  shown in the document?
17     A  Yes.
18     Q  Okay.  So if we look at page 4, under
19  Rogatory 8 -- excuse me, Interrogatory 8.
20     A  Okay.
21     Q  You indicate that the cities listed in the
22  below chart constitute the submarkets that will be
23  impacted by the merger, correct?
24     A  I don't understand the question, honestly.
25     Q  Sure.  You'll see, if you scroll down to
```

1  explore the cities; is that correct?
2      A  Yes, mostly, yes.
3      Q  But you have not booked any tickets yet;
4  is that correct?
5      A  No, we have not.
6      Q  Okay.
7      A  I intend to now that I'm able to.
8      Q  What airline are you looking to book on?
9      A  Well, at this point, I would look at all
10 of them honestly.
11         Now I don't have the option to Sabre,
12 which would give the best, so I would probably do
13 a lot of my own research and check on the websites
14 for those.  I don't -- I wouldn't necessarily call
15 a travel agent, not that I have a problem with it,
16 but I think I'm capable of handling it on my own.
17     Q  Understood.
18         MS. POSTON:  We can go ahead and put that
19 document away for now, please.
20         I would like to pull up tab 3, and we'll
21 mark this document as Exhibit 3.  It's a document
22 with Bates beginning at 0001 and ending in 0014.
23         (Whalen Exhibit 3 is marked for
24 identification.)
25

```
 1  BY MS. POSTON:
 2      Q  Do you recall your process for deciding to
 3  go with Southwest?  Did you consider other
 4  airlines?
 5      A  No, I was meeting with other people that
 6  were going to, for instance, Midway, so Southwest
 7  was flying, I went Southwest.
 8      Q  And so I'd like to talk about your
 9  booking -- your process for booking air travel in
10  the future, and we already discussed some of the
11  places that you say you plan to visit, including
12  Chicago, New York, Vermont, Tampa, and Charleston.
13          And you say right now you are in the
14  process of deciding what airline to fly; is that
15  correct?
16      A  Yes, but I intend to check all of them
17  out.
18      Q  And when you say "check all of them out,"
19  would that include looking at sites like Expedia
20  or Google Flights?
21      A  I don't think so.  I'm not sure that I'm
22  comfortable with that.  I'd rather just go
23  directly to the airline site.
24      Q  And what's the -- what is your
25  uncomfortability with using services like Expedia
```

```
 1      Q  And it sounded like you said it is
 2  important for you to able to change your itinerary
 3  or rebook on a different flight with the same
 4  airline; is that correct?
 5      A  It's a very nice consideration, depending
 6  on what you anticipate when you're with them, you
 7  know, this day and age when you live in the Gulf
 8  of Mexico, yes, you know, it's, like, you consider
 9  that.
10      Q  Do you prefer a greater comfort when
11  flying?
12          MR. BONSIGNORE:  Objection.
13          THE WITNESS:  No, not necessarily.  No.  I
14  don't need extra leg room.  I don't need any of
15  the above.
16  BY MS. POSTON:
17      Q  Are there any other important
18  considerations that you take into account when you
19  are flying that I haven't named?
20      A  Not that I can consider.  I mean, I buy a
21  ticket and I hope, you know, expect to have a
22  seat.  That's about it.  I don't even think about
23  it.  If it isn't necessary, I wouldn't really book
24  a seat ahead of time or pay extra for a seat.  If
25  it's an option to not do that, I would go for it.
```

```
 1  It doesn't really matter to me.  I'm -- I don't
 2  need a particular seat on a flight, aisle, window,
 3  center.  I really don't mind.
 4      Q  When you -- excuse me.
 5         Are there any airlines you will never fly
 6  on?
 7      A  Not that I can -- no, uh-uh, not that I
 8  have -- no.  I've never had a bad experience to
 9  that point, let's put it that way, no.  No.
10      Q  Do you typically fly alone or with others?
11      A  Typically with my husband.
12      Q  Does he have any preference for any
13  particular airlines?
14      A  No, he leaves that up to me.  We might
15  discuss it, but schedules, fares, but basically
16  turns it back to me.
17      Q  Does he prefer to use specific amenities
18  when flying?
19      A  No.
20      Q  Do you factor in his preferences at all
21  when you book flights for the two of you?
22      A  Well, we talk about time of day, which
23  would be convenient, you know, I mean, that's
24  really it.  Main reason, it could be the price.
25  If we get a good price, you can do more when you
```

```
 1  one -- one piece of luggage.  So that's what I was
 2  referring to.
 3      Q  Are you willing to pay a fee to bring a
 4  carry bag, excuse me, to bring a carry-on bag?
 5          MR. BONSIGNORE:  Objection.
 6          THE WITNESS:  Well, I hope it doesn't come
 7  to that, but if I don't have a choice, I don't
 8  know.  Ship my clothes, I can ship.  We have a
 9  FedEx account.  I just hope it doesn't come to
10  that, for everyone's sake.
11  BY MS. POSTON:
12      Q  So it sounds like you would try to explore
13  other options instead of paying for a carry-on
14  bag; is that correct?
15          MR. BONSIGNORE:  Objection.
16          THE WITNESS:  I don't think that that's
17  going to make or break us.  I'd have to compare
18  the bottom line, the price and, you know, okay,
19  are you going to save a hundred bucks on this
20  ticket but you're going to pay a hundred bucks for
21  a carry-on?  You know, it all comes out to dollars
22  and cents.  I wouldn't not look at an airline
23  because they charge for carry-on.  I think the
24  bottom line is how much do they charge to get on
25  the plane.
```

1   Q   To confirm, you've never flown on Spirit,
2  correct?
3   A   Correct.
4   Q   Do you currently have plans to fly Spirit?
5   A   I would love to.  They go where I want to
6  go.
7   Q   They go where you want to go.  Would those
8  be the destinations that you listed earlier?
9   A   Correct, for starters.
10   Q   Did you recently decide that those are
11  destinations that you want to go to?
12   A   No, unh-unh, no.  They have been on my
13  list for quite some time, but they're a little bit
14  too far to get to when I'm hauling an office, you
15  know, so now I'm free to do it.
16   Q   Does your role in this litigation have
17  any -- any correlation to your decision to take
18  Spirit on those -- excuse me, take Spirit on your
19  route to those destinations?
20   A   I don't know if I understand that.  I -- I
21  mean, I think I will go for the schedule, for the
22  fare.  I would like to experience Spirit since I
23  have never.  It's certainly going to be a
24  consideration if it all lines up.
25   Q   And you talked a little bit earlier about

```
 1   your impressions of Spirit.  I'd like to hear more
 2   about what are some of the things that you like or
 3   dislike about Spirit.
 4       A   Well, I think it's -- seems to me that
 5   they're growing, they're getting better, they're
 6   very friendly, which is a real plus in this day
 7   and age, no matter what you're doing or where
 8   you're going.
 9           I haven't heard any feedback from anyone
10   that is negative, and the only way to verify that
11   is to maybe try it myself.  I think that they
12   should continue to grow.  I'd love to see them
13   grow.  Losing too many.
14       Q   And what do you mean by they're growing?
15   How do you know that they are growing?
16       A   Well, I think they're solid.  I think
17   they're not in a bad financial situation.  I think
18   they have plans to expand.  And I think it's
19   ==wonderful.  I think the competition is where it==
20   ==needs to be.  I don't want to be told that I can==
21   ==only go on this airline or that airline, and I'd==
22   ==like to have options.==
23           ==And as I said, starting out and making it==
24   in this day and age is not easy, and it seems to
25   me that they've done the right thing to be here.
```

1    A   Definitely.  I have no personal
2  experience, so it's just feedback from folks.
3    Q   And so given that you've never flown
4  Spirit or JetBlue, how do you expect the -- excuse
5  me -- how do you expect the merger will affect you
6  personally?
7    A   It would give me less choices.  I believe
8  the fare would definitely go up.  I think they'd
9  be adding more extra charges, or those would
10 increase.  The same that's happened for all these
11 other mergers.  I'm just dead set against it.
12   Q   When you say "less choices," do you mean
13 less choices to fly Spirit or JetBlue?
14   A   Yeah, less destinations, less flights,
15 less capacity.  I think that if they merge that
16 we're going to see a lot of cutbacks that we
17 hadn't seen before and a lot of additions in
18 fares, cutbacks in maybe some flights and
19 destinations.
20   Q   What's your basis for stating that they'll
21 be less choices and increased prices?  What's your
22 basis -- excuse me, and less capacity?  What are
23 your bases for these claims?
24   A   Well, because I believe that right now the
25 JetBlue fares are higher than Spirit's, so that

```
 1  advantage of it the most, so it limits your
 2  options.
 3          I mean, just, if you look around -- I
 4  mean, case in point, I don't get anything from
 5  Amazon, but at my old age, am I going to be able
 6  to get anything if I don't get it from Amazon; you
 7  know, and it's the same thing with travel.  What
 8  happens when we have three, four airlines taking
 9  over?  It's just going to be -- they're going to
10  be in charge.  They're going to tell you what you
11  can do and can't do.  They're not going to treat
12  you like a guest, like a customer, is my feeling.
13      Q  And to go back, you mentioned that
14  Spirit -- I'm summarizing, so let me know if you
15  disagree.
16          But you said that Spirit is doing well on
17  their own, and if they continue to stay on their
18  own, people will -- excuse me, customers will just
19  continue to be attracted to them and take
20  advantage of their services and things; is that
21  correct?  Is that basically your sentiment?
22      A  That's what I think, and that's what I'm
23  hoping for, yes, definitely.
24      Q  And -- but you have not been one of those
25  people in the past who has taken advantage of
```

```
 1      Q  But it's not guaranteed -- excuse me.
 2      A  I haven't booked it yet.
 3      Q  But it's not guaranteed that you will fly
 4  Spirit, correct?
 5      A  Well, I certainly haven't put the money
 6  down; I haven't given them my credit card, if
 7  that's what you mean.  That's -- I started
 8  looking, and I liked what I saw as far as their
 9  fares.  I started exploring their website.  And
10  it's certainly worth a consideration.  I don't
11  have to fly first class.  I don't have to have an
12  aisle seat.  I don't -- you know, I'm not very
13  needy, let's put it that way.
14      Q  From right now, what you're seeing with
15  your price comparison, how much lower are Spirit's
16  costs than some of the airlines that you are
17  looking at?
18      A  Well, I didn't have dates, so I didn't
19  take it all the way to the end.  I was just kind
20  of getting used to their website, so I can't
21  answer that.
22      Q  Okay.  So you -- you haven't gone through
23  that process of doing an actual comparison to see
24  how Spirit fares out against these other airlines,
25  correct?
```

```
 1      A   No, I was getting used to Spirit's website
 2   and saw that the fares looked very, very
 3   reasonable.
 4      Q   Understood.
 5          If you successfully prevented the merger
 6   without any financial compensation to you, would
 7   that be a satisfactory outcome?
 8      A   Oh, I'm not expecting anything.  I would
 9   like the merger to be stopped, if that's what
10   you're saying.
11      Q   What if you received a hundred-dollar
12   travel voucher instead?
13      A   Oh, I wouldn't want that.  Why would I
14   want that?  There's too many reasons for this
15   merger not to take place, and it's not money in my
16   pocket.  It's the whole future for airlines and
17   employees.
18      Q   Would a future flight discount, that
19   wouldn't be satisfactory for you either?
20      A   No, I don't --
21          MR. BONSIGNORE:  Objection.
22          THE WITNESS:  No, I would not.
23   BY MS. POSTON:
24      Q   How about JetBlue points?
25          MR. BONSIGNORE:  Objection.
```

```
 1  carry on the top of my mind, honestly.
 2      Q  When you first considered bringing this
 3  lawsuit to prevent the JetBlue-Spirit merger, what
 4  steps did you take, if any, to prepare for the
 5  lawsuit?  And I'd like to note for the record, I'm
 6  not asking for any privileged conversations that
 7  you had with your counsel regarding steps you took
 8  before the litigation.
 9      A  The only step that I took was to contact
10  my lawyer to try and do something about it.
11      Q  Did you educate yourself about Spirit and
12  JetBlue?
13      A  As much as I found in papers, things like
14  that.  I don't -- I don't know what their stock
15  is.  I don't -- I mean, I just can see that it's
16  going to be a problem for -- it's not necessary.
17      Spirit, like I said is -- seems to be
18  doing fine on their own.  Now Spirit wants to lay
19  people off and raise fares, you know.  They know
20  what they benefit from the merger, I don't know,
21  but I can foresee what would happen.
22      Q  Did you review public statements or
23  security filings?
24      A  No.
25      Q  Did you review the complaint before it was
```

```
 1  CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
 2          I, Cynthia J. Conforti, Certified
 3  Shorthand Reporter No. 084-003064, CSR, CRR, and a
 4  Notary Public in and for the County of Cook, State
 5  of Illinois, the officer before whom the
 6  foregoing deposition was taken, do hereby certify
 7  that the foregoing transcript is a true and
 8  correct record of the testimony given; that said
 9  testimony was taken by me stenographically and
10  thereafter reduced to typewriting under my
11  direction; that reading and signing was requested;
12  and that I am neither counsel for, related to, nor
13  employed by any of the parties to this case and
14  have no interest, financial or otherwise, in its
15  outcome.
16      IN WITNESS WHEREOF, I have hereunto set my
17  hand and affixed my notarial seal this 6th day of
18  July, 2023.
19
20  My commission expires: October 30, 2023
21
22  ____Cynthia J. Conforti_____
23  Notary Public in and for the
24  State of Illinois
25
```