# EXHIBIT 56

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.   Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | JETBLUE AIRWAYS CORPORATION SPIRIT AIRLINES, INC. |
| **RESPONDING PARTY:** | PLAINTIFF DON FREELAND |
| **SET NUMBER:** | TWO (SECOND SUPPLEMENTAL) |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and subject to the objections stated in Plaintiff's Responses to Defendants' Second Set of Interrogatories previously served on Defendants, Plaintiff hereby supplements Plaintiff's responses as set forth below.

**SECOND SUPPLEMENTAL RESPONSES**

**INTERROGATORY NO. 8**:

Identify each and every "submarket" and "route" referred to at Paragraphs 7, 19, 59 and 84 of the Complaint. For avoidance of doubt, "submarket" and "route" are ascribed the same meanings as in the Complaint.

## **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**:

Plaintiff reincorporates all prior responses to Interrogatory No. 8. As stated in Plaintiff's earlier response, the city pairs provided prior were a partial and not complete list of potential submarkets. Plaintiff reserved the right to supplement as further information was received and analyzed by Plaintiff and Plaintiff's attorneys and experts. Attached as **Exhibit A** is a list of city pairs and origin/destination airports responsive to this interrogatory. Exhibit A is based upon further information that was provided by Plaintiffs' experts on or after July 28, 2023.

Dated: August 10, 2023   By:   */s/ Joseph M. Alioto, Jr.*
Joseph M. Alioto Jr. (SBN 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 398-3800
E-mail: joseph@aliotolegal.com

ADDITIONAL PLAINTIFFS' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN 547880)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

2
PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com


Josephine Alioto (SBN 282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com


CERTIFICATE OF SERVICE

      The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on August 10, 2023.

                                            /s/ *Josephine L. Alioto*
                                            Josephine L. Alioto

# EXHIBIT A

*Nonstop City Route Pairs*

Aguadilla, PR-Miami, FL (Metropolitan Area)
Aguadilla, PR-Orlando, FL
Atlanta, GA (Metropolitan Area)-Boston, MA (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Austin, TX-Los Angeles, CA (Metropolitan Area)
Austin, TX-Miami, FL (Metropolitan Area)
Austin, TX-New York City, NY (Metropolitan Area)
Boston, MA (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Boston, MA (Metropolitan Area)-Fort Myers, FL
Boston, MA (Metropolitan Area)-Las Vegas, NV
Boston, MA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Boston, MA (Metropolitan Area)-New Orleans, LA
Boston, MA (Metropolitan Area)-Orlando, FL
Boston, MA (Metropolitan Area)-San Juan, PR
Boston, MA (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Charlotte, NC-New York City, NY (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-Miami, FL (Metropolitan Area)
Dallas/Fort Worth, TX-New York City, NY (Metropolitan Area)
Detroit, MI-New York City, NY (Metropolitan Area)
Fort Myers, FL-Boston, MA (Metropolitan Area)
Fort Myers, FL-Hartford, CT
Fort Myers, FL-New York City, NY (Metropolitan Area)
Fort Myers, FL-Washington, DC (Metropolitan Area)
Hartford, CT-Fort Myers, FL
Hartford, CT-Miami, FL (Metropolitan Area)
Hartford, CT-Orlando, FL
Hartford, CT-Tampa, FL (Metropolitan Area)
Houston, TX-New York City, NY (Metropolitan Area)
Indianapolis, IN-New York City, NY (Metropolitan Area)
Las Vegas, NV-Boston, MA (Metropolitan Area)
Las Vegas, NV-Los Angeles, CA (Metropolitan Area)
Las Vegas, NV-Miami, FL (Metropolitan Area)
Las Vegas, NV-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Austin, TX
Los Angeles, CA (Metropolitan Area)-Las Vegas, NV
Los Angeles, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Salt Lake City, UT
Los Angeles, CA (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Aguadilla, PR
Miami, FL (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Austin, TX
Miami, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Cleveland, OH (Metropolitan Area)
Miami, FL (Metropolitan Area)-Hartford, CT
Miami, FL (Metropolitan Area)-Las Vegas, NV
Miami, FL (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Nashville, TN
Miami, FL (Metropolitan Area)-New Orleans, LA
Miami, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Miami, FL (Metropolitan Area)-Philadelphia, PA
Miami, FL (Metropolitan Area)-Phoenix, AZ
Miami, FL (Metropolitan Area)-Raleigh/Durham, NC
Miami, FL (Metropolitan Area)-Richmond, VA
Miami, FL (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Washington, DC (Metropolitan Area)
Nashville, TN-Miami, FL (Metropolitan Area)
Nashville, TN-New York City, NY (Metropolitan Area)
New Orleans, LA-Boston, MA (Metropolitan Area)
New Orleans, LA-Miami, FL (Metropolitan Area)
New Orleans, LA-New York City, NY (Metropolitan Area)
New York City, NY (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Austin, TX
New York City, NY (Metropolitan Area)-Dallas/Fort Worth, TX
New York City, NY (Metropolitan Area)-Detroit, MI
New York City, NY (Metropolitan Area)-Houston, TX
New York City, NY (Metropolitan Area)-Indianapolis, IN
New York City, NY (Metropolitan Area)-Las Vegas, NV
New York City, NY (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Miami, FL (Metropolitan Area)
New York City, NY (Metropolitan Area)-Nashville, TN
New York City, NY (Metropolitan Area)-New Orleans, LA
New York City, NY (Metropolitan Area)-Orlando, FL
New York City, NY (Metropolitan Area)-Pittsburgh, PA

*Nonstop City Route Pairs*

New York City, NY (Metropolitan Area)-San Juan, PR
New York City, NY (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Orlando, FL-Aguadilla, PR
Orlando, FL-Boston, MA (Metropolitan Area)
Orlando, FL-Hartford, CT
Orlando, FL-New York City, NY (Metropolitan Area)
Orlando, FL-Ponce, PR
Orlando, FL-Richmond, VA
Orlando, FL-Salt Lake City, UT
Orlando, FL-San Juan, PR
Orlando, FL-Washington, DC (Metropolitan Area)
Philadelphia, PA-Miami, FL (Metropolitan Area)
Phoenix, AZ-Miami, FL (Metropolitan Area)
Pittsburgh, PA-New York City, NY (Metropolitan Area)
Ponce, PR-Orlando, FL
Raleigh/Durham, NC-Miami, FL (Metropolitan Area)
Richmond, VA-Miami, FL (Metropolitan Area)
Richmond, VA-Orlando, FL
Salt Lake City, UT-Los Angeles, CA (Metropolitan Area)
Salt Lake City, UT-Orlando, FL
San Francisco, CA (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
San Juan, PR-Boston, MA (Metropolitan Area)
San Juan, PR-Miami, FL (Metropolitan Area)
San Juan, PR-New York City, NY (Metropolitan Area)
San Juan, PR-Orlando, FL
San Juan, PR-Tampa, FL (Metropolitan Area)
San Juan, PR-Washington, DC (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Hartford, CT
Tampa, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Tampa, FL (Metropolitan Area)-San Juan, PR
Washington, DC (Metropolitan Area)-Fort Myers, FL
Washington, DC (Metropolitan Area)-Miami, FL (Metropolitan Area)
Washington, DC (Metropolitan Area)-Orlando, FL
Washington, DC (Metropolitan Area)-San Juan, PR

*City Route Pair (Nonstop + 1)*

**City Pair**
Aguadilla, PR-Atlanta, GA (Metropolitan Area)
Aguadilla, PR-Austin, TX
Aguadilla, PR-Boston, MA (Metropolitan Area)
Aguadilla, PR-Chicago, IL
Aguadilla, PR-Dallas/Fort Worth, TX
Aguadilla, PR-Denver, CO
Aguadilla, PR-Detroit, MI
Aguadilla, PR-Hartford, CT
Aguadilla, PR-Houston, TX
Aguadilla, PR-Kansas City, MO
Aguadilla, PR-Las Vegas, NV
Aguadilla, PR-Los Angeles, CA (Metropolitan Area)
Aguadilla, PR-Miami, FL (Metropolitan Area)
Aguadilla, PR-Milwaukee, WI
Aguadilla, PR-Minneapolis/St. Paul, MN
Aguadilla, PR-Nashville, TN
Aguadilla, PR-New Orleans, LA
Aguadilla, PR-New York City, NY (Metropolitan Area)
Aguadilla, PR-Orlando, FL
Aguadilla, PR-Phoenix, AZ
Aguadilla, PR-Raleigh/Durham, NC
Aguadilla, PR-Richmond, VA
Aguadilla, PR-Rochester, NY
Aguadilla, PR-Salt Lake City, UT
Aguadilla, PR-San Antonio, TX
Aguadilla, PR-Tampa, FL (Metropolitan Area)
Aguadilla, PR-Washington, DC (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Aguadilla, PR
Atlanta, GA (Metropolitan Area)-Boston, MA (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Ponce, PR
Atlanta, GA (Metropolitan Area)-San Juan, PR

*City Route Pair (Nonstop + 1)*

Austin, TX-Aguadilla, PR
Austin, TX-Los Angeles, CA (Metropolitan Area)
Austin, TX-Miami, FL (Metropolitan Area)
Austin, TX-New York City, NY (Metropolitan Area)
Austin, TX-Ponce, PR
Austin, TX-Richmond, VA
Austin, TX-San Juan, PR
Boston, MA (Metropolitan Area)-Aguadilla, PR
Boston, MA (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Boston, MA (Metropolitan Area)-Charlotte Amalie, VI
Boston, MA (Metropolitan Area)-Christiansted, VI
Boston, MA (Metropolitan Area)-Fort Myers, FL
Boston, MA (Metropolitan Area)-Houston, TX
Boston, MA (Metropolitan Area)-Las Vegas, NV
Boston, MA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Boston, MA (Metropolitan Area)-New Orleans, LA
Boston, MA (Metropolitan Area)-Orlando, FL
Boston, MA (Metropolitan Area)-Pensacola, FL
Boston, MA (Metropolitan Area)-Ponce, PR
Boston, MA (Metropolitan Area)-San Juan, PR
Boston, MA (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Charlotte Amalie, VI-Boston, MA (Metropolitan Area)
Charlotte Amalie, VI-Hartford, CT
Charlotte Amalie, VI-Los Angeles, CA (Metropolitan Area)
Charlotte Amalie, VI-Miami, FL (Metropolitan Area)
Charlotte Amalie, VI-Orlando, FL
Charlotte Amalie, VI-Tampa, FL (Metropolitan Area)
Charlotte Amalie, VI-Washington, DC (Metropolitan Area)
Chicago, IL-Aguadilla, PR
Chicago, IL-Ponce, PR
Chicago, IL-San Juan, PR
Christiansted, VI-Boston, MA (Metropolitan Area)
Christiansted, VI-Hartford, CT
Christiansted, VI-New York City, NY (Metropolitan Area)
Christiansted, VI-Orlando, FL
Christiansted, VI-Tampa, FL (Metropolitan Area)
Christiansted, VI-Washington, DC (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-Miami, FL (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-San Juan, PR
Dallas/Fort Worth, TX-Aguadilla, PR
Dallas/Fort Worth, TX-New York City, NY (Metropolitan Area)
Dallas/Fort Worth, TX-San Juan, PR
Denver, CO-Aguadilla, PR
Denver, CO-San Juan, PR
Detroit, MI-Aguadilla, PR
Detroit, MI-New York City, NY (Metropolitan Area)
Detroit, MI-Ponce, PR
Detroit, MI-San Juan, PR
Fort Myers, FL-Boston, MA (Metropolitan Area)
Fort Myers, FL-Hartford, CT
Fort Myers, FL-Las Vegas, NV
Fort Myers, FL-New York City, NY (Metropolitan Area)
Fort Myers, FL-Washington, DC (Metropolitan Area)
Hartford, CT-Aguadilla, PR
Hartford, CT-Charlotte Amalie, VI
Hartford, CT-Fort Myers, FL
Hartford, CT-Miami, FL (Metropolitan Area)
Hartford, CT-Orlando, FL
Hartford, CT-Ponce, PR
Hartford, CT-San Juan, PR
Hartford, CT-Tampa, FL (Metropolitan Area)
Houston, TX-Aguadilla, PR
Houston, TX-Boston, MA (Metropolitan Area)
Houston, TX-New York City, NY (Metropolitan Area)
Houston, TX-Ponce, PR
Indianapolis, IN-New York City, NY (Metropolitan Area)
Kansas City, MO-Aguadilla, PR
Kansas City, MO-Miami, FL (Metropolitan Area)
Kansas City, MO-San Juan, PR
Las Vegas, NV-Aguadilla, PR
Las Vegas, NV-Boston, MA (Metropolitan Area)
Las Vegas, NV-Fort Myers, FL
Las Vegas, NV-Los Angeles, CA (Metropolitan Area)
Las Vegas, NV-Miami, FL (Metropolitan Area)
Las Vegas, NV-New York City, NY (Metropolitan Area)
Las Vegas, NV-Ponce, PR
Las Vegas, NV-Richmond, VA

Appendix 3, Table A3.1

*City Route Pair (Nonstop + 1)*
Las Vegas, NV-San Juan, PR
Los Angeles, CA (Metropolitan Area)-Aguadilla, PR
Los Angeles, CA (Metropolitan Area)-Austin, TX
Los Angeles, CA (Metropolitan Area)-Charlotte Amalie, VI
Los Angeles, CA (Metropolitan Area)-Las Vegas, NV
Los Angeles, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Orlando, FL
Los Angeles, CA (Metropolitan Area)-Salt Lake City, UT
Los Angeles, CA (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Aguadilla, PR
Miami, FL (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Austin, TX
Miami, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Charlotte Amalie, VI
Miami, FL (Metropolitan Area)-Cleveland, OH (Metropolitan Area)
Miami, FL (Metropolitan Area)-Hartford, CT
Miami, FL (Metropolitan Area)-Kansas City, MO
Miami, FL (Metropolitan Area)-Las Vegas, NV
Miami, FL (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Milwaukee, WI
Miami, FL (Metropolitan Area)-Nashville, TN
Miami, FL (Metropolitan Area)-New Orleans, LA
Miami, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Miami, FL (Metropolitan Area)-Philadelphia, PA
Miami, FL (Metropolitan Area)-Phoenix, AZ
Miami, FL (Metropolitan Area)-Ponce, PR
Miami, FL (Metropolitan Area)-Portland, OR
Miami, FL (Metropolitan Area)-Raleigh/Durham, NC
Miami, FL (Metropolitan Area)-Reno, NV
Miami, FL (Metropolitan Area)-Richmond, VA
Miami, FL (Metropolitan Area)-Sacramento, CA
Miami, FL (Metropolitan Area)-San Diego, CA
Miami, FL (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Washington, DC (Metropolitan Area)
Milwaukee, WI-Miami, FL (Metropolitan Area)
Milwaukee, WI-San Juan, PR
Minneapolis/St. Paul, MN-Aguadilla, PR
Minneapolis/St. Paul, MN-Ponce, PR
Minneapolis/St. Paul, MN-San Juan, PR
Nashville, TN-Aguadilla, PR
Nashville, TN-Miami, FL (Metropolitan Area)
Nashville, TN-New York City, NY (Metropolitan Area)
Nashville, TN-Ponce, PR
Nashville, TN-San Juan, PR
New Orleans, LA-Aguadilla, PR
New Orleans, LA-Boston, MA (Metropolitan Area)
New Orleans, LA-Miami, FL (Metropolitan Area)
New Orleans, LA-New York City, NY (Metropolitan Area)
New Orleans, LA-Ponce, PR
New Orleans, LA-San Juan, PR
New York City, NY (Metropolitan Area)-Aguadilla, PR
New York City, NY (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Austin, TX
New York City, NY (Metropolitan Area)-Christiansted, VI
New York City, NY (Metropolitan Area)-Dallas/Fort Worth, TX
New York City, NY (Metropolitan Area)-Detroit, MI
New York City, NY (Metropolitan Area)-Houston, TX
New York City, NY (Metropolitan Area)-Indianapolis, IN
New York City, NY (Metropolitan Area)-Las Vegas, NV
New York City, NY (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Miami, FL (Metropolitan Area)
New York City, NY (Metropolitan Area)-Nashville, TN
New York City, NY (Metropolitan Area)-New Orleans, LA
New York City, NY (Metropolitan Area)-Orlando, FL
New York City, NY (Metropolitan Area)-Pittsburgh, PA
New York City, NY (Metropolitan Area)-Reno, NV
New York City, NY (Metropolitan Area)-Sacramento, CA
New York City, NY (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-San Juan, PR
New York City, NY (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Orlando, FL-Aguadilla, PR
Orlando, FL-Boston, MA (Metropolitan Area)
Orlando, FL-Charlotte Amalie, VI
Orlando, FL-Christiansted, VI
Orlando, FL-Hartford, CT

*City Route Pair (Nonstop + 1)*
Orlando, FL-Los Angeles, CA (Metropolitan Area)
Orlando, FL-New York City, NY (Metropolitan Area)
Orlando, FL-Ponce, PR
Orlando, FL-Reno, NV
Orlando, FL-Richmond, VA
Orlando, FL-Rochester, NY
Orlando, FL-Salt Lake City, UT
Orlando, FL-San Juan, PR
Orlando, FL-Washington, DC (Metropolitan Area)
Pensacola, FL-Boston, MA (Metropolitan Area)
Pensacola, FL-San Juan, PR
Philadelphia, PA-Aguadilla, PR
Philadelphia, PA-Miami, FL (Metropolitan Area)
Phoenix, AZ-Aguadilla, PR
Phoenix, AZ-Miami, FL (Metropolitan Area)
Pittsburgh, PA-New York City, NY (Metropolitan Area)
Pittsburgh, PA-San Juan, PR
Ponce, PR-Atlanta, GA (Metropolitan Area)
Ponce, PR-Austin, TX
Ponce, PR-Boston, MA (Metropolitan Area)
Ponce, PR-Chicago, IL
Ponce, PR-Dallas/Fort Worth, TX
Ponce, PR-Detroit, MI
Ponce, PR-Hartford, CT
Ponce, PR-Houston, TX
Ponce, PR-Kansas City, MO
Ponce, PR-Las Vegas, NV
Ponce, PR-Miami, FL (Metropolitan Area)
Ponce, PR-Milwaukee, WI
Ponce, PR-Nashville, TN
Ponce, PR-New Orleans, LA
Ponce, PR-Orlando, FL
Ponce, PR-Richmond, VA
Ponce, PR-Washington, DC (Metropolitan Area)
Portland, OR-Miami, FL (Metropolitan Area)
Raleigh/Durham, NC-Aguadilla, PR
Raleigh/Durham, NC-Miami, FL (Metropolitan Area)
Raleigh/Durham, NC-Ponce, PR
Raleigh/Durham, NC-San Juan, PR
Reno, NV-Atlanta, GA (Metropolitan Area)
Reno, NV-Cleveland, OH (Metropolitan Area)
Reno, NV-New York City, NY (Metropolitan Area)
Reno, NV-Orlando, FL
Reno, NV-Tampa, FL (Metropolitan Area)
Richmond, VA-Aguadilla, PR
Richmond, VA-Miami, FL (Metropolitan Area)
Richmond, VA-Orlando, FL
Richmond, VA-San Juan, PR
Rochester, NY-Aguadilla, PR
Rochester, NY-Orlando, FL
Rochester, NY-San Juan, PR
Sacramento, CA-Boston, MA (Metropolitan Area)
Sacramento, CA-Cleveland, OH (Metropolitan Area)
Sacramento, CA-Miami, FL (Metropolitan Area)
Sacramento, CA-New York City, NY (Metropolitan Area)
Sacramento, CA-Tampa, FL (Metropolitan Area)
Salt Lake City, UT-Aguadilla, PR
Salt Lake City, UT-Cleveland, OH (Metropolitan Area)
Salt Lake City, UT-Hartford, CT
Salt Lake City, UT-Los Angeles, CA (Metropolitan Area)
Salt Lake City, UT-Orlando, FL
Salt Lake City, UT-San Juan, PR
San Antonio, TX-Aguadilla, PR
San Antonio, TX-San Juan, PR
San Diego, CA-Miami, FL (Metropolitan Area)
San Diego, CA-Pittsburgh, PA
San Francisco, CA (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
San Juan, PR-Atlanta, GA (Metropolitan Area)
San Juan, PR-Austin, TX
San Juan, PR-Boston, MA (Metropolitan Area)
San Juan, PR-Chicago, IL
San Juan, PR-Cleveland, OH (Metropolitan Area)
San Juan, PR-Dallas/Fort Worth, TX
San Juan, PR-Denver, CO
San Juan, PR-Detroit, MI
San Juan, PR-Hartford, CT

*City Route Pair (Nonstop + 1)*
San Juan, PR-Kansas City, MO
San Juan, PR-Las Vegas, NV
San Juan, PR-Los Angeles, CA (Metropolitan Area)
San Juan, PR-Miami, FL (Metropolitan Area)
San Juan, PR-Milwaukee, WI
San Juan, PR-Minneapolis/St. Paul, MN
San Juan, PR-Nashville, TN
San Juan, PR-New Orleans, LA
San Juan, PR-New York City, NY (Metropolitan Area)
San Juan, PR-Orlando, FL
San Juan, PR-Pensacola, FL
San Juan, PR-Pittsburgh, PA
San Juan, PR-Raleigh/Durham, NC
San Juan, PR-Richmond, VA
San Juan, PR-Rochester, NY
San Juan, PR-Salt Lake City, UT
San Juan, PR-Tampa, FL (Metropolitan Area)
San Juan, PR-Washington, DC (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Aguadilla, PR
Tampa, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Charlotte Amalie, VI
Tampa, FL (Metropolitan Area)-Christiansted, VI
Tampa, FL (Metropolitan Area)-Hartford, CT
Tampa, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Reno, NV
Tampa, FL (Metropolitan Area)-Sacramento, CA
Tampa, FL (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-San Juan, PR
Washington, DC (Metropolitan Area)-Aguadilla, PR
Washington, DC (Metropolitan Area)-Charlotte Amalie, VI
Washington, DC (Metropolitan Area)-Christiansted, VI
Washington, DC (Metropolitan Area)-Fort Myers, FL
Washington, DC (Metropolitan Area)-Miami, FL (Metropolitan Area)
Washington, DC (Metropolitan Area)-Orlando, FL
Washington, DC (Metropolitan Area)-Ponce, PR
Washington, DC (Metropolitan Area)-San Juan, PR

*Spirit Only (No ULCCs) Route Pairs*

| Origin | Destination |
|---|---|
| Aguadilla, PR: Rafael Hernandez | Philadelphia, PA: Philadelphia International |
| Akron, OH: Akron-Canton Regional | Orlando, FL: Orlando International |
| Akron, OH: Akron-Canton Regional | Myrtle Beach, SC: Myrtle Beach International |
| Akron, OH: Akron-Canton Regional | Fort Myers, FL: Southwest Florida International |
| Akron, OH: Akron-Canton Regional | Tampa, FL: Tampa International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Atlantic City, NJ: Atlantic City International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Los Angeles, CA: Los Angeles International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Minneapolis, MN: Minneapolis-St Paul Internation |
| Atlantic City, NJ: Atlantic City International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Atlantic City, NJ: Atlantic City International | Boston, MA: Logan International |
| Atlantic City, NJ: Atlantic City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Atlantic City, NJ: Atlantic City International | Orlando, FL: Orlando International |
| Atlantic City, NJ: Atlantic City International | Miami, FL: Miami International |
| Atlantic City, NJ: Atlantic City International | Myrtle Beach, SC: Myrtle Beach International |
| Atlantic City, NJ: Atlantic City International | West Palm Beach/Palm Beach, FL: Palm Beach Inter |
| Atlantic City, NJ: Atlantic City International | Fort Myers, FL: Southwest Florida International |
| Atlantic City, NJ: Atlantic City International | San Juan, PR: Luis Munoz Marin International |
| Atlantic City, NJ: Atlantic City International | Tampa, FL: Tampa International |
| Austin, TX: Austin - Bergstrom International | Orlando, FL: Orlando International |
| Baltimore, MD: Baltimore/Washington Internationa | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Baltimore, MD: Baltimore/Washington Internationa | Detroit, MI: Detroit Metro Wayne County |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Baltimore, MD: Baltimore/Washington Internationa | Houston, TX: George Bush Intercontinental/Housto |
| Baltimore, MD: Baltimore/Washington Internationa | Los Angeles, CA: Los Angeles International |
| Baltimore, MD: Baltimore/Washington Internationa | New Orleans, LA: Louis Armstrong New Orleans Int |
| Baltimore, MD: Baltimore/Washington Internationa | Myrtle Beach, SC: Myrtle Beach International |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Myers, FL: Southwest Florida International |
| Baltimore, MD: Baltimore/Washington Internationa | San Juan, PR: Luis Munoz Marin International |
| Baltimore, MD: Baltimore/Washington Internationa | Tampa, FL: Tampa International |
| Boston, MA: Logan International | Atlantic City, NJ: Atlantic City International |
| Boston, MA: Logan International | Myrtle Beach, SC: Myrtle Beach International |
| Charleston/Dunbar, WV: West Virginia Internation | Orlando, FL: Orlando International |
| Charleston/Dunbar, WV: West Virginia Internation | Myrtle Beach, SC: Myrtle Beach International |
| Charlotte Amalie, VI: Cyril E King | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Miami, FL: Miami International |

***Spirit Only (No ULCCs) Route Pairs***

| | |
|---|---|
| Chicago, IL: Chicago O'Hare International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Chicago, IL: Chicago O'Hare International | Houston, TX: George Bush Intercontinental/Housto |
| Chicago, IL: Chicago O'Hare International | Los Angeles, CA: Los Angeles International |
| Chicago, IL: Chicago O'Hare International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Chicago, IL: Chicago O'Hare International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Oakland, CA: Metro Oakland International |
| Chicago, IL: Chicago O'Hare International | Louisville, KY: Louisville Muhammad Ali Internat |
| Christiansted, VI: Henry E. Rohlsen | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Cleveland, OH: Cleveland-Hopkins International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Cleveland, OH: Cleveland-Hopkins International | Los Angeles, CA: Los Angeles International |
| Cleveland, OH: Cleveland-Hopkins International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Cleveland, OH: Cleveland-Hopkins International | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Columbus, OH: John Glenn Columbus International | Las Vegas, NV: Harry Reid International |
| Columbus, OH: John Glenn Columbus International | Los Angeles, CA: Los Angeles International |
| Columbus, OH: John Glenn Columbus International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Columbus, OH: John Glenn Columbus International | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Fort Myers, FL: Southwest Florida International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Baltimore, MD: Baltimore/Washington Internationa |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Cleveland, OH: Cleveland-Hopkins International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Detroit, MI: Detroit Metro Wayne County |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Los Angeles, CA: Los Angeles International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | New Orleans, LA: Louis Armstrong New Orleans Int |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Myrtle Beach, SC: Myrtle Beach International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Chicago, IL: Chicago O'Hare International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Pensacola, FL: Pensacola International |
| Denver, CO: Denver International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Denver, CO: Denver International | Los Angeles, CA: Los Angeles International |
| Detroit, MI: Detroit Metro Wayne County | Baltimore, MD: Baltimore/Washington Internationa |
| Detroit, MI: Detroit Metro Wayne County | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Detroit, MI: Detroit Metro Wayne County | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Detroit, MI: Detroit Metro Wayne County | Houston, TX: George Bush Intercontinental/Housto |
| Detroit, MI: Detroit Metro Wayne County | Los Angeles, CA: Los Angeles International |
| Detroit, MI: Detroit Metro Wayne County | Minneapolis, MN: Minneapolis-St Paul Internation |
| Detroit, MI: Detroit Metro Wayne County | New Orleans, LA: Louis Armstrong New Orleans Int |
| Detroit, MI: Detroit Metro Wayne County | Myrtle Beach, SC: Myrtle Beach International |
| Detroit, MI: Detroit Metro Wayne County | Oakland, CA: Metro Oakland International |
| Detroit, MI: Detroit Metro Wayne County | Philadelphia, PA: Philadelphia International |
| Detroit, MI: Detroit Metro Wayne County | Fort Myers, FL: Southwest Florida International |
| Detroit, MI: Detroit Metro Wayne County | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Atlantic City, NJ: Atlantic City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Columbus, OH: John Glenn Columbus International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Denver, CO: Denver International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Detroit, MI: Detroit Metro Wayne County |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Houston, TX: George Bush Intercontinental/Housto |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Latrobe, PA: Arnold Palmer Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Kansas City, MO: Kansas City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Manchester, NH: Manchester Boston Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Milwaukee, WI: General Mitchell International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Myrtle Beach, SC: Myrtle Beach International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pittsburgh, PA: Pittsburgh International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pensacola, FL: Pensacola International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte Amalie, VI: Cyril E King |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Christiansted, VI: Henry E. Rohlsen |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Tampa, FL: Tampa International |
| Fort Myers, FL: Southwest Florida International | Atlantic City, NJ: Atlantic City International |
| Fort Myers, FL: Southwest Florida International | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Myers, FL: Southwest Florida International | Akron, OH: Akron-Canton Regional |
| Fort Myers, FL: Southwest Florida International | Columbus, OH: John Glenn Columbus International |
| Fort Myers, FL: Southwest Florida International | Detroit, MI: Detroit Metro Wayne County |
| Fort Myers, FL: Southwest Florida International | Latrobe, PA: Arnold Palmer Regional |
| Fort Myers, FL: Southwest Florida International | Kansas City, MO: Kansas City International |
| Fort Myers, FL: Southwest Florida International | Manchester, NH: Manchester Boston Regional |
| Fort Myers, FL: Southwest Florida International | Pittsburgh, PA: Pittsburgh International |
| Fort Myers, FL: Southwest Florida International | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Myers, FL: Southwest Florida International | St. Louis, MO: St Louis Lambert International |
| Hartford, CT: Bradley International | Myrtle Beach, SC: Myrtle Beach International |
| Houston, TX: George Bush Intercontinental/Housto | Baltimore, MD: Baltimore/Washington Internationa |
| Houston, TX: George Bush Intercontinental/Housto | Detroit, MI: Detroit Metro Wayne County |
| Houston, TX: George Bush Intercontinental/Housto | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Houston, TX: George Bush Intercontinental/Housto | Los Angeles, CA: Los Angeles International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Houston, TX: George Bush Intercontinental/Housto | Miami, FL: Miami International |
| Houston, TX: George Bush Intercontinental/Housto | New Orleans, LA: Louis Armstrong New Orleans Int |
| Houston, TX: George Bush Intercontinental/Housto | Chicago, IL: Chicago O'Hare International |
| Houston, TX: George Bush Intercontinental/Housto | San Diego, CA: San Diego International |
| Houston, TX: George Bush Intercontinental/Housto | Tampa, FL: Tampa International |
| Indianapolis, IN: Indianapolis International | Newark, NJ: Newark Liberty International |
| Indianapolis, IN: Indianapolis International | Tampa, FL: Tampa International |
| Kansas City, MO: Kansas City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Kansas City, MO: Kansas City International | Los Angeles, CA: Los Angeles International |
| Kansas City, MO: Kansas City International | Myrtle Beach, SC: Myrtle Beach International |
| Kansas City, MO: Kansas City International | Phoenix, AZ: Phoenix Sky Harbor International |
| Kansas City, MO: Kansas City International | Fort Myers, FL: Southwest Florida International |
| Kansas City, MO: Kansas City International | Tampa, FL: Tampa International |
| Las Vegas, NV: Harry Reid International | Columbus, OH: John Glenn Columbus International |
| Las Vegas, NV: Harry Reid International | Pittsburgh, PA: Pittsburgh International |
| Latrobe, PA: Arnold Palmer Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Latrobe, PA: Arnold Palmer Regional | Orlando, FL: Orlando International |
| Latrobe, PA: Arnold Palmer Regional | Myrtle Beach, SC: Myrtle Beach International |
| Latrobe, PA: Arnold Palmer Regional | Fort Myers, FL: Southwest Florida International |
| Latrobe, PA: Arnold Palmer Regional | Tampa, FL: Tampa International |
| Los Angeles, CA: Los Angeles International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Los Angeles, CA: Los Angeles International | Nashville, TN: Nashville International |
| Los Angeles, CA: Los Angeles International | Baltimore, MD: Baltimore/Washington Internationa |
| Los Angeles, CA: Los Angeles International | Cleveland, OH: Cleveland-Hopkins International |
| Los Angeles, CA: Los Angeles International | Columbus, OH: John Glenn Columbus International |
| Los Angeles, CA: Los Angeles International | Denver, CO: Denver International |
| Los Angeles, CA: Los Angeles International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Los Angeles, CA: Los Angeles International | Detroit, MI: Detroit Metro Wayne County |
| Los Angeles, CA: Los Angeles International | Houston, TX: George Bush Intercontinental/Housto |
| Los Angeles, CA: Los Angeles International | New York, NY: LaGuardia |
| Los Angeles, CA: Los Angeles International | Kansas City, MO: Kansas City International |
| Los Angeles, CA: Los Angeles International | Milwaukee, WI: General Mitchell International |
| Los Angeles, CA: Los Angeles International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Los Angeles, CA: Los Angeles International | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Chicago, IL: Chicago O'Hare International |
| Los Angeles, CA: Los Angeles International | Philadelphia, PA: Philadelphia International |
| Los Angeles, CA: Los Angeles International | Pittsburgh, PA: Pittsburgh International |
| Los Angeles, CA: Los Angeles International | Louisville, KY: Louisville Muhammad Ali Internat |
| Los Angeles, CA: Los Angeles International | St. Louis, MO: St Louis Lambert International |
| Louisville, KY: Louisville Muhammad Ali Internat | Baltimore, MD: Baltimore/Washington Internationa |
| Louisville, KY: Louisville Muhammad Ali Internat | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Newark, NJ: Newark Liberty International |
| Louisville, KY: Louisville Muhammad Ali Internat | Los Angeles, CA: Los Angeles International |
| Louisville, KY: Louisville Muhammad Ali Internat | Chicago, IL: Chicago O'Hare International |
| Louisville, KY: Louisville Muhammad Ali Internat | Fort Myers, FL: Southwest Florida International |
| Louisville, KY: Louisville Muhammad Ali Internat | Tampa, FL: Tampa International |
| Manchester, NH: Manchester Boston Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Manchester, NH: Manchester Boston Regional | Orlando, FL: Orlando International |
| Manchester, NH: Manchester Boston Regional | Myrtle Beach, SC: Myrtle Beach International |
| Manchester, NH: Manchester Boston Regional | Fort Myers, FL: Southwest Florida International |
| Manchester, NH: Manchester Boston Regional | Tampa, FL: Tampa International |
| Miami, FL: Miami International | Atlantic City, NJ: Atlantic City International |
| Miami, FL: Miami International | Charlotte, NC: Charlotte Douglas International |
| Miami, FL: Miami International | Houston, TX: George Bush Intercontinental/Housto |
| Miami, FL: Miami International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Miami, FL: Miami International | Myrtle Beach, SC: Myrtle Beach International |
| Milwaukee, WI: General Mitchell International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Milwaukee, WI: General Mitchell International | Los Angeles, CA: Los Angeles International |
| Milwaukee, WI: General Mitchell International | Myrtle Beach, SC: Myrtle Beach International |
| Minneapolis, MN: Minneapolis-St Paul Internation | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Minneapolis, MN: Minneapolis-St Paul Internation | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Atlantic City, NJ: Atlantic City International |
| Myrtle Beach, SC: Myrtle Beach International | Hartford, CT: Bradley International |
| Myrtle Beach, SC: Myrtle Beach International | Boston, MA: Logan International |
| Myrtle Beach, SC: Myrtle Beach International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Akron, OH: Akron-Canton Regional |
| Myrtle Beach, SC: Myrtle Beach International | Cleveland, OH: Cleveland-Hopkins International |
| Myrtle Beach, SC: Myrtle Beach International | Columbus, OH: John Glenn Columbus International |
| Myrtle Beach, SC: Myrtle Beach International | Charleston/Dunbar, WV: West Virginia Internation |
| Myrtle Beach, SC: Myrtle Beach International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Myrtle Beach, SC: Myrtle Beach International | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Newark, NJ: Newark Liberty International |
| Myrtle Beach, SC: Myrtle Beach International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Niagara Falls, NY: Niagara Falls International |
| Myrtle Beach, SC: Myrtle Beach International | Houston, TX: George Bush Intercontinental/Housto |
| Myrtle Beach, SC: Myrtle Beach International | Latrobe, PA: Arnold Palmer Regional |
| Myrtle Beach, SC: Myrtle Beach International | New York, NY: LaGuardia |
| Myrtle Beach, SC: Myrtle Beach International | Kansas City, MO: Kansas City International |

***Spirit Only (No ULCCs) Route Pairs***

| | |
|---|---|
| Myrtle Beach, SC: Myrtle Beach International | Orlando, FL: Orlando International |
| Myrtle Beach, SC: Myrtle Beach International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Miami, FL: Miami International |
| Myrtle Beach, SC: Myrtle Beach International | Milwaukee, WI: General Mitchell International |
| Myrtle Beach, SC: Myrtle Beach International | Chicago, IL: Chicago O'Hare International |
| Myrtle Beach, SC: Myrtle Beach International | St. Louis, MO: St Louis Lambert International |
| Nashville, TN: Nashville International | Newark, NJ: Newark Liberty International |
| Nashville, TN: Nashville International | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Baltimore, MD: Baltimore/Washington Internationa |
| New Orleans, LA: Louis Armstrong New Orleans Int | Cleveland, OH: Cleveland-Hopkins International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Columbus, OH: John Glenn Columbus International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New Orleans, LA: Louis Armstrong New Orleans Int | Detroit, MI: Detroit Metro Wayne County |
| New Orleans, LA: Louis Armstrong New Orleans Int | Newark, NJ: Newark Liberty International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Houston, TX: George Bush Intercontinental/Housto |
| New Orleans, LA: Louis Armstrong New Orleans Int | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Miami, FL: Miami International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Chicago, IL: Chicago O'Hare International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Tampa, FL: Tampa International |
| New York, NY: LaGuardia | Charlotte, NC: Charlotte Douglas International |
| New York, NY: LaGuardia | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New York, NY: LaGuardia | Detroit, MI: Detroit Metro Wayne County |
| New York, NY: LaGuardia | Houston, TX: George Bush Intercontinental/Housto |
| New York, NY: LaGuardia | Los Angeles, CA: Los Angeles International |
| New York, NY: LaGuardia | Myrtle Beach, SC: Myrtle Beach International |
| New York, NY: LaGuardia | Phoenix, AZ: Phoenix Sky Harbor International |
| New York, NY: LaGuardia | San Juan, PR: Luis Munoz Marin International |
| Newark, NJ: Newark Liberty International | Nashville, TN: Nashville International |
| Newark, NJ: Newark Liberty International | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Indianapolis, IN: Indianapolis International |
| Newark, NJ: Newark Liberty International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Newark, NJ: Newark Liberty International | Myrtle Beach, SC: Myrtle Beach International |
| Newark, NJ: Newark Liberty International | Oakland, CA: Metro Oakland International |
| Newark, NJ: Newark Liberty International | Pittsburgh, PA: Pittsburgh International |
| Newark, NJ: Newark Liberty International | Louisville, KY: Louisville Muhammad Ali Internat |
| Niagara Falls, NY: Niagara Falls International | Myrtle Beach, SC: Myrtle Beach International |
| Oakland, CA: Metro Oakland International | Newark, NJ: Newark Liberty International |
| Oakland, CA: Metro Oakland International | Los Angeles, CA: Los Angeles International |
| Oakland, CA: Metro Oakland International | Chicago, IL: Chicago O'Hare International |
| Oakland, CA: Metro Oakland International | Philadelphia, PA: Philadelphia International |
| Oakland, CA: Metro Oakland International | San Diego, CA: San Diego International |
| Oakland, CA: Metro Oakland International | Santa Ana, CA: John Wayne Airport-Orange County |
| Orlando, FL: Orlando International | Atlantic City, NJ: Atlantic City International |
| Orlando, FL: Orlando International | Austin, TX: Austin - Bergstrom International |
| Orlando, FL: Orlando International | Akron, OH: Akron-Canton Regional |
| Orlando, FL: Orlando International | Charleston/Dunbar, WV: West Virginia Internation |
| Orlando, FL: Orlando International | Latrobe, PA: Arnold Palmer Regional |
| Orlando, FL: Orlando International | Manchester, NH: Manchester Boston Regional |
| Orlando, FL: Orlando International | Myrtle Beach, SC: Myrtle Beach International |
| Pensacola, FL: Pensacola International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Pensacola, FL: Pensacola International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Philadelphia, PA: Philadelphia International | Aguadilla, PR: Rafael Hernandez |
| Philadelphia, PA: Philadelphia International | Detroit, MI: Detroit Metro Wayne County |
| Philadelphia, PA: Philadelphia International | Los Angeles, CA: Los Angeles International |
| Philadelphia, PA: Philadelphia International | Oakland, CA: Metro Oakland International |
| Phoenix, AZ: Phoenix Sky Harbor International | New York, NY: LaGuardia |
| Phoenix, AZ: Phoenix Sky Harbor International | Kansas City, MO: Kansas City International |
| Phoenix, AZ: Phoenix Sky Harbor International | St. Louis, MO: St Louis Lambert International |
| Pittsburgh, PA: Pittsburgh International | Newark, NJ: Newark Liberty International |
| Pittsburgh, PA: Pittsburgh International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pittsburgh, PA: Pittsburgh International | Las Vegas, NV: Harry Reid International |
| Pittsburgh, PA: Pittsburgh International | Los Angeles, CA: Los Angeles International |
| Pittsburgh, PA: Pittsburgh International | Fort Myers, FL: Southwest Florida International |
| Pittsburgh, PA: Pittsburgh International | Tampa, FL: Tampa International |
| Sacramento, CA: Sacramento International | Santa Ana, CA: John Wayne Airport-Orange County |
| San Diego, CA: San Diego International | Detroit, MI: Detroit Metro Wayne County |
| San Diego, CA: San Diego International | Houston, TX: George Bush Intercontinental/Housto |
| San Diego, CA: San Diego International | Oakland, CA: Metro Oakland International |
| San Juan, PR: Luis Munoz Marin International | Atlantic City, NJ: Atlantic City International |
| San Juan, PR: Luis Munoz Marin International | Baltimore, MD: Baltimore/Washington Internationa |
| San Juan, PR: Luis Munoz Marin International | New York, NY: LaGuardia |
| Santa Ana, CA: John Wayne Airport-Orange County | Oakland, CA: Metro Oakland International |
| Santa Ana, CA: John Wayne Airport-Orange County | Sacramento, CA: Sacramento International |
| St. Louis, MO: St Louis Lambert International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| St. Louis, MO: St Louis Lambert International | Los Angeles, CA: Los Angeles International |
| St. Louis, MO: St Louis Lambert International | Myrtle Beach, SC: Myrtle Beach International |
| St. Louis, MO: St Louis Lambert International | Phoenix, AZ: Phoenix Sky Harbor International |
| St. Louis, MO: St Louis Lambert International | Fort Myers, FL: Southwest Florida International |

***Spirit Only (No ULCCs) Route Pairs***

| | |
|---|---|
| Tampa, FL: Tampa International | Atlantic City, NJ: Atlantic City International |
| Tampa, FL: Tampa International | Baltimore, MD: Baltimore/Washington Internationa |
| Tampa, FL: Tampa International | Akron, OH: Akron-Canton Regional |
| Tampa, FL: Tampa International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Tampa, FL: Tampa International | Houston, TX: George Bush Intercontinental/Housto |
| Tampa, FL: Tampa International | Indianapolis, IN: Indianapolis International |
| Tampa, FL: Tampa International | Latrobe, PA: Arnold Palmer Regional |
| Tampa, FL: Tampa International | Kansas City, MO: Kansas City International |
| Tampa, FL: Tampa International | Manchester, NH: Manchester Boston Regional |
| Tampa, FL: Tampa International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Tampa, FL: Tampa International | Pittsburgh, PA: Pittsburgh International |
| Tampa, FL: Tampa International | Louisville, KY: Louisville Muhammad Ali Internat |
| West Palm Beach/Palm Beach, FL: Palm Beach Inter | Atlantic City, NJ: Atlantic City International |

***Additional Relevant Airports Based on Spirit Expansion Plans***

| | | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|

## VERIFICATION

I, __Donald Freeland_____, hereby verify under the penalty of perjury that I have read the
(PRINT NAME)

foregoing Plaintiff's Second Supplemental Responses and Objections to Defendants' Second Set of

Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and

upon information and belief as to all other matters.

Executed at _Thousand Palms_____, _____CA_____, on August _10___, 2023.
          (CITY)                   (STATE)                     (DAY)

*[signature]*
Signature