# EXHIBIT 77

Portions Filed Under Seal

1      JetBlue's responses and objections to
2      Plaintiff's Interrogatories Nos. 1 and 2.
3      And my questions on this exhibit are
4      going to be limited to pages 10 to 11,
5      the paragraph that's labeled "Increased
6      Utilization."  And then in addition to
7      that paragraph, you can see that there is
8      a press release that's cited in that
9      paragraph.  We have produced that at the
10     back of the exhibit.  So I will have
11     questions primarily about the first page
12     and a half or so of that press release.
13             (Defendant JetBlue Airways
14     Corporation's Responses and Objections to
15     Plaintiffs' First Set of Interrogatories
16     to Defendant JetBlue Airways Corporation
17     was marked Friedman 30(b)(6)-10 for
18     identification.)
19             THE WITNESS:  Okay.
20  BY MR. MOORE:
21     Q     Before we get started, I'm going
22  to mark Tab EEE as Friedman 30(b)(6)
23  Exhibit 10.
24             Looking first at page 10 of the
25  exhibit there's a section that's titled

```
 1

 2

 3            C E R T I F I C A T I O N

 4

 5           I, LISA FORLANO, a Certified

 6      Realtime Reporter, Registered Diplomate

 7      Reporter, Certified Court Reporter and

 8      Notary Public, do hereby certify that I

 9      reported the deposition in the

10      above-captioned matter, that the said

11      witness was duly sworn by me; that the

12      foregoing is a true and correct

13      transcript of the stenographic notes of

14      testimony taken by me in the

15      above-captioned matters.

16           I further certify that I am not an

17      attorney or counsel for any of the

18      parties, not a relative or employee of

19      any attorney or counsel connected with

20      the action, nor financially interested in

21      the action.

22                 [signature: Lisa Forlano]

23      LISA FORLANO, CRR, RDR, CCR #XI01143

24

25  DATED:   June 27, 2023
```