# EXHIBIT 79

RESERVED