# EXHIBIT 82

# HIGHLY CONFIDENTIAL
# ATTORNEYS' EYES ONLY



## Transcript of **Edward Christie**

Tuesday, June 6, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 129292

```
 1   Spirit Airlines."
 2            Do you see that?
 3       A    I do.
 4       Q    And one of the reasons -- one of the --
 5   sorry.  And one of the issues that you saw is in
 6   the -- oh.  Hold on.  Sorry.  My pdf -- okay.
 7            So on page two, that ends in 978 --
 8       A    Okay.
 9       Q    -- would you agree that one of the issues
10   with the -- one of Spirit's regulatory concerns was
11   that -- and this is the second bullet from the
12   bottom of that first set -- "Even putting aside the
13   NEA, Spirit believes the DOJ - and a court - will be
14   very concerned that a JetBlue-Spirit combination
15   will result in a higher-cost/higher fare airline
16   that would eliminate a lower-cost/lower fare airline
17   and remove about half of the ULCC capacity in the
18   United States."
19            Do you see that?
20       A    I do.
21       Q    And do you agree that this statement was
22   accurate at the time?
23       A    I think that was our concern at the time,
24   and I think it was illustrating our concern as it
25   related to the context of the environment and what
```



```
 1            MR. COHEN:  Thank you.
 2   BY MS. PEARL:
 3       Q    So sitting here today, are you aware of
 4   any concrete plans by the merged firm to increase
 5   aircraft utilization?
 6       A    I'm aware that they intend to increase
 7   aircraft utilization by reducing their sparing
 8   levels and being more efficient with their
 9   scheduling.  That's what they've said.
10       Q    Okay.  But you've seen no plans?
11       A    I have not seen any network plans.
12            MR. COHEN:  Objection.  Asked and answered
13       multiple times.
14   BY MS. PEARL:
15       Q    All right.  Let's turn now to the bottom
16   of the third page, so the one we're on.  It says,
17   "JetBlue has no answer to its second glaring
18   antitrust problem: an admitted, immediate and
19   substantial price increase upon closing of the
20   Spirit acquisition."
21            Do you see that?
22       A    I do.
23       Q    And the article goes on to note a comment
24   from JetBlue's CEO, Mr. Hayes.
25            Do you see that?
```



1                    CERTIFICATE

2

3   STATE OF FLORIDA  )

4   COUNTY OF BROWARD )

5       I, DAWN A. HILLIER, RMR, CRR, CLR certify that

6   I was authorized to and did stenographically report

7   the deposition of EDWARD CHRISTIE; that a review of

8   the transcript was requested; and that the

9   transcript is a true and complete record of my

10  stenographic notes.

11

12      I further certify that I am not a relative,

13  employee, attorney, or counsel of any of the

14  parties, nor am I a relative or employee of any of

15  the parties' attorney or counsel connected with the

16  action, nor am I financially interested in the

17  action.

18

19      DATED this 9th day of June 2023.

20

21

22  _____
    DAWN A. HILLIER, RMR, CRR, CLR
23

24

25