# EXHIBIT 84

| | |
|---|---|
| Date: | Tuesday, June 28 2022 06:53 AM |
| Subject: | Fwd: FYI - Setting the Record Straight on JetBlue's Antitrust Arguments |
| From: | Ted Christie |
| To: | Chris Richards <chrismemphis@bellsouth.net>; Dawn Zier <dawnzier@gmail.com>; Mac Gardner <hmacgardner@gmail.com>; Mark Dunkerley <mark@markdunkerley.com>; Myrna Soto <Myrna_Soto@live.com>; Robert Johnson <bob.johnson@bobjohnsonmail.com>; Barclay Jones <bjones@istar.com>; |
| CC: | Thomas Canfield <Thomas.Canfield@Spirit.com>; |
| Attachments: | image001.png; Frontier - Setting the Record Straight on JetBlue's Antitrust.pdf |

Good release from Falcon this morning.

Sent from my iPad
Begin forwarded message:

> **From:** Amanda Boateng <Amanda.Boateng@fgsglobal.com>
> **Date:** June 28, 2022 at 6:53:11 AM EDT
> **To:** Ted Christie <Ted.Christie42@spirit.com>, Thomas Canfield <Thomas.Canfield@spirit.com>, Scott Haralson <Scott.Haralson@spirit.com>, Bobby Schroeter <Bobby.Schroeter@spirit.com>, Matt Klein <Matt.Klein@spirit.com>, Erik Hofmeyer <Erik.Hofmeyer@spirit.com>, Lania Rittenhouse <Lania.Rittenhouse@spirit.com>, DeAnne Gabel <DeAnne.Gabel@spirit.com>, Laura Butler <Laura.Butler@spirit.com>, Samantha Johnson <Samantha.Johnson@spirit.com>, Guru.Gupta@morganstanley.com, Nelson.Walsh@morganstanley.com, Kristin.Healy@morganstanley.com, projectgalaxy_all@morganstanley.com, benjamin.metzger@barclays.com, jonathan.gerst@barclays.com, ProjectGalaxyAll@barclayscorp.com, afinch@paulweiss.com, jnagley@paulweiss.com, sbertran@paulweiss.com, wdregner@debevoise.com, ggooding@debevoise.com, etjuergens@debevoise.com, ProjectFalcon2022@debevoise.com
> **Cc:** Spirit-SVC <Spirit-SVC@sardverb.com>
> **Subject: FYI - Setting the Record Straight on JetBlue's Antitrust Arguments**

# Redacted


EXHIBIT 25
WIT: CHRISTIE
DATE: 6-6-23
DAWN A. HILLIER, RMR, CRR

 

| ESG NEWS | COVID-19 NEWS | SERVICES | CONTACT US | FRANÇAIS | SIGN IN / REGISTER |

# FRONTIER

## Setting the Record Straight on JetBlue's Antitrust Arguments

June 28, 2022 06:45 ET | Source: Frontier Airlines, Inc.

*JetBlue's "Less Seats, Higher Prices" Acquisition Is a Dead End*

*JetBlue's Misdirection and Negative Attacks Cannot Hide the Fatal Flaws With its Bid to Eliminate Spirit and Derail the Frontier/Spirit Procompetitive Merger*

*As Opposed to JetBlue's Illusory Bid, a Frontier Merger Offers Significant Upside*

DENVER, June 28, 2022 (GLOBE NEWSWIRE) -- Frontier Group Holdings, Inc. ("Frontier") (NASDAQ: ULCC), parent company of Frontier Airlines, Inc., today issued the following statement regarding Frontier's proposed merger with Spirit.

Over the last few weeks, JetBlue has proclaimed that Spirit management is hiding behind "false" and "misleading" antitrust concerns so as to deny JetBlue the right to take over—and erase from existence—the nation's largest ultra-low cost carrier.

JetBlue is not telling you the truth. A Spirit acquisition by JetBlue would lead to a dead end—a fact that no amount of money, bluster, or misdirection will change. And the only value Spirit stockholders would be likely to receive from JetBlue's proposal is the reverse termination fee, because JetBlue's proposal lacks any realistic likelihood of obtaining regulatory approval.

JetBlue admitted that it will permanently remove capacity from the market by retrofitting Spirit's fleet to remove seats. Antitrust lawyers call that an "output restriction," and it is fatal to JetBlue's bid. So are JetBlue's admitted price increases. Less airline capacity means higher fares. JetBlue's CEO, Robin Hayes, certainly knows that. He observed just a few days ago, "The average price of air fares will go up because there is [sic] less seats."[1] That is

SPIRIT CONFIDENTIAL                                                                                  NK-2R-05330344

 

| ESG NEWS | COVID-19 NEWS | SERVICES ˅ | CONTACT US | FRANÇAIS | SIGN IN / REGISTER |

This is not surprising: the cost differential between JetBlue and Spirit is so significant that JetBlue would have no option other than a significant increase in fares.

The principal measure of structural cost differentials is CASM ex fuel (cost per available seat mile excluding fuel costs). By that metric, for 2021, JetBlue was roughly 50% higher than either Spirit or Frontier, as the following chart —drawn from the companies' SEC filings—makes clear:

**2019/2021 CASM ex Fuel** *(in cents)*



Further, JetBlue has admitted that its base plan assumes bringing Spirit's cost structure (CASM ex Fuel) up to JetBlue's CASM following an acquisition. As JetBlue's CFO stated:

> "…, so in terms of the synergies, we provided a net number. So in regards to the dissynergies associated with labor and then you're correct, there's puts and takes in terms of the density. The base case assumes that the Spirit fleet is brought up to JetBlue density at this point in time. And with that, in terms of the overarching CASM ex-fuel base, we don't believe there will be a material change to the unit cost base compared to JetBlue today, given, to your point, the dissynergies and the puts and takes around density."[12]

That means that JetBlue plans on increasing Spirit fares by approximately ~40% in order to cover the incremental cost structure and operate at existing JetBlue margins.

An admission of systemwide substantial price increases is a fatal antitrust problem for JetBlue. Once again, JetBlue has no answer. Nor does it ever dispute that the Frontier/Spirit merger will lead to the opposite: lower costs supporting continued ultra-low fares, far lower than Jet Blue's, and far more of them given the capacity (*output*) expansion synergies and ultra-low-fare growth (lower *prices*) at the heart of the Frontier/Spirit merger.

SPIRIT CONFIDENTIAL                                                                             NK-2R-05330349