EXHIBIT 85

Filed by Spirit Airlines, Inc.
pursuant to Rule 425 under the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
under the Securities Exchange Act of 1934

Subject Company: Spirit Airlines, Inc.
SEC File No.: 001-35186
Date: May 23, 2022



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SPIRIT CONFIDENTIAL

NK-2R-06818183

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Creating America's Most Competitive Ultra-Low Fare Airline

May 23, 2022

SPIRIT CONFIDENTIAL

NK-2R-06818184

## Is JetBlue Purposefully Downplaying the Substantial Regulatory Risk?

3

| JetBlue's Claim | Reality |
|---|---|
| "Combined Spirit / Frontier and JetBlue / Frontier will be approximately the same size" | ✓ Not about size, but about type of carrier – **JetBlue is a high-fare carrier**<br><br>✓ **JetBlue acquisition removes the largest low-fare competitor,** affecting millions of consumers across the U.S. |
| "The NEA is limited and pro-competitive" | ✓ If the NEA is so pro-competitive, **why is DOJ suing to block it?**<br><br>✓ The NEA is not "limited"… it is a **de facto merger between JetBlue and American Airlines** (the largest airline in the world) in the Northeast and will have a major effect in the most lucrative air travel region in the U.S. and **will harm air travelers across the country by significantly diminishing JetBlue's incentive to compete with American** |
| "JetBlue has solved Spirit's NEA concerns by offering to divest all of Spirit's assets in NYC and Boston" | ✓ JetBlue is **expressly reserving the right to refuse any other divestiture commitments** that would materially and adversely affect the NEA<br><br>✓ If JetBlue believes that divestitures in NYC and Boston are sufficient, why would it need to explicitly carve out any other divestitures in any other markets that would materially and adversely affect the NEA? |

**JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SPIRIT CONFIDENTIAL                                                                                     NK-2R-06818189

# At Its Core, The JetBlue Proposal Represents a High-Fare Carrier Trying to Buy a Low-Fare Carrier



**2019 Passenger Yield**[1] (cents)
- FRONTIER AIRLINES: 10.1¢
- spirit: 10.7¢
- jetBlue: 14.5¢

**2019 Average Fare**[2] ($)
- FRONTIER AIRLINES: $53
- spirit: $55
- jetBlue: $182

*JetBlue has stated it will reduce capacity and raise fares on Spirit routes...how will regulators approve that transaction?*

Source: Company filings.
1. 2019 Passenger Revenue / Revenue Passenger Miles.
2. Spirit and Frontier based on 2019 Fare Revenue Per Passenger and JetBlue based on disclosed 2019 Average Fare.

*JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer*

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SPIRIT CONFIDENTIAL                                          NK-2R-06818193

# Shareholders Should Think About the Conversation with Regulators

8

**A JetBlue Acquisition of Spirit Will Have Lasting Negative Impacts on Consumers**

- ✕ **Raises Spirit's ticket prices**

- ✕ **Removes ~50% of the ULCC capacity in the U.S.**

- ✕ Merges Spirit with a de facto combined JetBlue and American Airlines in the Northeast

- ✕ Represents a second major transaction for JetBlue while DOJ is in litigation to block the NEA transaction

*JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SPIRIT CONFIDENTIAL

NK-2R-06818194

21

# >>> JetBlue Continues to Spread Misinformation

| The Fiction | The Fact |
|---|---|
| **!** *"Spirit Board members are conflicted"* | ✓ On Spirit's Board, **7 out of 8 members are independent**<br>✓ Bill Franke has not been involved with Spirit since he resigned from the Board and sold his last shares of Spirit over 9 years ago<br>✓ Board has been advised by top-tier legal, economic and financial advisors, and thoroughly evaluated the proposals |
| **!** *"Spirit's Chairman didn't return our call"* | ✓ When JetBlue's Chairman called, **our Chairman was contractually prohibited from speaking to would-be suitors until the Spirit Board acted** according to the customary non-solicitation provision in the Frontier merger agreement |
| **!** *"Frontier has similar regulatory risk"* | ✓ ==JetBlue is a **high-fare airline acquiring a low-fare airline and vowing to reduce capacity and increase prices to consumers**==<br>✓ Frontier is a merger of two ULCCs producing $1B of annual consumer benefit and $500MM in annual operating synergies derived from more flying on existing assets<br>✓ **Doesn't take an antitrust attorney to see that JetBlue is a much tougher story to sell!** |
| **!** *"Spirit's standalone projections are unreasonably optimistic"* | ✓ As the leading ULCC serving price-sensitive leisure customers, **Spirit is seeing a historically strong demand environment**<br>✓ Spirit's ultra-low-cost structure and fuel-efficient fleet makes us a **relative winner in a higher fuel environment**; we believe that the Street will catch-up to our long-term targets as we continue to outperform quarter over quarter |

*Summary of JetBlue's Propaganda*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SPIRIT CONFIDENTIAL

NK-2R-06818211