# EXHIBIT 88

# HIGHLY CONFIDENTIAL



Transcript of **David Christopher Clark**

Tuesday, June 6, 2023

*Gabriel Garavanian, et al. v. JetBlue Airways Corporation, et al.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 130167

1     Q.   Now, the total number of seats, though,

2  when you do a retrofit would be reduced?

3     A.   Spirit's seat count is higher than ours

4  on the same aircraft.  So, yes, we would -- the --

5  the plan is to reduce their seat count down to the

6  JetBlue seat count.

7     Q.   And what is that roughly --

8                  THE REPORTER:  Down to --

9          down to the what seat count?

10                 THE WITNESS:  Down to the

11         JetBlue seat count.

12    Q.   And what is that roughly on average per

13  airplane?

14    A.   On our A320s we have 162 seats.  I

15  believe Spirit has 186, but I'm not -- I'm not

16  positive.

17    Q.   So is that roughly 14 seats per

18  airplane?

19    A.   In that case, it's -- if those numbers

20  are correct, it would be 24 seats since it's --

21    Q.   Oh, I'm sorry.  Right.

22          How many aircraft are you acquiring from

23  Spirit?

24    A.   I believe their current fleet count is

25  roughly 200 aircraft.  I don't know the exact



1                    REPORTER'S CERTIFICATE

2

3              I hereby certify that the witness in the

4      foregoing deposition, DAVID CHRISTOPHER CLARK, by me was

5      duly sworn to testify to the truth, the whole truth and

6      nothing but the truth, in the within-entitled cause;

7      that said deposition was taken at the time and place

8      herein named; and that the deposition is a true record

9      of the witness's testimony as reported by me, a duly

10     certified shorthand reporter and a disinterested person,

11     and was thereafter transcribed into typewriting by

12     computer.

13             I further certify that I am not interested in

14     the outcome of the said action, nor connected with nor

15     related to any of the parties in said action, nor to

16     their respective counsel.

17             IN WITNESS WHEREOF, I have hereunto set my

18     hand this 9th day of June 2023.

19             Reading and Signing was:

20      _x__ requested     ___ waived     __ not discussed.

21

22

23

24             BRIDGET LOMBARDOZZI, CSR, RMR, CRR

25

51