# EXHIBIT 89

# HIGHLY CONFIDENTIAL



Transcript of **H. McIntyre ("Mac") Gardner**

Tuesday, June 27, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 129304

1      A.     Yes.
2      Q.     Okay.  And so on the third page,
3  the last paragraph, if you take a look at that,
4  it states "Moreover, in evaluating a
5  JetBlue-Spirit combination, Spirit believes DOJ
6  - and a court - will be very concerned that a
7  higher-cost/higher fare airline would be
8  eliminating a lower-cost/lower-fare airline in
9  a combination that would remove about half of
10 the ULCC capacity in the United States."
11             Do you see that?
12     A.     I do.
13     Q.     Did that reflect a decision made
14 by the Spirit board?
15             MR. COHEN:  Objection to the
16        form of the question.  You mean at this
17        time?
18             MS. MARKEL:  At this time, yes.
19             THE WITNESS:  We thought that
20        was -- would be a negative in terms of
21        getting approval, yes.
22 BY MS. MARKEL:
23     Q.     And did you agree -- was it your
24 view at the time that this combination would
25 eliminate about half of the ULCC capacity in

```
 1                C E R T I F I C A T I O N

 2                     I, MARGARET M. REIHL, a

 3          Registered Professional Reporter,

 4          Certified Realtime Reporter, Certified

 5          Court Reporter, Certified LiveNote

 6          Reporter and Notary Public, do hereby

 7          certify that the foregoing is a true

 8          and accurate transcript of the

 9          testimony as taken stenographically, by

10          and before me, to the best of my

11          ability, and on the date hereinbefore

12          set forth.

13                     I DO FURTHER CERTIFY that I

14          am neither a relative nor employee nor

15          attorney nor counsel of any of the

16          parties to this action, and that I am

17          neither a relative nor employee of such

18          attorney or counsel, and that I am not

19          financially interested in the action.

20
            _____Margaret M. Reihl_____
21
            Margaret M. Reihl, RPR, CRR, CLR
22          CCR License #XI01497
            NCRA License #047425
23          Notary Public of New York

24

25
```