# EXHIBIT 91

# HIGHLY CONFIDENTIAL



## Transcript of **H. McIntyre ("Mac") Gardner**

Tuesday, June 27, 2023

*Gabriel Garavanian, et al. v. JetBlue Airways Corporation, et al.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 130900

```
 1              form.
 2                   THE WITNESS:  We tend to put
 3          capacity in places where we can fly
 4          profitably.
 5   BY MR. ALIOTO:
 6        Q.    That's right.
 7        A.    And if -- and even in our
 8   stand-alone business, if -- if there's enough
 9   capacity in a market, even after we've been in
10   there, that we can't continue to run in those
11   markets profitably, we reduce the frequency, we
12   reduce the number of flights, because -- and
13   deploy it to someplace where we think there's
14   greater economic opportunity.
15        Q.    Okay.  I accept that.
16              And I wanted to be sure that
17   anytime I ask you a question, I'm not a yes or
18   no guy.  Answer the question but obviously give
19   any explanation or statement that you want,
20   because this is your testimony.  And so you
21   make sure that you testify as you feel
22   comfortable.  But I now want to direct your
23   attention to the deal with JetBlue.
24              You knew that they were going to
25   reduce capacity?
```

```
 1            A.    They said they were going to
 2   take 10 to 15% of the seats off our aircraft.
 3   So that just -- that adjustment over time --
 4            Q.    10% of what?
 5            A.    The seats --
 6            Q.    Oh, the seats?
 7            A.    -- on the aircraft.
 8            Q.    Yeah.
 9            A.    So that in and of itself would
10   reduce capacity.
11            Q.    Okay.  You knew that?
12            A.    Over time it takes a long time
13   to retrofit 200 aircraft.
14            Q.    When you are talking about in
15   your letter -- directing your attention to the
16   last paragraph where you say that there would
17   be a higher cost -- a higher-cost/higher-fare
18   airline would be eliminating a
19   lower-cost/lower-fare airline in the
20   combination that would remove about half of the
21   ULCC capacity in the United States, were you
22   just talking about removing the seats?
23            A.    Well, and -- and the -- if
24   the -- if JetBlue's plan ultimately is to
25   convert the JetBlue -- the Spirit fare
```



1  structure to the JetBlue fare structure, their
2  average fare is higher.
3       Q.    No.  I'm talking about when
4  you're talking about that it would remove about
5  half of the ULCC capacity.
6             Was that just with regard to the
7  removal of the seats?
8       A.    No, it was with regard to the
9  removal -- with Spirit becoming, in effect, an
10 LCC over time instead of a ULCC, being part of
11 the JetBlue fare construction.
12      Q.    You mean that when Spirit would
13 become over time an LLC rather than a ULLC,
14 that means it would be operating at higher
15 fares?
16      A.    We thought that that was likely,
17 yes.
18      Q.    And it would be operating at
19 less capacity?
20      A.    Some less capacity, yes.
21      Q.    And in addition, no longer do
22 you have the ability to go into a market at a
23 very low price and create demand if you're
24 going to go in as an LLC; isn't that right?
25            MR. COHEN:  Objection to the

```
 1                    CERTIFICATION
 2                    I, MARGARET M. REIHL, a
 3          Registered Professional Reporter,
 4          Certified Realtime Reporter, Certified
 5          Court Reporter, Certified LiveNote
 6          Reporter and Notary Public, do hereby
 7          certify that the foregoing is a true
 8          and accurate transcript of the
 9          testimony as taken stenographically, by
10          and before me, to the best of my
11          ability, and on the date hereinbefore
12          set forth.
13                    I DO FURTHER CERTIFY that I
14          am neither a relative nor employee nor
15          attorney nor counsel of any of the
16          parties to this action, and that I am
17          neither a relative nor employee of such
18          attorney or counsel, and that I am not
19          financially interested in the action.
20          _____
21          Margaret M. Reihl, RPR, CRR, CLR
22          CCR License #XI01497
            NCRA License #047425
23          Notary Public of New York
24
25
```