# EXHIBIT 92

## RESERVED