# EXHIBIT 97

To Be FILED UNDER SEAL