# EXHIBIT 98

To Be FILED UNDER SEAL