UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**JETBLUE AIRWAYS CORPORATION'S MOTION FOR SANCTIONS OR, IN THE ALTERNATIVE, ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' REPEATED VIOLATIONS OF COURT ORDERS AND LOCAL RULES**

Defendant JetBlue Airways Corporation respectfully moves for sanctions, or alternatively for an order to show cause as to why the Court should not: (1) find lead Plaintiffs' counsel in contempt of court for willful violation of the Court's orders; (2) revoke lead Plaintiffs' counsel's *pro hac vice* admission; (3) require Plaintiffs to include a sworn statement on all future pleadings, detailing the steps they have taken to protect confidential information, and otherwise certifying compliance with this Court's orders and the Local Rules; (4) issue monetary sanctions to reimburse JetBlue for time spent responding to Plaintiffs' rule and order violations; and/or (5) issue any other relief the Court deems appropriate to manage these proceedings and control the conduct of counsel before it.

Plaintiffs have repeatedly violated this Court's orders, the Local Rules, and the Federal Rules of Civil Procedure during the course of this litigation. Just last week, in response to Defendants' motion for summary judgment on the absence of standing (*i.e.*, not litigating the

merits), Plaintiffs engaged in a series of acts that violated their duties to the Court and JetBlue: they publicly filed a brief incorrectly purporting to characterize information unrelated to Plaintiffs' standing and marked as confidential under the Protective Order; they failed to properly redact their brief so as to leave the impression that their mischaracterizations were made by the JetBlue documents; they waited hours to even respond to JetBlue's request for them to fix the redactions; and Plaintiffs' counsel gave a press interview about that filing—even after being notified of their violation of this Court's Protective Order.

"[D]istrict courts possess wide latitude in the exercise of their case-management authority," and that includes "broad discretion in determining how best to deter parties from flouting" court orders and rules. *Rivera-Aponte v. Gomez Bus Line, Inc.*, 62 F.4th 1, 6-7 (1st Cir. 2023). When a party does not comply with court orders, "the court may choose from a broad universe of possible sanctions." *Tower Ventures Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002) (affirming dismissal sanction for violation of scheduling order); *see also United States ex rel. Nargol v. DePuy Orthopaedics, Inc.*, 69 F.4th 1, 14 (1st Cir. 2023) (affirming sanction for violation of protective order).

For the foregoing reasons and those explained in more detail in the accompanying Memorandum, JetBlue respectfully requests the Court order any relief that the Court deems to be appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 28, 2023 | */s/ Elizabeth Wright* |

Zachary R. Hafer (MA BBO #569389)
Elizabeth M. Wright (MA BBO #569387)
Zachary Sisko (MA BBO #705883)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com
zhafer@cooley.com
zsisko@cooley.com

Ethan Glass (*Pro Hac Vice*)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
mnguyen@cooley.com

Beatriz Mejia (*Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
bmejia@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

Pursuant to Local Rule 7.1, I hereby certify that counsel for JetBlue conferred in good faith with Plaintiffs' counsel before filing this motion but were unable to resolve or narrow the issues presented in this motion.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on August 28, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright
