UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JETBLUE AIRWAYS CORPORATION and )<br>SPIRIT AIRLINES, INC., )<br>)<br>Defendants, ) | Civil Action No. 1:23-cv-10678-WGY |

**DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration in further support of Defendants' Motion for Summary Judgment.

2. Attached as Exhibit 101 is a true and correct copy of excerpts from the deposition transcript of Jan Marie Brown, who was deposed in this matter on June 21, 2023.[1]

---

[1] Exhibits 1 through 100 were attached to the Declaration of Elizabeth M. Wright filed on August 1, 2023, in support of Defendants' Motion for Summary Judgment. *See* Dkt. 175. For convenience and ease of review, Defendants have continued the numbering from their opening motion.

3.	Attached as Exhibit 102 is a true and correct copy of excerpts of the deposition transcript of Rosemary D'Augusta, who was deposed in this matter on June 14, 2023.

4.	Attached as Exhibit 103 is a true and correct copy of excerpts of the deposition transcript of Brenda Kay Davis, who was deposed in this matter on June 22, 2023.

5.	Attached as Exhibit 104 is a true and correct copy of excerpts of the deposition transcript of Donna Fry, who was deposed in this matter on June 20, 2023.

6.	Attached as Exhibit 105 is a true and correct copy of excerpts of the deposition transcript of Yvonne Jocelyn Gardner, who was deposed in this matter on June 20, 2023.

7.	Attached as Exhibit 106 is a true and correct copy of excerpts of the deposition transcript of Len Marazzo, who was deposed in this matter on June 28, 2023.

8.	On July 30, 2023, Plaintiffs served their Final Trial Witness List which identifies Plaintiffs Carolyn Fjord, Len Marazzo, and Brenda Davis as fact witnesses expected to be called to testify live at trial and/or by deposition designation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 5, 2023, in Boston, Massachusetts.

Respectfully submitted,

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant*
*JetBlue Airways Corporation*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 2, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                                           */s/ Elizabeth M. Wright*
                                                                           Elizabeth M. Wright

290719127 v4