# EXHIBIT 101

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                    Plaintiffs,
 5
     vs.                                  Civil Action Number
 6                                         1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                  Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13          REMOTE VIDEOTAPED DEPOSITION of JAN MARIE

14   BROWN, taken by Defendants on Wednesday, June 21,

15   2023, commencing at 2:02 p.m. (Pacific Time), before

16   Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1

 2   R E M O T E   A P P E A R A N C E S:

 3

 4           BONSIGNORE TRIAL LAWYERS
                 Attorneys for the Plaintiffs
 5               23 Forest Street
                 Medford, Massachusetts  02155
 6               781.350.0000

 7       BY:  ROBERT J. BONSIGNORE, ESQ.
              rbonsignore@classactions.us
 8                - and -
              GEORGE OMAR KOURY, ESQ.

 9

10

11           COOLEY LLP
                 Attorneys for Defendant JetBlue Airways
12               1299 Pennsylvania Avenue, NW, Suite 700
                 Washington, DC  20004
13               202.728.7123

14       BY:  MATT NGUYEN, ESQ.
              mnguyen@cooley.com
15

16

17   A L S O   P R E S E N T:

18           Simone Smith, Intern (Cooley)
             Andrew Whitner, Video Specialist
19

20

21

22

23

24

25
```

Page 76
J. Brown

for seven people.  Oh, eight people.  It was a family trip to Disneyland for several days.
  Q    Understood, Ms. Brown.
       I'm actually from the Orange County area, so I grew up in that, so I know the Disneyland area quite well.
  A    Okay.
  Q    I like flying out of Long Beach, for what it's worth.
       I will add, though, Ms. Brown, as a question, so you're saying you booked air travel on JetBlue for approximately eight people?
  A    Yes.
  Q    And they all took that same route, which is Reno to Long Beach?
  A    Except for one of the flights, yes.
  Q    And what was that other flight?
  A    Southwest.
  Q    And where was that person flying from?
  A    Reno.
  Q    Okay.  So seven out of the eight people flew JetBlue, and only one of the eight flew Southwest along that same route?
  A    Yes.

Page 77
J. Brown

  Q    And, Ms. Brown, if Southwest were cheaper than JetBlue, do you anticipate you would have booked all eight of those tickets through Southwest?
  A    I'm --
       MR. BONSIGNORE:  Objection.
  A    I believe that we chose JetBlue based on their low price to Long Beach and the fact that they had a nonstop flight.
  Q    Understood.
       And so the reason why you booked JetBlue was because it was cheaper than the other airlines that flew that route?
  A    Yes.  I was paying for a lot of tickets.
  Q    Understood, Ms. Brown.
       And I imagine you probably paid even more for those Disneyland tickets.  That's an arm and a leg.
  A    Yes, it is.
  Q    Ms. Brown, is 2017 the last time you flew JetBlue?
  A    Yes.
  Q    In fact, Ms. Brown, it wouldn't

Page 78
J. Brown

surprise you that the remaining entries here don't show JetBlue, right?
  A    No.
  Q    And, Ms. Brown, do you have any flights booked in the next six months to a year with JetBlue?
       MR. BONSIGNORE:  Objection.
  A    Not at this moment, no.
  Q    So no flights booked with JetBlue at this moment?
  A    No.
  Q    And, Ms. Brown, is it fair to say that in the last eight years, you have booked no flights with Spirit Airlines?
  A    For myself personally?
  Q    Correct.
  A    I have not.
  Q    And, Ms. Brown, have you ever flown Spirit Airlines?
  A    No.
       MR. BONSIGNORE:  Objection.
  Q    In fact, your Request for Admission Number 1, you admitted that you had never flown Spirit; is that right?

Page 79
J. Brown

  A    That's right.
  Q    And, Ms. Brown, do you have any future flights booked as of today for Spirit in the next year?
  A    Not at this moment.
  Q    And, Ms. Brown, you said that Reno was your primary airport, right?
  A    That's right.
       MR. BONSIGNORE:  Objection.
  Q    Ms. Brown, would you drive to any other airport in order to fly personally?
  A    I could.
  Q    Which airport would that be?
  A    I have in the past flown out of San Francisco and may do so again because I have friends that live there that I travel with at times.
  Q    Got it.
       And so, Ms. Brown, how far, driving distance, is where you live in Reno from San Francisco's airport?
  A    About three and a half hours.
       There's also the possibility of Oakland and Sacramento, which is --
  Q    I am familiar with those locations,

Page 120

J. Brown

Q affiliated with Travel Goddess, Inc.?
A Yes.
Q And does that company exist today?
A No.
Q Was it dissolved?
A Yes.
Q You don't receive any income from Travel Goddess?
A No.
Q No ownership stake today?
A No.
Q Thank you very much, Ms. Brown. What I'm going to do is ask you a couple more questions and then we're almost done.
Ms. Brown, in the last eight years, you haven't flown in or out of Fort Lauderdale's airport, have you?
A I have -- not in the last eight years, no. I have, but not in the last eight years.
(Reporter requested clarification.)
Q And, Ms. Brown, in the last eight years, you haven't flown out of Orlando Airport?
A Not in the last eight years.
Q Thank you, Ms. Brown.

Page 121

J. Brown

And in the last eight years, you haven't flown in or out of the Boston airport, have you?
A I have not.
Q And, Ms. Brown, you haven't flown in or out of LAX, have you, in the last eight years?
A I have not. I don't believe so, no.
Q And, Ms. Brown, you've flown out of the Newark airport once in the last eight years with Southwest; is that correct?
A Yes.
Q And, Ms. Brown, you haven't flown in or out of the San Juan airport in the last eight years?
A No.
Q And you haven't flown in or out of the Las Vegas airport in the last eight years?
A No. I was trying to remember if that was a connection point for a South -- Southwest flight, but I don't think it was.
Q And, Ms. Brown, you had testified earlier that your Interrogatory Response Number 1 did not include connections, right?
A Right.

Page 122

J. Brown

Q And that you would supplement to include those connections?
A I apologize. Yes.
Q No problem at all. And we're very close, I promise, to being done.
Ms. Brown, you've flown in and out of LaGuardia's airport only once in the last eight years; is that right?
A Yes.
Q And that's with United Airlines?
A Sorry. Yes.
Q And, Ms. Brown, you haven't flown in or out of the Cancun airport in the last eight years, have you?
A No.
Q And not the Miami airport in the last eight years?
A No.
Q And not in or out of the Richmond airport in the last eight years?
A No.
Q You have not flown in and out of the Salt Lake City airport in the last eight years, have you?

Page 123

J. Brown

A No.
Q You have not flown in or out of San Jose airport in the last eight years, have you?
A No.
Q You have not flown in or out of the Santo Domingo airport in the last eight years, have you?
A No.
Q Do you have any tickets booked today for any of those locations in the future?
A Not at this moment.
Q Thank you, Ms. Brown.
A I might add that the reason I haven't flown in and out of any of those in the last eight years is because my husband and I have guardianship, legal guardianship over my mentally disabled stepdaughter, who is quite a handful, and so since she became our responsibility, it's been hard to get away. So that's why I haven't gone -- why my travel has decreased in the last several years.
Q Understood, Ms. Brown.
When did you take legal guardianship over your stepdaughter?
A I think it was -- let me see -- about