# EXHIBIT 102

```
 1

 2  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
 3  - - - - - - - - - - - - - - - - - -x
    GABRIEL GARAVANIAN, et al.,
 4
              Plaintiffs,
 5
    vs.                              Civil Action Number
 6                                   1:23-cv-10678-WGY
    JETBLUE AIRWAYS CORPORATION
 7  and SPIRIT AIRLINES, INC.,

 8            Defendants.

 9  - - - - - - - - - - - - - - - - - -x

10

11

12

13        REMOTE VIDEOTAPED DEPOSITION of ROSEMARY

14  D'AUGUSTA, taken by Defendants on Wednesday, June 14,

15  2023, commencing at 2:07 p.m. (Pacific Central Time),

16  before Pamela Grimaldi (via Zoom), a Registered Merit

17  Reporter, Certified Realtime Reporter, and Notary

18  Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1

 2   R E M O T E   A P P E A R A N C E S:

 3
             BONSIGNORE TRIAL LAWYERS
 4               Attorneys for the Plaintiffs
                 23 Forest Street
 5               Medford, Massachusetts  02155
                 781.350.0000
 6
             BY:   ROBERT J. BONSIGNORE, ESQ.
 7                 rbonsignore@classactions.us
                       - and -
 8                 MELANIE PORTER, ESQ.

 9

10           PAUL WEISS RIFKIND WHARTON & GARRISON LLP
                 Attorneys for Defendant Spirit Airlines
11               1285 Avenue of the Americas
                 New York, New York  10019
12               212.373.3000

13           BY:   COLE RABINOWTIZ, ESQ.
                   crabinowitz@paulweiss.com
14                     - and -
                   BETHANY ROBINSON, ESQ.
15                 brobinson@paulweiss.com

16

17   A L S O   P R E S E N T:

18           Alex Held, Video Specialist

19

20

21

22

23

24

25
```

Page 75

R. D'Augusta

by "all these other factors"?
 A   The cost of the airline ticket and where -- where -- you know, am I getting extra legroom in the seat or am I just getting a preference for an aisle or a window?  And how much is it going to cost me?
 Q   Ms. D'Augusta, what airports are closest to your house?
 A   San Francisco.
 Q   And is San Francisco your preferred airport to fly out of?
 A   Yes.
 Q   Are you familiar with which airlines fly into and out of that airport?
 A   Are you referring to domestic or international?
 Q   I'll rephrase.
     Are you familiar with which airlines fly into and out of San Francisco?  And I'm referring to both domestic and international flights.
 A   I am --
     MR. BONSIGNORE:  Objection.
 A   I -- I am fairly familiar, yes.

Page 76

R. D'Augusta

 Q   Does JetBlue fly into and out of San Francisco?
 A   Yes.
 Q   Does Spirit fly into and out of San Francisco?
 A   I believe so, yes.
 Q   You testified earlier that you've never flown on Spirit; is that correct?
 A   Correct.
 Q   Do you currently have plans to fly on Spirit in the future?
 A   I could have plans.  I don't know the future.
 Q   Do you currently have plans?  Do you have a ticket booked?
 A   No, I do not.
 Q   Are you planning to book a ticket for specific dates on Spirit?
 A   I have no plans at the moment to book a specific date on any airlines.
 Q   Is there any particular reason you've chosen not to fly Spirit?
     MR. BONSIGNORE:  Objection.  Assumes facts not in evidence, mischaracterizes

Page 77

R. D'Augusta

the witness' testimony.
 A   I never made the statement that I have chosen not to fly Spirit.  The airlines I chose in the past did not necessarily exclude any airline but were based on my particular preferences at the time of travel.
 Q   And, Ms. D'Augusta, you would agree to me [sic] that when you book travel, you are making a choice between airlines?
     MR. BONSIGNORE:  Objection.  Vague, unintelligible, calls for speculation, lack of foundation, overbroad.
 A   I would agree that I am making a choice between airlines, but the choice -- the choice may not be an equal choice because the city that I'm flying into may only have one nonstop carrier or one nonstop flight at the time of day I need to go; so ...
 Q   I understand.
     I'm sorry.  Go ahead.
 A   My choices are limited.  If I don't choose the nonstop, then I've got to go to the connecting flights, and that may not be optimal for me.

Page 78

R. D'Augusta

 Q   When you have made choices in the past to book airfare, you would agree with me that you've never chosen to book a Spirit flight, correct?
 A   The Spirit flight -- the Spirit options were not on the table.
 Q   I'm sorry.  That's not the question I -- I asked.
 A   I have not booked Spirit in the past.
 Q   Is there a reason you have not booked Spirit?
 A   No, there is not a -- a reason.
 Q   Okay.  And other than the one flight in January of 2009, you have not flown on JetBlue, correct?
 A   That's correct, to the best of my knowledge, yes.
 Q   Do you currently have any ticket booked to fly JetBlue in the future?
 A   Currently, I have no air ticket booked for the future on any airline.
 Q   Given that you have never flown Spirit and it has been over 10 years since you've flown JetBlue, how do you expect the merger will affect you?