# EXHIBIT 103

```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
    GABRIEL GARAVANIAN, et al.,           )
 3                                        )
            Plaintiffs,                   )
 4                                        )
    v.                                    ) Case No.
 5                                        ) 1:23-cv-10678-WGY
    JETBLUE AIRWAYS CORPORATION and       )
 6  SPIRIT AIRLINES, INC.,                )
                                          )
 7          Defendants.                   )

 8

 9
                *********************************
10                REMOTE VIDEOTAPED DEPOSITION OF
                          BRENDA KAY DAVIS
11                         June 22, 2023
                *********************************
12

13

14        BRENDA KAY DAVIS, produced as a witness at

15   the instance of the Defendants, was duly sworn and

16   deposed in the above-styled and numbered cause on

17   June 22, 2023, from 12:09 p.m. to 2:42 p.m. CST,

18   stenographically reported remotely, pursuant to

19   the Federal Rules of Civil Procedure and the

20   provisions stated on the record.

21

22
     Reported by:    Rebecca A. Graziano, CSR, RMR, CRR
23                   Texas CSR 9306
                     California CSR 14407
24                   Illinois CSR 084.004659

25
```

```
 1                A P P E A R A N C E S

 2      (all attendees appearing via remote videoconference)

 3

 4      REPRESENTING THE PLAINTIFFS:

 5       Mr. Robert J. Bonsignore
         BONSIGNORE TRIAL LAWYERS
 6       193 Plummer Hill Road
         Belmont, New Hampshire  03220
 7       (702) 852-5276

 8

 9      REPRESENTING THE DEFENDANTS:

10       Mr. Zach Sisko
         COOLEY, LLP
11       500 Boylston Street
         Boston, Massachusetts  02116
12       (617) 937-2300
         zsisko@cooley.com
13

14      THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:

15       Mr. Alex Held

16      ALSO PRESENT:

17       Ms. Shireen Ardaiz, Cooley, LLP

18

19

20

21

22

23

24

25
```

Page 72

```
 1     it would be price and direct flight and
 2     convenience and time -- times of the
 3     flights and if the airline goes into that
 4     city.
 5  BY MR. SISKO:
 6     Q    And you testified earlier that Spirit
 7  services Dallas-Fort Worth; correct?
 8     A    Yes.
 9     Q    Does Frontier service Dallas-Fort Worth?
10     A    Yeah, I think they do.  I think so.
11     Q    Does Allegiant service Dallas-Fort Worth?
12     A    I don't know.
13     Q    Does Sun Country service
14  Dallas-Fort Worth?
15     A    I believe so.  They have in the past.
16     Q    All of those carriers I just mentioned,
17  you would call those low-cost carriers; correct?
18     A    Correct.  I guess so, yes.
19     Q    Now, my question is:  If price is a major
20  consideration, why have you not flown any low-cost
21  carriers in the last eight years?
22          MR. BONSIGNORE:  Objection;
23     mischaracterizes the witness' testimony.
24          You can answer.
25          THE WITNESS:  Okay.  Repeat the
```

Page 73

```
 1     question.
 2  BY MR. SISKO:
 3     Q    My question is:  The air -- strike that.
 4          My question is:  If price is a major
 5  consideration for which airline you take to travel
 6  personally, why have you not flown any low-cost
 7  carriers in the last eight years?
 8     A    Well, I told you it was price, schedule,
 9  times, and I'm sure that was -- because I always
10  look for the lowest fare when I travel and the
11  most direct and the flight times.  So that would
12  be the reason.
13     Q    Have you ever flown a low-cost carrier?
14     A    Yes.
15     Q    Which ones?
16     A    Virgin America.
17     Q    Other than Virgin America?
18     A    Southwest, when they were considered low.
19  I think since they merged with AirTran, now
20  they're not considered a low-cost carrier because
21  they changed all of that.  Once they merged, they
22  have became a major carrier because they've grown
23  and eliminated competition and raised prices and
24  stuff, so that -- so that's why.
25     Q    Going back to your future travel plans,
```

Page 74

```
 1  other than the trip to Seattle, are there any
 2  other -- strike that.
 3          Other than the trip to Seattle we
 4  talked about, are there any other trips you have
 5  in the near future?
 6          MR. BONSIGNORE:  Objection.
 7          THE WITNESS:  Nothing booked.
 8  BY MR. SISKO:
 9     Q    Do you have any plans to travel in the
10  near future that hasn't been booked?
11     A    Of course I intend to travel a lot.  I'm
12  semiretired, and I plan to travel.  It's my time.
13  I worked for many years, and me and my husband are
14  both retired and we do plan to travel.  We want to
15  go to -- intend to go to New York again.  We like
16  to fly into New York and visit and then go on the
17  England -- New England cruise.  We want to go to
18  Florida and intend to go to Florida and cruise out
19  of there to the Southern Caribbean.  We -- we --
20  we have plans to travel, yes.
21     Q    But just to be clear, other than the
22  Seattle and Vancouver trip you just discussed,
23  nothing is booked yet; correct?
24     A    Correct.
25     Q    Okay.  Are there any airlines you will
```

Page 75

```
 1  never fly on?
 2     A    No.
 3     Q    Ms. Davis, when you fly, do you generally
 4  book -- strike that.
 5          When you fly, is there a particular
 6  class of ticket that you typically book?
 7     A    We generally book coach.
 8     Q    Do you ever fly business or first class?
 9     A    No.  We did fly to Cancun to my daughter's
10  wedding in April.  I flew American Airlines and we
11  upgraded to the premium coach with more leg room
12  and free drinks, and honestly we pay -- ended up
13  paying a lot -- I think the 190 bucks a person or
14  something -- and that wasn't really worth it.  We
15  didn't think it was worth it, the service, so we
16  would -- in the past -- in the future fly the
17  low-cost carrier that's lower in price to get
18  there and have more money to spend when we're in
19  Cancun.
20     Q    Are there any particular amenities you
21  prefer to have on a flight?
22     A    Well --
23          MR. BONSIGNORE:  Objection.
24          THE WITNESS:  Re- -- can you repeat
25     that question?  Because --
```

Page 76

BY MR. SISKO:
Q  Sure. Why don't I ask it this way: Do you prefer to have free Wi-Fi on your flights?
A  I don't -- I don't generally use Wi-Fi on my flights, but if it -- if they do have it, that's great.
Q  Do you prefer to have free TV or movies on a flight?
     MR. BONSIGNORE: Objection.
     THE WITNESS: I generally sleep, so it doesn't -- I don't have to have that stuff to fly. I just want to go for the best price to where I'm going. I want to travel for the best price and I don't -- I don't have to have all the frills.
BY MR. SISKO:
Q  How about extra leg room? Do you prefer to have extra leg room on a flight?
     MR. BONSIGNORE: Objection.
     THE WITNESS: As I said, I did pay for it and it wasn't worth it. I didn't feel like there was that much more leg room for the amount of money I paid.
BY MR. SISKO:
Q  Are you willing to pay fees to check your

Page 77

bags when you're flying?
A  Well, we've been paying fees -- everyone has -- for years. So I don't have a choice on every airline, basically.
Q  Are you willing to pay a fee to bring a carry-on bag?
     MR. BONSIGNORE: Objection.
     THE WITNESS: I think -- I would if the fare is low enough on the carrier, of course I would. If I'm getting a lot lower fare and the -- I would pay, or you can put the -- most likely put the little carry-on under your seat, that's not over nine inches tall, free, so you don't have to pay.
BY MR. SISKO:
Q  I think that's a personal item.
A  Yes, you can do that, bring a personal item. And I would -- I don't have a problem with that. But as far as the carry-on, I would just probably put more in my checked bag and take my personal item.
Q  The trip to Seattle -- and I apologize if you already answered this -- that you have coming up, what airline are you taking to Seattle?

Page 78

A  I have not booked an airline yet.
Q  Okay. So it's fair to say you don't have any Spirit flights coming up?
     MR. BONSIGNORE: Objection; asked and answered; objection to form.
BY MR. SISKO:
Q  You can answer.
A  Okay. Repeat the question.
Q  You do not have any Spirit flights booked in the future?
A  No, but I -- as I said, I intend to fly Spirit in the future, and I could very well fly Spirit to Seattle.
Q  How about JetBlue? Do you have any JetBlue flights booked in the future?
A  No, I do not, but I very well could fly JetBlue also. I would have to look at the Dallas schedule to see where JetBlue goes.
     MR. SISKO: Can we -- you can take this document down. Why don't we take a quick break, and we can come back in ten minutes or so.
     MR. BONSIGNORE: Okay.
     MR. SISKO: Can we go off the record? Apologies.

Page 79

     MR. BONSIGNORE: Yep.
     THE VIDEOGRAPHER: We are off the record. The time is 2:10.
     (Recess from 2:10 p.m. to 2:24 p.m.)
     THE VIDEOGRAPHER: The time is 2:24. We are back on the record.
     MR. SISKO: Thank you.
BY MR. SISKO:
Q  Welcome back, Ms. Davis. Did you discuss your testimony during the break with anyone other than counsel?
A  No.
Q  Okay. Thank you.
     I want to talk a little bit about this lawsuit and maybe some of the past lawsuits that you've been a part of.
     You understand that this litigation is being brought to block the merger -- the proposed merger between JetBlue and Spirit; correct?
A  Correct.
Q  And the next few questions I ask, I just want to be clear that I don't want to hear anything about your communications with counsel or any attorney-client privileged information. So just answer them to the extent you can without