# EXHIBIT 104

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                 Plaintiffs,
 5
     vs.                                  Civil Action Number
 6                                         1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8              Defendants.

 9   - - - - - - - - - - - - - - - - - -x

10

11

12

13        REMOTE VIDEOTAPED DEPOSITION of DONNA FRY,

14   taken by Defendants on Tuesday, June 20, 2023,

15   commencing at 2:09 p.m. (Mountain Standard Time),

16   before Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1

 2   R E M O T E   A P P E A R A N C E S:

 3

             BONSIGNORE TRIAL LAWYERS
 4                Attorneys for the Plaintiffs
             23 Forest Street
 5           Medford, Massachusetts   02155
             781.350.0000
 6
         BY:   ROBERT J. BONSIGNORE, ESQ.
 7             rbonsignore@classactions.us

 8

 9           COOLEY LLP
                  Attorneys for Defendant JetBlue Airways
10           500 Boylston Street, 14th Floor
             Boston, Massachusetts   02116
11           617.937.2349

12       BY:   MATT NGUYEN, ESQ.
               mnguyen@cooley.com
13                  - and -
               ZACH SISKO, ESQ.
14             zsisko@cooley.com

15

16
     A L S O   P R E S E N T:
17
             James Jarmon, Video Specialist
18

19

20

21

22

23

24

25
```

Page 48

1  D. Fry
2  source.  And I believe your counsel is probably
3  taking notes on that as well.
4      A   I'd be happy to do what I can.
5      Q   Thank you.
6          And let me just sort of return to your
7  overall flight history.
8          Are you a member of any airline
9  loyalty programs?
10     A   Yes.
11     Q   And which ones are those?
12     A   United, American, Delta, and
13 Southwest.
14     Q   And what level of member are you for
15 each of these airlines?
16     A   All basic.
17     Q   Got it.
18         And do you get any perks for having
19 membership in these loyalty programs?  Do they
20 sometimes upgrade your ticket or anything like that?
21     A   Nope.  Unfortunately.
22     Q   You're not a member of JetBlue's
23 loyalty program, are you?
24     A   No.  Because, of course, we don't have
25 access to JetBlue.  Uh ...

Page 49

1  D. Fry
2      Q   Because they don't fly out of Tucson?
3      A   Right.  And we don't have any family,
4  for example, either that lives in JetBlue
5  destinations.
6      Q   Gotcha.
7          Where do you have family members that
8  you visit?
9      A   Seattle and Chicago.
10     Q   And JetBlue doesn't offer flights to
11 either of those locations?
12     A   Correct.
13     Q   From Tucson?
14     A   Correct.
15     Q   Got it.  And does Spirit offer flights
16 to those locations from Tucson?
17     A   No.
18     Q   And you're not a member of Spirit's
19 loyalty program, are you?
20     A   No.  For that same reason.
21     Q   Thank you very much for that.
22         Is it fair to say that all the flights
23 that you take personally now are to visit family?
24     A   We have had several vacation trips in
25 there.  We flew to Europe in July of 2017, and we

Page 50

1  D. Fry
2  flew to New York, we did a cruise along the
3  northeastern coast into Montreal.
4      Q   Got it.
5          So aside from vacations, do you
6  typically, then, fly primarily to visit family?
7      A   Primarily, yes.
8      Q   And that's to Seattle and Chicago?
9      A   Yes.
10     Q   And if -- which of your family members
11 lives in Seattle?
12     A   Our younger son.
13     Q   Got it.
14         And any grandkids?
15     A   Three.
16     Q   Oh, fantastic.
17         And what about Chicago?
18     A   Chicago is where I grew up, so I have
19 siblings, aunts, an uncle, friends.  So lots of
20 family in the Chicago area.
21     Q   When you fly to Seattle, which airline
22 do you generally use?
23     A   We have mostly used Delta and Alaska.
24 And originally, when we first moved, Southwest had
25 more connections that were convenient and at good

Page 51

1  D. Fry
2  times, but they have changed their schedule.  So we
3  mostly use the Delta and Alaska at this time.
4      Q   Gotcha.
5          And how about for Chicago, what
6  airline do you typically like to use for them?
7      A   Usually, United or American.
8  American's schedule is seasonal, so we don't have
9  access to -- to those flights as much as United.
10 But those are the two nonstop carriers.
11     Q   That's helpful.  Thank you.
12         And you said that you booked these
13 flights through your travel agency, right?
14     A   Yes.
15     Q   Does your travel agency maintain
16 records of the flights that are booked?
17     A   Yes.
18     Q   Did you review those records in
19 preparing this document?
20     A   Yes.  I reviewed our calendars, the
21 agency ticketing log, agency invoice itineraries.
22 All of those, yes.
23     Q   Got it.
24         And do you have any future flights
25 booked at this time?

Page 52

```
 1              D. Fry
 2      A    At this time, I have no flights booked
 3  for myself, no.
 4      Q    Got it.
 5           And so in the next six months, is it
 6  fair to say you won't be flying JetBlue?
 7      A    Within the next six months, I would
 8  guess I probably would not be flying JetBlue.
 9      Q    And in the next six months, you don't
10  expect to fly Spirit either?
11      A    I don't --
12           MR. BONSIGNORE:  Objection.
13      A    I don't expect to.
14      Q    Got it.
15           I want to turn our attention to some
16  of these flights.
17           I want to ask whether you're able to
18  get any free flights through your status as a travel
19  agent.
20      A    I'm sorry.  Was that a question?
21      Q    Yeah.  I wanted to ask whether you're
22  able to get any free flights through your status as
23  a travel agent?
24      A    No.  I have not collected very many
25  mileage points.  And, well, as a travel agent, no,
```

Page 53

```
 1              D. Fry
 2  definitely no.  But as a mileage club member, I have
 3  not collected enough points, so no.
 4      Q    But if you had enough points through
 5  the mileage club, you would book free tickets
 6  through there, right?  Paying for it with points?
 7      A    I would, yes.
 8      Q    Got it.  Thank you.
 9           I want to turn our attention away from
10  some of your personal flights and move us over
11  actually to the second-to-last page of this
12  document, so that would be, I think, 14.
13           Ms. Fry, do you recognize this
14  spreadsheet?
15      A    Uh, I'm sorry.  I have to get close to
16  read it.
17      Q    No worries.  And I believe James can
18  zoom in for you if that's helpful; so ...
19           Can you read that, Ms. Fry?
20      A    Uh-huh.  I don't remember seeing this
21  sheet before.
22      Q    Ms. Fry, this document is Exhibit A
23  attached to your Responses and Objections to
24  Defendants' First Set of Interrogatories.  And it
25  specifically responds to Interrogatory Number 4.
```

Page 54

```
 1              D. Fry
 2           Does that refresh your recollection?
 3      A    Interrogatory Number 4.  Oh, I think I
 4  remember that one.  Yes.  So I think I remember
 5  Number 4.
 6      Q    And so you recall reviewing this
 7  document before?  It's okay to say no if that's the
 8  case.  Just --
 9      A    I don't remember.  Sorry.
10      Q    Okay.  But you did sign a verification
11  of this document saying that it was truthful and
12  accurate; is that right?
13      A    If it was in that group of pages, yes,
14  that -- I guess I have signed that.
15      Q    And so to your knowledge, this chart
16  is truthful and accurate?
17      A    To my best guess, it looks like it
18  would be truthful and accurate.
19      Q    Thank you, Ms. Fry.
20           I just want to turn our attention
21  right now to where it says, "Your name."
22      A    Uh-huh.
23      Q    Sort of kind of in the middle there.
24  It says "Donna Fry."
25           Does that --
```

Page 55

```
 1              D. Fry
 2      A    Yes.
 3      Q    Do you see that?
 4      A    Yes.
 5      Q    Great.
 6           MR. NGUYEN:  And if we can also, yeah,
 7       see the top of that chart as well.
 8      Q    It looks like you were a plaintiff in
 9  the D'Augusta v. Northwest case.  Is that -- is that
10  ringing a bell?
11      A    That could be true.
12      Q    And, Ms. Fry, do you recall how that
13  case was resolved?
14      A    I don't recall.
15      Q    Did you reach a settlement?
16      A    I'm sorry.  I don't recall.  That was
17  too long ago.
18      Q    Do you recall receiving any financial
19  compensation for that case?
20      A    I don't remember.
21      Q    Okay.  Do you remember which airlines
22  that case involved?
23      A    Well, that obviously says,
24  "Northwest."  I assume it was maybe Northwest and
25  Delta.  Just a guess.
```