# EXHIBIT 105

```
 1

 2  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
 3  - - - - - - - - - - - - - - - - - -x
    GABRIEL GARAVANIAN, et al.,
 4
                   Plaintiffs,
 5
    vs.                                Civil Action Number
 6                                       1:23-cv-10678-WGY
    JETBLUE AIRWAYS CORPORATION
 7  and SPIRIT AIRLINES, INC.,

 8                 Defendants.

 9  - - - - - - - - - - - - - - - - - -x

10

11

12

13        REMOTE VIDEOTAPED DEPOSITION of YVONNE JOCELYN

14  GARDNER, taken by Defendants on Tuesday, June 20,

15  2023, commencing at 11:12 a.m. (Mountain Time), before

16  Pamela Grimaldi (via Zoom), a Registered Merit

17  Reporter, Certified Realtime Reporter, and Notary

18  Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1
 2   R E M O T E   A P P E A R A N C E S:
 3
             BONSIGNORE TRIAL LAWYERS
 4               Attorneys for the Plaintiffs
                 23 Forest Street
 5               Medford, Massachusetts   02155
                 781.350.0000
 6
             BY:   ROBERT J. BONSIGNORE, ESQ.
 7                 rbonsignore@classactions.us
 8

 9           COOLEY LLP
                 Attorneys for Defendant JetBlue Airways
10               500 Boylston Street, 14th Floor
                 Boston, Massachusetts   02116
11               617.937.2349

12           BY:   MATT NGUYEN, ESQ.
                   mnguyen@cooley.com
13

14

15   A L S O   P R E S E N T:

16           Paul D'Ambra, Video Specialist
             Joyce Rodriguez-Luna, Intern (Cooley)
17

18

19

20

21

22

23

24

25
```

Page 72

1  Y. Gardner
2  Q   Can you name --
3  A   I like to fly. I like aviation.
4  Q   Can you name them now?
5  A   What other flights that I'm going to
6  fly on?
7  Q   That you've already booked.
8  A   No. I haven't booked any. But I'm
9  thinking about going to Israel.
10 Q   Okay. So you haven't booked any
11 future flights as of today?
12 A   No. Huh-uh.
13 Q   But if you are going to fly --
14 A   Yes.
15 Q   -- and you could do it for free
16 through United, you would prefer to use United?
17 A   Well, they charge you the taxes. You
18 can't get away from taxes. You have to pay the
19 taxes. So that would probably be around $167. But
20 I offer it to my son and he won't take it from me;
21 so ...
22 Q   Okay. So let me clarify my question,
23 then.
24       If you do have plans to fly in the
25 next six months, and you're able to do it through

Page 73

1  Y. Gardner
2  United on a space available basis --
3  A   As an SA, uh-huh.
4  Q   -- you would prefer to do that rather
5  than pay for your own ticket; is that right?
6  A   Well, no, not exactly. It just
7  depends on where I'm going, and how quickly I have
8  to get there, and the price, and what kind of a
9  plane I'm going to fly on.
10 Q   You said that you had plans to fly to
11 Israel in the future; is that right?
12 A   I'd like to. I've been there before.
13 But I'd like to go again.
14 Q   When do you plan on going?
15 A   I'm not sure.
16 Q   Okay.
17 A   Maybe I'll take -- maybe I'll take my
18 brother.
19 Q   But you haven't booked a ticket yet?
20 A   Maybe I'll take my grandchildren.
21 Plans are not made.
22 Q   Okay. No plans are made. Got it.
23 Thank you.
24       I want to turn our attention to, then,
25 your other flight listed here, the last one on this

Page 74

1  Y. Gardner
2  list.
3        Do you see how it says in July 2015
4  you flew Spirit?
5  A   Uh-huh.
6  Q   Is it fair to say that that was the
7  last Spirit flight you took?
8  A   To Spirit, yes.
9  Q   So you haven't flown Spirit since
10 2015?
11 A   No, I haven't.
12 Q   Okay. And you don't have any Spirit
13 flights booked in the future, do you?
14 A   No. But I might. I might. I like
15 them because they are inexpensive, and I don't have
16 to pay $680 for a trip, round-trip fare.
17 Q   But you've never flown Spirit since
18 2015?
19       MR. BONSIGNORE: Objection. You can
20    answer.
21 A   Have I flown on what?
22 Q   Ms. Gardner, since 2015 you've never
23 flown Spirit?
24 A   No, huh-uh.
25       MR. BONSIGNORE: Objection.

Page 75

1  Y. Gardner
2  Q   What do you like about Spirit in terms
3  of its amenities?
4  A   Oh, I -- they're a casual airline and
5  their fares are -- their fares are good and -- yes.
6  It would be a shame to lose them.
7  Q   Ms. Gardner, do you like paying for
8  carry-on bags?
9  A   Do I like --
10       MR. BONSIGNORE: Objection.
11 A   What?
12 Q   Do you like paying for carry-on bags?
13 A   No.
14 Q   Are you aware that Spirit requires you
15 to pay to carry on a bag?
16       MR. BONSIGNORE: Objection.
17    You can answer.
18    THE WITNESS: I can answer?
19    MR. BONSIGNORE: Yeah.
20 A   Okay. What --
21       MR. BONSIGNORE: To the extent that
22    you can answer, answer.
23 Q   Ms. Gardner, just for your assistance,
24 I'll repeat my question, which is: Are you aware
25 that Spirit requires you to pay to carry on a bag?

Page 80

1   Y. Gardner
2  wouldn't you?
3       MR. BONSIGNORE: Objection.
4    A   Well, I probably would prefer SA --
5  the SA. But if I want to get someplace, I'll pay
6  for it.
7    Q   We're talking about the same flight at
8  the same time on the same day.
9    A   Oh, my goodness. That's a loaded
10 question. I probably would take United.
11   Q   Okay. That's helpful. Thank you very
12 much.
13      I want to reopen Exhibit 2, page 7.
14   A   Page 7? I don't see that.
15   Q   It's coming up right now.
16      Do you see it, Ms. Gardner?
17   A   Uh-huh.
18   Q   Great.
19      And, again, this is that list of
20 flights that you've taken in the last eight years?
21 Right?
22   A   Well, you mean the space A flights --
23 the SAs? I didn't put those down there.
24   Q   Okay. Yeah, I wasn't referring to
25 that. I'm just saying that this is a list of

Page 81

1   Y. Gardner
2  flights that you have taken in the last eight years;
3  is that correct?
4    A   Yes, uh-huh.
5    Q   Not including space available, right?
6    A   Uh-huh. None of them are space
7  available. I paid for 'em.
8    Q   Okay. I want to draw our attention to
9  the different routes that you've taken, Ms. Gardner.
10 So that's the fourth column here. And I'm just
11 going to ask you a couple questions about the cities
12 that you've flown in and out of.
13      Ms. Gardner, none of the flights
14 listed there are in or out of Fort Lauderdale; is
15 that correct?
16   A   Name of the flights in and out of Fort
17 Lauderdale?
18   Q   My question, Ms. Gardner, was: None
19 of the flights you've taken in the last eight years
20 are in or out of Fort Lauderdale, right?
21   A   No, huh-uh.
22   Q   And none of the flights you've taken
23 in the last eight years are out of Boston; is that
24 right?
25   A   Yes.

Page 82

1   Y. Gardner
2    Q   And none of the flights that you've
3  taken in the last eight years are out of Los
4  Angeles; is that right?
5    A   Out of what?
6    Q   Los Angeles.
7    A   No.
8    Q   And none of the flights that you've
9  taken over the last eight years are out of EWR; is
10 that right?
11   A   I'm not sure.
12   Q   Do you recall an EWR flight that you
13 might have taken?
14   A   From where to where, LA to where?
15   Q   Any flights in or out of EWR.
16   A   Oh, Newark. No. Yeah. Just a
17 JetBlue flight.
18   Q   Okay. So that flight in 2019 listed
19 as the third row was out of EWR?
20   A   Yeah, EWR, uh-huh. New York.
21   Q   Got it.
22      And it says, two columns further, that
23 you used a website engine to book that flight.
24      Do you recall what that means?
25   A   No, I don't recall.

Page 83

1   Y. Gardner
2    Q   Did you use a website like Expedia?
3    A   No. What website?
4    Q   Do you recall what website you used to
5  book this ticket?
6    A   Probably System One.
7    Q   What is System One?
8    A   That's a Continental website.
9    Q   What does that mean?
10   A   It's a Continental website.
11 Continental Airlines website.
12   Q   Okay. Got it.
13      And so you used a Continental Airlines
14 website to book your JetBlue flight?
15   A   Uh-huh. It's System One.
16   Q   And does the public have access to
17 System One?
18   A   No.
19   Q   Why do you have access to System One?
20   A   Because it's a -- because it has all
21 the airlines on it. You have a full screen.
22   Q   So only travel agents --
23   A   You can look at -- you can look at
24 them all and see which one is the least expensive
25 and which one is going to satisfy you for that