# EXHIBIT 106

```
 1            UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF MASSACHUSETTS

 3   _____

 4   GABRIEL GARAVANIAN, et al.,      |

 5            Plaintiffs,             | Case No.

 6       v.                           | 1:23-cv-10678-WGY

 7   JETBLUE AIRWAYS CORPORATION      |

 8   and SPIRIT AIRLINES, INC.,       |

 9            Defendants.             |

10   _____  |

11

12               ** CONFIDENTIAL **

13

14         ZOOM VIDEO CONFERENCE DEPOSITION

15                   LEN MARAZZO

16                 June 28, 2023

17                2:05 p.m. Pacific

18

19

20

21   Stenographically reported by:

22   Cynthia J. Conforti, CSR, CRR

23   License No. 084-003064

24

25   Job No. 20993
```

```
 1   A P P E A R A N C E S:

 2

 3            *** ALL APPEARANCES VIA ZOOM ***

 4

 5   ON BEHALF OF PRIVATE ACTION PLAINTIFFS:

 6       BONSIGNORE TRIAL LAWYERS, PLLC

 7       23 Forest Street

 8       Medford, Massachusetts 02155

 9       (781) 350-0000

10       BY:  ROBERT BONSIGNORE, Esq.

11            info@class-actions.us

12

13   ON BEHALF OF DEFENDANT SPIRIT AIRLINES, INC:

14       PAUL, WEISS, RIFKIND, WHARTON &

15       GARRISON LLP

16       1285 Avenue of the Americas

17       New York, New York 10019

18       (212) 373-3000

19       BY:  YOAV GAFFNEY, Esq.

20            ygaffney@paulweiss.com

21

22

23   ALSO PRESENT:

24       James Jarmon, Videographer

25
```

INDEX

TESTIMONY OF LEN MARAZZO                                    PAGE

Examination by Ms. Gaffney:                                    4

MARAZZO DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories | 23 |
| Exhibit 2 | Plaintiff's Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories | 42 |
| Exhibit 3 | Plaintiff's Supplemental Responses and Objections to Defendants' Set of Interrogatories | 63 |
| Exhibit 4 | Complaint 3:22-cv-6841 | 75 |
| Exhibit 5 | Plaintiff's Supplemental Responses and Objections to Defendants' First Set of Interrogatories | 81 |
| Exhibit 6 | Brief for Appellants and Special Appendix | |

Page 28

BY MR. GAFFNEY:
Q So if you just scroll through the whole thing slowly, it looks like you've flown on American, Southwest, JetBlue, United, and Amer- -- sorry, I said American.
A Yeah.
Q So American, JetBlue, United, and Southwest; is that right?
A Yes, that would -- that would be right.
Q And, I mean, the vast majority of these are American, right?
A Yes.
Q Have you ever flown on Spirit?
A I have not.
Q Do you have any plans to fly Spirit in --
A I'm -- sorry, I apologize. I interrupted you.
Q No.
Do you have any plans to fly Spirit as of today?
A I don't have anything concrete as of today, but I do look at Spirit regularly because they're in the Vegas market. And then my daughter flies Spirit regularly, and I pay for her ticket, so I'm pretty familiar with Spirit in that sense,

Page 29

especially in this market.
Q And where does your daughter fly Spirit to and from?
A I did -- that's another document that was produced, so there is a record of that. But she flies Reno -- or Las Vegas to Reno on Spirit to come home to see us from college, as well as, you know, we bought her a ticket, I think, to Houston on Spirit. And I'd have to look at that document to be sure, but primarily that's that market.
MR. GAFFNEY: Mr. Bonsignore, I'm just going to note for the record, I also don't think we've seen that document.
MR. BONSIGNORE: Can you describe that document?
THE WITNESS: I'm sorry?
MR. BONSIGNORE: Can you give me a succinct description of that document?
THE WITNESS: Yes, it's -- so that individual document is a one-page document that has all of my daughter's flights listed on it.
MR. BONSIGNORE: Okay.
MR. GAFFNEY: Okay. Well, Robert, we'll reserve, as we have in the other depositions.

Page 30

BY MR. GAFFNEY
Q So your daughter flies Spirit regularly, so you're familiar with it through what your daughter has told you; is that right?
A Well, I'm familiar with it through what she has told me, but I'm also familiar with it because I have looked at flying them multiple times, and I always shop them when I'm going to Vegas. So I --
Q Can you tell me --
A Sorry?
Q No, finish your answer, please.
A I was going to say so I'm familiar with the services that Spirit provides or doesn't provide, based on my own research.
Q Can you tell me why you didn't select Spirit the -- those times that you looked at them?
A Yeah, the times have not been conducive to when we need to travel.
Q So it was a scheduling issue?
A Yeah, yeah, limit -- their service is limited, but their pricing is great.
Q Do you know whether -- I think you testified a little earlier that you prefer to have extra leg room?

Page 31

A I prefer to have extra leg room if I have the choice, yes.
Q Do you know whether Spirit offers that?
A I think that they do. I think you can pay for that. But I am not -- I think.
Q Do you know whether Spirit offers Wi-Fi on board?
A I think they offer Wi-Fi on board.
Q Do you know whether --
A I don't know for sure.
Q Do you know whether they offer food on board?
A I do not think they offer food.
Q And about how many times did you consider flying Spirit, would you say?
A I would say any time I fly to Las -- any time I'm going to Las Vegas, I price Spirit, I price Southwest, and then I decide if it's cheaper to drive.
Because when I go to Las Vegas, with the exception of one trip on here that's business, I'm paying for it itself. So I look for whatever is the most economical. As far as how many times, I couldn't answer that. I don't know how many times I've looked at it.

Page 40

1 Q Got it.
2 And Santo Domingo, Dominican Republic, do
3 you have any concrete plans to fly there?
4 A I do not.
5 Q If we could just actually scroll down on
6 this document a little bit. This is your response
7 to our second interrogatory.
8 Do you recognize this?
9 A I have -- yeah, I do recognize that.
10 Q And it looks like you responded here, if
11 you go to the second paragraph:
12 Plaintiff has not utilized a different
13 mode of transportation for any of the routes
14 listed in response to Interrogatory No. 1.
15 A Is there a question there or?
16 Q Yeah, I mean, is that right? I mean, is
17 that -- is that correct, to the best of your
18 knowledge?
19 A I think it was correct, and I think when I
20 updated the last document, I think I did say that
21 I have driven. So I think that that was updated.
22 Q I see.
23 MR. BONSIGNORE: What interrogatory number
24 is that, 1?
25 MR. GAFFNEY: This is 2 that we're looking

Page 41

1 at.
2 MR. BONSIGNORE: Okay.
3 MR. GAFFNEY: Mr. Marazzo, Mr. Bonsignore,
4 would this be an okay time for a break?
5 MR. BONSIGNORE: Yes.
6 THE WITNESS: Works for me.
7 THE VIDEOGRAPHER: Going off the record at
8 2:47 p.m. Pacific.
9 (Recess taken.)
10 THE VIDEOGRAPHER: Going back on the
11 record at 3:02 p.m. Pacific.
12 BY MR. GAFFNEY:
13 Q Welcome back, Mr. Marazzo.
14 A Thank you.
15 Q Did you speak with anyone other than
16 counsel during the break?
17 A I did.
18 Q Who was that?
19 A My wife.
20 Q Did you discuss your testimony?
21 A I did not.
22 Q Thank you, Mr. Marazzo.
23 MR. GAFFNEY: Now, we should have -- I'd
24 like to pull up tab 7, to the extent it's there
25 already. I hope it is.

Page 42

1 Okay. We can introduce this as Exhibit 2.
2 BY MR. GAFFNEY:
3 Q And Mr. Marazzo, I will tell you, and
4 Mr. Bonsignore, you'll be happy to know, we
5 actually did receive this. So this --
6 (Marazzo Exhibit 2 is marked for
7 identification.)
8 MR. BONSIGNORE: So I can tone my letter
9 down?
10 MR. GAFFNEY: Sorry? Yeah, you can tone
11 your letter down. This one anyway.
12 BY MR. GAFFNEY:
13 Q Mr. Marazzo, I'll represent to you that
14 this is a supplemental response you provided for
15 your first set of interrogatories.
16 A Okay.
17 Q Now, if you scroll down here to page 9.
18 Now, this is a --
19 A Okay.
20 Q Now, this is revised chart that you
21 provided?
22 A Okay.
23 Q Do you recognize this?
24 A Yes.
25 Q And is this chart complete and correct?

Page 43

1 A Yes.
2 Q Got it.
3 So just looking at your personal flights
4 here, if you scroll down, it still looks like most
5 of your personal flights are American, right?
6 A Okay. Yeah, I think a -- yeah, lot of
7 them have been, yeah, because we were flying to
8 Louisiana, which -- yeah.
9 Q What do you mean because you were flying
10 to Louisiana?
11 A Well, it depends -- because of the
12 destination. You know, I've got personal flights
13 to Las Vegas on here, but it looks like -- yeah,
14 the majority of them, I would say, were on
15 American.
16 Q Do you know how many loyalty points you
17 have with American at this point?
18 A I don't offhand.
19 Q Do they upgrade you when you fly with them
20 automatically?
21 A Not automatically, no.
22 Q What benefits do you get from your
23 American loyalty membership?
24 A You can choose at the time of booking if
25 there's a premium seat which has more leg room or

Page 44

a preferred location on the plane. If it's available at the time of booking, you can book that seat without paying extra.
 Q Is it fair to say you -- you would book American because you had that extra benefit?
 A No.
 Q It doesn't play any role in what airline you choose to book?
 A No. Cost plays the role first.
 Q You've -- and I think you testified earlier, but you've never flown Spirit, right?
 A Correct.
 Q There's -- even on this revised chart, there's no mention of Spirit Airlines?
 A Not for me.
 Q And it looks like there's four flights total on JetBlue; is that right?
 A Yes.
 Q Do you recall why you flew JetBlue those four times?
 A Yeah, definitely because of the cost.
 Q Is -- so you mean that you flew JetBlue those four times because it was cheaper?
 A Yeah, that's because they're very competitive to New York out of here.

Page 45

 Q In your experience, is JetBlue cheaper than Southwest?
 A Not to my knowledge. But I -- I -- actually, I -- let me rephrase that.
    I can't answer that. I don't know.
 Q Do you know if they're cheaper than American?
 A They were for these trips.
 Q On -- on your ordinary flights, because you mentioned you look at a number of airlines to price them out, do you know --
 A Yes.
 Q -- if JetBlue is ordinarily cheaper than American on the flights that you take?
 A I don't know. I mean, I would think they are. You know, I know they were for those New York flights. But I'm not a JetBlue expert to say they primarily are. I don't look -- you know, I don't know.
 Q Do you know how JetBlue compares to Spirit in terms of pricing?
 A I would -- I think that they're more expensive than Spirit.
 Q But you don't know if they're cheaper than other airlines?

Page 46

 A I can tell you I know they were cheaper than other airlines for the flights that I booked them, and that's why I booked them.
 Q Have -- did you ever fly JetBlue before 2015?
 A I don't recall.
 Q So these four flights are the only ones you recall?
 A Yes.
 Q And what did you think of the in-flight experience on JetBlue?
 A I like -- I like JetBlue.
 Q How did it compare to American?
 A I think it was -- you know, I mean, you know, this was quite some time ago, and I hadn't probably flown American a lot back in that -- at that time. I mean, I'd have to look, you know, looks like it's been a couple years ago maybe, right? I like JetBlue.
 Q And you haven't flown JetBlue, it looks like, since 2017?
 A Correct.
 Q Is there any reason you haven't flown JetBlue since 2017?
 A Because primarily out of Reno they go to

Page 47

Long Beach and New York, and I have not had an opportunity to fly them to New York, and I did just go to Long Beach, but their times weren't conducive.
 Q If you scroll down to page 12 here, and I'd like, if possible, to turn this on the side just that so we don't have to all crane our heads.
    MR. GAFFNEY: Everest team, are you able to do that? Do you know how to do that?
    THE VIDEOGRAPHER: Here you go.
    MR. GAFFNEY: Thank you.
BY MR. GAFFNEY
 Q Are these the flights you were referring to earlier that you booked for your daughter?
 A Yes.
 Q And so you booked her a flight from -- to and from Las Vegas and Reno?
 A Correct.
 Q And it looks like there's also one flight on there between San Diego and Las Vegas?
 A Yes.
 Q And there's one from Houston, Texas, to Las Vegas?
 A Yes, I believe those are round trips, but yes.

Page 48

Q Have you booked other flights for your daughter that are not on Spirit?
A So let me preface. I didn't book these flights, she booked these flights, and I reimbursed her for these flights. And yes, I have paid for her flights on other airlines as well.
Q Do you know what other airlines those were?
A Southwest and American.
Q Do you tell her anything about what flights she's entitled to book or she just goes and books it?
A Do I tell her anything about what flights she's entitled to book.
 Well, I tell her to book the least expensive flight because I'm paying for it, and that is -- that is why we are proponents of Spirit in this market.
Q Is this the same daughter who's moving to Salt Lake City, by the way?
A Yes.
Q Do you anticipate buying flights for her when she's in Salt Lake City?
A I hope not.
Q Why not?

Page 49

A So let -- so let me preface. One, her move to Salt Lake City is not concrete. So we're going to look at Salt Lake City.
 But yes, I could certainly be buying flights to get her back and forth to visit us.
Q Okay. Even though -- and she just graduated nursing school, right?
A Yes.
Q Okay. And the reason you said that you hope you're not buying flights for her, that's because I take it she doesn't --
A Because I hope event- --
Q Sorry. I'll let --
A Go ahead.
Q Go ahead.
A No, because eventually I hope that she's in a position to pay for them herself.
Q Do you foresee that in the near future?
A I couldn't answer that. I don't know.
 She's on -- she's on her second degree, so she continues to go to school. I do not see that in the near future.
Q I see. Is she moving to Salt -- is she considering moving to Salt Lake City to work as a nurse?

Page 50

A She's -- not necessarily.
Q Okay. And just to come back to something we talked about a little while ago, do you have any concrete plans to fly Spirit in the future?
 MR. BONSIGNORE: Objection.
 THE WITNESS: You want me to answer that?
 MR. BONSIGNORE: Yeah, you can answer.
 THE WITNESS: Yeah.
 So do I have a concrete plan. I guess the definition of "concrete" is what I'm struggling with.
 So yes, I do plan to fly Spirit in the future because they are the best price between here and Las Vegas, and I will be going to visit her. Will I fly Spirit for sure if that's what the definition is of "concrete"? I can't answer that. I don't know. But if it's the least expensive and I'm paying for it and the time works, yes.
BY MR. GAFFNEY:
Q And just to be sure, you mentioned it's the cheapest price between Reno and Las Vegas, but you've flown that route a number of times, and you've never flown Spirit, right?
A I don't know that I've flown it a number

Page 51

of times, but I have flown it on Southwest. And yes, because the times did not work for me.
Q And Southwest was more expensive that time when you flew it?
A Not necessarily --
Q Let me --
A Go ahead.
Q Let me ask the question a little cleaner.
A Okay.
Q The times you flew from Reno to Las Vegas on Southwest, do you know whether Southwest was more expensive than Spirit?
A I don't know.
Q And you selected Southwest because of the times?
A Because they happen to have multiple flights every single day, and when I'm on a time constraint, there is more flexibility with them.
Q And you've also driven from Reno to Las Vegas a number of times, right?
A It's -- not a number of times, but I have driven it.
Q How many times have you driven it?
A I don't know. I'd have to go back to my calendar and look.