UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>        *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

### DECLARATION OF JOSEPH M. ALIOTO JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS

I, JOSEPH M. ALIOTO JR., declare:

1. I am an attorney with Alioto Legal and I represent Plaintiffs in this case. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Sanctions Or, in the Alternative, Motion for Order to Show Cause. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am duly admitted to practice law in the State of California. I have been admitted to the District of Massachusetts *pro hac vice* for the prosecution of this action.

3. On August 22, 2023, I caused to be filed redacted versions of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 184) and Plaintiffs' Opposition to Defendants' Statement of Purported Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment (Dkt. No. 186). I understood and believed in good faith that the redactions in these documents, which had been applied by another attorney, prohibited the viewing of text underneath them.

4. All times in this declaration are written in Pacific Daylight Time (PDT), unless

1

specifically noted.

    5.      On August 23, 2023 at 11:54 am PDT, Meredith Dearborn, counsel for Spirit Airlines, left the following voicemail on my cellphone:

> Joe, Hi, this is Meredith Dearborn. I've also got Liz Wright on the phone, representing Spirit and Jet Blue, respectively in the Garavanian case. We just got a call from a Law360 reporter who indicated that he could get behind the redactions in the summary judgment motion [*sic*] that you filed yesterday. So, we're going to write you an email as well, but we would request that you immediately call the clerk and lock that filing and file a proper version immediately. There may be additional remedies that we would seek, but that's at least what we would request at the outset. If you could give me or Liz Wright a call back, please do that. My number is [omitted]. Thank you.

    6.      On August 23, 2023, I was on personal leave during the late morning and early afternoon. As a result, I only received Ms. Dearborn's voicemail between 3:00 and 3:30 p.m. PDT on August 23, 2023. I called Ms. Dearborn immediately upon receipt of her voicemail. I then immediately called Ms. Wright. Neither Ms. Dearborn nor Ms. Wright answered my calls. I left voicemails for both counsel. Neither Ms. Wright nor Ms. Dearborn returned my voicemails.

    7.      At approximately 3:30 p.m. PDT on August 23, 2023, I read through a series of emails between Ms. Wright and Courtroom Clerk Jennifer Gaudet that had been sent over the previous three hours. In the emails, Ms. Wright stated that the text under the redactions in Plaintiffs' Opposition to Summary Judgment papers was accessible and asked "While plaintiffs are fixing this issue, is it possible to pull down the filing so that others cannot access it via Pacer?" At 2:37 pm, Ms. Gaudet confirmed that the documents had been temporarily removed from public view.

    8.      At 3:35 pm PDT on August 23, 2023 and immediately upon reading the series of emails between Ms. Wright and Ms. Gaudet, I sent the following email to Ms. Wright and Ms. Dearborn:

> Liz and Meredith,

> I've been out of the office and away from my phone for the last 3 hours. Just receiving these emails now. In the past few minutes I've had an opportunity to understand from our team what happened. I also just listened to your voicemail from 11:45 and returned both of your calls.
>
> Since it appears all the documents with issues have been removed from the docket, my question is, as far as you are aware, are there any media outlets (other than Law 360 that you mentioned on your voicemail) that have received the documents? If so, please contact me immediately with whatever information you have and I will call them. Has the Law 360 reporter agreed not to publish? If not will you please send me their contact information so I may call them. If there is anything else you think I can do to address this please contact me directly on my cell at [omitted].
>
> Joe

9. Neither Ms. Wright nor Ms. Dearborn ever responded to my 3:35 pm PDT August 23, 2023 email or contacted me on my cell phone.

10. Four minutes later, at 3:39 pm PDT, I sent the following message to Courtroom Clerk Jennifer Gaudet:

> Ms. Gaudet,
>
> I am counsel for plaintiffs. I have been away from my office and off my phone for the last 3 hours, so I am just receiving this information now. Please accept my apologies for the trouble you have had to go through with this filing error. We will resend you the documents in fileable format as soon as I have had an opportunity to ensure the issues have been addressed.
>
> Kindest regards,
> Joseph Alioto Jr.

11. The following morning, August 24, 2023 at 9:08 PDT, I sent Ms. Wright and Ms. Dearborn corrected redacted versions of Plaintiffs' summary judgment opposition papers by email with the following message:

> Liz and Meredith,
>
> [P]lease see attached and let me know if you approve of the

3

redactions.

Thank you,
Joe

12. On August 24, 2023 at 9:21 a.m. PDT, I obtained a copy of the Law360 article and read it for the first time. Within the following two hours, I obtained the email address of the reporter who wrote the Law360 article.

13. On August 24, 2023 at 11:25 a.m. PDT, I wrote the following email to the reporter of the Law360 article:

> Mr. Koenig,
>
> Yesterday before you published your article about the JetBlue/Spirit merger, one of the plaintiffs' lawyers notified you that the redacted information you were able to see in the filed document was protected from disclosure by a Court order and that the document should be sequestered. Your article was published notwithstanding that advisement. I am writing to ask that you immediately delete the document with protected material, confirm it has been deleted, and confirm it has not been duplicated or disseminated. If it has been disseminated, please immediately let me know who you gave it to or sent it to.
>
> Thank you in advance,
> Joseph M. Alioto Jr.

14. Also on August 24, 2023 I received a media inquiry from a different publication seeking "additional context" on the redacted information reported in the Law360 article. At 10:18 a.m. PDT on August 24, 2023, I responded to the reporter with the following email:

> Mr. Slotnick,
>
> The redacted material is subject to a protective order executed by the Court. It may not be disseminated in any manner. Your reprinting of it may constitute a violation of a court order; please do not reprint any protected material. If you have a copy of the redacted material, please return it and/or delete it immediately.
>
> Sincerely,
> Joseph M. Alioto Jr.

15. On August 24, 2023 at 11:44 a.m. PDT, I forwarded the above-referenced emails

4

to Ms. Wright and Ms. Dearborn with the following message:

> Liz and Meredith,
>
> I am following up on my email below [*i.e.*, the Aug. 23, 2023, 3:35 p.m. email referenced in paragraph 7, *supra*]. I can confirm that the Law360 reporter was put on notice – before publication – that the document contained information protected by Court order, that he should destroy the document immediately, and that he should not reprint the protected material. This was communicated to the reporter before he published, which he acknowledged in the article.
>
> I received a copy of the Law360 article this morning and we have repeated those requests in the attached email. I have also asked him to disclose whether and to whom the document was shared. I will share that information with you as soon as I receive it.
>
> I also received a request for comment from a different reporter this morning, my response to whom is also attached.
>
> If you believe there other remedial steps we can take, please let me know immediately.
>
> Regards,
> Joe

16.   Neither Ms. Wright nor Ms. Dearborn ever responded to that email.

17.   On August 25, 2023, Ms. Wright confirmed by email that the corrected summary judgment opposition papers I sent on August 24, 2023 (*see* paragraph 10, *supra*) were appropriate for filing as substitutes for the originally-filed papers. On Sunday August 27, 2023, Ms. Dearborn confirmed by email that the documents were appropriate for filing. On Monday, August 28, 2023, I submitted the documents as requested to Ms. Gaudet for re-filing.

18.   At 6:55 p.m. EDT on August 28, 2023, Elizabeth Wright sent an email to me and two of my co-counsel with copies to Cooley law firm lawyers Ethan Glass, Zach Hafer, Dee Bansal, and Matt Nguyen. The email stated as follows:

> Joe, Bob, Greg,
>
> JetBlue is filing a motion to request the Court issue sanctions or other appropriate relief in light of Plaintiffs' failure to comply with

5

>the Protective Order and court rules, as evidenced most recently by last week's failure to properly redact Plaintiffs' opposition and responsive statement of facts. We don't expect that you will consent to the motion.
>
>Liz

19. At 8:56 pm EDT on August 28, 2023, I responded to Ms. Wright's email by asking "Liz, What are each of the factual and legal bases for your motion? Joe." It was my belief that my email would lead to a meet and confer to discuss the merits of the motion, especially the facts underlying it.

20. At 11:22 pm EDT on August 28, 2023, Ms. Wright responded to my email as follows:

>Joe,
>
>Our factual bases include:
>
>- Plaintiffs' failure to properly redact the opposition filing last week in violation of the Protective Order;
>- Plaintiffs' on the record comment to Law360 about the same confidential material Plaintiffs failed to protect;
>- Plaintiffs' failure to take prompt remedial measures upon learning of the redaction failure;
>- Plaintiffs' failure to follow LR 7.2(c)'s requirement to get leave from the Court to impound material in advance of the underlying filing;
>- Plaintiffs' attempt to skirt the page limit rule set forth in LR 7.1(b) with respect to the August 1 filing; and
>- Plaintiffs' violation of LR 56.1 in including facts in their summary judgment opposition that are not material to the narrow issue raised in Defendants' motion.
>
>Our legal basis is the Court's inherent power and authority to manage its cases and the counsel before it, as well as LR 1.3.

21. Then, 32 minutes later and just before midnight at 11:54 pm EDT on August 28, 2023, Ms. Wright filed Defendant's Motion for Sanctions or, in the alternative, Order to Show Cause. Dkt. No. 209.

22. Because Ms. Wright sent her 11:22 p.m. email so late at night, I did not read it

until the following morning. By the time I read Ms. Wright's 11:22 p.m. email the next morning, she had already filed the motion for sanctions.

23. Defendant's Motion for Sanctions or, in the alternative, Order to Show Cause includes the following certification:

>
> **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**
>
> Pursuant to Local Rule 7.1, I hereby certify that counsel for JetBlue conferred in good faith with Plaintiffs' counsel before filing this motion but were unable to resolve or narrow the issues presented in this motion.
>
> /s/ Elizabeth M. Wright
> Elizabeth M. Wright

24. Neither Ms. Wright nor any other counsel for Defendant attempted to confer with me, in good faith or otherwise, to resolve or narrow the issues presented in Defendant's Motion for Sanctions or, in the alternative, Order to Show Cause. The only communications between counsel of the parties of which I am aware are those outlined in the preceding paragraphs of this declaration.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 4th day of September, 2023, at San Francisco, California.

/s/ Joseph M. Alioto Jr.
JOSEPH M. ALIOTO JR.

## CERTIFICATE OF SERVICE

      I certify that this document was filed through the ECF system on September 11, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                             */s/ Joseph M. Alioto Jr.*
                                          JOSEPH M. ALIOTO JR.