UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**DECLARATION OF HAWRRIS NIAZI IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS OR, IN THE ALTERNATIVE, MOTION FOR ORDER TO SHOW CAUSE**

I, Hawrris Niazi, declare as follows:

1.  I am a Paralegal for Alioto Law Firm, one of the firms representing the Plaintiffs in the above-captioned case. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.  On August 23, 2023, at approximately 12:12 p.m. PDT, Plaintiffs' counsel Greg Herrman forwarded me an email from Elizabeth Wright, counsel for JetBlue, which was time-stamped 12:04 p.m. Ms. Wright's email advised the Courtroom Clerk and select Plaintiffs' counsel that someone had accessed the text underneath the redactions in Plaintiffs' publicly filed Memorandum in Opposition to Defendants' Motion for Summary Judgment.

3.  After I read the email, I immediately logged onto the ECF system and attempted to remove the filing from the docket through the web-interface. I was unable to do so.

4.  Around that time, I received a phone call from Plaintiffs' counsel Josephine L. Alioto of the Veen Law Firm. Ms. Alioto and I discussed how to address the issue.

5.  At 12:51 p.m., PDT, I attempted to contact Courtroom Clerk Jennifer Gaudet by

1

dialing (617) 748-9156, but there was no answer. At 12:59 p.m., I emailed Ms. Gaudet and requested the document be removed, reiterating that the matter was urgent. At 1:14 p.m. PDT, I attempted to contact Ms. Gaudet again, but there was no answer. At 1:15 p.m., I attempted to contact Docket Clerk Matthew Paine by dialing (617) 748-9157, but my call was directed to voicemail. At 1:21 p.m., I attempted to contact the Court's main office by dialing (617) 748-9152. At 1:23 p.m., I contacted Customer Service in the Clerk's office by dialing (617) 748-9083. Someone there attempted to assist me by removing the filing from the docket; however, I was informed they could not do so until the Clerk approved my request. After submitting my request, I was informed to wait for a return call from the Clerk's office. Attached as Exhibit 1 is a true and correct copy of my cell phone records reflecting the above-referenced phone calls.

6. The following day, August 24, 2023, at approximately 1:24 p.m. PDT, I received an email from Ms. Gaudet informing me she had advised counsel that the documents had been removed from the docket and that I should not refile the documents via the ECF system.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 7, 2023                    /s/ *Hawrris Niazi*
                                            Hawrris Niazi

3

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 11, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Joseph M. Alioto Jr.*
JOSEPH M. ALIOTO JR