## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, *et al.*,

               *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

               *Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

## DECLARATION OF JOSEPHINE L. ALIOTO IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS OR, IN THE ALTERNATIVE, MOTION FOR ORDER TO SHOW CAUSE

I, Josephine L. Alioto, declare as follows:

1.      I am one of the attorneys of record for Plaintiffs in this suit.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration based in opposition of Defendant's Motion for Sanctions or, in the alternative, Motion for Order to Show Cause. If called to testify in this action, I could and would testify competently to all matters contained in this declaration based upon my own personal knowledge.

2.      I am duly admitted to practice law in the State of California. I have been admitted pro hac vice for the prosecution of this action in this Court.

3.      I was one of the attorneys responsible for drafting Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. In doing so, I redacted certain information contained in Plaintiffs' Memorandum Opposition to Defendants' Motion for Summary Judgement and Plaintiffs' Separate Statement in Opposition to Defendants' Motion for Summary Judgement that Defendants contend are subject to the Protective Order in this action.  It was my intention to

1

properly redact the documents and it was my good faith belief that they were in fact redacted. These documents were filed at approximately 2:53PM PST on August 22, 2023.

4.      On August 23, 2023 at approximately 12:12PM PST, I was forwarded an email from co-counsel, Greg Herman. In this forwarded email, Elizabeth Wright, counsel for JetBlue, advised the Court and select Plaintiffs' counsel that media had accessed Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment and were somehow able to view the text under the redactions. Ms. Wright sent this email at 12:04PM PST.  Only three out of eleven Plaintiffs' counsel were included in the email. I was not Cc'd on this email nor did Defendants' counsel attempt to call me.

5.      I read the email and immediately called Alioto Law paralegal, Hawrris Niazi, at 12:21PM PST. We discussed methods for attempting to pull the filings, but it was clear that only a clerk could seal the filing. I then asked that he call the clerk to request the filings be pulled from the docket and confirmed with him that he did.

6.      Mr. Niazi continued to call the Clerk. He also emailed clerk Jennifer Gaudet at 12:59PM PST reiterating the urgency of the request.   I advised Ms. Wright of our efforts in an email at 1:13PM PST.

7.      At approximately 2:23PM PST, Ms. Gaudet emailed counsel advising them that Plaintiffs' Memorandum Opposition to Defendants' Motion for Summary Judgement and Plaintiffs' Separate Statement in Opposition to Defendants' Motion for Summary Judgement were sealed.

8.      I did not receive any further communication from Ms. Wright or any other counsel for Defendants regarding the redactions. At no point did Ms. Wright contact me to attempt to confer prior to filing this motion.

9.      Any information that was disclosed was entirely inadvertent. I then promptly took all reasonable measures to retrieve the improperly disclosed material and ensure that no further or greater unauthorized disclosure or use of the material was made.

10.      On March 31, 2023, the Department of Justice filed their First Amended Complaint

("DOJ FAC") against JetBlue Airways Corporation and Spirit Airlines in this Court.  A true and

correct copy of the DOJ FAC is attached hereto as **Exhibit A.** The Complaint alleged:

> "JetBlue estimates that when Spirit stops flying a route, average fares go up by 30%."
> DOJ FAC¶2.

> "Spirit's own analyses found that, on average, industry-wide fares went down by 17%
> and the number of passengers increased by 30% when the airline started offering new
> service on a route." DOJ FAC ¶23.

> "Spirit expected to grow its fleet by 25% over the course of the next year and double its
> fleet size by the end of 2025." DOJ FAC ¶24.

> "JetBlue has recognized that when Spirit has left routes, fares have gone up—which is
> exactly what would happen if this acquisition proceeds. For example, in 2020, when
> Spirit stopped flying between Boston and Fort Myers, JetBlue increased its fares. As one
> JetBlue manager explained, "I don't think we should be selling the [Spirit] fare if [Spirit]
> is not serving the market." JetBlue's Director of Revenue Management at the time
> agreed. And in 2022, JetBlue concluded that when Spirit exits a route, fares increase by
> 30% on average."  DOJ FAC ¶38.

> "JetBlue has been consistent about its plans for the combined company; it plans to retrofit
> existing Spirit aircraft to match JetBlue configurations, thereby eliminating 10 to 15% of
> the capacity—approximately 20 to 28 seats—from each plane." DOJ FAC ¶60.

> "Further, in justifying the deal internally and to the company's lenders, JetBlue predicted
> that it would reap 24% more revenues per seat than Spirit earns today, on the assumption
> that "customers see value of [the] better product and experience[,] and are glad to
> adjust"." DOJ FAC ¶60.

11.     On July 29, 2022, Yahoo News published an article entitled, "Frontier Airlines

CEO: JetBlue buying Spirit could lead to 40% ticket price inflation." A true and correct copy of

the Yahoo News Article is attached hereto as **Exhibit B.** The article states: "If you are a Spirit

customer, you will see the biggest inflation you have ever seen," Biffle told Yahoo Finance Live

(video above). "You're going to see fares jump up over 40%. It's going to be hundreds of dollars

per family. And so that's why I think it's a challenge for their consumers. There are going to be

millions of people that get priced out." See Exhibit B.

12.     In Spirit Airlines' "QUARTERLY REPORT PURSUANT TO SECTION 13 OR

15(d) OF THE SECURITIES EXCHANGE ACT OF 1934" (form 10-Q) for the quarter ending

on June 30, 2023, Spirit Airlines reported: "As of June 30, 2023, the Company's total firm aircraft orders consisted of 104 A320 family aircraft with Airbus, including A319neos, A320 neos and A321neos, with deliveries expected through 2027. In addition to the aircraft purchase agreement, as of June 30, 2023, the Company had agreements in place for 29 A321neos to be financed through direct leases with third-party lessors with deliveries scheduled from the remainder of 2023 through 2025. In addition to the aircraft purchase agreement, as of June 30, 2023, we had secured 29 direct leases for aircraft with third-party lessors, with deliveries in the remainder of 2023 through 2025." A true and correct copy of the publicly available Spirit Airlines' Quarterly Report is attached hereto as **Exhibit C.**

13.     Airline Pilot Central's profile of Spirit Airlines states, "On July 28, 2022, Spirit and jetBlue Airways entered into a definitive merger agreement, valued at $3.8B, in which the two airlines will merge, with the jetBlue brand and product surviving. If the deal is approved, Spirit's ULCC model will be abandoned and all Spirit planes will be repainted and refitted with jetBlue interiors. Total estimated combined fleet count by 2026: 493 aircraft. Total estimated Spirit fleet count by 2027: 293 aircraft.... Spirit Airlines announced in October 2019 it will place a firm order for 100 A320 neo-family jets It plans to take a mix of A319neos, A320neos, and A321neos, with deliveries between 2022 and 2027. The airline will also have options for another 50 aircraft." A true and correct copy of a printout of this publicly available online profile is attached hereto as **Exhibit D.**

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.


Dated: September 11, 2023                      /s/ *Josephine L. Alioto*
_____
                                               Josephine L. Alioto, Esq.
                                               Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

   I hereby certify that this document was filed through the ECF system on

September 11, 2023, and will be sent electronically to the registered participants as identified

on the Notice of Electronic Filing.

            */s/ Joseph M. Alioto Jr.*
            Joseph M. Alioto Jr.

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
450 Fifth Street NW, Suite 8000
Washington, DC 20530

COMMONWEALTH OF MASSACHUSETTS
One Ashburton Place, 18th Floor
Boston, MA 02108

DISTRICT OF COLUMBIA
400 Sixth Street NW, Tenth Floor
Washington, DC 20001

STATE OF CALIFORNIA
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

STATE OF MARYLAND
200 St. Paul Place, 19th Floor
Baltimore, MD 21202

STATE OF NEW JERSEY
124 Halsey Street – 5th Floor
Newark, New Jersey 07102

STATE OF NEW YORK
28 Liberty Street, 20th Floor
New York, NY 10005

and

STATE OF NORTH CAROLINA
P.O. Box 629
Raleigh, NC 27602
                    *Plaintiffs*,
        v.

JETBLUE AIRWAYS CORPORATION
27-01 Queens Plaza North
Long Island City, NY 11101

and

SPIRIT AIRLINES, INC.
2800 Executive Way
Miramar, FL 33025

                    *Defendants*.

Civil Action No.: 1:23-cv-10511-WGY

helps keep fares low—Spirit has touted that its total prices, including charges for all unbundled services, are 30% less than those of other airlines in the United States.

2.      The rest of the industry—including JetBlue—has been forced to respond to Spirit's innovations and low prices. Spirit estimates that when it starts flying a route, average fares fall by 17%; JetBlue estimates that when Spirit stops flying a route, average fares go up by 30%. Spirit's success—and other airlines' response to it—has led to the "Spirit Effect": when Spirit enters a new route, prices for consumers across all airlines tend to fall and demand for air travel goes up. For years, JetBlue has boasted of its own "JetBlue Effect" when it enters new markets, but JetBlue has recognized that its own fares and revenues on a route drop significantly when Spirit enters. Where JetBlue and Spirit compete, travelers win—customers enjoy the benefits of both the Spirit and JetBlue Effects, fares go down, and more Americans can afford trips they could not before.

3.      Competition between JetBlue and Spirit benefits all types of travelers, but it is particularly important for cost-conscious travelers. As Spirit's CEO has explained, Spirit looks to serve "a particular segment of the traveling public. Those people who have been priced out or find their fares are too expensive to travel with any frequency." Travelers visiting family or taking a hard-earned vacation—whom airlines typically call "leisure" customers—tend to be cost conscious, for instance, because they are usually paying for their own trip, unlike most customers traveling for business, who frequently have their employer footing the bill. Some of these cost-conscious customers would forgo air travel altogether if fares get too expensive, and others would have to make significant changes to their travel plans if ticket prices increase. Many cost-conscious customers prefer to pay lower fares, even if it means they receive fewer amenities, so they can better afford to fly.

23.     Spirit's low fares have given it an outsized effect on competition when it starts operating on new routes. Spirit calls this impact the "Spirit Effect." Spirit's own analyses found that, on average, industry-wide fares went down by 17% and the number of passengers increased by 30% when the airline started offering new service on a route. Other studies have found similar results. These effects were felt even on routes from major airports that served as hubs for legacy carriers: within a year of Spirit starting service from Newark to George Bush Intercontinental Airport in Houston, for example, total seats on the route increased 20% and average fares for all airline passengers dropped 15%. And the Spirit Effect occurs even in markets where JetBlue operates—in other words, whatever benefit JetBlue entry and the "JetBlue Effect" brings to a market, there is an additional "Spirit Effect" benefit when Spirit enters. Travelers should not have to choose between the two.

24.     Before JetBlue's hostile takeover offer, Spirit planned to grow and compete even more widely and effectively in the future as an independent company. Spirit's airline fleet—the second-youngest in the domestic industry—is growing rapidly. Unlike its larger and smaller competitors, Spirit did not cancel any planned aircraft deliveries during the COVID-19 pandemic. As a result, Spirit expected to grow its fleet by 25% over the course of the next year and double its fleet size by the end of 2025.

## III.    JETBLUE'S TURBULENT PURSUIT OF SPIRIT

25.     JetBlue first considered buying Spirit as early as 2017 and again in 2019, but ultimately abandoned those plans. But after Spirit announced a merger agreement with Frontier in February 2022, JetBlue reinstated its plan. JetBlue had previously informed its Board of Directors that a Frontier-Spirit merger would "limit any potential major inorganic growth opportunity," i.e., consolidation via merger, for JetBlue. And JetBlue had made it clear that it

to compete vigorously with Spirit to win back travelers demonstrates the power and value of competition.

37.     JetBlue frequently responds to competition from Spirit on routes touching Florida where the two airlines closely compete. In one monthly pricing review, JetBlue observed that many of Spirit's "fares remain[ed] below established floors" and that Spirit's growth in Florida was causing JetBlue leisure "headwinds." In another instance, JetBlue observed that Spirit fares were "undercutting [JetBlue] substantially" for flights from Fort Lauderdale to San Jose, Costa Rica. And when Spirit added flights on the Hartford-Orlando route, JetBlue was forced to "lower fares across the board" in order to stay competitive.

38.     JetBlue has recognized that when Spirit has left routes, fares have gone up— which is exactly what would happen if this acquisition proceeds. For example, in 2020, when Spirit stopped flying between Boston and Fort Myers, JetBlue increased its fares. As one JetBlue manager explained, "I don't think we should be selling the [Spirit] fare if [Spirit] is not serving the market." JetBlue's Director of Revenue Management at the time agreed. And in 2022, JetBlue concluded that when Spirit exits a route, fares increase by 30% on average.

39.     Spirit similarly views JetBlue as a close competitor. In 2019, after JetBlue initiated a sale across hundreds of routes in its network, Spirit responded by lowering its fares for multiple routes where the two carriers competed head-to-head. In another instance, when JetBlue started offering discounted sale fares in August 2019, Spirit responded by matching JetBlue's fares for vacationers on 30 domestic routes where the two airlines competed directly. When Spirit was planning to start service on the Orlando-Ponce route in February 2022, the airline initially contemplated offering $99 fares but lowered its initial fares to $79 due to competition from JetBlue.

lower prices for travelers across all airlines when Spirit enters a new market, is particularly beneficial to travelers purchasing the lowest fares who can now afford to travel when they could not before.

59.     These same cost-conscious customers, however, would face increased prices and reduced travel options as a result of the lost competition between JetBlue and Spirit. Some of these customers would no longer be able to afford their airline tickets and would forgo using air travel for that trip altogether. Other travelers who may have a slightly higher ability and willingness to pay for a trip may still travel, but they would have to pay more, and they would lose an option that millions of Americans have chosen to meet their travel needs.

60.     Harm to these cost-conscious travelers would also occur on routes where Spirit competes against other carriers and JetBlue is absent today. JetBlue has been consistent about its plans for the combined company; it plans to retrofit existing Spirit aircraft to match JetBlue configurations, thereby eliminating 10 to 15% of the capacity—approximately 20 to 28 seats— from each plane. Further, in justifying the deal internally and to the company's lenders, JetBlue predicted that it would reap 24% more revenues per seat than Spirit earns today, on the assumption that "customers see value of [the] better product and experience[,] and are glad to adjust." Left unsaid is that if they want to keep flying, the customers who previously preferred Spirit's lower-priced, no-frills service would have little choice but to "adjust" to these higher prices. It is these flyers who pay their own way who are particularly vulnerable if forced to "adjust" to JetBlue's new higher prices; some would no longer be able to afford to travel at all.

## V.     RELEVANT MARKETS FOR ANALYZING JETBLUE'S PROPOSED ACQUISITION OF SPIRIT

61.     Courts define relevant product and geographic markets to help determine which lines of commerce and which areas of the country may be harmed by a merger. In this case,

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


           /s/ Edward W. Duffy
           EDWARD W. DUFFY
           Senior Trial Counsel


Dated:  March 31, 2023

# EXHIBIT B



# Frontier Airlines CEO: JetBlue buying Spirit could lead to 40% ticket price inflation



**Brian Sozzi**
·Executive Editor
July 28, 2022·3 min read
617

1:39

6:19

Frontier CEO on Spirit terminating deal: 'I'm disappointed for their shareholders'
So we expect to be able to offer low fares for consumers

Frontier Airlines CEO Barry Biffle issued a stern warning to travelers that use Spirit Airlines: Beware of soaring ticket prices should regulators approve the airline's merger with JetBlue.

"If you are a Spirit customer, you will see the biggest inflation you have ever seen," Biffle told Yahoo Finance Live (video above). "You're going to see fares jump up over 40%. It's going to be hundreds of dollars per family. And so that's why I think it's a challenge for their consumers. There are going to be millions of people that get priced out."

Said a Jetblue spokesperson to Yahoo Finance, "Customers will continue to benefit from JetBlue's unique combination of low fares and award-winning service. Importantly, our presence on new routes is proven to bring

# EXHIBIT C

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-Q

(Mark One)

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2023

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

For the transition period from             to

Commission File Number: 001-35186

# SPIRIT AIRLINES, INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 38-1747023 |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| 2800 Executive Way    Miramar    Florida | 33025 |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(954) 447-7920**

**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of exchange on which registered | Trading Symbol |
|---|---|---|
| Common Stock, $0.0001 par value | New York Stock Exchange | SAVE |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| (Do not check if a smaller reporting company) | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Indicate the number of shares outstanding of each of the registrant's classes of common stock as of the close of business on July 27, 2023:

| Class | Number of Shares |
|---|---|
| Common Stock, $0.0001 par value | 109,160,967 |

1

**Table of Contents**

**INDEX**

|  |  |  | Page No. |
|---|---|---|---|
| Part I. Financial Information |  |  |  |
|  | Item 1. | Condensed Consolidated Financial Statements (unaudited) | 1 |
|  |  | Condensed Consolidated Statements of Operations - Three and Six Months Ended June 30, 2023 and 2022 | 1 |
|  |  | Condensed Consolidated Statements of Comprehensive Income (Loss) - Three and Six Months Ended June 30, 2023 and 2022 | 2 |
|  |  | Condensed Consolidated Balance Sheets – June 30, 2023 and December 31, 2022 | 3 |
|  |  | Condensed Consolidated Statements of Cash Flows – Six Months Ended June 30, 2023 and 2022 | 4 |
|  |  | Condensed Consolidated Statements of Shareholders' Equity - Three and Six Months Ended June 30, 2023 and 2022 | 6 |
|  |  | Notes to Condensed Consolidated Financial Statements | 7 |
|  | Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 23 |
|  |  | Glossary of Airline Terms | 38 |
|  | Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 40 |
|  | Item 4. | Controls and Procedures | 41 |
| Part II. Other Information |  |  |  |
|  | Item 1. | Legal Proceedings | 42 |
|  | Item 1A. | Risk Factors | 43 |
|  | Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 44 |
|  | Item 3. | Defaults Upon Senior Securities | 44 |
|  | Item 4. | Mine Safety Disclosures | 44 |
|  | Item 5. | Other Information | 45 |
|  | Item 6. | Exhibits | 46 |
| Signature |  |  | 47 |

2

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| | | (in thousands) | | |
| **Finance lease cost** | | | | |
| Amortization of leased assets | $ 102 | $ 188 | $ 261 | $ 375 |
| Interest of lease liabilities | 8 | 16 | 18 | 34 |
| **Operating lease cost** | | | | |
| Operating lease cost (1) | 91,146 | 65,430 | 175,361 | 128,681 |
| Short-term lease cost (1) | 11,464 | 9,551 | 22,369 | 19,808 |
| Variable lease cost (1) | 54,246 | 50,128 | 106,901 | 98,723 |
| **Total lease cost** | $ 156,966 | $ 125,313 | $ 304,910 | $ 247,621 |

(1) Expenses are classified within aircraft rent and landing fees and other rents on the Company's condensed consolidated statements of operations.

The table below presents lease terms and discount rates related to the Company's finance and operating leases:

| | June 30, 2023 | June 30, 2022 |
|---|---|---|
| **Weighted-average remaining lease term** | | |
| Operating leases | 15.0 years | 14.1 years |
| Finance leases | 2.5 years | 2.2 years |
| **Weighted-average discount rate** | | |
| Operating leases | 6.50 % | 5.80 % |
| Finance leases | 4.38 % | 4.60 % |

## 10. Commitments and Contingencies

### Aircraft-Related Commitments and Financing Arrangements

The Company's contractual purchase commitments consist primarily of aircraft and engine acquisitions through manufacturers and aircraft leasing companies. As of June 30, 2023, the Company's total firm aircraft orders consisted of 104 A320 family aircraft with Airbus, including A319neos, A320neos and A321neos, with deliveries expected through 2027. Out of these 104 aircraft, the Company has 6 aircraft scheduled for delivery in the remainder of 2023 and 18 aircraft scheduled for delivery in 2024. As of June 30, 2023, the number of aircraft expected for delivery in 2024 was higher than expected due to delivery delays from Airbus over the last 18 months resulting in aircraft originally scheduled for delivery in 2022 through 2024 being delayed primarily into 2023 through 2025. In late July 2023, the Company signed an amendment to the A320NEO Family Purchase Agreement to stagger the delivery of ordered aircraft over the next six years more evenly. With this amendment, the Company postponed a number of aircraft deliveries into 2025 through 2029, converted all 31 A319neo aircraft originally ordered into A321neo aircraft, and changed the timing of the Company's option aircraft delivery dates (2026 through 2028) by one year (2027 through 2029). However, the quantity of firm aircraft remains unchanged. As of June 30, 2023, the Company had secured financing for 13 aircraft scheduled for delivery from Airbus through 2024, which will be financed through sale leaseback transactions. As of June 30, 2023, the Company did not have financing commitments in place for the remaining 91 Airbus aircraft on firm order through 2027. However, the Company has a financing letter of agreement with Airbus which provides backstop financing for a majority of the aircraft included in the A320 NEO Family Purchase Agreement signed in the fourth quarter of 2019. The agreement provides a standby credit facility in the form of senior secured mortgage debt financing. The contractual purchase amounts for all aircraft orders from Airbus are included within the purchase commitments below. In addition, rent commitments related to aircraft that will be financed through sale leaseback transactions are included within the aircraft rent commitments below.

During the third quarter of 2021, the Company entered into an Engine Purchase Support Agreement which requires the Company to purchase a certain number of spare engines in order to maintain a contractual ratio of spare engines to aircraft in the fleet. As of June 30, 2023, the Company is committed to purchase 16 PW1100G-JM spare engines, with deliveries through 2027.

As of June 30, 2023, purchase commitments for the Company's aircraft and engine orders, including estimated amounts for contractual price escalations and pre-delivery payments, were expected to be $357.7 million for the remainder of 2023,

14

$1,202.3 million in 2024, $1,432.8 million in 2025, $1,424.4 million in 2026, $884.1 million in 2027, and none in 2028 and beyond.

During the third quarter of 2019, the United States announced its decision to levy tariffs on certain imports from the European Union, including commercial aircraft and related parts. These tariffs include aircraft and other parts that the Company is already contractually obligated to purchase including those reflected above. In June 2021, the United States Trade Representative announced that the United States and European Union had agreed to suspend reciprocal tariffs on large civilian aircraft for five years, pending discussions to resolve their trade dispute.

In addition to the aircraft purchase agreement, as of June 30, 2023, the Company had agreements in place for 29 A321neos to be financed through direct leases with third-party lessors with deliveries scheduled from the remainder of 2023 through 2025. As of June 30, 2023, aircraft rent commitments for future aircraft deliveries to be financed under direct leases from third-party lessors and sale leaseback transactions were expected to be approximately $19.5 million for the remainder of 2023, $133.8 million in 2024, $186.5 million in 2025, $189.0 million in 2026, $189.0 million in 2027, and $1,549.7 million in 2028 and beyond.

Interest commitments related to the secured debt financing of 73 delivered aircraft as of June 30, 2023 were $29.6 million for the remainder of 2023, $53.3 million in 2024, $45.8 million in 2025, $38.3 million in 2026, $30.1 million in 2027, and $60.2 million in 2028 and beyond. As of June 30, 2023, interest commitments related to the Company's 8.00% senior secured notes, convertible debt financing, unsecured term loans and revolving credit facility were $48.2 million for the remainder of 2023, $96.4 million in 2024, $89.4 million in 2025, $5.9 million in 2026, $3.4 million in 2027, and $10.5 million in 2028 and beyond. For principal commitments related to the Company's debt financing, refer to Note 12, Debt and Other Obligations.

The Company is contractually obligated to pay the following minimum guaranteed payments for its reservation system, construction commitments related to its new headquarters campus and residential building and other miscellaneous subscriptions and services as of June 30, 2023: $53.1 million for the remainder of 2023, $21.5 million in 2024, $19.7 million in 2025, $16.9 million in 2026, $16.9 million in 2027, and $1.5 million in 2028 and thereafter. During the first quarter of 2018, the Company entered into a contract renewal with its reservation system provider which expires in 2028.

*Litigation and Assessments*

The Company is subject to commercial litigation claims and to administrative and regulatory proceedings and reviews that may be asserted or maintained from time to time. The Company believes the ultimate outcome of such lawsuits, proceedings and reviews will not, individually or in the aggregate, have a material adverse effect on its financial position, liquidity or results of operations. In making a determination regarding accruals, using available information, the Company evaluates the likelihood of an unfavorable outcome in legal or regulatory proceedings and assessments to which the Company is a party and records a loss contingency when it is probable a liability has been incurred and the amount of the loss can be reasonably estimated. These subjective determinations are based on the status of such legal or regulatory proceedings, the merits of the Company's defenses, and consultation with legal counsel. Actual outcomes of these legal and regulatory proceedings may materially differ from the Company's current estimates. It is possible that resolution of one or more of the legal matters currently pending or threatened could result in losses material to the Company's condensed consolidated results of operations, liquidity, or financial condition.

In 2017, the Company was sued in the Eastern District of New York in a purported class action, *Cox, et al. v. Spirit Airlines, Inc*., alleging state-law claims of breach of contract, unjust enrichment and fraud relating to the Company's practice of charging fees for ancillary products and services. The original action was dismissed by the District Court; however, following the plaintiff's appeal to the Second Circuit, the case was remanded to the District Court for further review on the breach of contract claim. A hearing on the Company's Motion for Summary Judgment and plaintiff's Motion for Class Certification was held on December 10, 2021. The Court granted the plaintiff's class certification motion and denied Spirit's summary judgment motion on March 29, 2022. The Company subsequently filed a motion for reconsideration on April 26, 2022, and an oral argument was held on May 19, 2022. The Court denied Spirit's motion for reconsideration on February 14, 2023. On April 3, 2023, Spirit moved to compel arbitration of and/or dismiss certain class members' claims for lack of personal jurisdiction. Trial was set to begin on January 16, 2024. In June 2023, the Company reached a tentative settlement in mediation for a maximum amount of $8.3 million. The total amount paid will depend on a number of factors, including participation of class members and any conditions on the settlement approved by the Court. Currently, the Company's best estimate of the probable loss associated with the settlement is $6.0 million, and the Company has recorded this amount in other operating expenses within its condensed consolidated statements of operations.

15

In addition to the aircraft purchase agreement, as of June 30, 2023, we had secured 29 direct leases for aircraft with third-party lessors, with deliveries in the remainder of 2023 through 2025. Aircraft rent commitments for future aircraft deliveries to be financed under direct leases from third-party lessors and sale leaseback transactions are expected to be approximately $19.5 million for the remainder of 2023, $133.8 million in 2024, $186.5 million in 2025, $189.0 million in 2026, $189.0 million in 2027, and $1,549.7 million in 2028 and beyond.

We have significant obligations for aircraft and spare engines as 99 of our 198 aircraft and 6 of our 33 spare engines are financed under operating leases. These leases expire between 2024 and 2041. Aircraft rent payments were $93.5 million and $68.0 million for the three months ended June 30, 2023 and June 30, 2022, respectively. Aircraft rent payments were $180.5 million and $132.9 million for the six months ended June 30, 2023 and June 30, 2022, respectively.

Our fixed-rate operating leases with terms greater than 12 months are included within operating lease right-of-use assets with the corresponding liabilities included within current maturities of operating leases and operating leases, less current maturities on our condensed consolidated balance sheets. Leases with a term of 12 months or less and variable-rate leases are not recorded on our condensed consolidated balance sheets. Please see "Notes to Condensed Consolidated Financial Statements—9. Leases" for further discussion on our leases.

We have contractual obligations and commitments primarily with regard to future purchases of aircraft and engines, payments of debt, and lease arrangements. The following table discloses aggregate information about our contractual obligations as of June 30, 2023 and the periods in which payments are due (in millions):

|  | Remainder of 2023 | 2024 - 2025 | 2026 - 2027 | 2028 and beyond | Total |
|---|---|---|---|---|---|
| Long-term debt (1) | $ 95 | $ 1,546 | $ 928 | $ 831 | $ 3,400 |
| Interest and fee commitments (2) | 78 | 285 | 78 | 70 | 511 |
| Finance and operating lease obligations | 195 | 737 | 651 | 3,190 | 4,773 |
| Flight equipment purchase obligations (3) | 358 | 2,635 | 2,309 | — | 5,302 |
| Other (4) | 53 | 41 | 34 | 2 | 130 |
| Total future payments on contractual obligations | $ 779 | $ 5,244 | $ 4,000 | $ 4,093 | $ 14,116 |

(1) Includes principal only associated with our 8.00% senior secured notes, senior term loans, fixed-rate loans, unsecured term loans, Class A, Class B, and Class C Series 2015-1 EETCs, Class AA, Class A, Class B, and Class C Series 2017-1 EETCs and convertible notes. Refer to "Notes to Condensed Consolidated Financial Statements—12. Debt and Other Obligations."

(2) Related to our 8.00% senior secured notes, senior term loans, fixed-rate loans, unsecured term loans, Class A, Class B, and Class C Series 2015-1 EETCs, Class AA, Class A, Class B, and Class C Series 2017-1 EETCs and convertible notes. Includes interest accrued as of June 30, 2023 related to our variable-rate revolving credit facility.

(3) Includes estimated amounts for contractual price escalations and PDPs.

(4) Primarily related to our reservation system, construction commitments related to our new headquarters campus and residential building and other miscellaneous subscriptions and services. Refer to "Notes to Condensed Consolidated Financial Statements—10. Commitments and Contingencies."

During the fourth quarter of 2019, we purchased an 8.5-acre parcel of land for $41.0 million and entered into a 99-year lease agreement for the lease of a 2.6-acre parcel of land, in Dania Beach, Florida, where we are building a new headquarters campus and a 200-unit residential building. During the first quarter of 2022, we began building our new headquarters campus and a 200-unit residential building with the project having an expected completion during the first quarter 2024. Operating lease commitments related to this lease are included in the table above under the caption "Finance and operating lease obligations." For more detailed information, please refer to "Notes to Condensed Consolidated Financial Statements—9. Leases." Commitments related to the construction of the headquarters campus and the 200-unit residential building are included in the table above under the caption "Other."

## Off-Balance Sheet Arrangements

As of June 30, 2023, we had lines of credit related to corporate credit cards of $20.1 million, from which we had drawn $1.5 million.

36

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

SPIRIT AIRLINES, INC.

August 2, 2023                                        By:        /s/ Scott M. Haralson
                                                                        Scott M. Haralson
                                                              Executive Vice President and
                                                                   Chief Financial Officer

47

# EXHIBIT D

AIRLINE PILOT CENTRAL



(/)

Like 15          Tweet                                                                                    **Have an Update?**



# Spirit Airlines

Ft. Lauderdale, FL

---

## QUICKTAKE

On July 27, 2022, Spirit and Frontier mutually terminated their planned merger. ==On July 28, 2022, Spirit and jetBlue Airways entered into a== ==definitive merger agreement, valued at $3.8B, in which the two airlines will merge, with the jetBlue brand and product surviving. If the deal== ==is approved, Spirit's ULCC model will be abandoned and all Spirit planes will be repainted and refitted with jetBlue interiors.==

==Total estimated combined fleet count by 2026: 493 aircraft==

==Total estimated Spirit fleet count by 2027: 293 aircraft==

In March 2022, Spirit announced the ATL and MIA

bases addition, effective June 2022. MIA is a co-base with FLL. In July 2022, Spirit announced the addition of an IAH base effective October 2022.

New headquarters and advanced training center construction began in Dania Beach, a suburb of Fort Lauderdale

==Spirit Airlines announced in October 2019 it will place a firm order for 100 A320neo-family jets==

==It plans to take a mix of A319neos, A320neos, and A321neos, with deliveries between 2022 and 2027.==

==The airline will also have options for another 50 aircraft.==

Aircraft configurations: A319 145 seats; A320 FLEX Galley 182 seats; A321 FLEX Galley 228 seats, WiFi installation nearly complete on fleet

Spirit is the #2 most fuel efficient airline in the United States according to The International Council on Clean Transportation

Spirit has the lowest CASM for A320 aircraft in the USA

Average fleet age of aircraft is approximately 6 years

IATA code: NK; ICAO code: NKS * ATC callsign: "Spirit Wings"

## PER DIEM

$2.33

## RETIREMENT

**401K:**

15% defined contribution; Pilot may contribute additional to either Traditional or Roth side of 401K Funds in 401K may may be moved to a PCRA Account to invest in individual stocks or investments.

**401K Matching:** Yes

**A/B Fund:**

None

Airline Profiles (/airlines) | Forum (https://www.airlinepilotforums.com) | About (/about_us) | Advertise (https://www.airlinepilotforums.com/advertising/) | Contact | Privacy Policy (https://www.internetbrands.com/privacy/privacy-main.html) | IB Cookie Policy (http://www.internetbrands.com/privacy/cookie-policy.html) | Do Not Sell or Share My Personal Information (https://mynt-test-privacy.my.onetrust.com/webform/ebe19500-bc8d-487f-9d89-98fde8b270e2/6345c7af-b8c5-4ee6-a6f7-9418a3fe079b) | Terms of Use (http://www.internetbrands.com/ib/terms/employment-database?site=www.airlinepilotcentral.com) | Site Map (/sitemap.xml)

Manage Preferences

Copyright © 2005-2023 MH Sub I, LLC dba Internet Brands.
All rights reserved.