**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**DECLARATION OF S. GREGORY HERRMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS OR, IN THE ALTERNATIVE, ORDER TO SHOW CAUSE**

I, S. Gregory Herrman, declare as follows:

1.      I am counsel with Larson LLP, attorneys of record for Plaintiffs.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Sanctions Or, In The Alternative, Order To Show Cause Regarding Plaintiffs' Repeated Violations Of Court Orders And Local Rules. If called to testify in this action, I could and would testify competently to all matters contained in this declaration based upon my own personal knowledge.

**Plaintiffs' Summary Judgment Motion**

2.      I placed telephone calls to Elizabeth Wright, counsel of record for JetBlue, at 1:10PM ET and 3:20PM ET on August 1, 2023, to discuss information marked as confidential by Defendants in Plaintiffs' Summary Judgment Motion and accompanying Statement of

1

Undisputed Facts and exhibits. During those calls, I explained to Ms. Wright that Plaintiffs could not file redacted copies of their papers because the papers were replete with confidential information.  Ms. Wright stated that she did not oppose Plaintiffs' motion to seal the entirety of their filings, and stated that she would consider the filings to be timely if they were served on Defendants by 6pm ET.  Ms. Wright further stated that Defendants would work with Plaintiffs to resolve any issues with the motion to seal.

3.      Shortly after the second call, at 3:40PM ET on August 1, 2022, I sent Ms. Wright an email confirming our telephone discussions.  Ex. 1 at 2-3.  Ms. Wright responded and confirmed that Defendants did not oppose Plaintiffs' motion to seal. Ex. 1 at 1.

**Motion to Impound Portions of Plaintiffs' Opposition to Defendants' Summary Judgment Motion**

4.      On August 10, 2023, twelve days before the deadline to file Plaintiffs' Opposition to Defendants' Summary Judgment Motion ("Opposition"), I was CC'd on an email from my co-counsel Joseph Alioto Jr. to Ms. Wright asking Ms. Wright if Defendants would assent to a motion to impound the facts outlined in pages 28-37 of Plaintiffs' Summary Judgment Motion (which was served but not filed) that was attached to the email.  Ex. 2 at 15-16.  The referenced pages 28-37 of Plaintiffs' Summary Judgment Motion included citations to evidence and facts related to antitrust injury.  *See* Ex. 8, which includes pages 28-38 of Plaintiffs' Summary Judgment Motion and shows the citations to evidence and facts (with all substance redacted). Ms. Wright responded on August 11, 2023, assenting to impoundment, but not providing the required bases for impoundment.  Ex. 2 at 14-15.  Instead, Ms. Wright asked for "every Bates number and deposition transcript citation that you intend to rely on, and then we can write up an explanation for each one as to why impoundment is needed, or tell you which exhibits may be filed publicly."  *Id.*

5.      On August 17, 2023, having not received any response from Defendants' regarding the bases for impounding any of the information on pages 28-37, I sent Ms. Wright a list of the citations on pages 28-37.  Ex. 2 at 13-14.  I followed up later on August 17 and Ms. Wright responded that Defendants would provide the requested information the next day -- August 18.  Ex. 2 at 11-12.

6.      At 12:53PM ET on August 18, I sent Ms. Wright an email noting a few minor changes to the citations list.  Ex. 2 at 10-11.  When I sent this email Defendants still had not provided the requested information regarding impoundment.  During a telephone conversation later that afternoon, Ms. Wright told me that Defendants expected to provide the requested impoundment information by the end of the day on August 18.

7.      On Sunday, August 20, having heard nothing from Defendants regarding the required impoundment information, I followed up with Ms. Wright.  Ex. 2 at 9-10.  On Monday, August 21, the day before Plaintiffs' opposition was due, Defendants finally provided bases for impounding the information on pages 28-37.  Ex. 2 at 8-9.  Defendants, however, did not also indicate if the documents needed to be impounded until further order of the court (or good cause for same).  As such, I called Ms. Wright to discuss this issue with her, and she agreed to send an email with this information, which I received at 12:01PM ET.  Ex. 2 at 8.

8.      As Plaintiffs were still finalizing their Opposition and Statement of Facts, between 2pm and 3pm ET on August 21 I wrote emails to Ms. Wright asking whether two additional documents (3 pages total) and two additional deposition transcript citations (5 pages total) required impoundment.  Ex. 2 at 6-7.  Defendants' response, however, was insufficient, requiring substantial follow up.

9.      For example, Defendants' response did not mention two of the citations we asked

about, including pages 156-159 of a deposition transcript.  After I sent a follow up email raising

this issue (Ex. 2 at 4-6), Defendants stated that those two documents did not contain any

confidential information (Ex. 2 at 4).  Defendants, however had previously indicated that a

subset of pages 156-159 contained confidential information, which was inconsistent with their

current response.  *See* Ex. 2 at 3.

10.     In addition, Defendants' response referred to different documents than those we

asked about.  For example, my email clearly asked about the transcript for "private plaintiffs"

deposition of JetBlue witness Mr. Clark.  Ex. 2 at 14.  Defendants' response, however, referred

to the transcript of ***DOJ's*** deposition for this witness.  *See* Ex. 2 at 2-3.  Similarly, my email

asked about pages 1 and 4 of Exhibit 4 to the "CID" deposition of Mr. Friedman (Ex. 2 at 14),

but Defendants' response referred to Exhibit 4 of Mr. Friedman's 30(b)(6) CID deposition (*see*

Ex. 2 at 2-3), which is a spreadsheet and does not have a page 4.

11.     I sent emails to Plaintiffs on the morning of April 22, 2023, identifying each of

these inconsistencies.  Ex. 2 at 2-3.  Defendants' thanked me for flagging these issues, and

provided corrected information about the exhibits.  Ex. 2 at 2.

12.     At 12:15 PM ET on August 22, 2023, I sent an email to Defendants asking about

3 additional deposition transcript pages, and Defendants responded before 1pm ET.  Ex. 2 at 1.

Shortly thereafter, at 12:52pm ET, I asked about four additional pages (from three different

documents).  Ex. 3 at 5.  After a partial response from one Defendant and two follow up emails

(Ex. 3 at 3-5), Defendants' finally responded regarding all four pages at 4:48PM ET (Ex. 3 at 2-

3).  Defendants, however, did not indicate whether and why the documents should be impounded

until further order of the court as required by Local Rule 7.2, which required that I send another

follow up email at 4:56PM ET. Ex. 3 at 1. Defendants' finally provided this information at

5:33pm ET.  Ex. 3 at 1.

**Plaintiffs' Response to Redaction Issues**

13.     On Wednesday, August 23, 2023 at 3:04PM ET, I was CC'd on an email from Ms. Wright that she sent to Jennifer Gaudet and Matthew Paine, clerks of the Court. Ex. 4 at 1-2. The email asked Ms. Gaudet and Mr. Paine to pull the filing so that it was not accessible. *Id.*

14.     Immediately after reading Ms. Wright's email, at 3:12PM ET, I forwarded the email to members of Plaintiffs' team who were not included on Ms. Wright's email, but were involved in the filing of the Opposition. Ex. 6 at 3.  The first time I learned of the issues with the redactions was sometime between 3:04PM ET and 3:12PM ET.  I also immediately began investigating the redaction issue, and over the next hour maintained regular correspondence with my team members regarding our respective investigations.  Ex. 6 at 1; Ex. 7 at 1-2.

15.     About 20 minutes after learning of the redaction issues, and in the middle of our investigation, I was CC'd on a second email at 3:35PM ET from Ms. Wright to Ms. Gaudet, stating that Plaintiffs' Statement of Facts had a similar redaction issue, and similarly asking that the document be made inaccessible.  Ex. 4 at 1.

16.     At 4:10 PM ET, I received an email from Ms. Wright directed to Joseph Alioto Jr., Robert Ruyak and myself, and asking what Plaintiffs were doing to remedy the redaction issue. This is the first communication I received from Defendants directed to Plaintiffs.  Four minutes later I was CC'd on a response from my co-counsel telling Ms. Wright:  "We immediately attempted to pull the filing, which can only be done by contacting the clerk. We have called and emailed. We will continue calling to try and get ahold of someone."  Ex. 5 at 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of September, 2023, at Washington, D.C.

/s/ S. Gregory Herrman
S. Gregory Herrman

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on September 11, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Joseph M. Alioto Jr.__
Joseph M. Alioto Jr.

Exhibit 1

**Greg Herrman**

| | |
|---|---|
| **From:** | Wright, Elizabeth <ewright@cooley.com> |
| **Sent:** | Tuesday, August 1, 2023 4:02 PM |
| **To:** | Greg Herrman; Joseph M. Alioto Jr. (joseph@aliotolegal.com); Robert F. Ruyak |
| **Cc:** | Glass, Ethan; Bansal, Dee; Nguyen, Matt K; Sisko, Zach; Dearborn, Meredith |
| **Subject:** | RE: Garavanian/JetBlue - Summary Judgment |

Greg,

Defendants oppose Plaintiffs' motion for summary judgment.

We do not oppose you moving to impound confidential materials. But Plaintiffs have not followed Local Rule 7.2 regarding motions to impound confidential materials, and we are in this position because of Plaintiffs' failure to follow the Local Rule.  As I said on the phone, if the confidential versions of the SJ motion, brief, statement of facts, and exhibits are served by 6pm ET, defendants will not object to them as untimely.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 1, 2023 3:40 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>
**Subject:** RE: Garavanian/JetBlue - Summary Judgment

**[External]**

---

Liz,

Thanks for speaking with me regarding the under seal filings.  Please confirm ASAP that JetBlue and Spirit do not oppose our motion to file under seal (1) our summary judgment motion in its entirety, (2) our statement of material facts in its entirety and (3) any confidential exhibits.  As discussed the reason for the under seal filing is that the documents contain information marked confidential under the protective order by Plaintiffs, Defendants and third parties.  As discussed, our motion will also state (1) that plaintiffs will file the documents under seal within 24 hours of the order being granted and (2) defendants agree that plaintiffs filing is timely as long as it is served on defendants by 6pm ET.

In addition, Plaintiffs plan to move for summary judgment based on the lack of genuine issue of material fact as to each of the following issues:

1. The merger is presumptively unlawful
2. The relevant market is scheduled air passenger service
3. The relevant geographic markets are O&D pairs where actual or potential competition is impacted as a result of Spirit's elimination
4. There has been a trend toward concentration in the airline industry
5. Direct evidence of anticompetitive effects of the merger in form of increased prices and reduced output.
6. The merger will result in unlawfully high concentration in the relevant markets
7. The merger will facilitate collusion among remaining market participants
8. Defendants are legally estopped from rebutting the prima facie case with evidence the merger may increase competition against the Big Four or bring the JetBlue Effect in outside markets.
9. The efficiencies defense is unavailable as a matter of law.
10. Even if it were available, the purported efficiencies do not meet the legal standards of cognizable efficiencies
11. The proposed divestitures do not meet the legal standards of legally cognizable merger remedies
12. Plaintiffs are threatened with loss or harm resulting from defendants' violation of the antitrust laws.

Please confirm that JetBlue and Spirit do not assent to this motion.

Let me know if you have any questions.  Thanks!


**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Monday, July 31, 2023 10:21 PM
**To:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Greg Herrman <gherrman@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>
**Subject:** Garavanian/JetBlue - Summary Judgment

Joe, Bob, Greg,

Per the schedule set forth in the Case Management Order, Defendants intend to file a summary judgment motion tomorrow on the grounds that Plaintiffs do not have standing and cannot show irreparable harm. We assume you will not assent to this motion, but if I'm wrong about that, we are happy to discuss tomorrow morning.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Exhibit 2

| From: | Grace Song |
|---|---|
| To: | Greg Herrman; Elizabeth Wright; Joseph Alioto |
| Cc: | Robert F. Ruyak; Dee Bansal; Zach Hafer; Meredith Dearborn; Matt K. Nguyen; ygaffney@paulweiss.com; Cole Rabinowitz; Leila Siddiky |
| Subject: | RE: Opp. To Summary Judgment |
| Date: | Tuesday, August 22, 2023 12:51:02 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | JetBlue - Impoundment Appendix 8.21.23_Rev_3.docx |

Please see attached further revised appendix.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337  |  M +1.917.379.8556
Grace.Song@shearman.com  |  shearman.com



**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 12:15 PM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Grace, thanks for the quick response.

We want to add pages 153, 160 and 161 of Friedman's 6-22-23 30(b)(6) deposition. Please let us know if each of these pages should be impounded. As a reminder, you previously stated that pages 154-159 should be impounded. Thanks.

**Greg Herrman**
Counsel

**P** 202.870.5773

**F** 213.623.2000
[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)
900 17th Street NW, Suite 320
Washington, DC 20006

[larsonllp.com](http://larsonllp.com)

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Grace Song <[Grace.Song@Shearman.com](mailto:Grace.Song@Shearman.com)>
**Sent:** Tuesday, August 22, 2023 11:26 AM
**To:** Greg Herrman <[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)>; Elizabeth Wright <[ewright@cooley.com](mailto:ewright@cooley.com)>; Joseph Alioto <[joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)>
**Cc:** Robert F. Ruyak <[rruyak@larsonllp.com](mailto:rruyak@larsonllp.com)>; Dee Bansal <[dbansal@cooley.com](mailto:dbansal@cooley.com)>; Zach Hafer <[zhafer@cooley.com](mailto:zhafer@cooley.com)>; Meredith Dearborn <[mdearborn@paulweiss.com](mailto:mdearborn@paulweiss.com)>; Matt K. Nguyen <[mnguyen@cooley.com](mailto:mnguyen@cooley.com)>; [ygaffney@paulweiss.com](mailto:ygaffney@paulweiss.com); Cole Rabinowitz <[crabinowitz@paulweiss.com](mailto:crabinowitz@paulweiss.com)>; Leila Siddiky <[Leila.Siddiky@Shearman.com](mailto:Leila.Siddiky@Shearman.com)>
**Subject:** RE: Opp. To Summary Judgment

Thanks for flagging.  Attached in track are our changes to the appendix.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337  |  M +1.917.379.8556
[Grace.Song@shearman.com](mailto:Grace.Song@shearman.com)  |  [shearman.com](http://shearman.com)



**From:** Greg Herrman <[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)>
**Sent:** Tuesday, August 22, 2023 10:46 AM
**To:** Grace Song <[Grace.Song@Shearman.com](mailto:Grace.Song@Shearman.com)>; Elizabeth Wright <[ewright@cooley.com](mailto:ewright@cooley.com)>; Joseph Alioto <[joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)>
**Cc:** Robert F. Ruyak <[rruyak@larsonllp.com](mailto:rruyak@larsonllp.com)>; Dee Bansal <[dbansal@cooley.com](mailto:dbansal@cooley.com)>; Zach Hafer <[zhafer@cooley.com](mailto:zhafer@cooley.com)>; Meredith Dearborn <[mdearborn@paulweiss.com](mailto:mdearborn@paulweiss.com)>; Matt K. Nguyen <[mnguyen@cooley.com](mailto:mnguyen@cooley.com)>; [ygaffney@paulweiss.com](mailto:ygaffney@paulweiss.com); Cole Rabinowitz <[crabinowitz@paulweiss.com](mailto:crabinowitz@paulweiss.com)>; Leila Siddiky <[Leila.Siddiky@Shearman.com](mailto:Leila.Siddiky@Shearman.com)>
**Subject:** RE: Opp. To Summary Judgment

**Importance:** High

Also, your table references Eric Friedman **30(b)(6)** CID Ex. 4 (JBLU-DOJ-10840850), but we asked about Friedman CID Ex. 4 at 1, 4 (attached).  Please advise asap.

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 9:53 AM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

Grace/Liz,

You mention that you are not seeking to impound "Friedman 6-22-23 30(b)(6) at 156-159," one of the two citations in my email below, but the chart you send provides rationale for need to impound a subset of this range (158:20-25).  Should we impound page 158, but not pages 156, 157 and 159?

Also, your table references Mr. Clark's 6-6-23 DOJ deposition transcript pages 42:1-6; 42:12-20, but we asked about Mr. Clark's 6-6-23 Private Plaintiffs deposition.

Please advise asap on both of these issues.

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

**LARSON**

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Grace Song <Grace.Song@Shearman.com>
**Sent:** Monday, August 21, 2023 9:22 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks, Greg.  We're not seeking to impound the two citations you specifically mention below.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337  |  M +1.917.379.8556
Grace.Song@shearman.com  |  shearman.com



**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Monday, August 21, 2023 8:10 PM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen

<mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz
<crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thank you Grace.  This does not appear to address the two additional citations I added below
(highlighted).  Thanks.

**Greg Herrman**
Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read,
distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Grace Song <Grace.Song@Shearman.com>
**Sent:** Monday, August 21, 2023 5:19 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Elizabeth Wright <ewright@cooley.com>; Joseph
Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer
<zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen
<mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz
<crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Greg—here's a further revised appendix accounting for these new docs; the changes are noted in
track.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337  |  M +1.917.379.8556
Grace.Song@shearman.com  |  shearman.com



**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Monday, August 21, 2023 2:55 PM
**To:** Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer
<zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen
<mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz
<crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>; Grace Song
<Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks Liz, please see two more additional citations below:

==Friedman 6-22-23 30(b)(6) at 156-159==
==JetBlue response to DOJ Request for Admission # 7, pages 1, 9 and 10 of the attached.==

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Monday, August 21, 2023 2:36 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach
<ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K
<mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A
<crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com; Grace Song
<Grace.Song@Shearman.com>

**Subject:** RE: Opp. To Summary Judgment

Thanks, Greg, we are pulling to review and come back to you quickly.

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Monday, August 21, 2023 2:11 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com; Grace Song <Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

---

[External]

---

Liz, we have identified an additional JetBlue confidential document (one page) and associated deposition testimony that we intend to include in our brief.  Please let us know if this information must be impounded and, if so, please provide the same type of information that you provided for the other documents.  We appreciate it if you could respond as soon as possible so that our motion to impound is not delayed.

Friedman 1-19-23 CID Ex.8 at 1
Friedman 1-19-23 CID at 210:3-211:24

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Monday, August 21, 2023 12:01 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com; Grace Song <Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Greg – thanks for talking just now. As discussed, we think there is good cause to request impoundment until further order of the court. The confidential material to be impounded includes current and forward-looking competitive and strategic information regarding JetBlue and the proposed merger. There are no upcoming deadlines or events that would require or support impoundment being lifted sooner.

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

**From:** Wright, Elizabeth
**Sent:** Monday, August 21, 2023 8:49 AM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com; Grace Song <Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Greg,

We received your list of exhibits and deposition testimony that you seek to use in opposing our

summary judgment on Thursday. We have not had these citations for more than a week. We have had them for two business days. Notwithstanding the short turnaround time, we have reviewed the testimony and documents in your list. Attached is a table that sets forth the JetBlue material that needs to be impounded and JetBlue's basis for impoundment.

The specific documents and testimony in your list from Messrs. Christie and Gardner do not need to be impounded. However, if Plaintiffs add any documents or testimony citations, Spirit will need to assess that new information for confidentiality purposes.

When we spoke on Friday, you and Bob floated the idea of including language in the motion that may give you leeway to add additional documents or testimony to your opposition. Please let us know as soon as possible if you are going to include such language, or if any of your supporting documents or testimony has changed so that JetBlue and Spirit can review the new material for potential impoundment.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Sunday, August 20, 2023 3:35 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com
**Subject:** RE: Opp. To Summary Judgment

**[External]**

Liz, we did not hear from you on Friday regarding the need to file these documents under seal.  As you know, Plaintiffs brief is due the day after tomorrow.  As I mentioned before, we provided these citations to you on August 10, which you do not dispute.  A week later, we simply and quickly pulled those citations from the page range we provided on Aug. 10 and put them into a list (and then made minor changes (highlighted in yellow below)).  Defendants have argued in the past that a motion to impound must be filed well in advance of any deadline, yet with only two days left Plaintiffs still have not explained what is confidential despite having the citations for more than a week.

Please get back to us by tomorrow morning.

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Friday, August 18, 2023 12:53 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com
**Subject:** RE: Opp. To Summary Judgment

Liz, please see below an added document and corrections to a couple depo transcript citations.

‑
**Documents**
Christie CID Ex. 18 at 1, 2, 3, 7, 8, 21
Christie LIT Ex. 18 at 1-3
Christie LIT ex. 27 at 1, 4
Christie Lit. Ex. 25 at 1, 3, 8 of 22
Clark CID Ex. 23 at 1
Friedman CID Ex. 4 at 1, 4
Friedman LIT 30(b)(6) Ex. 10 at 11(JB Response to DOJ Rog 1)
Gardner LIT Ex. 12 at 1, 3
Hayes CID Ex. 13 at 1, 4, 171
Klinka CID (30(b)(6)) Ex. 2 at 85

**Transcripts**
Christie 1-24-23 CID at 228:2-17; 294:2-297:18; 315:10-316:14; 366:9-367:5
Christie (LIT/DOJ) 221:11-24; 243:9-18; 290:3-11; 295:14-297:14; 301:11-14

Christie LIT (private plaintiffs) at 32:2-22
Christie 6-19-23 (LIT/DOJ) at 330:21-333:1; 336:19-25
Clark CID at 26:17-27:3; 312:22-313:12; 316:21-317:8; 319:12-15
Clark LIT (private plaintiffs) at 42:1-6; 42:12-20
Friedman CID (Jan. 19, 2023) at 210:24-211:5; 220:12-17; 224:14-21; 227:4-228:16
~~Friedman LIT at 154-155~~
Friedman LIT-30(b)(6) at 154-155, 158:20-25
Gardner (LIT) at 113:4-10
Gardner LIT (private plaintiffs) Dep. 47:24-48:2; 48:14-49:20
Hillyard LIT at 122; 203-212
Klinka LIT-30(b)(6) at 25:2-12


**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Thursday, August 17, 2023 11:57 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com
**Subject:** RE: Opp. To Summary Judgment

Greg,

We are working on getting back to you tomorrow regarding the documents and testimony that you identified for us this morning at 9:55AM, as the emails below show. Last Friday August 11, we asked you to identify the specific exhibits and testimony citations on which you intended to rely. You didn't respond with the list until this morning. Despite your delay, we are doing our best to get you concise explanations for why this evidence should remain confidential as quickly as we can so that you can

incorporate that into your motion to impound the material.

Liz

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Thursday, August 17, 2023 8:05 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

---

**[External]**

---

Liz, following up on my email below, please let us know by noon ET tomorrow.  We would like to get this motion to seal on file as soon as possible, and Defendants have had more than enough time to review the confidentiality of these few citations. Plaintiffs provided Defendants with this information a week ago, and only agreed to put the citations in the neat list below as a courtesy.  Defendants have in fact had these citations since Plaintiffs served their MSJ on Aug. 1 – more than two weeks ago.  If you have any questions, please let us know.

Greg

**Greg Herrman**
Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com



CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Thursday, August 17, 2023 9:57 AM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks, Greg. We will review and come back to you.

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Thursday, August 17, 2023 9:55 AM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

**[External]**

Hi Liz,

While we have not yet finalized our opposition, below is a list of the portions of documents that we intend to cite to and/or attach to our paper that may include defendants' confidential information. Plaintiffs will rely on this information to, for example, rebut Defendants position that there is not threat of harm to Plaintiffs.

Please let us know which of these pages must be impounded and why.

**<u>Documents</u>**
Christie CID Ex. 18 at 1, 2, 3, 7, 8, 21

Christie LIT Ex. 18 at 1-3
Christie LIT ex. 27 at 1, 4
Clark CID Ex. 23 at 1
Friedman CID Ex. 4 at 1, 4
Friedman LIT 30(b)(6) Ex. 10 at 11(JB Response to DOJ Rog 1)
Gardner LIT Ex. 12 at 1, 3
Hayes CID Ex. 13 at 1, 4, 171
Klinka CID (30(b)(6)) Ex. 2 at 85

**Transcripts**

Christie 1-24-23 CID at 228:2-17; 294:2-297:18; 315:10-316:14; 366:9-367:5
Christie (LIT/DOJ) 221:11-24; 243:9-18; 290:3-11; 295:14-297:14; 301:11-14
Christie LIT (private plaintiffs) at 32:2-22
Christie 6-19-23 (LIT/DOJ) at 330:21-333:1; 336:19-25
Clark CID at 26:17-27:3; 312:22-313:12; 316:21-317:8; 319:12-15
Clark LIT (private plaintiffs) at 42:1-6; 42:12-8
Friedman CID (Jan. 19, 2023) at 210:24-211:5; 220:12-17; 224:14-21; 227:4-228:16
Friedman LIT at 154-155
Friedman LIT-30(b)(6) at 158:20-25
Gardner (LIT) at 113:4-10
Gardner LIT (private plaintiffs) Dep. 47:24-48:2; 48:14-49:20
Hillyard LIT at 122; 203-212
Klinka LIT-30(b)(6) at 25:2-12

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Friday, August 11, 2023 11:08 PM
**To:** Joseph Alioto <joseph@aliotolegal.com>

**Cc:** Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

Joe,

Thanks for raising this. We of course want to protect Defendants' confidential information. You pointed to pages 28-37 of your overlong brief, but none of that appears relevant to our motion for summary judgment on the narrow grounds of Plaintiffs' standing and injury. Can you please articulate the relevance of this confidential information to the issues raised in our summary judgment motion?  Local Rule 56.1 is clear that the parties should only include concise statements of <u>material</u> facts.

We assent to you filing a motion to impound. Please provide us with every Bates number and deposition transcript citation that you intend to rely on, and then we can write up an explanation for each one as to why impoundment is needed, or tell you which exhibits may be filed publicly.  Please note that under the local rules, all exhibits must be excerpted so that only the relevant portions are submitted to the court. In other words, you may be able to avoid impoundment by excerpting documents and testimony in a tailored way.

Will your Opposition include information designated as confidential by Spirit or any third parties?

With respect to service of your Opposition, we will consider the Opposition timely served if emailed by 6pm ET on the due date, as long as the filing is otherwise in compliance with the local rules.

Liz

<span style="color:#c0392b">Elizabeth Wright</span>
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Joseph Alioto <joseph@aliotolegal.com>
**Sent:** Thursday, August 10, 2023 4:53 PM
**To:** Wright, Elizabeth <ewright@cooley.com>
**Cc:** Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>
**Subject:** Opp. To Summary Judgment

[External]

Liz,

We will be including facts in the opposition to JetBlue's summary judgment motion that JetBlue has designated as highly confidential. Do you want us to file a motion to impound the portions of the brief that address confidential material? Since JetBlue has designated this material, we cannot establish the bases for impounding it. At the very least, we will be citing to and discussing the facts outlined from pages 28 to 37 of the attached motion for SJ.

Kindly let me know by the end of the business day tomorrow August 11: (a) whether you assent to a motion to impound any portions of the Opposition that address material you have designated as confidential, (b) whether you will agree to establish the bases for that material's impoundment through affidavit or otherwise, and finally (c) please confirm you will consider the opposition timely if it is served on you by email on or before August 22 6:00pm ET, regardless of the status of any pending motion to impound.

Thanks,
Joe

**JOSEPH M. ALIOTO JR.**
*Attorney at Law*

**C**  (415) 377-8117
**O**  (415) 398-3800

**Alioto Legal**
100 Pine Street, Suite 1250
San Francisco, CA 94111



[aliotolegal.com](aliotolegal.com)



**From:** Greg Herrman <[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)>
**Date:** Tuesday, August 1, 2023 at 3:26 PM
**To:** Wright, Elizabeth <[ewright@cooley.com](mailto:ewright@cooley.com)>, Joseph Alioto <[joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)>, Robert F. Ruyak <[rruyak@larsonllp.com](mailto:rruyak@larsonllp.com)>
**Cc:** Glass, Ethan <[eglass@cooley.com](mailto:eglass@cooley.com)>, Bansal, Dee <[dbansal@cooley.com](mailto:dbansal@cooley.com)>, Nguyen, Matt K

<mnguyen@cooley.com>, Sisko, Zach <zsisko@cooley.com>, Dearborn, Meredith <mdearborn@paulweiss.com>

**Subject:** RE: Garavanian/JetBlue - Summary Judgment

Liz, attached are the confidential copies of Plaintiffs Motion and Statement of Facts.

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

## LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Tuesday, August 1, 2023 4:02 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>
**Subject:** RE: Garavanian/JetBlue - Summary Judgment

Greg,

Defendants oppose Plaintiffs' motion for summary judgment.

We do not oppose you moving to impound confidential materials. But Plaintiffs have not followed Local Rule 7.2 regarding motions to impound confidential materials, and we are in this position because of Plaintiffs' failure to follow the Local Rule.  As I said on the phone, if the confidential versions of the SJ motion, brief, statement of facts, and exhibits are served by 6pm ET, defendants will not object to them as untimely.

Liz

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor

Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 1, 2023 3:40 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph M. Alioto Jr. (joseph@aliotolegal.com)
<joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K
<mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith
<mdearborn@paulweiss.com>
**Subject:** RE: Garavanian/JetBlue - Summary Judgment

**[External]**

Liz,

Thanks for speaking with me regarding the under seal filings.  Please confirm ASAP that JetBlue and
Spirit do not oppose our motion to file under seal (1) our summary judgment motion in its entirety,
(2) our statement of material facts in its entirety and (3) any confidential exhibits.  As discussed the
reason for the under seal filing is that the documents contain information marked confidential under
the protective order by Plaintiffs, Defendants and third parties.  As discussed, our motion will also
state (1) that plaintiffs will file the documents under seal within 24 hours of the order being granted
and (2) defendants agree that plaintiffs filing is timely as long as it is served on defendants by 6pm
ET.

In addition, Plaintiffs plan to move for summary judgment based on the lack of genuine issue of
material fact as to each of the following issues:

1. The merger is presumptively unlawful
2. The relevant market is scheduled air passenger service
3. The relevant geographic markets are O&D pairs where actual or potential competition is
   impacted as a result of Spirit's elimination
4. There has been a trend toward concentration in the airline industry
5. Direct evidence of anticompetitive effects of the merger in form of increased prices and
   reduced output.
6. The merger will result in unlawfully high concentration in the relevant markets
7. The merger will facilitate collusion among remaining market participants
8. Defendants are legally estopped from rebutting the prima facie case with evidence the
   merger may increase competition against the Big Four or bring the JetBlue Effect in outside
   markets.

9. The efficiencies defense is unavailable as a matter of law.
10. Even if it were available, the purported efficiencies do not meet the legal standards of cognizable efficiencies
11. The proposed divestitures do not meet the legal standards of legally cognizable merger remedies
12. Plaintiffs are threatened with loss or harm resulting from defendants' violation of the antitrust laws.

Please confirm that JetBlue and Spirit do not assent to this motion.

Let me know if you have any questions.  Thanks!


**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Monday, July 31, 2023 10:21 PM
**To:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Greg Herrman <gherrman@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>
**Subject:** Garavanian/JetBlue - Summary Judgment

Joe, Bob, Greg,

Per the schedule set forth in the Case Management Order, Defendants intend to file a summary judgment motion tomorrow on the grounds that Plaintiffs do not have standing and cannot show irreparable harm. We assume you will not assent to this motion, but if I'm wrong about that, we are happy to discuss tomorrow morning.

Liz

## Elizabeth Wright

Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments. For further regulatory information please refer to our Legal Notice. For information about how Shearman & Sterling processes personal data please refer to this Privacy Notice.

# Exhibit 3

| | |
|---|---|
| **From:** | Dearborn, Meredith |
| **To:** | Greg Herrman; Wright, Elizabeth; Grace Song; Joseph Alioto |
| **Cc:** | Robert F. Ruyak; Bansal, Dee; Hafer, Zach; Nguyen, Matt K; Gaffney, Yoav; Rabinowitz, Cole A; Leila Siddiky |
| **Subject:** | RE: Opp. To Summary Judgment |
| **Date:** | Tuesday, August 22, 2023 5:33:10 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

---

Yes.  As with the other documents for JetBlue, please also include our more detailed response as the grounds for why the document is confidential and requires impoundment in the first place.

Thank you,
Meredith

**Meredith Dearborn** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 24th Floor | San Francisco, CA 94105
650 208 2788 (Cell)
mdearborn@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her/Hers*

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 1:56 PM
**To:** Dearborn, Meredith <mdearborn@paulweiss.com>; Wright, Elizabeth <ewright@cooley.com>; Grace Song <Grace.Song@Shearman.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks Meredith, understood.  Please confirm that Spirit is also requesting impoundment "until further order of the court" (see LR 7.2) and that the "good cause" for this request is the same as JetBlue:  "it includes current and forward-looking competitive and strategic information regarding Spirit and the proposed merger, and there are no upcoming deadlines or events that would require or support impoundment being lifted sooner."

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Dearborn, Meredith <mdearborn@paulweiss.com>
**Sent:** Tuesday, August 22, 2023 4:50 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Wright, Elizabeth <ewright@cooley.com>; Grace Song <Grace.Song@Shearman.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

And as always, we are operating under the assumption that you are only submitting the specific cited pages in your email below to the Court.  Please do not include any additional pages from the referenced material in your filings without checking with us.  Thank you.

**Meredith Dearborn** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 24th Floor | San Francisco, CA 94105
650 208 2788 (Cell)
mdearborn@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her/Hers*

**From:** Dearborn, Meredith
**Sent:** Tuesday, August 22, 2023 1:48 PM
**To:** 'Greg Herrman' <gherrman@larsonllp.com>; Wright, Elizabeth <ewright@cooley.com>; Grace Song <Grace.Song@Shearman.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <CRabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Greg, I am still in the process of working on this with my client.  As we discussed on Friday, it takes time to consult with them on these issues, and you just sent us these citations at 12:52pm today, ET.   However, I am working very hard to get you an answer expeditiously.

At this moment, I can confirm that Bartolotta CID Ex.  7 at PDF page 73 needs to be impounded.  The selected page (titled "NK Stimulation Model") supplies a detailed breakdown of Spirit's assessment of future growth in demand on specific routes using a proprietary model that Spirit continues to use today.  Sharing it would provide competitors with sensitive information that Spirit would not make public in the ordinary course of business.  Doing so would damage Spirit's competitive standing, and give Spirit's competitors an unfair advantage.

For Kirby Lit. Ex. 4 at NK-2R-00707952, due to the fact that you only sent us this citation hours ago, we are not in a position to waive confidentiality over it at this time.  We thus request that you keep the document impounded because it appears to contain competitively sensitive information pertaining to Spirit's business.  When we are able to reach the relevant personnel, if our view changes, we will advise you promptly.

Meredith

**Meredith Dearborn** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
535 Mission Street | 24th Floor | San Francisco, CA 94105
650 208 2788 (Cell)
mdearborn@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her/Hers*

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 1:34 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Grace Song <Grace.Song@Shearman.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

Thanks Liz.

Meredith, please let us know asap.   Thanks.

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

LARSON

CONFIDENTIALITY NOTICE:
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>

**Sent:** Tuesday, August 22, 2023 4:19 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Grace Song <Grace.Song@Shearman.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Hi Greg,
Klinka CID (30(b)(6)) Ex. 2 at 75 needs to be impounded, as set forth in the Appendix that Grace previously shared. I will let the Spirit team weigh in on the other two exhibits since they relate to Spirit and Spirit witnesses.

| Derek Klinka CID (30(b)(6)) Ex. 2 | N/A | N/A | Response of JetBlue Airways Corporation to the Antitrust Division of the U.S. Department of Justice's Request for Additional Information and Documentary Material Issued September 12, 2022, dated December 12, 2022. | JetBlue requests impoundment of the portion(s) of this response to the DOJ that discuss(es) granular financial data and various strategic growth initiatives related to JetBlue's network, operations, infrastructure, sales, and marketing that are relevant today. Disclosure of this granular financial data, future network plans, and corporate strategy will harm JetBlue's competitive standing. |

Thanks
Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 3:07 PM
**To:** Grace Song <Grace.Song@Shearman.com>; Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Nguyen, Matt K

<mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>;
Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

**[External]**

Hi Grace, just following up on these additional pages below, only 4 total pages.  Please let me know
asap so that we can get this document on file.

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read,
distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its
attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 12:52 PM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph
Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer
<zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen
<mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>;
Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Grace, please also let us know about:

Kirby Lit. Ex. 4 at NK-2R-00707952
Bartolotta CID Ex.  7 at PDF pages 1, 73
Klinka CID (30(b)(6)) Ex. 2 at 75 (in addition to other pages previously discussed)

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 12:15 PM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Grace, thanks for the quick response.

We want to add pages 153, 160 and 161 of Friedman's 6-22-23 30(b)(6) deposition.  Please let us know if each of these pages should be impounded.  As a reminder, you previously stated that pages 154-159 should be impounded.  Thanks.

**Greg Herrman**
Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Grace Song <Grace.Song@Shearman.com>
**Sent:** Tuesday, August 22, 2023 11:26 AM
**To:** Greg Herrman <gherrman@larsonllp.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks for flagging.  Attached in track are our changes to the appendix.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337  |  M +1.917.379.8556
Grace.Song@shearman.com  |  shearman.com



---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 10:46 AM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

Also, your table references Eric Friedman **30(b)(6)** CID Ex. 4 (JBLU-DOJ-10840850), but we asked about Friedman CID Ex. 4 at 1, 4 (attached).  Please advise asap.

**Greg Herrman**
Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com

900 17th Street NW, Suite 320

Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 22, 2023 9:53 AM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

Grace/Liz,

You mention that you are not seeking to impound "Friedman 6-22-23 30(b)(6) at 156-159," one of the two citations in my email below, but the chart you send provides rationale for need to impound a subset of this range (158:20-25).  Should we impound page 158, but not pages 156, 157 and 159?

Also, your table references Mr. Clark's 6-6-23 DOJ deposition transcript pages 42:1-6; 42:12-20, but we asked about Mr. Clark's 6-6-23 Private Plaintiffs deposition.

Please advise asap on both of these issues.


**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read,

distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Grace Song <Grace.Song@Shearman.com>
**Sent:** Monday, August 21, 2023 9:22 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks, Greg.  We're not seeking to impound the two citations you specifically mention below.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337  |  M +1.917.379.8556
Grace.Song@shearman.com  |  shearman.com



**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Monday, August 21, 2023 8:10 PM
**To:** Grace Song <Grace.Song@Shearman.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thank you Grace.  This does not appear to address the two additional citations I added below (highlighted).  Thanks.

**Greg Herrman**
Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320

Washington, DC 20006

larsonllp.com



CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Grace Song <Grace.Song@Shearman.com>
**Sent:** Monday, August 21, 2023 5:19 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Greg—here's a further revised appendix accounting for these new docs; the changes are noted in track.

**Grace Song**
Associate
Pronouns: she/her/hers

**Shearman & Sterling LLP**
401 9th St, NW, Washington, DC 20004-2128
D +1.212.848.7337 | M +1.917.379.8556
Grace.Song@shearman.com | shearman.com

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Monday, August 21, 2023 2:55 PM
**To:** Elizabeth Wright <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Dee Bansal <dbansal@cooley.com>; Zach Hafer <zhafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Matt K. Nguyen <mnguyen@cooley.com>; ygaffney@paulweiss.com; Cole Rabinowitz <crabinowitz@paulweiss.com>; Leila Siddiky <Leila.Siddiky@Shearman.com>; Grace Song <Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks Liz, please see two more additional citations below:

Friedman 6-22-23 30(b)(6) at 156-159

<mark>JetBlue response to DOJ Request for Admission # 7, pages 1, 9 and 10 of the attached.</mark>

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Monday, August 21, 2023 2:36 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com; Grace Song <Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks, Greg, we are pulling to review and come back to you quickly.

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Monday, August 21, 2023 2:11 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K

<[mnguyen@cooley.com](mailto:mnguyen@cooley.com)>; Gaffney, Yoav <[ygaffney@paulweiss.com](mailto:ygaffney@paulweiss.com)>; Rabinowitz, Cole A <[crabinowitz@paulweiss.com](mailto:crabinowitz@paulweiss.com)>; [Leila.Siddiky@shearman.com](mailto:Leila.Siddiky@shearman.com); Grace Song <[Grace.Song@Shearman.com](mailto:Grace.Song@Shearman.com)>
**Subject:** RE: Opp. To Summary Judgment
**Importance:** High

**[External]**

---

Liz, we have identified an additional JetBlue confidential document (one page) and associated deposition testimony that we intend to include in our brief.  Please let us know if this information must be impounded and, if so, please provide the same type of information that you provided for the other documents.  We appreciate it if you could respond as soon as possible so that our motion to impound is not delayed.

Friedman 1-19-23 CID Ex.8 at 1
Friedman 1-19-23 CID at 210:3-211:24

**Greg Herrman**
Counsel

**P** 202.870.5773
**F** 213.623.2000
[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)
900 17th Street NW, Suite 320
Washington, DC 20006

[larsonllp.com](http://larsonllp.com)

# LARSON

CONFIDENTIALITY NOTICE:
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <[ewright@cooley.com](mailto:ewright@cooley.com)>
**Sent:** Monday, August 21, 2023 12:01 PM
**To:** Greg Herrman <[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)>; Joseph Alioto <[joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)>
**Cc:** Robert F. Ruyak <[rruyak@larsonllp.com](mailto:rruyak@larsonllp.com)>; Bansal, Dee <[dbansal@cooley.com](mailto:dbansal@cooley.com)>; Hafer, Zach <[ZHafer@cooley.com](mailto:ZHafer@cooley.com)>; Dearborn, Meredith <[mdearborn@paulweiss.com](mailto:mdearborn@paulweiss.com)>; Nguyen, Matt K <[mnguyen@cooley.com](mailto:mnguyen@cooley.com)>; Gaffney, Yoav <[ygaffney@paulweiss.com](mailto:ygaffney@paulweiss.com)>; Rabinowitz, Cole A <[crabinowitz@paulweiss.com](mailto:crabinowitz@paulweiss.com)>; [Leila.Siddiky@shearman.com](mailto:Leila.Siddiky@shearman.com); Grace Song <[Grace.Song@Shearman.com](mailto:Grace.Song@Shearman.com)>
**Subject:** RE: Opp. To Summary Judgment

Greg – thanks for talking just now. As discussed, we think there is good cause to request impoundment until further order of the court. The confidential material to be impounded includes current and forward-looking competitive and strategic information regarding JetBlue and the

proposed merger. There are no upcoming deadlines or events that would require or support impoundment being lifted sooner.

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Wright, Elizabeth
**Sent:** Monday, August 21, 2023 8:49 AM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com; Grace Song <Grace.Song@Shearman.com>
**Subject:** RE: Opp. To Summary Judgment

Greg,

We received your list of exhibits and deposition testimony that you seek to use in opposing our summary judgment on Thursday. We have not had these citations for more than a week. We have had them for two business days. Notwithstanding the short turnaround time, we have reviewed the testimony and documents in your list. Attached is a table that sets forth the JetBlue material that needs to be impounded and JetBlue's basis for impoundment.

The specific documents and testimony in your list from Messrs. Christie and Gardner do not need to be impounded. However, if Plaintiffs add any documents or testimony citations, Spirit will need to assess that new information for confidentiality purposes.

When we spoke on Friday, you and Bob floated the idea of including language in the motion that may give you leeway to add additional documents or testimony to your opposition. Please let us know as soon as possible if you are going to include such language, or if any of your supporting documents or testimony has changed so that JetBlue and Spirit can review the new material for potential impoundment.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor

Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Sunday, August 20, 2023 3:35 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A <crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com
**Subject:** RE: Opp. To Summary Judgment

**[External]**

---

Liz, we did not hear from you on Friday regarding the need to file these documents under seal.  As you know, Plaintiffs brief is due the day after tomorrow.  As I mentioned before, we provided these citations to you on August 10, which you do not dispute.  A week later, we simply and quickly pulled those citations from the page range we provided on Aug. 10 and put them into a list (and then made minor changes (highlighted in yellow below)).  Defendants have argued in the past that a motion to impound must be filed well in advance of any deadline, yet with only two days left Plaintiffs still have not explained what is confidential despite having the citations for more than a week.

Please get back to us by tomorrow morning.

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

**LARSON**

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Greg Herrman <gherrman@larsonllp.com>

**Sent:** Friday, August 18, 2023 12:53 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach
<ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K
<mnguyen@cooley.com>; Gaffney, Yoav <ygaffney@paulweiss.com>; Rabinowitz, Cole A
<crabinowitz@paulweiss.com>; Leila.Siddiky@shearman.com
**Subject:** RE: Opp. To Summary Judgment

Liz, please see below an added document and corrections to a couple depo transcript citations.

-
**<u>Documents</u>**
Christie CID Ex. 18 at 1, 2, 3, 7, 8, 21
Christie LIT Ex. 18 at 1-3
Christie LIT ex. 27 at 1, 4
<mark>Christie Lit. Ex. 25 at 1, 3, 8 of 22</mark>
Clark CID Ex. 23 at 1
Friedman CID Ex. 4 at 1, 4
Friedman LIT 30(b)(6) Ex. 10 at 11(JB Response to DOJ Rog 1)
Gardner LIT Ex. 12 at 1, 3
Hayes CID Ex. 13 at 1, 4, 171
Klinka CID (30(b)(6)) Ex. 2 at 85

**<u>Transcripts</u>**
Christie 1-24-23 CID at 228:2-17; 294:2-297:18; 315:10-316:14; 366:9-367:5
Christie (LIT/DOJ) 221:11-24; 243:9-18; 290:3-11; 295:14-297:14; 301:11-14
Christie LIT (private plaintiffs) at 32:2-22
Christie 6-19-23 (LIT/DOJ) at 330:21-333:1; 336:19-25
Clark CID at 26:17-27:3; 312:22-313:12; 316:21-317:8; 319:12-15
Clark LIT (private plaintiffs) at 42:1-6; 42:12-<mark>20</mark>
Friedman CID (Jan. 19, 2023) at 210:24-211:5; 220:12-17; 224:14-21; 227:4-228:16
<mark>Friedman LIT at 154-155</mark>
Friedman LIT-30(b)(6) <mark>at 154-155</mark>, 158:20-25
Gardner (LIT) at 113:4-10
Gardner LIT (private plaintiffs) Dep. 47:24-48:2; 48:14-49:20
Hillyard LIT at 122; 203-212
Klinka LIT-30(b)(6) at 25:2-12



**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

[larsonllp.com](larsonllp.com)

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <[ewright@cooley.com](ewright@cooley.com)>
**Sent:** Thursday, August 17, 2023 11:57 PM
**To:** Greg Herrman <[gherrman@larsonllp.com](gherrman@larsonllp.com)>; Joseph Alioto <[joseph@aliotolegal.com](joseph@aliotolegal.com)>
**Cc:** Robert F. Ruyak <[rruyak@larsonllp.com](rruyak@larsonllp.com)>; Bansal, Dee <[dbansal@cooley.com](dbansal@cooley.com)>; Hafer, Zach <[ZHafer@cooley.com](ZHafer@cooley.com)>; Dearborn, Meredith <[mdearborn@paulweiss.com](mdearborn@paulweiss.com)>; Nguyen, Matt K <[mnguyen@cooley.com](mnguyen@cooley.com)>; Gaffney, Yoav <[ygaffney@paulweiss.com](ygaffney@paulweiss.com)>; Rabinowitz, Cole A <[crabinowitz@paulweiss.com](crabinowitz@paulweiss.com)>; [Leila.Siddiky@shearman.com](Leila.Siddiky@shearman.com)
**Subject:** RE: Opp. To Summary Judgment

Greg,

We are working on getting back to you tomorrow regarding the documents and testimony that you identified for us this morning at 9:55AM, as the emails below show. Last Friday August 11, we asked you to identify the specific exhibits and testimony citations on which you intended to rely. You didn't respond with the list until this morning. Despite your delay, we are doing our best to get you concise explanations for why this evidence should remain confidential as quickly as we can so that you can incorporate that into your motion to impound the material.

Liz

<span style="color:red">Elizabeth Wright</span>
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
[ewright@cooley.com](ewright@cooley.com)
Pronouns: She/Her/Hers

[www.cooley.com/litigation](www.cooley.com/litigation)

Cooley is committed to [racial justice](racial justice)

**From:** Greg Herrman <[gherrman@larsonllp.com](gherrman@larsonllp.com)>
**Sent:** Thursday, August 17, 2023 8:05 PM
**To:** Wright, Elizabeth <[ewright@cooley.com](ewright@cooley.com)>; Joseph Alioto <[joseph@aliotolegal.com](joseph@aliotolegal.com)>
**Cc:** Robert F. Ruyak <[rruyak@larsonllp.com](rruyak@larsonllp.com)>; Bansal, Dee <[dbansal@cooley.com](dbansal@cooley.com)>; Hafer, Zach <[ZHafer@cooley.com](ZHafer@cooley.com)>; Dearborn, Meredith <[mdearborn@paulweiss.com](mdearborn@paulweiss.com)>; Nguyen, Matt K <[mnguyen@cooley.com](mnguyen@cooley.com)>
**Subject:** RE: Opp. To Summary Judgment

[External]

Liz, following up on my email below, please let us know by noon ET tomorrow.  We would like to get this motion to seal on file as soon as possible, and Defendants have had more than enough time to review the confidentiality of these few citations. Plaintiffs provided Defendants with this information a week ago, and only agreed to put the citations in the neat list below as a courtesy.  Defendants have in fact had these citations since Plaintiffs served their MSJ on Aug. 1 – more than two weeks ago.  If you have any questions, please let us know.

Greg

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

## LARSON

CONFIDENTIALITY NOTICE:
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Thursday, August 17, 2023 9:57 AM
**To:** Greg Herrman <gherrman@larsonllp.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

Thanks, Greg. We will review and come back to you.

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Thursday, August 17, 2023 9:55 AM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

[External]

---

Hi Liz,

While we have not yet finalized our opposition, below is a list of the portions of documents that we intend to cite to and/or attach to our paper that may include defendants' confidential information. Plaintiffs will rely on this information to, for example, rebut Defendants position that there is not threat of harm to Plaintiffs.

Please let us know which of these pages must be impounded and why.

**<u>Documents</u>**
Christie CID Ex. 18 at 1, 2, 3, 7, 8, 21
Christie LIT Ex. 18 at 1-3
Christie LIT ex. 27 at 1, 4
Clark CID Ex. 23 at 1
Friedman CID Ex. 4 at 1, 4
Friedman LIT 30(b)(6) Ex. 10 at 11(JB Response to DOJ Rog 1)
Gardner LIT Ex. 12 at 1, 3
Hayes CID Ex. 13 at 1, 4, 171
Klinka CID (30(b)(6)) Ex. 2 at 85

**<u>Transcripts</u>**
Christie 1-24-23 CID at 228:2-17; 294:2-297:18; 315:10-316:14; 366:9-367:5
Christie (LIT/DOJ) 221:11-24; 243:9-18; 290:3-11; 295:14-297:14; 301:11-14
Christie LIT (private plaintiffs) at 32:2-22
Christie 6-19-23 (LIT/DOJ) at 330:21-333:1; 336:19-25
Clark CID at 26:17-27:3; 312:22-313:12; 316:21-317:8; 319:12-15
Clark LIT (private plaintiffs) at 42:1-6; 42:12-8
Friedman CID (Jan. 19, 2023) at 210:24-211:5; 220:12-17; 224:14-21; 227:4-228:16
Friedman LIT at 154-155
Friedman LIT-30(b)(6) at 158:20-25
Gardner (LIT) at 113:4-10
Gardner LIT (private plaintiffs) Dep. 47:24-48:2; 48:14-49:20
Hillyard LIT at 122; 203-212
Klinka LIT-30(b)(6) at 25:2-12

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Friday, August 11, 2023 11:08 PM
**To:** Joseph Alioto <joseph@aliotolegal.com>
**Cc:** Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Bansal, Dee <dbansal@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** RE: Opp. To Summary Judgment

Joe,

Thanks for raising this. We of course want to protect Defendants' confidential information. You pointed to pages 28-37 of your overlong brief, but none of that appears relevant to our motion for summary judgment on the narrow grounds of Plaintiffs' standing and injury. Can you please articulate the relevance of this confidential information to the issues raised in our summary judgment motion? Local Rule 56.1 is clear that the parties should only include concise statements of material facts.

We assent to you filing a motion to impound. Please provide us with every Bates number and deposition transcript citation that you intend to rely on, and then we can write up an explanation for each one as to why impoundment is needed, or tell you which exhibits may be filed publicly. Please note that under the local rules, all exhibits must be excerpted so that only the relevant portions are submitted to the court. In other words, you may be able to avoid impoundment by excerpting documents and testimony in a tailored way.

Will your Opposition include information designated as confidential by Spirit or any third parties?

With respect to service of your Opposition, we will consider the Opposition timely served if emailed by 6pm ET on the due date, as long as the filing is otherwise in compliance with the local rules.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Joseph Alioto <joseph@aliotolegal.com>
**Sent:** Thursday, August 10, 2023 4:53 PM
**To:** Wright, Elizabeth <ewright@cooley.com>
**Cc:** Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>
**Subject:** Opp. To Summary Judgment

**[External]**

---

Liz,

We will be including facts in the opposition to JetBlue's summary judgment motion that
JetBlue has designated as highly confidential. Do you want us to file a motion to impound
the portions of the brief that address confidential material? Since JetBlue has designated this
material, we cannot establish the bases for impounding it. At the very least, we will be citing
to and discussing the facts outlined from pages 28 to 37 of the attached motion for SJ.

Kindly let me know by the end of the business day tomorrow August 11: (a) whether you
assent to a motion to impound any portions of the Opposition that address material you have
designated as confidential, (b) whether you will agree to establish the bases for that
material's impoundment through affidavit or otherwise, and finally (c) please confirm you will
consider the opposition timely if it is served on you by email on or before August 22 6:00pm
ET, regardless of the status of any pending motion to impound.

Thanks,
Joe

**JOSEPH M. ALIOTO JR.**
*Attorney at Law*

---

**C**  (415) 377-8117
**O**  (415) 398-3800

**Alioto Legal**
100 Pine Street, Suite 1250
San Francisco, CA 94111



[aliotolegal.com](aliotolegal.com)



---

**From:** Greg Herrman <[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)>
**Date:** Tuesday, August 1, 2023 at 3:26 PM
**To:** Wright, Elizabeth <[ewright@cooley.com](mailto:ewright@cooley.com)>, Joseph Alioto <[joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)>, Robert F. Ruyak <[rruyak@larsonllp.com](mailto:rruyak@larsonllp.com)>
**Cc:** Glass, Ethan <[eglass@cooley.com](mailto:eglass@cooley.com)>, Bansal, Dee <[dbansal@cooley.com](mailto:dbansal@cooley.com)>, Nguyen, Matt K <[mnguyen@cooley.com](mailto:mnguyen@cooley.com)>, Sisko, Zach <[zsisko@cooley.com](mailto:zsisko@cooley.com)>, Dearborn, Meredith <[mdearborn@paulweiss.com](mailto:mdearborn@paulweiss.com)>
**Subject:** RE: Garavanian/JetBlue - Summary Judgment

Liz, attached are the confidential copies of Plaintiffs Motion and Statement of Facts.

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)
900 17th Street NW, Suite 320
Washington, DC 20006

[larsonllp.com](larsonllp.com)

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <[ewright@cooley.com](mailto:ewright@cooley.com)>
**Sent:** Tuesday, August 1, 2023 4:02 PM
**To:** Greg Herrman <[gherrman@larsonllp.com](mailto:gherrman@larsonllp.com)>; Joseph M. Alioto Jr. ([joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)) <[joseph@aliotolegal.com](mailto:joseph@aliotolegal.com)>; Robert F. Ruyak <[rruyak@larsonllp.com](mailto:rruyak@larsonllp.com)>
**Cc:** Glass, Ethan <[eglass@cooley.com](mailto:eglass@cooley.com)>; Bansal, Dee <[dbansal@cooley.com](mailto:dbansal@cooley.com)>; Nguyen, Matt K

<mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith
<mdearborn@paulweiss.com>
**Subject:** RE: Garavanian/JetBlue - Summary Judgment

Greg,

Defendants oppose Plaintiffs' motion for summary judgment.

We do not oppose you moving to impound confidential materials. But Plaintiffs have not followed
Local Rule 7.2 regarding motions to impound confidential materials, and we are in this position
because of Plaintiffs' failure to follow the Local Rule.  As I said on the phone, if the confidential
versions of the SJ motion, brief, statement of facts, and exhibits are served by 6pm ET, defendants will
not object to them as untimely.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Tuesday, August 1, 2023 3:40 PM
**To:** Wright, Elizabeth <ewright@cooley.com>; Joseph M. Alioto Jr. (joseph@aliotolegal.com)
<joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K
<mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith
<mdearborn@paulweiss.com>
**Subject:** RE: Garavanian/JetBlue - Summary Judgment

**[External]**

Liz,

Thanks for speaking with me regarding the under seal filings.  Please confirm ASAP that JetBlue and
Spirit do not oppose our motion to file under seal (1) our summary judgment motion in its entirety,
(2) our statement of material facts in its entirety and (3) any confidential exhibits.  As discussed the
reason for the under seal filing is that the documents contain information marked confidential under
the protective order by Plaintiffs, Defendants and third parties.  As discussed, our motion will also
state (1) that plaintiffs will file the documents under seal within 24 hours of the order being granted
and (2) defendants agree that plaintiffs filing is timely as long as it is served on defendants by 6pm ET.

In addition, Plaintiffs plan to move for summary judgment based on the lack of genuine issue of material fact as to each of the following issues:

1. The merger is presumptively unlawful
2. The relevant market is scheduled air passenger service
3. The relevant geographic markets are O&D pairs where actual or potential competition is impacted as a result of Spirit's elimination
4. There has been a trend toward concentration in the airline industry
5. Direct evidence of anticompetitive effects of the merger in form of increased prices and reduced output.
6. The merger will result in unlawfully high concentration in the relevant markets
7. The merger will facilitate collusion among remaining market participants
8. Defendants are legally estopped from rebutting the prima facie case with evidence the merger may increase competition against the Big Four or bring the JetBlue Effect in outside markets.
9. The efficiencies defense is unavailable as a matter of law.
10. Even if it were available, the purported efficiencies do not meet the legal standards of cognizable efficiencies
11. The proposed divestitures do not meet the legal standards of legally cognizable merger remedies
12. Plaintiffs are threatened with loss or harm resulting from defendants' violation of the antitrust laws.

Please confirm that JetBlue and Spirit do not assent to this motion.

Let me know if you have any questions.  Thanks!

**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Monday, July 31, 2023 10:21 PM

**To:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Greg Herrman <gherrman@larsonllp.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Nguyen, Matt K <mnguyen@cooley.com>; Sisko, Zach <zsisko@cooley.com>; Dearborn, Meredith <mdearborn@paulweiss.com>
**Subject:** Garavanian/JetBlue - Summary Judgment

Joe, Bob, Greg,

Per the schedule set forth in the Case Management Order, Defendants intend to file a summary judgment motion tomorrow on the grounds that Plaintiffs do not have standing and cannot show irreparable harm. We assume you will not assent to this motion, but if I'm wrong about that, we are happy to discuss tomorrow morning.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is

subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments. For further regulatory information please refer to our Legal Notice. For information about how Shearman & Sterling processes personal data please refer to this Privacy Notice.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Exhibit 4

| | |
|---|---|
| **From:** | Wright, Elizabeth |
| **To:** | Jennifer Gaudet; Matthew Paine |
| **Cc:** | Glass, Ethan; Hafer, Zach; Meredith Dearborn; Rudman, Samuel N.; Joseph Alioto; Greg Herrman; Robert F. Ruyak; Finch, Andrew C; jaycohen@paulweiss.com; Bansal, Dee |
| **Subject:** | RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY) |
| **Date:** | Wednesday, August 23, 2023 3:35:19 PM |

Jenn,

We just discovered that the redacted responsive statement of facts (Dkt. 186) also has the same deficiency with the redactions.  If it is possible to do, Defendants request that both Docket Entries 184 and 186 be taken down until plaintiffs fix the redactions and file properly redacted versions.

Thank you,
Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Wright, Elizabeth
**Sent:** Wednesday, August 23, 2023 3:04 PM
**To:** Jennifer Gaudet <Jennifer_Gaudet@mad.uscourts.gov>; Matthew Paine <Matthew_Paine@mad.uscourts.gov>
**Cc:** Glass, Ethan <eglass@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Rudman, Samuel N. <srudman@choate.com>; Joseph Alioto <joseph@aliotolegal.com>; Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Finch, Andrew C <afinch@paulweiss.com>; jaycohen@paulweiss.com; Bansal, Dee <dbansal@cooley.com>
**Subject:** Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

Jenn, Matthew,

We have just learned that the redacted opposition brief filed yesterday by the *Garavanian* Plaintiffs in Case No. 1:23-cv-10678 was not properly redacted, and the media has been able to view the text under the black boxes, which contains highly confidential JetBlue information, including competitively sensitive information. While plaintiffs are fixing this issue, is it possible to pull down the filing so that others cannot access it via Pacer?

We have cc'd Plaintifffs' counsel on this email.

Many thanks,
Liz Wright

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Tuesday, August 22, 2023 5:56 PM
**To:** Martinez, Suenmy <smartinez@cooley.com>; Girard, Nick <ngirard@cooley.com>; Rodriguez-Luna, Joyce V. <jrodriguez-luna@cooley.com>; eFilingNotice <eFilingNotice@cooley.com>; O'Neill, Kathy <koneill@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; Glass, Ethan <eglass@cooley.com>; Strauss, Samantha A <sastrauss@cooley.com>; Laing, Hilarie <hlaing@cooley.com>; Burns, David <dburns@cooley.com>; Ainbinder, Stephanie <sainbinder@cooley.com>; Royer, Justin <jroyer@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Chen, Angeline X. <AXChen@cooley.com>; Wright, Elizabeth <ewright@cooley.com>; Tetreault, Mike G <MTetreault@cooley.com>; Erkmann, Parker <perkmann@cooley.com>; laura.rodgers@jetblue.com; Kaufman, Katie N <KKaufman@cooley.com>; brandon.nelson@jetblue.com; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** New documents: Garavanian et al v. JetBlue Airways Corporation, et al (Doc# 184, D. Mass. 1:23-cv-10678-WGY)

[External]

---

## Garavanian et al v. JetBlue Airways Corporation, et al

**Docket entry number: 184**

Opposition re [172] MOTION for Summary Judgment (REDACTED) filed by Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Valerie Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen. (Attachments: # (1) Affidavit of Joseph M. Alioto Jr. in Support of Opposition to Defendants' Motion for Summary Judgment)(Alioto, Joseph) (Entered:

08/22/2023)

*Date entered: 2023-08-22*



VIEW CASE

https://app.pacerpro.com/cases/17507280

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit 5

| **From:** | Josephine Alioto |
| **To:** | Wright, Elizabeth; Joseph Alioto; Robert F. Ruyak; Greg Herrman; Hawrris Niazi; Jenan Fiel |
| **Cc:** | Glass, Ethan; Hafer, Zach; Meredith Dearborn; Rudman, Samuel N.; Finch, Andrew C; jaycohen@paulweiss.com; Bansal, Dee |
| **Subject:** | RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY) |
| **Date:** | Wednesday, August 23, 2023 4:14:02 PM |
| **Attachments:** | image001.png |

Elizabeth,

We immediately attempted to pull the filing, which can only be done by contacting the clerk. We have called and emailed. We will continue calling to try and get ahold of someone.



**Josephine L. Alioto**

20 Haight Street
San Francisco, CA 94102
415.673.4800 Main
415.771.5845 Fax
j.alioto@veenfirm.com
www.veenfirm.com

-helping the catastrophically injured since 1975-

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential information protected from disclosure by attorney-client, attorney work product, and other privileges. Any review, use, disclosure or distribution by others is strictly prohibited. If you are not the intended recipient (or authorized to receive it on behalf of the recipient), contact the sender by reply e-mail, and delete all copies of this message

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Wednesday, August 23, 2023 1:10 PM
**To:** Joseph Alioto <joseph@aliotolegal.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Greg Herrman <gherrman@larsonllp.com>; Hawrris Niazi <hniazi@aliotolaw.com>; Jenan Fiel <j.fiel@veenfirm.com>; Josephine Alioto <j.alioto@veenfirm.com>
**Cc:** Glass, Ethan <eglass@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Rudman, Samuel N. <srudman@choate.com>; Finch, Andrew C <afinch@paulweiss.com>; jaycohen@paulweiss.com; Bansal, Dee <dbansal@cooley.com>
**Subject:** RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)
**Importance:** High

Joe, Bob, Greg,

It has been over an hour since we reached out to Joe directly by phone and then followed up with two emails alerting you that your filings yesterday were improperly redacted. Because the redactions were not applied correctly, the public (including the media) has been able to access JetBlue and Spirit confidential information, including direct quotes from deposition testimony that

was designated under the Protective Order and documents that were also designated under the Protective Order. ***What are plaintiffs doing to remedy this issue?*** This is urgent, and we have not heard anything from you. Have you called the clerk? Have you tried to pull down the filing? Please respond immediately to tell us the steps that you are taking to fix this serious mistake.

Under the Protective Order, you have an obligation to "promptly take all reasonable measures to retrieve the improperly disclosed material and ensure that no further or greater unauthorized disclosure or use of the material is made." It appears to us that you have taken no steps, let alone prompt reasonable measures, to ensure there is no further dissemination of the confidential information.

Liz

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** Wright, Elizabeth
**Sent:** Wednesday, August 23, 2023 3:04 PM
**To:** Jennifer Gaudet <Jennifer_Gaudet@mad.uscourts.gov>; Matthew Paine <Matthew_Paine@mad.uscourts.gov>
**Cc:** Glass, Ethan <eglass@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Rudman, Samuel N. <srudman@choate.com>; Joseph Alioto <joseph@aliotolegal.com>; Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Finch, Andrew C <afinch@paulweiss.com>; jaycohen@paulweiss.com; Bansal, Dee <dbansal@cooley.com>
**Subject:** Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

Jenn, Matthew,

We have just learned that the redacted opposition brief filed yesterday by the *Garavanian* Plaintiffs in Case No. 1:23-cv-10678 was not properly redacted, and the media has been able to view the text under the black boxes, which contains highly confidential JetBlue information, including competitively sensitive information. While plaintiffs are fixing this issue, is it possible to pull down the filing so that others cannot access it via Pacer?

We have cc'd Plaintifffs' counsel on this email.

Many thanks,

Liz Wright

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Tuesday, August 22, 2023 5:56 PM
**To:** Martinez, Suenmy <smartinez@cooley.com>; Girard, Nick <ngirard@cooley.com>; Rodriguez-Luna, Joyce V. <jrodriguez-luna@cooley.com>; eFilingNotice <eFilingNotice@cooley.com>; O'Neill, Kathy <koneill@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; Glass, Ethan <eglass@cooley.com>; Strauss, Samantha A <sastrauss@cooley.com>; Laing, Hilarie <hlaing@cooley.com>; Burns, David <dburns@cooley.com>; Ainbinder, Stephanie <sainbinder@cooley.com>; Royer, Justin <jroyer@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Chen, Angeline X. <AXChen@cooley.com>; Wright, Elizabeth <ewright@cooley.com>; Tetreault, Mike G <MTetreault@cooley.com>; Erkmann, Parker <perkmann@cooley.com>; laura.rodgers@jetblue.com; Kaufman, Katie N <KKaufman@cooley.com>; brandon.nelson@jetblue.com; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** New documents: Garavanian et al v. JetBlue Airways Corporation, et al (Doc# 184, D. Mass. 1:23-cv-10678-WGY)

[External]

---

# Garavanian et al v. JetBlue Airways Corporation, et al

**Docket entry number: 184**

Opposition re [172] MOTION for Summary Judgment (REDACTED) filed by Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Valerie Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen. (Attachments: # (1) Affidavit of Joseph M. Alioto Jr. in Support of Opposition to Defendants' Motion for Summary Judgment)(Alioto, Joseph) (Entered: 08/22/2023)

*Date entered: 2023-08-22*



VIEW CASE

https://app.pacerpro.com/cases/17507280

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Exhibit 6

## Greg Herrman

| | |
|---|---|
| **From:** | Josephine Alioto <j.alioto@veenfirm.com> |
| **Sent:** | Wednesday, August 23, 2023 3:53 PM |
| **To:** | Greg Herrman; Hawrris Niazi |
| **Cc:** | Joseph M. Alioto Jr. (joseph@aliotolegal.com) |
| **Subject:** | RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY) |



**Josephine L. Alioto**

20 Haight Street
San Francisco, CA 94102
415.673.4800 Main
415.771.5845 Fax
j.alioto@veenfirm.com
www.veenfirm.com

-helping the catastrophically injured since 1975-

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential information protected from disclosure by attorney-client, attorney work product, and other privileges. Any review, use, disclosure or distribution by others is strictly prohibited. If you are not the intended recipient (or authorized to receive it on behalf of the recipient), contact the sender by reply e-mail, and delete all copies of this message

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Wednesday, August 23, 2023 12:52 PM
**To:** Josephine Alioto <j.alioto@veenfirm.com>; Hawrris Niazi <hniazi@aliotolaw.com>
**Cc:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>
**Subject:** RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)



**Greg Herrman**

Counsel

**P** 202.870.5773
**F** 213.623.2000

gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Josephine Alioto j.alioto@veenfirm.com
**Sent:** Wednesday, August 23, 2023 3:25 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Hawrris Niazi <hniazi@aliotolaw.com>
**Cc:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>
**Subject:** RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)



**Josephine L. Alioto**

20 Haight Street
San Francisco, CA 94102
415.673.4800 Main
415.771.5845 Fax
j.alioto@veenfirm.com

www.veenfirm.com

-helping the catastrophically injured since 1975-

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential information protected from disclosure by attorney-client, attorney work product, and other privileges. Any review, use, disclosure or distribution by others is strictly prohibited. If you are not the intended recipient (or authorized to receive it on behalf of the recipient), contact the sender by reply e-mail, and delete all copies of this message

---

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Wednesday, August 23, 2023 12:12 PM
**To:** Hawrris Niazi <hniazi@aliotolaw.com>
**Cc:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Josephine Alioto <j.alioto@veenfirm.com>
**Subject:** FW: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

All, see email below from Liz re redactions in yesterday's filings.

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>
**Sent:** Wednesday, August 23, 2023 3:04 PM
**To:** Jennifer Gaudet <Jennifer_Gaudet@mad.uscourts.gov>; Matthew Paine <Matthew_Paine@mad.uscourts.gov>
**Cc:** Glass, Ethan <eglass@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Rudman, Samuel N. <srudman@choate.com>; Joseph Alioto <joseph@aliotolegal.com>; Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Finch, Andrew C <afinch@paulweiss.com>; jaycohen@paulweiss.com; Bansal, Dee <dbansal@cooley.com>
**Subject:** Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

Jenn, Matthew,

We have just learned that the redacted opposition brief filed yesterday by the *Garavanian* Plaintiffs in Case No. 1:23-cv-10678 was not properly redacted, and the media has been able to view the text under the black boxes, which contains highly confidential JetBlue information, including competitively sensitive information. While plaintiffs are fixing this issue, is it possible to pull down the filing so that others cannot access it via Pacer?

We have cc'd Plaintifffs' counsel on this email.

Many thanks,
Liz Wright

Elizabeth Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

---

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Tuesday, August 22, 2023 5:56 PM
**To:** Martinez, Suenmy <smartinez@cooley.com>; Girard, Nick <ngirard@cooley.com>; Rodriguez-Luna, Joyce V. <jrodriguez-luna@cooley.com>; eFilingNotice <eFilingNotice@cooley.com>; O'Neill, Kathy <koneill@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; Glass, Ethan <eglass@cooley.com>; Strauss, Samantha A <sastrauss@cooley.com>; Laing, Hilarie <hlaing@cooley.com>; Burns, David <dburns@cooley.com>; Ainbinder, Stephanie <sainbinder@cooley.com>; Royer, Justin <jroyer@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Chen, Angeline X. <AXChen@cooley.com>; Wright, Elizabeth <ewright@cooley.com>; Tetreault, Mike G <MTetreault@cooley.com>; Erkmann, Parker <perkmann@cooley.com>; laura.rodgers@jetblue.com; Kaufman, Katie N <KKaufman@cooley.com>; brandon.nelson@jetblue.com; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** New documents: Garavanian et al v. JetBlue Airways Corporation, et al (Doc# 184, D. Mass. 1:23-cv-10678-WGY)

**[External]**

---

## Garavanian et al v. JetBlue Airways Corporation, et al

### Docket entry number: 184

Opposition re [172] MOTION for Summary Judgment (REDACTED) filed by Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Valerie Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen. (Attachments: # (1) Affidavit of Joseph M. Alioto Jr. in Support of Opposition to Defendants' Motion for Summary Judgment)(Alioto, Joseph) (Entered: 08/22/2023)

*Date entered: 2023-08-22*



VIEW CASE

https://app.pacerpro.com/cases/17507280

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

Exhibit 7

| | |
|---|---|
| **From:** | Josephine Alioto |
| **To:** | Greg Herrman; Hawrris Niazi |
| **Cc:** | Joseph M. Alioto Jr. (joseph@aliotolegal.com) |
| **Subject:** | RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY) |
| **Date:** | Wednesday, August 23, 2023 4:02:30 PM |
| **Attachments:** | image001.png |
| | image002.png |

 **T H E   V E E N   F I R M**

## Josephine L. Alioto

20 Haight Street
San Francisco, CA 94102
415.673.4800 Main
415.771.5845 Fax
j.alioto@veenfirm.com
www.veenfirm.com

-helping the catastrophically injured since 1975-

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential information protected from disclosure by attorney-client, attorney work product, and other privileges. Any review, use, disclosure or distribution by others is strictly prohibited. If you are not the intended recipient (or authorized to receive it on behalf of the recipient), contact the sender by reply e-mail, and delete all copies of this message

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Wednesday, August 23, 2023 12:53 PM
**To:** Josephine Alioto <j.alioto@veenfirm.com>; Hawrris Niazi <hniazi@aliotolaw.com>
**Cc:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>
**Subject:** RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

## Greg Herrman

Counsel

**P** 202.870.5773
**F** 213.623.2000
gherrman@larsonllp.com
900 17th Street NW, Suite 320
Washington, DC 20006

larsonllp.com

 **LARSON**

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received  his in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by  he transmission of this message.

**From:** Josephine Alioto <j.alioto@veenfirm.com>
**Sent:** Wednesday, August 23, 2023 3:25 PM
**To:** Greg Herrman <gherrman@larsonllp.com>; Hawrris Niazi <hniazi@aliotolaw.com>
**Cc:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>
**Subject:** RE: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

Greg,



**Josephine L. Alioto**

20 Haight Street
San Francisco, CA 94102
415.673.4800 Main
415.771.5845 Fax
j.alioto@veenfirm.com
www.veenfirm.com

-helping the catastrophically injured since 1975-

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential information protected from disclosure by attorney-client, attorney work product, and other privileges. Any review, use, disclosure or distribution by others is strictly prohibited. If you are not the intended recipient (or authorized to receive it on behalf of the recipient), contact the sender by reply e-mail, and delete all copies of this message

**From:** Greg Herrman <gherrman@larsonllp.com>
**Sent:** Wednesday, August 23, 2023 12:12 PM
**To:** Hawrris Niazi <hniazi@aliotolaw.com>
**Cc:** Joseph M. Alioto Jr. (joseph@aliotolegal.com) <joseph@aliotolegal.com>; Josephine Alioto <j.alioto@veenfirm.com>
**Subject:** FW: Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

All, see email below from Liz re redactions in yesterday's filings.

**Greg Herrman**

Counsel

**P** 202.870.5773

**F** 213.623.2000

gherrman@larsonllp.com

900 17th Street NW, Suite 320

Washington, DC 20006

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received  his in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by  he transmission of this message.

**From:** Wright, Elizabeth <ewright@cooley.com>

**Sent:** Wednesday, August 23, 2023 3:04 PM

**To:** Jennifer Gaudet <Jennifer_Gaudet@mad.uscourts.gov>; Matthew Paine <Matthew_Paine@mad.uscourts.gov>

**Cc:** Glass, Ethan <eglass@cooley.com>; Hafer, Zach <ZHafer@cooley.com>; Meredith Dearborn <mdearborn@paulweiss.com>; Rudman, Samuel N. <srudman@choate.com>; Joseph Alioto <joseph@aliotolegal.com>; Greg Herrman <gherrman@larsonllp.com>; Robert F. Ruyak <rruyak@larsonllp.com>; Finch, Andrew C <afinch@paulweiss.com>; jaycohen@paulweiss.com; Bansal, Dee <dbansal@cooley.com>

**Subject:** Garavanian et al v. JetBlue - Redacted Doc# 184, D. Mass. 1:23-cv-10678-WGY)

Jenn, Matthew,

We have just learned that the redacted opposition brief filed yesterday by the *Garavanian* Plaintiffs in Case No. 1:23-cv-10678 was not properly redacted, and the media has been able to view the text under the black boxes, which contains highly confidential JetBlue information, including competitively sensitive information. While plaintiffs are fixing this issue, is it possible to pull down the filing so that others cannot access it via Pacer?

We have cc'd Plaintifffs' counsel on this email.

Many thanks,
Liz Wright

**Elizabeth Wright**
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2349 office
+1 617 312 2286 mobile
ewright@cooley.com
Pronouns: She/Her/Hers

www.cooley.com/litigation

Cooley is committed to racial justice

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Tuesday, August 22, 2023 5:56 PM
**To:** Martinez, Suenmy <smartinez@cooley.com>; Girard, Nick <ngirard@cooley.com>; Rodriguez-Luna, Joyce V. <jrodriguez-luna@cooley.com>; eFilingNotice <eFilingNotice@cooley.com>; O'Neill, Kathy <koneill@cooley.com>; Mejia, Beatriz <MEJIAB@cooley.com>; Glass, Ethan <eglass@cooley.com>; Strauss, Samantha A <sastrauss@cooley.com>; Laing, Hilarie <hlaing@cooley.com>; Burns, David <dburns@cooley.com>; Ainbinder, Stephanie <sainbinder@cooley.com>; Royer, Justin <jroyer@cooley.com>; Bansal, Dee <dbansal@cooley.com>; Chen, Angeline X. <AXChen@cooley.com>; Wright, Elizabeth <ewright@cooley.com>; Tetreault, Mike G <MTetreault@cooley.com>; Erkmann, Parker <perkmann@cooley.com>; laura.rodgers@jetblue.com; Kaufman, Katie N <KKaufman@cooley.com>; brandon.nelson@jetblue.com; Nguyen, Matt K <mnguyen@cooley.com>
**Subject:** New documents: Garavanian et al v. JetBlue Airways Corporation, et al (Doc# 184, D. Mass. 1:23-cv-10678-WGY)

**[External]**

# Garavanian et al v. JetBlue Airways Corporation, et al

### Docket entry number: 184

Opposition re [172] MOTION for Summary Judgment (REDACTED) filed by Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Valerie Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen. (Attachments: # (1) Affidavit of Joseph M. Alioto Jr. in Support of Opposition to Defendants' Motion for Summary Judgment)(Alioto, Joseph) (Entered: 08/22/2023)

*Date entered: 2023-08-22*

VIEW CASE
https://app.pacerpro.com/cases/17507280

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

# Exhibit 8



” (Christie CID Ex. 18 at 21.)

” (Christie CID Ex. 18 at 8.)



”

(Friedman CID (Jan. 19, 2023) at 220:12-17.)

---

[3] Hayes CID Ex. 13 at PDF page 171 (“

.”); Clark CID Ex. 23/Friedman CID Ex. 4: “

”); Clark CID at 312:22-313:12 (

”); Clark CID at 316:21-317:8 (“

”); Friedman 1-19-23 (CID) at 210:24-211:5 (Discussing ex. 8) (

”); Klinka 30(b)(6) 6-1-23 at 25:2-12 (“

).

[4] Friedman 1-19-23 (CID) at 224:14-21 (

)

[5] Clark CID Ex 23 (“

”); Friedman 1-19-23 (CID) at 227:4-228:16 (





(Christie Ex ) at 21.)

[9] " Christie Ex ( ) at 21; Christie Exhibit 18 ( )

See Christie Dep. (LIT/DOJ) 243:9-18; Gardner Exhibit 12 ( ") " See Gardner Dep. (Spirit/DOJ) 113:4-10; Gardner (PL) Dep. 48:14-49:20 )

[10] May 13, 2023 JetBlue Response to Interrogatory No. 1 at 11. (" ).

[11] Friedman 6-22-23 30(b)(6) at 158:20-25 ( )

[12] Friedman 6-22-23 at 154-155 . *See also* Christie 6-6-23 (DOJ) at 290:3-11 ( .").









██████████████████████████████████████████████████ David Clark

testified:

Clark Dep. (CID) 26:17-27:3.

" (Hillyard Tx 203-204.)

'

"

" (Hillyard Tx. 204.)

(Hillyard Tx. 204-212.)

"



" (Hillyard Tx. 122.)

" *id.*,



" Christie Ex ( ) at

" Christie Ex ( ) at 7; "

Christie Ex (

) at 3; "

" Christie Ex (

) at 2; "

" "

" "

" ";

Christie Ex ( ) at 3.



---

[16] Christie 6-6-23 (DOJ) at 221:11-24.

[17] Christie 6-6-23 ex. 27 at 4.

[18] Christie 1-24-23 at 366:9-367:5 (" "); Christie 6-6-23 ex. 27 at 4.

[19] Christie 1-24-23 at 228:2-17 ( ); Christie 1-24-23 at 294:2-297:18 .); Christie 6-6-23 (DOJ) at 221:11-24.

[19] Christie 6-6-23 ex. 27 at 301:11-14 ( "); Christie 1-24-23 at 315:10-316:14 (" ")

[20] Christie 6-6-23 (DOJ) at 295:14-297:14 (); Christie 6-19-23 at 336:19-25 (" .")

[21] 6-6-23 Christie (private plaintiffs) at 32:2-22 ; see also Christie 6-19-23 at 330:21-333:1.