UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' UNOPPOSED MOTION TO IMPOUND**

Pursuant to Local Rule 7.2, Plaintiffs respectfully move to impound certain documents and information to protect Defendant JetBlue's confidential information. Specifically, Plaintiffs move to impound an exhibit relied on in support of their Motion in Limine to Exclude Evidence of "Out-of-Market Benefits" and portions of the Motion that discuss that exhibit.

Plaintiffs have conferred with Defendants, and Defendants assent to this motion.

The exhibit that Plaintiffs' move to impound contains portions of the Response of Jetblue Airways Corporation To The Antitrust Division Of The U.S. Department Of Justice's Request For Additional Information And Documentary Material Issued September 12, 2022, dated December 12, 2022. JetBlue requests impoundment of the document because it contains non-public information related to internal analyses and calculations regarding transaction-related synergies and future network plans, as well as detailed information covering a wide-range of highly sensitive topics such as route profitability, corporate contracts, internal valuations of airport infrastructure, employment contracts, HR policies related to retention/hiring of airline workers, pricing strategy, and unrealized strategic plans involving partnerships/mergers with

1

other airlines. Disclosure of such highly competitive information would lead to serious competitive injury and destroy JetBlue's competitive standing.

JetBlue contends that the confidential material should be impounded until further order of the Court because it includes current and forward-looking competitive and strategic information regarding JetBlue and the proposed merger, and there are no upcoming deadlines or events that would require or support impoundment being lifted sooner.

Accordingly, Plaintiffs respectfully move to impound the documents described herein until further order of the Court.

Dated: September 18, 2023

/s/ *Scott Gregory Herrman*
Stephen G. Larson
Robert F. Ruyak
Scott Gregory Herrman
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
*(Admitted Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 18, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Scott Gregory Herrman*
Scott Gregory Herrman
