UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

    *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No. 1:23-cv-10678-WGY

## MOTION TO IMPOUND PORTIONS OF THE DEFENDANTS' EVIDENCE IN SUPPORT OF MOTIONS *IN LIMINE*

Pursuant to Local Rule 7.2 and the Modified Stipulated Protective Order entered by the Court on June 27, 2023 (ECF No. 164), Defendants JetBlue Airways Corporation and Spirit Airlines, Inc. hereby move this Court for an Order impounding portions of evidence in support of two motions *in limine*. In support of this Motion to Impound, Defendants state as follows:

1. On Thursday, September 14, 2023, the Parties participated in a videoconference to meet and confer regarding their proposed motions *in limine* and the confidential information likely to be cited therein.

2. The Parties have worked collaboratively to identify for each other any confidential business information that may be appropriate for impoundment. The Defendants are filing three motions *in limine*, one of which does not require any impoundment. Defendants other two motions *in limine* are directed at Plaintiffs' expert reports and testimony, which refer to and discuss JetBlue's non-public network strategy and analyses related to the transaction, including deal modeling.

3. **Confidential Materials Related to Expert Ted P. Tatos**: Defendants are filing a motion *in limine* regarding the expert opinions of Plaintiffs' expert Ted P. Tatos. In support of their motion, Defendants are filing excerpts from Mr. Tatos's expert report that contains confidential business information, the disclosure of which would cause irrevocable harm to Defendants, including Defendants' fleet plans and certain details regarding modeling of the proposed merger. Defendants are also filing excerpts from Mr. Tatos's deposition, which similarly contain and reflect confidential information regarding Defendants' fleet plans and deal modeling.

4. **Confidential Materials Related to Expert Hal J. Singer**: Defendants are filing a motion *in limine* regarding the expert opinions of Plaintiffs' expert Hal J. Singer. In support of their motion, Defendants are filing excerpts from Dr. Singer's expert reports that contain confidential business information, the disclosure of which would cause irrevocable harm to Defendants, including Defendants' fleet plans, combined network plan, and certain details regarding modeling of the proposed merger. Defendants are also filing excerpts from Dr. Singer's deposition, which similarly contain and reflect confidential information regarding Defendants' fleet plans and deal modeling.

5. Defendants therefore request that an Order be issued by the Court and that order remain in effect until such time that it be lifted by further order of the Court and that the papers be kept in the Clerk's non-public information file during any post-impoundment period. Plaintiffs do not oppose this Motion to Impound.

6. The Defendants will serve copies of the unredacted document on opposing counsel and will hand-deliver the papers to the Court. The Defendants will also work this week to prepare redacted versions of the impounded exhibits containing portions from the expert reports and deposition transcripts that are being filed in connection with the motions *in limine*.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Impound until further order of the Court.

Dated: September 18, 2023                    Respectfully submitted,

/s/ Elizabeth M. Wright
Zachary R. Hafer (MA BBO #569389)
Elizabeth M. Wright (MA BBO #569387)
Zachary Sisko (MA BBO #705883)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
zhafer@cooley.com
ewright@cooley.com
zsisko@cooley.com

Ethan Glass (*Pro Hac Vice*)
Dee Bansal (*Pro Hac Vice* forthcoming)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

*Attorneys for JetBlue Airways Corporation*

/s/ Samuel N. Rudman
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telephone: +1 617 248 4034
srudman@choate.com

/s/ Andrew C. Finch
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)

        Kate Wald (*Pro Hac Vice*)
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        1285 Avenue of the Americas
        New York, NY 10019
        Tel: 212-373-3000
        Fax: 212-757-3990
        afinch@paulweiss.com
        tstmatthewdaniel@paulweiss.com
        jcohen@paulweiss.com
        kwald@paulweiss.com

        Meredith R. Dearborn (*Pro Hac Vice*)
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        535 Mission Street, 24th Floor
        San Francisco, CA 94105
        Tel: 628-432-5100
        Fax: 628-232-3101
        mdearborn@paulweiss.com

        *Attorneys for Defendant Spirit Airlines, Inc.*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Elizabeth M. Wright, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for all Parties conferred in good faith before filing this Motion in an attempt to resolve or narrow this issue.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 18th day of September, 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright