UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE
EXPERT OPINIONS AND TESTIMONY OF DR. HAL SINGER**

Defendants JetBlue Airways Corporation and Spirit Airlines, Inc., by their attorneys, respectfully move *in limine* pursuant to Federal Rule of Evidence 702 to exclude the expert opinions and testimony of Plaintiffs' expert, Dr. Hal Singer, that are unreliable, improperly based on the opinions of non-testifying experts, and not helpful to the trier of fact.  For the reasons articulated in Defendants' Memorandum in Support of Motion to Exclude Expert Opinions and Testimony of Dr. Hal Singer, and the Declaration of Elizabeth M. Wright, dated September 18, 2023, which are being filed contemporaneously herewith, Dr. Singer's opinions concerning JetBlue's post-merger efficiencies should be excluded because they are entirely based on his reading and repurposing of JetBlue's "deal modeling" documents and are not permissible expert opinion testimony under Rule 702.  Moreover, Dr. Singer relies upon the work of DOJ's experts— who are not testifying in this case—in reaching certain conclusions.  Those opinions should be excluded as a result of his improper reliance on non-testifying experts and because Dr. Singer failed to verify or replicate those experts' work.

1

Dated:  September 18, 2023                    Respectfully submitted,

                                                                                           */s/ Elizabeth M. Wright*
Zachary R. Hafer (MA BBO #569389)
Elizabeth M. Wright (MA BBO #569387)
Zachary Sisko (MA BBO #705883)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
zhafer@cooley.com
ewright@cooley.com
zsisko@cooley.com

Ethan Glass (*Pro Hac Vice*)
Dee Bansal (*Pro Hac Vice* forthcoming)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

*Attorneys for JetBlue Airways Corporation*

*/s/ Samuel N. Rudman*
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telephone: +1 617 248 4034
srudman@choate.com

*/s/ Andrew C. Finch*
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com

tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com
Attorneys for Defendant
Spirit Airlines, Inc.

*Attorneys for Defendant Spirit Airlines, Inc.*

## L.R. 7.1 CERTIFICATE OF CONFERENCE

I, Elizabeth M. Wright, hereby certify that pursuant to Local Rule 7.1, counsel for Defendants conferred in good faith with counsel for Plaintiffs on September 14, 2023 regarding this Motion. The parties were unsuccessful in reaching a resolution to avoid this Motion.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 18th day of September, 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

291281712