UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE EXPERT OPINIONS
AND TESTIMONY OF DR. HAL SINGER**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

  1.  I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration support of Defendants' Motion *in Limine* to Exclude Expert Opinions and Testimony of Dr. Hal Singer.

  2.  Attached as Exhibit 1 is a true and correct copy of excerpts of the Amended Expert Report of Hal Singer, Ph.D., dated July 28, 2023 (as modified August 16, 2023). Exhibit 1 is subject to the Motion to Impound filed by the Defendants on September 18, 2023. The Defendants are working to prepare a redacted version of the exhibit, which can be filed publicly if the Court grants the Joint Motion to Impound.

  3.  Attached as Exhibit 2 is a true and correct copy of excerpts of the Reply Report of Hal Singer, Ph.D., dated September 2, 2023. Exhibit 2 is subject to the Motion to Impound filed

by the Defendants on September 18, 2023.  The Defendants are working to prepare a redacted version of the exhibit, which can be filed publicly if the Court grants the Joint Motion to Impound.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the Deposition Transcript of Hal Singer, deposed September 13, 2023.  Exhibit 3 is subject to the Motion to Impound filed by the Defendants on September 18, 2023.  The Defendants are working to prepare a redacted version of the exhibit, which can be filed publicly if the Court grants the Joint Motion to Impound.

Dated: September 18, 2023

Respectfully submitted,

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant*
*JetBlue Airways Corporation*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 18th day of September, 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright
