# EXHIBIT 1

# Amended Expert Report Excerpts of Hal Singer, Ph.D.

# SEALED – SUBJECT TO MOTION TO IMPOUND FILED SEPT. 18, 2023