UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## DEFENDANTS' MOTION TO EXCLUDE
## EXPERT OPINIONS AND TESTIMONY OF TED P. TATOS

Defendants JetBlue Airways Corporation and Spirit Airlines, Inc., by their attorneys, respectfully move pursuant to Federal Rule of Evidence 702 to preclude the opinions and testimony of Plaintiffs' expert, Mr. Ted P. Tatos, opining that the proposed merger is "likely to threaten loss or damage to the Plaintiffs in this matter," and purports to quantify that alleged harm based on the "available evidence." For the reasons articulated in Defendants' Memorandum in Support of Defendants' Motion to Exclude Expert Opinions and Testimony of Ted P. Tatos, and the Declaration of Elizabeth M. Wright, dated September 18, 2023, which are being contemporaneously herewith, Mr. Tatos' opinions regarding likely "loss or damage to the Plaintiffs" are irrelevant to the issues in this case, divorced from the record evidence, and not based on any reliable methodology, and are not permissible expert opinion testimony under Rule 702.

Dated: September 18, 2023

            Respectfully submitted,

            */s/ Elizabeth M. Wright*
            Zachary R. Hafer (MA BBO #569389)
            Elizabeth M. Wright (MA BBO #569387)
            Zachary Sisko (MA BBO #705883)

Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
zhafer@cooley.com
ewright@cooley.com
zsisko@cooley.com

Ethan Glass (*Pro Hac Vice*)
Dee Bansal (*Pro Hac Vice* forthcoming)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*

*/s/ Samuel N. Rudman*
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telephone: +1 617 248 4034
srudman@choate.com

*/s/ Andrew C. Finch*
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

## L.R. 7.1 CERTIFICATE OF CONFERENCE

I, Elizabeth M. Wright, hereby certify that pursuant to Local Rule 7.1, counsel for Defendants conferred in good faith with counsel for Plaintiffs on September 14, 2023 via videoconference regarding this Motion. The parties were unable to resolve or narrow the issues to avoid filing this Motion.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 18th day of September, 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

291281679