UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF TED P. TATOS**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration support of Defendants' Motion to Exclude Expert Report of Ted P. Tatos.

    2.    Attached as Exhibit 1 is a true and correct copy of the Amended Expert Report of Ted P. Tatos, dated July 28, 2023 (as modified August 16, 2023). Exhibit 1 is subject to the Motion to Impound filed by the Defendants on September 18, 2023 (Dkt. 228). The Defendants are working to prepare a redacted version of the exhibit, which can be filed publicly if the Court grants the Motion to Impound.

    3.    Attached as Exhibit 2 is a true and correct copy of excerpts of the Rough Deposition Transcript of Ted P. Tatos, who was deposed on September 15, 2023. Exhibit 2 is subject to the Motion to Impound filed by the Defendants on September 18, 2023 (Dkt. 228). The Defendants

are working to prepare a redacted version of the exhibit, which can be filed publicly if the Court grants the Motion to Impound.

Dated: September 18, 2023                                       Respectfully submitted,

/s/ *Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant*
*JetBlue Airways Corporation*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 18th day of September, 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

291281779