# EXHIBIT 1

# Amended Expert Report of Ted P. Tatos

# SEALED – SUBJECT TO MOTION TO IMPOUND FILED SEPT. 18, 2023