# EXHIBIT 2

# Excerpts of Rough Deposition Transcript of Ted P. Tatos

# SEALED – SUBJECT TO MOTION TO IMPOUND FILED SEPT. 18, 2023