UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF "OUT-OF-MARKET BENEFITS"**

Pursuant to Federal Rule of Evidence 401 and 402 and this Court's Case Management Order (Dkt. no. 96), Plaintiffs Gabriel Garavanian, *et al.* respectfully move the Court to preclude Defendants JetBlue Airways Corporation and Spirit Airlines, Inc. from introducing evidence at trial in support of a purported "out-of-market benefits," as described in detail in the supporting memorandum of points and authorities filed concurrently herewith.

1

Dated: September 18, 2023

Respectfully submitted,

LARSON LLP

By /s/ *Scott Gregory Herrman*

Scott Gregory Herrman (VA Bar No. 74989)
Robert F. Ruyak
Stephen G. Larson
555 South Flower Street, Suite 4400
Los Angeles, California 90071
(*Admitted pro hac vice*)

*Attorneys for Plaintiffs*

Additional counsel below

Joseph M. Alioto Jr.
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, California 94111
(*Admitted Pro Hac Vice*)

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115

Lingel H. Winters
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941

Christopher A. Nedeau
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

Josephine Alioto
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that this document was filed through the ECF system on September 18, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ S. Gregory Herrman<br>
S. Gregory Herrman