UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

### UNOPPOSED MOTION FOR DEEPTI BANSAL TO APPEAR *PRO HAC VICE*

  Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation ("JetBlue"), respectfully moves that Deepti Bansal of the firm Cooley LLP, 1299 Pennsylvania Avenue NW, Suite 700, Washington, DC 20004-2400 be admitted *pro hac vice* to act as counsel for JetBlue in this case. Ms. Bansal has executed a certificate in accordance with Local Rule 85.5.3, which is submitted herewith.  The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue in this action.

Dated: September 18, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth M. Wright*
　　　　　　　　　　　　　　　　　　　　Elizabeth M. Wright (MA BBO #569387)
　　　　　　　　　　　　　　　　　　　　ewright@cooley.com
　　　　　　　　　　　　　　　　　　　　500 Boylston Street
　　　　　　　　　　　　　　　　　　　　14th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02116-3736
　　　　　　　　　　　　　　　　　　　　Telephone:　+1 617 937 2300
　　　　　　　　　　　　　　　　　　　　Facsimile:　+1 617 937 2400

　　　　　　　　　　　　　　　　　　　　*Attorney for JetBlue Airways Corporation*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

**CERTIFICATE OF SERVICE**

I hereby that the foregoing motion, which was filed with the Court through the CM/ECF system on September 18, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

290780494