UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

    *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No. 1:23-cv-10678-WGY

**CERTIFICATION OF DEEPTI BANSAL**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Deepti Bansal, certify the following:

1. I am a member of the Bar of the District of Columbia and the Bar of the State of New York and am admitted to practice in the following courts:

   - District of Columbia
   - New York State Courts
   - U.S. Court of Appeals for the Ninth Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: September 18, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Deepti Bansal*
Deepti Bansal
dbansal@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

290780424