UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GABRIEL GARAVANIAN, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 1:23-cv-10678-WGY |
| v. | ) ) ) | |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

**STIPULATION FOR DISMISSAL**

**PURSUANT TO RULE OF CIVIL PROCEDURE 41(a)1(A)(ii)**

IT IS HEREBY STIPULATED and agreed by and between the undersigned parties and their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff JUNE STANSBURY ("Stansbury") voluntarily dismisses with prejudice all claims Plaintiff STANSBURY has asserted in the above-captioned action against Defendants JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., with each party to bear its own attorneys' fees and costs. This stipulated dismissal is with respect to Plaintiff STANSBURY only and does not impact the claims against Defendants JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC. brought by any other named Plaintiff in this matter.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

Dated: September 18, 2023.  By: /s/ *Joseph M. Alioto, Jr.*
    Joseph M. Alioto Jr. (SBN 215544)
    ALIOTO LEGAL
    100 Pine Street, Suite 1250
    San Francisco, CA 94111
    Telephone: (415) 398-3800
    E-mail: joseph@aliotolegal.com


Dated: September 18, 2023  COOLEY LLP

  By: /s/ *Elizabeth M. Wright*
    Zachary R. Hafer (MA BBO #569389)
    Elizabeth M. Wright (MA BBO #569387)
    Zachary Sisko (MA BBO #705883)
    Cooley LLP
    500 Boylston Street, 14th Floor
    Boston, MA 02116-3736
    Tel: 617-937-2300
    zhafer@cooley.com
    ewright@cooley.com
    zsisko@cooley.com

    Ethan Glass (*Pro Hac Vice*)
    Dee Bansal (*Pro Hac Vice* forthcoming)
    Matt K. Nguyen (*Pro Hac Vice*)
    Cooley LLP
    1299 Pennsylvania Avenue NW, Suite 700
    Washington, DC 2004-2400
    Tel: 202-842-7800
    Fax: 202-842-7899
    eglass@cooley.com
    dbansal@cooley.com
    mnguyen@cooley.com

                                              Beatriz Mejia (*Pro Hac Vice*)
                                              Cooley LLP
                                              3 Embarcadero Center, 20th Floor
                                              San Francisco, CA 94111
                                              Tel: 415-693-2000
                                              Fax: 415-693-2222
                                              bmejia@cooley.com

                                              *Attorneys for JetBlue Airways Corporation*

Dated: September  19  , 2023        PAUL, WEISS, RIFKIND, WHARTON &
                                              GARRISON LLP


                                          By:  /s/  *Andrew C. Finch*
                                                Andrew C. Finch (pro hac vice)
                                                Eyitayo St. Matthew-Daniel (pro hac vice)
                                                Jay Cohen (pro hac vice)
                                                Kate Wald (pro hac vice)
                                                afinch@paulweiss.com
                                                tstmatthewdaniel@paulweiss.com
                                                jaycohen@paulweiss.com
                                                kwald@paulweiss.com
                                                1285 Avenue of the Americas
                                                New York, NY 10019
                                                Telephone: (212) 373-3000
                                                Facsimile: (212) 757-3990

                                                Meredith R. Dearborn (pro hac vice)
                                                mdearborn@paulweiss.com
                                                535 Mission Street, 24th Floor
                                                San Francisco, CA 94105
                                                Telephone: (628) 432-5100
                                                Facsimile: (628) 232-3101

                                                CHOATE, HALL & STEWART LLP
                                                Samuel N. Rudman (MA BBO #698018)
                                                srudman@choate.com
                                                Two International Place
                                                Boston, MA 02110
                                                Telephone: +1 617 248 4034

                                                *Attorneys for Defendant Spirit Airlines, Inc.*