UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**PROPOSED ORDER OF DISMISSAL**
**PURSUANT TO RULE OF CIVIL PROCEDURE 41**

The Court, having considered the stipulation of the parties, and for good cause appearing therefore, orders as follows:

1. All claims asserted by Plaintiff JUNE STANSBURY against Defendants JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC. in the above-captioned action are hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: September   , 2023

_____
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE