# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## CERTIFICATION OF JACKSON YATES FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jackson Yates, hereby certify that:

1. I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, and I am admitted to the bar of the State of New York. My office telephone number is (212) 373-3965.

2. I am a member of good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on September 19, 2023 in New York, New York.

/s/     *Jackson Yates*
Jackson Yates