UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>        *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Jackson Yates, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: September 21, 2023

              Respectfully submitted,

              /s/ *Jackson Yates*
              Jackson Yates (admitted *pro hac vice*)
              Paul, Weiss, Rifkind, Wharton & Garrison LLP
              1285 Avenue of the Americas
              New York, New York 10019-6064
              (212) 373-3965
              jyates@paulweiss.com

              *Attorney for Defendant Spirit Airlines, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2023.

                                        /s/ *Jackson Yates*