AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Gabriel Garavanian, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date:   09/21/2023

/s/ Deepti Bansal
*Attorney's signature*

Deepti Bansal (admitted pro hac vice)
*Printed name and bar number*

COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
*Address*

dbansal@cooley.com
*E-mail address*

(202) 842-7800
*Telephone number*

(202) 842-7899
*FAX number*