UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**DECLARATION OF S. GREGORY HERRMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE CERTAIN DOCUMENTS**

I, S. Gregory Herrman, declare as follows:

1. I am counsel with Larson LLP, attorneys of record for Plaintiffs. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiffs' Opposition To Defendants' Motion In Limine To Exclude Certain Documents. If called to testify in this action, I could and would testify competently to all matters contained in this declaration based upon my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0472.

3. Attached hereto as Exhibit 2 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0444.

4. Attached hereto as Exhibit 3 is a true and correct copy of portions of the transcript

1

of the January 12, 2023 30(b)(6) Deposition of Derek Klinka.

5. Attached hereto as Exhibit 4 is a true and correct copy of portions of the transcript of the June 14, 2023 Deposition of Robin Hayes.

6. Attached hereto as Exhibit 5 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0035.

7. Attached hereto as Exhibit 6 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0372.

8. Attached hereto as Exhibit 7 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0149.

9. Attached hereto as Exhibit 8 is a true and correct copy of portions of the transcript of the June 27, 2023 Deposition of H. McIntyre Gardner in this case.

10. Attached hereto as Exhibit 9 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0471.

11. Attached hereto as Exhibit 10 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0483.

12. Attached hereto as Exhibit 11 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0147.

13. Attached hereto as Exhibit 12 is a true and correct copy of portions of the transcript of the June 27, 2023 Deposition of H. McIntyre Gardner in Case No. 1:23-cv-10511.

14. Attached hereto as Exhibit 13 is a true and correct copy of portions of Plaintiffs' Trial Exhibit P0156.

15. Attached hereto as Exhibit 14 is a true and correct copy of portions of the transcript of the January 24, 2023 Deposition of Edward Christie.

16. Attached hereto as Exhibit 15 is a true and correct copy of portions of the transcript of the June 19, 2023 Deposition of Edward Christie.

17. Attached hereto as Exhibit 16 is a true and correct copy of portions of the transcript of the June 6, 2023 Deposition of Edward Christie in Case No. 1:23-cv-10511.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of September, 2023, at Ashburn, VA.

/s/ S. Gregory Herrman
S. Gregory Herrman

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the ECF system on September 25, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

I further certify that a confidential version of this document and its exhibits was served on the defendants on September 25, 2023, by transmitting it by email to counsel for defendants.

              */s/ Joseph M. Alioto, Sr*

              Joseph M. Alioto, Sr