# EXHIBIT 3



## Transcript of **Derek Klinka 30(b)(6)**

Thursday, January 12, 2023

*JetBlue/Spirit Investigation*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 124086

```
 1                UNITED STATES DEPARTMENT OF JUSTICE

 2

 3       - - - - - - - - - - - - - - -  X

 4       In the Matter of               :  Civil

 5                                      :  Investigative

 6       JETBLUE/SPIRIT INVESTIGATION   :  Demand 31282

 7       - - - - - - - - - - - - - - -  X

 8

 9                                   Washington, D.C.

10                                   Thursday, January 12, 2023

11              Videotaped Deposition of DEREK KLINKA, a

12    30(b)(6) witness herein, called for examination by

13    counsel for United States Department of Justice in

14    the above-entitled matter, pursuant to Civil

15    Investigative Demand, the witness being duly sworn by

16    Desirae S. Jura, a Notary Public in and for the

17    District of Columbia, held at the offices of United

18    States Department of Justice, 450 Fifth Street, NW,

19    Washington, DC, at 9:37 a.m., Thursday, January 12,

20    2023, and the proceedings being taken down by

21    Stenotype by Desirae S. Jura, RPR, and transcribed

22    under her direction.
```

1   create a pretty -- what we believed at the time to be
2   an accurate view of what they do, and how they
3   generate cash flow.
4           And what we did is we looked at what
5   potentially could change as a result of the
6   transaction with their cost profile.  Used that as an
7   input to feed the model we built.  And then worked
8   with network planning to decide where would we
9   reallocate shells for those who underperformed from a
10  financial perspective.
11       Q.   And shells is essentially just a synonym
12  for aircraft.  Is that fair to say?
13       A.   Correct.
14       Q.   And you mentioned a model.  Had you
15  already built a model at that point in time?
16       A.   Not for this transaction.
17       Q.   Okay.  So you say you used that as an
18  input to feed the model we built.  What are you
19  talking about?
20       A.   So I was talking about the cost synergy
21  model.
22       Q.   Okay.  And the cost synergy model, can you

1  describe what -- when that process started, building

2  what a cost synergy model would be?

3      A.   I started the process in mid-February.

4      Q.   And what was the impetus for starting that

5  process?

6      A.   A directive from our board of directors

7  and our leadership team to do so.

8      Q.   Okay.  Was that after the Frontier bid for

9  Spirit had been made?

10     A.   It was.

11     Q.   Prior to that directive in mid-February,

12 had you ever looked at modeling the costs and

13 synergies associated with a Spirit acquisition

14 before?

15     A.   By JetBlue?

16     Q.   Yes.

17     A.   Yes.

18     Q.   And that was in the 2019-2020 time period?

19     A.   It was.

20     Q.   And since early 2020, had you looked at

21 the potential costs and savings associated with it?

22     A.   No.

```
 1      Q.    Did you provide them with whatever the
 2  current iteration was of Exhibit 10?
 3      A.    I don't recall what Exhibit 10 is.
 4      Q.    Exhibit 10, that is the spreadsheet with
 5  the Shop's statistics tab that --
 6      A.    That wouldn't have been used to generate a
 7  fairness opinion.
 8      Q.    Okay.  So you wouldn't have discussed that
 9  with Goldman?
10      A.    Not in detail, if at all.
11            MR. DUFFY:  If we can go off the record
12  for just a second.
13            THE VIDEOGRAPHER:  Off the record.  The
14  time is 5:12.
15            (Recess.)
16            THE VIDEOGRAPHER:  On the record.  The
17  time is 5:13.
18  BY MR. DUFFY:
19      Q.    One question, we were discussing kind of
20  the impetus for re-looking at the possibility of
21  acquiring Spirit.  And is it fair to say that the
22  Frontier bid to acquire Spirit got the ball rolling
```

```
 1   at JetBlue to get serious about making an offer?
 2        A.    The Frontier bid put a timeline on acting.
 3        Q.    And in your analysis of the revenue
 4   synergies, did you consider the effect of Spirit
 5   fares on JetBlue fares on a route where there was
 6   overlap?
 7        A.    Not in the modeling.
 8        Q.    Not in the modeling.  So your model
 9   doesn't consider whether or not Spirit's entry on a
10   route has any effect on JetBlue's fares on that
11   route?
12        A.    No.
13        Q.    So your calculation of synergies doesn't
14   consider whether JetBlue can earn more revenue as a
15   result of Spirit no longer serving that route?
16        A.    No.
17        Q.    All right.  I think that's all we have on
18   that.
19              One question.  This goes back to the issue
20   of employing airport and ground crews directly as
21   opposed to contractors.  Currently, does JetBlue use
22   a mix of direct employees and contractors at
```

1                CERTIFICATE OF REPORTER

2

3    UNITED STATES OF AMERICA    ) ss:

4    DISTRICT OF COLUMBIA        )

5       I, Desirae S. Jura, RPR, the officer before whom

6    the foregoing proceedings were taken, do hereby

7    certify that the foregoing transcript is a true and

8    correct record of the proceedings; that said

9    proceedings were taken by me stenographically to the

10   best of my ability and thereafter reduced to

11   typewriting under my supervision; and that I am

12   neither counsel for, related to, nor employed by any

13   parties to this case and have no interest, financial

14   or otherwise, in its outcome.

15

16

17                          _____

18                          Notary Public in and for

19                          The District of Columbia

20

21

22   My commission expires:  1/31/2025