# EXHIBIT 4

# HIGHLY CONFIDENTIAL



## Transcript of **Robin Hayes**

Wednesday, June 14, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 128918

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   UNITED STATES OF AMERICA, et al.,

 5            Plaintiffs,            Civil Action No.

 6            v.                     1:23-cv-10511-WGY

 7   JETBLUE AIRWAYS CORPORATION and

 8   SPIRIT AIRLINES, INC.,

 9

10            Defendants.

11   _____

12

13              ****HIGHLY CONFIDENTIAL****

14

15            VIDEOTAPED DEPOSITION OF

16                   ROBIN HAYES

17            IN HIS PERSONAL CAPACITY

18                 JUNE 14, 2023

19

20

21

22

23   REPORTED BY:  BRIDGET LOMBARDOZZI, CSR, RMR, CRR

24   JOB NO. 128918

25
```



```
 1  not -- not that many.
 2       Q.   Sure.
 3            And then when you say "When you see" --
 4  "When you see an opportunity to accelerate the
 5  plan" --
 6       A.   Mm-hmm.
 7       Q.   -- "I think you need to take it,"
 8  what -- what is "the plan" that you're referring
 9  to there?
10       A.   I refer to our organic plan and the
11  ability to accelerate that and make JetBlue a more
12  national low fare challenger to the big four,
13  which I feel passionately that most people who fly
14  JetBlue would love us to do.
15       Q.   And what was the -- the specific
16  opportunity that you were referring to to
17  accelerate the plan?
18       A.   To acquire Spirit.
19       Q.   Okay.  And was the -- the -- the timing
20  of the bid influenced by the Frontier bids?  Well,
21  let's strike that.  Let me -- let me state this
22  more clearly.
23            Was the timing of the JetBlue bid driven
24  by the fact that Frontier had made its own bid to
25  acquire Spirit?
```



```
 1                    MR. SHORES:  Objection to
 2          form.
 3      A.   Yeah.  So as you're aware, you know, we
 4  have looked -- we had looked to Spirit previously.
 5      Q.   Mm-hmm.
 6      A.   The last -- the last time we looked at
 7  it in late 2019/early 2020 obviously didn't happen
 8  because of COVID.  What the Frontier bid did was
 9  force us to make a decision whether we wanted to
10  go back to that plan or not.  And so it forced us
11  to make a decision within a certain period of
12  time.
13      Q.   Mm-hmm.
14      A.   But the decision -- the -- the idea of
15  buying Spirit, as you know, was not new.
16      Q.   Right.
17           So is it fair to say that the Frontier
18  bid narrowed the window of opportunity such that
19  if that bid were accepted, JetBlue would have lost
20  the ability to acquire the Spirit assets?
21                    MR. SHORES:  Objection to
22          form; asked and answered.
23      A.   Yes.  It -- it meant that we had to make
24  a decision before that possibility was closed out.
25      Q.   And was it also true that -- that
```



```
 1                REPORTER'S CERTIFICATE
 2
 3         I hereby certify that the witness in the
 4   foregoing deposition, ROBIN HAYES, by me was duly sworn
 5   to testify to the truth, the whole truth and nothing but
 6   the truth, in the within-entitled cause; that said
 7   deposition was taken at the time and place herein named;
 8   and that the deposition is a true record of the
 9   witness's testimony as reported by me, a duly certified
10   shorthand reporter and a disinterested person, and was
11   thereafter transcribed into typewriting by computer.
12         I further certify that I am not interested in
13   the outcome of the said action, nor connected with nor
14   related to any of the parties in said action, nor to
15   their respective counsel.
16         IN WITNESS WHEREOF, I have hereunto set my
17   hand this 19th day of June 2023.
18         Reading and Signing was:
19    x   requested      ___ waived      ___ not discussed.
20
21
22       [signature: Bridget Lombardozzi]
23         BRIDGET LOMBARDOZZI, CSR, RMR, CRR
24
25
```