# **EXHIBIT 6**

425 1 secfiling-jetblueoffersz.htm 425

Filed by Spirit Airlines, Inc.
pursuant to Rule 425 under the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
under the Securities Exchange Act of 1934

Subject Company: Spirit Airlines, Inc.
SEC File No.: 001-35186
Date: May 23, 2022



Witness: Gardner
Exhibit: 21
Date: 6/27/23
Margaret Reihl, CCR, CRR, RPR

# ❯❯❯ The Facts On JetBlue's Inferior Offer

- ✗ JetBlue's regulatory case is weak and defies common sense – the JetBlue "offer" is illusory as it is not reasonably capable of being consummated

- ✗ JetBlue's cash offer is highly opportunistic when Spirit's stock is near all-time lows, and it excludes Spirit shareholders from participating in the upside of airline industry recovery and synergies

- ✗ We believe JetBlue's real motivation is to break up the Spirit / Frontier merger and prevent the creation of a stronger combined competitor

- ✗ JetBlue's shareholders are telling JetBlue to STOP NOW and fix its own problems

- ✗ JetBlue has made numerous false claims about Spirit and the superior Frontier merger

- ✓ **Spirit's Board undertook a thorough, deliberate review of JetBlue's offer and made a well-informed, unanimous decision**

6/1/23, 2:07 PM
Case 1:23-cv-10678-WGY Document 252-6 Filed 09/25/23 Page 4 of 13
secfiling-jetblueoffersz

# Is JetBlue Purposefully Downplaying the Substantial Regulatory Risk?

3

| JetBlue's Claim | Reality |
|---|---|
| **"Combined Spirit / Frontier and JetBlue / Frontier will be approximately the same size"** | ✓ Not about size, but about type of carrier – **JetBlue is a high-fare carrier**<br><br>✓ **JetBlue acquisition removes the largest low-fare competitor,** affecting millions of consumers across the U.S. |
| **"The NEA is limited and pro-competitive"** | ✓ If the NEA is so pro-competitive, **why is DOJ suing to block it?**<br><br>✓ The NEA is not "limited"… it is a **de facto merger between JetBlue and American Airlines** (the largest airline in the world) in the Northeast and will have a major effect in the most lucrative air travel region in the U.S. and **will harm air travelers across the country by significantly diminishing JetBlue's incentive to compete with American** |
| **"JetBlue has solved Spirit's NEA concerns by offering to divest all of Spirit's assets in NYC and Boston"** | ✓ JetBlue is **expressly reserving the right to refuse any other divestiture commitments** that would materially and adversely affect the NEA<br><br>✓ If JetBlue believes that divestitures in NYC and Boston are sufficient, why would it need to explicitly carve out any other divestitures in any other markets that would materially and adversely affect the NEA? |

**JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer**

https://www.sec.gov/Archives/edgar/data/1498710/000149871022000187/secfiling-jetblueoffersz.htm
7/45



## Spirit Shareholders Lose in All NEA Litigation Scenarios

6

- We consider **JetBlue's simplistic view** on litigation outcomes to be severely flawed, inaccurate and misleading

- If JetBlue <u>wins or settles</u> the NEA litigation, the **DOJ will be even more determined to stop a JetBlue acquisition of Spirit** as JetBlue will have just completed a de facto merger with American Airlines (the largest airline in the world) – this is not a reasonable risk for Spirit's shareholders to bear

- If JetBlue <u>loses</u> the NEA litigation, **JetBlue (and / or American) would likely appeal in a last-ditch effort to save the anticompetitive alliance that it has implied is more important than an acquisition of Spirit** – that process could take well over a year to resolve

- Neither outcome changes the fact that **JetBlue is a high-fare airline trying to buy a low-fare airline** and raise fares

- **In all cases, Spirit shareholders lose** with JetBlue's proposal as it is not reasonably capable of being consummated

*The anticompetitive NEA should be blocked and Spirit cannot commit to a deal that leaves its shareholders on the sidelines while JetBlue engages in a litigation marathon with DOJ*

**JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer**





# At Its Core, The JetBlue Proposal Represents a High-Fare Carrier Trying to Buy a Low-Fare Carrier

**2019 Passenger Yield[1]**

**2019 Average Fare[2]**

***JetBlue has stated it will reduce capacity and raise fares on Spirit routes…how will regulators approve that transaction?***

Source: Company filings.
1. 2019 Passenger Revenue / Revenue Passenger Miles.
2. Spirit and Frontier based on 2019 Fare Revenue Per Passenger and JetBlue based on disclosed 2019 Average Fare.

**JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer**

## Shareholders Should Think About the Conversation with Regulators

8

**A JetBlue Acquisition of Spirit Will Have Lasting Negative Impacts on Consumers**

- ✗ Raises Spirit's ticket prices

- ✗ Removes ~50% of the ULCC capacity in the U.S.

- ✗ Merges Spirit with a de facto combined JetBlue and American Airlines in the Northeast

- ✗ Represents a second major transaction for JetBlue while DOJ is in litigation to block the NEA transaction

*JetBlue's Unrealistic Regulatory Analysis Results in an Illusory Offer*



# We Believe JetBlue's Real Motivation Is to Break Up The Spirit / Frontier Merger

15

### JetBlue vs. Spirit / Frontier[1]

**Spirit / Frontier Merger Creates National ULCC with Greater Reach than JetBlue…**

**…And a Much Lower Cost Base to Undercut JetBlue on Prices…JetBlue Loses but Consumers Win!**

Destinations Served: jetBlue 107, S 85, SF 145+
Passengers (MM): jetBlue 30.1, S 30.8, SF 51.5
CASM Ex-Fuel: jetBlue 10.1¢, F 7.0¢, S 6.7¢

### JetBlue Seems Afraid to Compete with a Combined ULCC…and We Understand Why

- True national ULCC with an expansive network

- Unit costs are ~32% below JetBlue's unit costs before cost savings[1][2]

- JetBlue's high fares already repel many customers leading to its weak financial performance relative to ULCCs (or any other airline), but at least it has a scale advantage…

- …With that scale advantage gone, JetBlue may be understandably afraid of becoming irrelevant

- JetBlue still wins if the Spirit / Frontier merger does not happen, but Spirit shareholders and the American public lose BIG TIME

**With fares >3x higher than Spirit and Frontier, JetBlue appears to be worried about competing against a combined ULCC that has greater reach and a larger network than JetBlue!**

1. Based on FY2021 or as of December 31, 2021.
2. Based on average of Spirit and Frontier 2021 CASM Ex-Fuel vs. JetBlue 2021 CASM Ex-Fuel.

What Is JetBlue's Real Motivation?

# JetBlue Continues to Spread Misinformation

20

| The Fiction | The Fact |
|---|---|
| **"Spirit Board refused to engage on proposal"** | ✓ Spirit Board's rejection of JetBlue's proposal followed a **careful, thorough review** as described in our proxy statement<br>✓ JetBlue's own background section of its **Tender Offer describes several weeks of engagement**<br>✓ In a two-hour call with JetBlue CEO, CFO and other members of management team, Spirit answered all their due diligence questions, and JetBlue **thanked our team for their openness and transparency** |
| **"Cash offer is more value in any scenario"** | ✓ JetBlue does **not account for any industry recovery**, assumes all airline stocks will continue to trade at today's level<br>✓ Ignores the value of the 48.5% **share of synergies created in a merger with Frontier** that Spirit shareholders receive<br>✓ JetBlue does not account for the value destruction incurred by Spirit from up to 2 years of fighting the DOJ |
| **"Average airline transaction premium is 86%"** | ✓ JetBlue and its advisors have erroneously conflated the Frontier stock merger with an all-cash acquisition – **don't be fooled by their phony statistics**<br>✓ JetBlue's **cash acquisition** offer is a 38% premium to Spirit's unaffected price on February 4th, a **material discount** to precedent median **cash acquisition premiums** of 86% in cash LCC transactions[1,2]!<br>✓ On the contrary, Frontier **stock merger** premium of 19% **exceeds** precedent median **stock merger premiums of 12%**[3], which are customarily lower than cash acquisition premiums due to target and acquirer sharing in the future upside<br>✓ In the Frontier merger, not only is Spirit receiving a relatively high upfront premium compared to merger precedents, but Spirit shareholders also benefit from substantial potential upside from future growth and synergies |
| **"Spirit agreed to Frontier deal without considering alternatives"** | ✓ Spirit has had strategic discussions with other airlines over the years as outlined in our proxy statement<br>✓ Spirit has **specifically spoken to JetBlue** over the years and JetBlue **never indicated any interest** in a combination<br>✓ Robin Hayes and Ted Christie know each other well. Current JetBlue Board member **Ben Baldanza is the former CEO of Spirit and could have initiated engagement with Spirit at any time**<br>✓ JetBlue CEO, Robin Hayes: "Once the Spirit and Frontier deal was announced it created a window of opportunity that if you don't act in it, it's gone. So yes, it was something that the **timing was definitely driven by the announcement**" |

1. Precedent transaction premiums are based on unaffected stock prices, Spirit / Frontier transaction's unaffected date is February 4, 2022.
2. Includes precedent cash consideration transactions in the LCC sector: WestJet / Onex, Virgin America / Alaska, and Midwest Air / TPG & Northwest.
3. Based on median one-day premiums for U.S. M&A transactions in all sectors over $500MM in size announced in 2007 – 2021 with pro forma target ownership of 35 – 65%.

**Summary of JetBlue's Propaganda**

# JetBlue Continues to Spread Misinformation

| The Fiction | The Fact |
|---|---|
| **"Spirit Board members are conflicted"** | ✔ On Spirit's Board, **7 out of 8 members are independent**<br>✔ Bill Franke has not been involved with Spirit since he resigned from the Board and sold his last shares of Spirit over 9 years ago<br>✔ Board has been advised by top-tier legal, economic and financial advisors, and thoroughly evaluated the proposals |
| **"Spirit's Chairman didn't return our call"** | ✔ When JetBlue's Chairman called, **our Chairman was contractually prohibited from speaking to would-be suitors until the Spirit Board acted** according to the customary non-solicitation provision in the Frontier merger agreement |
| **"Frontier has similar regulatory risk"** | ✔ JetBlue is a **high-fare airline acquiring a low-fare airline and vowing to reduce capacity and increase prices to consumers**<br>✔ Frontier is a merger of two ULCCs producing $1B of annual consumer benefit and $500MM in annual operating synergies derived from more flying on existing assets<br>✔ **Doesn't take an antitrust attorney to see that JetBlue is a much tougher story to sell!** |
| **"Spirit's standalone projections are unreasonably optimistic"** | ✔ As the leading ULCC serving price-sensitive leisure customers, **Spirit is seeing a historically strong demand environment**<br>✔ Spirit's ultra-low-cost structure and fuel-efficient fleet makes us a **relative winner in a higher fuel environment**; we believe that the Street will catch-up to our long-term targets as we continue to outperform quarter over quarter |

Summary of JetBlue's Propaganda



# Spirit Undertook a Rigorous Review of JetBlue Offer

22

- Spirit, its Board, and its advisors undertook a **thorough, comprehensive review to evaluate JetBlue's proposal throughout April, including the likelihood of its obtaining regulatory clearance**

- Spirit's Board spent the first week following receipt of JetBlue's proposal analyzing the proposal – the Board initially determined that it COULD potentially lead to a superior proposal, and authorized Spirit's management to engage in conversations with JetBlue

- **Spirit's antitrust counsel retained prominent economic consultants** as well as **an experienced aviation economist** to provide input and analysis on the veracity of JetBlue's claims

- **Extensive dialogue between antitrust counsels to Spirit and JetBlue over a four-week period**; seven calls and video conferences and a comprehensive review of the data provided by JetBlue's regulatory counsel and economic consultant

- At the conclusion of Spirit's analysis of JetBlue's claims, Spirit's Board determined that JetBlue's original proposal represented an **unsatisfactorily high degree of completion risk with inadequate protections for Spirit shareholders**

- In order to address the Spirit Board's concerns, on April 25 **Spirit responded to JetBlue with a proposal including strengthened regulatory provisions designed to reduce completion risk** along with a substantial reverse termination fee intended to protect Spirit shareholders and partially compensate Spirit if the transaction failed to win antitrust clearance

- JetBlue responded on April 29, **rejecting Spirit's proposal and failing to address Spirit's concerns**, including an unwillingness to commit to terminate the NEA, so Spirit's Board determined JetBlue's proposal is not reasonably capable of being consummated and therefore does not constitute a Superior Proposal

**Rigorous process undertaken to assess completion risk, which JetBlue failed to adequately address**

Summary of JetBlue's Propaganda



## JetBlue Was Provided Access, Data and Information

**JetBlue's claims that Spirit's Board refused to engage are not supported by facts….read the proxy for yourself!**

**7 Meetings & Hundreds of Hours**
- Following signing of the NDA with JetBlue on April 8, Spirit's outside antitrust counsel, Paul Weiss, immediately engaged with JetBlue's antitrust counsel and conducted extensive analysis of JetBlue's proposal
- Spirit's economic consultants have spent literally hundreds of hours assessing the regulatory risk of an acquisition of Spirit by JetBlue, including assessing the validity and merits of JetBlue's own analysis

**Constructive VDR Access**
- Spirit promptly opened a virtual data room to JetBlue, which was substantively consistent with information shared with Frontier and included a detailed 5-year plan
- As any reasonable and responsible person would do, in the interest of protecting Spirit's business in the event a JetBlue transaction did not proceed, certain commercially sensitive "clean room" information was withheld until JetBlue could establish a clear path forward to obtain regulatory approval, which it has clearly failed to do

**2-Hour Diligence Call**
- On April 19, Spirit's management team conducted a 2-hour due diligence call with JetBlue's management team on a range of high priority due diligence topics, including financial model projections, fleet financing, labor, Spirit's new HQ, and other material contract details

**Inappropriate Requests**
- JetBlue requested highly competitive, sensitive items including route-level forecast of passenger and other revenue through 2025
- Spirit's management declined to provide such information, consistent with the information provided to Frontier
- Material information on Spirit is of course publicly available; JetBlue – like any U.S. airline – also has easy access to airline subscription data services that would allow them to evaluate Spirit's route level economics

**Spirit and its advisors engaged consistently and constructively with JetBlue since their March 29th proposal**

Summary of JetBlue's Propaganda



## Spirit's Board Recommendations for Spirit Shareholders

24

 Vote "**FOR**" the Frontier Merger Agreement

 **REJECT** the JetBlue Tender Offer and **DO NOT** tender any shares of Spirit to the Offer

Spirit's Board Recommendations