# EXHIBIT 8

**HIGHLY CONFIDENTIAL**



Transcript of **H. McIntyre ("Mac") Gardner**

Tuesday, June 27, 2023

*Gabriel Garavanian, et al. v. JetBlue Airways Corporation, et al.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 130900

1                UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MASSACHUSETTS

3

4    Garavanian, et al            )
                                  )
5         v.                      )  Case No.
                                  )1:23-cv-10678-WGY
6    JetBlue Airways              )
     Corporation, et al.          )
7

8

9                    HIGHLY CONFIDENTIAL

10

11          Videotaped deposition of H. McINTYRE

12   ("MAC") GARDNER, taken stenographically before

13   MARGARET M. REIHL, RPR, CCR, CRR and Notary Public,

14   at the offices of PAUL, WEISS, RIFKIND WHARTON&

15   GARRISON, LLP, 1285 Avenue of the Americas, New

16   York, New York, Tuesday, June 27, 2023, commencing

17   at 5:32 p.m.

18

19

20

21

22

23

24

25

1        Q.      Good for the people?

2        A.      -- customers.

3        Q.      Yeah?

4        A.      Yes.

5        Q.      Okay.  At one time JetBlue
6   sought to purchase Spirit, and in your belief
7   the reason was because that they were afraid
8   that if you joined with Frontier that you would
9   be -- cause a competitive threat to them; is
10  that pretty much your view of it?

11               MR. COHEN:  Objection to the
12          form.
13               THE WITNESS:  They pretty much
14          said that.
15  BY MR. ALIOTO:
16       Q.      And of course you agreed with
17  that?
18       A.      I would probably say yes.
19       Q.      And you thought that that was
20  the only reason that they were trying to buy
21  you?
22       A.      I can't speak to what -- whether
23  that was the only reason or one of many
24  reasons.
25       Q.      No, I'm not asking you what they

```
 1            form.
 2                 THE WITNESS:  We tend to put
 3            capacity in places where we can fly
 4            profitably.
 5   BY MR. ALIOTO:
 6       Q.    That's right.
 7       A.    And if -- and even in our
 8   stand-alone business, if -- if there's enough
 9   capacity in a market, even after we've been in
10   there, that we can't continue to run in those
11   markets profitably, we reduce the frequency, we
12   reduce the number of flights, because -- and
13   deploy it to someplace where we think there's
14   greater economic opportunity.
15       Q.    Okay.  I accept that.
16             And I wanted to be sure that
17   anytime I ask you a question, I'm not a yes or
18   no guy.  Answer the question but obviously give
19   any explanation or statement that you want,
20   because this is your testimony.  And so you
21   make sure that you testify as you feel
22   comfortable.  But I now want to direct your
23   attention to the deal with JetBlue.
24             You knew that they were going to
25   reduce capacity?
```

```
 1              A.     They said they were going to
 2   take 10 to 15% of the seats off our aircraft.
 3   So that just -- that adjustment over time --
 4              Q.     10% of what?
 5              A.     The seats --
 6              Q.     Oh, the seats?
 7              A.     -- on the aircraft.
 8              Q.     Yeah.
 9              A.     So that in and of itself would
10   reduce capacity.
11              Q.     Okay.  You knew that?
12              A.     Over time it takes a long time
13   to retrofit 200 aircraft.
14              Q.     When you are talking about in
15   your letter -- directing your attention to the
16   last paragraph where you say that there would
17   be a higher cost -- a higher-cost/higher-fare
18   airline would be eliminating a
19   lower-cost/lower-fare airline in the
20   combination that would remove about half of the
21   ULCC capacity in the United States, were you
22   just talking about removing the seats?
23              A.     Well, and -- and the -- if
24   the -- if JetBlue's plan ultimately is to
25   convert the JetBlue -- the Spirit fare
```

```
 1                CERTIFICATION
 2                     I, MARGARET M. REIHL, a
 3           Registered Professional Reporter,
 4           Certified Realtime Reporter, Certified
 5           Court Reporter, Certified LiveNote
 6           Reporter and Notary Public, do hereby
 7           certify that the foregoing is a true
 8           and accurate transcript of the
 9           testimony as taken stenographically, by
10           and before me, to the best of my
11           ability, and on the date hereinbefore
12           set forth.
13                     I DO FURTHER CERTIFY that I
14           am neither a relative nor employee nor
15           attorney nor counsel of any of the
16           parties to this action, and that I am
17           neither a relative nor employee of such
18           attorney or counsel, and that I am not
19           financially interested in the action.
20           _____
21           Margaret M. Reihl, RPR, CRR, CLR
22           CCR License #XI01497
             NCRA License #047425
23           Notary Public of New York
24
25
```