# EXHIBIT 9

| | |
|---|---|
| **From:** | Park, Scott [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=12B6529BC7564DEF87F304C47E140F3B-PARK, SCOTT] |
| **Sent:** | 4/6/2022 2:14:04 PM |
| **To:** | Caiado, Jose [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f5db448093c4a27afcab55b401523e0-JC74791]; Hurley, Ursula [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e9adce9d6454421693fb35ec07455b0f-Hurley, Ursula]; Nelson, Brandon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0f78ba84b5fb4f88b0be4a07e395a282-Nelson, Brandon]; Hayes, Robin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7fb75ce28c443169de0849c1e0160be-Hayes, Robin]; Klinka, Derek [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7d2bf43e5f2045359a95b52226ea5572-Klinka, Der]; Fintzen, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4cc3c4a351fe47e7bf7c474c3361cb00-Fintzen, Da]; Project Shop [projectshop@kekstcnc.com]; Jessica Delbaum [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user31c2fe6e]; Christopher Glenn [Christopher.Glenn@Shearman.com]; Daniel Litowitz [Daniel.Litowitz@Shearman.com]; Land, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6d48348af76c49678e2a6733618fa3e9-Land, Robert]; Goodell, Jeffrey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2ad10554ea6549d88658cadf50993485-Goodell, Jeffrey]; Lusso, Andrea [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d628f1839d84b9892a583e7a898458e-Lusso, Andrea]; Geraghty, Joanna [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=404691208b7847419298a8fe68d2e9dd-Geraghty, Joanna]; Lawlor, Tracy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c27d26a55ef44982ae7798fd6695f8f9-Lawlor, Tracy]; Reifer, Lisa [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=43227d50c4f6442b86fa61a051f17efa-Reifer, Lisa]; Clark, Dave [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e6f5cc070df49dfa28b65979714583f-Clark, David]; Villa, Laurie [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56fa8cde652440c98d6b7e2f474a2353-Villa, Mart]; Habachy, Dora [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e34281cf6c9f40e48266289c42ee3e72-Habachy, Dora]; Derrick Lott [Derrick.Lott@Shearman.com]; CorpCommLeadership [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b14df346fcc4320b4ba12f0c93f56fa-CorpCommLeadership]; OBrien, Jayne [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=32504da765bc46938008d019f58a3989-Obrien, Jan]; Stewart, Philip [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf4e4d585d12465db0a0b67545f613aa-Stewart, Ph] |
| **Subject:** | Call Transcript |
| **Attachments:** | JBLU-US-20220406-2642605-C.pdf |

Hi everyone – passing along a transcript of today's call. Thanks.



## JetBlue Airways Corp. (JBLU)
Acquisition of Spirit Airlines, Inc by JetBlue Airways Corp Call



Corrected Transcript
06-Apr-2022

available information and we have a dedicated team with the necessary expertise ready to complete final due diligence in a timely manner.

As Robin stated, the pro-competitive features of this proposed combination support our high conviction and our ability to close, further reinforced by an economic and regulatory assessment that we have undertaken with outside experts. Data shows the JetBlue Effect is more effective than the ultra-low cost model in lowering legacy fares and bringing heightened competition to underserved legacy markets. Therefore, more consumers will benefit from the expanded service offerings provided by the combined airlines.

We strongly believe we can secure anti-trust approval and close the transaction and a definitive agreement would include contractual commitments designed to address regulatory concern, including a reverse breakup fee payable to Spirit in the event that we are unable to complete the transaction for antitrust reasons.

With that, I will hand it back to Robin to overview the strategic rationale of the proposed transaction for JetBlue.

### Robin Hayes
*Chief Executive Officer & Director, JetBlue Airways Corp.*

Thank you, Ursula. So let's turn to slide 9. We will create a significant national low fare challenger of scale to the dominant Big Four airlines and accelerate our strategic plan, driving sustainable long-term value for all of our stakeholders.

If we turn to slide 10, we are proud that JetBlue is an airline customers love to fly, and we are excited that this transaction will enable us to deliver the excellent JetBlue experience to even more travelers across the country. Our expanded network would offer more than 1,700 daily flights and serve over 130 destinations, creating a significantly more competitive network and increasing connectivity to JetBlue's focus cities.

If we turn to slide 11. As you know, in the 22 years since JetBlue first brought low fares to New York City, airline mergers have created a landscape where the large four US carriers control more than 80% of the domestic market to the detriment of consumers. The combination of JetBlue and Spirit would increase competition by creating the fifth largest domestic airline, better positioned on a national level as a customer-centric, low-fare alternative to the Big Four airlines.

While both JetBlue and Spirit share a key focus on keeping costs low, only our unique business model does so while offering network breadth and depth in our focus cities, a best-in-class product offering and service, including a true award-winning premium cabin experience and a robust loyalty program. The current merger proposal assumes the rebranding and retrofitting of Spirit's fleet as JetBlue, including a superior onboard experience for Spirit customers. Spirit has deployed some innovative airport technology for crew members and customers that would benefit our airport operations, and we look forward to conducting a comprehensive review of Spirit's product offering, operation and customer technology and talent pool to make sure we optimize the combined airline.

Turning to slide 12. This illustrates how the proposed combination will complement our existing NEA strategy and further diversify our network footprint. It significantly increases our relevance by accelerating our strategic growth plan in our focus cities of Fort Lauderdale, Orlando, Los Angeles and San Juan. [ph] And it allows (00:09:59) growth opportunities by securing airport access in legacy hubs where the dominant carriers control with high fares including Las Vegas, Dallas, Houston, Chicago, Detroit, Atlanta and Miami.

---

