# EXHIBIT 10

| | |
|---|---|
| From: | McGraw, Doug [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=983E951EFE2044FDABDBF478CBDE786E-MCGRAW, DOU] |
| Sent: | 3/5/2023 3:13:55 PM |
| To: | Hayes, Robin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c7fb75ce28c443169de0849c1e0160be-Hayes, Robin] |
| CC: | Singh, Dimpy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b182da116fb04b16b277c3a8fd2d774e-Singh, Dimp] |
| Subject: | FW: Fortune Briefing |
| Attachments: | Fortune Interview Briefing Memo (03062023).docx; Fortune A View from the C-Suite Primer (JetBlue 02082023).docx |

Hi Robin, here is the brief for tomorrow's Fortune interview (which will happen before WSJ).

Let me know if you want to jump on the phone for a few minutes today/tonight just to brief quickly on tomorrow.

Also you are having your photo taken for the Fortune story so please dress accordingly. ☺

**Doug McGraw**
Corporate Communications
718.709.3435
doug.mcgraw@jetblue.com

---

**From:** "Ron Boehmer (FleishmanHillard)" <ron.boehmer@fleishman.com>
**Date:** Friday, March 3, 2023 at 5:44 PM
**To:** Doug McGraw <Doug.McGraw@jetblue.com>, "Peralta, Shavely" <Shavely.Peralta@jetblue.com>, "Martin, Emily" <Emily.Martin@jetblue.com>, Emma Young <emma.young@kekstcnc.com>
**Cc:** FH/DDC JetBlue Merger <JBMerger@fleishman.com>
**Subject:** Fortune Briefing

**CAUTION: This is an EXTERNAL EMAIL**

Hi Doug and Emma –

Attached for your review is the briefing memo for Monday's Fortune interview. In addition, I'm attaching the primer document we sent the reporter a few weeks ago before the prep call I did with Emily. That document gives a good overview of how Phil has been brought up to speed on everything.

Please let me know if you have any questions.

Thank you!
-Ron

**Ron Boehmer**
Vice President
FleishmanHillard | 3050 K Street, N.W. | Ste. 100 | Washington, DC | 20007
M 724-470-4052
E ron.boehmer@fleishman.com



Highly Confidential                                                                                                                                                                              JBLU_MERGER_LIT-01132209

Robin Hayes, CEO, JetBlue Airways Corp. – Profile
"View from the C-Suite" Primer for Phil Wahba

The merger will also result in other benefits such as a larger, more modern, and more sustainable fleet, as well as better benefits and more opportunities for our crewmembers. Expanding [ HYPERLINK "https://www.jetbluegateways.com/" ] will benefit not just JetBlue, but also the communities we serve. At JetBlue, we believe there is a right career path for everyone, and Gateways provide access and paths for those who've dreamed, but never had the opportunity to pursue a highly skilled career in the aviation industry. This is especially important for historically disadvantaged populations, including people of color and women.

## BENEFITS OF THE JETBLUE MERGER
### An Airline that Customers Will Love to Fly
- Brings more customers more choices, without having to choose between a low fare and a great experience (free wi-fi, live TV, and movies at every seat, award-winning customer service, the most legroom in coach, and free, brand-name snacks and drinks)
- Expands reach of the "JetBlue Effect," resulting in lower fares for more customers and communities
- Plans to rebrand and retrofit Spirit's fleet as JetBlue, introducing a superior onboard experience to Spirit customers

### Will Provide More Opportunities and Benefits to Crewmembers
- Combined team of 34,000 crewmembers with plans to hire more as the airline grows
- Opportunity to be a part of a company with a history of leading in customer service and innovation
- Greater career growth opportunities, travel benefits, and ability to make a bigger difference in our communities

### Will Bring Industry-Leading ESG Efforts to a Larger Combined Company
- Will form one of the youngest and most fuel-efficient fleets in the industry
- Will expand JetBlue's goal to achieve net zero carbon emissions by 2040 – 10 years ahead of the broader industry – including three key targets for 2030

## ABOUT ROBIN HAYES
### Bio
Robin Hayes is chief executive officer of JetBlue Airways Corp., which encompasses JetBlue, as well as subsidiaries JetBlue Ventures and JetBlue Travel Products.

He joined JetBlue in 2008 and served as the company's executive vice president and chief commercial officer until becoming president of the airline in January 2014. In February 2015 he was appointed as JetBlue's third chief executive officer, serving as president and CEO until 2018.

Prior to joining JetBlue, Robin was executive vice president for the Americas at British Airways. Over the span of a wide-ranging 19-year career with BA, he also served as area general manager for Europe, Latin America and the Caribbean.

He serves as chair of the board of Airlines for America (A4A); past chair of the Board of Governors of the International Air Transport Association (IATA); and a member of the board of KeyCorp; Make-A-Wish Connecticut; and the Wings Club Foundation.

Highly Confidential

JBLU_MERGER_LIT-01132220