# EXHIBIT 12

**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**



Transcript of **Edward Christie**

Tuesday, June 6, 2023

*United States, et al. v. JetBlue Airways Corporation
and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 129292

1         UNITED STATES DEPARTMENT OF JUSTICE
         FOR THE DISTRICT OF MASSACHUSETTS
2


3   UNITED STATES OF AMERICA, ET AL.,

4       Plaintiffs,          Civil Action No.

5     v.                1:23-cv-10511

6   JETBLUE AIRWAYS CORPORATION AND
    SPIRIT AIRLINES, INC.,
7

        Defendants.
8   _____

9   ***   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   ***

10        V I D E O   D E P O S I T I O N

11               o f

12         EDWARD CHRISTIE,

13     taken on behalf of United States of America

14

     DATE:        June 6, 2023
15

     TIME:        8:11 a.m. to 3:35 p.m.
16

     PLACE:       Nelson Mullins
17               100 SE 3rd Avenue
              Suite 2700
18               Fort Lauderdale, Florida   33394

19      BEFORE:      Dawn A. Hillier, RMR, CRR
              Stenographic Reporter
20               Notary Public - State of
              Florida, at Large
21

     JOB NO:      129292
22

23

24

25



Edward Christie

Case 1:23-cv-10678-WGY   Document 252-12   Filed 09/25/23   Page 4 of 9

HIGHLY CONFIDENTIAL

ATTORNEYS EYES ONLY

6/6/2023

Page 18

1    travel that are important to them, including various

2    forms of baggage and seat assignment, as well as

3    food on board and inflight entertainment in the form

4    of WiFi.

5         Our objective is to deliver low fares so

6    that more people have the ability to travel.

7    Q     And Spirit Airlines is publicly traded on

8    the New York Stock Exchange; is that right?

9    A     We are.

10   Q     Under SAVE, S-A-V-E?

11   A     That is our ticker, yes.

12   Q     That's your ticker.

13        And so that means you have to file with

14   the Securities Exchange Commission; right?

15   A     Correct.

16   Q     And that's SEC, it's often abbreviated?

17   A     Yes.

18   Q     And so that would include quarterly

19   reports; is that correct?

20   A     Yes.

21   Q     Annual reports?

22   A     Also yes.

23   Q     Any updated 8-Ks?

24   A     Current reports as well, yes.

25   Q     Okay.  And do you typically review these

Edward Christie
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
6/6/2023
Page 19
Case 1:23-cv-10678-WGY   Document 252-13   Filed 09/25/23   Page 5 of 9

1   SEC filings?

2       A    Typically, yes.

3       Q    And who else at Spirit would review them,

4   to your knowledge?

5       A    Well, depending on the filing, any number

6   of members of management, including the financial

7   officer, the general counsel, members of the

8   investor relations team, our accounting group.

9       Q    And do you trust those individuals to

10  accurately reflect Spirit in any of their edits?

11          MR. COHEN:  Object to the form of the

12      question.

13          THE WITNESS:  I do trust my team to be

14      accurate, yes.

15  BY MS. PEARL:

16      Q    And, Mr. Christie, you mentioned this a

17  little bit earlier, but could you describe who

18  Spirit Airlines' typical customers are?

19          MR. COHEN:  Object to the form of the

20      question.

21          THE WITNESS:  Well, Spirit carries

22      passengers who are interested in low fares and

23      interested in our type of service, which allows

24      them to customize, you know, their travel

25      experience based on what they need.  So, you

Edward Christie

Case 1:23-cv-10678-WGY    Document 252-12    Filed 09/25/23    Page 6 of 9

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

6/6/2023
Page 243

1    Spirit Airlines."

2           Do you see that?

3    A   I do.

4    Q   And one of the reasons -- one of the --

5    sorry.  And one of the issues that you saw is in

6    the -- oh.  Hold on.  Sorry.  My pdf -- okay.

7           So on page two, that ends in 978 --

8    A   Okay.

9    Q   -- would you agree that one of the issues

10   with the -- one of Spirit's regulatory concerns was

11   that -- and this is the second bullet from the

12   bottom of that first set -- "Even putting aside the

13   NEA, Spirit believes the DOJ - and a court - will be

14   very concerned that a JetBlue-Spirit combination

15   will result in a higher-cost/higher fare airline

16   that would eliminate a lower-cost/lower fare airline

17   and remove about half of the ULCC capacity in the

18   United States."

19          Do you see that?

20   A   I do.

21   Q   And do you agree that this statement was

22   accurate at the time?

23   A   I think that was our concern at the time,

24   and I think it was illustrating our concern as it

25   related to the context of the environment and what

Edward Christie

HIGHLY CONFIDENTIAL

6/6/2023

ATTORNEYS' EYES ONLY

Page 244

Case 1:23-cv-10678-WGY   Document 252-12   Filed 09/25/23   Page 7 of 9

1  we believed that the Justice Department would --

2  would have concern with, yes.

3      Q    Irrespective of Spirit's belief of what

4  the Justice Department would be concerned about, did

5  Spirit also have a concern that the combination

6  would result in a higher-cost, higher-fare airline

7  that would eliminate a lower-cost, lower-fare

8  airline?

9      A    Well, I think the statement is more of a

10  relative statement of fact:  There is a higher cost

11  and a higher fare versus a lower cost and lower

12  fair.

13          I think what we were talking about is a

14  relative risk to the consummation of the

15  transaction, and given what we knew about the

16  environment, we wanted to make sure that our

17  shareholders were aware of that risk.

18      Q    And it's a fact that a JetBlue-Spirit

19  combination would result in a higher-cost,

20  higher-fare airline, eliminating a lower-cost,

21  lower-fare airline; correct?

22      A    Those are -- yeah.  Those are the

23  statements that we were worried about, yes.

24      Q    And I think you mentioned earlier that

25  Spirit does constitute about half of the ULCC



Case 1:23-cv-10678-WGY   Document 252-13   Filed 09/25/23   Page 8 of 9

1          And then on the second bullet, that talks

2   about the material adverse effect that Jupiter

3   agreed to litigate and commit to divest assets of

4   Jupiter and Saturn up to a material adverse effect;

5   is that correct?

6      A     It looks like it, yes.

7      Q     And they agree to identify any

8   divestitures beyond those specified, New York,

9   Boston, Fort Lauderdale; correct?

10      A     Yes.

11      Q     Okay. And then the -- so in this

12   regulatory analysis, there is no analysis of how the

13   deal could benefit Spirit customers; right?

14      A     We didn't do analysis on that, no.

15      Q     Okay. All right. You can put that

16   document aside.

17          So I guess, are you aware -- are you aware

18   of whether JetBlue did an analysis of how the deal

19   would impact Spirit customers?

20      A     Well, I am aware of JetBlue -- of the

21   JetBlue effect and that -- and that what that --

22   what that effect has on -- broadly speaking, on

23   customers and consumers in the places where JetBlue

24   flies and, according to that analysis, suggests that

25   they have an effect on prevailing fares, principally



Case 1:23-cv-10678-WGY   Document 252-13   Filed 09/25/23   Page 9 of 9

```
 1                        CERTIFICATE

 2

 3   STATE OF FLORIDA   )

 4   COUNTY OF BROWARD  )

 5        I, DAWN A. HILLIER, RMR, CRR, CLR certify that

 6   I was authorized to and did stenographically report

 7   the deposition of EDWARD CHRISTIE; that a review of

 8   the transcript was requested; and that the

 9   transcript is a true and complete record of my

10   stenographic notes.

11

12        I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of

15   the parties' attorney or counsel connected with the

16   action, nor am I financially interested in the

17   action.

18

19        DATED this 9th day of June 2023.

20

21

22        _____

23        DAWN A. HILLIER, RMR, CRR, CLR

24

25
```