# EXHIBIT 13

Confidential



# Discussion Materials

## Project Galaxy

July 27, 2022



SPIRIT CONFIDENTIAL

Confidential

# Jupiter's Currently Proposed Transaction Terms

| | Summary of Proposed Transaction |
|---|---|
| **Transaction Structure** | • An all-cash merger of a wholly owned subsidiary of Jupiter with Saturn. Jupiter to withdraw tender offer with negotiated deal. |
| **Merger Consideration** | • Jupiter to acquire all of the outstanding shares of Saturn for an aggregate purchase price of $33.50 per share in cash, less the $2.50 per share pre-payment distribution and up to $1.15 per share of ticking fee distributions, as described below.<br>• The $2.50 per share pre-payment distribution is to be paid by Jupiter following Saturn stockholder approval.<br>• The ticking fee distribution of $0.10 per share per month is to be paid by Jupiter to Saturn shareholders starting in January 2023 until the earlier of closing or termination of the merger agreement. Any ticking fee distributions paid will reduce the aggregate purchase price payable at close by up to $1.15 per share. Any ticking fee distributions above $1.15 per share will represent incremental value to Saturn stockholders, above $33.50.<br>• Assuming ticking fee paid through and including June 2024, total value to Saturn stockholders will be $34.15 per share. |
| **Regulatory** | • Total "reverse termination fee" of $470 million, consisting of payment of $400 million to Saturn stockholders (and reduced for any previous payments to stockholders as described above) and an additional payment of $70 million to Saturn, if transaction terminated due to failure to get regulatory approval.<br>• Obligation of Jupiter to litigate and to commit to divest assets of Jupiter and Saturn up to a material adverse effect on the combined Jupiter and Saturn, with a carve-out for actions that [in the discretion of Jupiter] would be reasonably likely to materially and adversely affect the anticipated benefits under the NEA between Jupiter and American. Identity of any divestitures beyond those specified (NY, Boston, Fort Lauderdale) determined in the sole and absolute discretion of Jupiter.<br>• Commitment to offer to divest all of Saturn's assets located in New York and Boston so that as a result of the transaction, Jupiter will not increase its presence in the airports covered by the NEA, as well as certain gates and related assets at Fort Lauderdale. |
| **Financing** | • Cash on hand and committed financing provided by Goldman Sachs, Bank of America and other banks under a $3.5bn bridge facility. Jupiter can reduce the debt commitment before closing if it segregates funds in an amount equal to such reduction pending closing. |
| **Required Approvals** | • No Jupiter shareholder vote required.<br>• Customary closing conditions, including receipt of required regulatory approvals and approval of Saturn shareholders. |
| **Timing** | • Outside date (after extensions) of 24 months from signing. |
| **Other** | • Conduct of business covenant is similar to that under the Falcon merger agreement, with additional flexibility in agreed areas, including for capex spend.<br>• Saturn / Jupiter retention package is similar in structure and (ultimate) payout levels to that under Falcon merger agreement: (i) 25% is payable in 12 months after signing and the 75% balance at closing; (ii) there is an additional $6 million contingency pool available after 12 months (total of $6 million + $6 million in contingency); (iii) unlike Falcon plan, any contingency amounts distributed are subject to a 12-month vest from date of payment; and (iv) for Officers, any retention amount above 1x TCC is payable in 3-year Jupiter RSUs issued at closing. |

Source: Draft Merger Agreement, dated July 26, 2022 and Draft Debt Commitment Letter, subject to confirmation by Saturn counsel



1

SPIRIT CONFIDENTIAL

NK-2R-06904232