# EXHIBIT 14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Transcript of **Edward Morgan Christie**

Tuesday, January 24, 2023

*JetBlue/Spirit Investigation*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 124116

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Edward Morgan Christie                                                     1/24/2023
                                                                          Page 1 (1)

```
1              UNITED STATES DEPARTMENT OF JUSTICE

2    - - - - - - - - - - - - - - - - - X

3                                      :

4    IN THE MATTER OF:                 :   Civil

5                                      :   Investigative

6    JETBLUE/SPIRIT INVESTIGATION      :   Demand 31319

7                                      :

8    - - - - - - - - - - - - - - - - - X

9                           Washington, D.C.

10                          Tuesday, January 24, 2023

11          Videotaped deposition of EDWARD MORGAN

12   CHRISTIE, a witness herein, called for examination by

13   counsel for United States Department of Justice in

14   the above-entitled matter, pursuant to Civil

15   Investigative Demand, the witness being duly sworn by

16   MARY GRACE CASTLEBERRY, a Notary Public in and for

17   the District of Columbia, taken at the offices of

18   United States Department of Justice, 450 Fifth

19   Street, N.W., Washington, D.C., at 9:04 a.m.,

20   Tuesday, January 24, 2023, and the proceedings being

21   taken down by Stenotype by MARY GRACE CASTLEBERRY,

22   RPR, and transcribed under her direction.
```



Scheduling@TP.One                                                     800.FOR.DEPO
www.TP.One                                                            (800.367.3376)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Edward Morgan Christie

1/24/2023

Page 58 (226 - 229)

```
                                                       Page 226
 1  the reasons put forward in this letter as to why
 2  JetBlue's bid was not a superior proposal?
 3     A.   Well, we could point out all the reasons,
 4  I guess, that you want me to illustrate, but I -- I
 5  certainly signed this letter.
 6     Q.   And what were the reasons?
 7     A.   You want to -- I skimmed the letter.  So
 8  maybe you can point me to where you are.
 9     Q.   Specifically, did you agree that JetBlue's
10  offer was, quote -- was not, quote, reasonably
11  capable of being consummated due to regulatory risk?
12     A.   We say here Spirit believes it falls short
13  of that standard.  So based on the information that
14  we had at that time, which admittedly was not -- was
15  incomplete, as it appears now looking forward in the
16  future because the narrative continued to evolve,
17  plus we were bargaining, and changes have been made
18  since then.  So at this time, at the time of the
19  letter, that is what we thought.
20     Q.   At the time of this letter, you agreed
21  that JetBlue's offer was not, quote, reasonably
22  capable of being consummated due to regulatory risk,
```

```
                                                       Page 227
 1  right?
 2     A.   Yes.  As of the time of this letter,
 3  that's right.
 4     Q.   In the fourth paragraph on page 3 --
 5          MR. FINCH:  The one that begins
 6  "moreover"?  So we're on the right page?
 7  BY MS. RIBLET:
 8     Q.   There's a little bit of paragraph up at
 9  the top.  So actually, the paragraph that begins --
10     A.   "We further believe"?
11     Q.   -- "We further believe," yes.  Do you see
12  that paragraph?
13     A.   Yes.
14     Q.   This paragraph discusses a, quote,
15  divestiture proposal, right?
16     A.   Yes.
17     Q.   What was the proposal at the time of this
18  letter?
19     A.   Well, I don't have my timeline perfectly
20  lined up, but I know initially, JetBlue had proposed
21  divestitures of Spirit assets that were overlapped
22  with the Northeast Alliance.  So that would have been
```

```
                                                       Page 228
 1  Boston and New York, if I'm not mistaken.
 2     Q.   The last sentence of that paragraph
 3  describes, quote, reasons to doubt the efficacy of
 4  similar divestitures as a remedy in past airline
 5  mergers, right?
 6     A.   I see that.
 7     Q.   What were those reasons?
 8     A.   Well, there's probably -- I'm reading the
 9  whole sentence here, but the DOJ clearly views the
10  NEA as having a broader national effect.  Spirit
11  believes the DOJ will not put great weight in your
12  proposed remedy especially because there are reasons
13  to doubt the efficacy of similar divestitures.
14          As I recall, the Justice Department had
15  come out to talk about the efficacy of divestitures
16  and whether or not that was going to be a reasonable
17  remedy.  So I think we had concerns about that.
18     Q.   What reasons did Spirit have to
19  specifically raise doubt about the efficacy of
20  similar divestitures?
21     A.   Well, historically, divestitures were used
22  to reach a conclusion in merger-related matters.  But
```

```
                                                       Page 229
 1  I think there was -- there were public discourse
 2  around the DOJ expressing concern that those
 3  divestitures were effective and so I think we were
 4  stating that effective -- you know, especially
 5  because there are reasons to doubt that.
 6     Q.   Did Spirit have any doubts about the
 7  efficacy of divestitures?
 8          MR. FINCH:  Object to the form.
 9          THE WITNESS:  I don't know if Spirit does.
10  You know, I don't have a strong opinion.  You know,
11  we've advocated in the past in other mergers to be a
12  beneficiary of divestitures.  So I'm not sure, to be
13  honest.
14          MS. RIBLET:  Let's mark tab 14 as Christie
15  Exhibit 11.
16          (Christie Exhibit No. 11 was marked
17          for identification.)
18  BY MS. RIBLET:
19     Q.   This is an email chain, the most recent of
20  which is from Scott Haralson to you dated May 3rd,
21  2022.  The chain is just one page and stamped
22  NK-2R-06233249.  Is that consistent with the document
```



Scheduling@TP.One
www.TP.One

800.FOR.DEPO
(800.367.3376)