**EXHIBIT 15**

# HIGHLY CONFIDENTIAL



## Transcript of **Edward Christie (Vol. II)**

Monday, June 19, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 130345

Edward Christie (Vol. II)    HIGHLY CONFIDENTIAL    6/19/2023
Case 1:23-cv-10678-WGY   Document 252-15   Filed 09/25/23   Page 3 of 5
Page 314

```
 1              UNITED STATES DEPARTMENT OF JUSTICE
                  FOR THE DISTRICT OF MASSACHUSETTS
 2

 3    UNITED STATES OF AMERICA, ET AL.,

 4              Plaintiffs,                Civil Action No.

 5       v.                                1:23-cv-10511

 6    JETBLUE AIRWAYS CORPORATION AND      VOLUME 2
      SPIRIT AIRLINES, INC.,
 7
                Defendants.
 8    _____

 9             ***  HIGHLY CONFIDENTIAL  ***

10            V I D E O   D E P O S I T I O N

11                          o f

12                   EDWARD CHRISTIE,

13     taken on behalf of United States of America

14
        DATE:           June 19, 2023
15
        TIME:           10:06 a.m. a.m. to 11:46 a.m.
16
        PLACE:          - REMOTE -
17
        BEFORE:         Dawn A. Hillier, RMR, CRR
18                      Stenographic Reporter
                        Notary Public - State of
19                      Florida, at Large

20      JOB NO:         130345

21

22

23

24

25
```

1   Q   So Spirit shareholders will benefit if the
2   deal goes through; correct?
3       MR. COHEN:  Objection to the form of the
4       question.
5   BY MS. PEARL:
6   Q   They'll benefit financially if the deal
7   goes through?
8       MR. COHEN:  Same objection.
9       THE WITNESS:  Well, the negotiated sale
10      price will be paid at that point to our
11      shareholders, yes.
12  BY MS. PEARL:
13  Q   And if the deal doesn't go through, it's
14  your understanding that Spirit shareholders will be
15  compensated?
16  A   That was our intent in negotiating the
17  reverse termination fee for our shareholders, yes.
18  Q   And did you think at this time that the
19  deal was capable of being consummated?
20  A   I do, yes.
21  Q   At the time that you wrote this, did you
22  think that was the case?
23  A   "This" being the talking points?
24  Q   That's correct.
25  A   Again, I didn't write these talking

Edward Christie (Vol. II)    HIGHLY CONFIDENTIAL    6/19/2023
Case 1:23-cv-10678-WGY    Document 252-15    Filed 09/25/23    Page 5 of 5
Page 396

```
 1                     CERTIFICATE

 2

 3    STATE OF FLORIDA  )

 4    COUNTY OF PINELLAS )

 5         I, DAWN A. HILLIER, RMR, CRR, CLR certify that

 6    I was authorized to and did stenographically report

 7    the deposition of EDWARD CHRISTIE; that a review of

 8    the transcript was requested; and that the

 9    transcript is a true and complete record of my

10    stenographic notes.

11

12         I further certify that I am not a relative,

13    employee, attorney, or counsel of any of the

14    parties, nor am I a relative or employee of any of

15    the parties' attorney or counsel connected with the

16    action, nor am I financially interested in the

17    action.

18

19         DATED this 20th day of June 2023.

20

21

22    _____
      DAWN A. HILLIER, RMR, CRR, CLR
23

24

25
```