# EXHIBIT 16

# HIGHLY CONFIDENTIAL



Transcript of **H. McIntyre ("Mac") Gardner**

Tuesday, June 27, 2023

*United States, et al. v. JetBlue Airways Corporation*
*and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 129304

```
 1                 UNITED STATES DISTRICT COURT.

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3   UNITED STATES OF AMERICA          )
     450 Fifth Street NW, Suite 8000   )
 4   Washington, DC  20530             )  Case No.
                                       )  1:23-cv-10511-WGY
 5   COMMONWEALTH OF MASSACHUSETTS     )
     One Ashburton Place, 18th Floor   )
 6   Boston, MA  02108                 )
                                       )
 7   DISTRICT OF COLUMBIA              )
     400 Sixth Street NW, Tenth Floor  )
 8   Washington, DC  20001             )
                                       )
 9   STATE OF CALIFORNIA               )
     300 South Spring Street           )
10   Suite 1702                        )
     Los Angeles, CA  90013            )
11                                     )
     STATE OF MARYLAND                 )
12   200 St. Paul Place, 19th Floor    )
     Baltimore, MD  21202              )
13                                     )
     STATE OF NEW JERSEY               )
14   124 Halsey Street - 5th Floor     )
     Newark, New Jersey  07102         )
15                                     )
     STATE OF NEW YORK                 )
16   28 Liberty Street, 20th Floor     )
     New York, NY  10005               )
17                                     )
     and                               )
18                                     )
     STATE OF NORTH CAROLINA           )
19   P.O. Box 629                      )
     Raleigh, NC  27602                )
20                                     )
                     Plaintiffs,       )
21           vs.                       )
     JETBLUE AIRWAYS CORPORATION       )
22   27-01 Queens Plaza North          )
     Long Island City, NY  11101       )
23             and                     )
     SPIRIT AIRLINES, INC.             )
24   2800 Executive Way                )
     Miramar, FL  33025                )
25                   Defendants.       )
```

```
 1

 2                    HIGHLY CONFIDENTIAL

 3

 4         Videotaped deposition of H. McINTYRE

 5   ("MAC") GARDNER, taken stenographically before

 6   MARGARET M. REIHL, RPR, CCR, CRR and Notary Public,

 7   at the offices of Paul Weiss Rifkind Wharton &

 8   Garrison, LLP, 1285 Avenue of the Americas, New

 9   York, New York, on Tuesday, June 27, 2023,

10   commencing at 9:09 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   Analysis Results in an Illusory Offer."

2            Do you see that?

3     A.      Yes.

4     Q.      And then the following slide the

5   title is "Is JetBlue --"

6            MR. COHEN:   I'm sorry.   What

7         slide are you on, Ms. Markel?   I

8         somehow turned the page -- I see it

9         now.   Okay, I'm sorry.

10           MS. MARKEL:   Now we're on 7 out

11         of 45.

12           THE WITNESS:   Got it.

13   BY MS. MARKEL:

14     Q.      So the title of this "Is JetBlue

15   Purposefully Downplaying the Substantial

16   Regulatory Risk."

17            Do you see that?

18     A.      I do.

19     Q.      Okay.   The second bullet point

20   states, "JetBlue acquisition removes the

21   largest low-fare competitor, affecting millions

22   of consumers across the US."

23            Do you see that?

24     A.      Yes.

25     Q.      Was this Spirit's position at

1   this time?

2         A.    Yes, it would become part of

3   JetBlue and not be independent.

4         Q.    And who are the millions of

5   consumers across the US who would be affected?

6         A.    Our customers would be affected.

7   Presumably on the other side, you know,

8   JetBlue's customers would be affected.  But

9   this was talking about just our customer base,

10   not the total customer base, the flying public.

11         Q.    And that would include

12   price-sensitive customers, right?

13         A.    It would.

14         Q.    And sitting here today the

15   potential transaction would remove -- would

16   still remove the largest ULCC?

17         A.    Over time.

18         Q.    Okay.  And would you --

19         A.    It would benefit others but,

20   yes, over time it would.

21         Q.    And would you agree that ULCCs

22   have given more consumers the ability to fly?

23         MR. COHEN:  Objection to the

24       form of the question.

25         THE WITNESS:  Yeah, more than

```
 1              C E R T I F I C A T I O N
 2                   I, MARGARET M. REIHL, a
 3         Registered Professional Reporter,
 4         Certified Realtime Reporter, Certified
 5         Court Reporter, Certified LiveNote
 6         Reporter and Notary Public, do hereby
 7         certify that the foregoing is a true
 8         and accurate transcript of the
 9         testimony as taken stenographically, by
10         and before me, to the best of my
11         ability, and on the date hereinbefore
12         set forth.
13                   I DO FURTHER CERTIFY that I
14         am neither a relative nor employee nor
15         attorney nor counsel of any of the
16         parties to this action, and that I am
17         neither a relative nor employee of such
18         attorney or counsel, and that I am not
19         financially interested in the action.
20
21         _____Margaret M. Reihl_____
           Margaret M. Reihl, RPR, CRR, CLR
22         CCR License #XI01497
           NCRA License #047425
23         Notary Public of New York
24
25
```