UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>Defendants, | Civil Action No. 1:23-cv-10678-WGY |

**DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF OUT-OF-MARKET BENEFITS**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Evidence of Out-of-Market Benefits.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the of the Rebuttal Expert Report of Nicholas Hill, dated August 24, 2023.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Trevor Yealy, who was deposed on June 27, 2023.

4.  Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Drew Wells, who was deposed on June 22, 2023.

5.  Attached as Exhibit 4 is a true and correct copy of excerpts of the Expert Report of Hal Singer, dated July 28, 2023, as modified August 16, 2023.

6.  Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Jayne O'Brien, who was deposed on June 9, 2023.

7.  Attached as Exhibit 6 is a true and correct copy of an email from Marty St. George, dated January 7, 2019, bearing Bates stamp JBLU-DOJ-01045588.

8.  Attached as Exhibit 7 is a true and correct copy of Gregory J. Werden, *Cross-Market Balancing of Competitive Effects: What is the Law, and What Should It Be?*, 43 J. Corp. L. 120, 122 (2017).

9.  Attached as Exhibit 8 is a true and correct copy of excerpts of the deposition transcript of Barry Biffle, who was deposed on March 2, 2023.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition transcript of Barry Biffle, who was deposed on June 14, 2023.

11. Attached as Exhibit 10 is a true and correct copy of excerpts of the deposition transcript of John Patrick Kirby, who was deposed on January 12, 2023.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the deposition transcript of Nicholas Hill, who was deposed on September 6, 2023.

13. Attached as Exhibit 12 is a true and correct copy of Daniel A. Crane, *Balancing Effects Across Markets*, 80 Antitrust L. J. 397, 405–07 (2015).

-3-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 25, 2023, in Boston, Massachusetts.

Respectfully submitted,

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant*
*JetBlue Airways Corporation*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 25, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>*/s/ Elizabeth M. Wright*
>Elizabeth M. Wright

291593075