# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,  *Plaintiffs,*  v.  JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC.,  *Defendants.* | CASE NO. 1:23-cv-10678-WGY  HON. JUDGE WILLIAM G. YOUNG |

**REBUTTAL EXPERT REPORT OF NICHOLAS HILL, PHD**

**24 AUGUST 2023**

## 2. Summary of opinions

(12)   The merger of JetBlue and Spirit is likely to increase competition and benefit consumers. It will allow JetBlue to expand its competitive impact with a breadth and speed that would otherwise not be possible. This expansion will increase competition because JetBlue's combination of low fares and high quality competes more effectively against rival carriers than does Spirit's combination of low fares and no-frills service. JetBlue's entry onto new routes will force incumbent airlines—especially American, Delta, Southwest, and United, the so-called "Big Four" carriers, who collectively account for 81 percent of all domestic ticket revenue in the United States—to lower fares and compete more aggressively. Any loss of competition on routes on which JetBlue and Spirit compete will likely be ameliorated by either the parties' proposed divestitures or entry or expansion by rival carriers on those routes.

### 2.1. The US airline industry has many competitors

(13)   The US domestic airline market has many competitors. American, Delta, Southwest, and United are the four largest carriers by domestic ticket revenue, followed by Alaska. JetBlue and Spirit are only the 6th and 7th largest carriers, respectively, in the United States. Other significant domestic carriers include Frontier, Allegiant, Sun Country, Breeze, and Avelo. Post-merger JetBlue will become only the 5th largest carrier, and its national market share will be significantly below that of each of the Big Four carriers. It will continue to face competition from other carriers, including Frontier and Allegiant.

(14)   Nationwide, JetBlue and Spirit overlap more significantly with other carriers than they do with one another. Each carrier's aggregate overlap with the other is 10 percent or less.[14] For JetBlue, the three carriers with the largest aggregate shares on its routes are American, Delta, and United, the so-called legacy carriers. Spirit's largest overlap is with Southwest, followed by the legacy carriers.

---

[14]   See Figure 23 and Figure 24.

Rebuttal Expert Report of Nicholas Hill, PhD                    Garavanian et al. v. JetBlue Airways and Spirit Airlines



Figure 1. Median round-trip fares for selected US carriers

Source: DB1B, 2008–2022.
Notes: The highlight covers the period most affected by the pandemic (2020 and 2021).

(27) Figure 1 also shows that a carrier's business model or segment can change over time. Frontier initially priced like a low-cost carrier, before transitioning to an ultra-low-cost model beginning in 2014.[20] Similarly, Sun Country transitioned to the ultra-low-cost model in 2017.[21] Spirit transitioned to an ultra-low-cost business model when it began to charge passengers a separate fee for carry-on bags in 2010, transitioning away from the low-cost model.[22] I discuss each segment in more detail below.

### 3.2.1. The legacy carriers

(28) The legacy carriers technically comprise all airlines that had interstate routes before the Airline Deregulation Act of 1978.[23] However, the term "legacy carriers" is often used to refer to American, Delta, and United, and that is how I use the term in this report.

---

[20] Indigo Partners, "Indigo Partners Completes Acquisition of Frontier Airlines," news release, 3 December 2013, https://www.businesswire.com/news/home/20131203006643/en/Indigo-Partners-Completes-Acquisition-Frontier-Airlines.

[21] Kristen Leigh Painter, "Changing Direction in Flight: Sun Country CEO Outlines No-Frills Strategy for MSP Airline," *Star Tribune*, 16 August 2017, https://www.startribune.com/changing-direction-in-flight-sun-country-ceo-outlines-no-frills-strategy-for-msp-airline/440782193/.

[22] Scott Mayerowitz, "Spirit Airlines to Charge New Fee for Carry-On Luggage," *ABC News*, updated 6 April 2010, https://abcnews.go.com/Travel/spirit-airlines-charge-fee-carryon-luggage-bag-surcharge/story?id=10298802.

[23] Airline Deregulation Act, Pub. L. No. 95-504 (1978).

evidence of entry in the ordinary course of business without such price increases is consistent with entry being easy.

(181)　Entry is a common occurrence in the airline industry. Indeed, all of the major domestic airlines have "network planning" teams whose primary focus is to evaluate entry, expansion, and exit opportunities across their respective networks. Entry takes three forms. The first form is entry at the national level, which occurs when a new domestic carrier is founded. Avelo and Breeze, both founded in 2021, are examples of this type of entry. The second form is airport entry, which occurs when a carrier begins to serve a new airport. For example, Virgin entered LaGuardia as a result of the American–US Airways settlement. The third form is entry at the route level, which occurs when a carrier begins to serve a pair of endpoints that it did not previously serve. In this section I will focus on entry at the route level since Plaintiffs' allegations focus on routes.

(182)　Airplanes are mobile, and carriers frequently evaluate the routes they serve and those they do not serve to see if there are opportunities for entering new, more profitable routes. These evaluations and the mobility of aircraft mean that carriers frequently enter new routes. The following testimony and ordinary course documents underscore this dynamic aspect of airline competition:

---

[215] See Figure 64 in Appendix C for a complete listing of JetBlue Competitive Schedule Change emails for January–March 2023.

Rebuttal Expert Report of Nicholas Hill, PhD                                  Garavanian et al. v. JetBlue Airways and Spirit Airlines

_____                    _24 August 2023_____
Nicholas Hill                                                                                      Date