# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
     UNITED STATES OF AMERICA, et al.,   )
 3                                       )
              Plaintiffs,                )
 4                                       )
     v.                                  ) Case No.
 5                                       ) 1:23-cv-10511-WGY
     JETBLUE AIRWAYS CORPORATION and     )
 6   SPIRIT AIRLINES, INC.,              )
                                         )
 7            Defendants.                )

 8

 9            *********************************
                    CONFIDENTIAL TRANSCRIPT
10                    ATTORNEYS' EYES ONLY
              *********************************
11              REMOTE VIDEOTAPED DEPOSITION OF
                         TREVOR YEALY
12                       June 27, 2023
              *********************************
13

14

15         TREVOR YEALY, produced as a witness at the

16    instance of the Defendants, was duly sworn and

17    deposed in the above-styled and numbered cause on

18    June 27, 2023, from 9:37 a.m. to 12:14 p.m. CST,

19    stenographically reported remotely, pursuant to

20    the Federal Rules of Civil Procedure and the

21    provisions stated on the record.

22

23    Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
                     Texas CSR 9306
24                   California CSR 14407
                     Illinois CSR 084.004659
25
```

```
 1            can compete when we encounter those
 2            situations, regardless of who it is.
 3     BY MS. WRIGHT:
 4      Q      In your view, would a combined
 5     JetBlue-Spirit be a stronger competitor for the
 6     legacy airlines?
 7                 MR. DeRITA:  Objection to form.
 8                 THE WITNESS:  At the end of the
 9            day, a combined JetBlue-Spirit, I think,
10            would be a stronger competitor to the
11            legacy airlines, yes.
12     BY MS. WRIGHT:
13      Q      And why do you think that?
14      A      It gives the combined entity more size and
15     scale with which to operate out of their airports
16     where they do run into a number of the legacy
17     airlines.  It provides them more assets to compete
18     in a much faster manner than they would otherwise
19     have organically.
20      Q      Do you think it would be possible for
21     JetBlue to compete at scale with the legacies
22     based on its organic growth?
23                 MR. DeRITA:  Objection to form.
24                 THE WITNESS:  It's certainly
25            possible.  They have been doing it
```