# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3                          -o0o-

 4   UNITED STATES OF AMERICA,    )
     ET AL.,                      )
 5                                )
              Plaintiffs,         )
 6                                ) Civil Action No:
         v.                       ) 1:23-cv-10511
 7                                )
     JETBLUE AIRWAYS              )
 8   CORPORATION AND SPIRIT       )
     AIRLINES, INC.,              )
 9                                )
              Defendants.         )
10   _____ )

11

12

13

14

15   RECORDED VIDEOCONFERENCE DEPOSITION OF DREW WELLS

16

17                    Taken via Zoom

18             On Thursday, June 22, 2023

19                    At 9:16 a.m.

20

21

22

23

24

25   Reported by:  Emily A. Gibb, RPR, CSR, CCR
```

```
 1      A.    Correct.  Yes.
 2      Q.    They didn't grow organically to where they
 3  are now, did they?
 4            MR. DUFFY:  Objection.  Form.
 5            THE WITNESS:  Not -- not solely organically,
 6  no.
 7  BY MS. BANSAL:
 8      Q.    And I believe you testified earlier that the
 9  merger will help JetBlue gain the scales necessary to
10  better compete against the Big Four; correct?
11            MR. DUFFY:  Objection.  Form.  Leading.
12            THE WITNESS:  I -- I'd believe that to be
13  true.
14            MS. BANSAL:  Okay.  Why don't we take a
15  five-minute -- why don't we take a ten-minute break.
16            MR. DUFFY:  Okay.  Do you anticipate being
17  almost done, just so I know for purposes of being
18  ready?
19            MS. BANSAL:  I don't know.  I'm going to go
20  through my outline now, so --
21            MR. DUFFY:  Okay.
22            VIDEOGRAPHER:  Time is 3:43 p.m.  We are
23  going off the record.
24                 (Short recess taken.)
25            VIDEOGRAPHER:  Time is 3:55 p.m.  We are
```