# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| Gabriel Garavanian, Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen, | CASE NO.: 1:23-cv-10678-WGY |
| *Plaintiffs,* | |
| v. | **EXPERT REPORT OF HAL J. SINGER** |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC. | July 28, 2023, as modified August 16, 2023 |
| *Defendants.* | |

-19-

**C.    The Relevant Geographic Markets for Assessing Potential Competition Cover at Least the United States and Its Territories**

41.    For the purposes of assessing harms to potential competition, the relevant geographic markets also include (1) Spirit routes that JetBlue does not serve but JetBlue planned to serve absent the merger; (2) JetBlue routes that Spirit does not serve but Spirit planned to serve absent the merger; and (3) routes that neither currently serves but where Spirit planned to enter absent the merger. Because it is impossible to know which routes would be served conditional on JetBlue (or Spirit) acquiring a gate, landing slot or other airport assets at a given airport, and because the two carriers operate out of a combined total of 159 airports across the United States, the potential range of routes affected under the potential harm to competition spans the entirety of the nation.

-75-

## CONCLUSIONS

143.    For the foregoing reasons, I conclude that the proposed merger is anticompetitive and should be blocked.

*                *                *

Hal J. Singer, Ph.D.:

Executed on July 28, 2023, as modified August 16, 2023