# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3   UNITED STATES OF AMERICA         )
     450 Fifth Street NW, Suite 8000  )
 4   Washington, DC   20530           ) Case No.
                                      ) 1:23-cv-10511-WGY
 5   COMMONWEALTH OF MASSACHUSETTS    )
     One Ashburton Place, 18th Floor  )
 6   Boston, MA   02108               )
                                      )
 7   DISTRICT OF COLUMBIA             )
     400 Sixth Street NW, Tenth Floor )
 8   Washington, DC   20001           )
                                      )
 9   STATE OF CALIFORNIA              )
     300 South Spring Street          )
10   Suite 1702                       )
     Los Angeles, CA   90013          )
11                                    )
     STATE OF MARYLAND                )
12   200 St. Paul Place, 19th Floor   )
     Baltimore, MD   21202            )
13                                    )
     STATE OF NEW JERSEY              )
14   124 Halsey Street - 5th Floor    )
     Newark, New Jersey   07102       )
15                                    )
     STATE OF NEW YORK                )
16   28 Liberty Street, 20th Floor    )
     New York, NY   10005             )
17                                    )
     and                              )
18                                    )
     STATE OF NORTH CAROLINA          )
19   P.O. Box 629                     )
     Raleigh, NC   27602              )
20                                    )
              Plaintiffs,             )
21        vs.                         )
     JETBLUE AIRWAYS CORPORATION      )
22   27-01 Queens Plaza North         )
     Long Island City, NY   11101     )
23        and                         )
     SPIRIT AIRLINES, INC.            )
24   2800 Executive Way               )
     Miramar, FL   33025              )
25            Defendants.             )
```

Jayne O'Brien    HIGHLY CONFIDENTIAL    6/9/2023
Case 1:23-cv-10511-WGY    Document 264-8    Filed 09/26/23    Page 3 of 6
Page 90

```
 1   network."
 2              Do you see that?
 3        A     Yes.
 4        Q     Do you agree with that?
 5        A     It is correct, yes, in my view.
 6        Q     In your view, are there any other
 7   benefits relating to the loyalty program that
 8   will arise as a result of the merger?
 9        A     More customers.  And, I mean,
10   every customer, not just frequent flyers, would
11   get access to a loyalty program that gives more
12   benefits.
13        Q     Is there anything else?
14        A     Our loyalty program is unique that
15   it does give rewards for whoever you are, and I
16   think that is quite specific versus key
17   competition.
18        Q     Can you elaborate on what you mean
19   by that?
20        A     There's more JetBlue to more
21   places with low fares and a great product.  The
22   loyalty program, you will be able to earn
23   benefits through our loyalty program, more
24   people in more places.
25        Q     So before you said our loyalty
```

```
 1   program is unique that it does give rewards for
 2   whoever you are.
 3             What does that mean, "for whoever
 4   you are"?
 5        A    Well, what I mean is it is for
 6   everyone, whether you are a frequent or an
 7   infrequent customer.
 8        Q    How?
 9        A    Because you can earn points more
10   easily and get benefits without being -- I'm
11   using a generic term, an elite status customer.
12        Q    Okay.  And I think you said
13   before, you said I think "that is quite
14   specific versus key competition."
15             What did you mean by that?
16        A    What I mean is that JetBlue offers
17   benefits through its loyalty program to
18   infrequent leisure travelers, more frequent
19   leisure travelers and business flyers, so it's
20   for everyone.  Many other programs you have to
21   be a frequent flyer.
22        Q    What are the key competitors you
23   are referring to?
24        A    We compete with any other airline
25   out there, and it will vary by route as well
```



```
 1   main areas.  Yeah, those are the main areas,
 2   yeah.
 3       Q    So which of those main areas --
 4   strike that.
 5            So you would agree that other
 6   airlines offer the opportunity to earn rewards
 7   through the use of credit card points, correct?
 8            MR. SCHWED:  Objection.
 9            THE WITNESS:  I'm sure some do.
10   BY MR. WINDLE:
11       Q    Are you aware of other airlines
12   that allow you to earn rewards through flight
13   purchases?
14       A    I don't know the de -- that level
15   of detail, I'm afraid.
16       Q    Do you look at your key
17   competitors when you're trying to develop
18   products?
19       A    We would.
20       Q    Are you in the course of looking
21   at those competitors for that workflow we just
22   talked about -- strike that.  Let me rephrase.
23            When you look at your key
24   competitors, do you evaluate their product
25   offerings?
```

Jayne O'Brien     HIGHLY CONFIDENTIAL     6/9/2023
Case 1:23-cv-10511-WGY    Document 264-8    Filed 09/26/23    Page 6 of 6
Page 94

```
 1      A      We would do that, yes.
 2      Q      Is that part of your role?
 3      A      We would look at, in a general
 4   market knowledge, what the key competitors
 5   have, yes.
 6      Q      So do you know whether any of your
 7   key competitors allow you to earn rewards based
 8   on purchasing flights?
 9      A      Yes, they would.
10      Q      Okay.  Do you know if any of your
11   key competitors allow customers to earn rewards
12   by purchasing hotels, hotel rentals?
13      A      They would, yes.  I'm sure some of
14   them would.
15      Q      So what aspect of JetBlue's Blue
16   Basic is -- strike that.
17             So what aspect of the way that
18   customers earn rewards on Blue Basic is unique
19   to JetBlue?
20             MR. SCHWED:  I don't think you
21        meant Blue Basic.
22             MR. WINDLE:  Thank you.
23   BY MR. WINDLE:
24      Q      What aspect of the way that
25   JetBlue TrueBlue members earn rewards is unique
```