# EXHIBIT 6

| | |
|---|---|
| From: | St George, Marty [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AD68D033884448CD8031141F8649D027-ST. GEORGE, MARTIN] |
| Sent: | 1/7/2019 4:41:53 PM |
| To: | Jet to the Point [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c4abc9f68dc4c4fbbefbf86142a6a34-Jet to the] |
| Subject: | Jet to the Point: Showing BOS who's boss |



Dear Crewmembers –

In 2004, two things happened in my hometown of BOS that'll go down in history. One event came in October, with the Red Sox winning the World Series and putting the Curse of the Bambino to bed after 86 years. The other happened in January when JetBlue came to town.

Back then, BOS looked a lot different. Although all the legacy airlines were there, no one led the market. When we arrived with our lower fares and far-superior experience, we saw the legacies shrink their presence. Meanwhile, we turned it up!

**Transforming BOS**

We started humbly in Terminal E with just one gate, five destinations and 83 Crewmembers. In our first year, we operated 4,543 flights from BOS. Last year, that number was almost 55,000! Today we are the #1 airline in Boston, serving more destinations and offering more flights than any carrier in Logan Airport's history. And our 3,800 BOS Crewmembers (our second largest base) make it all happen!

That's impressive growth in itself, but the story doesn't end there -- over the years we've also encouraged our international partners like Emirates, TAP and Qatar to come to BOS. Since we entered Logan, the market has grown from having fewer than 20 international carriers to more than 30 today, opening up global destinations for our Customers way beyond our own network.

Over the years, we've seen the classic 'JetBlue effect' in action, with our low-fare and great service approach shaking up the market and driving down prices. We estimate that JetBlue's presence in the market has saved consumers about **$3 billion** in fares since 2004!

**Part of the community**

We are Boston's favorite airline and it shows! We sponsor all four major sports teams (Bruins, Celtics, Red Sox and Patriots) and we do our part, as we do everywhere we fly, to make the community better – thanks to an incredibly involved local Crewmember base. I still remember going to the KaBOOM! build in my home neighborhood of Hyde Park -- and that is just one of six playgrounds we have built in the greater Boston area.

**Staying #1**

We're heading to 200 departures per day and beyond. This year we'll peak at 173 per day and expect to reach 200 in 2022. By the end of 2020, at our current growth rate, BOS is expected to have more departures than JFK does today! I bet that back in January 2004, nobody could ever predicted that would happen.

This growth could only come through our partnership with Massport, and the significant investments we have made. We will soon have access to more gates in Terminal C and also in the International Terminal E so that we can increase our service to Latin America and the Caribbean…and maybe beyond.

We're #1 in BOS, and rightly so – but we can't rest on our laurels. We have seen legacy carriers improving their experience and growing their flights in BOS, but we've survived two decades as a strong, independent airline by always upping our game and keeping the Customer at the core of our strategy.

Our dedicated team in Boston has consistently knocked it out of (Fenway) Park by giving our Customers the experience they love and creating legions of JetBlue fans in the process. The service they offer is what will continue to keep us #1.

To celebrate 15 years, we've launched a one-day sale offering 15 incredible fares. This is just the start of this year's activity in Boston – we have a lot to look forward to, and I'm excited to share further announcements on our growth and investments as this year unfolds.

Thank you from this Bostonian to our entire BOS team for everything you've done, and continue to do, to contribute to our success. We would never be in our current position without the dedication of every one of you. Happy Anniversary!

Sincerely,

Marty St George
EVP Chief Commercial Officer

CONFIDENTIAL TREATMENT REQUESTED

JBLU-DOJ-01045590