# EXHIBIT 8

1          UNITED STATES DEPARTMENT OF JUSTICE

2  _____X

3  IN THE MATTER OF:       :   Civil

4                          :   Investigative

5  JETBLUE/SPIRIT INVESTIGATION  :  Demand 31421

6                          :

    _____X

7

8                 Denver, Colorado

9            Thursday, March 2, 2023

10

11        Deposition of BARRY BIFFLE, a witness herein,

12  called for examination by counsel for United States

13  Department of Justice in the above-entitled matter,

14  pursuant to Civil Investigative Demand, the witness

15  being duly sworn by Marjorie R. Dauster, a Notary

16  Public in and for the State of Colorado, held remotely

17  at 9:06 a.m., Thursday, March 2, 2023, and the

18  proceedings being taken down by Stenotype by

19  Marjorie R. Dauster, RMR, CRR, and transcribed under

20  her direction.

21

22

23

24

25

Case 1:23-cv-10678-WGY   Document 264-31   Filed 09/25/23   Page 3 of 4

1  calculate your average revenue for the route.

2      Q.    Does Frontier have any sort of minimum on

3  forecasted profitability that would make it willing to

4  enter a route?

5      A.    If we don't believe it has the potential to

6  someday at least make 10 percent, we don't -- we don't

7  start the route.

8      Q.    And when you say "someday," is that within any

9  sort of particular time frame?

10     A.    Typically within -- so for domestic, within a

11  year, and international within a year and a half.  And,

12  by the way, that's pre-tax margins.

13     Q.    Does Frontier have any internal models to put

14  together these route-level forecasts?

15     A.    Yes.

16     Q.    What does Frontier call those models?

17     A.    I'm not sure what they call them.  I mean, it

18  would be projected route P&Ls.

19     Q.    Okay.

20     A.    And to be fair, it's not really a model.  I

21  mean, we just have -- you know, we have calculations

22  and some spreadsheets.  I mean . . .

23     Q.    When Frontier estimates demand, do you also

24  include any sort of estimate on the amount of

25  stimulation of demand Frontier has?



1    A.    Absolutely.  Yes.

2    Q.    How do you come up with it?  How does Frontier

3 come up with that number, in your experience?

4    A.    The domestic market that we have extremely

5 discrete data, we just -- we just take our averages of

6 what we've done.  And so we -- we know how much each

7 discount level will have -- you know, we know the

8 corresponding amount of stimulation you get at each

9 amount of discount.

10        And so that will enable us to project the

11 stimulation, and we'll get to what we think the demand

12 is.  If it is a market that has no data and just hasn't

13 been flown, we may look at city proxies and -- for

14 example, if you're looking at a route to fly to Orlando

15 and maybe they don't have service today, we might look

16 at a city that is similar to that with similar income,

17 similar size, and -- and that gives us a proxy, if you

18 will, to understand how big the market could be.

19    Q.    Okay.  In your experience, when Frontier is

20 evaluating entry into a route, does it matter that

21 Frontier is already present in both airports that would

22 be on the route?

23    A.    Very helpful.

24    Q.    Would you say it's more likely for Frontier to

25 enter a route where it's already present on both

