# EXHIBIT 10

Page 1

1        UNITED STATES DEPARTMENT OF JUSTICE

2   - - - - - - - - - - - - - - - - X

3                                   :

4   IN THE MATTER OF:               :  Civil

5                                   :  Investigative

6   JETBLUE/SPIRIT INVESTIGATION    :  Demand 31283

7                                   :

8   - - - - - - - - - - - - - - - - X

9                 Washington, D.C.

10                Thursday, January 13, 2023

11        Videotaped deposition of JOHN PATRICK

12   KIRBY, called for examination by counsel for United

13   States Department of Justice in the above-entitled

14   matter, pursuant to Civil Investigative Demand, the

15   witness being duly sworn by MARY GRACE CASTLEBERRY, a

16   Notary Public in and for the District of Columbia,

17   taken at the offices of United States Department of

18   Justice, 450 Fifth Street, N.W., Washington, D.C., at

19   9:07 a.m., Thursday, January 13, 2023, and the

20   proceedings being taken down by Stenotype by MARY

21   GRACE CASTLEBERRY, RPR, and transcribed under her

22   direction.

Page 62

1  accomplished our goal of continuing to add new
2  destinations out west, but also allowed us to
3  continue growing Las Vegas, which was also something
4  that was part of our long-term strategy.
5     Q.   Okay.
6     A.   So that's some of the things we do look
7  for.  We look at competition certainly, so who's in
8  the market.  We look at how much capacity's in the
9  market.  So again, we look at those fares, so we want
10 to make sure that we feel we can stimulate.  And then
11 we obviously run financial -- we use our financial
12 model, which I would tell you is very rudimentary,
13 but we look at what is our forecasted revenue
14 passengers in margin performance both in year one and
15 then the steady-state as well.  So we look at those
16 types of things.
17        And then we keep a list of opportunities,
18 because the environment is very fluid, very dynamic
19 and what may be an opportunity today may not be -- or
20 there may be an opportunity that's new that you maybe
21 shift your plans to because it may be -- it may be a
22 fleeting opportunity.