# EXHIBIT 11

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3   ------------------------------  )

 4   GABRIEL GARAVANIAN, et al.,     )

 5                  Plaintiffs,      )Case No.

 6          vs.                      )1:23-cv-10678-WGY

 7   JETBLUE AIRWAYS CORPORATION     )

 8   and SPIRIT AIRLINES, INC.,      )

 9                  Defendants.      )

10   ------------------------------  )

11

12

13         DEPOSITION OF NICHOLAS HILL, Ph.D.

14                  WASHINGTON, D.C.

15                 SEPTEMBER 11, 2023

16

17

18

19

20

21

22   REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
```

1  did you compare the pre-merger JetBlue network
2  plans going forward with the Spirit network plans
3  going forward to see how many additional
4  overlapping city pair markets would likely occur
5  without the merger?
6      A.  There were no plans that lined up apples
7  to apples.  As I recall, there was no single-year
8  JetBlue and Spirit plans that you could put side by
9  side and say these are equivalent.
10     Q.  But I notice you were -- I think it's -- I
11 think it's around paragraph 148 to 150 if my notes
12 are right, that you're critical of the fact that
13 Spirit in 2023                                    of
14 its planned expansion routes; is that correct?
15     A.  I think that's -- that starts in figure
16 149.  The intent was -- the intent here wasn't to
17 be critical of Spirit, but rather just to say -- so
18 it's page 74.  Sorry.  So the goal here wasn't to
19 be critical of Spirit, but just to note that the
20 route plans are a plan and airlines are a dynamic
21 industry, and, you know, the fact that you have a
22 plan going out to 2025 or 2027 doesn't mean that

1  the ability of ease of entry and ease of exit that
2  you believe that after the merger any
3  anti-competitive effects could be easily
4  ameliorated by other entrants coming into these
5  city pairs where there may be a competitive harm.
6  Is that a correct assumption?
7      A.  Yeah.  So I'd put it like this.  The
8  entry -- the evidence in this section, for example,
9  the qualitative evidence about ULCC entry, the
10 evidence we've already looked at in figure 50
11 about -- and 51 about frequency of entry and exit
12 and the qualitative evidence that precedes it I
13 think in general is consistent with entry being a
14 persistent and commonplace event in the airline
15 industry.  And so that's essentially what this
16 section is going towards in saying if there were to
17 be a reduction in competition on these routes, it's
18 likely that entry and repositioning would
19 ameliorate any negative effects.
20      Q.  Over what period of time?  Did you try to
21 estimate any period of time for that?
22      A.  I have not.