UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, *et al.*,

    *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

**DECLARATION OF JOSEPHINE L. ALIOTO IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF TED P. TATOS**

I, Josephine L. Alioto, declare as follows:

1. I am one of the attorneys of record for Plaintiffs in this suit. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in opposition to Defendants' Motion to Exclude Expert Opinions and Testimony of Ted P. Tatos. If called to testify in this action, I could and would testify competently to all matters contained in this declaration based upon my own personal knowledge.

2. I am duly admitted to practice law in the State of California. I have been admitted pro hac vice for the prosecution of this action in this Court.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the rough deposition transcript of Ted P. Tatos.

4. Attached as **Exhibit 2** is the Expert Report of Ted P. Tatos, dated July 28, 2023.

5. Attached as **Exhibit 3** is Defendants' Rebuttal Expert Report of Nicholas Hill PhD.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Derek Klinka (CID 30(b)(6)).

1

2

7. Attached as **Exhibit 5** is a true and correct copy of Exhibit 8 to Eric Friedman's CID 30(b)(6) deposition transcript.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Eric Friedman (CID 30(b)(6))**.**

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 25, 2023            /s/ *Josephine L. Alioto*
                                     Josephine L. Alioto, Esq.
                                     Counsel for Plaintiffs

## Table of Exhibits

1. **Ted P. Tatos Deposition Transcript Excerpts**

2. **Expert Report of Ted P. Tatos (07-28-2023)**

3. **Rebuttal Expert Report of Nicholas Hill PhD**

4. **Derek Klinka CID 30(b)(6) Deposition Transcript Excerpts**

5. **Eric Friedman CID 30(b)(6) Deposition, Exhibit 8**

6. **Eric Friedman 30(b)(6) Deposition Transcript Excerpts**

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system on September 25, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      */s/ Joseph M. Alioto*
Joseph M. Alioto