# EXHIBIT 1

# Excerpts From The Rough Deposition Transcript of Ted P. Tatos

# SEALED – SUBJECT TO MOTION TO IMPOUND