# EXHIBIT 2

# Expert Report of Ted P. Tatos, Dated July 28, 2023

# SEALED – SUBJECT TO MOTION TO IMPOUND