# EXHIBIT 3

# Defendants' Rebuttal Expert Report of Nicholas Hill PhD

# SEALED – SUBJECT TO MOTION TO IMPOUND