# EXHIBIT 4

# Excerpts From The Deposition Transcript of Derek Klinka

# SEALED – SUBJECT TO MOTION TO IMPOUND