# EXHIBIT 5

# Exhibit 8 to Eric Friedman's CID 30(b)(6) Deposition Transcript

# SEALED – SUBJECT TO MOTION TO IMPOUND