# EXHIBIT 6

# Excerpts From The Deposition Transcript of Eric Friedman

# SEALED – SUBJECT TO MOTION TO IMPOUND