AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:23-cv-10678-WGY |
| JETBLUE AIRWAYS CORPORATION, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Allegiant Air LLC (Allegiant).

Date:    09/28/2023

/s/ Carla Gilbertson
*Attorney's signature*

Carla Gilbertson (BBO #567128)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW Washington, DC 200037
*Address*

carla.gilbertson@wilmerhale.com
*E-mail address*

(202) 663-6118
*Telephone number*

(202) 663-6363
*FAX number*