UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Case No. 1:23-cv-10678-WGY |

**ASSENTED TO MOTION TO ADMIT HARTMUT SCHNEIDER PRO HAC VICE**

Now comes Carla Gilbertson, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Hartmut Schneider as counsel for Non-Party Allegiant Air LLC (Allegiant).

Mr. Schneider is a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. As set forth in the accompanying Certificate, Mr. Schneider certifies that: (i) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction;

(iii) he has not previously had a pro hac vice admission to this Court revoked for misconduct; and

(iv) he has read and agrees to comply with the Local Rules of this Court.

I have filed an appearance in this action on behalf of Allegiant as required by Local Rule 83.5.3(e)(2). I respectfully request requests that Mr. Schneider be granted leave to appear and practice *pro hac vice* on behalf of Allegiant in the above-captioned matter.

Dated: September 28, 2023

*/s/ Carla Gilbertson*
Carla N. Gilbertson (BBO #567128)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 200037
Tel: (202) 663-6118
carla.gilbertson@wilmerhale.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the parties have conferred on the subject of this Motion. Counsel for Defendants and Plaintiffs has assented to Allegiant's Motion to Admit Hartmut Schneider Pro Hac Vice.

*/s/ Carla Gilbertson*
Carla N. Gilbertson

## CERTIFICATE OF SERVICE

I, Carla Gilbertson, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 28, 2023.

*/s/ Carla Gilbertson*
Carla N. Gilbertson