UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC,<br><br>    Defendants | Case No. 1:23-CV-10678-WGY |

## PLAINTIFFS' MOTION TO CONSOLIDATE TRIAL

Pursuant to Federal Rule of Civil Procedure ("FRCP") 42(a) and District of Massachusetts Local Rule 40.1(j), Plaintiffs respectfully seek an Order from this Court consolidating the October 16, 2023 trial in *United States, et al. v. JetBlue Airways Corp., et al.*, No. 1:23-cv- 10511-WGY (D. Mass.), (the "Government Action") with trial in the instant action as they involve common parties, common issues of law and fact, and consolidation will promote judicial economy. In support of this Motion to Consolidate Trial, Private Plaintiffs submit the concurrently filed Memorandum and Declaration of Josephine L. Alioto.

Dated: September 28, 2023

Respectfully submitted,

ALIOTO LEGAL

By */s/ Joseph M. Alioto*

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

*Additional Plaintiffs' counsel listed below.*

2

<div style="columns:2">

Robert F. Ruyak
Stephen G. Larson
Scott Gregory Herrman
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
Email:rruyak@larsonllp.com
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115

Lingel H. Winters
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941

Christopher A. Nedeau
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Joseph M. Alioto Jr.
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, California 94111
(*Admitted pro hac vice*)

Josephine Alioto
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

</div>

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 28, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                   */s/ Joseph M. Alioto*
                                                   Joseph M. Alioto