**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**DECLARATION OF JOSEPHINE L. ALIOTO IN SUPPORT OF PLAINTIFFS'**
**MOTION TO CONSOLIDATE**

    I, Josephine L. Alioto, declare as follows:

1.    I am one of the attorneys of record for Plaintiffs in this suit. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiffs' Motion to Consolidate. If called to testify in this action, I could and would testify competently to all matters contained in this declaration based upon my own personal knowledge.

2.    I am duly admitted to practice law in the State of California. I have been admitted pro hac vice for the prosecution of this action in this Court.

3.    Private Plaintiffs noticed nearly all depositions noticed by the Government Plaintiffs in *United States, et al. v. JetBlue Airways Corp., et al.*, No. 1:23-cv- 10511-WGY (D. Mass. Mar. 7, 2023) (hereinafter "Government Action"), attended Government Action depositions, and examined those same witnesses. Private Plaintiffs also attended third party depositions noticed by Defendants, which were noticed in both actions.

4.    Parties in this action and the DOJ action submitted joint pretrial memorandums. *See* Dkt. No. 225 and DOJ action Dkt. No. 191. These pretrial memorandums contained proposed witness lists.

1

The Government Action Plaintiffs' witness list and the Private Plaintiffs' witness list contains fourteen of the same witnesses. *Id.* Defendants' witness list in both the DOJ action and the instant case are identical. *Id.*

5. On September 27, 2023, I emailed counsel for all parties advising them of the relief sought in this motion. On September 28, 2023, a conference was held with counsel for all parties in which I explained Plaintiffs' position. Defendants and Government Plaintiffs expressed their positions. The conference concluded with Defendants and Government Plaintiffs communicating their intent to oppose this motion.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 28, 2023   /s/ *Josephine L. Alioto*
Josephine L. Alioto
*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 28, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

 */s/ Joseph M. Alioto*
Joseph M. Alioto
