# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

## ALLEGIANT AIR LLC's CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, non-party Allegiant Air LLC hereby discloses the identity of any parent corporation and any publicly held corporation owning 10% or more of its stock:

**Allegiant Air LLC has a single member, Allegiant Travel Company, which is a publicly held corporation.**

Dated:  September 29, 2023

Respectfully submitted,

*/s/ Carla Gilbertson*
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
Carla Gilbertson (BBO #567128)
2100 Pennsylvania Avenue NW
Washington, DC 200037
Tel:  (202) 663-6118

carla.gilbertson@wilmerhale.com