## UNITED STATES DISTRICT COURT
## OR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>　　　　　*Plaintiffs*,<br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>　　　　　*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>　　　　　*Plaintiffs*,<br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>　　　　　*Defendants*. | Case No. 1:23-cv-10678-WGY |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John F. White III, of Goulston & Storrs PC, as counsel for non-party Breeze Aviation Group, Inc. in the above-captioned action.

                                        Respectfully submitted,

                                        BREEZE AVIATION GROUP, INC.
                                        By its attorney,

Dated:  September 29, 2023          */s/ John F. White III*
                                        John F. White III (BBO # 706589)
                                        GOULSTON & STORRS PC
                                        400 Atlantic Avenue
                                        Boston, MA 02110
                                        Telephone: (617) 482-1776
                                        Facsimile: (617) 574-4112
                                        E-mail:  jwhite@goulstonstorrs.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 29, 2023, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ John F. White III*
                                        John F. White III