# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARVANIAN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>JETBLUE AIRWAYS CORPORATION and<br>SPIRIT AIRLINES, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Marissa F. Mugan of Foley Hoag LLP, as counsel for non-party Sun Country Airlines Holdings, Inc. in the above-captioned action.

        Respectfully submitted,

        SUN COUNTRY AIRLINES HOLDINGS, INC.,

        By its attorney,

        */s/ Marissa F. Mugan*
        Marissa F. Mugan (BBO #710141)
        mmugan@foleyhoag.com
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA  02110
        (617)  832-1000

Dated:  September 29, 2023

- 2 -

## Certificate of Service

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2023.

                                                                */s/ Marissa F. Mugan*
                                                                Marissa F. Mugan