**Appendix A: Exhibits To Be Sealed**

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-NEA-00373389 | AA-NEA-00373389 | Internal spreadsheet titled "adLbidprice_page.xlsx," dated September 19, 2018, discussing sensitive, granular pricing information. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-00373390 | AA-NEA-00373391 | Internal presentation titled "Basic Economy Changes.docx," dated September 19, 2018, discussing sensitive, granular pricing information and competitive assessments of other carriers. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-23LIT-00000021 | AA-23LIT-00000042 | Internal slide deck titled "Basic Economy Leaders BCM," dated June 29, 2021, discussing American's strategies for fare classes and containing sensitive, granular financial information and network planning and pricing strategy information. | American moves to redact from this document the sensitive, granular financial data contained in it, as well as the information relevant to American's pricing strategy. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. Moreover, as explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-00043326 | AA-NEA-00043361 | Internal slide deck titled "BOS Strategy," dated December 2017, regarding American's network strategy in Boston and containing sensitive, granular financial information and corporate customer names. | American moves to redact from this document the sensitive, granular financial data contained in it, as well as the names of corporate customers. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. Moreover, as explained in Section I.D of the Motion, disclosure of corporate customer names will harm American's competitive standing. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-NEA-00068377 | AA-NEA-00068378 | Email chain between Kyle Mabry, Jim Carter, and Alison Jane Taylor re: "BOS-LAX Performance Improvement Plan," dated November 16, 2018, discussing American's network planning strategy in Boston, and containing a corporate customer's name. | American moves to redact from this document the name of a corporate customer. As explained in Section I.D of the Motion, disclosure of corporate customer names will harm American's competitive standing. The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-00088678 | AA-NEA-00088684 | Standalone American Airlines slide deck from February 2020 titled "AA in BOS." | American moves to redact from this strategy deck a slide that shows American's profitability figures on a route-by-route basis. As explained in Section I.C. of the Motion, disclosure of granular financial data will harm American's competitive standing. |
| AA-NEA-00129550 | AA-NEA-00129641 | Internal presentation titled "The Future Is Now: Growing our Global Advantage," dated October 2019, discussing American's nation-wide network strategy. | American moves to redact from the document granular financial data and future network and partnership plans. As explained in Section I.A. and I.C. of the Motion, disclosure of future plans and granular financial data will harm American's competitive standing. |
| AA-NEA-00578466 | AA-NEA-00578527 | Internal presentation titled "TA Update 12-12-19.pptx," dated January 2019, discussing American's network strategy. | American moves to redact portions of this exhibit that contain sensitive, granular financial, pricing and performance data. As explained in Section I.C. of the Motion, disclosure of granular financial and performance data will harm American's competitive standing. Case 1:21-cv-11558-LTS Document 159-2 Filed 09/09/22 Page 53 of 91 |
| AA-NEA-01268770 | AA-NEA-01268876 | Internal presentation titled "2Q20 Board of Directors – Robert's Slides," dated July 2020, regarding American's network planning strategy. | American moves to redact from the Board presentation customer names and granular financial data. As explained in Section I.C. and I.D. of the Motion, disclosure of granular financial data and customer names will harm |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| | | | American's competitive standing.  The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-02468027 | AA-NEA-02468126 | Internal presentation titled "Network Strategy," dated July 2021, regarding American's network planning strategy. | American moves to redact from this presentation the highly sensitive future network plans that, as explained in Section I.A of the Motion, if disclosed, would harm American's competitive standing. |
| AA-NEA-03192426 | AA-NEA-03192469 | Internal presentation titled "2021-2026 Network Five Year Plan," dated August 26, 2021, regarding American's network planning strategy. | The proposed redactions contain highly sensitive future network plans that if disclosed to competitors would harm American's competitive standing by allowing competitors to plan their own network with an understanding of American's future strategy.  The proposed redactions also contain highly sensitive profitability data that if disclosed to competitors would allow competitors to make competitive decisions on targeting growth armed with knowledge regarding where American is weak or strong.  Finally, American's redactions are targeted—American does not propose to seal relevant information that discuss background and high-level strategy that pertain to New York, Boston, and Philadelphia. |