# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer Giordano, of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304 as an attorney representing non-party Frontier Airlines, Inc. and Frontier Group Holdings, Inc.[1] in the above-captioned action.

Dated: September 29, 2023

Respectfully submitted,

/s/ *Jennifer L. Giordano*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
jennifer.giordano@lw.com

*Attorney for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

---

[1] Defendants' subpoena was sent to Frontier Airlines, Inc. while Plaintiffs' subpoena was sent to Frontier Group Holdings, Inc., and attorney Jennifer Giordano appears on behalf of both entities.

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

               */s/ Jennifer L. Giordano*
               Jennifer L. Giordano