UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-10678-WGY |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, non-parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc. hereby disclose by and through their attorneys, Latham & Watkins LLP, the following:

- Frontier Group Holdings, Inc., a Delaware corporation, is a public entity and wholly owns Frontier Airlines Holdings, Inc.

- Frontier Airlines Holdings, Inc., a Delaware corporation, is a holding company and wholly owns Frontier Airlines, Inc.

- Frontier Airlines, Inc. is a Colorado corporation.

Dated: September 29, 2023

Respectfully submitted,

*/s/ Jennifer L. Giordano*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

>Facsimile: (202) 637-2201
>jennifer.giordano@lw.com
>
>*Attorney for Frontier Airlines, Inc. and*
>*Frontier Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

>*/s/ Jennifer L. Giordano*
>Jennifer L. Giordano