# Appendix A
### Trial Exhibits Subject to Non-Party Frontier's Motion to Impound

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| TX0073 | Transcript of March 2, 2023 Deposition of Barry Biffle | 85:20-86:16, 87:5-88:1, 89:1-90:25, 92:1-25, 94:1-95:4, 95:25-96:25, 107:25-109:10, 116:1-2, 117:13-120:11, 120:21-25, 124:7-10, 124:14-21, 125:3-12, 125:25-126:17, 130:24-131:14, 131:17-132:1, 134:17-18, 135:3, 135:6-7, 136:9-137:1, 148:10-149:25, 150:7-15 | Unopposed | Future Strategic Plans, including Network Plans; Competitive Strategy |
| TX0074 | FRONTIER-000550 – FRONTIER-000557 | Pg. 2, 4-8 | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans |
| TX0075 | FRONTIER-VOL-0001764 – | Pg. 2-7, 9-11, 17-24 | Unopposed | Granular Financial Data; Strategic Plans, including Network |

---

[1] Exhibit numbers are based on the Proposed Final Pretrial Order [Dkt. Nos. 225, 226].

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | FRONTIER-VOL-0001788 | | | Plans; Pricing Strategy |
| TX0076 | FRONTIER-000048 – FRONTIER-000067 | Pg. 5-6, 8-9, 11-12, 14-16, 18, 20 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| TX0077 | Transcript of June 14, 2023 Deposition of Barry Biffle | 38:23-39:6; 39:19-40:15, 50:24-41:3, 41:25-42:15, 42:19-21, 42:23-24, 43:3, 43:7-9, 43:13-17, 43:21-45:8, 45:12-14, 45:21-46:15, 47:2-13, 48:6-9, 48:21-49:13, 50:10-24, 51:9-13, 51:19-25, 52:1-5, 53:15-21, 60:17-61:4, 61:9-12, 61:15-20, 61:22-64:7, 64:8-65:1, 81:7-82:2, 82:5-84:20, 105:24-106:13, 106:25-107:14, 109:4-15, 109:18-24, 112:2-113:13, 122:7-14, 123:22-124:1, 135:11-22, 136:5-13, 138:10-139:8, 148:1- | Unopposed | Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Granular Financial Information |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | 13, 159:22-160:1, 160:8-16, 166:14-19, 168:25-172:14, 174:18-175:7, 179:13-23, 186:17-24, 187:7-11 | | |
| TX0078 | FRONTIER-000029 – FRONTIER-000032 | Pg. 2-4 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| TX1380 | FRONTIER-000033 – FRONTIER-000040 | Pg. 2, 4-8 | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans; Pricing Strategy |
| TX1381 | FRONTIER-000130 – FRONTIER-000143 | Pg. 2-6, 9-11 | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Marketing Strategy |
| TX1382 | FRONTIER-000250 – FRONTIER-000274 | Pg. 3-15, 17-25 | Unopposed | Granular Financial Data; Future Strategic Plans, including |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | | | Network Plans; Pricing Strategy |
| TX1383 | FRONTIER-000306 – FRONTIER-000346 | Pg. 4-10, 12-14, 18-18, 20-30, 32-34, 36-37, 39-41 | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Marketing Strategy |
| TX1384 | FRONTIER-000347 – FRONTIER-000359 | Pg. 2-10, | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Marketing Strategy |
| TX1385 | FRONTIER-CID-000006517 – FRONTIER-CID-000006533 | Pg. 3-5, 7-8, 11-13, | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans |
| TX1386 | FRONTIER-CID-000013133 – FRONTIER-CID-000013136 | Pg. 3-4 | Unopposed | Future Strategic Plans, including Network Plans |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| TX1387 | FRONTIER-CID-000014067 – FRONTIER-CID-000014076 | Pg. 4, 6-10 | Unopposed | Granular Financial Data; Future Strategic Plans, including Network Plans; Pricing Strategy |
| TX1388 | FRONTIER-CID-000018516 – FRONTIER-CID-000018534 | Pg. 3-4, 6, 8-9, 11-14, 16 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Marketing Strategy |
| TX1583 | B6NK-CM-0014766 – B6NK-CM-00014788 | Entirety[2] | Unopposed | Future Strategic Plans, including Network Plans |

---

[2] Frontier received notice that Defendants intend to use this document at trial on September 29, 2023, a few hours before this filing was due.  For now, Frontier moves to impound this document in its entirety, but will address any further issues of confidentiality at any future court hearing.