UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al. *Plaintiffs,* v. JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., *Defendants.* | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al. *Plaintiffs,* v. JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., *Defendants.* | Case No. 1:23-cv-10678-WGY |

**CORPORATE DISCLOSURE STATEMENT**

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-party Sun Country Airlines Holdings, Inc. ("Sun Country"), submits the following corporate disclosure statement:

Non-party Sun Country is a publicly traded corporation. No publicly held corporation owns more than 10 percent of Sun Country's stock.

Dated: September 29, 2023

RULE GARZA HOWLEY LLP

Daniel J. Howley
(*Pro Hac Vice* Motion Pending)
Taylor C. Williams
(*Pro Hac Vice* Motion Pending)
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 843-9280
howley@rulegarza.com
williams@rulegarza.com

Respectfully submitted,

FOLEY HOAG LLP

/s/ Marissa F. Mugan
Lisa C. Wood (BBO #543811)
Marissa F. Mugan (BBO# 710141)
155 Seaport Boulevard
Boston, MA 02110
Telephone: (617) 832-1000
lwood@foleyhoag.com
mmugan@foleyhoag.com

*Counsel for Non-Party Sun Country Airlines Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2023.

                                                             */s/ Marissa F. Mugan*
                                                             Marissa F. Mugan