AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| Garavanian, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-10678-WGY |
| JetBlue Airways Corp. et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the States of Massachusetts, California, Maryland, New Jersey, New York, and North Carolina                    .

Date:     10/01/2023

/s/ Daniel H. Leff
*Attorney's signature*

Daniel H. Leff (MA Bar No. 689302)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

*Address*

daniel.leff@mass.gov
*E-mail address*

(617) 963-2613
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|