AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Gabriel Garavanian, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia                                                                                              .

Date:   10/01/2023

/s/ Estefania Torres Paez
*Attorney's signature*

Estefania Torres Paez (MA Bar No. 705952)
*Printed name and bar number*
Office of the Attorney General
for the District of Columbia
400 6th Street, NW
Washington, DC 20001
*Address*

estefania.torrespaez@dc.gov
*E-mail address*

(202) 631-9492
*Telephone number*

*FAX number*