UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARVANIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No. 1:23-cv-10678-WGY |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Lisa C. Wood of Foley Hoag LLP, as counsel for non-party Sun Country Airlines Holdings, Inc. in the above-captioned action.

Respectfully submitted,

SUN COUNTRY AIRLINES HOLDINGS, INC.,

By its attorney,

*/s/ Lisa C. Wood*
Lisa C. Wood (BBO #543811)
lwood@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110
(617) 832-1000

Dated:  October 2, 2023

- 2 -

**<u>Certificate of Service</u>**

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 2, 2023.


              /s/ Lisa C. Wood
              Lisa C. Wood