UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants, | Civil Action No. 1:23-cv-10678-WGY |

**DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF TED P. TATOS**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration in Support of Defendants' Reply Memorandum in Support of Motion *in Limine* to Exclude Expert Opinions and Testimony of Ted P. Tatos.

2. For ease of reference, Defendants, in support of their Reply are continuing the exhibit numbering from their Motion.

3. Attached as Exhibit 3 is a true and correct copy of excerpts of the Rough Deposition Transcript of Ted Tatos, deposed September 15, 2023.

-2-

4.  Attached as Exhibit 4 is a true and correct copy of excerpts of the Deposition Transcript of Len Marazzo, deposed June 28, 2023.

5.  Attached as Exhibit 5 is a true and correct copy of excerpts of the Deposition Transcript of Jan Marie Brown, deposed June 21, 2023.

6.  Attached as Exhibit 6 is a true and correct copy of excerpts of the Deposition Transcript of Lisa McCarthy, deposed June 22, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 2, 2023, in Boston, Massachusetts.

Respectfully submitted,

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant*
*JetBlue Airways Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Declaration of Elizabeth M. Wright in Support of Defendants' Reply Memorandum in Support of Motion *in Limine* to Exclude Expert Opinions and Testimony of Ted P. Tatos was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system, on October 2, 2023.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

291892167