# EXHIBIT 3

IMPORTANT INFORMATION!   IMPORTANT INFORMATION!

It is understood by all attorneys and/or their staff using, saving onto a hard computer disk, or receiving a Livenote/Realtime ASCII or emailed rough draft transcript that:

1. The following is an unedited rough draft transcript. Various corrections and/or changes may be made before the final version is complete. The use of this rough draft transcript is limited by C.C.P. 2025.540(b). This reporter, as well as any affiliated court reporting agency, will not be responsible for any variance of this draft from the final transcript.

2. Because of the nature of stenographic outlines, differences WILL exist between the Livenote/Realtime rough draft copy and the certified transcript prepared by the reporter. Those differences will include the following, among others:

   A. Words may change;
   B. Page and line numbers may change;
   C. Punctuation may change; and/or
   D. Quotes may change.

3. Providing a Livenote/Realtime ASCII and/or email or saving Livenote/Realtime onto a computer hard drive will only be provided when a certified copy is purchased and there will be a charge for the Livenote/Realtime rough transcript in addition to the charge for the certified copy.

```
 1   A.   Well, I wanted to avoid the impression that I would be
 2        duplicative because I'm offering -- my report
 3        focuses -- it's -- it's -- it addresses different
 4        questions than -- than Dr. Singer's report.
 5   Q.   Fair to say that you're familiar with that 2000 -- the
 6        first paper, right, the 2013 one?
 7   A.   I'm aware of it and I've -- I've reviewed it, yes.
 8   Q.   And you cite it favorably in your report?
 9   A.   I'm not sure what you mean by cited favorably.  I
10        reference it in my report.
11   Q.   You don't critique it in your report, do you?
12   A.   I reference it in my report.  That's it.
13   Q.   Do you have any critiques as of right now as to the
14        article?
15   A.   I wasn't asked to perform any peer review of -- of --
16        of the paper if that's the question, no.
17   Q.   Got it.  So you didn't independently answer any of the
18        underlying data used by that particular article;
19        right?
20   A.   I didn't have access to the data or the code in that
21        article, so I used a similar approach again to -- to
22        what JetBlue did which is reference that paper.  I
23        know JetBlue cited it very favorably in its pamphlet
24        using it to tout this -- this, you know, what it
25        referred to as the JetBlue effect.
```