# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3    _____
 4    GABRIEL GARAVANIAN, et al.,      |
 5              Plaintiffs,            | Case No.
 6       v.                            | 1:23-cv-10678-WGY
 7    JETBLUE AIRWAYS CORPORATION      |
 8    and SPIRIT AIRLINES, INC.,       |
 9              Defendants.            |
10    _____   |
11
12                 ** CONFIDENTIAL **
13
14        ZOOM VIDEO CONFERENCE DEPOSITION
15                   LEN MARAZZO
16                 June 28, 2023
17                2:05 p.m. Pacific
18
19
20
21    Stenographically reported by:
22    Cynthia J. Conforti, CSR, CRR
23    License No. 084-003064
24
25    Job No. 20993
```

```
 1   A P P E A R A N C E S:

 2

 3           *** ALL APPEARANCES VIA ZOOM ***

 4

 5   ON BEHALF OF PRIVATE ACTION PLAINTIFFS:

 6      BONSIGNORE TRIAL LAWYERS, PLLC

 7      23 Forest Street

 8      Medford, Massachusetts 02155

 9      (781) 350-0000

10      BY:  ROBERT BONSIGNORE, Esq.

11           info@class-actions.us

12

13   ON BEHALF OF DEFENDANT SPIRIT AIRLINES, INC:

14      PAUL, WEISS, RIFKIND, WHARTON &

15      GARRISON LLP

16      1285 Avenue of the Americas

17      New York, New York 10019

18      (212) 373-3000

19      BY:  YOAV GAFFNEY, Esq.

20           ygaffney@paulweiss.com

21

22

23   ALSO PRESENT:

24      James Jarmon, Videographer

25
```

1  a preferred location on the plane.  If it's
2  available at the time of booking, you can book
3  that seat without paying extra.
4       Q  Is it fair to say you -- you would book
5  American because you had that extra benefit?
6       A  No.
7       Q  It doesn't play any role in what airline
8  you choose to book?
9       A  No.  Cost plays the role first.
10      Q  You've -- and I think you testified
11 earlier, but you've never flown Spirit, right?
12      A  Correct.
13      Q  There's -- even on this revised chart,
14 there's no mention of Spirit Airlines?
15      A  Not for me.
16      Q  And it looks like there's four flights
17 total on JetBlue; is that right?
18      A  Yes.
19      Q  Do you recall why you flew JetBlue those
20 four times?
21      A  Yeah, definitely because of the cost.
22      Q  Is -- so you mean that you flew JetBlue
23 those four times because it was cheaper?
24      A  Yeah, that's because they're very
25 competitive to New York out of here.