# EXHIBIT 5

```
 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - - - -x
     GABRIEL GARAVANIAN, et al.,
 4
                    Plaintiffs,
 5
     vs.                                    Civil Action Number
 6                                           1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION
 7   and SPIRIT AIRLINES, INC.,

 8                  Defendants.

 9   - - - - - - - - - - - - - - - - - - -x

10

11

12

13        REMOTE VIDEOTAPED DEPOSITION of JAN MARIE

14   BROWN, taken by Defendants on Wednesday, June 21,

15   2023, commencing at 2:02 p.m. (Pacific Time), before

16   Pamela Grimaldi (via Zoom), a Registered Merit

17   Reporter, Certified Realtime Reporter, and Notary

18   Public within and for the State of New York.

19

20

21

22

23

24

25
```

```
 1
 2   R E M O T E   A P P E A R A N C E S:
 3
 4           BONSIGNORE TRIAL LAWYERS
                 Attorneys for the Plaintiffs
 5               23 Forest Street
                 Medford, Massachusetts  02155
 6               781.350.0000

 7         BY:   ROBERT J. BONSIGNORE, ESQ.
                 rbonsignore@classactions.us
 8                    - and -
                 GEORGE OMAR KOURY, ESQ.
 9
10
11           COOLEY LLP
                 Attorneys for Defendant JetBlue Airways
12               1299 Pennsylvania Avenue, NW, Suite 700
                 Washington, DC  20004
13               202.728.7123

14         BY:   MATT NGUYEN, ESQ.
                 mnguyen@cooley.com
15
16
17   A L S O   P R E S E N T:
18           Simone Smith, Intern (Cooley)
             Andrew Whitner, Video Specialist
19
20
21
22
23
24
25
```

```
 1                          J. Brown
 2   is that correct?
 3          A     From what I remember, yes.
 4          Q     Ms. Brown, is this a true and complete
 5   list of the flights you have taken in the past eight
 6   years?
 7          A     From -- from what I remember, yes.
 8          Q     Ms. Brown, are there any flights that
 9   you can think of today that are not listed here that
10   you took within the past eight years?
11          A     Not that I can remember, no.
12          Q     So, Ms. Brown, in the last eight
13   years, you haven't flown on Delta Airlines, have
14   you?
15          A     I have not.
16          Q     And, Ms. Brown, in the last eight
17   years, you haven't flown on Spirit Airlines?
18          A     I have not.
19          Q     And, Ms. Brown, it looks like you've
20   flown JetBlue once in the past eight years; is that
21   correct?
22          A     Yes.
23          Q     And, Ms. Brown, do you see the very
24   first line there where it says that you flew JetBlue
25   Reno to LaGuardia and LaGuardia to Reno?
```

```
 1                        J. Brown
 2        A     I'm sorry.  That was supposed to be
 3   Americ- -- I'm sorry.  United.  I apolo- --
 4              Wait.  That is supposed to be -- oh,
 5   to LGB, not LGA.  I apologize.  Long Beach.  For a
 6   trip to Disneyland.
 7        Q     Ms. Brown, are you saying that instead
 8   of flying from Reno to LaGuardia, you meant to write
 9   Reno to LGB --
10        A     Yes.
11        Q     -- which is the Long Beach Airport?
12        A     Yes.
13        Q     Ms. Brown, can you agree with me that
14   this chart is incorrect because it does not contain
15   the right airport designation?
16        A     Yes.
17        Q     And, Ms. Brown, will you agree that
18   you and your counsel need to promptly supplement
19   this document because it is not truthful and
20   accurate, to the best of your knowledge, as of
21   today?
22        A     It -- yes.
23        Q     And, Ms. Brown --
24              MR. BONSIGNORE:  What number is that,
25         Counsel?  I can't -- it just has the
```