# EXHIBIT 6

```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
     GABRIEL GARAVANIAN, et al.,          )
 3                                        )
            Plaintiffs,                   )
 4                                        )
     v.                                   ) Case No.
 5                                        ) 1:23-cv-10678-WGY
     JETBLUE AIRWAYS CORPORATION and      )
 6   SPIRIT AIRLINES, INC.,               )
                                          )
 7          Defendants.                   )

 8

 9

10           *********************************
                  REMOTE VIDEOTAPED DEPOSITION OF
11                     LISA RUTH McCARTHY
                          June 22, 2023
12           *********************************

13

14

15          LISA RUTH McCARTHY, produced as a witness at

16   the instance of the Defendants, was duly sworn and

17   deposed in the above-styled and numbered cause on

18   June 22, 2023, from 9:06 a.m. to 11:48 a.m. EST,

19   stenographically reported remotely, pursuant to

20   the Federal Rules of Civil Procedure and the

21   provisions stated on the record.

22

23
     Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                  Texas CSR 9306
                    California CSR 14407
25                  Illinois CSR 084.004659
```

```
 1              A P P E A R A N C E S

 2    (all attendees appearing via remote videoconference)

 3

      REPRESENTING THE PLAINTIFFS:
 4
       Mr. Robert J. Bonsignore
 5     BONSIGNORE TRIAL LAWYERS
       193 Plummer Hill Road
 6     Belmont, New Hampshire  03220
       (702) 852-5276
 7


 8
      REPRESENTING THE DEFENDANTS:
 9
       Mr. Zach Sisko
10     COOLEY, LLP
       500 Boylston Street
11     Boston, Massachusetts  02116
       (617) 937-2300
12     zsisko@cooley.com

13
      THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:
14
       Mr. Alex Held
15
      ALSO PRESENT:
16
       Ms. Simone Smith, Cooley, LLP
17

18

19

20

21

22

23

24

25
```

```
 1    Q      Okay.  So looking a little more generally
 2    at this list, it looks like, Ms. McCarthy, that
 3    you've flown Delta a number of times; is that
 4    correct?
 5    A      It looks that way.
 6    Q      And have you flown American a number of
 7    times?
 8    A      Yes.
 9    Q      And you've also flied United a number of
10    times?
11    A      Yes.
12    Q      And it looks like there's a couple of
13    Southwest flights on here as well; is that
14    correct?
15    A      Yes.
16    Q      As well as some international travel,
17    including British Airways -- I believe that's it,
18    just British Airways.  Do you see those?
19    A      Yes, I do see them at the beginning.
20    Q      I think they're at the top of the page.
21    A      Uh-huh.
22    Q      Okay.  In the last eight years, based on
23    this chart, Ms. McCarthy, you've flown JetBlue
24    approximately three times; is that correct?
25    A      Without counting.  If that's what you say
```

```
 1    is on this chart, then that's what it would be.
 2     Q     Well, I mean, we can take a look.  So
 3    the --
 4     A     There's one.
 5     Q     Yup.  So that May 12th, 2015, that was, it
 6    looks like, Fort Myers to Washington, DC.  Do you
 7    see that?
 8     A     Yes.
 9     Q     Okay.  And then in 2019 -- or excuse me --
10    in 2018, there's a flight from Fort Lauderdale to
11    PLS.
12     A     Uh-huh.
13     Q     What is PLS?
14     A     Providenciales in Turks and Caicos.
15     Q     Okay.  So that's an international flight?
16     A     Uh-huh.
17     Q     And then in 2019, there's a flight to --
18    excuse me -- from DC back to Fort Myers; is that
19    correct?
20     A     Yes.
21     Q     Okay.  So those are the only three JetBlue
22    flights listed on this chart?
23     A     It looks that way.
24     Q     JetBlue services Fort Myers airport;
25    correct?
```