UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

NOTICE OF APPEARANCE

Please enter the appearance of Joseph M. Alioto, of Alioto Law Firm, 1 Sansome Street, 35th Floor, San Francisco, CA 94101 as an attorney co-representing the Plaintiffs Gabriel Garavanian et al., in the above case caption.

Dated: October 3, 2023          /s/ *Joseph M. Alioto* .
                                Joseph M. Alioto ., Esq.
                                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on October 3, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 */s/ Joseph M. Alioto* .
                                                 Joseph M. Alioto .