**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, *et al.*,

              *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

              *Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR WITNESS LIST OR
OTHERWISE INTRODUCE TESTIMONY OF PLAINTIFFS AT TRIAL**

Pursuant to paragraphs 21(c) and 27 of the Scheduling and Case Management Order
(Dkt. no. 96), Plaintiffs Gabriel Garavanian, *et al.* respectfully move the Court for leave to
augment their witness list to include all of the plaintiffs. as described in detail in the supporting
memorandum of points and authorities filed concurrently herewith.

Pursuant to Local Rule 7.1, the undersigned counsel certifies that Plaintiffs have
conferred with Defendants regarding this motion and attempted in n good faith to resolve or
narrow the issue.

1

Dated: October 3, 2023

/s/ Scott Gregory Herrman
Robert F. Ruyak
Stephen G. Larson
Scott Gregory Herrman
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
Email:rruyak@larsonllp.com
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

Joseph Michelangelo Alioto, Jr
ALIOTO LEGAL
100 Pine Street
Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(Admitted Pro Hac Vice)

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115

Josephine Alioto
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lingel H. Winters
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G.
PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Christopher A. Nedeau
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010

Robert J. Bonsignore, Esq.

Email: cnedeau@nedeaulaw.net

*Counsel for Plaintiffs*

BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the ECF system on October 3, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Scott Gregory Herrman*

Scott Gregory Herrman