AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Sun Country Airlines Holdings, Inc.

Date: 10/06/2023

/s/ Taylor C. Williams
*Attorney's signature*

Taylor C. Williams, Admitted Pro Hac Vice
*Printed name and bar number*
Rule Garza Howley LLP
1701 Pennsylvania Ave. NW, Suite 200
Washington, DC 20006

*Address*

williams@rulegarza.com
*E-mail address*

(202) 843-9269
*Telephone number*

(202) 843-5661
*FAX number*