AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Gabriel Garavanian, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10678-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Sun Country Airlines Holdings, Inc.

Date:   10/06/2023

/s/ Daniel J. Howley
*Attorney's signature*

Daniel J. Howley, Admitted Pro Hac Vice
*Printed name and bar number*
Rule Garza Howley LLP
1701 Pennsylvania Ave. NW, Suite 200
Washington, DC 20006

*Address*

howley@rulegarza.com
*E-mail address*

(202) 843-9147
*Telephone number*

(202) 843-5661
*FAX number*