UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

    *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No. 1:23-cv-10678-WGY

## JOINT MOTION TO SUSPEND DEADLINES

Pursuant to paragraph 27 of the Court's Scheduling and Case Management Order (Dkt. 96) ("CMO"), the Parties jointly move the Court for an order suspending two deadlines in the CMO. In support of this Joint Motion, the Parties state as follows:

1. There are two deadlines in the Court's CMO that should be suspended until after the trial in the DOJ action:

    a. The Parties' Trial Briefs (Dkt. 96 at 5); and

    b. The Parties' trial exhibits, which are due to the Court on October 16, 2023, (Dkt. 96 at 5).

2. During the hearing conducted by the Court on Wednesday, October 4, 2023, the Court denied Plaintiffs' Motion to Consolidate Trial (Dkt. 266). *See also* Dkt. 309 (clerk's notes indicating Motion to Consolidate Trial was denied).

3. Because the Court has not set a trial date in this matter, and because the DOJ trial may impact the issues to be tried in this case, the Parties believe that a suspension of these two CMO deadlines is in the interest of judicial economy and the Parties' interests in the efficient use of their own resources.

4.     The DOJ action, *United States v. JetBlue Airways Corp.*, No. 1:23-cv-10511-WGY, will proceed to trial on October 23, 2023. The deadline for filing Proposed Findings of Fact in the DOJ action is November 17, 2023.  Dkt. 79 at 4; *see also* Dkt. 191 at ¶ 51.  The Parties propose that they submit a joint status report to the Court within 7 days of the Defendants filing the Proposed Findings of Fact in the DOJ action.

WHEREFORE, the Parties respectfully request that this Court suspend these two CMO deadlines.

| | |
|---|---|
| Dated: October 12, 2023 | Respectfully submitted, |
| /s/ Scott Gregory Herrman | /s/ Elizabeth M. Wright |
| Robert F. Ruyak | Zachary R. Hafer (MA BBO #569389) |
| Stephen G. Larson | Elizabeth M. Wright (MA BBO #569387) |
| Scott Gregory Herrman | Zachary Sisko (MA BBO #705883) |
| LARSON LLP | Cooley LLP |
| 555 South Flower Street, Suite 4400 | 500 Boylston Street, 14th Floor |
| Los Angeles, California 90071 | Boston, MA 02116-3736 |
| Tel: (213) 436-4888 | Tel: 617-937-2300 |
| Fax: (213) 623-2000 | zhafer@cooley.com |
| Email:slarson@larsonllp.com | ewright@cooley.com |
| Email:rruyak@larsonllp.com | zsisko@cooley.com |
| Email:gherrman@larsonllp.com | |
| (*Admitted Pro Hac Vice*) | Ethan Glass (*Pro Hac Vice*) |
| | Dee Bansal (*Pro Hac Vice*) |
| Joseph Michelangelo Alioto, Jr. | Matt K. Nguyen (*Pro Hac Vice*) |
| ALIOTO LEGAL | Cooley LLP |
| 100 Pine Street | 1299 Pennsylvania Avenue NW, Suite 700 |
| Suite 1250 | Washington, DC 2004-2400 |
| San Francisco, CA 94111 | Tel: 202-842-7800 |
| Tel.: 415-398-3800 | Fax: 202-842-7899 |
| Email: joseph@aliotolegal.com | eglass@cooley.com |
| (*Admitted Pro Hac Vice*) | dbansal@cooley.com |
| | mnguyen@cooley.com |
| | *Attorneys for JetBlue Airways Corporation* |

| | |
|---|---|
| Joseph M. Alioto<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br>Telephone: (415) 434-8900<br>(*Admitted pro hac vice*) | */s/ Samuel N. Rudman*<br>Samuel N. Rudman (MA BBO #698018)<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Telephone: +1 617 248 4034<br>srudman@choate.com |

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

*Attorneys for Defendants*

*/s/ Samuel N. Rudman*
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telephone: +1 617 248 4034
srudman@choate.com

*/s/ Andrew C. Finch*
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Elizabeth M. Wright, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for all Parties conferred in good faith before filing this Motion and have agreed to submit this Motion jointly.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 12th day of October, 2023, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright