UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' NOTICE OF TRIAL BRIEF**

Plaintiffs hereby notify the Court that Plaintiffs have prepared a 44-page Trial Brief that they intend to file in this case on October 23, 2023, seven days before the scheduled trial in *United States v. JetBlue Airways Corp.*, Case No. 1:23-cv-10511-WGY. Plaintiffs' Trial Brief is based on the evidence assembled in Plaintiffs' Summary Judgment Motion that Plaintiffs served on Defendants on August 1, 2023 but did not file. It outlines the evidence and arguments that Plaintiffs are prepared to present at trial. Plaintiffs provided the Trial Brief to Defendants on October 15, 2023, and Defendants stated that they would identify any Defendant confidential information in the Trial Brief by October 20, 2023.

Dated: October 17, 2023

/s/ Scott Gregory Herrman
Robert F. Ruyak
Stephen G. Larson
Scott Gregory Herrman
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
Email:rruyak@larsonllp.com
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Christopher A. Nedeau
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115

Joseph Michelangelo Alioto, Jr.
ALIOTO LEGAL
100 Pine Street
Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(Admitted Pro Hac Vice)

Josephine Alioto
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lingel H. Winters
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117

St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on October 17, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                                */s/ Scott Gregory Herrman*
                                                                 Scott Gregory Herrman