UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**DEFENDANTS' RESPONSE TO PLAINITFFS' MOTION FOR LEAVE TO AMEND THEIR WITNESS LIST OR OTHERWISE INTRODUCE TESTIMONY OF PLAINTIFFS AT TRIAL**

On October 3, 2023, Plaintiffs filed a Motion for Leave to Amend their Witness List or Otherwise Introduce Testimony of Plaintiffs at Trial, which sought to include all named plaintiffs on the trial witness list. Dkt. 303. At the time of Plaintiffs' filing, Plaintiffs were also seeking to consolidate trials with the DOJ trial. Since Plaintiffs' filing, the Court has denied consolidation (Dkt. 309) and partially granted summary judgment (Dkt. 310), dismissing all but two named plaintiffs for lack of standing.

Defendants do not oppose Plaintiffs amending their witness list to remove the dismissed plaintiffs and to add the two remaining plaintiffs, Gabriel Garavanian and Timothy Nieboer. Defendants oppose Plaintiffs' use of testimony from any dismissed plaintiff. Defendants anticipate they may want to amend their witness list, when or if this case is scheduled for trial, for example to avoid duplication with the testimony that will be presented in the DOJ trial. The parties have jointly moved the Court to permit the parties to file a joint status report after the DOJ trial (Dkt. 311), at which time the parties can propose next steps for this litigation.

Dated: October 17, 2023

Respectfully submitted,

/s/ Elizabeth M. Wright
Zachary R. Hafer (MA BBO #569389)
Elizabeth M. Wright (MA BBO #569387)
Zachary Sisko (MA BBO #705883)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
zhafer@cooley.com
ewright@cooley.com
zsisko@cooley.com

Ethan Glass (*Pro Hac Vice*)
Deepti Bansal (*Pro Hac Vice*)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

*Attorneys for JetBlue Airways Corporation*

/s/ Samuel N. Rudman
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110
Telephone:   +1 617 248 4034
srudman@choate.com

/s/ Andrew C. Finch
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Jared P. Nagley (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

2

Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system, on October 17, 2023.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright
