UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

NOTICE OF APPEAL
AS TO CERTAIN PLAINTIFFS ONLY

Plaintiffs Katherine R. Arcell, José M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, and Christine Whalen appeal to the United States Court of Appeals for the First Circuit from the order and final judgment as to the above-named plaintiffs only, entered by the District Court pursuant to Federal Rule of Civil Procedure 54(b) on October 11, 2023.

This notice of appeal does not apply to Plaintiffs Gabriel Garavanian and Timothy Niebor, who are not subject to the District Court's final judgment and over whom the District

1

Court continues to exercise jurisdiction.

Dated: October 25, 2023                    ALIOTO LEGAL

By: /s/ *Joseph M. Alioto Jr.*

Joseph M. Alioto Jr. (SBN 215544)
100 Pine Street, Suite 1250
San Francisco, California 94111
(*Admitted pro hac vice*)

Robert F. Ruyak
Stephen G. Larson
Scott Gregory Herrman
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
Email:rruyak@larsonllp.com
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115

Lingel H. Winters
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941

Christopher A. Nedeau
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

*Counsel for Plaintiffs*

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

Josephine Alioto
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on the date indicated below and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 25, 2023    */s/ Joseph M. Alioto Jr.*
    JOSEPH M. ALIOTO JR.