# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE OF JONATHAN O. HAFEN

NOTICE IS HEREBY GIVEN to all parties concerned that Jonathan O. Hafen of the law firm of Parr Brown Gee & Loveless, P.C. hereby makes his appearance as counsel of record for non-parties Breeze Aviation Group, Inc. and David Neeleman in the above captioned cases.  All notices and other pleadings and papers required to be served herein should be sent care of Mr. Hafen at the following address:

> Jonathan O. Hafen
> PARR BROWN GEE & LOVELESS, P.C.
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> Telephone: (801) 532-7840
> jhafen@parrbrown.com

DATED this 26th day of October, 2023.

/s/ Jonathan O. Hafen
Jonathan O. Hafen (*pro hac vice*)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750
jhafen@parrbrown.com

*Counsel for Non-Party Breeze Aviation Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the

CM/ECF system, will be sent electronically to all registered participants as identified on the Notice

of Electronic Filing.

*/s/ Jonathan O. Hafen*