# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Garavanian et al v. JetBlue Airways Corporation, et al

District Court Number: 23cv10678-WGY

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes __X__ No ____
If yes, document #   177,188,209,211,227,228

Sealed documents   Yes __X__ No ____
If yes, document #   36,184,186

*Ex parte* documents   Yes ____ No __X__
If yes, document #

Transcripts   Yes __X__ No ____
If yes, document #   79,314

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:
#310 Order

Other information:
(Add. Pending Motions: 229,232,234,238,240,271,274,277,278,282,285,286,288,303,311)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#310 and #318

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __318__ filed on __October 25, 2023__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __October 26, 2023__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**