# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>       Defendants. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Alan J. Devlin, of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304 as an attorney representing non-parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc. in the above-captioned action.

Dated: October 27, 2023

Respectfully submitted,

*/s/ Alan J. Devlin*
Alan J. Devlin (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
alan.devlin@lw.com

*Attorney for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Alan J. Devlin*
Alan J. Devlin
