# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Sadik Huseny, of Latham & Watkins LLP, 300 Colorado St., Suite 2400, Austin, TX 78701 as an attorney representing non-parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc. in the above-captioned action.

Dated: October 27, 2023

Respectfully submitted,

/s/ Sadik Huseny
Sadik Huseny (*pro hac vice*)
LATHAM & WATKINS LLP
300 Colorado St.
Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
Facsimile: (737) 910-7301
sadik.huseny@lw.com

*Attorney for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

      */s/ Sadik Huseny*
      Sadik Huseny