UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' UNOPPOSED MOTION TO IMPOUND**

Pursuant to Local Rule 7.2, Plaintiffs respectfully move to impound portions of its Trial Brief to protect confidential information of JetBlue and third party Frontier. Plaintiffs file herewith a redacted copy of the Trial Brief.

Plaintiffs have conferred with Defendants, and Defendants assent to this motion.

According to JetBlue, the redactions protect the following JetBlue confidential information contained in deposition testimony and documents produced in litigation:

   a. Highly sensitive, non-public information related to JetBlue's fleet plan, utilization, and its internal transaction-related synergies analyses/modeling, including details regarding the underlying calculations and assumptions (see redactions on pages 4, 9, 22, 23, 24, 33-36, 37-40); and

   b. Highly sensitive, non-public information regarding JetBlue's pricing strategy and future growth strategies (see redactions on pages 22, 24, 27-28);

JetBlue contends that Disclosure of this information would cause significant harm to JetBlue, as this information is not otherwise known to the public, including JetBlue's

competitors, and its disclosure could put JetBlue at a significant disadvantage with other airlines. JetBlue thus requests that an Order be issued by the Court and that order remain in effect until such time that it be lifted by further order of the Court and that the papers be kept in the Clerk's non-public information file during any post-impoundment period.

Redactions on page 42 protect confidential information of third party Frontier, which moved to impound some of the cited deposition testimony (Dkt. 285) because it includes "Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Granular Financial Information." Dkt. 285-1 at 2. Frontier's motion to impound describes in detail why this information should be impounded, and the harm to Frontier if the information were to be made public, and requests that the information be impounded until further order of the Court. Dkt. 285.

Accordingly, Plaintiffs respectfully move to impound the information described herein until further order of the Court.

Dated: October 27, 2023                                      Respectfully submitted,


                                                             /s/ Scott Gregory Herrman
                                                             Robert F. Ruyak
                                                             Stephen G. Larson
                                                             Scott Gregory Herrman
                                                             LARSON LLP
                                                             555 South Flower Street, Suite 4400
                                                             Los Angeles, California 90071
                                                             Tel: (213) 436-4888
                                                             Fax: (213) 623-2000
                                                             Email:slarson@larsonllp.com
                                                             Email:rruyak@larsonllp.com
                                                             Email:gherrman@larsonllp.com
                                                             (*Admitted Pro Hac Vice*)

<div style="column-count:2">

Joseph M. Alioto
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
(*Admitted pro hac vice*)

Jeffery K. Perkins
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115

Lingel H. Winters
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941

Christopher A. Nedeau
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Joseph Michelangelo Alioto, Jr
ALIOTO LEGAL
100 Pine Street
Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(Admitted Pro Hac Vice)

Josephine Alioto
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

</div>

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on October 27, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/  *Scott Gregory Herrman*
Scott Gregory Herrman