UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' MOTION TO PERMIT
SECURE REMOTE ACCESS TO GOVERNMENT TRIAL**

Plaintiffs respectfully move the Court to grant counsel and experts for Plaintiffs access to the closed-circuit video feed that has been established for the trial proceedings in *United States v. JetBlue Airways Corp. and Spirit Airlines, Inc.*, Case No. 23-cv-10511 WGY. Plaintiffs' request is based on this motion, the accompanying memorandum of points and authorities, the Joint Motion of the Government and Defendants in case no. 23-cv-10511 (dkt. no. 324 and 324-1), and any further argument that may be presented to the Court.

Undersigned certifies that on November 5, 2023, counsel for Plaintiffs conferred with counsel for Defendants and the Government and attempted in good faith to resolve or narrow the issue.

/

/

Dated: November 6, 2023                             Respectfully submitted,

ALIOTO LEGAL

By  /s/ Joseph M. Alioto Jr.
Joseph M. Alioto Jr. (CA Bar No. 215544)
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 398-3800
(*Admitted pro hac vice*)

| | |
|---|---|
| Robert F. Ruyak<br>Stephen G. Larson<br>Scott Gregory Herrman<br>555 South Flower Street, Suite 4400<br>Los Angeles, California 90071<br>(*Admitted pro hac vice*) | Joseph M. Alioto<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br>Telephone: (415) 434-8900<br>(*Admitted pro hac vice*) |
| Jeffery K. Perkins<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550-G Tiburon Blvd., Box 344<br>Tiburon, California 94920<br>Telephone: (415) 302-1115 | Josephine Alioto<br>THE VEEN FIRM<br>20 Haight Street<br>San Francisco, CA 94102<br>Telephone: (415) 673-4800<br>Email: j.alioto@veenfirm.com<br>(*Admitted pro hac vice*) |
| Lingel H. Winters<br>LAW OFFICES OF LINGEL H. WINTERS<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 398-2941 | Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G.<br>The Cornerstone Building<br>1308 Main Street, Suite 117<br>St. Helena, California 94574<br>Telephone: (707) 963-1704<br>(*Admitted pro hac vice*) |
| Christopher A. Nedeau<br>NEDEAU LAW PC<br>154 Baker Street<br>San Francisco, CA 94117-2111<br>Telephone: (415) 516-4010<br>Email: cnedeau@nedeaulaw.net | Robert J. Bonsignore, Esq.<br>BONSIGNORE TRIAL LAWYERS<br>23 Forest Street<br>Medford, MA 02155<br>Phone: 781-856-7650<br>Email: rbonsignore@classactions.us<br><br>*Attorneys for Plaintiffs* |

3

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on November 6, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Joseph M. Alioto Jr.*
JOSEPH M. ALIOTO JR.