UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO PERMIT SECURE REMOTE ACCESS TO GOVERNMENT TRIAL**

Plaintiffs in the above-captioned case ("Private Plaintiffs") respectfully request that the Court grant counsel and experts for Private Plaintiffs access to the closed-circuit video feed that has been established for the trial proceedings in *United States v. JetBlue Airways Corp. and Spirit Airlines, Inc.*, Case No. 23-cv-10511 WGY (the "Government Action"). This request will result in important resource savings for Private Plaintiffs, whose counsel must monitor the Government Action trial to prepare for their own trial, but who reside in California and Washington D.C.

Private Plaintiffs have a significant interest in monitoring the Government Action trial, which asserts the same antitrust violations as Private Plaintiffs' case and was consolidated with Private Plaintiffs' case for discovery. Dkt. No. 96. Private Plaintiffs' trial may be impacted by

1

the evidence, arguments, and rulings in the Government Action, since a judgment against Defendants in the Government Action "shall be prima facie evidence against such defendant[s] in any action … brought by any other party." 15 U.S.C. § 16a ("Section 5"); *see also, Emrich Motors Corp. v. General Motors Corp.*, 340 U.S. 558, 567 (Section 5 adopted to "giv[e] private individuals … the right to found their antitrust suits for redress upon the facts and judgments proved and entered in suits by the Government where the Government has … sued  … and won") (quoting 51 Cong. Rec. 1964). In order to properly prepare for their own trial, Private Plaintiffs will need to know what evidence is and is not presented by the Government at trial, and the manner in which it is presented.

However, counsel for Private Plaintiffs are based in San Francisco, Washington D.C., and Los Angeles. Monitoring the Government Action trial in person will result in the expenditure of valuable resources which would burden Private Plaintiffs significantly more than it would burden Defendants or the Government. Having access to the closed-circuit feed will eliminate the need for Private Plaintiffs to expend resources posting an observer from across the country. Acquiring daily transcripts would likely be as expensive as posting a trial observer and would not allow Plaintiffs to assess the demeanor of witnesses or the manner of presentation of exhibits.

Private Plaintiffs will abide by the vendor's strict guidelines set forth in the Court's Order and in the Joint Motion filed by the Government and Defendants. Case No. 23-cv-10511 WGY (dkt. nos. 324, 333). Only Private Plaintiffs' counsel, paralegals, and experts will access the closed-circuit feed; each will submit an official consent form; and each will abide by any rules related to the secure video feed.

Counsel for Private Plaintiffs met and conferred with counsel for the Government and Defendants on Sunday November 5, 2023. The Government states that it takes "no position"

with respect to Private Plaintiffs' request. Defendants, however, object on the grounds that the Court's current order only applies to parties, and that the recent September 21, 2023 policy change of the Judicial Conference of the United States does not contemplate providing an in-court video feed to anyone other than parties.[1] However, the Judicial Conference's recent policy change does not distinguish between parties and non-parties. Moreover, Private Plaintiffs are parties in the consolidated case who have a significant interest in monitoring the Government trial. In addition, the new policy's restriction of video access to "proceedings that do not involve witness testimony" is aimed at preventing potential witnesses from skirting their usual exclusion from the courtroom during the testimony of other witnesses. That will not be an issue here, because only Private Plaintiffs' counsel, paralegals, and experts will access the feed.

Private Plaintiffs respectfully request the Court grant them access to the closed-circuit video feed to the Government Action trial.

Dated: November 6, 2023                          Respectfully submitted,

*/s/ Joseph M. Alioto Jr.*
Joseph M. Alioto, Jr. (SBN 215544)
ALIOTO LEGAL
100 Pine Street
Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(*Admitted Pro Hac Vice*)

---

[1] *See* https://www.uscourts.gov/news/2023/09/12/judicial-conference-revises-policy-expand-remote-audio-access-over-its-pre-covid (accessed Nov. 6, 2023).

| | |
|---|---|
| Joseph M. Alioto<br>ALIOTO LAW FIRM<br>One Sansome Street, 35th Floor<br>San Francisco, California 94104<br>Telephone: (415) 434-8900<br>(*Admitted pro hac vice*) | Robert F. Ruyak<br>Stephen G. Larson<br>Scott Gregory Herrman<br>LARSON LLP<br>555 South Flower Street, Suite 4400<br>Los Angeles, California 90071<br>Tel: (213) 436-4888<br>Fax: (213) 623-2000<br>Email:slarson@larsonllp.com<br>Email:rruyak@larsonllp.com<br>Email:gherrman@larsonllp.com<br>(*Admitted Pro Hac Vice*) |
| Jeffery K. Perkins<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550-G Tiburon Blvd., Box 344<br>Tiburon, California 94920<br>Telephone: (415) 302-1115 | Josephine Alioto<br>THE VEEN FIRM<br>20 Haight Street<br>San Francisco, CA 94102<br>Telephone: (415) 673-4800<br>Email: j.alioto@veenfirm.com<br>(*Admitted pro hac vice*) |
| Lingel H. Winters<br>LAW OFFICES OF LINGEL H. WINTERS<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 398-2941 | Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>The Cornerstone Building<br>1308 Main Street, Suite 117<br>St. Helena, California 94574<br>Telephone: (707) 963-1704<br>(*Admitted pro hac vice*) |
| Christopher A. Nedeau<br>NEDEAU LAW PC<br>154 Baker Street<br>San Francisco, CA 94117-2111<br>Telephone: (415) 516-4010<br>Email: cnedeau@nedeaulaw.net | Robert J. Bonsignore, Esq.<br>BONSIGNORE TRIAL LAWYERS, PLLC<br>23 Forest Street<br>Medford, MA 02155<br>Phone: 781-856-7650<br>Email: rbonsignore@classactions.us<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on November 6, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ Joseph M. Alioto Jr.*
                                        JOSEPH M. ALIOTO JR.