**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

       *Plaintiffs*,

   v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

       *Defendants*.

Civil Action No.:  1:23-cv-10678-WGY

## NOTICE OF APPEARANCE

Please enter the appearance of Tina Asgharian of Shearman & Sterling LLP, 9 Appold St.
London, EC2A 2AP, as an attorney representing Defendant JetBlue Airways Corporation in the
above-captioned action.

Dated:  November 13, 2023

*/s/ Tina Asgharian*
Tina Asgharian
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-848-7428
Tina.Asgharian@Shearman.com

-1-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Tina Asgharian*
Tina Asgharian