UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    *Plaintiffs*,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of David Garfinkel of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated: November 13, 2023

/s/ David Garfinkel
David Garfinkel
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-848-4428
David.Garfinkel@Shearman.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                        */s/ David Garfinkel*
                                                                         David Garfinkel