UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    *Plaintiffs*,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF TINA ASGHARIAN

Please withdraw the appearance of Tina Asgharian as attorney for Defendant JetBlue Airways Corporation in the above-captioned matter as the notice of appearance was filed in error.

Dated:  November 27, 2023

                                         */s/ Tina Asgharian*
                                         Tina Asgharian
                                         Shearman & Sterling LLP
                                         599 Lexington Avenue
                                         New York, New York 10022
                                         Tel: 212-848-7428
                                         Tina.Asgharian@Shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Tina Asgharian*
Tina Asgharian