UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    *Plaintiffs*,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

## NOTICE OF WITHDRAWAL APPEARANCE OF DAVID GARFINKEL

Please withdraw the appearance of David Garfinkel as attorney for Defendant JetBlue Airways Corporation in the above-captioned matter as the notice of appearance was filed in error.

Dated: November 27, 2023

*/s/ David Garfinkel*
David Garfinkel
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-848-4428
David.Garfinkel@Shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    */s/ David Garfinkel*
                                    David Garfinkel