# United States Court of Appeals
## For the First Circuit

No. 23-1897

KATHERINE R. ARCELL; JOSE M. BRITO; JAN-MARIE BROWN; ROSEMARY D'AUGUSTA; BRENDA K. DAVIS; PAMELA FAUST; CAROLYN FJORD; DON FREELAND; DONNA FRY; HARRY GARAVANIAN; YVONNE JOCELYN GARDNER; VALARIE ANN JOLLY; MICHAEL C. MALANEY; LEN MARAZZO; LISA MCCARTHY; DEBORAH M. PULFER; BILL RUBINSOHN; SONDRA K. RUSSELL; CLYDE D. STENSRUD; GARY TALEWSKY; PAMELA S. WARD; CHRISTINE WHALEN,

Plaintiffs - Appellants,

TIMOTHY NIEBOR; GABRIEL GARAVANIAN; JUNE STANSBURY,

Plaintiffs,

v.

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

Defendants - Appellees.

**ORDER OF COURT**

Entered: December 1, 2023
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed plaintiffs-appellants' appeal from the order that entered on October 11, 2023, in Civil Action No. 1:23-cv-10678-WGY (D. Mass.). We retain jurisdiction but remand to the district court for a statement of reasons in support of the entry of judgment pursuant to Fed. R. Civ. P. 54(b). See Spiegel v. Trustees of Tufts Coll., 843 F.2d 38, 43 (1st Cir. 1988) (stating that the district court should weigh "all factors relevant to the desirability of relaxing the usual prohibition against piecemeal appellate review," and, if it "concludes that entry of judgment under Rule 54(b) is appropriate, it should ordinarily make specific findings setting forth the reasons for its order"); Santa Maria v. Owens-Illinois, Inc., 808 F.2d 848, 854 (1st Cir. 1986) (finding that a "talismanic statement . . . that 'there is no just reason for delay'" is insufficient, and stating that the district court should "clearly articulate the factors that it has considered and its reasoning in granting the Rule 54(b) certification"). The district court is requested to furnish its reasons within ten days of the date of this order.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Joseph M. Alioto Sr., Christopher A. Nedeau, Robert J. Bonsignore, Stephen G. Larson, Joseph Michelangelo Alioto Jr., Melanie Ann Porter, Jeffrey K. Perkins, Josephine Leticia Alioto, Lawrence Genaro Papale, Lingel Hart Winters, Robert F. Ruyak, Scott Gregory Herrman, Theresa Driscoll Moore, Tatiana V. Wallace, Zachary R. Hafer, Beatriz Mejia, Zachary Sisko, Deepti Bansal, Ethan Glass, Elizabeth M. Wright, Matt Nguyen, Kathleen R. Hartnett, Joyce Rodriguez-Luna, William Thomas Marks, Samuel Newland Rudman, Meredith Richardson Dearborn, Andrew C. Finch, Eyitayo St. Matthew-Daniel, Jay Cohen, Jackson Cory Yates, Kate Wald, Bethany Robinson, Cole Rabinowitz, RaCia D. Poston, Thomas Rucker, Y-Tze Patrick Lim, Yoav E. Gaffney, Jared P. Nagley, Donald Campbell Lockhart, Edward William Duffy, John J. Falvey Jr., Julie Scharfenberg Elmer, Mary Lehner, Allison Aviki, William Stallings, James P. Denvir III, Benjamin P. Solomon-Schwartz, Michael S. Mitchell, Michael F. Murray, Nathaniel Bruce Edmonds, Noah Byron Pinegar, Scott Frederick Peachman, Andrew T. O'Connor, Austin James Riter, Jonathan O. Hafen, John F. White III, Daniel H. Leff, Estefania Yulianny Torres Paez, Marguerite M. Sullivan, David C. Tolley, Carla N. Gilbertson, Lisa C. Wood, Daniel Howley, Marissa Mugan, Taylor Williams, Jennifer L. Giordano, Alan Devlin, Anna M. Rathbun, Sadik Huseny