UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　　　*Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby respectfully move the Court for leave to file a Motion for Summary Judgment, attached hereto, outside of the time provided for in Fed. R. Civ. P. 56(b). Plaintiffs' Motion for Summary Judgment is simple and asks the Court to enter judgment in this case for the same reasons it recently did so in *United States of America et al v. JetBlue Airways Corporation et al*, 1:23CV10511 (the "DOJ Case"), a case based upon the same issues and facts. While Rule 56 sets forth a time period for filing a summary judgment motion, it is merely the default rule. District courts are given broad discretion to disregard this default timing and permit summary judgment motions at any time, particularly where doing so addresses "the needs of the case." *See* 2009 comments to Fed. R. Civ. P. 56.

Allowing Plaintiffs to move for summary judgment at this time will address the "needs of the case" – it will promote judicial economy and the efficient conclusion of this litigation. The issues upon which this Court entered judgment in the DOJ Case are identical to those at issue in

this case.  If the Court grants Plaintiffs' Motion for Summary Judgment, Plaintiffs can seek to join the appeal in the DOJ case, reducing the likelihood of multiple appeals.

In addition, allowing Plaintiffs to move for summary judgment will not prejudice the Defendants.  In fact, as described above, it will be more efficient for Defendants to have the appeals in both case reviewed jointly.

Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached Summary Judgement motion.


Dated: March 1, 2024

*/s/ Scott Gregory Herrman*
Scott Gregory Herrman (DC Bar No. 983114)
LARSON LLP
900 17th Street NW, Suite 320
Washington, DC 20006
Tel: (202) 795-4900
Fax: (202) 795-4888
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

Stephen G. Larson (CA State Bar No. 145225)
Robert F. Ruyak, (DC Bar No. 233304
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
Email:rruyak@larsonllp.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto, Jr. (CA State Bar No. 215544)
ALIOTO LEGAL
100 Pine Street
Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto (CA State Bar No. 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com
(*Admitted pro hac vice*)

Josephine Alioto (CA State Bar No. 282989)
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale (CA State Bar No. 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Jeffrey K. Perkins (CA State Bar No. 57996)
LAW OFFICES OF JEFFREY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115
(*Admitted pro hac vice*)

Lingel H. Winters (CA State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941
Email:  sawmill2@aol.com
(*Admitted pro hac vice*)

Christopher A. Nedeau (CA State Bar No. 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

*Attorneys for Plaintiffs*

## L.R. 7.1(a)(2) CERTIFICATE OF CONFERENCE

I, Scott Gregory Herrman, hereby certify that pursuant to Local Rule 7.1, counsel for Plaintiffs conferred in good faith with counsel for Defendants before filing this Motion in an attempt to resolve or narrow the issues but were unsuccessful in reaching a resolution to avoid this Motion.

*/s/  S. Gregory Herrman*
S. Gregory Herrman

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on March 1, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ S. Gregory Herrman*
S. Gregory Herrman
