# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, *et al.*,

                     *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

                     *Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

## DECLARATION OF SCOTT GREGORY HERRMAN
## IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Scott Gregory Herrman, declare as follows:

1.       I am counsel of record for Plaintiffs in the above-entitled action and I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. I am an attorney in good standing and admitted to practice before the courts of Virginia and the District of Columbia and before this Court *pro hac vice*. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could competently testify thereto.

2.       Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Gabriel Garavanian taken in this case under oath on June 19, 2023.

3.       Attached as Exhibit 2 is a true and correct copy of Garbiel Garavanian's Responses and Objections to Defendants' First Set of Interrogatories, which was marked for identification as Exhibit 1 to the deposition of Gabriel Garavanian.

4.      Attached as Exhibit 3 is a true and correct copy of the documents produced by Gabriel Garavanian in this action, bates stamped GARAVANIAN000001 through GARAVANIAN000023, which was marked for identification as Exhibit 3 to the deposition of Gabriel Garavanian.

5.      Attached as Exhibit 4 is a true and correct copy of Garbiel Garavanian's Supplemental Responses and Objections to Defendants' Second Set of Interrogatories, which was marked for identification as Exhibit 4 to the deposition of Gabriel Garavanian.

6.      Attached as Exhibit 5 is a true and correct copy of Garbiel Garavanian's Second Supplemental Responses and Objections to Defendants' Second Set of Interrogatories.

7.      Attached as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Timothy Nieboer taken in this case under oath on June 18, 2023.

8.      Attached as Exhibit 7 is a true and correct copy of Timothy Nieboer's Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories.

9.      Attached as Exhibit 8 is a true and correct copy of Timothy Nieboer's Supplemental Responses and Objections to Defendants' Second Set of Interrogatories, which was marked for identification as Exhibit 3 to the deposition of Timothy Nieboer.

10.     Attached as Exhibit 9 is a true and correct copy of Timothy Nieboer's Second Supplemental Responses and Objections to Defendants' Second Set of Interrogatories.

11.     Attached as Exhibit 10 is a true and correct copy of the transcript of proceedings before this Court on October 4, 2023.

12.     Attached as Exhibit 11 is a true and correct copy of excerpts from the Expert Report of Hal Singer dated July 28, 2023.

13.     Attached as Exhibit 12 is a true and correct copy of the Declaration of Hal Singer executed August 18, 2023, filed with this court on August 22, 2023, in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. 185).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 1st day of March, 2024 in Washington, D.C.

*/s/ Scott Gregory Herrman*
Scott Gregory Herrman
LARSON LLP
900 17th Street NW, Suite 320
Washington, DC 20006
Tel: (202) 795-4900
Fax: (202) 795-4888
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on March 1, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ S. Gregory Herrman
S. Gregory Herrman

# EXHIBIT 1

1               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

2

GABRIEL GARAVANIAN, ET AL.   )
3                        )
            PLAINTIFFS,   )
4                        )
VS.                  )
5                        )  CASE NO. 1:23-CV-10678-WGY
JETBLUE AIRWAYS        )
6  CORPORATION AND SPIRIT    )
AIRLINES, INC.,        )
7                        )
          DEFENDANTS.   )

8

9

10

11

12
               REMOTE VIDEO DEPOSITION
13              OF GABRIEL GARAVANIAN
             MONDAY, JUNE 19, 2023
14

15

16

17

18

19

20

21

22

23

24     Reported By:
      Allison M. Hall, RDR, CRR, CSR
25

Page 5

THE VIDEOGRAPHER:  We are now on the record.  Today's date is June 19th, 2023, and the time is 9:00 a.m. Eastern.

This is the recorded video deposition of Gabriel Garavanian being taken in the matter of Gabriel Garavanian, et al. vs. JetBlue Airways Corporation, et al., in the United States District Court for the District of Massachusetts, Civil Action No. 1:23-cv-10678-WGY.

My name is James Jarmon and I am the video specialist.  The court reporter today is Allison Hall.  And we are both from Everest Court Reporting.

All counsel appearing today will be noted on the stenographic record.

Will the court reporter please swear in the witness.

GABRIEL GARAVANIAN,
having first been duly sworn, testified as follows:

EXAMINATION
BY MR. RUCKER:

Q.   Great.  Well, thank you for

Page 6

joining us here today, Mr. Garavanian.  I really appreciate your time.  As I said before, my name is Thomas Rucker.  I'm from Paul Weiss on behalf of Spirit.

Can you still hear me okay?

A.   Yes, I can.

Q.   Great.  Great.  So if there is any technical issues, you know, we can just flag them, you know, we can deal with them as we go.

Can you please state your full name for the record.

A.   With the middle initial, it's Gabriel H. Garavanian.

Q.   Great.  Just to make sure we have it, can you spell your last name?

A.   G-a-r-a-v-a-n-i-a-n.

Q.   Could you please provide the address of your primary residence.

A.   Yes, I can.  It's 104 Sequoia Drive, Tyngsborough, Massachusetts 01879.

Q.   Thank you.  Have you ever been deposed before?

A.   Yes, I have.

Q.   What was the nature of the

Page 7

litigation?

A.   Against past airline mergers.

Q.   Anything outside the airline industry?

A.   I really can't recall.  There might have been one, but -- it had to do something with travel, but not with the airlines, but I can't remember.

Q.   And we'll talk more about your involvement with prior airline merger litigations.

But so that potential involvement at trial, was that -- so that was -- was that related to -- you know, what was -- do you remember the -- the litigation where you were involved with the trial?

A.   Well, I know I did a deposition for American -- against American Airlines.

Q.   So you -- and you -- so you testified at trial as well?

A.   Yes, I did.

Q.   Okay.  Well, I'm going to run through a couple of ground rules before we start.  Thank you for all of that.

As the court reporter mentioned,

Page 8

your testimony is being transcribed for the purposes of creating a record, and so Allison won't be able to memorialize any gestures, hand shakes or nods.  Those won't appear in the record.  So I would very much appreciate answering my questions with a verbal response like you've been doing so far.

Does that make sense?

A.   Yes, it does.

Q.   And this, you know, deposition is obviously proceeding remotely.  I wanted to confirm, is there anyone in the room with you?

A.   My daughter is in her bedroom right now.  She's leaving in 10 minutes to go to work.  And I have -- she's in her bedroom.  And I have the dog here that she might be taking out.  If not, I've got to take him out after deposition.

Q.   Got it.  Okay.  Well, yeah, and I appreciate the full candor.  Just make sure that you don't consult your daughter.  But I can appreciate that she'll be leaving for work soon.  So thank you for letting me know

Page 13

1  substances that would impair your ability to
2  testify truthfully?
3      A.   I don't take any drugs, so I guess
4  I can answer completely.
5      Q.   Okay.  All right.  So moving --
6  moving along, did you do anything to prepare
7  for your deposition today?
8          MR. BONSIGNORE:  Objection to the
9      extent it calls for the invasion of the
10     attorney-client privilege.
11         You can answer.
12         THE WITNESS:  Yeah, I talked to
13     Robert for a few minutes last night.
14     Q.   (By Mr. Rucker)  And -- and just
15  to be clear, you know, with this last
16  question and my next questions, I'm not
17  expecting anything in terms of the substance
18  of your conversations with counsel.  That's
19  obviously privileged.
20         I just want to know generally what
21  you did for -- to prepare.  Did you talk
22  with Mr. Bonsignore in person or via
23  telephone?
24     A.   A cell phone.
25     Q.   Was there anyone else on the call

Page 14

1  other than Mr. Bonsignore and yourself?
2      A.   I don't think so.  I don't think
3  he had anybody on the phone with us.
4      Q.   How long would you say the session
5  lasted?
6      A.   Maybe five minutes.
7      Q.   Did you review any documents in
8  preparation for your deposition today?
9          MR. BONSIGNORE:  Objection.
10         THE WITNESS:  I -- I -- what type
11     of documents are you talking about?
12     Q.   (By Mr. Rucker)  Anything related
13  to the matter that -- in preparation.
14     A.   The only thing we went over was
15  the Complaint.
16         MR. BONSIGNORE:  Objection.
17     Q.   (By Mr. Rucker)  So anything
18  outside of the Complaint did you review in
19  preparation for today?
20         MR. BONSIGNORE:  Objection.
21         THE WITNESS:  No.
22     Q.   (By Mr. Rucker)  Did reviewing the
23  Complaint refresh your recollection of
24  anything?
25     A.   I -- I'm not sure.  I don't -- I

Page 15

1  really don't understand what you're getting
2  at.
3      Q.   That's okay.  And just -- just to
4  make absolutely sure, did your counsel
5  provide you any written documents that
6  refreshed your recollection?
7          MR. BONSIGNORE:  Objection.
8      Instruct not to answer.  That's
9      attorney-client -- that's attorney work
10     product, rather.  But you're welcome to
11     ask him what he looked at.
12     Q.   (By Mr. Rucker)  So just -- just
13  to make sure I have it absolutely right, so
14  you reviewed the Complaint in preparation
15  for today; is that right?
16     A.   Yes, the written Complaint.
17     Q.   Any other documents that you
18  produced or otherwise related to the matter?
19     A.   No.  Are you still there, Tom?
20     Q.   Yep.  Was that a "no"?
21     A.   Yes, it was.
22     Q.   Okay.
23     A.   I thought the screen froze.  I'm
24  sorry.
25     Q.   My apologies.  Okay.  Got you.  I

Page 16

1  got it.
2          Okay.  Moving on.  Could you
3  please briefly summarize your educational
4  background after high school.
5      A.   Yes, I can.  Four years UMass
6  Amherst.  Go, Massachusetts.  And that was
7  it.  BA.
8      Q.   What was your BA in?
9      A.   It was actually business
10  management.
11     Q.   Are you currently employed?
12     A.   Yes.  Yes, I am.
13     Q.   Where are you currently employed?
14     A.   Founders Golf part time down in
15  Myrtle Beach.  The golf course is called
16  Burning Ridge Golf Club.
17     Q.   Do you work in any capacity
18  selling travel services currently?
19     A.   Yes, I do.  I just started up
20  again.
21     Q.   Okay.  And -- you know, we'll
22  return to that in a little bit.
23         At any point, were you the owner
24  of a travel agency?
25     A.   Yes.  The -- the travel agency was

Page 17

opened with my twin brother, Harry, on
May 27th, 1986. And it was sold
December 21st, 2020.
    Q. Okay. We'll return to -- and,
sorry, what's -- what was the name of the
travel agency?
    A. It's a little bit complicated. We
started out as a franchise called Travel
Agents International, TAI. And then in, I'd
say, March 1998, Carlson Wagonlit Travel
acquired Travel Agents International, and it
was smart to go that -- that direction and
stay with them. And we had signed a
eight-year contract.
        The corporate name was always
Garavanian Travel when we were incorporated.
I like seeing my name in lights. And then
on March 31st, 2006, we went independent
and -- and joined a consortium. But -- but,
you know, we were independent. And like I
said, then we sold it.
    Q. Got it.
    A. So we're in it for a long time.
    Q. So it -- when you -- right before
you closed it, the travel agency was called

Page 18

Garavanian Travel; is that right?
    A. Garavanian Travel, Inc.
    Q. Garavanian Travel, Inc. Got it.
Okay. So, yeah, we'll return to both
your -- your prior ownership of the travel
agency and your current work as an
independent contractor. We'll return to
that in a little bit.
        Do you own any stock in airline
companies?
    A. At the present time, no.
    Q. When was the last time that you
owned any stock in airline companies?
    A. Give me a second on this. I -- I
can't recall the exact dates. I've owned
stock in JetBlue. I've owned stock in -- in
Southwest. I almost said Spirit.
Southwest. Oh, and I owned stock in United
Airlines.
    Q. Would you say you've owned stock
in any of these companies in the last five
years?
    A. I'd say definitely not in the last
five years. I know United was somewhere
right after 9/11.

Page 19

    Q. That you -- that you purchased it?
    A. Yes. It was around, I'd say, 2002
or 2003. And then I was done with them
around 2006.
    Q. Uh-huh. Other -- currently do you
have any ownership in any other
travel-related companies?
    A. No, I -- I do not.
    Q. Okay. So let's talk a little bit
about your travel history. How often do you
travel?
    A. Back and forth from Myrtle Beach
to Boston and back probably four times a
year.
    Q. Do you always fly?
    A. No.
    Q. When you don't fly, how do you get
to Myrtle Beach?
    A. In January, I drove from Myrtle
Beach up to Boston. It was on January 12th.
    Q. Outside of your, you know, let's
say four times a year average going to
Myrtle Beach, do you travel anywhere else?
    A. At the present time -- give me one
second on that. Are you talking about this

Page 20

year or are you going -- how far back do you
want to go?
    Q. Let's look at last year. So look
at the entirety of 2022.
    A. Yeah. Last year, it was just
basically Myrtle Beach to Boston or Boston
to Manchester or Hartford. I'm trying to
think. Yeah, in 2022, that was it. It
was -- it was in those city pairs.
    Q. Got it. Are these all business or
are they personal trips?
    A. They are personal trips. I -- I
can't write them off. If you know how to,
let me know.
    Q. Well, I can't -- I can't advise on
that today, but...
    A. Okay.
    Q. Let's -- let's look at -- let's
look maybe at 2020, 2021. Was -- would you
say that it was a similar four times a year
to Myrtle Beach?
    A. No. That's why I wanted to
explain. I don't really -- well, in 2019, I
flew down here with my daughter, the one
that's leaving in two minutes, and we wound

Deposition of Gabriel Garavanian

Page 21

1  up buying a property in -- in Myrtle Beach.
2      And then the following year, 2020,
3  June and August, the two trips I had done
4  roundtrip with Spirit was to buy two
5  additional condos, and that's the reason why
6  I'm going back and forth.
7      And I flew -- January 2021 I flew
8  to Jamaica, the Sandals Resort. And I also
9  flew in the fall out of Miami. That was to
10  do the Virgin -- I forgot the name of it --
11  Virgin Voyages cruise line.
12      Q.  Okay. So did -- you flew Spirit
13  twice in 2020?
14      A.  Yes, I did.
15      Q.  Got it. And then you flew to
16  Jamaica in 2021; is that right?
17      A.  January of 2021.
18      Q.  Got it. Which airline did you fly
19  to Jamaica?
20      A.  That was American.
21      Q.  And the two Spirit flights in 2020
22  were to Myrtle Beach?
23      A.  Yes. What -- what -- what
24  happened was we had to close -- on the unit
25  I'm in right now, okay, we had to close on

Page 22

1  it. So I came down with my other daughter,
2  and we actually spent Father's Day down here
3  on that one.
4      Q.  Got it.
5      A.  And then when I was down here, the
6  realtor called, and there was another unit I
7  was looking at, and she said, you know,
8  Gabe, that's up for sale.
9      I was on the golf course. I said,
10  you're killing me. I said, I need 24 hours.
11  Committed to buying the property and I had
12  to come down in August -- I think it was
13  around August 17th or 18th to close on that
14  one.
15      Q.  Got it.
16      A.  I also -- I also flew down --
17  November 2021, flew down to Myrtle Beach.
18      Q.  Which airline did you fly then?
19      A.  Spirit.
20      Q.  Got it.
21      A.  On the 20th -- on that April trip
22  in 2020 when we came to look down to Myrtle
23  Beach, we had to do a United connecting
24  flight coming down because Spirit wasn't in
25  the market.

Page 23

1      And on the way back -- I had
2  driven down to Charleston, which is two
3  hours away. We were looking over there, but
4  we already committed to the other place, to
5  the first place. And I flew back JetBlue
6  nonstop.
7      Q.  Got it.
8      A.  That was 2019, right? I'm telling
9  you it was 2019? I didn't want to confuse
10  the dates with you.
11      Q.  So it was -- I had thought that
12  was 2020, but --
13      A.  2019 is when we bought the first
14  condo.
15      Q.  Okay. Yep. 2019 is when you
16  first bought the -- yep.
17      A.  And that was -- that went
18  April 6th, I believe, it went Boston to
19  Dulles to Myrtle Beach. That was on United.
20      And about three or four days
21  later, I don't know the exact date, I could
22  get it, but I flew -- we had driven down to
23  Charleston, and I flew back nonstop on
24  JetBlue from Charleston.
25      Q.  Okay. Let me make sure I have all

Page 24

1  this. So you flew to Myrtle Beach in 2019?
2      A.  Yep.
3      Q.  You flew twice in 2020 to Myrtle
4  Beach on Spirit?
5      A.  Three times.
6      Q.  Three times?
7      A.  We -- let me -- let me see. Yeah,
8  three times. The third time was in
9  December, December 26. Coming back, I
10  believe it's either December 29th or
11  December 30th.
12      Q.  Okay. So three times on Spirit in
13  2020. You flew once to Jamaica in 2021.
14      A.  In January, yes.
15      Q.  January? Okay. Okay. Let's
16  pause there for a second. What makes you
17  decide between driving and flying to Myrtle
18  Beach?
19      A.  The -- the price. The -- the
20  price -- the flight from Boston to Myrtle
21  Beach is an hour and 45 minutes, and when
22  Spirit is operating, you can usually get a
23  fare -- I don't like to spend more than
24  that, but usually a fare about $90 or as low
25  as $45 each way.

Page 25

1    Q.   Got it.
2    A.   All right.  The trip I did in --
3 in January -- January where I drove --
4    Q.   Uh-huh.
5    A.   -- Spirit was not operating in
6 January.  I actually wanted to try to fly
7 over Christmas, had to stay down here
8 because the prices, right, without Spirit
9 being in there were over $750 roundtrip.
10    Q.   Got it.  Okay.
11       MR. RUCKER:  I'd like to introduce
12    what's marked -- what has Tab 1 in the
13    file name as Exhibit 1.
14       (THEREUPON, Exhibit 1 was marked
15       for identification.)
16       THE WITNESS:  Okay.  It's going to
17    show up now?
18       MR. RUCKER:  Yep.  And James will
19    help us out.
20       THE WITNESS:  Oh, okay.
21    Q.   (By Mr. Rucker)  All right.  So,
22 yes, I'd like to introduce this as
23 Exhibit 1.
24       Mr. Garavanian, this is your
25 responses to -- responses and objections to

Page 26

1 defendants' first set of interrogatories.
2       Before I have -- actually, let's
3 go ahead and -- if you want to go ahead and
4 take control of the document.
5       Have you seen this document
6 before?
7    A.   Yes.
8    Q.   Okay.  I'll let you know -- or
9 I'll go ahead and let you scroll through it
10 if you want to familiarize yourself with
11 this document.
12       (THEREUPON, a pause.)
13       THE WITNESS:  Okay.  I've read it.
14    Q.   (By Mr. Rucker)  Great.  And,
15 actually, I wanted to -- so I'll take
16 control.  I just want to just point out one
17 thing.
18       So -- so just as -- so this is
19 your -- yeah, so this is your first set of
20 interrogatories -- responses and objections
21 to defendants' first set of interrogatories.
22 And -- and they were -- the certificate of
23 service says May 17th, 2023.
24       MR. RUCKER:  I'd like to
25    introduce -- well, let's put this to the

Page 27

1 side for one second.  We'll be right back
2 to it.
3       I'd like to introduce what has
4 Tab 6 in the file name and mark it as
5 Exhibit 2.  This is -- I just want to
6 show you the verification, which is a
7 separate document.
8       (THEREUPON, Exhibit 2 was marked
9       for identification.)
10    Q.   (By Mr. Rucker)  Great.  So,
11 Mr. Garavanian, so this is your -- so it's a
12 separate document, but it has the May 17th
13 date.  It's the verification associated with
14 the plaintiffs' -- with your responses and
15 objections to defendants' first set of
16 interrogatories; is that correct?
17    A.   Yes, that's my signature.
18    Q.   Got it.  Okay.  And that's your
19 electronic signature; is that correct?
20    A.   Correct.
21    Q.   So you signed and verified
22 that those interrogatory responses are
23 accurate?
24    A.   To the best of my knowledge, yes.
25    Q.   Okay.

Page 28

1       MR. RUCKER:  Let's flip back to
2 what's marked as Exhibit 1.  Okay.  And
3 we're going to go to the -- page 6.
4    Q.   (By Mr. Rucker)  So
5 Interrogatory 1 requests a list of every
6 airline and route that you've flown from
7 2015 to present.  And there's a chart here
8 that outlines flights.
9       Is this a complete and accurate
10 list of the flights that you have taken in
11 the last five years?
12    A.   So -- you're talking about the
13 other airlines besides Spirit and JetBlue,
14 correct?
15    Q.   So this should be every -- every
16 airline and route.
17    A.   Okay.
18       MR. BONSIGNORE:  Counsel, we will
19    stipulate to supplement that answer,
20    hopefully within a day, if he
21    misunderstood the question.
22       MR. RUCKER:  Okay.  Yeah, I --
23       MR. BONSIGNORE:  I'm just making a
24    guess based on what I heard, but we'll
25    see what happens.

Page 29

MR. RUCKER: Okay.

THE WITNESS: And --

Q. (By Mr. Rucker) And I just want -- sorry. Go ahead. Sorry. Go ahead.

A. Those are the flights I took that weren't Spirit and JetBlue. I gave those answers on another one and did not realize they were supposed to be on this chart too.

Q. All right. So just to confirm, the misunderstanding here was that you thought the -- the response should only include airlines outside of Spirit and JetBlue; is that right?

A. That is correct.

Q. Okay.

MR. RUCKER: Yeah, I'll take this back to the team. But noted. And thank you, Mr. Bonsignore.

MR. BONSIGNORE: Thank you.

Q. (By Mr. Rucker) Okay. So looking at the flights that are listed here and -- and noting that the -- these -- this -- this list does not include any Spirit or JetBlue flights, it looks like there are no flights listed to, from, or through Los Angeles in

Page 30

the last five years; is that correct?

A. No, it's not. I -- I had flown Delta -- it was February -- I just want to get the year -- February 2020 I flew Delta using frequent flyer points.

Q. Okay. For the -- did you use frequent flyer points for the entire price of the ticket?

A. Yes, I did. When it's frequent flyer, it doesn't -- you know, it doesn't post as, you know, a financial transaction. It's free. And that's -- so it's tough to have the records past. I -- I -- I forget on -- on that one. It was for my uncle and aunt's 50th anniversary. I went to Glendale.

Q. Got it. So that was -- so February 2020, correct?

A. Yes.

Q. And did you fly from Boston to Los Angeles?

A. Yes, I did.

Q. And then back to Boston?

A. Yes.

Q. Do you -- how -- do you remember

Page 31

how -- approximately how long your trip was?

A. With the connection flight, probably about seven and a half hours.

Q. Did you fly Delta from Boston to LAX and from LAX to Boston?

A. Yes, but it was not nonstop.

Q. So each -- and each connection was Delta?

A. That is correct.

Q. In the last five years, were there any other flights that you took to, from, or through Los Angeles?

A. This was after 2015 or before?

Q. So this would be -- so last five years -- so, yeah, from 2015 -- or, I'm sorry, from 2015 to present.

A. No. I don't -- I don't recall that.

Q. All right. Scroll back to the chart. It looks like there are no flights listed to, from, or through Ft. Lauderdale; is that correct?

A. Yes, that's correct.

Q. So -- so just to -- just to make sure, no flights since 2015 to, from, or

Page 32

through Ft. Lauderdale?

A. That -- that is correct.

Q. How about flights to, from, or through Orlando since 2015?

A. That's correct.

Q. How about flights to, from, or through Las Vegas since 2015?

A. That's correct.

Q. No flights listed to, from, or through New York LaGuardia since 2015?

A. No, that's not correct. The trip to Reno.

Q. Yep.

A. Give me a second. Okay. So on Reno, I was supposed to come back -- the ticket was written on -- you can see that on -- it was printed on August 16th -- August 3rd, 2016.

Q. I see, yep.

A. Traveling in September. On the way back, the flight got canceled, so they made me go Reno to -- actually, I take that back with the Vegas one. They redid it, so it went Reno, Las Vegas, Las Vegas, LaGuardia, back to Boston. But the ticket

Page 37

Q.   That's correct.

A.   Sorry.  I was just going back through the routings.  Yeah, the trips to -- through Salt Lake City were before 2015.  That -- I'm just making sure it was before 2015.

Q.   Understood.  How about any flights to, from, or through San Jose, California, since 2015?

A.   No, I've -- that's no.

Q.   How about any flights to, from, or through Santo Domingo since 2015?

A.   That's no.

Q.   Okay.  Looking at -- or looking at the flights listed in the chart, let's start with those.

Did you book these tickets yourself?

A.   Yes, I did.

Q.   And I should ask one more wrap-up question, because I know -- I know we've had -- and I note the misunderstanding about what was required for this request.

Are there any other flights that you think, whether they be on Spirit,

Page 38

JetBlue, or any other airlines, that should be added to the chart?

A.   Yes, I forgot.  In March 2022, my younger daughter turned 25.  And the reason why I forgot was I'm going on a flight today on Spirit back to Boston, and in my bag, I had the boarding pass because it was a free ticket and I had the boarding pass.

I don't get the e-mail when it's a free ticket.  So I had flown on them, but I did not pay for it.  It was on frequent flyer with Spirit.

Q.   Sorry.  So this flight was from Myrtle Beach to Boston in March 2022?

A.   Yeah.  It started out March 25th and I believe it came back March 29th.

Q.   Okay.  So it was a roundtrip to Boston and back?

A.   Manchester to Boston and back.

Q.   Got it.  And you said that was a free ticket because you have frequent flyer points?

A.   Yeah, to be honest with you, when I did the trip to Myrtle Beach in August after the close on that other condo, on the

Page 39

way back, you know, they solicit you to do the Spirit Airlines card.  So I took advantage of it and, you know, I had enough points to get a free ticket.

Q.   And --

A.   And I still have that Spirit card.

Q.   Got it.  Any other flights you think need to be added to this chart?

A.   The only clarification was on the -- on the Spirit one I did last September, it said Myrtle Beach to Manchester.  And my friend's wedding -- the daughter got married.  And I flew back not from Manchester but from Hartford.  The code is BDL.  Back to Manchester on Spirit.

But on the chart, it looks like I went, you know, Myrtle Beach to Manchester and then back, but, you know, we drove down to Hartford, went to the wedding.

It was -- the wedding was, like, 20 minutes outside of Hartford, so it made no sense to come back to go out of Manchester airport.

Q.   Got it.  Okay.  And I know you've mentioned a couple of your -- a couple

Page 40

airports.  But what would you say are your primary airports that you take trips from?

A.   Where I -- where I live, I -- I guess the answer is Boston Logan Airport and Manchester Airport.  Manchester, New Hampshire.

Q.   Got it.  Okay.  So at least based on the chart that's in front of you, it looks like you have -- you know, you've flown a lot on Delta and American.  And it sounds like you also fly -- you know, you have flown on Spirit and JetBlue as well.

Do you have a preference for any of these airlines?

MR. BONSIGNORE:  Objection.

THE WITNESS:  Can -- do you want me to answer that, Robert?

MR. BONSIGNORE:  Yes.

THE WITNESS:  Okay.

MR. BONSIGNORE:  Well, no, but I have...

THE WITNESS:  My -- my -- my preference changes periodically every couple of -- every couple of years, to be honest with you.  It's the airlines that

Deposition of Gabriel Garavanian

Page 41

1  do it to me.
2      One of my favorite airlines that
3  was really good to me was Continental,
4  and then they merged with United and, you
5  know, I lost my frequent flyer
6  purchase -- privileges, everything.
7      And, you know, so then I went and I
8  wound up having American, and I kept on
9  flying on American.  And that went south.
10     And then I was flying on JetBlue a
11 lot between 2000, like, I don't know, '8
12 or '9 all the way to around 2013 and '14.
13 And then I soured on JetBlue.  There's
14 various reasons for that.
15     And I'd say I'm -- I'm leaning more
16 toward Delta -- Delta again on that one.
17 But I haven't had a chance to fly on
18 Delta.  And I was not happy with them
19 with my Reno experience that was in 2016.
20 That's why that one changed a little bit.
21     So I would say Delta is probably
22 the one I'd want to fly on right now.
23 Q.   (By Mr. Rucker)  Why -- and why do
24 you have a preference for Delta right now?
25 A.   Well, I haven't flown on them for

Page 42

1  a little bit because I -- you know, I liked
2  the -- at the time, I did like the frequent
3  flyer program.  And they're supposed to be
4  improving it again.  And it worked out a
5  little better.  I fly on, you know, Spirit,
6  a lot, obviously.
7      MR. BONSIGNORE:  Objection.
8  There's no question before the witness.
9      THE WITNESS:  Okay.
10     MR. RUCKER:  I had -- just to make
11 sure, I had asked why does he have a
12 preference for Delta right now.
13 Q.   (By Mr. Rucker)  Okay.  Going back
14 to something you had said a little earlier,
15 what did you mean by "it's the airlines that
16 did it to me"?
17     MR. BONSIGNORE:  Objection.
18 You can answer.
19     THE WITNESS:  The -- they -- they
20 start changing it.  You're -- an example
21 with American, they started changing
22 their frequent flyer program.
23     In the beginning when I'm with
24 them, they are giving me choice seats and
25 you're getting something, an additional,

Page 43

1  privileges for being, you know, wanted by
2  them.
3      And then all of the sudden, that
4  starts changing.  And then -- and then
5  when they merged with US Air, it was
6  just -- I mean, they -- it just started
7  getting terrible service.  And the prices
8  went up.
9  Q.   (By Mr. Rucker)  Just to clarify,
10 do you mean that the service associated with
11 the frequent flyer program changed or the
12 overall service changed?
13 A.   The overall service changed.
14 Q.   And how exactly did it change?
15 A.   I will explain with American, if
16 you want.  So we had gone Boston to Miami
17 and I had to burn frequent flyer points, so
18 I had all four of us, the wife and the two
19 children, burning roundtrip American points.
20     So I went -- went down there first
21 class, no problem.  On the way back, myself
22 and my daughter Kelsey got thrown out of
23 first class because they upgraded the
24 tickets to a troll.  And so the troll took
25 it over and it was -- on the gate, decided

Page 44

1  that, you know something, I'm going to give
2  it to this lady that is complaining at the
3  gate.  And, you know, you didn't pay
4  anything for these tickets, so go back in
5  coach.
6      And then my daughter was, like, 9
7  years old at the time and, you know, like
8  she said when we were going on the plane,
9  dad, you're sitting on the toilet.  Yeah,
10 they had me back in the middle and then they
11 moved me toward -- they moved me up so I
12 could sit within a row from her.
13     And I didn't like it, you know.
14 They regave me the points that we lost, but
15 it's not my fault that they upgraded the
16 troll.
17 Q.   What do you mean by the troll?
18 A.   It was this lady.  She went in
19 there and she wanted to get into first
20 class --
21     MR. BONSIGNORE:  Counsel, can we
22 take a break just -- on the record for
23 one second?  My alarm clock went off.
24     MR. RUCKER:  Sure.
25     MR. BONSIGNORE:  Do you hear it in

Page 45

the background?

MR. RUCKER:  Actually, I can't.
But can we --

MR. BONSIGNORE:  I'm just going to
walk 10 steps -- we can stay on the
record -- just to shut it off.

MR. RUCKER:  Okay.  And, I mean,
Mr. Garavanian was in the middle of an
answer, so --

MR. BONSIGNORE:  Oh, I thought you
could hear it as loudly as I could.

MR. RUCKER:  No, we can't hear it,
so I'd like Mr. Garavanian to finish.

MR. BONSIGNORE:  Okay.  And then
let's take the break then.  Okay.

Q.  (By Mr. Rucker)  Mr. Garavanian, I
think so you were explaining --

A.   So basically what they did was
this woman went in front of the counter,
kept on making a scene, and then they took
me -- my wife and my other daughter were in
first class.  They took me and my daughter
out of first class because this woman told
them to -- told them that she demanded to be
in first class.  So they downgraded me.  So

Page 46

that left me sour on American.

Q.   Got it.

A.   And I -- and I called the woman a
troll.

MR. RUCKER:  Understood.  Okay.  I
think it's time.  We've been going for
about an hour, so I'd say let's take --
take about a 10-minute break, if that
sounds good.

THE WITNESS:  Okay.

MR. RUCKER:  Okay.  So let's go
off the record.

MR. BONSIGNORE:  Are you going to
go into a room --

THE VIDEOGRAPHER:  Going off the
record, 10:01 a.m.

(THEREUPON, a recess was taken.)

THE VIDEOGRAPHER:  Going back on
the record at 10:25 a.m.

Q.  (By Mr. Rucker)  Just to check,
Mr. Garavanian, did you consult with anyone
other than counsel during the break?

A.   No, I did not.

Q.   Okay.  Before the break, you were
sharing an experience that you had on

Page 47

American.

Do you prefer flying first class?

MR. BONSIGNORE:  Objection.

THE WITNESS:  Do -- do you want me
to answer that, Robert?

MR. BONSIGNORE:  Yes.

THE WITNESS:  Okay.

Yeah, if I can afford it, I would
love to fly on first class.

Q.   (By Mr. Rucker)  And -- and why is
that?

A.   Because the seat is bigger and the
service is better.

Q.   Which airline do you prefer their
first class offering?

MR. BONSIGNORE:  Objection.

THE WITNESS:  Do you want my
honest opinion?  Emirates when I flew
them to Dubai.  I mean, the first class
opens up as a bed and you have a private
shower.

Q.   (By Mr. Rucker)  For domestic
flights, do you have a preference for first
class offering on an airline?

MR. BONSIGNORE:  Objection.

Page 48

THE WITNESS:  I'd say at this
point, I really don't have that much of a
preference.

Q.   (By Mr. Rucker)  When you fly on
Spirit, do you ever buy the big front seat
offering?

A.   No, I do not.

Q.   Why is that?

A.   To be honest with you, I just want
to go from point A to point B at the price
that Spirit has.  You know, I don't want to
spend, you know, the extra money for the --
for the seat.

Q.   Have you ever flown -- strike
that.

Have you ever purchased a JetBlue
Mint ticket?

A.   No, I have not.

Q.   And why is that?

A.   In all honesty, I haven't flown
JetBlue where they have Mint class before --
before 2015.  So it wasn't available on the
planes.

Q.   Got it.  I wanted to return to
something that we were talking about

Page 69

A.   I want to say 2014.
Q.   Have you flown on Southwest since?
A.   No, I have not.
Q.   Why is that?
A.   The reason is they came into the Manchester airport years ago and they were inexpensive.  Now, to go out of Manchester on Southwest costs more money.
Q.   If you had to approximate, what percent higher is the average ticket?
A.   I'll go by dollars.  About a hundred fifty bucks to $200.
Q.   And that's -- and in terms of an increase?
A.   Yeah, dollars.
Q.   One way or roundtrip?
A.   I'd say roundtrip.
Q.   What other airlines fly out of Manchester?
A.   I -- I need a second.  I'm -- I know United did.  I don't know if they still do.  And American did -- does -- excuse me.
Q.   Any other airlines?
A.   I don't think Delta still is. They were, because I've flown them, but, I

Page 70

mean, I don't think they do anymore.
Q.   Have you ever flown on Sun Country?
A.   No.
Q.   Why is that?
A.   They only go to one or two places, and it's not places I go to.
Q.   Have you ever flown on Breeze?
A.   Which one?  I don't know what the airline is, so I've never flown on it.
Q.   Have you ever flown on Avelo?
A.   They're definitely not in the market.  I've never flown on them.
     MR. RUCKER:  Let's flip back to Exhibit 3.  I guess I could have done it. Okay.
Q.   (By Mr. Rucker)  So flipping through...
     And, again, you know, subject to receiving any additional information about the trips that you've flown on Spirit, the oldest flight that you have records for in this production is from June 2022.  And I'm going to flip to that page.
     So here is -- am I correct in

Page 71

saying that this is a record for a Spirit flight booking date May 23rd, 2022?
A.   Yep.
Q.   Okay.  Let me just scroll.  This is from June 19th from Myrtle Beach to Manchester; is that correct?
A.   Correct.
Q.   And then June 24th, 2022, from Manchester to Myrtle Beach?
A.   Correct.
Q.   And you booked this on -- this is an e-mail confirmation; is that correct?
A.   Yes, it is.
Q.   Was this your first flight on Spirit?
A.   No, it was not.
Q.   So --
A.   But I believe --
Q.   Sorry.  Go ahead.
A.   I believe it's the first time I flew because they just started going from Myrtle Beach to Manchester, New Hampshire. So that was the first flight on there to Manchester.
Q.   When was your first flight on

Page 72

Spirit?
A.   June -- I'd say 8th, 2022.  I'm sorry.  2020.  Did I say 2022?
Q.   So just to make sure I have it right, your first flight on Spirit would have been June 8th, 2020?
A.   Yeah.  Approximately.  I know I came back around June 13th or 14th, so I'm assuming it was, I think, the 8th.
Q.   Would you have received an e-mail confirmation for that flight?
A.   Yeah, but -- okay, on that one, I -- I can get the -- probably get the credit card statement.
Q.   Okay.  So you still -- you still are in possession of the credit card statement that would show the June 2020 Spirit flight?
A.   I believe, yes.
     MR. RUCKER:  Just, again, just for the record, you know, this would be additional documents that we don't have. I would like to reserve the right to continue this deposition in case I have more questions about these credit card

Page 73

1  statements associated with the June 2020
2  Spirit flights.
3     Q.   (By Mr. Rucker)  Going back in my
4  notes, so you flew on Spirit, I think you
5  said, twice in 2020.
6        Is that correct?
7     A.   Three times.
8     Q.   Three times?
9     A.   It was --
10    Q.   That would be -- sorry.  Go ahead.
11 Go ahead.
12    A.   It was June, August, and then
13 December 26th, back on the 30th, I believe.
14    Q.   Okay.  Are you still in possession
15 of all the credit card statements or other
16 materials that would reflect these three
17 trips on Spirit in 2020?
18    A.   I believe, yes.  The -- it would
19 be at the house in Tyngsborough.  I'm
20 pretty -- I'm fairly certain that I have it.
21    Q.   For the August 2020 and December
22 2020 Spirit flights, would you have also
23 received an e-mail confirmation with your
24 flight details?
25    A.   I believe, yes.

Page 74

1     Q.   Have you deleted those e-mails?
2     A.   No, I have not.
3     Q.   So you're still in possession of
4  both e-mails?
5     A.   Yes and no.  When I sold the
6  business on December 21st, 2020, they have
7  control of that e-mail.
8     Q.   And who is -- strike that.
9        This would be when you sold
10 Garavanian Travel?
11    A.   Correct.
12    Q.   Okay.  Did you fly on Spirit in
13 2021?
14    A.   Yes, I did.
15    Q.   What -- do you remember what month
16 that would have been in?
17    A.   Definitely November, and I don't
18 have it -- I thought -- let me think.  I
19 know definitely November.  It was around
20 November 11th weekend.
21    Q.   Was that from Boston to Myrtle
22 Beach?
23    A.   Correct, and then back.
24    Q.   And, again, do you have the credit
25 card statements that would reflect these

Page 75

1  Spirit flights in November 2021?
2     A.   On that one, yes, I believe I have
3  access to that.
4     Q.   Would you also have received an
5  e-mail confirmation regarding these Spirit
6  flights?
7     A.   Yes, we should have got -- I
8  should have gotten one.
9     Q.   Have you deleted these e-mails?
10    A.   No, I have not.
11    Q.   So are you still in possession of
12 these e-mails?
13    A.   The only thing I'm thinking is it
14 could be on the other e-mail,
15 Gabe@GaravanianTravel.com.  So I might not
16 have access to that.  If it was at
17 GabeGaravanian@Gmail, I definitely have it.
18    Q.   Okay.  So just to make sure, you
19 have the -- you have or likely will have the
20 credit card statements for your Spirit
21 flights in 2020 and 2021.
22        You may have -- depending on which
23 e-mail address the confirmations went to,
24 you may have the e-mail confirmations; is
25 that correct?

Page 76

1     A.   You -- that's -- that's correct.
2     Q.   Okay.  Turning back to what we
3  marked as Exhibit 3 -- and, again, subject
4  to the forthcoming chart or whatever
5  information regarding your Spirit flights,
6  it looks like if we just sort of scroll
7  through --
8        MR. BONSIGNORE:  Objection.
9        MR. RUCKER:  I'm sorry?
10       MR. BONSIGNORE:  Go ahead.
11    Q.   (By Mr. Rucker)  So it looks like,
12 just to go through here -- let me make it
13 bigger.  So this is a -- you booked this
14 Spirit flight on April 6th, 2023; is that
15 correct?
16    A.   Yes, it is.
17    Q.   And then it's for -- the flight is
18 for May 9th from --
19       MR. BONSIGNORE:  Objection.
20    Q.   (By Mr. Rucker)  -- Myrtle Beach
21 to Boston?
22    A.   Correct.
23    Q.   And then from Boston to Myrtle
24 Beach on May 15th?
25    A.   Yes.  Correct.

Page 77

Q.   Okay.  Scrolling to the next one.
So this is a Spirit flight that you booked
on June 8th, 2023; is that correct?
A.   Yes.
Q.   And this Spirit flight is for
today, June 19th, 2023?
A.   Yes, it is.
Q.   From Myrtle Beach to Boston?
A.   Yes.
Q.   And then you'll be returning -- I
think so -- it's cut off, but from --
A.   Yes.
Q.   -- June 23rd, 2023, from Boston,
would that be Myrtle Beach, South Carolina?
A.   Yeah, take a look at what time
it's leaving.
Q.   Early flight.
Scrolling to the next one, this is
another Spirit flight that you've booked --
we've already been talking about this one --
but this is the one that you booked on
May 23rd, 2022, and the flight is June 19th,
2022, from Myrtle Beach to Boston -- to
Manchester --
A.   Yes.

Page 78

Q.   -- and then returning June 24th,
2022, to Myrtle Beach; is that correct?
A.   Correct.
Q.   I think there's just one more.
A.   Yeah, the Thanksgiving one.
Q.   Uh-huh.  So this is a flight that
you booked on November 1st, 2022.  The
flight is for November 19th, 2022, from
Myrtle Beach to Boston --
A.   Yes.
Q.   -- returning November 25th from
Boston to Myrtle Beach; is that correct?
A.   Correct.
Q.   Okay.  So those are four Spirit
flights.  Are there any other Spirit flights
that you took in 2022 or 2023 that are not
represented in these records?
A.   I -- yeah, the one in March, the
one I said I left out by accident because I
used frequent flyer points.
Q.   Okay.
A.   But I have -- I've got a boarding
pass if, you know, I have it here now.
Q.   Okay.
A.   I found it by accident.  I forgot

Page 79

about it.
Q.   Okay.  Is -- just so I understand,
is that -- and that's March 2023; is that
correct?
A.   No, March 2022.
Q.   Okay.  Did you include this March
2022 flight in whatever information you
conveyed to counsel about the -- your Spirit
and JetBlue flights?
MR. BONSIGNORE:  Objection.
Instruct the witness not to answer.
MR. RUCKER:  Just to make sure I
understand, Mr. Bonsignore --
MR. BONSIGNORE:  Yeah, privilege.
MR. RUCKER:  -- okay.  You're
instructing Mr. Garavanian not to answer
on the grounds of privilege?
MR. BONSIGNORE:  Yes.
Q.   (By Mr. Rucker)  Mr. Garavanian,
you're abiding by this instruction?
A.   Yes.
Q.   Okay.  I'm just going to do a
couple more questions and then we'll take
another break.
For your first flight on Spirit in

Page 80

June 2020, why did you choose Spirit?
A.   No. 1 was the price and, No. 2,
they were going there nonstop.
Q.   Are those the same reasons for the
remainder of your 2020 flights?
A.   Yes.
Q.   So that would be price and
nonstop?
A.   Yes.
Q.   Are those the same reasons for why
you chose Spirit in 2022?
A.   Yes.
Q.   And the same reasons you chose
Spirit in 2023?
A.   Yes, that is correct.
Q.   Okay.  Turning back to Exhibit 1,
going back to your -- just real quick about
your loyalty programs, when did you join the
Spirit loyalty program?
A.   I believe I joined on the June
trip.  So I had a frequent flyer program.
Then on the August trip, I got the -- the
Spirit credit card and I got a second
frequent flyer program.  And then the next
time I went, they combined both of them.  So

Page 81

1  it's the frequent flyer program of the
2  original one -- it's the frequent flyer
3  program for the one set up for the credit
4  card.
5      Q.   Got it.  So you --
6      A.   But they merged them together.
7      Q.   So you likely joined that in -- in
8  or around June 2020; is that correct?
9      A.   That is correct.
10     Q.   Okay.  Okay.  Talking a little bit
11 about JetBlue.  You had mentioned a JetBlue
12 flight that you took in 2018 from Boston to
13 Puerto Rico and back to Boston; is that
14 correct?
15     A.   That is correct.
16     Q.   When was the last time you flew on
17 JetBlue?
18     A.   I -- give me a second.  I thought
19 that was the last time I flew on them.
20     Q.   Is that your answer?  Just to make
21 sure.
22     A.   I believe that was the last time.
23     Q.   Okay.
24     A.   I -- I don't have the records in
25 front of me.

Page 82

1      Q.   Okay.  Why haven't you flown
2  JetBlue since 2018?
3      A.   What happened was they were going
4  from Boston to Ft. Lauderdale, and on that
5  one I gave you, we -- it was for a cruise.
6  And I cruised -- I was cruising two or three
7  times a year.  And their prices just kept on
8  going up.  It was cheaper for me to go on
9  American Boston-Miami.  So it was the price.
10     Q.   Let's say comparing your last
11 American and Spirit flights, do you have a
12 preference for either airline?
13     A.   Yeah, I --
14          MR. BONSIGNORE:  Objection.
15          THE WITNESS:  -- I'd rather go on
16     Spirit because of the price.
17     Q.   (By Mr. Rucker)  Is Spirit always
18 cheaper than the other airlines?
19          MR. BONSIGNORE:  Objection.
20          THE WITNESS:  Every time I've
21     flown on Spirit, it has been, you know, a
22     considerably less expensive choice.
23     Q.   (By Mr. Rucker)  What other
24 airlines -- what airlines fly out of Boston
25 Logan?

Page 83

1          MR. BONSIGNORE:  Objection.
2          THE WITNESS:  I'm going to go by
3  memory.  Definitely American, Delta,
4  United.  Southwest is going out of Boston
5  now.  Alaska is going out of there.  Off
6  the top of my head, that's the best I can
7  do domestically.
8      Q.   (By Mr. Rucker)  Okay.  Other than
9  your Spirit flight that you have booked for
10 this afternoon, do you have any plans to
11 purchase any airline tickets in the future?
12     A.   Yes, I do.
13     Q.   Do you have any tickets purchased
14 other than the Spirit flight you have booked
15 for this afternoon?
16     A.   Not -- not at this time.
17     Q.   What airlines do you have in mind
18 for your next trip?
19     A.   Personally, I'm trying to do
20 JetBlue Boston to Ft. Lauderdale.
21     Q.   And why are you picking JetBlue?
22     A.   Because I like the Ft. Lauderdale
23 airport better for the cruise line.
24     Q.   And why is it better for the
25 cruise line?

Page 84

1      A.   It's a smaller airport and it's
2  easier to get to the -- to me, it's easier
3  to get to the cruise port from
4  Ft. Lauderdale.
5      Q.   Where is the cruise port?
6      A.   Port Everglades.
7      Q.   Is there a flight from Boston to
8  West Palm Beach --
9          MR. BONSIGNORE:  Objection.
10     Q.   (By Mr. Rucker)  -- that you have
11 considered?
12     A.   I have considered it.  I've flown
13 Boston-West Palm Beach.
14     Q.   Is West Palm Beach closer than
15 Ft. Lauderdale to the cruise port?
16     A.   No.  That's -- I mean, you've got
17 the cruise port in Miami and you got the one
18 in Ft. Lauderdale.  The one in
19 Ft. Lauderdale, one of them is, like, five
20 miles away.
21          MR. RUCKER:  Okay.  I'd like to
22     take -- if it sounds good to you, take a
23     break.  Let's take a 10-minute break and
24     go off the record, if that sounds good.
25          MR. BONSIGNORE:  Yes.

Deposition of Gabriel Garavanian

Page 105

THE WITNESS:  I'll be honest with you, it's going to be more the tour or the package that they're booking.

Q.   (By Mr. Rucker)  So if a -- let's say a tour price or a cruise is more expensive, what effect does that have on the service fee?

MR. BONSIGNORE:  Objection.

THE WITNESS:  I'm going to give you a different scenario.  If a person wants to do a $40,000 trip to Antarctica for two people, I'm not going to kill them on the fee on the airline ticket because I want that $40,000 booking, okay?

Now, if it's a 2- or $3,000 one, yes, it's going to be more of a scale, but it's a very hard question to answer on that one.

If a person is going to do an around-the-world cruise for 95 days, okay, I'm not going to kill myself to get, you know, a big fee on the airline ticket.

Q.   (By Mr. Rucker)  Okay.  So then

Page 106

let's say -- let's ask -- let's look at the reverse.  If an airline ticket price is higher, are you likely to charge a higher service fee?

A.   In -- if I'm doing the airline ticket -- when you ask about this airline ticket, is that to go to a tour or a cruise or is that just a straight-up airline ticket?

Q.   I'd like to know about both. Let's start with if they're going on a tour or cruise.

A.   Tour -- if they're going on a tour or cruise, if the airline -- it's if the -- it all depends on how much that is.  But individually, if the airline ticket is more money, right, yeah, the fee is going to be a little bit more money.

Q.   And is that the same if there is no tour or cruise?

A.   I'm sorry.  I -- I confused you. If it's -- if it's an airline ticket without the cruise or the tour, that fee is going to be higher for that airline ticket.  You know, whatever the price is for the airline

Page 107

ticket, the fee will be higher, okay, if that's -- if that's the question you wanted me to answer.

If -- because if it's just an airline ticket, then I'm going to be charging a higher fee.  It doesn't matter what the price of the -- the airline ticket is.

Q.   Okay.  So what harm as a -- as an independent contractor do you expect from the merger between JetBlue and Spirit on your personal income?

A.   The --

MR. BONSIGNORE:  Objection.

THE WITNESS:  I --

MR. BONSIGNORE:  Okay.  I -- I understood that you want me to limit my comments to objection and not provide any further coaching, I think it was called.

MR. RUCKER:  That's correct.

MR. BONSIGNORE:  Okay.

THE WITNESS:  Okay.  I'm a little bit confused with the question.

Q.   (By Mr. Rucker)  Do you believe -- let me -- let me rephrase it.  Let me strike

Page 108

it and rephrase.

Do you believe the merger between JetBlue and Spirit will have any impact on your personal income as an independent contractor for Thomas Hogan?

MR. BONSIGNORE:  Objection.

THE WITNESS:  I -- I imagine it will.

Q.   (By Mr. Rucker)  How so?

A.   Because what's going to happen is the price is going to be going up, and that means that people aren't going to be able to afford to go to some of these destinations or any of these trips because the price is going to be higher.

Q.   And what -- what exact price are you talking about there?

A.   The price -- the price of the airline ticket.

Q.   And why will the airline ticket prices go up?

MR. BONSIGNORE:  Objection.

THE WITNESS:  Because there's going to be less choice, less capacity. And, you know, I've seen American and

Page 109

JetBlue code share twice out of Boston, and in both instances, after a month or two, the prices jacked up to the point where people -- it was costing people $600 roundtrip on airline tickets down to Orlando from Boston.

How can a family afford that for 2400 bucks before they even step into the park?

Q.   (By Mr. Rucker)  And I just want to be clear, these two instances of American and JetBlue code shares, those were not mergers, though, correct?

A.   No, they were not mergers.

Q.   So what's your basis -- based on your experience, what is your basis for knowing that after an airline merger, airline ticket prices go up?

A.   Because I saw that with American -- I saw that with American and US Air after they merged.  The prices went up. And there was also logistical problems left and right.

Q.   And where specifically did you see prices go up?

Page 110

A.   On American, it went up -- they were doing Orlando, and US Air was doing Orlando and Tampa.  After merged, those prices -- you didn't see $200 roundtrip, you started seeing 450 roundtrip.

Q.   Do you expect that your customers, as an independent contractor, are going to be flying in and out of Orlando or Tampa?

MR. BONSIGNORE:  Objection.

THE WITNESS:  Yeah, I do.

Q.   (By Mr. Rucker)  And what's your basis --

A.   Because --

Q.   What's your basis for that?

A.   Because people have gone there. Orlando, big amusement place.  Tampa, a lot of golfing and amusement places like Busch Gardens.  They're going to be going there or they're going to want to go there.

Q.   Have your customers that you've had as an independent contractor since the beginning -- or as you started as an independent contractor, have they told you that they plan on going to Tampa or Orlando?

A.   No.  As I said, I've only been

Page 111

doing it since February.

Q.   What else is your basis for -- you know, based on your experience, what else can you point to to show that airline prices go up after airline mergers?

MR. BONSIGNORE:  Objection.

THE WITNESS:  I'm basing it on when I owned the agency for 34 and a half years, okay?

Prime example, like I said -- I'm going to go back to the code share.  What American did on the San Juan airport was phenomenal.  They did -- beautiful airport, the prices were good and everything.

And then JetBlue went in there with them and started charging like a hundred fifty dollars one-way tickets each way. Everyone was all happy.

After three or four months, American pulled out.  Now, all of the sudden, it's $800 roundtrip to go Boston to Puerto Rico.

And JetBlue said they didn't want to use that airport.  They built a

Page 112

smaller, lousier airport right next door, okay?  And that's the trip I went on the last time I went on JetBlue to that Puerto Rican airport, and the airport that American had taken care of, beautiful -- you know, white elephant now.

And the -- not as many people are in there -- not as many airlines are flying in and out of Puerto -- that San Juan airport anymore, so all of the sudden, you've got half the people that were working at that airport unemployed.

Q.   (By Mr. Rucker)  And just to be clear, this was a code share between American and JetBlue?  It was not a merger; is that correct?

A.   Correct.

Q.   Have any of your customers, since you started as an independent contractor with Thomas Hogan, told you that they want to travel to San Juan?

A.   No.

Q.   Okay.  I don't mean to keep asking, but what else can you point to,

Page 113

based on your experience, that shows that
airline ticket prices go up after airline
mergers?

MR. BONSIGNORE: Objection.

THE WITNESS: Northwest and Delta
merger.

Q. (By Mr. Rucker) Okay. What's
specific about that merger?

A. Going from Manchester to
Cincinnati on Delta after they merged, there
were -- they had eight flights a day -- I'm
sorry -- it's eight roundtrips, so four
flights a day going there.

After they merged, Delta put one
flight in there to go two -- two-hour flight
was now 600 bucks roundtrip. That was about
12 years ago after the merger.

Q. Have your clients, since you
started as an independent contractor with
Thomas Hogan, told you that they want to fly
from Manchester to Cincinnati?

A. No, they haven't.

Q. Okay. Anything else, based on
your experience, that shows that airline
ticket prices go up after an airline merger?

Page 114

A. Boston to Phoenix, American West
and US Air. To -- that went way up.
American West was charging like a hundred
fifty dollars one way, and that -- I mean,
you're not getting that to go to Phoenix
anymore. It's -- this is back to 2020. You
know, you're looking at $450 roundtrip
easily.

Q. Do you --

A. Almost twice as much money.

Q. I'm sorry. Go ahead. I'm sorry.
Continue.

A. Go ahead.

MR. BONSIGNORE: Objection.

Q. (By Mr. Rucker) Have any of your
clients since you started as an independent
contractor for Thomas Hogan told you that
they would like to fly from Boston to
Phoenix?

A. No, they haven't.

Q. Other than airline ticket prices
going up, do you think there's going to be
any other harms from the merger between
JetBlue and Spirit?

MR. BONSIGNORE: Objection.

Page 115

THE WITNESS: Yes, I do.

Q. (By Mr. Rucker) And what are
they?

A. Okay. There's going to be a
problem with -- with the bags, with the --
as far as the baggage fees. There --
JetBlue and Spirit are on two separate
programs and, you know -- and as far as
weight, Spirit you can only do 40 pounds on
your luggage. JetBlue allows 50.

So if somebody is -- if JetBlue
decides that they're going to go with 50
pounds, these people -- I'm sorry -- they
got to stick with the 40-pound bag limit,
okay, it's going to be a problem. People
are going to be spending more money for the
luggage.

Q. What are you basing on -- I'm
sorry. Strike that.

Based on your experience, what are
you basing this thought about baggage fees?

A. Because I've flown on both
airlines.

MR. BONSIGNORE: Objection.

THE WITNESS: You pay for more

Page 116

luggage on Spirit.

Q. (By Mr. Rucker) Are there any
other harms other than baggage fees?

A. Yes.

Q. What are they?

A. This is why I think the price is
going to go up. On JetBlue, they always
have the snack and everything. On Spirit,
they don't offer anything.

So are they going to be giving out
free snacks? They're going to have to get
the money somewhere if they're going to be
doing snacks on the flight. So, I mean,
that's another thing that's going to cost
them money.

Q. Anything other than snacks?

A. The merger of the two airlines,
you're going to have trip interruptions.
And, indirectly, this is my opinion. But
you asked for it.

MR. BONSIGNORE: Objection.

THE WITNESS: You have the
maintenance -- go ahead.

MR. BONSIGNORE: No, answer.

THE WITNESS: Okay. You're going

Page 117

1   to have the maintenance crews -- and you
2   saw this with American and US Air.  The
3   ones on American on that merger made more
4   money than the Spirit -- I'm sorry -- the
5   US Air maintenance people.
6        So what would happen is they'd be
7   delaying flights because they wanted the
8   American maintenance person to fly from
9   point A to B to service a plane where you
10  have US Air maintenance people right
11  there.  And then they'd say, oh, we have
12  a crew problem, that's why we're
13  canceling the flight right now.
14       And this constantly happened.
15  Q.   (By Mr. Rucker)  Anything else
16  other than trip interruptions?
17       MR. BONSIGNORE:  Objection.
18       THE WITNESS:  This has to do with
19  trip interruptions, but their computer
20  system.  Okay.  The two computer systems
21  with US Air and American, there were
22  issues.  And the same thing with JetBlue
23  and American with the code share.
24       And what's going to happen is the
25  flight gets delayed and they say, hey,

Page 118

1   we're going to give you a $300 voucher.
2   So the person -- this would be American
3   and JetBlue, the code share.  The person
4   takes the $300 voucher, brings it to the
5   American desk, and they say, oh, no, we
6   can't take that voucher, bring it over to
7   JetBlue.
8        Then they go over to JetBlue, and
9   JetBlue sends them back to American, to
10  the point where the people get frustrated
11  and don't even use the vouchers.
12  Q.   (By Mr. Rucker)  Okay.  Anything
13  else other than interruptions with computer
14  systems?
15       MR. BONSIGNORE:  Objection.
16       THE WITNESS:  Seat assignments.
17  Okay?  JetBlue is -- every time when
18  they -- when they do the code share, the
19  first problem -- and they say, well, we
20  can't help it.  They would be canceling
21  out people's preassigned seats.  For
22  somebody like myself, if I'm traveling by
23  myself, it's an inconvenience, but that's
24  fine.
25       When you have a family of four and

Page 119

1   the kid is 5 and the other one is 4 and
2   the family made sure on the way home that
3   the seats were all together, and an hour
4   and a half before flight time, they
5   decide to cancel the flight -- I mean,
6   I'm sorry, cancel the preassigned seats,
7   that client is calling me and they're
8   saying, Gabe, how come they're not giving
9   me the seats?
10       I take a screenshot of it, okay, I
11  have to give them -- I actually paid for
12  it.  This is in 2019.  I actually paid
13  for people's seat to sit together.  The
14  client was thankful.  She goes, what
15  happened?
16       I said, they cancelled the seat on
17  you for no reason whatsoever, but we got
18  proof that you had the seats in there.
19  But nobody wants their kid to sit -- when
20  they're 4 years old, to sit eight rows
21  behind you.
22  Q.   Just to be clear, this was a code
23  share between American and JetBlue --
24  A.   Yeah.
25  Q.   -- not a merger; is that correct?

Page 120

1   A.   Correct.
2   Q.   Okay.
3   A.   And the same thing happened -- the
4   same thing was going on when American and US
5   Air merged, you know, the problem with the
6   seats.
7   Q.   Okay.  Anything else other than --
8   any other harms other than seat assignments?
9   A.   The frequent flyer programs.  I
10  don't see how -- they're completely two
11  different frequent flyer programs.  I don't
12  know how that's going to work out.
13       One of them is going to be very
14  upset, okay, with the seat assignments --
15  not the seat assignments, the frequent flyer
16  program.  Okay?
17       It's easier to get mileage on --
18  on Spirit than it is on JetBlue, okay?  So
19  somebody is not going to be happy.
20  Q.   Is it fair to say that your harms
21  are mostly based on the fact that there are
22  two ways of doing something and that there
23  has to be a resulting single way to do
24  something?
25       MR. BONSIGNORE:  Objection.

EXHIBIT 2

Exhibit

**1**

Garavanian 6/19/2023 A.H.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**PROPOUNDING PARTIES:**          **JETBLUE AIRWAYS CORPORATION**
                                  **SPIRIT AIRLINES, INC.**

**RESPONDING PARTY:**            **PLAINTIFF GABRIEL GARAVANIAN**

**SET NUMBER:**                  **ONE**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

## PRELIMINARY STATEMENT

Each of the following responses is subject to all objections of and concerning relevance, materiality, and admissibility, as well as to all and any other objections on any ground requiring exclusion of any response if introduced in Court. All evidentiary objections and grounds accordingly are expressly reserved. Furthermore, Plaintiffs' decision, now or in the future, to provide information notwithstanding the objectionable nature of the Interrogatories shall not be construed as: (a) an admission that they agree with any of Defendants' definitions or characterizations contained therein, or (b) an admission that the information sought will likely lead to the discovery of admissible evidence, or (c) an agreement that requests for similar information will be treated in a similar manner.

Plaintiffs' responses to the within First Set of Interrogatories are made without prejudice to their right to introduce any or all evidence of any kind in this case.

The specific responses and objections set forth below are based upon information now known. Plaintiffs have not yet completed discovery or preparation for trial in this case, and, therefore, reserve the right to amend, modify, or supplement any general or specific objection or response.

Nothing in their responses to these Interrogatories shall be construed as an admission by Plaintiffs going to the competence, admissibility, relevance, or materiality of any fact or document, or as an admission of the truth or accuracy of any characterization of any information of any kind sought by these Interrogatories.

Plaintiffs reserve their right to object to use of their responses herein, or the subject matter thereof, on any ground in this or in any subsequent proceeding, including, without limitation, the right to object on any ground at any time to the use of such responses in any discovery procedures in this or any proceeding, and/or at trial.

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

The Plaintiffs' responses to the Interrogatories are subject to the provisions of the Stipulated Protective Order entered by the Court on March 17, 2023 (Document 34) (the "Protective Order"). The Plaintiffs' Interrogatory Responses are hereby designated "Confidential" in accordance with the provisions of the Protective Order.

Each of the General Objections herein is considered applicable to and is hereby incorporated into each and every response by Plaintiffs to the Interrogatories, and each response is given without waiving any of the General Objections. The assertion of any General Objection in response to any Interrogatory should not be considered a waiver of the remaining General Objections. By making the responses herein, Plaintiffs do not concede that the information provided is relevant to the claims or defenses of any party or reasonably calculated to lead to the discovery of admissible evidence.

## <u>GENERAL OBJECTIONS</u>

1.      Plaintiffs object to, and will not answer, the Interrogatories to the extent they seek discovery of information, legal analysis, and/or strategies concerning Plaintiffs' prosecution of this case. Such information, legal analysis, and/or strategies are protected from disclosure by the attorney-client privilege and/or the work-product doctrine.

2.      Plaintiffs object to, and will not answer, the Interrogatories to the extent Defendants intend or purport to impose obligations beyond those required or permitted by the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts, or to the extent they are outside the scope of any order or opinion of this Court or of the Special Master, or contrary to any applicable rules of law.

3.      Plaintiffs object to, and will not answer, the Interrogatories to the extent they comprise premature "contention interrogatories," the answers to which are dependent on merits and/or expert discovery. Pursuant to Rule 33(a)(2) of the Federal Rules of Civil Procedure,

Plaintiffs, as necessary or appropriate, will respond to proper "contention interrogatories" at a time and as directed by the Court or Special Master. *See, e.g., In re Convergent Technologies Securities Litigation*, 108 F.R.D. 328, 336 N.D. Cal. 1985) ("There is considerable recent authority for the view that the wisest general policy is to defer propounding and answering contention interrogatories until near the end of the discovery period."); *In re eBay Seller Antitrust Litigation*, No. C 07-1882 JF (RS), 2008 WL 5212170, at *1 (N.D. Cal. Dec. 11, 2008) ("Courts using their Rule 33(a)(2) discretion generally disfavor contention interrogatories asked before discovery is undertaken.").

4.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent (a) they seek to elicit information relating or referring to matters not raised by the pleadings, or (b) they seek to elicit information that is not relevant to the claims or defenses of the parties to this action, or (c) they seek to elicit information that is not within Plaintiffs' possession, custody, or control, or (d) they seek to elicit information not reasonably calculated to lead to the discovery of admissible evidence.

5.      Plaintiffs object to, and will not answer, the Interrogatories to the extent they seek information protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege, protection, immunity, or rule (collectively, "Privileged Information"), including, without limitation, information concerning communications between Plaintiffs' attorneys, and/or between Plaintiffs and their attorneys, made during, or in anticipation of, litigation.  Any inadvertent disclosure of such information is not intended to, and shall not, constitute a general or specific waiver, in whole or in part, of the foregoing privileges or immunities, or the subject matter thereof.  Any inadvertent disclosure of such information is not intended to, nor shall it, constitute a waiver of the right to object to any use of such information, and any such disclosure shall be treated as specified in Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure.

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

6.      Plaintiffs object to, and will not answer, the Interrogatories to the extent that (a) they seek the premature disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and/or (b) they seek disclosure of information concerning any person or entity whom Plaintiffs will not designate as an opinion or other witness at trial.

7.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they seek information that is equally accessible to Defendants as it is to Plaintiffs, or that has been provided by other parties or witnesses.

8.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they are cumulative to or duplicative of other Interrogatories.

9.      Plaintiffs object to, and will not answer, the Interrogatories to the extent that they seek confidential or proprietary business information and research.  Plaintiffs object to the purported definition of the terms "YOU" and "YOUR" because they are vague, ambiguous, overly broad, and unduly burdensome, as they seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible information. Responding further, Plaintiffs object to the inclusion of "employees, agents, attorneys, representatives, or any other person acting or purporting to act on her behalf or under her control" within this Definition to the extent it purports to encompass information that is protected by attorney-client privilege and/or work-product doctrine, or any other applicable privilege, protection, immunity, or rule.

10.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they purport to require Plaintiffs to identify documents supportive of a response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

11.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

### INTERROGATORY NO. 1:

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

### RESPONSE NO. 1:

In addition to their General Objections listed above, Plaintiffs object to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine.  Plaintiffs also object to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds:

| Travel Date(s) | Booking Date | Airline(s) | Route(s) | Reason for Trip | Booking Method | Class | Price | Who Paid | Points Used |
|---|---|---|---|---|---|---|---|---|---|
| 11/29/15 | 11/2/15 | American | MIA-BOS | Business | Agency | Economy | $149.99 | Self | No |
| 12/11/15-12/12/15 | 11/3/15 | US/American | BOS-PHL; PHL-BOS | Business | Agency | Economy | $209 | Self | No |
| 9/17/16-9/20/16 | 8/3/16 | Delta | BOS-DTW-REN-JFK-BOS | Business | Agency | Economy | $549 | Self | No |
| 8/21/17-8/24/17 | 7/23/17 | Delta | BOS-DTW-SAN-ATL-BOS | Business | Agency | Economy | $485 | Self | No |
| 5/6/18-5/7/18 | 4/18/18 | American | BOS-IAD; IAD-BOS | Personal | Agency | Economy | $317.40 | Self | No |
| 6/30/18 | 6/8/18 | American | BOS-MIA | Personal | Agency | Economy | $587.20 | Self | No |

Plaintiff has also flown BOS-MCO, BOS-TPO, BOS-MSY, BOS-LAS round trip on several occasions prior to 2015 on JetBlue, Delta, Continental, and Southwest.

**INTERROGATORY NO. 2:**

For each route listed in Interrogatory No. 1, identify whether You have ever taken a different mode of transportation (e.g., driven or taken a train) since 2015 for that same route, when that trip occurred, and why You chose to travel by that method.

**RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiffs object to Interrogatory No. 2 because the term "different mode of transportation" is vague, ambiguous, and overly broad.

Subject to and without waiving the objections stated above, Plaintiff responds: Plaintiff drove round trip from Myrtle Beach to Boston in January 2023 because Spirit airlines cancelled the flights.

**INTERROGATORY NO. 3:**

List every airline loyalty and/or promotional program(s) to which You belong or have belonged to from 2015 to present, including but not limited to, airline loyalty programs (such as

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

True Blue and Delta Sky Miles), airline credit card loyalty programs (such as Capital One

Venture), booking promotion services (such as Rocketmiles), and/or airline shopping reward

programs, including Your status level, if any, with each loyalty or reward program (e.g.,

Diamond, Platinum, Gold, or Silver Medallion Member with Delta) to which You are a member.


**RESPONSE NO. 3:**

      In addition to the General Objections listed above, Plaintiff object to Interrogatory No. 3

because (a) the terms "loyalty and/or promotional program" and the phrase "airline shopping

reward programs" are vague, ambiguous, overly broad, and unduly burdensome, and (b) it seeks

information that is neither relevant nor reasonably calculated to lead to the discovery of

admissible evidence and it is a violation of Plaintiff's right to privacy. Responding further, to the

extent Defendant seeks discovery related to "loyalty and/or promotional program," Plaintiffs also

object to Interrogatory No. 3 because it (a) prematurely seeks to elicit legal theories, analysis,

and other matters on which opinion testimony may be required at trial, (b) purports to require a

layperson to provide answers on matters as to which opinion testimony may be required at trial,

and (c) calls for legal conclusions and compels the assumption of facts not yet in evidence, and

(d) prematurely seeks disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal

Rules of Civil Procedure.

      Subject to and without waiving the objections stated above, Plaintiff responds: s

Delta Sky Miles- Silver

American- Admirals Club

Spirit, Southwest, JetBlue, United - Basic

**INTERROGATORY NO. 4:**

      Identify every complaint You have ever filed seeking to enjoin a merger under the

Clayton Act, including any payments and/or other benefits.  You received in connection with any

such case, if any.

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

**RESPONSE NO. 4:**

In addition to the General Objections listed above, Plaintiff object to Interrogatory No. 4 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence and it is a violation of Plaintiff's right to privacy.

Dated: April 18, 2023                    By:   _/s/ Joseph M. Alioto, Jr._

                                         Joseph M. Alioto Jr. (SBN 215544)
                                         ALIOTO LEGAL
                                         100 Pine Street, Suite 1250
                                         San Francisco, CA 94111
                                         Telephone: (415) 398-3800
                                         E-mail: joseph@aliotolegal.com

ADDITIONAL PLAINTIFFS' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com

Josephine Alioto (SBN  282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102

Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

<u>CERTIFICATE OF SERVICE</u>

 The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on May 17, 2023.

<u>/s/ Joseph M. Alioto, Jr.</u>
Joseph M. Alioto, Jr.

PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

# EXHIBIT 3

---------- Forwarded message ----------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Wed, Apr 5, 2023, 8:43 PM
Subject: Spirit Airlines Flight Confirmation: WKQ1ND
To: <gabegaravanian@gmail.com>

## spirit    HOTEL   CAR   TRIPS   PARTNERS

Gabriel   |   1,256 Points   |   #1007840033

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

| YOUR CONFIRMATION CODE | WKQ1ND |
|---|---|

Booking Date   **Thursday, April 06, 2023**

# Flight

| **TUESDAY, MAY 09, 2023** | **TIME** | **DURATION** |
|---|---|---|
| Myrtle Beach, SC | 1:25 PM | 02 h 7 min |
| Boston, MA | 3:32 PM | |
| **FLIGHT** | **TERMINAL** | |
| 1160 | | |

| **MONDAY, MAY 15, 2023** | **TIME** | **DURATION** |
|---|---|---|
| Boston, MA | 6:30 AM | 02 h 8 min |
| Myrtle Beach, SC | 8:38 AM | |
| **FLIGHT** | **TERMINAL** | |
| 1157 | B | |

**Exhibit**

**3**

Garavanian 6/19/2023 A.H.

GARAVANIAN000001

**Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.**

**Do you have TSA Pre√®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!**

**Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance. We understand some Guests may want to continue wearing face coverings on flights, and that's perfectly fine under our optional policy. For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.**

**Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.**

# Guest Information

| NAME | ASSISTANCE | FREE SPIRIT # |
|------|-----------|---------------|
| Gabriel H Garavanian | None | 1007840033 |

# Bags

| NAME | CARRY-ON | CHECKED |
|------|----------|---------|
| Gabriel H Garavanian | 0 \| 0 | 1 \| 1 |

GARAVANIAN000002

**ADD BAGS**

## Seats

| NAME | SEATS |
|------|-------|
| Gabriel H Garavanian | 3D   7D |

## Contact Information

Gabriel Garavanian
374 Kiskadee Loop unit I
Tyngsboro, MA 01879
US

gabegaravanian@gmail.com

15083979111

## Purchase Price

| | |
|---|---|
| Loyalty Points | 6,500 points |
| **Just For You Bundle** | $140.00 |
|   - 1 Checked Bag | |
|   - Shortcut Boarding | |
|   - Pick Your Seat (Standard Seat) | |
| **Government's Cut** | $11.20 |
| **Total** | **6,500 points + $151.20** |

Join ShopSmarter™ and get
**$20 CASH BACK**
ON THIS BOOKING!
CLICK HERE
JUST FOR TRYING
ShopSmarter

GARAVANIAN000003

## Additional Information

### REAL ID

Do you have a REAL ID? **Beginning May 7th 2025, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another acceptable form of ID (such as a passport), to fly within the United States.** REAL ID–compliant cards are marked with a star at the top. Guests can also visit the DHS REAL ID website and click on their state on the map or visit www.tsa.gov.

### SPIRIT CHARITABLE FOUNDATION DONATION

Donations to the Spirit Charitable Foundation cannot be canceled or refunded.

### CASHLESS

At some airports we serve, **cash is not accepted** as a form of payment. For more information, visit here.

### TERMS AND CONDITIONS

Click here for full terms and conditions.

Haga clic aquí para los términos y condiciones completos.

## BAGGAGE

You'll save yourself some money if you buy your bags online right now! You'll automatically get our Fast Bag Drop service, which'll save you time when you get to the airport.

**IMPORTANT:** You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger.  Here's more information on our baggage policies, including carry-ons.

## CHECK-IN

You may be able to check in online 24 hours before your flight. It'll save you time and money at the airport.

GARAVANIAN000004

You'll want to get to the airport early to give yourself time to park, get through security, etc. Try to arrive 2 hours before domestic flights and 3 hours before international flights.

Additionally, you'll need to be at the boarding gate at least 15 minutes prior to departure for domestic flights (30 minutes prior for international departures) or you may lose your reservation.

Always double check that you have the right documents you need to travel. Remember: every country has different rules, so if you're flying internationally, contact the embassy or consulate of the country you're traveling to and find out what you need.

Certain foreign countries may charge additional taxes and fees that are collected directly by the local government or competent airport authority upon arrival or departure.

## FLIGHT STATUS

**Click here** to check the departure and arrival status of your flight.

## HELPFUL TRAVEL RESOURCES

Transportation Security Administration - Visit the **TSA website** and learn all about the new carry-on travel requirements.

Customs and Border Protection - Visit the **U.S. State Department website** for travel tips and up-to-date travel information.

## CANCEL/CHANGE

If you need to modify or cancel your reservation, please visit the **Manage Travel** tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

**Click here** for information on travel policies.

Spirit does not transport hazardous materials as checked or carry-on baggage. **Click Here** for more information.

## HOTEL    CAR    TRIPS    PARTNERS

  



**TO PROVIDE FEEDBACK**
If you have a comment or question, Click here to chat now.

**Spirit Airlines**
**2800 Executive Way**
**Miramar, FL 33025**
Copyright © 2023 Spirit Airlines, Inc. All Rights Reserved.

Privacy Policy    Help

GARAVANIAN000006

--------- Forwarded message ---------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Thu, Jun 8, 2023 at 6:42 AM
Subject: Spirit Airlines Flight Confirmation: ZWN6VX
To: <gabegaravanian@gmail.com>

## spirit   HOTEL   CAR   TRIPS   PARTNERS

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

| YOUR CONFIRMATION CODE | ZWN6VX |
|---|---|

| Booking Date | Thursday, June 08, 2023 |
|---|---|

# Flight

| **MONDAY, JUNE 19, 2023** | **TIME** | **DURATION** |
|---|---|---|
| Myrtle Beach, SC | 2:19 PM | 02 h 7 min |
| Boston, MA | 4:26 PM | |
| **FLIGHT** | **TERMINAL** | |
| 1160 | | |

| **FRIDAY, JUNE 23, 2023** | **TIME** | **DURATION** |
|---|---|---|
| Boston, MA | 5:15 AM | 02 h 6 min |

GARAVANIAN000007

Myrtle Beach, SC                                    7:21 AM

**FLIGHT**                                          **TERMINAL**
1157                                                B

**Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.**

**Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!**

**Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.**

# Guest Information

| NAME | ASSISTANCE | FREE SPIRIT # |
|------|------------|---------------|
| Gabriel Garavanian | None | 1007840033 |

# Bags

| NAME | CARRY-ON | CHECKED |
|------|----------|---------|
| Gabriel Garavanian | 0  \|  0 | 0  \|  0 |

**ADD BAGS**

GARAVANIAN000008

# Seats

| NAME | SEATS |
|------|-------|
| Gabriel Garavanian | - \| - |

**ADD SEATS**

# Contact Information

Gabriel Garavanian
374 Kiskadee Loop unit I
conway, SC 29526
US

gabegaravanian@gmail.com

15083979111

## Purchase Price

| | |
|------|------|
| Flight Price | $178.99 |
| Government's Cut | $39.79 |
| **Total** | **$218.78** |

**Join ShopSmarter™ and get**
# $20 CASH BACK
**ON THIS BOOKING!**

**CLICK HERE**

JUST FOR TRYING
ShopSmarter

## Additional Information

**REAL ID**

Do you have a REAL ID? **Beginning May 7th 2025, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another acceptable form of ID (such as a passport), to**

enhanced driver's license, or another **acceptable form of ID** (such as a passport), to **fly within the United States**. REAL ID–compliant cards are marked with a star at the top. Guests can also visit the **DHS REAL ID website** and click on their state on the map or visit **www.tsa.gov**.

### SPIRIT CHARITABLE FOUNDATION DONATION

Donations to the Spirit Charitable Foundation cannot be canceled or refunded.

### CASHLESS

At some airports we serve, **cash is not accepted** as a form of payment. For more information, **visit here**.

### TERMS AND CONDITIONS

**Click here** for full terms and conditions.

**Haga clic aquí** para los términos y condiciones completos.

## BAGGAGE

You'll save yourself some money if you **buy your bags online right now**! You'll automatically get our **Fast Bag Drop** service, which'll save you time when you get to the airport.

**IMPORTANT:** You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger.  **Here's** more information on our baggage policies, including carry-ons.

## CHECK-IN

You may be able to **check in online** 24 hours before your flight. It'll save you time and money at the airport.

You'll want to get to the airport early to give yourself time to park, get through security, etc. Try to arrive 2 hours before domestic flights and 3 hours before international flights.

Additionally, you'll need to be at the boarding gate at least 15 minutes prior to departure for domestic flights (30 minutes prior for international departures) or you may lose your reservation.

GARAVANIAN000010

Always double check that you have the right documents you need to travel. Remember: every country has different rules, so if you're flying internationally, contact the embassy or consulate of the country you're traveling to and find out what you need.

Certain foreign countries may charge additional taxes and fees that are collected directly by the local government or competent airport authority upon arrival or departure.

### FLIGHT STATUS

**Click here** to check the departure and arrival status of your flight.

### HELPFUL TRAVEL RESOURCES

Transportation Security Administration - Visit the **TSA website** and learn all about the new carry-on travel requirements.

Customs and Border Protection - Visit the **U.S. State Department website** for travel tips and up-to-date travel information.

### CANCEL/CHANGE

If you need to modify or cancel your reservation, please visit the **Manage Travel** tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

**Click here** for information on travel policies.

Spirit does not transport hazardous materials as checked or carry-on baggage. **Click Here** for more information.

## HOTEL    CAR    TRIPS    PARTNERS

  

**TO PROVIDE FEEDBACK**
If you have a comment or question, Click here to chat now.

Spirit Airlines

GARAVANIAN000011

Spirit Airlines
2800 Executive Way
Miramar, FL 33025
Copyright © 2023 Spirit Airlines, Inc. All Rights Reserved.

Privacy Policy    Help

GARAVANIAN000012

--------- Forwarded message ---------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Mon, May 23, 2022 at 9:46 AM
Subject: Spirit Airlines Flight Confirmation: AD4ZVS
To: <gabegaravanian@gmail.com>

# spirit®    HOTEL    CAR    TRIPS    PARTNERS

Gabriel  |  14,848 Points  |  #1007840033

**Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance.**

**For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.**

Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

## YOUR CONFIRMATION CODE                    AD4ZVS

Booking Date        Monday, May 23, 2022

# Flight

**SUNDAY, JUNE 19, 2022**                    **TIME**        **DURATION**
Myrtle Beach, SC                             9:46 AM         02 h 13 min
Manchester, NH/ Boston Area                  11:59 AM

GARAVANIAN000013

| **FLIGHT** | | **TERMINAL** | |
| 2808 | | | |

| **FRIDAY, JUNE 24, 2022** | **TIME** | **DURATION** |
| Manchester, NH/ Boston Area | 12:55 PM | 02 h 11 min |
| Myrtle Beach, SC | 3:06 PM | |

| **FLIGHT** | | **TERMINAL** | |
| 2807 | | | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance. We understand some Guests may want to continue wearing face coverings on flights, and that's perfectly fine under our optional policy. For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.

Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

# Guest Information

| **NAME** | **ASSISTANCE** | **FREE SPIRIT #** |
| Gabriel H Garavanian | None | 1007840033 |

GARAVANIAN000014

## Bags

| NAME | CARRY-ON | CHECKED |
|------|----------|---------|
| Gabriel H Garavanian | 0 \| 0 | 0 \| 0 |

ADD BAGS

## Seats

| NAME | SEATS |
|------|-------|
| Gabriel H Garavanian | - \| - |

ADD SEATS

## Contact Information

Gabriel H Garavanian
104 SEQUOIA RD
TYNGSBORO, MA 01879
US

gabegaravanian@gmail.com

9786492671

## Purchase Price

| | |
|------|------|
| **Flight Price** | $10.76 |
| **Flight Price** | $25.00 |
| **Government's Cut** | $11.20 |
| **Total** | **$36.20** |

GARAVANIAN000015

Join ShopSmarter™ and get
**$20 CASH BACK**
ON THIS BOOKING!

CLICK HERE

JUST FOR TRYING
ShopSmarter™

## Additional Information

### REAL ID

Do you have a REAL ID? **Beginning May 3rd 2023, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another acceptable form of ID (such as a passport), to fly within the United States**. REAL ID–compliant cards are marked with a star at the top. Guests can also visit the **DHS REAL ID website** and click on their state on the map or visit **www.tsa.gov**.

### CASHLESS

At some airports we serve, **cash is not accepted** as a form of payment. For more information, **visit here**.

### TERMS AND CONDITIONS

**Click here** for full terms and conditions.

**Haga clic aquí** para los términos y condiciones completos.

## BAGGAGE

You'll save yourself some money if you **buy your bags online right now**! You'll automatically get our **Fast Bag Drop** service, which'll save you time when you get to the airport.

**IMPORTANT:** You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger. **Here's** more information on our baggage policies, including carry-ons.

CHECK IN

GARAVANIAN000016

## CHECK-IN

You may be able to **check in online** 24 hours before your flight. It'll save you time and money at the airport.

You'll want to get to the airport early to give yourself time to park, get through security, etc. Try to arrive 2 hours before domestic flights and 3 hours before international flights.

Additionally, you'll need to be at the boarding gate at least 15 minutes prior to departure for domestic flights (30 minutes prior for international departures) or you may lose your reservation.

Always double check that you have the right documents you need to travel. Remember: every country has different rules, so if you're flying internationally, contact the embassy or consulate of the country you're traveling to and find out what you need.

Certain foreign countries may charge additional taxes and fees that are collected directly by the local government or competent airport authority upon arrival or departure.

## FLIGHT STATUS

**Click here** to check the departure and arrival status of your flight.

## HELPFUL TRAVEL RESOURCES

Transportation Security Administration - Visit the **TSA website** and learn all about the new carry-on travel requirements.

Customs and Border Protection - Visit the **U.S. State Department website** for travel tips and up-to-date travel information.

## CANCEL/CHANGE

If you need to modify or cancel your reservation, please visit the **Manage Travel** tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

**Click here** for information on travel policies.

## HOTEL    CAR    TRIPS    PARTNERS



GARAVANIAN000017

**TO PROVIDE FEEDBACK**
If you have a comment or question, Click here to chat now.

Spirit Airlines
2800 Executive Way
Miramar, FL 33025
Copyright © 2022 Spirit Airlines, Inc. All Rights Reserved.

Privacy Policy     Update Email Address     Help

GARAVANIAN000018

---------- Forwarded message ----------
From: **Spirit Airlines** <booking@fly.spirit-airlines.com>
Date: Tue, Nov 1, 2022, 12:13 PM
Subject: Spirit Airlines Flight Confirmation: KYDDQB
To: <gabegaravanian@gmail.com>

# spirit®

**HOTEL     CAR     TRIPS     PARTNERS**

**Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.**

**Please do not reply to this email. The reply email address is used solely for outgoing email documents.**

### YOUR CONFIRMATION CODE                KYDDQB

Booking Date     Tuesday, November 01, 2022

# Flight

| **SATURDAY, NOVEMBER 19, 2022** | **TIME** | **DURATION** |
|---|---|---|
| Myrtle Beach, SC | 2:23 PM | 02 h 2 min |
| Boston, MA | 4:25 PM | |
| **FLIGHT** | **TERMINAL** | |
| 103 | | |

| **FRIDAY, NOVEMBER 25, 2022** | **TIME** | **DURATION** |
|---|---|---|
| Boston, MA | 11:20 AM | 02 h 17 min |

GARAVANIAN000019

Myrtle Beach, SC                                      1:37 PM

**FLIGHT**                                           **TERMINAL**
126                                                  B

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

Face coverings are now optional for Spirit Team Members & Guests onboard our flights following the federal court ruling and TSA guidance. We understand some Guests may want to continue wearing face coverings on flights, and that's perfectly fine under our optional policy. For our Guests traveling internationally, please remember to check country-specific airport requirements before traveling.

Online check-in begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

# Guest Information

| NAME | ASSISTANCE | FREE SPIRIT # |
|------|------------|---------------|
| Gabriel Garavanian | None | |

# Bags

| NAME | CARRY-ON | CHECKED |
|------|----------|---------|

GARAVANIAN000020

Gabriel Garavanian                    0 | 0           0 | 0

**ADD BAGS**

# Seats

**NAME**                             **SEATS**
Gabriel Garavanian                   - | -

**ADD SEATS**

# Contact Information

Gabriel Garavanian                   gabegaravanian@gmail.com
                                     5083979111

## Purchase Price

**Flight Price**                                      $178.59

**Government's Cut**                                   $42.61

**Total**                                          **$221.20**

## Additional Information

**REAL ID**

Do you have a REAL ID? **Beginning May 3rd 2023, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another acceptable form of ID (such as a passport), to fly within the United States.** REAL ID–compliant cards are marked with a star at the top. Guests can also visit the **DHS REAL ID website** and click on their state on the map or visit **www.tsa.gov.**

GARAVANIAN000021

**CASHLESS**

At some airports we serve, **cash is not accepted** as a form of payment. For more information, **visit here**.

**TERMS AND CONDITIONS**

**Click here** for full terms and conditions.

**Haga clic aquí** para los términos y condiciones completos.

## BAGGAGE

You'll save yourself some money if you **buy your bags online right now**! You'll automatically get our **Fast Bag Drop** service, which'll save you time when you get to the airport.

**IMPORTANT:** You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger. **Here's** more information on our baggage policies, including carry-ons.

## CHECK-IN

You may be able to **check in online** 24 hours before your flight. It'll save you time and money at the airport.

You'll want to get to the airport early to give yourself time to park, get through security, etc. Try to arrive 2 hours before domestic flights and 3 hours before international flights.

Additionally, you'll need to be at the boarding gate at least 15 minutes prior to departure for domestic flights (30 minutes prior for international departures) or you may lose your reservation.

Always double check that you have the right documents you need to travel. Remember: every country has different rules, so if you're flying internationally, contact the embassy or consulate of the country you're traveling to and find out what you need.

Certain foreign countries may charge additional taxes and fees that are collected directly by the local government or competent airport authority upon arrival or departure.

FLIGHT STATUS

GARAVANIAN000022

FLIGHT STATUS

**Click here** to check the departure and arrival status of your flight.

### HELPFUL TRAVEL RESOURCES

Transportation Security Administration - Visit the **TSA website** and learn all about the new carry-on travel requirements.

Customs and Border Protection - Visit the **U.S. State Department website** for travel tips and up-to-date travel information.

### CANCEL/CHANGE

If you need to modify or cancel your reservation, please visit the **Manage Travel** tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

**Click here** for information on travel policies.

**Spirit does not transport hazardous materials as checked or carry-on baggage. Click Here** for more information.

## HOTEL     CAR     TRIPS     PARTNERS

  

**TO PROVIDE FEEDBACK**
**If you have a comment or question, Click here to chat now.**

**Spirit Airlines**
**2800 Executive Way**
**Miramar, FL 33025**
**Copyright © 2022 Spirit Airlines, Inc. All Rights Reserved.**

**Privacy Policy**     **Help**

GARAVANIAN000023

EXHIBIT 4

Exhibit

**4**

Garavanian 6/19/2023 A.H.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiff,*

v.                                                                   Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants.*

## PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION** |
| | **SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF GABRIEL GARAVANIAN** |
| **SET NUMBER:** | **TWO** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and subject to the objections stated in Plaintiff's Response to Defendants' Second Set of Interrogatories previously served on Defendants, Plaintiff hereby supplements Plaintiff's responses as set forth below.

## SUPPLEMENTAL RESPONSES

### INTERROGATORY NO. 5:

State whether You are, or have been in the last five (5) years, employed as a travel agent and, if so, identify (a) the agency or agencies at which You were or are employed; (b) the dates

Your employment began and concluded (if applicable) at each travel agency; (c) whether You have, or had, any ownership stake in, or right to receive non-salary income (*i.e.,* commission or performance bonus) from the travel agency or agencies at which You were previously or are currently employed; (d) each and every form of revenue or income You or Your agency received (*i.e.*, commission-based payments from airlines, fees charged to purchasers

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5**:

Yes.

(a)      Currently I am an independent contractor at Thomas Hogan Travel, Myrtle Beach, SC.

(b)      Started Garavanian Travel on May 27,1986, and owned agency with Harry Garavanian. Sold travel agency December 21, 2020.  In February, 2023, I have been  an independent contractor for Thomas Hogan Travel in Myrtle Beach, SC.

(c)      With regard to Garavanian Travel, once in a while we would issue bonuses.

(d)      We would rarely if ever receive commissions from airlines over the last 5 years. We charged fees to clients for airline tickets.   We also charged fees on "fit trips" where you create the tour and book it individually.  We would charge fees for putting the trips together.

**INTERROGATORY NO. 6**:

Identify each and every airport that You consider flying out of when traveling from Your primary residence or flying into when returning to Your primary residence.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6**:

Boston Logan and Manchester, NH

**INTERROGATORY NO. 7**:

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

Identify each and every distinct injury You allege that You will suffer as a result of the merger between JetBlue and Spirit.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7**:

The following response is submitted as a partial and not complete list of potential injury and this response may change as further information is received and analyzed by Plaintiff and Plaintiff's attorneys and experts. The specific response set forth below is based upon information now known. Plaintiff has not yet completed discovery or preparation for trial in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific response.

This proposed acquisition is a substantial threat of harm and injury to all the Plaintiffs in that they will face higher fares, fewer flights, less consumer choice than they otherwise would have, and they would be threatened with the inability to use air travel at all.

The proposed acquisition constitutes a substantial threat of injury to these Plaintiffs because this acquisition may have the effect "substantially to lessen competition" and "tend to create a monopoly" in a "line of commerce" in a "section of the country" in violation of Section 7 of the Clayton Antitrust Act (15 U.S.C. § 18). In addition, the contract to eliminate Spirit constitutes a non-trivial transaction eliminating a significant rival, which is not a failing company, that eliminates a substantial and growing, cost-cutting competitor from the market.

In addition, JetBlue's elimination of Spirit will be virtually certain to cause substantial irreparable injury to Plaintiffs and to all consumers for domestic scheduled air passenger transportation services in the relevant geographic and product markets in that, among other

reasons, Spirit, and the consumer choices that go with it, will be gone, and once gone, the harm would be irreparable.

Plaintiffs are threatened with the loss of (1) the distinctive services and in-flight experience offered by Spirit; (2) a reduction in customer choice; (3) a reduction in capacity and the curtailment of flights thereby creating higher prices and severe inconvenience to consumers; and (4) ultimately, the loss of a vibrant, vigorous, and innovative fare-cutting competitor.  The elimination of Spirit will further substantially threaten to harm U.S. passengers through increases in the price of tickets, checked bags and flight change fees, translating to billions of dollars of harm to consumers annually, and further threatens to deprive passengers of the unique comfort, style, service and especially affordability offered by Spirit.

If Spirit is eliminated, Plaintiffs will sustain irreparable harm for which damages will be inadequate to compensate Plaintiffs in that the competition from a "price-disruptor" will be extirpated and customer choice for travel options eradicated.  The imagination and initiative of Spirit will be snuffed out; modern jets and expansion plans will be jettisoned; customer convenience and satisfaction will be disregarded.  Spirit's air service once lost cannot be restored.

In addition:

1)      Prices will go up in the markets where they are merging.

2)      The process of airlines merging will cause cancellations and double bookings.  Jet Blue has code shared with American out of Boston.   The computer systems did not work together resulting in the airline cancelling reservations and especially pre-assigned seats.  Every time there was a problem, the airlines told clients and passengers go to other airline, Jet

Blue blaming American and American blaming Jet Blue.  But the passenger's problem was not solved.

      3)    Cancelled flights.  When a flight is cancelled, the airline issues vouchers. In previous code share number 2, JetBlue will tell the passenger to go to Spirit for vouchers.  If the client goes to Spirit, he is then told to go to JetBlue.  The vouchers are almost impossible to use.

      4)    The crews will be fighting with each other because of different pay scales. This was evident in the American and USAir merger.   They still have flight crew problems

      5)    The GDS system used by travel agencies will be penalized for issuing tickets by either airline.  They do this by issuing debit memos.   JetBlue would charge me 25 dollars on tickets saying that I did not write "non-refundable" in the endorsement box of an electronic ticket.  The GDS writes it in automatically.  If you ask for proof from an airline they will not give you any.   When a debit memo is not paid, the airline will escalate charges and threaten to take away the travel agency's ability to issue tickets.

      6)    The new airline will have 2 accounting systems which will cause more havoc.

      7)    The 2 frequent flyer programs are completely different and no matter how they try to combine them, neither the JetBlue nor Spirit customers are going to be happy.

      8)    Air routes will be more seasonal.  For example, the Boston to Myrtle Beach route will operate only 8 months a year and people will have no alternative flights to choose from.

      9)    JetBlue will cancel routes completely if it does not feel the route is profitable.  So a route that Spirit had previously serviced will be completely discontinued.

      10)    Spirit is a low cost airline with no complimentary snack or beverage service.  Jet Blue does give a snack and 1 beverage.  Will this be eliminated?

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

11)   Luggage:   JetBlue allows 50 pounds and Spirit allows 40 pounds.  One will be eliminated.

**INTERROGATORY NO. 8**:

Identify each and every "submarket" and "route" referred to at Paragraphs 7, 19, 59 and 84 of the Complaint. For avoidance of doubt, "submarket" and "route" are ascribed the same meanings as in the Complaint.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**:

The following city pairs constitute some, among many, submarkets for airline services in the United States.  This response is submitted as a partial and not complete list of potential submarkets and this response may change as further information is received and analyzed by Plaintiff and Plaintiff's attorneys and experts.  The specific response set forth below is based upon information now known. Plaintiff has not yet completed discovery or preparation for trial in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific response.

| City Market 1 | City Market 2 |
|---|---|
| Aguadilla, PR | Raleigh/Durham, NC |
| Aguadilla, PR | Las Vegas, NV |
| Aguadilla, PR | Richmond, VA |
| Aguadilla, PR | Orlando, FL |
| Aguadilla, PR | Washington, DC (Metropolitan Area) |
| Aguadilla, PR | Los Angeles, CA (Metropolitan Area) |
| Aguadilla, PR | Minneapolis/St. Paul, MN |
| Aguadilla, PR | Chicago, IL |
| Aguadilla, PR | Kansas City, MO |
| Aguadilla, PR | New York City, NY (Metropolitan Area) |
| Aguadilla, PR | Charlotte, NC |
| Aguadilla, PR | Detroit, MI |
| Aguadilla, PR | New Orleans, LA |

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

| Aguadilla, PR | Milwaukee, WI |
|---|---|
| Aguadilla, PR | Tampa, FL (Metropolitan Area) |
| Aguadilla, PR | Houston, TX |
| Aguadilla, PR | Philadelphia, PA |
| Aguadilla, PR | Miami, FL (Metropolitan Area) |
| Atlanta, GA (Metropolitan Area) | New York City, NY (Metropolitan Area) |
| Atlanta, GA (Metropolitan Area) | Ponce, PR |
| Atlanta, GA (Metropolitan Area) | Aguadilla, PR |
| Austin, TX | New York City, NY (Metropolitan Area) |
| Austin, TX | Miami, FL (Metropolitan Area) |
| Austin, TX | Aguadilla, PR |
| Austin, TX | Ponce, PR |
| Boston, MA (Metropolitan Area) | Sacramento, CA |
| Boston, MA (Metropolitan Area) | Orlando, FL |
| Boston, MA (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Boston, MA (Metropolitan Area) | Tampa, FL (Metropolitan Area) |
| Boston, MA (Metropolitan Area) | New Orleans, LA |
| Boston, MA (Metropolitan Area) | San Diego, CA |
| Boston, MA (Metropolitan Area) | Las Vegas, NV |
| Boston, MA (Metropolitan Area) | Charlotte Amalie, VI |
| Boston, MA (Metropolitan Area) | Fort Myers, FL |
| Boston, MA (Metropolitan Area) | San Juan, PR |
| Boston, MA (Metropolitan Area) | Aguadilla, PR |
| Boston, MA (Metropolitan Area) | Christiansted, VI |
| Boston, MA (Metropolitan Area) | Ponce, PR |
| Chicago, IL | Ponce, PR |
| Cleveland, OH (Metropolitan Area) | San Juan, PR |
| Cleveland, OH (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Cleveland, OH (Metropolitan Area) | Aguadilla, PR |
| Dallas/Fort Worth, TX | New York City, NY (Metropolitan Area) |
| Dallas/Fort Worth, TX | Ponce, PR |
| Dallas/Fort Worth, TX | Aguadilla, PR |
| Denver, CO | San Juan, PR |
| Denver, CO | Aguadilla, PR |
| Detroit, MI | San Juan, PR |
| Detroit, MI | New York City, NY (Metropolitan Area) |
| Detroit, MI | Ponce, PR |
| Hartford, CT | Orlando, FL |
| Hartford, CT | Fort Myers, FL |
| Hartford, CT | Miami, FL (Metropolitan Area) |

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

| | |
|---|---|
| Hartford, CT | Tampa, FL (Metropolitan Area) |
| Hartford, CT | Charlotte Amalie, VI |
| Hartford, CT | San Juan, PR |
| Hartford, CT | Ponce, PR |
| Hartford, CT | Aguadilla, PR |
| Houston, TX | New York City, NY (Metropolitan Area) |
| Houston, TX | Ponce, PR |
| Kansas City, MO | Ponce, PR |
| Las Vegas, NV | San Juan, PR |
| Las Vegas, NV | Miami, FL (Metropolitan Area) |
| Las Vegas, NV | Los Angeles, CA (Metropolitan Area) |
| Las Vegas, NV | Ponce, PR |
| Los Angeles, CA (Metropolitan Area) | San Juan, PR |
| Miami, FL (Metropolitan Area) | San Diego, CA |
| Miami, FL (Metropolitan Area) | San Juan, PR |
| Miami, FL (Metropolitan Area) | Richmond, VA |
| Miami, FL (Metropolitan Area) | Raleigh/Durham, NC |
| Miami, FL (Metropolitan Area) | New Orleans, LA |
| Miami, FL (Metropolitan Area) | Los Angeles, CA (Metropolitan Area) |
| Miami, FL (Metropolitan Area) | Philadelphia, PA |
| Miami, FL (Metropolitan Area) | Charlotte Amalie, VI |
| Miami, FL (Metropolitan Area) | Ponce, PR |
| Milwaukee, WI | San Juan, PR |
| Milwaukee, WI | Ponce, PR |
| Minneapolis/St. Paul, MN | Ponce, PR |
| Nashville, TN | New York City, NY (Metropolitan Area) |
| Nashville, TN | San Juan, PR |
| Nashville, TN | Miami, FL (Metropolitan Area) |
| Nashville, TN | Ponce, PR |
| Nashville, TN | Aguadilla, PR |
| New Orleans, LA | San Juan, PR |
| New Orleans, LA | Ponce, PR |
| New York City, NY (Metropolitan Area) | Tampa, FL (Metropolitan Area) |
| New York City, NY (Metropolitan Area) | New Orleans, LA |
| New York City, NY (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| New York City, NY (Metropolitan Area) | Los Angeles, CA (Metropolitan Area) |
| New York City, NY (Metropolitan Area) | Las Vegas, NV |
| New York City, NY (Metropolitan Area) | Sacramento, CA |
| New York City, NY (Metropolitan Area) | Fort Myers, FL |
| New York City, NY (Metropolitan Area) | San Juan, PR |

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

| | |
|---|---|
| New York City, NY (Metropolitan Area) | Christiansted, VI |
| New York City, NY (Metropolitan Area) | Ponce, PR |
| Orlando, FL | New York City, NY (Metropolitan Area) |
| Orlando, FL | San Juan, PR |
| Orlando, FL | Richmond, VA |
| Orlando, FL | Charlotte Amalie, VI |
| Orlando, FL | Christiansted, VI |
| Orlando, FL | Salt Lake City, UT |
| Orlando, FL | Ponce, PR |
| Pensacola, FL | San Juan, PR |
| Philadelphia, PA | San Juan, PR |
| Phoenix, AZ | Miami, FL (Metropolitan Area) |
| Pittsburgh, PA | San Juan, PR |
| Ponce, PR | Raleigh/Durham, NC |
| Ponce, PR | Richmond, VA |
| Richmond, VA | San Juan, PR |
| Salt Lake City, UT | San Juan, PR |
| San Francisco, CA (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Tampa, FL (Metropolitan Area) | San Juan, PR |
| Tampa, FL (Metropolitan Area) | Charlotte Amalie, VI |
| Tampa, FL (Metropolitan Area) | Christiansted, VI |
| Washington, DC (Metropolitan Area) | Orlando, FL |
| Washington, DC (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Washington, DC (Metropolitan Area) | San Juan, PR |
| Washington, DC (Metropolitan Area) | Fort Myers, FL |
| Washington, DC (Metropolitan Area) | Charlotte Amalie, VI |
| Washington, DC (Metropolitan Area) | Christiansted, VI |
| Washington, DC (Metropolitan Area) | Ponce, PR |

In addition, the two airlines currently compete head-to-head on many routes.



**INTERROGATORY NO. 9**:

State whether You received a Litigation Hold Notice in this matter or were otherwise informed of an obligation to retain documents reasonably related to this lawsuit and, if so, state the date on which You received the Litigation Hold Notice or were so informed, by whom, and how that obligation was communicated.

**RESPONSE TO INTERROGATORY NO. 9**:

Plaintiff objects to this Interrogatory because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine.

Plaintiff further objects to the Request to the extent it is vague, ambiguous, overly broad, and unduly burdensome, as it seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 10**:

State each and every factual basis for Your allegations, including at Paragraph 100 of the Complaint, that the merger between Spirit and JetBlue will cause (a) lessened competition; (b) higher prices and/or ancillary fees; (c) lower industry capacity; and (d) lessened service, and Identify the manner in which the merger will cause those alleged outcomes.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10**:

The following response is submitted as a partial and not complete list of "(a) lessened competition; (b) higher prices and/or ancillary fees; (c) lower industry capacity; and (d) lessened service, and . . . the manner in which the merger will cause those alleged outcomes", and this response may change as further information is received and analyzed by Plaintiff and Plaintiff's attorneys and experts.  The specific response set forth below is based upon information now known. Plaintiff has not yet completed discovery or preparation for trial in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific response.

JetBlue's elimination of Spirit will be virtually certain to cause a lessening of competition since, among other reasons, Spirit, and the consumer choices that go with it, will be gone once the companies merge, and once gone, their competition will be inescapably lessened.

If Spirit is eliminated, Plaintiffs will sustain a lessening of competition in that the competition from a "price-disruptor" will be extirpated and customer choice for travel options eradicated.  The imagination and initiative of Spirit will be snuffed out; modern jets and

expansion plans will be jettisoned; customer convenience and satisfaction will be disregarded. Spirit's air service once lost cannot be restored.

In addition, JetBlue's acquisition (1) threatens to derail Spirit's planned acquisition of additional aircraft, thereby lessening the passenger capacity of air traffic in the relevant markets; and (2) threatens to substantially reduce the work force of the two airlines through employee layoffs due to the elimination of competition.

Moreover, since existing trade barriers will effectively preclude the introduction of a new airline, there will likely be no new startup entrants into the airline market because new entrants would face significant barriers to success, including difficulty in obtaining access to gate facilities; difficulty in competing with the effects of corporate discount programs offered by dominant incumbents; difficulty due to customer loyalty to existing frequent flyer programs; difficulty of promoting an unknown brand; and the risk of aggressive responses to new entry by the dominant incumbent carriers. The former CEO of United testified that only an established airline could now enter the major markets in the United States.  Indeed, American's CEO Doug Parker further admitted that no new airline could enter the market because it would not even be able to cover its cost of capital.

Actual and potential competition between JetBlue and Spirit may be eliminated by the elimination of Spirit, a significant competitor in a non-trivial transaction, and  competition in general among other airlines may be lessened substantially because ticket prices and ancillary fees may be higher than they otherwise would be, because industry capacity may be lower than it otherwise would be; and because service may be lessened.  One manner in which the merger will lessen competition is by the potentially higher ticket prices and diminished service, the potential elimination of a favored airline, fewer flights, less consumer choice than they otherwise would

have, and the inability of Plaintiffs to use air travel at all, as well as additional irreparable harm

for which damages will be inadequate to compensate Plaintiffs.

Dated: June 9, 2023                    By:   _/s/ Joseph M. Alioto, Jr._

                                             Joseph M. Alioto Jr. (SBN 215544)
                                             ALIOTO LEGAL
                                             100 Pine Street, Suite 1250
                                             San Francisco, CA 94111
                                             Telephone: (415) 398-3800
                                             E-mail: joseph@aliotolegal.com

ADDITIONAL PLAINTIFF' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com

Josephine Alioto (SBN  282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

## **VERIFICATION**

I, _____, hereby verify under the penalty of perjury that I have

read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' Second Set

of Interrogatories, and that the Responses are true to the best of my knowledge as to facts

pertaining to me, and upon information and belief as to all other matters.


Executed at _____ , _____, on June _____, 2023.

                                        _____


CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties,

the foregoing document has been served on all counsel of record by electronic mail on

June 14, 2023.

                                        /s/ *Lawrence Papale*
                                        Lawrence G. Papale

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

## VERIFICATION

I, _GABRIEL GARAJANIAN_ hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' Second Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at _104 SEQuun Drive_ , _Tynsboro MA_ , on June _14_ , 2023.

EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                              Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
DEFENDANTS' SECOND SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION** |
| | **SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF GABRIEL GARAVANIAN** |
| **SET NUMBER:** | **TWO (SECOND SUPPLEMENTAL)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and subject to the objections stated in Plaintiff's Responses to Defendants' Second Set of Interrogatories previously served on Defendants, Plaintiff hereby supplements Plaintiff's responses as set forth below.

**SECOND SUPPLEMENTAL RESPONSES**

**INTERROGATORY NO. 8**:

Identify each and every "submarket" and "route" referred to at Paragraphs 7, 19, 59 and 84 of the Complaint. For avoidance of doubt, "submarket" and "route" are ascribed the same meanings as in the Complaint.

1
PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**:

Plaintiff reincorporates all prior responses to Interrogatory No. 8.   As stated in Plaintiff's earlier response, the city pairs provided prior were a partial and not complete list of potential submarkets. Plaintiff reserved the right to supplement as further information was received and analyzed by Plaintiff and Plaintiff's attorneys and experts.  Attached as **Exhibit A** is a list of city pairs and origin/destination airports responsive to this interrogatory.  Exhibit A is based upon further information that was provided by Plaintiffs' experts on or after July 28, 2023.

Dated: August 11, 2023                     By:   _/s/ Joseph M. Alioto, Jr._
                                           Joseph M. Alioto Jr. (SBN 215544)
                                           ALIOTO LEGAL
                                           100 Pine Street, Suite 1250
                                           San Francisco, CA 94111
                                           Telephone: (415) 398-3800
                                           E-mail: joseph@aliotolegal.com

ADDITIONAL PLAINTIFFS' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN 547880)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com


Josephine Alioto (SBN  282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on August 11, 2023.

/s/ *Josephine L. Alioto*
Josephine L. Alioto

# EXHIBIT A

*Nonstop City Route Pairs*

Aguadilla, PR-Miami, FL (Metropolitan Area)
Aguadilla, PR-Orlando, FL
Atlanta, GA (Metropolitan Area)-Boston, MA (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Austin, TX-Los Angeles, CA (Metropolitan Area)
Austin, TX-Miami, FL (Metropolitan Area)
Austin, TX-New York City, NY (Metropolitan Area)
Boston, MA (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Boston, MA (Metropolitan Area)-Fort Myers, FL
Boston, MA (Metropolitan Area)-Las Vegas, NV
Boston, MA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Boston, MA (Metropolitan Area)-New Orleans, LA
Boston, MA (Metropolitan Area)-Orlando, FL
Boston, MA (Metropolitan Area)-San Juan, PR
Boston, MA (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Charlotte, NC-New York City, NY (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-Miami, FL (Metropolitan Area)
Dallas/Fort Worth, TX-New York City, NY (Metropolitan Area)
Detroit, MI-New York City, NY (Metropolitan Area)
Fort Myers, FL-Boston, MA (Metropolitan Area)
Fort Myers, FL-Hartford, CT
Fort Myers, FL-New York City, NY (Metropolitan Area)
Fort Myers, FL-Washington, DC (Metropolitan Area)
Hartford, CT-Fort Myers, FL
Hartford, CT-Miami, FL (Metropolitan Area)
Hartford, CT-Orlando, FL
Hartford, CT-Tampa, FL (Metropolitan Area)
Houston, TX-New York City, NY (Metropolitan Area)
Indianapolis, IN-New York City, NY (Metropolitan Area)
Las Vegas, NV-Boston, MA (Metropolitan Area)
Las Vegas, NV-Los Angeles, CA (Metropolitan Area)
Las Vegas, NV-Miami, FL (Metropolitan Area)
Las Vegas, NV-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Austin, TX
Los Angeles, CA (Metropolitan Area)-Las Vegas, NV
Los Angeles, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Salt Lake City, UT
Los Angeles, CA (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Aguadilla, PR
Miami, FL (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Austin, TX
Miami, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Cleveland, OH (Metropolitan Area)
Miami, FL (Metropolitan Area)-Hartford, CT
Miami, FL (Metropolitan Area)-Las Vegas, NV
Miami, FL (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Nashville, TN
Miami, FL (Metropolitan Area)-New Orleans, LA
Miami, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Miami, FL (Metropolitan Area)-Philadelphia, PA
Miami, FL (Metropolitan Area)-Phoenix, AZ
Miami, FL (Metropolitan Area)-Raleigh/Durham, NC
Miami, FL (Metropolitan Area)-Richmond, VA
Miami, FL (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Washington, DC (Metropolitan Area)
Nashville, TN-Miami, FL (Metropolitan Area)
Nashville, TN-New York City, NY (Metropolitan Area)
New Orleans, LA-Boston, MA (Metropolitan Area)
New Orleans, LA-Miami, FL (Metropolitan Area)
New Orleans, LA-New York City, NY (Metropolitan Area)
New York City, NY (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Austin, TX
New York City, NY (Metropolitan Area)-Dallas/Fort Worth, TX
New York City, NY (Metropolitan Area)-Detroit, MI
New York City, NY (Metropolitan Area)-Houston, TX
New York City, NY (Metropolitan Area)-Indianapolis, IN
New York City, NY (Metropolitan Area)-Las Vegas, NV
New York City, NY (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Miami, FL (Metropolitan Area)
New York City, NY (Metropolitan Area)-Nashville, TN
New York City, NY (Metropolitan Area)-New Orleans, LA
New York City, NY (Metropolitan Area)-Orlando, FL
New York City, NY (Metropolitan Area)-Pittsburgh, PA

*Nonstop City Route Pairs*

New York City, NY (Metropolitan Area)-San Juan, PR
New York City, NY (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Orlando, FL-Aguadilla, PR
Orlando, FL-Boston, MA (Metropolitan Area)
Orlando, FL-Hartford, CT
Orlando, FL-New York City, NY (Metropolitan Area)
Orlando, FL-Ponce, PR
Orlando, FL-Richmond, VA
Orlando, FL-Salt Lake City, UT
Orlando, FL-San Juan, PR
Orlando, FL-Washington, DC (Metropolitan Area)
Philadelphia, PA-Miami, FL (Metropolitan Area)
Phoenix, AZ-Miami, FL (Metropolitan Area)
Pittsburgh, PA-New York City, NY (Metropolitan Area)
Ponce, PR-Orlando, FL
Raleigh/Durham, NC-Miami, FL (Metropolitan Area)
Richmond, VA-Miami, FL (Metropolitan Area)
Richmond, VA-Orlando, FL
Salt Lake City, UT-Los Angeles, CA (Metropolitan Area)
Salt Lake City, UT-Orlando, FL
San Francisco, CA (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
San Juan, PR-Boston, MA (Metropolitan Area)
San Juan, PR-Miami, FL (Metropolitan Area)
San Juan, PR-New York City, NY (Metropolitan Area)
San Juan, PR-Orlando, FL
San Juan, PR-Tampa, FL (Metropolitan Area)
San Juan, PR-Washington, DC (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Hartford, CT
Tampa, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Tampa, FL (Metropolitan Area)-San Juan, PR
Washington, DC (Metropolitan Area)-Fort Myers, FL
Washington, DC (Metropolitan Area)-Miami, FL (Metropolitan Area)
Washington, DC (Metropolitan Area)-Orlando, FL
Washington, DC (Metropolitan Area)-San Juan, PR

*City Route Pair (Nonstop + 1)*

**City Pair**

Aguadilla, PR-Atlanta, GA (Metropolitan Area)
Aguadilla, PR-Austin, TX
Aguadilla, PR-Boston, MA (Metropolitan Area)
Aguadilla, PR-Chicago, IL
Aguadilla, PR-Dallas/Fort Worth, TX
Aguadilla, PR-Denver, CO
Aguadilla, PR-Detroit, MI
Aguadilla, PR-Hartford, CT
Aguadilla, PR-Houston, TX
Aguadilla, PR-Kansas City, MO
Aguadilla, PR-Las Vegas, NV
Aguadilla, PR-Los Angeles, CA (Metropolitan Area)
Aguadilla, PR-Miami, FL (Metropolitan Area)
Aguadilla, PR-Milwaukee, WI
Aguadilla, PR-Minneapolis/St. Paul, MN
Aguadilla, PR-Nashville, TN
Aguadilla, PR-New Orleans, LA
Aguadilla, PR-New York City, NY (Metropolitan Area)
Aguadilla, PR-Orlando, FL
Aguadilla, PR-Phoenix, AZ
Aguadilla, PR-Raleigh/Durham, NC
Aguadilla, PR-Richmond, VA
Aguadilla, PR-Rochester, NY
Aguadilla, PR-Salt Lake City, UT
Aguadilla, PR-San Antonio, TX
Aguadilla, PR-Tampa, FL (Metropolitan Area)
Aguadilla, PR-Washington, DC (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Aguadilla, PR
Atlanta, GA (Metropolitan Area)-Boston, MA (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Ponce, PR
Atlanta, GA (Metropolitan Area)-San Juan, PR

*City Route Pair (Nonstop + 1)*

Austin, TX-Aguadilla, PR
Austin, TX-Los Angeles, CA (Metropolitan Area)
Austin, TX-Miami, FL (Metropolitan Area)
Austin, TX-New York City, NY (Metropolitan Area)
Austin, TX-Ponce, PR
Austin, TX-Richmond, VA
Austin, TX-San Juan, PR
Boston, MA (Metropolitan Area)-Aguadilla, PR
Boston, MA (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Boston, MA (Metropolitan Area)-Charlotte Amalie, VI
Boston, MA (Metropolitan Area)-Christiansted, VI
Boston, MA (Metropolitan Area)-Fort Myers, FL
Boston, MA (Metropolitan Area)-Houston, TX
Boston, MA (Metropolitan Area)-Las Vegas, NV
Boston, MA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Boston, MA (Metropolitan Area)-New Orleans, LA
Boston, MA (Metropolitan Area)-Orlando, FL
Boston, MA (Metropolitan Area)-Pensacola, FL
Boston, MA (Metropolitan Area)-Ponce, PR
Boston, MA (Metropolitan Area)-San Juan, PR
Boston, MA (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Charlotte Amalie, VI-Boston, MA (Metropolitan Area)
Charlotte Amalie, VI-Hartford, CT
Charlotte Amalie, VI-Los Angeles, CA (Metropolitan Area)
Charlotte Amalie, VI-Miami, FL (Metropolitan Area)
Charlotte Amalie, VI-Orlando, FL
Charlotte Amalie, VI-Tampa, FL (Metropolitan Area)
Charlotte Amalie, VI-Washington, DC (Metropolitan Area)
Chicago, IL-Aguadilla, PR
Chicago, IL-Ponce, PR
Chicago, IL-San Juan, PR
Christiansted, VI-Boston, MA (Metropolitan Area)
Christiansted, VI-Hartford, CT
Christiansted, VI-New York City, NY (Metropolitan Area)
Christiansted, VI-Orlando, FL
Christiansted, VI-Tampa, FL (Metropolitan Area)
Christiansted, VI-Washington, DC (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-Miami, FL (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-San Juan, PR
Dallas/Fort Worth, TX-Aguadilla, PR
Dallas/Fort Worth, TX-New York City, NY (Metropolitan Area)
Dallas/Fort Worth, TX-San Juan, PR
Denver, CO-Aguadilla, PR
Denver, CO-San Juan, PR
Detroit, MI-Aguadilla, PR
Detroit, MI-New York City, NY (Metropolitan Area)
Detroit, MI-Ponce, PR
Detroit, MI-San Juan, PR
Fort Myers, FL-Boston, MA (Metropolitan Area)
Fort Myers, FL-Hartford, CT
Fort Myers, FL-Las Vegas, NV
Fort Myers, FL-New York City, NY (Metropolitan Area)
Fort Myers, FL-Washington, DC (Metropolitan Area)
Hartford, CT-Aguadilla, PR
Hartford, CT-Charlotte Amalie, VI
Hartford, CT-Fort Myers, FL
Hartford, CT-Miami, FL (Metropolitan Area)
Hartford, CT-Orlando, FL
Hartford, CT-Ponce, PR
Hartford, CT-San Juan, PR
Hartford, CT-Tampa, FL (Metropolitan Area)
Houston, TX-Aguadilla, PR
Houston, TX-Boston, MA (Metropolitan Area)
Houston, TX-New York City, NY (Metropolitan Area)
Houston, TX-Ponce, PR
Indianapolis, IN-New York City, NY (Metropolitan Area)
Kansas City, MO-Aguadilla, PR
Kansas City, MO-Miami, FL (Metropolitan Area)
Kansas City, MO-San Juan, PR
Las Vegas, NV-Aguadilla, PR
Las Vegas, NV-Boston, MA (Metropolitan Area)
Las Vegas, NV-Fort Myers, FL
Las Vegas, NV-Los Angeles, CA (Metropolitan Area)
Las Vegas, NV-Miami, FL (Metropolitan Area)
Las Vegas, NV-New York City, NY (Metropolitan Area)
Las Vegas, NV-Ponce, PR
Las Vegas, NV-Richmond, VA

Appendix 3, Table A3.1

*City Route Pair (Nonstop + 1)*

Las Vegas, NV-San Juan, PR
Los Angeles, CA (Metropolitan Area)-Aguadilla, PR
Los Angeles, CA (Metropolitan Area)-Austin, TX
Los Angeles, CA (Metropolitan Area)-Charlotte Amalie, VI
Los Angeles, CA (Metropolitan Area)-Las Vegas, NV
Los Angeles, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Orlando, FL
Los Angeles, CA (Metropolitan Area)-Salt Lake City, UT
Los Angeles, CA (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Aguadilla, PR
Miami, FL (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Austin, TX
Miami, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Charlotte Amalie, VI
Miami, FL (Metropolitan Area)-Cleveland, OH (Metropolitan Area)
Miami, FL (Metropolitan Area)-Hartford, CT
Miami, FL (Metropolitan Area)-Kansas City, MO
Miami, FL (Metropolitan Area)-Las Vegas, NV
Miami, FL (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Milwaukee, WI
Miami, FL (Metropolitan Area)-Nashville, TN
Miami, FL (Metropolitan Area)-New Orleans, LA
Miami, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Miami, FL (Metropolitan Area)-Philadelphia, PA
Miami, FL (Metropolitan Area)-Phoenix, AZ
Miami, FL (Metropolitan Area)-Ponce, PR
Miami, FL (Metropolitan Area)-Portland, OR
Miami, FL (Metropolitan Area)-Raleigh/Durham, NC
Miami, FL (Metropolitan Area)-Reno, NV
Miami, FL (Metropolitan Area)-Richmond, VA
Miami, FL (Metropolitan Area)-Sacramento, CA
Miami, FL (Metropolitan Area)-San Diego, CA
Miami, FL (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Washington, DC (Metropolitan Area)
Milwaukee, WI-Miami, FL (Metropolitan Area)
Milwaukee, WI-San Juan, PR
Minneapolis/St. Paul, MN-Aguadilla, PR
Minneapolis/St. Paul, MN-Ponce, PR
Minneapolis/St. Paul, MN-San Juan, PR
Nashville, TN-Aguadilla, PR
Nashville, TN-Miami, FL (Metropolitan Area)
Nashville, TN-New York City, NY (Metropolitan Area)
Nashville, TN-Ponce, PR
Nashville, TN-San Juan, PR
New Orleans, LA-Aguadilla, PR
New Orleans, LA-Boston, MA (Metropolitan Area)
New Orleans, LA-Miami, FL (Metropolitan Area)
New Orleans, LA-New York City, NY (Metropolitan Area)
New Orleans, LA-Ponce, PR
New Orleans, LA-San Juan, PR
New York City, NY (Metropolitan Area)-Aguadilla, PR
New York City, NY (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Austin, TX
New York City, NY (Metropolitan Area)-Christiansted, VI
New York City, NY (Metropolitan Area)-Dallas/Fort Worth, TX
New York City, NY (Metropolitan Area)-Detroit, MI
New York City, NY (Metropolitan Area)-Houston, TX
New York City, NY (Metropolitan Area)-Indianapolis, IN
New York City, NY (Metropolitan Area)-Las Vegas, NV
New York City, NY (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Miami, FL (Metropolitan Area)
New York City, NY (Metropolitan Area)-Nashville, TN
New York City, NY (Metropolitan Area)-New Orleans, LA
New York City, NY (Metropolitan Area)-Orlando, FL
New York City, NY (Metropolitan Area)-Pittsburgh, PA
New York City, NY (Metropolitan Area)-Reno, NV
New York City, NY (Metropolitan Area)-Sacramento, CA
New York City, NY (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-San Juan, PR
New York City, NY (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Orlando, FL-Aguadilla, PR
Orlando, FL-Boston, MA (Metropolitan Area)
Orlando, FL-Charlotte Amalie, VI
Orlando, FL-Christiansted, VI
Orlando, FL-Hartford, CT

*City Route Pair (Nonstop + 1)*

Orlando, FL-Los Angeles, CA (Metropolitan Area)
Orlando, FL-New York City, NY (Metropolitan Area)
Orlando, FL-Ponce, PR
Orlando, FL-Reno, NV
Orlando, FL-Richmond, VA
Orlando, FL-Rochester, NY
Orlando, FL-Salt Lake City, UT
Orlando, FL-San Juan, PR
Orlando, FL-Washington, DC (Metropolitan Area)
Pensacola, FL-Boston, MA (Metropolitan Area)
Pensacola, FL-San Juan, PR
Philadelphia, PA-Aguadilla, PR
Philadelphia, PA-Miami, FL (Metropolitan Area)
Phoenix, AZ-Aguadilla, PR
Phoenix, AZ-Miami, FL (Metropolitan Area)
Pittsburgh, PA-New York City, NY (Metropolitan Area)
Pittsburgh, PA-San Juan, PR
Ponce, PR-Atlanta, GA (Metropolitan Area)
Ponce, PR-Austin, TX
Ponce, PR-Boston, MA (Metropolitan Area)
Ponce, PR-Chicago, IL
Ponce, PR-Dallas/Fort Worth, TX
Ponce, PR-Detroit, MI
Ponce, PR-Hartford, CT
Ponce, PR-Houston, TX
Ponce, PR-Kansas City, MO
Ponce, PR-Las Vegas, NV
Ponce, PR-Miami, FL (Metropolitan Area)
Ponce, PR-Milwaukee, WI
Ponce, PR-Nashville, TN
Ponce, PR-New Orleans, LA
Ponce, PR-Orlando, FL
Ponce, PR-Richmond, VA
Ponce, PR-Washington, DC (Metropolitan Area)
Portland, OR-Miami, FL (Metropolitan Area)
Raleigh/Durham, NC-Aguadilla, PR
Raleigh/Durham, NC-Miami, FL (Metropolitan Area)
Raleigh/Durham, NC-Ponce, PR
Raleigh/Durham, NC-San Juan, PR
Reno, NV-Atlanta, GA (Metropolitan Area)
Reno, NV-Cleveland, OH (Metropolitan Area)
Reno, NV-New York City, NY (Metropolitan Area)
Reno, NV-Orlando, FL
Reno, NV-Tampa, FL (Metropolitan Area)
Richmond, VA-Aguadilla, PR
Richmond, VA-Miami, FL (Metropolitan Area)
Richmond, VA-Orlando, FL
Richmond, VA-San Juan, PR
Rochester, NY-Aguadilla, PR
Rochester, NY-Orlando, FL
Rochester, NY-San Juan, PR
Sacramento, CA-Boston, MA (Metropolitan Area)
Sacramento, CA-Cleveland, OH (Metropolitan Area)
Sacramento, CA-Miami, FL (Metropolitan Area)
Sacramento, CA-New York City, NY (Metropolitan Area)
Sacramento, CA-Tampa, FL (Metropolitan Area)
Salt Lake City, UT-Aguadilla, PR
Salt Lake City, UT-Cleveland, OH (Metropolitan Area)
Salt Lake City, UT-Hartford, CT
Salt Lake City, UT-Los Angeles, CA (Metropolitan Area)
Salt Lake City, UT-Orlando, FL
Salt Lake City, UT-San Juan, PR
San Antonio, TX-Aguadilla, PR
San Antonio, TX-San Juan, PR
San Diego, CA-Miami, FL (Metropolitan Area)
San Diego, CA-Pittsburgh, PA
San Francisco, CA (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
San Juan, PR-Atlanta, GA (Metropolitan Area)
San Juan, PR-Austin, TX
San Juan, PR-Boston, MA (Metropolitan Area)
San Juan, PR-Chicago, IL
San Juan, PR-Cleveland, OH (Metropolitan Area)
San Juan, PR-Dallas/Fort Worth, TX
San Juan, PR-Denver, CO
San Juan, PR-Detroit, MI
San Juan, PR-Hartford, CT

*City Route Pair (Nonstop + 1)*

San Juan, PR-Kansas City, MO
San Juan, PR-Las Vegas, NV
San Juan, PR-Los Angeles, CA (Metropolitan Area)
San Juan, PR-Miami, FL (Metropolitan Area)
San Juan, PR-Milwaukee, WI
San Juan, PR-Minneapolis/St. Paul, MN
San Juan, PR-Nashville, TN
San Juan, PR-New Orleans, LA
San Juan, PR-New York City, NY (Metropolitan Area)
San Juan, PR-Orlando, FL
San Juan, PR-Pensacola, FL
San Juan, PR-Pittsburgh, PA
San Juan, PR-Raleigh/Durham, NC
San Juan, PR-Richmond, VA
San Juan, PR-Rochester, NY
San Juan, PR-Salt Lake City, UT
San Juan, PR-Tampa, FL (Metropolitan Area)
San Juan, PR-Washington, DC (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Aguadilla, PR
Tampa, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Charlotte Amalie, VI
Tampa, FL (Metropolitan Area)-Christiansted, VI
Tampa, FL (Metropolitan Area)-Hartford, CT
Tampa, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Reno, NV
Tampa, FL (Metropolitan Area)-Sacramento, CA
Tampa, FL (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-San Juan, PR
Washington, DC (Metropolitan Area)-Aguadilla, PR
Washington, DC (Metropolitan Area)-Charlotte Amalie, VI
Washington, DC (Metropolitan Area)-Christiansted, VI
Washington, DC (Metropolitan Area)-Fort Myers, FL
Washington, DC (Metropolitan Area)-Miami, FL (Metropolitan Area)
Washington, DC (Metropolitan Area)-Orlando, FL
Washington, DC (Metropolitan Area)-Ponce, PR
Washington, DC (Metropolitan Area)-San Juan, PR

---

**Spirit Only (No ULCCs) Route Pairs**

| Origin | Destination |
| --- | --- |
| Aguadilla, PR: Rafael Hernandez | Philadelphia, PA: Philadelphia International |
| Akron, OH: Akron-Canton Regional | Orlando, FL: Orlando International |
| Akron, OH: Akron-Canton Regional | Myrtle Beach, SC: Myrtle Beach International |
| Akron, OH: Akron-Canton Regional | Fort Myers, FL: Southwest Florida International |
| Akron, OH: Akron-Canton Regional | Tampa, FL: Tampa International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Atlantic City, NJ: Atlantic City International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Los Angeles, CA: Los Angeles International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Minneapolis, MN: Minneapolis-St Paul Internation |
| Atlantic City, NJ: Atlantic City International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Atlantic City, NJ: Atlantic City International | Boston, MA: Logan International |
| Atlantic City, NJ: Atlantic City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Atlantic City, NJ: Atlantic City International | Orlando, FL: Orlando International |
| Atlantic City, NJ: Atlantic City International | Miami, FL: Miami International |
| Atlantic City, NJ: Atlantic City International | Myrtle Beach, SC: Myrtle Beach International |
| Atlantic City, NJ: Atlantic City International | West Palm Beach/Palm Beach, FL: Palm Beach Inter |
| Atlantic City, NJ: Atlantic City International | Fort Myers, FL: Southwest Florida International |
| Atlantic City, NJ: Atlantic City International | San Juan, PR: Luis Munoz Marin International |
| Atlantic City, NJ: Atlantic City International | Tampa, FL: Tampa International |
| Austin, TX: Austin – Bergstrom International | Orlando, FL: Orlando International |
| Baltimore, MD: Baltimore/Washington Internationa | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Baltimore, MD: Baltimore/Washington Internationa | Detroit, MI: Detroit Metro Wayne County |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Baltimore, MD: Baltimore/Washington Internationa | Houston, TX: George Bush Intercontinental/Housto |
| Baltimore, MD: Baltimore/Washington Internationa | Los Angeles, CA: Los Angeles International |
| Baltimore, MD: Baltimore/Washington Internationa | New Orleans, LA: Louis Armstrong New Orleans Int |
| Baltimore, MD: Baltimore/Washington Internationa | Myrtle Beach, SC: Myrtle Beach International |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Myers, FL: Southwest Florida International |
| Baltimore, MD: Baltimore/Washington Internationa | San Juan, PR: Luis Munoz Marin International |
| Baltimore, MD: Baltimore/Washington Internationa | Tampa, FL: Tampa International |
| Boston, MA: Logan International | Atlantic City, NJ: Atlantic City International |
| Boston, MA: Logan International | Myrtle Beach, SC: Myrtle Beach International |
| Charleston/Dunbar, WV: West Virginia Internation | Orlando, FL: Orlando International |
| Charleston/Dunbar, WV: West Virginia Internation | Myrtle Beach, SC: Myrtle Beach International |
| Charlotte Amalie, VI: Cyril E King | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Miami, FL: Miami International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Chicago, IL: Chicago O'Hare International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Chicago, IL: Chicago O'Hare International | Houston, TX: George Bush Intercontinental/Housto |
| Chicago, IL: Chicago O'Hare International | Los Angeles, CA: Los Angeles International |
| Chicago, IL: Chicago O'Hare International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Chicago, IL: Chicago O'Hare International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Oakland, CA: Metro Oakland International |
| Chicago, IL: Chicago O'Hare International | Louisville, KY: Louisville Muhammad Ali Internat |
| Christiansted, VI: Henry E. Rohlsen | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Cleveland, OH: Cleveland-Hopkins International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Cleveland, OH: Cleveland-Hopkins International | Los Angeles, CA: Los Angeles International |
| Cleveland, OH: Cleveland-Hopkins International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Cleveland, OH: Cleveland-Hopkins International | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Columbus, OH: John Glenn Columbus International | Las Vegas, NV: Harry Reid International |
| Columbus, OH: John Glenn Columbus International | Los Angeles, CA: Los Angeles International |
| Columbus, OH: John Glenn Columbus International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Columbus, OH: John Glenn Columbus International | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Fort Myers, FL: Southwest Florida International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Baltimore, MD: Baltimore/Washington Internationa |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Cleveland, OH: Cleveland-Hopkins International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Detroit, MI: Detroit Metro Wayne County |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Los Angeles, CA: Los Angeles International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | New Orleans, LA: Louis Armstrong New Orleans Int |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Myrtle Beach, SC: Myrtle Beach International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Chicago, IL: Chicago O'Hare International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Pensacola, FL: Pensacola International |
| Denver, CO: Denver International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Denver, CO: Denver International | Los Angeles, CA: Los Angeles International |
| Detroit, MI: Detroit Metro Wayne County | Baltimore, MD: Baltimore/Washington Internationa |
| Detroit, MI: Detroit Metro Wayne County | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Detroit, MI: Detroit Metro Wayne County | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Detroit, MI: Detroit Metro Wayne County | Houston, TX: George Bush Intercontinental/Housto |
| Detroit, MI: Detroit Metro Wayne County | Los Angeles, CA: Los Angeles International |
| Detroit, MI: Detroit Metro Wayne County | Minneapolis, MN: Minneapolis-St Paul Internation |
| Detroit, MI: Detroit Metro Wayne County | New Orleans, LA: Louis Armstrong New Orleans Int |
| Detroit, MI: Detroit Metro Wayne County | Myrtle Beach, SC: Myrtle Beach International |
| Detroit, MI: Detroit Metro Wayne County | Oakland, CA: Metro Oakland International |
| Detroit, MI: Detroit Metro Wayne County | Philadelphia, PA: Philadelphia International |
| Detroit, MI: Detroit Metro Wayne County | Fort Myers, FL: Southwest Florida International |
| Detroit, MI: Detroit Metro Wayne County | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Atlantic City, NJ: Atlantic City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Columbus, OH: John Glenn Columbus International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Denver, CO: Denver International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Detroit, MI: Detroit Metro Wayne County |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Houston, TX: George Bush Intercontinental/Housto |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Latrobe, PA: Arnold Palmer Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Kansas City, MO: Kansas City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Manchester, NH: Manchester Boston Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Milwaukee, WI: General Mitchell International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Myrtle Beach, SC: Myrtle Beach International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pittsburgh, PA: Pittsburgh International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pensacola, FL: Pensacola International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte Amalie, VI: Cyril E King |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Christiansted, VI: Henry E. Rohlsen |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Tampa, FL: Tampa International |
| Fort Myers, FL: Southwest Florida International | Atlantic City, NJ: Atlantic City International |
| Fort Myers, FL: Southwest Florida International | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Myers, FL: Southwest Florida International | Akron, OH: Akron-Canton Regional |
| Fort Myers, FL: Southwest Florida International | Columbus, OH: John Glenn Columbus International |
| Fort Myers, FL: Southwest Florida International | Detroit, MI: Detroit Metro Wayne County |
| Fort Myers, FL: Southwest Florida International | Latrobe, PA: Arnold Palmer Regional |
| Fort Myers, FL: Southwest Florida International | Kansas City, MO: Kansas City International |
| Fort Myers, FL: Southwest Florida International | Manchester, NH: Manchester Boston Regional |
| Fort Myers, FL: Southwest Florida International | Pittsburgh, PA: Pittsburgh International |
| Fort Myers, FL: Southwest Florida International | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Myers, FL: Southwest Florida International | St. Louis, MO: St Louis Lambert International |
| Hartford, CT: Bradley International | Myrtle Beach, SC: Myrtle Beach International |
| Houston, TX: George Bush Intercontinental/Housto | Baltimore, MD: Baltimore/Washington Internationa |
| Houston, TX: George Bush Intercontinental/Housto | Detroit, MI: Detroit Metro Wayne County |
| Houston, TX: George Bush Intercontinental/Housto | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Houston, TX: George Bush Intercontinental/Housto | Los Angeles, CA: Los Angeles International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Houston, TX: George Bush Intercontinental/Housto | Miami, FL: Miami International |
| Houston, TX: George Bush Intercontinental/Housto | New Orleans, LA: Louis Armstrong New Orleans Int |
| Houston, TX: George Bush Intercontinental/Housto | Chicago, IL: Chicago O'Hare International |
| Houston, TX: George Bush Intercontinental/Housto | San Diego, CA: San Diego International |
| Houston, TX: George Bush Intercontinental/Housto | Tampa, FL: Tampa International |
| Indianapolis, IN: Indianapolis International | Newark, NJ: Newark Liberty International |
| Indianapolis, IN: Indianapolis International | Tampa, FL: Tampa International |
| Kansas City, MO: Kansas City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Kansas City, MO: Kansas City International | Los Angeles, CA: Los Angeles International |
| Kansas City, MO: Kansas City International | Myrtle Beach, SC: Myrtle Beach International |
| Kansas City, MO: Kansas City International | Phoenix, AZ: Phoenix Sky Harbor International |
| Kansas City, MO: Kansas City International | Fort Myers, FL: Southwest Florida International |
| Kansas City, MO: Kansas City International | Tampa, FL: Tampa International |
| Las Vegas, NV: Harry Reid International | Columbus, OH: John Glenn Columbus International |
| Las Vegas, NV: Harry Reid International | Pittsburgh, PA: Pittsburgh International |
| Latrobe, PA: Arnold Palmer Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Latrobe, PA: Arnold Palmer Regional | Orlando, FL: Orlando International |
| Latrobe, PA: Arnold Palmer Regional | Myrtle Beach, SC: Myrtle Beach International |
| Latrobe, PA: Arnold Palmer Regional | Fort Myers, FL: Southwest Florida International |
| Latrobe, PA: Arnold Palmer Regional | Tampa, FL: Tampa International |
| Los Angeles, CA: Los Angeles International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Los Angeles, CA: Los Angeles International | Nashville, TN: Nashville International |
| Los Angeles, CA: Los Angeles International | Baltimore, MD: Baltimore/Washington Internationa |
| Los Angeles, CA: Los Angeles International | Cleveland, OH: Cleveland-Hopkins International |
| Los Angeles, CA: Los Angeles International | Columbus, OH: John Glenn Columbus International |
| Los Angeles, CA: Los Angeles International | Denver, CO: Denver International |
| Los Angeles, CA: Los Angeles International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Los Angeles, CA: Los Angeles International | Detroit, MI: Detroit Metro Wayne County |
| Los Angeles, CA: Los Angeles International | Houston, TX: George Bush Intercontinental/Housto |
| Los Angeles, CA: Los Angeles International | New York, NY: LaGuardia |
| Los Angeles, CA: Los Angeles International | Kansas City, MO: Kansas City International |
| Los Angeles, CA: Los Angeles International | Milwaukee, WI: General Mitchell International |
| Los Angeles, CA: Los Angeles International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Los Angeles, CA: Los Angeles International | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Chicago, IL: Chicago O'Hare International |
| Los Angeles, CA: Los Angeles International | Philadelphia, PA: Philadelphia International |
| Los Angeles, CA: Los Angeles International | Pittsburgh, PA: Pittsburgh International |
| Los Angeles, CA: Los Angeles International | Louisville, KY: Louisville Muhammad Ali Internat |
| Los Angeles, CA: Los Angeles International | St. Louis, MO: St Louis Lambert International |
| Louisville, KY: Louisville Muhammad Ali Internat | Baltimore, MD: Baltimore/Washington Internationa |
| Louisville, KY: Louisville Muhammad Ali Internat | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Newark, NJ: Newark Liberty International |
| Louisville, KY: Louisville Muhammad Ali Internat | Los Angeles, CA: Los Angeles International |
| Louisville, KY: Louisville Muhammad Ali Internat | Chicago, IL: Chicago O'Hare International |
| Louisville, KY: Louisville Muhammad Ali Internat | Fort Myers, FL: Southwest Florida International |
| Louisville, KY: Louisville Muhammad Ali Internat | Tampa, FL: Tampa International |
| Manchester, NH: Manchester Boston Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Manchester, NH: Manchester Boston Regional | Orlando, FL: Orlando International |
| Manchester, NH: Manchester Boston Regional | Myrtle Beach, SC: Myrtle Beach International |
| Manchester, NH: Manchester Boston Regional | Fort Myers, FL: Southwest Florida International |
| Manchester, NH: Manchester Boston Regional | Tampa, FL: Tampa International |
| Miami, FL: Miami International | Atlantic City, NJ: Atlantic City International |
| Miami, FL: Miami International | Charlotte, NC: Charlotte Douglas International |
| Miami, FL: Miami International | Houston, TX: George Bush Intercontinental/Housto |
| Miami, FL: Miami International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Miami, FL: Miami International | Myrtle Beach, SC: Myrtle Beach International |
| Milwaukee, WI: General Mitchell International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Milwaukee, WI: General Mitchell International | Los Angeles, CA: Los Angeles International |
| Milwaukee, WI: General Mitchell International | Myrtle Beach, SC: Myrtle Beach International |
| Minneapolis, MN: Minneapolis-St Paul Internation | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Minneapolis, MN: Minneapolis-St Paul Internation | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Atlantic City, NJ: Atlantic City International |
| Myrtle Beach, SC: Myrtle Beach International | Hartford, CT: Bradley International |
| Myrtle Beach, SC: Myrtle Beach International | Boston, MA: Logan International |
| Myrtle Beach, SC: Myrtle Beach International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Akron, OH: Akron-Canton Regional |
| Myrtle Beach, SC: Myrtle Beach International | Cleveland, OH: Cleveland-Hopkins International |
| Myrtle Beach, SC: Myrtle Beach International | Columbus, OH: John Glenn Columbus International |
| Myrtle Beach, SC: Myrtle Beach International | Charleston Dunbar, WV: West Virginia Internation |
| Myrtle Beach, SC: Myrtle Beach International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Myrtle Beach, SC: Myrtle Beach International | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Newark, NJ: Newark Liberty International |
| Myrtle Beach, SC: Myrtle Beach International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Niagara Falls, NY: Niagara Falls International |
| Myrtle Beach, SC: Myrtle Beach International | Houston, TX: George Bush Intercontinental/Housto |
| Myrtle Beach, SC: Myrtle Beach International | Latrobe, PA: Arnold Palmer Regional |
| Myrtle Beach, SC: Myrtle Beach International | New York, NY: LaGuardia |
| Myrtle Beach, SC: Myrtle Beach International | Kansas City, MO: Kansas City International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Myrtle Beach, SC: Myrtle Beach International | Orlando, FL: Orlando International |
| Myrtle Beach, SC: Myrtle Beach International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Miami, FL: Miami International |
| Myrtle Beach, SC: Myrtle Beach International | Milwaukee, WI: General Mitchell International |
| Myrtle Beach, SC: Myrtle Beach International | Chicago, IL: Chicago O'Hare International |
| Myrtle Beach, SC: Myrtle Beach International | St. Louis, MO: St Louis Lambert International |
| Nashville, TN: Nashville International | Newark, NJ: Newark Liberty International |
| Nashville, TN: Nashville International | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Baltimore, MD: Baltimore/Washington Internationa |
| New Orleans, LA: Louis Armstrong New Orleans Int | Cleveland, OH: Cleveland-Hopkins International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Columbus, OH: John Glenn Columbus International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New Orleans, LA: Louis Armstrong New Orleans Int | Detroit, MI: Detroit Metro Wayne County |
| New Orleans, LA: Louis Armstrong New Orleans Int | Newark, NJ: Newark Liberty International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Houston, TX: George Bush Intercontinental/Housto |
| New Orleans, LA: Louis Armstrong New Orleans Int | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Miami, FL: Miami International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Chicago, IL: Chicago O'Hare International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Tampa, FL: Tampa International |
| New York, NY: LaGuardia | Charlotte, NC: Charlotte Douglas International |
| New York, NY: LaGuardia | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New York, NY: LaGuardia | Detroit, MI: Detroit Metro Wayne County |
| New York, NY: LaGuardia | Houston, TX: George Bush Intercontinental/Housto |
| New York, NY: LaGuardia | Los Angeles, CA: Los Angeles International |
| New York, NY: LaGuardia | Myrtle Beach, SC: Myrtle Beach International |
| New York, NY: LaGuardia | Phoenix, AZ: Phoenix Sky Harbor International |
| New York, NY: LaGuardia | San Juan, PR: Luis Munoz Marin International |
| Newark, NJ: Newark Liberty International | Nashville, TN: Nashville International |
| Newark, NJ: Newark Liberty International | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Indianapolis, IN: Indianapolis International |
| Newark, NJ: Newark Liberty International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Newark, NJ: Newark Liberty International | Myrtle Beach, SC: Myrtle Beach International |
| Newark, NJ: Newark Liberty International | Oakland, CA: Metro Oakland International |
| Newark, NJ: Newark Liberty International | Pittsburgh, PA: Pittsburgh International |
| Newark, NJ: Newark Liberty International | Louisville, KY: Louisville Muhammad Ali Internat |
| Niagara Falls, NY: Niagara Falls International | Myrtle Beach, SC: Myrtle Beach International |
| Oakland, CA: Metro Oakland International | Newark, NJ: Newark Liberty International |
| Oakland, CA: Metro Oakland International | Los Angeles, CA: Los Angeles International |
| Oakland, CA: Metro Oakland International | Chicago, IL: Chicago O'Hare International |
| Oakland, CA: Metro Oakland International | Philadelphia, PA: Philadelphia International |
| Oakland, CA: Metro Oakland International | San Diego, CA: San Diego International |
| Oakland, CA: Metro Oakland International | Santa Ana, CA: John Wayne Airport-Orange County |
| Orlando, FL: Orlando International | Atlantic City, NJ: Atlantic City International |
| Orlando, FL: Orlando International | Austin, TX: Austin - Bergstrom International |
| Orlando, FL: Orlando International | Akron, OH: Akron-Canton Regional |
| Orlando, FL: Orlando International | Charleston/Dunbar, WV: West Virginia Internation |
| Orlando, FL: Orlando International | Latrobe, PA: Arnold Palmer Regional |
| Orlando, FL: Orlando International | Manchester, NH: Manchester Boston Regional |
| Orlando, FL: Orlando International | Myrtle Beach, SC: Myrtle Beach International |
| Pensacola, FL: Pensacola International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Pensacola, FL: Pensacola International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Philadelphia, PA: Philadelphia International | Aguadilla, PR: Rafael Hernandez |
| Philadelphia, PA: Philadelphia International | Detroit, MI: Detroit Metro Wayne County |
| Philadelphia, PA: Philadelphia International | Los Angeles, CA: Los Angeles International |
| Philadelphia, PA: Philadelphia International | Oakland, CA: Metro Oakland International |
| Phoenix, AZ: Phoenix Sky Harbor International | New York, NY: LaGuardia |
| Phoenix, AZ: Phoenix Sky Harbor International | Kansas City, MO: Kansas City International |
| Phoenix, AZ: Phoenix Sky Harbor International | St. Louis, MO: St Louis Lambert International |
| Pittsburgh, PA: Pittsburgh International | Newark, NJ: Newark Liberty International |
| Pittsburgh, PA: Pittsburgh International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pittsburgh, PA: Pittsburgh International | Las Vegas, NV: Harry Reid International |
| Pittsburgh, PA: Pittsburgh International | Los Angeles, CA: Los Angeles International |
| Pittsburgh, PA: Pittsburgh International | Fort Myers, FL: Southwest Florida International |
| Pittsburgh, PA: Pittsburgh International | Tampa, FL: Tampa International |
| Sacramento, CA: Sacramento International | Santa Ana, CA: John Wayne Airport-Orange County |
| San Diego, CA: San Diego International | Detroit, MI: Detroit Metro Wayne County |
| San Diego, CA: San Diego International | Houston, TX: George Bush Intercontinental/Housto |
| San Diego, CA: San Diego International | Oakland, CA: Metro Oakland International |
| San Juan, PR: Luis Munoz Marin International | Atlantic City, NJ: Atlantic City International |
| San Juan, PR: Luis Munoz Marin International | Baltimore, MD: Baltimore/Washington Internationa |
| San Juan, PR: Luis Munoz Marin International | New York, NY: LaGuardia |
| Santa Ana, CA: John Wayne Airport-Orange County | Oakland, CA: Metro Oakland International |
| Santa Ana, CA: John Wayne Airport-Orange County | Sacramento, CA: Sacramento International |
| St. Louis, MO: St Louis Lambert International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| St. Louis, MO: St Louis Lambert International | Los Angeles, CA: Los Angeles International |
| St. Louis, MO: St Louis Lambert International | Myrtle Beach, SC: Myrtle Beach International |
| St. Louis, MO: St Louis Lambert International | Phoenix, AZ: Phoenix Sky Harbor International |
| St. Louis, MO: St Louis Lambert International | Fort Myers, FL: Southwest Florida International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Tampa, FL: Tampa International | Atlantic City, NJ: Atlantic City International |
| Tampa, FL: Tampa International | Baltimore, MD: Baltimore/Washington Internationa |
| Tampa, FL: Tampa International | Akron, OH: Akron-Canton Regional |
| Tampa, FL: Tampa International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Tampa, FL: Tampa International | Houston, TX: George Bush Intercontinental/Housto |
| Tampa, FL: Tampa International | Indianapolis, IN: Indianapolis International |
| Tampa, FL: Tampa International | Latrobe, PA: Arnold Palmer Regional |
| Tampa, FL: Tampa International | Kansas City, MO: Kansas City International |
| Tampa, FL: Tampa International | Manchester, NH: Manchester Boston Regional |
| Tampa, FL: Tampa International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Tampa, FL: Tampa International | Pittsburgh, PA: Pittsburgh International |
| Tampa, FL: Tampa International | Louisville, KY: Louisville Muhammad Ali Internat |
| West Palm Beach/Palm Beach, FL: Palm Beach Inter | Atlantic City, NJ: Atlantic City International |

*Additional Relevant Airports Based on Spirit Expansion Plans*

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| | BHM | ANC | CVG | FAT | DSM |
| | BUF | GRR | GEG | OKC | PSP |
| New Domestic Cities | ELP | IAD | ISP | HNL | GSP |
| | OMA | RAP | JAX | OGG | PWM |
| | ONT | SAV | TYS | PVD | SRQ |
| New Latin/Carib. Cities | TUY | GDL | MID | BZE | LIR |

### <u>VERIFICATION</u>

Gabriel Garavanian

I, _____, hereby verify under the penalty of perjury that I have read the

(PRINT NAME)

 foregoing Plaintiff's Second Supplemental Responses and Objections to Defendants' Second Set of

Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and

upon information and belief as to all other matters.

Executed at __Tyngsboro_____ , ___MA_____, on August __11___, 2023.

(CITY)                                (STATE)                          (DAY)


_Gabriel Garavanian_

_____

Signature

# EXHIBIT 6

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3

4  GABRIEL GARAVANIAN, et al.,

5              Plaintiffs,

6     vs.           Case No. 1:23-cv-10678-WGY

7  JETBLUE AIRWAYS CORPORATION and

8  SPIRIT AIRLINES, INC.,

9              Defendants.

10  _____/

11

12      VIDEOTAPED DEPOSITION OF TIMOTHY NIEBOER

13             APPEARING REMOTELY

14

15            Sunday, June 18, 2023

16             1:03 p.m. EDT

17

18

19

20

21

22

23  REPORTED BY:

24  Cheri L. Poplin, CSR-5132, RPR, CRR

25  APPEARING REMOTELY FROM WAYNE COUNTY, MICHIGAN

Page 4

1  REPORTED REMOTELY FROM WAYNE COUNTY, MICHIGAN
2      Sunday, June 18, 2023, 1:03 p.m. EDT
3
4      VIDEO TECHNICIAN:  We are now on the
5  record.  Today's date is June 18th, 2023, and the time
6  is 1:03 p.m. Eastern Standard Time.  This is the
7  recorded video deposition of Tim Nieboer being taken
8  in the matter of Gabriel Garavanian versus JetBlue
9  Airways Corporation, et al., in the United States
10  District Court of Massachusetts, Case Number
11  1:23-cv-10678-WGY.
12      My name is Dan Cotilla and I am the
13  videographer.  We also have Cheri Poplin who is the
14  reporter, both from Everest Court Reporting.
15      Will all counsel please state their
16  appearances for the record.
17      MR. RABINOWITZ:  Cole Rabinowitz with Paul,
18  Weiss, Rifkind, Wharton & Garrison for Spirit
19  Airlines.
20      MR. BONSIGNORE:  Robert Bonsignore for the
21  plaintiffs.
22      MS. PORTER:  Melanie Porter for plaintiffs.
23      VIDEO TECHNICIAN:  And will the reporter
24  please swear in the witness.
25      TIMOTHY NIEBOER,

Page 5

1  was thereupon called as a witness herein, and after
2  having first been duly sworn to testify to the truth,
3  the whole truth and nothing but the truth, was
4  examined and testified as follows:
5      EXAMINATION
6  BY MR. RABINOWITZ:
7  Q.  Good afternoon, Mr. Nieboer.  I'm Cole Rabinowitz.
8  Good morning for me.  I'm here in San Francisco.
9  A.  Good afternoon.
10  Q.  I'm with the law firm Paul, Weiss, Rifkind, Wharton &
11  Garrison and I represent Spirit Airlines.
12      Can you please restate your name just for
13  the record?
14  A.  Timothy Paul Nieboer.
15  Q.  And where do you reside?
16  A.  Clarkston, Michigan.
17  Q.  And how long have you lived there?
18  A.  For about 12, 13 years.
19  Q.  And are you currently in Clarkston, Michigan?
20  A.  Yes, I am.
21  Q.  So today your testimony is being transcribed by a
22  court reporter for the purpose of creating a record.
23  The court reporter won't be able to take down any
24  gestures like shaking your head or nodding or
25  responses like uh-huh, so you'll need to give a verbal

Page 6

1  yes or no where that applies.  Does that make sense?
2  A.  Yes.
3  Q.  Great.  Thank you.
4  A.  I understand.
5  Q.  Similarly, the court reporter won't be able to make a
6  proper transcription if we speak over one another, so
7  please wait for me to finish my question.  Also,
8  please give Mr. Bonsignore an opportunity to object if
9  he so chooses, and then I will wait until your answer
10  is complete before asking my next question.  Does that
11  sound good?
12  A.  Yes.
13  Q.  So it is possible that I may ask you a question that
14  you don't understand or that you think is vague or
15  confusing.  If that happens, please let me know.
16  Otherwise I will assume you heard and that you also
17  understand the question.  Is that fair?
18  A.  Yes.
19  Q.  And as I mentioned just now, your attorney is likely
20  going to object to certain questions I ask today.
21  Even if Mr. Bonsignore objects, you are still required
22  to answer.  The only instance where you would not
23  answer is if your attorney specifically instructs you
24  not to answer the question.
25      MR. RABINOWITZ:  Does that sound right,

Page 7

1  Mr. Bonsignore?
2      MR. BONSIGNORE:  Objection to the -- yes.
3  That's right.  Objection to the extent that you
4  provided legal advice, but yes, that's right.
5  BY MR. RABINOWITZ:
6  Q.  Okay.  And, Mr. Nieboer, does that sound okay to you?
7  A.  Yes.
8  Q.  Great.  So please let me know if after answering a
9  question if you need to clarify or correct any -- any
10  response later in the deposition if you remember.  We
11  can go back and go over an issue.  Just please be sure
12  to do that before the deposition ends.
13  A.  Okay.
14  Q.  And if at any time you need a break, please let me
15  know and we can do so.  We'll plan to take some
16  periodically.  And, you know, if a question is pending
17  going into a break, I would just ask that you please
18  finish your response and answer the question first
19  before we go to break.
20  A.  Okay.
21  Q.  Does that sound okay?
22  A.  Yes.
23  Q.  Great.  And then is there any reason you are unable to
24  give complete and truthful testimony today?
25  A.  No.

Page 20

BY MR. RABINOWITZ:

Q. So when that change took place, you were still not involved in the travel agency industry directly?

A. Correct. I was not.

Q. And the decision that airlines made to stop paying commission to travel agents is not related to the Spirit and JetBlue merger; correct?

MR. BONSIGNORE: Objection to the extent it calls for an opinion from an unqualified witness or speculation or has a lack of foundation.

You can answer.

A. Could you repeat the question again?

BY MR. RABINOWITZ:

Q. The decision that airlines made to stop paying commissions to travel agents is not related to the Spirit/JetBlue merger; correct?

MR. BONSIGNORE: I incorporate my last objection.

You can answer.

A. I have no idea.

BY MR. RABINOWITZ:

Q. Do you own any stock in airline companies?

A. I do not.

Q. Do you have any ownership in any other travel related companies?

Page 21

A. No, I do not.

Q. Mr. Nieboer, can you still see the document on your screen?

A. Yes.

Q. Directing your attention to the Request Number 7. Is it your contention that response is correct because you had the brief period as an owner of your mother's travel agency?

MR. BONSIGNORE: Objection to the extent it calls for a legal conclusion or a legal opinion. Also to the extent that it calls for an opinion from an unqualified witness.

You can answer.

A. Technically I would say that it is not the correct answer. It is more admit because I had no involvement in the company.

BY MR. RABINOWITZ:

Q. I understand.

MR. RABINOWITZ: For the record, Mr. Bonsignore, will --

MR. BONSIGNORE: Yes.

MR. RABINOWITZ: -- we receive a corrected RFA response for RFA Number 7 as well, please?

MR. BONSIGNORE: Yeah. I want to think about that one. He had no -- hold on a second. Let

Page 22

me read that again. Yes. You'll receive a corrected answer.

BY MR. RABINOWITZ:

Q. Mr. Nieboer --

MR. BONSIGNORE: Wait a second. Wait a second. Let's put that off until we have a chance -- I don't want to slow down the deposition, but I would like to analyze it.

BY MR. RABINOWITZ:

Q. And, Mr. Nieboer, just so we can cover it here in the deposition, you have never been the whole or partial owner of a travel agency; correct?

MR. BONSIGNORE: Objection to the extent that it calls for a legal opinion or a legal conclusion or that it calls for an opinion from an unqualified witness. I think we will correct that now that I've had a chance to read it.

THE WITNESS: Can I answer or should I answer or . . .?

MR. BONSIGNORE: Yes.

A. Okay. I've never had a direct involvement in the company at all. It was just a matter of paperwork.

BY MR. RABINOWITZ:

Q. And, Mr. Nieboer, with respect to your involvement with the travel agency business, you would not be

Page 23

impacted by the Spirit or JetBlue merger; correct?

MR. BONSIGNORE: Objection to the extent that it calls for a legal opinion or a legal conclusion. Objection to the extent it calls for the opinion of an unqualified witness and lack of foundation.

You can answer.

A. Okay. As a travel agency and as a company, no. Again, as a consumer, yes.

BY MR. RABINOWITZ:

Q. I just want to clarify because I think we got mixed up in our yes and no there. With respect to your involvement with the travel agency business, you would not be impacted by the Spirit or JetBlue merger; correct?

A. Have a travel agency business, correct. I would not be impacted.

Q. To return to the specific period when you transferred your mother's travel agency, do you recall the specific month that that took place?

A. I do not.

Q. Okay. But it was in 2019; correct?

A. As far as I recall, yes.

Q. I apologize for asking about this period, but that was -- was also the time when your mother passed away?

Deposition of Timothy Nieboer

Page 24

1  A.  Yes.  She passed away in July of 2019.
2  Q.  So the transfer would have occurred after July of
3      2019; correct?
4  A.  Correct.
5  Q.  Mr. Nieboer, are you familiar with how your mother's
6      travel agency operated?
7  A.  Not at all.
8          MR. BONSIGNORE:  Objection.  Relevancy.
9          THE WITNESS:  I'm sorry.
10         MR. BONSIGNORE:  No -- okay.
11 A.  Not at all.
12 BY MR. RABINOWITZ:
13 Q.  Mr. Nieboer, are you familiar with your mother's
14     customers?
15         MR. BONSIGNORE:  Objection.  Relevancy.
16         You can answer.
17 A.  No.
18 BY MR. RABINOWITZ:
19 Q.  Are you familiar with the methods your mother's travel
20     agency used to book tickets?
21         MR. BONSIGNORE:  Objection to the extent it
22     calls for an opinion from an unqualified witness,
23     relevancy, and lack of foundation and overbroad.
24         You can answer.
25 A.  No.

Page 25

1  BY MR. RABINOWITZ:
2  Q.  Mr. Nieboer, you understood my last question to refer
3      to airline tickets; correct?
4  A.  Referring to airline tickets?  Say it again.
5  Q.  I'll ask the question again.
6  A.  Sure.
7  Q.  Are you familiar with the methods your mother's travel
8      agency used to book airline tickets?
9          MR. BONSIGNORE:  Objection to the -- to the
10     extent it calls for an opinion from an unqualified
11     witness, relevancy, lack of foundation, and overbroad.
12         You can answer.
13 A.  No, I am not familiar with it.
14 BY MR. RABINOWITZ:
15 Q.  Are you familiar with the preferences of your mother's
16     travel agency's customers with regards to the flights
17     that they would take?
18         MR. BONSIGNORE:  Objection.  He's not
19     called as a 30(b)(6) witness.  Objection to the extent
20     it calls for an opinion from an unqualified witness.
21     Objection to the extent it's overbroad.
22         You can answer.
23 A.  Not at all.
24         MR. BONSIGNORE:  Relevancy.
25 A.  Sorry.  Not at all.

Page 26

1          MR. RABINOWITZ:  Mr. Bonsignore, I know
2  we've discussed this previously, but under Rule 30(c)
3  the only proper objections are to form and privilege,
4  and I understand that you will make your objections.
5  It just will make this take a little longer if you
6  continue making speaking objections, so I just will
7  ask you to refrain from doing so.
8          MR. BONSIGNORE:  Okay.  So I disagree to
9  some extent.  However, I'm happy to just use the word
10 "objection" and leave out the -- the ways that I'm
11 objecting to form.
12         MR. RABINOWITZ:  That's -- that's okay.  As
13 long as the objection is to form, that is the only
14 proper objection other than privilege, then we are
15 okay if you use that shorthand.
16         MR. BONSIGNORE:  So just objection is fine
17 with you?
18         MR. RABINOWITZ:  Yes.
19         MR. BONSIGNORE:  Okay.
20 BY MR. RABINOWITZ:
21 Q.  Mr. Nieboer, did you ever book a flight for anyone in
22     a capacity as a travel agent?
23         MR. BONSIGNORE:  Objection.
24 A.  No.
25 BY MR. RABINOWITZ:

Page 27

1  Q.  Would you consider yourself to have the expertise or
2      to be able to speak to professional experience as a
3      travel agent?
4  A.  Not at all.
5  Q.  Mr. Nieboer, are you familiar with how your mother's
6      travel agency was compensated by airlines or by
7      clients?
8          MR. BONSIGNORE:  Objection.  There are
9  other proper objections and this is one instance.  He
10 is not called as a 30(b)(6) witness, so to the extent
11 you're seeking that sort of information from him I
12 object.
13         You can answer.
14         MR. RABINOWITZ:  I understand.  I'll
15 clarify.
16 BY MR. RABINOWITZ:
17 Q.  Mr. Nieboer, referring only to your personal
18     knowledge, are you personally familiar with how your
19     mother's travel agency was compensated by airlines or
20     by clients?
21 A.  Not at all.
22 Q.  Mr. Nieboer, your mother's travel agency, Travel
23     Professionals, is no longer -- withdrawn.
24         Mr. Nieboer, you are no longer involved in
25 any way in the operation or ownership of Travel

Page 28

1  Professionals, your mother's travel agency; correct?
2  A.  Correct.
3        MR. RABINOWITZ:  Counsel, is this an okay
4  time for a brief break?
5        MR. BONSIGNORE:  Yes.  You -- whatever is
6  good for you is good for us.
7        MR. RABINOWITZ:  Okay.  Can we go off the
8  record, please?
9        VIDEO TECHNICIAN:  The time is 1:40 p.m.
10  We're off the record.
11        (Recess taken at 1:40 p.m.)
12        (Back on the record at 1:54 p.m.)
13        VIDEO TECHNICIAN:  The time is 1:54 p.m.
14  We are on the record.
15  BY MR. RABINOWITZ:
16  Q.  Mr. Nieboer, did you speak with anyone other than your
17  attorney during the break?
18  A.  No.
19  Q.  And did you refer to any documents during the break?
20  A.  No.
21  Q.  Can you please share your mother's name?
22  A.  Patricia Ann Meeuwsen, M-E-E-U-W-S-E-N.
23  Q.  And where is Travel Professionals currently based?
24  A.  Kalamazoo, Michigan.
25  Q.  Has it always been based in Kalamazoo, Michigan?

Page 29

1  A.  Yes, it has.
2  Q.  Mr. Nieboer, how often do you travel?
3  A.  Probably two times a year.
4  Q.  For what reasons do you typically travel?
5  A.  Vacation.
6  Q.  Do you ever travel for business?
7  A.  Once in a while.  Not -- it's -- not recently, no.
8  Q.  Do you recall the last time you traveled for business?
9  A.  It's probably been a good five plus years.
10  Q.  What different modes of transportation do you use when
11  you travel?
12  A.  Plane or vehicle, car.  Car or SUV.
13  Q.  How do you decide when to fly versus when to drive?
14  A.  I guess just distance to the -- to the vacation area.
15  If it's a longer distance, we try to fly.  All about
16  economics too.  If it looks like it's too expensive,
17  we'll take the extra time and drive.
18  Q.  Is it fair to say that you would prefer to fly?
19        MR. BONSIGNORE:  Objection.
20  A.  Yes.  I would definitely prefer to fly.
21  BY MR. RABINOWITZ:
22  Q.  What are the nearest airports to where you live?
23  A.  Flint Bishop Airport is the nearest one and then
24  Detroit Metro.
25  Q.  Which airport do you most frequently fly out of?

Page 30

1  A.  Detroit Metro.
2  Q.  How often do you fly out of Flint airport?
3  A.  I've only done it once.
4  Q.  Is that once ever or once in recent years?
5  A.  There might have been one other time, but it's not the
6  most cost -- or it's not the most price friendly
7  flight.
8  Q.  I understand.
9  A.  And sometimes they don't have the destination,
10  but . . . But it's convenient.
11  Q.  Are there any trips you frequently take repeat
12  destinations?
13  A.  Fort Lauderdale and Hilton Head Island.
14  Q.  Anywhere else you travel on a repeated basis?
15  A.  No.
16        MR. RABINOWITZ:  I'd like to put up a
17  document under Tab 3, please.  This will be marked
18  Exhibit 2.
19        (Marked EXHIBIT 2 for identification)
20  BY MR. RABINOWITZ:
21  Q.  Mr. Nieboer, I'll represent to you that this is --
22  these are the responses and objections to Defendants'
23  First Set of Interrogatories.  Do you see the
24  document?
25  A.  Yes.

Page 31

1  Q.  Are you familiar with this document?
2  A.  Little bit -- can we go down through it a little bit?
3  Q.  Sure.  I'll scroll down for you.
4  A.  Hold on.  Let's see here.
5  Q.  Most of the substance will be on later pages if you'll
6  allow me just to scroll down where it might trigger a
7  memory.
8  A.  Okay.
9        MR. BONSIGNORE:  Objection.
10  BY MR. RABINOWITZ:
11  Q.  Mr. Nieboer, do you recognize this chart here?
12  A.  Yes.
13  Q.  And do you see that this chart is under the response
14  to Interrogatory Number 1?
15  A.  Yes.
16  Q.  Mr. Nieboer, do you have any reason to believe the
17  facts in this document and in this chart are not
18  accurate?
19        MR. BONSIGNORE:  Objection.
20  A.  No.  What I'm looking at right now, no.
21  BY MR. RABINOWITZ:
22  Q.  Okay.  I'm going to scroll to the bottom of this to
23  the verification.  Do you recall signing this document
24  and signing the verification?
25  A.  Yes.

Page 48

1  Head to Michigan in May 2015, May 2016, May 2017,
2  2021, May 2022, May 2023; correct?
3  A.  That's what's stated there, yes.  That's -- from what
4  I can recall, yes.
5  Q.  And by 2021, is that also May 2021 or is it another
6  month that you recall driving from Hilton Head to
7  Michigan?
8  A.  It should be May.
9  Q.  Okay.
10         MR. BONSIGNORE:  Counsel, do you want that
11  supplemented or is that fine the way it is?
12         MR. RABINOWITZ:  That's fine the way it is.
13  Thank you.
14  BY MR. RABINOWITZ:
15  Q.  In each of these occasions what was the form of travel
16  to get from Michigan to Hilton Head for each of those
17  trips?
18  A.  There were -- to get to Hilton Head in the recent
19  years was by flight to Hilton Head.  We drove back
20  together, like we had talked about earlier, with my
21  wife.  Previous years were probably driving there and
22  back with family.
23  Q.  And what do you mean by recent years that you were
24  flying to Hilton Head?  Do you recall what years those
25  were?

Page 49

1  A.  '21, '22, and '23 I want to say.
2  Q.  Okay.
3         MR. RABINOWITZ:  Mr. Cotilla, could we
4  please put back up Tab Number 3?
5  BY MR. RABINOWITZ:
6  Q.  And, Mr. Nieboer, you recognize this as the chart of
7  flights that you've taken since 2015; correct?
8  A.  Yes.
9  Q.  And how many flights on this chart do you see as
10  having been to Hilton Head?
11  A.  '23.
12  Q.  You mean the one flight in 2023?
13  A.  The one flight in '23, yes.
14  Q.  Are there any other flights to Hilton Head listed on
15  this chart?
16  A.  No.  But we drove -- or we flew to -- I know the --
17  JAX, is that Jacksonville?
18  Q.  I'll represent that it is Jacksonville, yes.
19  A.  Okay.  We drove to Jackson -- or we flew to
20  Jacksonville and then drove from there.
21  Q.  Okay.  And that is the flight in May of 2019; correct?
22  A.  If I recall, that -- that is correct, yes.
23  Q.  And so that was a May 10th, 2019, flight to
24  Jacksonville; correct?
25  A.  Correct.  Yes.

Page 50

1  Q.  And you drove from Jacksonville to Hilton Head?
2  A.  Yes.  It was the most economical way at the time.
3  Q.  I understand.  You also list a return flight from
4  Jacksonville to Detroit; is that correct?
5  A.  It looks like, yes.
6  Q.  But there is no flight to Hilton Head in 2015 or 2016
7  or 2017 or 2021 or 2022; correct?
8  A.  Correct.
9  Q.  But you drove from Hilton Head to Michigan in those
10  years; correct?
11  A.  I'm trying to recall.  '22.  Yes.  Drove back to
12  Michigan.  I think -- I'm not sure like in '21 if it
13  was a round trip or not.  I don't recall.  But I
14  think --
15  Q.  Are there any flights listed on this chart from 2021?
16  A.  No.  To Hilton Head.
17  Q.  Are there any flights listed on this chart from 2017?
18  A.  No.
19  Q.  Are there any flights listed on this chart from 2016?
20  A.  No.  Those are probably two-way travels.  I mean,
21  driving two ways, like I said previously.
22  Q.  So for each of the trips that you drove from Hilton
23  Head to Michigan in May 2015, May 2016, May 2017,
24  May 2021, and May 2022, you also drove from Michigan
25  to Hilton Head; is that correct?

Page 51

1  A.  As far as I can recall, yes.
2  Q.  Have you flown from Michigan to Hilton Head on more
3  than one occasion?
4  A.  Directly to Hilton Head?  I want to say -- well, in
5  2022 and maybe -- I don't know for your last question,
6  but in 2022, last year, I believe I flew down there
7  and drove back, and, again, I will try and find that
8  through whatever records I can find, but . . .
9  Q.  So that flight from Michigan to Hilton Head that
10  you're referring to is not listed on this chart;
11  correct?
12  A.  Correct.
13  Q.  Are there any other flights from Michigan to Hilton
14  Head that you can recall that are not listed on the
15  chart?
16  A.  Again, no, there are not, that I can recall.
17  Q.  You seem to travel to Hilton Head every year.  Why is
18  that?
19  A.  My mother and stepfather had a timeshare there, and we
20  would go down there and visit them for a week.  They
21  would be down there for a month.  And after the
22  passing of my mother I inherited the timeshares.
23         MR. RABINOWITZ:  And, Mr. Cotilla, we can
24  take down Tab 4 and put I believe it was Tab -- excuse
25  me.  We can take down Tab 3, I apologize, and put up

Page 52

1   Tab 4.  Thank you.
2   BY MR. RABINOWITZ:
3   Q.  Do you prefer to travel by car between Hilton Head and
4       Michigan?
5   A.  No.  I prefer to fly.
6   Q.  How long is that drive?
7   A.  Over 14 hours.  Takes a day and a half.
8   Q.  If an airline provided direct flights between Hilton
9       Head and Michigan, would you consider traveling by
10      plane?
11          MR. BONSIGNORE:  Objection.
12  A.  I try to find the most economical way to get there
13      majority of the time.  And you'll see that I've flown
14      Spirit a lot because they're always the most
15      economical and I go barebones.  I'd rather spend my
16      time and my money on my vacation rather than there,
17      so . . . If it's cost-effective for me, I will fly.
18      If it's not, I will drive.
19  BY MR. RABINOWITZ:
20  Q.  Are you aware of any direct flights between Michigan
21      and Hilton Head?
22  A.  I'm not sure.  I don't know.
23  Q.  Do you know what airlines fly to and from Hilton Head?
24  A.  The one -- you know, at least one of the ones that I
25      have listed on there.

Page 53

1           MR. RABINOWITZ:  Mr. Cotilla, can we please
2       turn to Tab 5?
3           (Marked EXHIBIT 5 for identification)
4           MR. RABINOWITZ:  Mr. Cotilla, can we just
5       zoom out on these to see the full page?  Thank you.
6   BY MR. RABINOWITZ:
7   Q.  Mr. Nieboer, can you see the text in the bottom right
8       corner of this page?  It says "Nieboer" --
9   A.  Yes.
10  Q.  -- with five zeroes and one?
11          Okay.  Do these -- are you familiar with
12      these documents?
13  A.  Yes.
14  Q.  We can scroll through them very briefly here.  These
15      are familiar to you?
16  A.  Yes.
17  Q.  Okay.  I'm going to go to the end so you see
18      everything.  And you recognize these documents;
19      correct?
20  A.  Yes.
21  Q.  So this document is a compilation of travel receipts
22      and itineraries; correct?
23  A.  Yes.
24  Q.  Did you compile these documents?
25  A.  Yes.

Page 54

1   Q.  And do the flights described in these documents match
2       up to the chart that you provided of all your flights
3       since 2015?
4   A.  I'd have to go through and review them to see if they
5       concur.  Maybe I missed one or two that -- that are on
6       the -- I don't know.
7   Q.  Did you do that when you were compiling the chart?
8   A.  Try to do the best I could.  No one's perfect on it.
9   Q.  Looking at this first page here, Nieboer 001.  Who is
10      Jo-Ann Hartwick?
11  A.  Sister-in-law.
12  Q.  And where was this trip between?  Where was the origin
13      and destination of this trip?
14  A.  I believe this was going to Hilton Head.
15  Q.  I'll scroll down here and see if we can see.  These
16      first three pages, Nieboer 001, Nieboer 002, and
17      Nieboer 003, are they all part of the same itinerary?
18  A.  No.
19  Q.  Okay.  What leads you to believe that the itinerary on
20      Nieboer 001 on this page is a flight to Hilton Head?
21  A.  My sister-in-law is -- the only time that we've
22      traveled together was to Hilton Head.
23  Q.  And do you recall the dates of this trip?
24  A.  It would be in May.  That one -- I don't recall which
25      year.  It would have been in May for sure.

Page 55

1   Q.  And this was flying to Hilton Head Airport; correct?
2   A.  I would say yes.  As far as I can recall.
3           MR. RABINOWITZ:  Mr. Cotilla, could we
4       please go back to Tab 3?
5   BY MR. RABINOWITZ:
6   Q.  Mr. Nieboer, do you see this flight listed on the
7       chart?
8   A.  I do not.
9           MR. BONSIGNORE:  Counsel, we will agree to
10      supplement Interrogatory 1 on -- I can't see the
11      caption, but I'm assuming it's the supplement
12      interrogatories.
13          MR. RABINOWITZ:  That's correct.
14          MR. BONSIGNORE:  Yeah.  You've been going
15      back -- you've been moving quickly.
16          MR. RABINOWITZ:  Yes.
17          MR. BONSIGNORE:  But I think my memory's
18      okay.
19          MR. RABINOWITZ:  Here you are.  It's the --
20          MR. BONSIGNORE:  Okay.
21          MR. RABINOWITZ:  -- responses and
22      objections to the interrogatories.  I believe these
23      are the initial responses.
24          MR. BONSIGNORE:  Okay.  Let's take a look.
25      Okay.  All right.  Melanie, can you make a note of

Page 64

1  Tab 3, there are no Delta flights listed in this
2  chart; correct?
3  A.  Correct.
4  Q.  And you were a passenger on this flight; correct?
5  A.  What year?
6  Q.  I don't believe the document shows what year this
7  flight was.  Do you recall this flight?
8  A.  I do not at this time.  I would have to -- I have to
9  check and see what the year was and stuff.
10  Q.  But you provided this document; correct?
11  A.  Yes, I did.  Yes.  It was basically through emails,
12  like we had discussed earlier.
13  Q.  You searched through your emails to find this
14  document?
15  A.  Yes.  I probably should have vetted things a little
16  bit closer.
17  Q.  Turning back.
18      MR. RABINOWITZ:  Mr. Cotilla, we can take
19  down Tab 5 and just leave Tab 3 as the full screen,
20  please.
21  BY MR. RABINOWITZ:
22  Q.  So, Mr. Nieboer, just to confirm and looking back at
23  your response to Interrogatory Number 1 in your first
24  interrogatory responses, this chart is not a complete
25  and accurate list of the flights you've taken in the

Page 65

1  last five years; correct?
2      MR. BONSIGNORE:  Objection.
3  A.  Sorry.  It does not appear to be.
4  BY MR. RABINOWITZ:
5  Q.  Have you ever flown JetBlue?
6  A.  Not that I can recall.
7  Q.  Have you flown JetBlue since 2015?
8  A.  Not that -- not that I can recall.
9  Q.  You would agree with me that there are no JetBlue
10  flights listed on this chart; correct?
11  A.  Correct.
12  Q.  Would the methods that you use to search for flight
13  records have captured any flight you might have taken
14  on JetBlue?
15  A.  I would think it would have gotten the majority of it,
16  but, again, I can go back through my credit card
17  records and find that out.
18  Q.  Since 2015 it appears you've flown several different
19  airlines just looking at this chart.  There's Spirit,
20  American, Frontier, Allegiant, and we also saw Delta
21  in some of the documents that you produced; is that
22  correct?
23  A.  Yeah.  Once I go through those, yes, that is correct.
24  Q.  So you've chosen to fly other airlines than Spirit;
25  correct?

Page 66

1  A.  Yes.
2  Q.  Why have you chosen to fly those airlines as opposed
3  to Spirit in those instances?
4  A.  Based on going to, you know, destination, time, and
5  economics, but not always does Spirit, you know, go at
6  a time that I would want to go to, but, again, they've
7  always been the most economical, but it's -- sometimes
8  it's -- if Spirit doesn't have an early flight or if
9  they're not -- they don't have that destination, then
10  I have to choose somebody else.
11  Q.  How would you compare your experience flying on Spirit
12  to your experience flying on other airlines?
13  A.  It's an economical flight.  I mean . . .
14  Q.  What do you mean by that?
15  A.  Well, I guess they aren't the best seats in the world
16  or the most -- best leg room, but they're the most
17  economical to fly.
18  Q.  If price isn't an option, would you prefer to fly
19  other airlines?
20  A.  To me price has always been the option, so . . .  And,
21  you know, the timing and the destination.
22  Q.  Is price the most important factor?
23  A.  When I go on vacation, I prefer to just -- I don't
24  want to spend my money on the flight.  I want to spend
25  my money on my vacation.  So I try to choose the most

Page 67

1  economical flight I can.
2  Q.  Even if that flight is not on Spirit?
3  A.  Correct.  Yes.
4      MR. BONSIGNORE:  Objection.
5      THE WITNESS:  I'm sorry.
6  BY MR. RABINOWITZ:
7  Q.  Have there been instances where that flight -- the
8  most economical flight is not on Spirit?
9      MR. BONSIGNORE:  Objection.
10      You can answer.
11  A.  I could not tell you.
12  BY MR. RABINOWITZ:
13  Q.  In the instances where you've flown Frontier or
14  Allegiant, did you also look at flying Spirit for
15  those flights?
16  A.  Well, Allegiant was not the most economical, but the
17  family said that they would go that route because it's
18  easiest, but it was not the most economical at the
19  time, so I just listened to my family on that one.
20  It's just closer to my house, Flint is.  Even though I
21  fly out of Detroit, Flint is the closest to my house.
22  It's less than a half an hour away.  Detroit's over an
23  hour away.  Flint is the easiest to get to, but it's
24  not the most economical, so most of the time I just
25  fly out of -- I fly out of Detroit.

Page 68

1 Q.  Just to confirm, Allegiant flies out of Flint; is that
2    correct?
3 A.  Yeah.  I mean, they do, yes.  I don't know other
4    airports and stuff that they fly out of, but yes, I
5    took Allegiant out of Flint, yes.
6 Q.  Does Spirit fly out of Flint?
7 A.  I don't think so.  I -- I don't know.
8 Q.  And Flint is the closest airport to your house;
9    correct?
10 A.  That is correct.
11 Q.  Would you say that you have a preference to fly
12    Spirit?
13 A.  No.  Not at all.
14 Q.  Why is that?
15 A.  Like I said, I look at the most economical, and Spirit
16    is generally the most economical flight.  You go
17    through the search engines and stuff, that's what pops
18    up as the cheapest on the routes that I -- that
19    they -- they're on.
20 Q.  How do you normally search for a flight that you are
21    looking to take?
22 A.  Through multiple, like Expedia, Hopper.  Multiple
23    ones.  Kayak.  I check --
24 Q.  Do you use -- I apologize.
25 A.  I check a bunch of them.

Page 69

1 Q.  Do you ever book through the airline's website
2    directly?
3 A.  Yeah.  I've done it with Spirit a long time ago.  I
4    mean, it's . . . I can't think of anybody else that
5    I've done directly right off the top of my head,
6    but . . . So . . .
7 Q.  Have you ever used a travel agent to book a flight?
8 A.  My mom a long time ago.
9 Q.  How long ago about?
10    MR. BONSIGNORE:  Objection.
11 BY MR. RABINOWITZ:
12 Q.  Was it over ten years ago?
13 A.  I'm not absolutely sure.
14 Q.  Was it since 2015?
15 A.  I would say probably not.  I'm not absolutely sure.
16 Q.  Are there any airlines that you would never fly on?
17 A.  No.
18 Q.  Why is that?
19 A.  I'm sorry?
20 Q.  Is there any reason that you wouldn't fly on any
21    airline?  Let me -- withdrawn.  Withdrawn.  Let me
22    clarify that.
23 A.  Yeah.
24 Q.  Do you ever restrict your search to exclude certain
25    airlines?

Page 70

1 A.  No.
2 Q.  Do you typically fly alone or do you typically fly
3    with other people?
4    MR. BONSIGNORE:  Objection.
5    You can answer.
6 A.  Like you saw, a few times down to Hilton Head because
7    my wife was already down there.  Other than that, most
8    of the time when I fly it's -- it's with my wife or
9    family.
10 BY MR. RABINOWITZ:
11 Q.  Do your travel companions prefer any particular
12    airline?
13 A.  No.  My -- my wife is very understanding, but on
14    Spirit her back hurts a little bit in the seat, but
15    she knows economically it's the best way to go, but
16    no.
17 Q.  Is it safe to say that you and your travel companions
18    would prefer a more comfortable seat?
19    MR. BONSIGNORE:  Objection.
20 A.  That I could not tell you.  Again, I'm all about
21    economics and . . .
22 BY MR. RABINOWITZ:
23 Q.  When you travel, what do you typically bring for
24    luggage?
25    MR. BONSIGNORE:  Objection.

Page 71

1 A.  We bring the least amount as possible.  We do not
2    typically check our bags.  We typically have -- our
3    suitcase is based upon what they allow to take the
4    flight and it's very small, but we typically do not
5    check our bags in.
6 BY MR. RABINOWITZ:
7 Q.  Are you willing to pay a fee to bring a carry-on bag?
8    MR. BONSIGNORE:  Objection.
9 A.  I try not to the most I can, so . . . I definitely
10    don't like to pay any added fees or anything like
11    that, no.
12 BY MR. RABINOWITZ:
13 Q.  Would the possibility of paying an extra fee for a
14    carry-on bag make you choose another airline?
15    MR. BONSIGNORE:  Objection.
16 A.  I don't really research into it that far.
17 BY MR. RABINOWITZ:
18 Q.  Do you know which carriers charge baggage fees for
19    carry-on bags?
20    MR. BONSIGNORE:  Objection.
21 A.  I know Spirit does, but from all the other ones, you
22    know, I'm not absolutely sure.
23 BY MR. RABINOWITZ:
24 Q.  How do you know Spirit charges a baggage fee?
25 A.  It's -- it's a part of the booking process.

Deposition of Timothy Nieboer

Page 72

1  Q.  Are other fees part of the booking process as well
2      with Spirit?
3  A.  Yes.
4  Q.  What are some of those other fees?
5  A.  Seats.
6  Q.  What do you mean by that?
7  A.  Choosing your seat.
8  Q.  Choosing your seat costs an additional fee?
9  A.  Yes.  Yep.
10 Q.  Are there any other fees?
11 A.  They always -- like insurance or, you know, missed
12     flight or something like that.
13 Q.  Have you paid baggage fees to Spirit before?
14 A.  Possibly, but most of the time no.  I mean, most of
15     the time we -- we go as barebones as possible so we
16     don't have to get hit with the fees and stuff, but if
17     we're going on a trip that might be extended, we might
18     pay for one bag, not two, anything like that, but
19     we -- we travel very light.
20     MR. RABINOWITZ:  Mr. Cotilla, we can take
21     down Tab 3.  Thank you.
22 BY MR. RABINOWITZ:
23 Q.  Mr. Nieboer, you mentioned that the closest airports
24     to your house are Detroit and Flint; is that correct?
25 A.  That is correct.

Page 73

1  Q.  Do you fly out of any other airports in Michigan?
2  A.  In Michigan, no.
3  Q.  And you testified earlier that you've only flown out
4      of Flint once; correct?
5  A.  Once or twice.  I -- I'm -- might have been something
6      a long time ago, but . . .  Once is what I can pretty
7      much recall, but . . .
8  Q.  Are you familiar with what airlines fly out of
9      Detroit's airport?
10 A.  Not all of them, but several.
11 Q.  Do you know if Spirit flies out of Detroit?
12 A.  Yes.
13 Q.  Does JetBlue fly out of Detroit?
14 A.  I'm not absolutely sure.  I think I've seen their sign
15     on a departure, but I'm not absolutely sure.
16 Q.  Let's discuss briefly your membership in airline
17     loyalty programs.
18     MR. RABINOWITZ:  Mr. Cotilla, could we
19     please put up Tab 3?
20 BY MR. RABINOWITZ:
21 Q.  And, Mr. Nieboer, I'm going to direct your attention
22     to your response to Interrogatory Number 3, which I
23     believe is at the -- yes.  A little bit further down.
24     In the last sentence there you say that you're a
25     member of Spirit's Saver Club; is that correct?

Page 74

1  A.  I was for a short period.
2  Q.  Are you a member of Spirit's Saver Club anymore?
3  A.  No.
4  Q.  About what dates were you a member of the Saver Club?
5  A.  I don't quite recall.  It would be several years ago
6      at least.
7  Q.  Why did you stop being a member of the Saver Club?
8  A.  It wasn't really what I thought it was, so . . .
9  Q.  What did you think it was?
10 A.  I was told that they had like a $9 thing and people
11     could fly to certain areas cheap and stuff, and it
12     just really wasn't, so . . .  It really -- it really
13     wasn't for me.
14 Q.  Have you ever realized any of the benefits of the
15     Saver Club?
16 A.  I did not.
17 Q.  Are you a member of any other airline loyalty program?
18 A.  One was enough for me.
19 Q.  Is that a no?
20 A.  No.
21 Q.  So you are not a member of any other airline loyalty
22     programs; correct?
23 A.  Correct.
24 Q.  Do you have any airline affiliated credit cards?
25 A.  No.

Page 75

1  Q.  Do you have a JetBlue loyalty membership?
2      MR. BONSIGNORE:  Objection.
3  A.  No.  Don't have any reason to have one with them.
4  BY MR. RABINOWITZ:
5  Q.  Is that because you've never flown JetBlue?
6  A.  As far as I recall.
7  Q.  Mr. Nieboer, if we scroll up in your interrogatory
8      responses to response to Interrogatory 1, which I
9      believe is on Page 7, I think, if you scroll down.  I
10     apologize.  Keep going down.  I'm sorry actually.
11     This is going to be a different document.  This is
12     going to be Tab 2.  It's going to be the second
13     interrogatory responses.  Thank you.  It's going to be
14     Page 2.
15     MR. BONSIGNORE:  Is this the supplement or
16     the --
17     MR. RABINOWITZ:  This is the supplement,
18     yes, Mr. Bonsignore.
19     MR. BONSIGNORE:  Okay.
20 BY MR. RABINOWITZ:
21 Q.  If you look at the response -- or the supplemental
22     response to Interrogatory Number 6, you list Traverse
23     City Airport as an airport that you consider flying
24     out of when traveling from your primary residence.  Do
25     you see that there?

Page 76

1  A.  Yes.
2  Q.  Have you ever flown out of Traverse City Airport?
3  A.  No.
4  Q.  Have you ever flown into Traverse City Airport?
5  A.  No.
6  Q.  How far is Traverse City Airport from your house?
7  A.  I have a house in Traverse City too.  Future.  That
8     could be possibly future.  That's all that was for.
9  Q.  Okay.  But you have never booked a ticket in or out of
10    Traverse City; correct?
11 A.  Correct.
12 Q.  Are you familiar with the airport -- or withdrawn.
13        Are you familiar with the airlines that fly
14    into and out of Traverse City?
15 A.  Not at all.
16        MR. RABINOWITZ:  Counsel, is this a good
17    time for a break?
18        MR. BONSIGNORE:  Yes.  If it's good for
19    you.
20        MR. RABINOWITZ:  Okay.  Can we go off the
21    record, please?
22        VIDEO TECHNICIAN:  The time is 3:19 p.m.
23    We're off the record.
24        (Recess taken at 3:19 p.m.)
25        (Back on the record at 3:33 p.m.)

Page 77

1        VIDEO TECHNICIAN:  The time is 3:33 p.m.
2     We're back on the record.
3  BY MR. RABINOWITZ:
4  Q.  Mr. Nieboer, did you consult with anyone other than
5     your counsel during the break?
6  A.  No.
7  Q.  And did you refer to any documents during the break?
8  A.  No.
9  Q.  Okay.
10 A.  Can I say one last?  I apologize for some of the
11    inaccuracies on the chart, and I will definitely, you
12    know, work through and make -- make everything
13    correct, so . . .
14 Q.  Appreciate that.  Thank you.
15        MR. RABINOWITZ:  Speaking of the chart,
16    Mr. Cotilla, could we please put up Tab 3, the
17    interrogatory response to Number 1?  That chart,
18    please.  It's on Page 7.
19 BY MR. RABINOWITZ:
20 Q.  Mr. Nieboer, this chart shows that the last time
21    you've flown Spirit was in 2019; correct?
22 A.  That's what it's showing.  Correct.
23 Q.  Have you flown Spirit since 2019?
24 A.  You know, I have to further investigate, you know.
25    I -- I cannot recall.

Page 78

1  Q.  Do you remember sitting here today having flown on a
2     Spirit flight since 2019?
3  A.  I believe one of the documents you showed up -- or
4     showed up was Spirit, but I don't recall if it had a
5     date on it.
6        MR. RABINOWITZ:  Mr. Cotilla, could we
7     please put up Tab 5?  And scroll to Nieboer 03.  I
8     believe it would be the third page.
9  BY MR. RABINOWITZ:
10 Q.  Mr. Nieboer, is that -- is this the Spirit flight that
11    you were referring to?
12 A.  Yes.
13 Q.  And do you recall this flight taking place since 2019?
14 A.  I do not.  I -- I have to further look into it.
15        MR. RABINOWITZ:  Thank you, Mr. Cotilla.
16    We can take the document down.
17 BY MR. RABINOWITZ:
18 Q.  Mr. Nieboer, do you have any plans to fly on Spirit in
19    the future?
20 A.  Yeah, I guess.  Anything that's economical.  Yes.  For
21    sure.
22 Q.  Do you have any tickets booked to fly on Spirit?
23 A.  I do not.
24 Q.  Do you have a destination chosen that you will be
25    flying to --

Page 79

1        MR. BONSIGNORE:  Objection.
2  BY MR. RABINOWITZ:
3  Q.  -- on Spirit?
4        THE WITNESS:  I'm sorry.
5        MR. BONSIGNORE:  Sorry.  I was -- we're --
6     I think he was playing -- playing with me there.  You
7     can answer.
8  BY MR. RABINOWITZ:
9  Q.  I'll ask the question again.  How about that?
10        MR. BONSIGNORE:  Okay.
11 BY MR. RABINOWITZ:
12 Q.  Have you selected a destination that you'll be flying
13    Spirit to?
14        MR. BONSIGNORE:  Objection.
15        Go ahead.
16 A.  No.  Not at all.
17 BY MR. RABINOWITZ:
18 Q.  Do you have specific dates that you will be flying
19    Spirit on?
20 A.  I do not.  I mean, it'll be May and February, but I
21    can't guarantee it's Spirit.
22 Q.  So you could possibly be flying another airline for
23    those trips; correct?
24        MR. BONSIGNORE:  Objection.
25 A.  Anything's possible, but they've always been the most

Page 80

1  economical one, so that is what I would run with.
2  BY MR. RABINOWITZ:
3  Q.  Going back to the Spirit Saver Club briefly.  Do you
4     understand what will happen to your membership in the
5     Spirit Saver Club post merger if you still had a
6     membership?
7        MR. BONSIGNORE:  Objection.
8  BY MR. RABINOWITZ:
9  Q.  Withdrawn.  Withdrawn.
10        You currently do not have a Spirit Saver
11    Club membership; correct?
12 A.  Correct.
13 Q.  As a result, your Spirit Saver Club membership does
14    not stand to be impacted by the Spirit/JetBlue merger;
15    correct?
16        MR. BONSIGNORE:  Objection.
17 A.  Yeah.  I don't have it, so you are correct.
18 BY MR. RABINOWITZ:
19 Q.  Mr. Nieboer, do you have a specific recollection of
20    having flown on JetBlue?
21 A.  No.
22 Q.  What's your opinion of JetBlue Airlines?
23 A.  I have none.
24        MR. BONSIGNORE:  Objection.
25 A.  I'm sorry.  I have none.

Page 81

1  BY MR. RABINOWITZ:
2  Q.  In your experience, are JetBlue's fares generally
3     lower or more expensive than legacy airlines, like
4     American, Delta, Southwest, or United?
5        MR. BONSIGNORE:  Objection.
6  A.  I -- I don't know because I've never chosen them.  I
7     could not tell you.
8  BY MR. RABINOWITZ:
9  Q.  Are you familiar with what kind of amenities JetBlue
10    offers on its flights?
11        MR. BONSIGNORE:  Objection.
12 A.  No.  Not at all.
13 BY MR. RABINOWITZ:
14 Q.  Do you currently have any plans to fly JetBlue in the
15    future?
16 A.  Same thing.  If they're economical, I will.  I don't
17    have any objection to them at all.
18 Q.  But you have no specific plans to fly JetBlue;
19    correct?
20 A.  That is correct.
21        MR. BONSIGNORE:  Objection.
22        THE WITNESS:  Sorry.
23 BY MR. RABINOWITZ:
24 Q.  Have you purchased a ticket to fly on JetBlue in the
25    future?

Page 82

1  A.  No.
2  Q.  Given that you've never flown JetBlue, how do you
3     expect the merger of Spirit and JetBlue will affect
4     you?
5        MR. BONSIGNORE:  Objection.
6  A.  Mergers only help the companies, not the public.  It
7     helps -- you know, the corporations make all the extra
8     money and along with -- I mean, my opinion, you know,
9     the government steps in and says, hey, we're gonna
10    stop this thing and next thing you know people go
11    behind closed doors and -- and things happen and
12    everything goes through, but it's -- they're the only
13    ones that are going to make out of this, and what's
14    gonna happen is there's gonna be I'm sure less seats
15    available because any redundant flight that maybe
16    JetBlue and Spirit were -- were there for, well, the
17    Spirit one's going away, so there's gonna be less
18    seats, less opportunity to -- to fly to certain
19    destinations is what I feel and see.  It's just --
20    it's all a matter of supply and demand, and if the
21    supply goes down and the demand is still there, prices
22    go up, so . . .  Now it just gets a lot more
23    expensive, and I know for the -- the people that can
24    barely afford it, their life is gonna change, too,
25    because they're not gonna be able to fly the way they

Page 83

1  want.
2  BY MR. RABINOWITZ:
3  Q.  Mr. Nieboer, is the higher prices for airfare the
4     primary impact of the Spirit/JetBlue merger that you
5     expect to experience?
6        MR. BONSIGNORE:  Objection.
7  A.  Well, less availability for sure.  I mean, there's a
8     possibility of other flights that were going to the
9     same destination.  You know, that's -- that -- that's
10    a big concern.  But it could be a lot more expensive.
11 BY MR. RABINOWITZ:
12 Q.  Would the higher prices be an important factor to you?
13 A.  Definitely.
14 Q.  What other facts or personal experiences do you have
15    to support your opinion that only corporations benefit
16    from this merger?
17 A.  It's just -- one thing I've always said is mergers
18    just hurt the public, only help the companies, and
19    I've always said that this -- this country is gonna
20    be, and this is long -- long ago, is gonna be just a
21    few merged companies and they're the ones that are
22    gonna be reaping the benefits from it, not the people.
23    My opinion.
24 Q.  Does that apply to all mergers?
25 A.  You know, again, it's -- you're creating more and more

Page 84

1  monopolies, more and more opportunities for collusion.
2  The only ones that make out are the attorneys, the
3  companies, and the government.
4  Q.  Is there anything specific about the Spirit and
5  JetBlue merger that will impact you?
6  A.  A possibility that it's less competition, more towards
7  a monopoly, so . . .  You're -- you're taking away --
8  or they're taking away a possibility of routes, I
9  mean, that I can -- again, my opinion.  You're taking
10  away the possibility of seats, you know, so sometimes
11  it can be tough booking something.  The time and --
12  and location that you're going to, and if there's less
13  companies out there doing it, there's a good chance
14  that I won't be able to get the time, I won't be able
15  to get the dollars, I won't be able to get where I
16  want to go when I want to go.
17  Q.  Mr. Nieboer, referring to the May and February travel
18  that you had mentioned taking in the future, am I
19  right in thinking that that travel would be between
20  Michigan and Hilton Head?
21        MR. BONSIGNORE:  Objection.
22  A.  In May.
23  BY MR. RABINOWITZ:
24  Q.  Okay.  And is that a route that you have driven
25  before?

Page 85

1  A.  Many times.
2  Q.  And what has led you to drive that?
3  A.  What has led me?  I'm sorry.  I -- I -- can you --
4  what has led me?
5  Q.  Give me one minute.  I'm -- I'm -- I'm thinking about
6  how I want to ask this.  Thank you.
7        You have driven from Michigan to Hilton
8  Head and back; correct?
9  A.  Yes.
10  Q.  Do you see driving between Hilton Head and Michigan as
11  a viable alternative to flying?
12        MR. BONSIGNORE:  Objection.
13  A.  It's really the only other way, but, like I said
14  before, my wife goes down there ahead of time with her
15  friends.  She drives.  I fly down there one way and
16  then drive back, and then it just -- it could be a
17  matter of economics, too, as to us both flying, but, I
18  mean, any -- anything's possible.
19  BY MR. RABINOWITZ:
20  Q.  So when flying is too expensive or not available, you
21  consider driving; is that correct?
22  A.  I will drive, yes.
23  Q.  Mr. Nieboer, you're bringing a lawsuit to block the
24  merger between Spirit and JetBlue; right?
25        MR. BONSIGNORE:  Objection.

Page 86

1        You can answer.
2  A.  I'm bringing it?
3  BY MR. RABINOWITZ:
4  Q.  Yes.  You are a plaintiff in the lawsuit; correct?
5  A.  Yes.
6  Q.  When did you first consider bringing the lawsuit?
7  A.  When, again, it goes back into my history.  My history
8  is I hate mergers, and so when I heard about the
9  upcoming possible merger, I then contacted my
10  attorney.
11        MR. BONSIGNORE:  Objection to any further
12  discussions between the witness and his counsel.
13  BY MR. RABINOWITZ:
14  Q.  And, Mr. Nieboer, I'll stop you there.  Just to
15  caution you, please, you know, I'm not asking about
16  any contents of communications between you and your
17  attorneys, but if you would like to continue in your
18  answer with that instruction, please go ahead.
19  A.  I'm done.
20  Q.  Do you recall when you heard about the merger?
21  A.  I don't exactly.  It just -- you know, last year, I
22  believe, but I don't recall.  I'm sorry.
23  Q.  You testified just now that you hate mergers; correct?
24  A.  Yes.
25  Q.  Is it fair to say that your lawsuit to block the

Page 87

1  Spirit and JetBlue merger is brought because of your
2  disdain for mergers?
3        MR. BONSIGNORE:  Objection.
4        You can answer.
5  A.  I would say yes.
6  BY MR. RABINOWITZ:
7  Q.  Are you familiar with your co-plaintiffs in this
8  lawsuit?
9  A.  Very little.
10  Q.  Have you met any co-plaintiffs in person?
11  A.  I have not.
12  Q.  Have you spoken with any co-plaintiffs?
13        MR. BONSIGNORE:  Objection.
14  A.  No.
15  BY MR. RABINOWITZ:
16  Q.  Were you otherwise familiar with any co-plaintiffs to
17  this lawsuit?
18  A.  To this lawsuit?
19  Q.  To this suit, the Garavanian versus JetBlue and Spirit
20  case.
21  A.  Repeat the question.  Sorry.
22  Q.  Are you otherwise familiar with any of your other
23  co-plaintiffs in this lawsuit beyond speaking to them
24  or meeting them in person?
25  A.  Not personally, no.

Page 96

1  A.  Yes.
2  Q.  Mr. Nieboer, do you recall which lawsuit resulted in a
3      settlement?
4  A.  I do not.
5  Q.  Mr. Nieboer, can you explain what impact the Spirit
6      and JetBlue merger will have on you personally?
7  A.  I think we went through that before, but just going to
8      be pricing is going to go up and availability is -- is
9      going to go down, so my biggest thing is -- what I'm
10     concerned about is mainly pricing.
11 Q.  Are there any other ways that the merger will impact
12     you personally?
13         MR. BONSIGNORE:  Objection.
14 A.  Well, other than financial, you know, this day and age
15     if I want a flight to go somewhere and there's less
16     and less people or less flights available, it's gonna
17     be more difficult for me to go to my destination in
18     the time that I want to, so I just feel like there's
19     gonna be possibly a less opportunity to go to the
20     destinations that I want and I want to say -- yeah.
21     Because the -- they're not available as far as the
22     seats and everything that if JetBlue and -- or
23     Spirit's gone, they'll eliminate some destinations and
24     stuff which could take longer.  Right now I'm seeing
25     sometimes that based upon availability when I look

Page 97

1      these things up, some of the flights can be a day
2      long, and that's all based upon availability.  If I'm
3      going to some place, I don't want to go back there the
4      next day.  I want to be there within hours of when I'm
5      flying out, but . . .  And I can see more of that
6      happening.  When I look at them and see that a -- I
7      don't know anybody that would want to fly and then be
8      there the following day, and there's many flights like
9      that, again, because the competition is really --
10     really reduced.
11 BY MR. RABINOWITZ:
12 Q.  Are there any other ways that the merger will have a
13     personal impact on you?
14 A.  I would say no.
15 Q.  Have you been involved in any prior challenges to
16     airline mergers?
17         MR. BONSIGNORE:  Objection.
18 A.  Not that I recall, no.
19 BY MR. RABINOWITZ:
20 Q.  In any of the prior litigations that you've been
21     involved in, have any cases had a favorable outcome
22     for you?
23         MR. BONSIGNORE:  Objection.  Instruct the
24     witness not to answer to the extent that it requires
25     him to address matters that are subject to privilege

Page 98

1      or confidentiality.
2  BY MR. RABINOWITZ:
3  Q.  Mr. Nieboer, is it possible for you to answer the
4      question without divulging any confidential
5      information under a settlement agreement or divulging
6      any information relating to the contents of
7      communications with attorneys?
8  A.  No.
9  Q.  Will you follow your attorney's advice not to answer
10     the question?
11 A.  Yes.
12 Q.  Mr. Nieboer, when you first considered bringing this
13     lawsuit to prevent the Spirit and JetBlue merger, what
14     steps did you take to prepare for the lawsuit?
15         MR. BONSIGNORE:  Objection to the extent
16     that it calls upon the witness to disclose privileged
17     matters or attorney work product.
18         THE WITNESS:  Is it okay to answer?
19         MR. BONSIGNORE:  Yes.  To the extent that
20     you're not discussing --
21 A.  Yes.
22         MR. BONSIGNORE:  -- matters related to your
23     lawyers.
24 A.  Could you repeat the question again?
25 BY MR. RABINOWITZ:

Page 99

1  Q.  Sure.  When you first considered bringing this lawsuit
2      to prevent the Spirit and JetBlue merger, what steps
3      did you take to prepare for the lawsuit?
4  A.  Basically the -- what are they?  Interrogatories or
5      the -- I collected the flight information and stuff
6      that I was requested to to put together.  I'm not an
7      attorney, so I'm just doing what -- what the questions
8      and everything are --
9          MR. BONSIGNORE:  Objection.  Instruct you
10     not to go any further.
11 BY MR. RABINOWITZ:
12 Q.  Mr. Nieboer, before the Complaint was filed, did you
13     take any steps to prepare to bring the lawsuit?
14         MR. BONSIGNORE:  Objection to the extent
15     that prior activities involve privileged matters
16     relating to his lawyers.  Lawyers.
17 A.  No.
18 BY MR. RABINOWITZ:
19 Q.  Did you educate yourself about Spirit and JetBlue
20     prior to filing the lawsuit?
21 A.  Did I educate myself?
22 Q.  Yes.
23 A.  No.
24 Q.  Did you read any news about the Spirit and JetBlue
25     merger?

Page 100

1 A.  I had seen -- or heard or seen information a while
2    ago, but have I got into great detail?  I -- no.  I
3    just -- it's a merger that I don't think should
4    happen, so . . .
5 Q.  Based on what information did you think it shouldn't
6    happen?
7 A.  Based on my feelings, my -- mergers are -- are -- only
8    hurt the public.  They don't help the public, so . . .
9 Q.  Did you review any public statements by the airlines
10    or any securities filings before filing your lawsuit?
11        MR. BONSIGNORE:  Objection to the extent
12    that the response requires matters subject to the
13    attorney-client privilege.
14        You can answer.
15 A.  Repeat the question.
16 BY MR. RABINOWITZ:
17 Q.  Did you yourself review any public statements by the
18    airlines or any securities filings filed by the
19    airlines before filing your lawsuit?
20 A.  No, I did not.
21        MR. BONSIGNORE:  I incorporate my last
22    objection.
23        Go ahead.
24 A.  No, I did not.
25 BY MR. RABINOWITZ:

Page 101

1 Q.  Did you review the Complaint before it was filed?
2        MR. BONSIGNORE:  Objection to the extent
3    that it calls for matters subject to the
4    attorney-client privilege, and I think I have to
5    instruct him not to answer that.
6        MR. RABINOWITZ:  Mr. Bonsignore, can you
7    identify the particular communication?  I'm asking
8    merely whether Mr. Nieboer read the Complaint.
9        MR. BONSIGNORE:  Oh, okay.  That would be
10    the -- be based upon attorney work product.
11        MR. RABINOWITZ:  But, Mr. Bonsignore, the
12    Complaint is a public filing.  It has been filed in
13    this lawsuit.
14        MR. BONSIGNORE:  The privilege would be
15    when he reviewed it.  The work product is our thought
16    when he needed to review it.  So, for example, if he
17    contributed and we incorporated his thinking into it,
18    at what point in time we did what.
19        MR. RABINOWITZ:  I understand.
20 BY MR. RABINOWITZ:
21 Q.  Mr. Nieboer --
22        MR. RABINOWITZ:  And, Mr. Bonsignore, I'm
23    not going to ask whether or not he contributed to the
24    Complaint or anything like that.  I'm merely asking
25    whether he reviewed the Complaint.  Is that okay if I

Page 102

1    ask that question?
2        MR. BONSIGNORE:  Yes.  Go ahead.
3 BY MR. RABINOWITZ:
4 Q.  Mr. Nieboer, did you review the Complaint before it
5    was filed?
6 A.  I'm not exactly sure when they were -- when it was
7    filed, but briefly and mainly because I don't
8    understand all the legalese and everything that goes
9    along with it, so . . .  I'm not an attorney and
10    they're all written by an attorney, so I don't
11    understand the language.
12 Q.  Did you take any steps to verify whether the facts in
13    the Complaint are accurate?
14 A.  Not at all.
15 Q.  So, Mr. Nieboer, I just want to review a couple items
16    here.  To confirm, you do not have any recollection or
17    records of flying on Spirit since 2019; correct?
18 A.  That's not true, no.  I -- I be -- I gotta check to
19    see what that one Spirit flight was, when it was, so,
20    again, I apologize that the document was not full to
21    all the information that I provided.  That was
22    oversight on my part.  But I will correct it.
23 Q.  Is it your contention here today that you have taken a
24    Spirit flight more recently than 2019?
25        MR. BONSIGNORE:  Objection.

Page 103

1 A.  I don't know.
2 BY MR. RABINOWITZ:
3 Q.  Do you have any plans to fly Spirit in the future?
4 A.  Yeah.  Again, if -- yeah.  For sure.  If it's -- if
5    it's still there and if it's economically feasible and
6    it's going to my destination in the time frame that I
7    wanted to go.
8 Q.  But you currently haven't purchased any tickets to fly
9    Spirit in the future; correct?
10 A.  No.
11        MR. BONSIGNORE:  Objection.
12        THE WITNESS:  I'm sorry.
13        MR. BONSIGNORE:  No.  Go ahead.  You can
14    answer now.
15 A.  No.  Not at all.
16 BY MR. RABINOWITZ:
17 Q.  And you also haven't selected dates to fly Spirit on
18    in the future; correct?
19        MR. BONSIGNORE:  Objection.
20        You can answer.
21 A.  Not for Spirit directly, no.  I have dates that I'll
22    be flying somewhere, but who's going to do it or who's
23    going to take me there and back or whatever, no.
24 BY MR. RABINOWITZ:
25 Q.  And you also do not have any recollection of flying

# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                   Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
DEFENDANTS' FIRST SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION**<br>**SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF TIMOTHY NIEBOER** |
| **SET NUMBER:** | **ONE (SECOND SUPPLEMENTAL)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds and objects to the First Set of Interrogatories propounded by Defendants JetBlue and Spirit ("Defendants"), as set forth below.

## PRELIMINARY STATEMENT

Each of the following responses is subject to all objections of and concerning relevance, materiality, and admissibility, as well as to all and any other objections on any ground requiring exclusion of any response if introduced in Court. All evidentiary objections and grounds accordingly are expressly reserved. Furthermore, Plaintiffs' decision, now or in the future, to provide information notwithstanding the objectionable nature of the Interrogatories shall not be construed as: (a) an admission that they agree with any of Defendants' definitions or characterizations contained therein, or (b) an admission that the information sought will likely lead to the discovery of admissible evidence, or (c) an agreement that requests for similar information will be treated in a similar manner.

Plaintiffs' responses to the within First Set of Interrogatories are made without prejudice to their right to introduce any or all evidence of any kind in this case.

The specific responses and objections set forth below are based upon information now known. Plaintiffs have not yet completed discovery or preparation for trial in this case, and, therefore, reserve the right to amend, modify, or supplement any general or specific objection or response.

Nothing in their responses to these Interrogatories shall be construed as an admission by Plaintiffs going to the competence, admissibility, relevance, or materiality of any fact or document, or as an admission of the truth or accuracy of any characterization of any information of any kind sought by these Interrogatories.

Plaintiffs reserve their right to object to use of their responses herein, or the subject matter thereof, on any ground in this or in any subsequent proceeding, including, without limitation, the right to object on any ground at any time to the use of such responses in any discovery procedures in this or any proceeding, and/or at trial.

The Plaintiffs' responses to the Interrogatories are subject to the provisions of the Stipulated Protective Order entered by the Court on March 17, 2023 (Document 34) (the "Protective Order"). The Plaintiffs' Interrogatory Responses are hereby designated "Confidential" in accordance with the provisions of the Protective Order.

Each of the General Objections herein is considered applicable to and is hereby incorporated into each and every response by Plaintiffs to the Interrogatories, and each response is given without waiving any of the General Objections. The assertion of any General Objection in response to any Interrogatory should not be considered a waiver of the remaining General Objections. By making the responses herein, Plaintiffs do not concede that the information provided is relevant to the claims or defenses of any party or reasonably calculated to lead to the discovery of admissible evidence.

## GENERAL OBJECTIONS

1.     Plaintiffs object to, and will not answer, the Interrogatories to the extent they seek discovery of information, legal analysis, and/or strategies concerning Plaintiffs' prosecution of this case. Such information, legal analysis, and/or strategies are protected from disclosure by the attorney-client privilege and/or the work-product doctrine.

2.     Plaintiffs object to, and will not answer, the Interrogatories to the extent Defendants intend or purport to impose obligations beyond those required or permitted by the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts, or to the extent they are outside the scope of any order or opinion of this Court or of the Special Master, or contrary to any applicable rules of law.

3.     Plaintiffs object to, and will not answer, the Interrogatories to the extent they comprise premature "contention interrogatories," the answers to which are dependent on merits and/or expert discovery. Pursuant to Rule 33(a)(2) of the Federal Rules of Civil Procedure,

Plaintiffs, as necessary or appropriate, will respond to proper "contention interrogatories" at a time and as directed by the Court or Special Master. *See, e.g., In re Convergent Technologies Securities Litigation*, 108 F.R.D. 328, 336 N.D. Cal. 1985) ("There is considerable recent authority for the view that the wisest general policy is to defer propounding and answering contention interrogatories until near the end of the discovery period."); *In re eBay Seller Antitrust Litigation*, No. C 07-1882 JF (RS), 2008 WL 5212170, at *1 (N.D. Cal. Dec. 11, 2008) ("Courts using their Rule 33(a)(2) discretion generally disfavor contention interrogatories asked before discovery is undertaken.").

4.     Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent (a) they seek to elicit information relating or referring to matters not raised by the pleadings, or (b) they seek to elicit information that is not relevant to the claims or defenses of the parties to this action, or (c) they seek to elicit information that is not within Plaintiffs' possession, custody, or control, or (d) they seek to elicit information not reasonably calculated to lead to the discovery of admissible evidence.

5.     Plaintiffs object to, and will not answer, the Interrogatories to the extent they seek information protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege, protection, immunity, or rule (collectively, "Privileged Information"), including, without limitation, information concerning communications between Plaintiffs' attorneys, and/or between Plaintiffs and their attorneys, made during, or in anticipation of, litigation.  Any inadvertent disclosure of such information is not intended to, and shall not, constitute a general or specific waiver, in whole or in part, of the foregoing privileges or immunities, or the subject matter thereof.  Any inadvertent disclosure of such information is not intended to, nor shall it, constitute a waiver of the right to object to any use of such information, and any such disclosure shall be treated as specified in Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure.

6.      Plaintiffs object to, and will not answer, the Interrogatories to the extent that (a) they seek the premature disclosure of expert material subject to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, and/or (b) they seek disclosure of information concerning any person or entity whom Plaintiffs will not designate as an opinion or other witness at trial.

7.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they seek information that is equally accessible to Defendants as it is to Plaintiffs, or that has been provided by other parties or witnesses.

8.      Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they are cumulative to or duplicative of other Interrogatories.

9.      Plaintiffs object to, and will not answer, the Interrogatories to the extent that they seek confidential or proprietary business information and research.  Plaintiffs object to the purported definition of the terms "YOU" and "YOUR" because they are vague, ambiguous, overly broad, and unduly burdensome, as they seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible information. Responding further, Plaintiffs object to the inclusion of "employees, agents, attorneys, representatives, or any other person acting or purporting to act on her behalf or under her control" within this Definition to the extent it purports to encompass information that is protected by attorney-client privilege and/or work-product doctrine, or any other applicable privilege, protection, immunity, or rule.

10.     Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent they purport to require Plaintiffs to identify documents supportive of a response on the ground that any such information is subject to the attorney-client privilege and/or work product doctrine at this stage of this case.

11.     Plaintiffs object to the Interrogatories, including the Definitions and Instructions set forth therein, to the extent any one or more or all of them assume disputed facts or legal

conclusions. Any response or objection herein is without prejudice to this objection and Indirect Purchaser Plaintiffs' right to dispute such purported facts or legal conclusions.

## SPECIFIC OBJECTIONS AND RESPONSES

### INTERROGATORY NO. 1:

List every airline and route You have flown from 2015 to present, including any flights booked prior to the date of the Complaint, and indicate the following for each trip as reflected in the sample table below: (i) the date(s) of trip (MM/DD/YYYY); (ii) the date of booking; (iii) which airline(s) You flew or will fly; (iv) the route(s) (e.g., LGA to BOS) You flew or will fly including the airports You connected, or will connect, through, if applicable (e.g., DCA to LGA to BOS); (v) the reason for the trip (e.g., business or personal); (vi) how You booked the trip (e.g., airline website, search engine such as Google Flights or Kayak, or travel agent); (vii) the class of service (e.g., Coach, First Class); (viii) the total price of the flight(s); (ix) who paid (e.g., You, employer); and (x) whether You used points towards the trip (Y/N), and if so, how many points were used.

### SUPPLEMENTAL RESPONSE NO. 1:

In addition to their General Objections listed above, Plaintiffs object to Interrogatory No. 1 because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine. Plaintiffs also object to Interrogatory No. 1 because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waving the objections stated above, Plaintiff responds: See additional flight information below.

PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

| Booking Date | Travel Date(s) | Airline(s) | Route(s) | Reason for Trip | Booking Method | Class | Price | Who Paid | Points Used |
|---|---|---|---|---|---|---|---|---|---|
| 1/24/2014 | 3/4/2014 | Spirit | DTW-FLL-DTW | Personal | Spirit | Economy | $324.49 | Myself | No |
| 8/26/2015 | 8/31/2015-9/2/2015 | Spirit | DTW-MCI-DTW | Work | Expedia | Economy | $455 (flight & hotel) | Work | No |
| 11/29/2017 | 2/14/2018-2/21/2018 | Spirit | DTW-FLL-DTW | Personal | Spirit | Economy | $224.38 | Myself | No |
| 3/29/2018 | 5/9/2018-5/15/2018 | Spirit | DTW-ATL-DTW | Personal | Spirit | Economy | $122.10 | Myself | No |
| 11/3/2018 | 12/26/2018-12/31/2018 | Spirit | DTW-DEN-DTW | Personal | Spirit | Economy | $375.52 | Myself | No |
| 11/10/2018 | 2/16/2019-2/23/2019 | American | DTW-PBI-DTW | Personal | Expedia | Economy | $292.10 | Myself | No |
| 4/6/2019 | 5/10/2019-5/17/2019 | Spirit | DTW-JAX-DTW | Personal | Spirit | Economy | $155.58 | Myself | No |
| 12/25/2019 | 2/15/2020-2/22/2020 | Spirit | DTW-FLL-DTW | Personal | Spirit | Economy | $215.45 | Myself | No |
| 3/4/2020 | 5/23/2020-5/30/2020 | American | DTW-HHH-DTW | Personal | Travelong DDA | Economy | $146.70 | Myself | No |
| Unknown | 2/13/2021-2/20/2021 | Spirit | DTW-FLL-DTW | Personal | Hopper | Economy | $129.50 | Myself | No |
| 4/15/2021 | 5/22/2021 | Delta | DTW-HHH | Personal | Hopper | Economy | $328.20 | Myself | No |
| 2/26/2022 | 5/24/2022 | American | FNT-HHH | Personal | Unknown | Economy | $164.76 | Myself | No |
| 8/5/2022 | 11/3/2022-11/7/2022 | Spirit/ Frontier | DTW-TPA-DTW | Personal | Hopper | Economy | $368.42 | Myself | No |
| 1/10/2023 | 2/18/2023-2/25/2023 | Allegiant | FNT-FLL-FNT | Personal | Allegiant | Economy | $507.00 | Myself | No |
| 3/29/2023 | 5/14/2023 | American | DTW-HHH | Personal | Hopper | Economy | $212.38 | Myself | No |

## INTERROGATORY NO. 2:

For each route listed in Interrogatory No. 1, identify whether You have ever taken a different mode of transportation (e.g., driven or taken a train) since 2015 for that same route, when that trip occurred, and why You chose to travel by that method.

**SUPPLEMENTAL RESPONSE NO. 2:**

In addition to the General Objections listed above, Plaintiffs object to Interrogatory No. 2 because the term "different mode of transportation" is vague, ambiguous, and overly broad. Subject to and without waiving the objections stated above, Plaintiff responds: Plaintiff has driven from Fort Lauderdale once since 2015. Plaintiff drove due to price of flights and/or delays/cancellations.

Plaintiff drove round trip from Clarkston, Michigan to Hilton Head Island South Carolina 2015, 2016, 2017. Plaintiff drove due to price of flights and/or delays/cancellations. Plaintiff drove from Hilton Head Island, South Carolina to Clarkston, Michigan in May 2021, May 2022, May 2023.


Dated: July 20, 2023                 By:      _/s/ Lawrence Papale_____
                                              Lawrence G. Papale (SBN 67068)
                                              LAW OFFICES OF LAWRENCE G. PAPALE
                                              1308 Main Street, Suite 117
                                              St. Helena, CA 94574
                                              Telephone: (707) 963-1704
                                              Email: lgpapale@papalelaw.com


ADDITIONAL PLAINTIFFS' COUNSEL:

Joseph M. Alioto Jr. (SBN 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 398-3800
E-mail: joseph@aliotolegal.com

Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com

Josephine Alioto (SBN  282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com


## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on July 20, 2023.

_/s/ Lawrence Papale_____
Lawrence G. Papale

PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

## VERIFICATION

I , <u>TIMOTHY  NIEBOER</u> , hereby verify under the
penalty of perjury that I have read the foregoing Plaintiff's
Second Supplemental Responses and Objections to Defendants'
First Set of Interrogatories, and that the Responses are true to the
best of my knowledge as to facts pertaining to me, and upon
information and belief as to all other matters.


Executed at <u>CLARKSTON, MI</u> on July 18th 2023.

# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                          Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO**
**DEFENDANTS'**
**SECOND SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION** |
| | **SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF TIMOTHY NIEBOER** |
| **SET NUMBER:** | **TWO** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and subject to the objections stated in Plaintiff's Response to Defendants' Second Set of Interrogatories previously served on Defendants, Plaintiff hereby supplements Plaintiff's responses as set forth below.

**SUPPLEMENTAL RESPONSES**

**INTERROGATORY NO. 5:**

State whether You are, or have been in the last five (5) years, employed as a travel agent and, if so, identify (a) the agency or agencies at which You were or are employed; (b) the dates

Your employment began and concluded (if applicable) at each travel agency; (c) whether You have, or had, any ownership stake in, or right to receive non-salary income (*i.e.,* commission or performance bonus) from the travel agency or agencies at which You were previously or are currently employed; (d) each and every form of revenue or income You or Your agency received (*i.e.*, commission-based payments from airlines, fees charged to purchasers

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5**:

No.

(a)    N/A.

(b)    N/A.

(c)    N/A.

(d)    N/A.

**INTERROGATORY NO. 6**:

Identify each and every airport that You consider flying out of when traveling from Your primary residence or flying into when returning to Your primary residence.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6**:

Detroit Metro

Bishop airport

Traverse City airport

**INTERROGATORY NO. 7**:

Identify each and every distinct injury You allege that You will suffer as a result of the merger between JetBlue and Spirit.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7**:

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

The following response is submitted as a partial and not complete list of potential injury and this response may change as further information is received and analyzed by Plaintiff and Plaintiff's attorneys and experts.  The specific response set forth below is based upon information now known. Plaintiff has not yet completed discovery or preparation for trial in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific response.

This proposed acquisition is a substantial threat of harm and injury to all the Plaintiffs in that they will face higher fares, fewer flights, less consumer choice than they otherwise would have, and they would be threatened with the inability to use air travel at all.

The proposed acquisition constitutes a substantial threat of injury to these Plaintiffs because this acquisition may have the effect "substantially to lessen competition" and "tend to create a monopoly" in a "line of commerce" in a "section of the country" in violation of Section 7 of the Clayton Antitrust Act (15 U.S.C. § 18). In addition, the contract to eliminate Spirit constitutes a non-trivial transaction eliminating a significant rival, which is not a failing company, that eliminates a substantial and growing, cost-cutting competitor from the market.

In addition, JetBlue's elimination of Spirit will be virtually certain to cause substantial irreparable injury to Plaintiffs and to all consumers for domestic scheduled air passenger transportation services in the relevant geographic and product markets in that, among other reasons, Spirit, and the consumer choices that go with it, will be gone, and once gone, the harm would be irreparable.

Plaintiffs are threatened with the loss of (1) the distinctive services and in-flight experience offered by Spirit; (2) a reduction in customer choice; (3) a reduction in capacity and the curtailment of flights thereby creating higher prices and severe inconvenience to consumers;

and (4) ultimately, the loss of a vibrant, vigorous, and innovative fare-cutting competitor.  The elimination of Spirit will further substantially threaten to harm U.S. passengers through increases in the price of tickets, checked bags and flight change fees, translating to billions of dollars of harm to consumers annually, and further threatens to deprive passengers of the unique comfort, style, service and especially affordability offered by Spirit.

If Spirit is eliminated, Plaintiffs will sustain irreparable harm for which damages will be inadequate to compensate Plaintiffs in that the competition from a "price-disruptor" will be extirpated and customer choice for travel options eradicated.  The imagination and initiative of Spirit will be snuffed out; modern jets and expansion plans will be jettisoned; customer convenience and satisfaction will be disregarded.  Spirit's air service once lost cannot be restored.

This merger will result in higher travel fees and less flights available.

**INTERROGATORY NO. 8**:

Identify each and every "submarket" and "route" referred to at Paragraphs 7, 19, 59 and 84 of the Complaint. For avoidance of doubt, "submarket" and "route" are ascribed the same meanings as in the Complaint.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**:

The following city pairs constitute some, among many, submarkets for airline services in the United States.  This response is submitted as a partial and not complete list of potential submarkets and this response may change as further information is received and analyzed by Plaintiff and Plaintiff's attorneys and experts.  The specific response set forth below is based upon information now known. Plaintiff has not yet completed discovery or preparation for trial

in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific response.

| City Market 1 | City Market 2 |
|---|---|
| Aguadilla, PR | Raleigh/Durham, NC |
| Aguadilla, PR | Las Vegas, NV |
| Aguadilla, PR | Richmond, VA |
| Aguadilla, PR | Orlando, FL |
| Aguadilla, PR | Washington, DC (Metropolitan Area) |
| Aguadilla, PR | Los Angeles, CA (Metropolitan Area) |
| Aguadilla, PR | Minneapolis/St. Paul, MN |
| Aguadilla, PR | Chicago, IL |
| Aguadilla, PR | Kansas City, MO |
| Aguadilla, PR | New York City, NY (Metropolitan Area) |
| Aguadilla, PR | Charlotte, NC |
| Aguadilla, PR | Detroit, MI |
| Aguadilla, PR | New Orleans, LA |
| Aguadilla, PR | Milwaukee, WI |
| Aguadilla, PR | Tampa, FL (Metropolitan Area) |
| Aguadilla, PR | Houston, TX |
| Aguadilla, PR | Philadelphia, PA |
| Aguadilla, PR | Miami, FL (Metropolitan Area) |
| Atlanta, GA (Metropolitan Area) | New York City, NY (Metropolitan Area) |
| Atlanta, GA (Metropolitan Area) | Ponce, PR |
| Atlanta, GA (Metropolitan Area) | Aguadilla, PR |
| Austin, TX | New York City, NY (Metropolitan Area) |
| Austin, TX | Miami, FL (Metropolitan Area) |
| Austin, TX | Aguadilla, PR |
| Austin, TX | Ponce, PR |
| Boston, MA (Metropolitan Area) | Sacramento, CA |
| Boston, MA (Metropolitan Area) | Orlando, FL |
| Boston, MA (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Boston, MA (Metropolitan Area) | Tampa, FL (Metropolitan Area) |
| Boston, MA (Metropolitan Area) | New Orleans, LA |
| Boston, MA (Metropolitan Area) | San Diego, CA |
| Boston, MA (Metropolitan Area) | Las Vegas, NV |
| Boston, MA (Metropolitan Area) | Charlotte Amalie, VI |
| Boston, MA (Metropolitan Area) | Fort Myers, FL |
| Boston, MA (Metropolitan Area) | San Juan, PR |
| Boston, MA (Metropolitan Area) | Aguadilla, PR |

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

| | |
|---|---|
| Boston, MA (Metropolitan Area) | Christiansted, VI |
| Boston, MA (Metropolitan Area) | Ponce, PR |
| Chicago, IL | Ponce, PR |
| Cleveland, OH (Metropolitan Area) | San Juan, PR |
| Cleveland, OH (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Cleveland, OH (Metropolitan Area) | Aguadilla, PR |
| Dallas/Fort Worth, TX | New York City, NY (Metropolitan Area) |
| Dallas/Fort Worth, TX | Ponce, PR |
| Dallas/Fort Worth, TX | Aguadilla, PR |
| Denver, CO | San Juan, PR |
| Denver, CO | Aguadilla, PR |
| Detroit, MI | San Juan, PR |
| Detroit, MI | New York City, NY (Metropolitan Area) |
| Detroit, MI | Ponce, PR |
| Hartford, CT | Orlando, FL |
| Hartford, CT | Fort Myers, FL |
| Hartford, CT | Miami, FL (Metropolitan Area) |
| Hartford, CT | Tampa, FL (Metropolitan Area) |
| Hartford, CT | Charlotte Amalie, VI |
| Hartford, CT | San Juan, PR |
| Hartford, CT | Ponce, PR |
| Hartford, CT | Aguadilla, PR |
| Houston, TX | New York City, NY (Metropolitan Area) |
| Houston, TX | Ponce, PR |
| Kansas City, MO | Ponce, PR |
| Las Vegas, NV | San Juan, PR |
| Las Vegas, NV | Miami, FL (Metropolitan Area) |
| Las Vegas, NV | Los Angeles, CA (Metropolitan Area) |
| Las Vegas, NV | Ponce, PR |
| Los Angeles, CA (Metropolitan Area) | San Juan, PR |
| Miami, FL (Metropolitan Area) | San Diego, CA |
| Miami, FL (Metropolitan Area) | San Juan, PR |
| Miami, FL (Metropolitan Area) | Richmond, VA |
| Miami, FL (Metropolitan Area) | Raleigh/Durham, NC |
| Miami, FL (Metropolitan Area) | New Orleans, LA |
| Miami, FL (Metropolitan Area) | Los Angeles, CA (Metropolitan Area) |
| Miami, FL (Metropolitan Area) | Philadelphia, PA |
| Miami, FL (Metropolitan Area) | Charlotte Amalie, VI |
| Miami, FL (Metropolitan Area) | Ponce, PR |
| Milwaukee, WI | San Juan, PR |

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

| | |
|---|---|
| Milwaukee, WI | Ponce, PR |
| Minneapolis/St. Paul, MN | Ponce, PR |
| Nashville, TN | New York City, NY (Metropolitan Area) |
| Nashville, TN | San Juan, PR |
| Nashville, TN | Miami, FL (Metropolitan Area) |
| Nashville, TN | Ponce, PR |
| Nashville, TN | Aguadilla, PR |
| New Orleans, LA | San Juan, PR |
| New Orleans, LA | Ponce, PR |
| New York City, NY (Metropolitan Area) | Tampa, FL (Metropolitan Area) |
| New York City, NY (Metropolitan Area) | New Orleans, LA |
| New York City, NY (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| New York City, NY (Metropolitan Area) | Los Angeles, CA (Metropolitan Area) |
| New York City, NY (Metropolitan Area) | Las Vegas, NV |
| New York City, NY (Metropolitan Area) | Sacramento, CA |
| New York City, NY (Metropolitan Area) | Fort Myers, FL |
| New York City, NY (Metropolitan Area) | San Juan, PR |
| New York City, NY (Metropolitan Area) | Christiansted, VI |
| New York City, NY (Metropolitan Area) | Ponce, PR |
| Orlando, FL | New York City, NY (Metropolitan Area) |
| Orlando, FL | San Juan, PR |
| Orlando, FL | Richmond, VA |
| Orlando, FL | Charlotte Amalie, VI |
| Orlando, FL | Christiansted, VI |
| Orlando, FL | Salt Lake City, UT |
| Orlando, FL | Ponce, PR |
| Pensacola, FL | San Juan, PR |
| Philadelphia, PA | San Juan, PR |
| Phoenix, AZ | Miami, FL (Metropolitan Area) |
| Pittsburgh, PA | San Juan, PR |
| Ponce, PR | Raleigh/Durham, NC |
| Ponce, PR | Richmond, VA |
| Richmond, VA | San Juan, PR |
| Salt Lake City, UT | San Juan, PR |
| San Francisco, CA (Metropolitan Area) | Miami, FL (Metropolitan Area) |
| Tampa, FL (Metropolitan Area) | San Juan, PR |
| Tampa, FL (Metropolitan Area) | Charlotte Amalie, VI |
| Tampa, FL (Metropolitan Area) | Christiansted, VI |
| Washington, DC (Metropolitan Area) | Orlando, FL |
| Washington, DC (Metropolitan Area) | Miami, FL (Metropolitan Area) |

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

| Washington, DC (Metropolitan Area) | San Juan, PR |
| --- | --- |
| Washington, DC (Metropolitan Area) | Fort Myers, FL |
| Washington, DC (Metropolitan Area) | Charlotte Amalie, VI |
| Washington, DC (Metropolitan Area) | Christiansted, VI |
| Washington, DC (Metropolitan Area) | Ponce, PR |

In addition, the two airlines currently compete head-to-head on many routes.



**INTERROGATORY NO. 9**:

State whether You received a Litigation Hold Notice in this matter or were otherwise informed of an obligation to retain documents reasonably related to this lawsuit and, if so, state the date on which You received the Litigation Hold Notice or were so informed, by whom, and how that obligation was communicated.

**RESPONSE TO INTERROGATORY NO. 9**:

Plaintiff objects to this Interrogatory because it calls for the disclosure of privileged information, including without limitation, information subject to the attorney-client privilege and/or the work product doctrine.

Plaintiff further objects to the Request to the extent it is vague, ambiguous, overly broad, and unduly burdensome, as it seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**<ins>INTERROGATORY NO. 10</ins>**:

State each and every factual basis for Your allegations, including at Paragraph 100 of the Complaint, that the merger between Spirit and JetBlue will cause (a) lessened competition; (b) higher prices and/or ancillary fees; (c) lower industry capacity; and (d) lessened service, and Identify the manner in which the merger will cause those alleged outcomes.

**<ins>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10</ins>**:

The following response is submitted as a partial and not complete list of "(a) lessened competition; (b) higher prices and/or ancillary fees; (c) lower industry capacity; and (d) lessened service, and . . . the manner in which the merger will cause those alleged outcomes", and this response may change as further information is received and analyzed by Plaintiff and Plaintiff's attorneys and experts.  The specific response set forth below is based upon information now known. Plaintiff has not yet completed discovery or preparation for trial in this case, and, therefore, reserves the right to amend, modify, or supplement any general or specific response.

JetBlue's elimination of Spirit will be virtually certain to cause a lessening of competition since, among other reasons, Spirit, and the consumer choices that go with it, will be gone once the companies merge, and once gone, their competition will be inescapably lessened.

If Spirit is eliminated, Plaintiffs will sustain a lessening of competition in that the competition from a "price-disruptor" will be extirpated and customer choice for travel options eradicated.  The imagination and initiative of Spirit will be snuffed out; modern jets and expansion plans will be jettisoned; customer convenience and satisfaction will be disregarded. Spirit's air service once lost cannot be restored.

In addition, JetBlue's acquisition (1) threatens to derail Spirit's planned acquisition of additional aircraft, thereby lessening the passenger capacity of air traffic in the relevant markets; and (2) threatens to substantially reduce the work force of the two airlines through employee layoffs due to the elimination of competition.

Moreover, since existing trade barriers will effectively preclude the introduction of a new airline, there will likely be no new startup entrants into the airline market because new entrants would face significant barriers to success, including difficulty in obtaining access to gate facilities; difficulty in competing with the effects of corporate discount programs offered by dominant incumbents; difficulty due to customer loyalty to existing frequent flyer programs; difficulty of promoting an unknown brand; and the risk of aggressive responses to new entry by the dominant incumbent carriers. The former CEO of United testified that only an established airline could now enter the major markets in the United States.  Indeed, American's CEO Doug Parker further admitted that no new airline could enter the market because it would not even be able to cover its cost of capital.

Actual and potential competition between JetBlue and Spirit may be eliminated by the elimination of Spirit, a significant competitor in a non-trivial transaction, and  competition in general among other airlines may be lessened substantially because ticket prices and ancillary fees may be higher than they otherwise would be, because industry capacity may be lower than it

otherwise would be; and because service may be lessened.  One manner in which the merger will

lessen competition is by the potentially higher ticket prices and diminished service, the potential

elimination of a favored airline, fewer flights, less consumer choice than they otherwise would

have, and the inability of Plaintiffs to use air travel at all, as well as additional irreparable harm

for which damages will be inadequate to compensate Plaintiffs.

Dated: June 9, 2023     By:   _/s/ Joseph M. Alioto, Jr._

           Joseph M. Alioto Jr. (SBN 215544)
           ALIOTO LEGAL
           100 Pine Street, Suite 1250
           San Francisco, CA 94111
           Telephone: (415) 398-3800
           E-mail: joseph@aliotolegal.com

ADDITIONAL PLAINTIFF' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

Josephine Alioto (SBN  282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

## **VERIFICATION**

I, _____, hereby verify under the penalty of perjury that I have

read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' Second Set

of Interrogatories, and that the Responses are true to the best of my knowledge as to facts

pertaining to me, and upon information and belief as to all other matters.


Executed at _____ , _____, on June _____, 2023.


_____


## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties,

the foregoing document has been served on all counsel of record by electronic mail on

June 12, 2023.

/s/ *Lawrence Papale*
Lawrence G. Papale

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

Telephone: (415) 673-4800
Email: j.alioto@vccnfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com

## VERIFICATION

I, *TIMOTHY NIEBOER*, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' Second Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at *CLARKSTON*, *MICHIGAN*, on June *11*, 2023.

## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties,

the foregoing document has been served on all counsel of record by electronic mail on

June   , 2023.

/s/ *Lawrence Papale*
Lawrence G.

Papale

1

PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

**VERIFICATION**

I, *TIMOTHY NIEBOER*, hereby verify under the penalty of perjury that I have read the foregoing Plaintiff's Supplemental Responses and Objections to Defendants' Second Set of Interrogatories, and that the Responses are true to the best of my knowledge as to facts pertaining to me, and upon information and belief as to all other matters.

Executed at _CLARKSTON_, _MICHIGAN_, on June _11_, 2023.

EXHIBIT 9

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,

*Plaintiff*,

v.                                                    Civil Action No. 1:23-cv-10678-FDS

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

**PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
DEFENDANTS' SECOND SET OF INTERROGATORIES**

| | |
|---|---|
| **PROPOUNDING PARTIES:** | **JETBLUE AIRWAYS CORPORATION SPIRIT AIRLINES, INC.** |
| **RESPONDING PARTY:** | **PLAINTIFF TIMOTHY NIEBOER** |
| **SET NUMBER:** | **TWO (SECOND SUPPLEMENTAL)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and subject to the objections stated in Plaintiff's Responses to Defendants' Second Set of Interrogatories previously served on Defendants, Plaintiff hereby supplements Plaintiff's responses as set forth below.

**SECOND SUPPLEMENTAL RESPONSES**

**INTERROGATORY NO. 8**:

Identify each and every "submarket" and "route" referred to at Paragraphs 7, 19, 59 and 84 of the Complaint. For avoidance of doubt, "submarket" and "route" are ascribed the same meanings as in the Complaint.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8**:

Plaintiff reincorporates all prior responses to Interrogatory No. 8.   As stated in Plaintiff's earlier response, the city pairs provided prior were a partial and not complete list of potential submarkets. Plaintiff reserved the right to supplement as further information was received and analyzed by Plaintiff and Plaintiff's attorneys and experts.   Attached as **Exhibit A** is a list of city pairs and origin/destination airports responsive to this interrogatory.  Exhibit A is based upon further information that was provided by Plaintiffs' experts on or after July 28, 2023.

Dated: August 11, 2023                          By:   _/s/ Joseph M. Alioto, Jr._____

Joseph M. Alioto Jr. (SBN 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 398-3800
E-mail: joseph@aliotolegal.com

ADDITIONAL PLAINTIFFS' COUNSEL:

Lawrence G. Papale (SBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email: lgpapale@papalelaw.com

Robert J. Bonsignore (SBN 547880)
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

Lingel H. Winters, Esq. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
388 Market St. Suite 1300
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com


Josephine Alioto (SBN  282989)
THE VEEN FIRM
20 Haight Street
San Francisco CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC 154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net

Theresa Moore (SBN 99978)
LAW OFFICE OF THERESA D. MOORE PC
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone: (415) 613-1414
tmoore@aliotolaw.com


## CERTIFICATE OF SERVICE

The undersigned certifies that, pursuant to Fed. R. Civ. P. 5 and agreement of the parties, the foregoing document has been served on all counsel of record by electronic mail on August 11, 2023.

/s/ *Josephine L. Alioto*
Josephine L. Alioto

PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET TWO)

# EXHIBIT A

*Nonstop City Route Pairs*

Aguadilla, PR-Miami, FL (Metropolitan Area)
Aguadilla, PR-Orlando, FL
Atlanta, GA (Metropolitan Area)-Boston, MA (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Austin, TX-Los Angeles, CA (Metropolitan Area)
Austin, TX-Miami, FL (Metropolitan Area)
Austin, TX-New York City, NY (Metropolitan Area)
Boston, MA (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Boston, MA (Metropolitan Area)-Fort Myers, FL
Boston, MA (Metropolitan Area)-Las Vegas, NV
Boston, MA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Boston, MA (Metropolitan Area)-New Orleans, LA
Boston, MA (Metropolitan Area)-Orlando, FL
Boston, MA (Metropolitan Area)-San Juan, PR
Boston, MA (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Charlotte, NC-New York City, NY (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-Miami, FL (Metropolitan Area)
Dallas/Fort Worth, TX-New York City, NY (Metropolitan Area)
Detroit, MI-New York City, NY (Metropolitan Area)
Fort Myers, FL-Boston, MA (Metropolitan Area)
Fort Myers, FL-Hartford, CT
Fort Myers, FL-New York City, NY (Metropolitan Area)
Fort Myers, FL-Washington, DC (Metropolitan Area)
Hartford, CT-Fort Myers, FL
Hartford, CT-Miami, FL (Metropolitan Area)
Hartford, CT-Orlando, FL
Hartford, CT-Tampa, FL (Metropolitan Area)
Houston, TX-New York City, NY (Metropolitan Area)
Indianapolis, IN-New York City, NY (Metropolitan Area)
Las Vegas, NV-Boston, MA (Metropolitan Area)
Las Vegas, NV-Los Angeles, CA (Metropolitan Area)
Las Vegas, NV-Miami, FL (Metropolitan Area)
Las Vegas, NV-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Austin, TX
Los Angeles, CA (Metropolitan Area)-Las Vegas, NV
Los Angeles, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Salt Lake City, UT
Los Angeles, CA (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Aguadilla, PR
Miami, FL (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Austin, TX
Miami, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Cleveland, OH (Metropolitan Area)
Miami, FL (Metropolitan Area)-Hartford, CT
Miami, FL (Metropolitan Area)-Las Vegas, NV
Miami, FL (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Nashville, TN
Miami, FL (Metropolitan Area)-New Orleans, LA
Miami, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Miami, FL (Metropolitan Area)-Philadelphia, PA
Miami, FL (Metropolitan Area)-Phoenix, AZ
Miami, FL (Metropolitan Area)-Raleigh/Durham, NC
Miami, FL (Metropolitan Area)-Richmond, VA
Miami, FL (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Washington, DC (Metropolitan Area)
Nashville, TN-Miami, FL (Metropolitan Area)
Nashville, TN-New York City, NY (Metropolitan Area)
New Orleans, LA-Boston, MA (Metropolitan Area)
New Orleans, LA-Miami, FL (Metropolitan Area)
New Orleans, LA-New York City, NY (Metropolitan Area)
New York City, NY (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Austin, TX
New York City, NY (Metropolitan Area)-Dallas/Fort Worth, TX
New York City, NY (Metropolitan Area)-Detroit, MI
New York City, NY (Metropolitan Area)-Houston, TX
New York City, NY (Metropolitan Area)-Indianapolis, IN
New York City, NY (Metropolitan Area)-Las Vegas, NV
New York City, NY (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Miami, FL (Metropolitan Area)
New York City, NY (Metropolitan Area)-Nashville, TN
New York City, NY (Metropolitan Area)-New Orleans, LA
New York City, NY (Metropolitan Area)-Orlando, FL
New York City, NY (Metropolitan Area)-Pittsburgh, PA

*Nonstop City Route Pairs*

New York City, NY (Metropolitan Area)-San Juan, PR
New York City, NY (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Orlando, FL-Aguadilla, PR
Orlando, FL-Boston, MA (Metropolitan Area)
Orlando, FL-Hartford, CT
Orlando, FL-New York City, NY (Metropolitan Area)
Orlando, FL-Ponce, PR
Orlando, FL-Richmond, VA
Orlando, FL-Salt Lake City, UT
Orlando, FL-San Juan, PR
Orlando, FL-Washington, DC (Metropolitan Area)
Philadelphia, PA-Miami, FL (Metropolitan Area)
Phoenix, AZ-Miami, FL (Metropolitan Area)
Pittsburgh, PA-New York City, NY (Metropolitan Area)
Ponce, PR-Orlando, FL
Raleigh/Durham, NC-Miami, FL (Metropolitan Area)
Richmond, VA-Miami, FL (Metropolitan Area)
Richmond, VA-Orlando, FL
Salt Lake City, UT-Los Angeles, CA (Metropolitan Area)
Salt Lake City, UT-Orlando, FL
San Francisco, CA (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
San Juan, PR-Boston, MA (Metropolitan Area)
San Juan, PR-Miami, FL (Metropolitan Area)
San Juan, PR-New York City, NY (Metropolitan Area)
San Juan, PR-Orlando, FL
San Juan, PR-Tampa, FL (Metropolitan Area)
San Juan, PR-Washington, DC (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Hartford, CT
Tampa, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Tampa, FL (Metropolitan Area)-San Juan, PR
Washington, DC (Metropolitan Area)-Fort Myers, FL
Washington, DC (Metropolitan Area)-Miami, FL (Metropolitan Area)
Washington, DC (Metropolitan Area)-Orlando, FL
Washington, DC (Metropolitan Area)-San Juan, PR

*City Route Pair (Nonstop + 1)*

**City Pair**

Aguadilla, PR-Atlanta, GA (Metropolitan Area)
Aguadilla, PR-Austin, TX
Aguadilla, PR-Boston, MA (Metropolitan Area)
Aguadilla, PR-Chicago, IL
Aguadilla, PR-Dallas/Fort Worth, TX
Aguadilla, PR-Denver, CO
Aguadilla, PR-Detroit, MI
Aguadilla, PR-Hartford, CT
Aguadilla, PR-Houston, TX
Aguadilla, PR-Kansas City, MO
Aguadilla, PR-Las Vegas, NV
Aguadilla, PR-Los Angeles, CA (Metropolitan Area)
Aguadilla, PR-Miami, FL (Metropolitan Area)
Aguadilla, PR-Milwaukee, WI
Aguadilla, PR-Minneapolis/St. Paul, MN
Aguadilla, PR-Nashville, TN
Aguadilla, PR-New Orleans, LA
Aguadilla, PR-New York City, NY (Metropolitan Area)
Aguadilla, PR-Orlando, FL
Aguadilla, PR-Phoenix, AZ
Aguadilla, PR-Raleigh/Durham, NC
Aguadilla, PR-Richmond, VA
Aguadilla, PR-Rochester, NY
Aguadilla, PR-Salt Lake City, UT
Aguadilla, PR-San Antonio, TX
Aguadilla, PR-Tampa, FL (Metropolitan Area)
Aguadilla, PR-Washington, DC (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Aguadilla, PR
Atlanta, GA (Metropolitan Area)-Boston, MA (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Atlanta, GA (Metropolitan Area)-Ponce, PR
Atlanta, GA (Metropolitan Area)-San Juan, PR

*City Route Pair (Nonstop + 1)*

Austin, TX-Aguadilla, PR
Austin, TX-Los Angeles, CA (Metropolitan Area)
Austin, TX-Miami, FL (Metropolitan Area)
Austin, TX-New York City, NY (Metropolitan Area)
Austin, TX-Ponce, PR
Austin, TX-Richmond, VA
Austin, TX-San Juan, PR
Boston, MA (Metropolitan Area)-Aguadilla, PR
Boston, MA (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Boston, MA (Metropolitan Area)-Charlotte Amalie, VI
Boston, MA (Metropolitan Area)-Christiansted, VI
Boston, MA (Metropolitan Area)-Fort Myers, FL
Boston, MA (Metropolitan Area)-Houston, TX
Boston, MA (Metropolitan Area)-Las Vegas, NV
Boston, MA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Boston, MA (Metropolitan Area)-New Orleans, LA
Boston, MA (Metropolitan Area)-Orlando, FL
Boston, MA (Metropolitan Area)-Pensacola, FL
Boston, MA (Metropolitan Area)-Ponce, PR
Boston, MA (Metropolitan Area)-San Juan, PR
Boston, MA (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Charlotte Amalie, VI-Boston, MA (Metropolitan Area)
Charlotte Amalie, VI-Hartford, CT
Charlotte Amalie, VI-Los Angeles, CA (Metropolitan Area)
Charlotte Amalie, VI-Miami, FL (Metropolitan Area)
Charlotte Amalie, VI-Orlando, FL
Charlotte Amalie, VI-Tampa, FL (Metropolitan Area)
Charlotte Amalie, VI-Washington, DC (Metropolitan Area)
Chicago, IL-Aguadilla, PR
Chicago, IL-Ponce, PR
Chicago, IL-San Juan, PR
Christiansted, VI-Boston, MA (Metropolitan Area)
Christiansted, VI-Hartford, CT
Christiansted, VI-New York City, NY (Metropolitan Area)
Christiansted, VI-Orlando, FL
Christiansted, VI-Tampa, FL (Metropolitan Area)
Christiansted, VI-Washington, DC (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-Miami, FL (Metropolitan Area)
Cleveland, OH (Metropolitan Area)-San Juan, PR
Dallas/Fort Worth, TX-Aguadilla, PR
Dallas/Fort Worth, TX-New York City, NY (Metropolitan Area)
Dallas/Fort Worth, TX-San Juan, PR
Denver, CO-Aguadilla, PR
Denver, CO-San Juan, PR
Detroit, MI-Aguadilla, PR
Detroit, MI-New York City, NY (Metropolitan Area)
Detroit, MI-Ponce, PR
Detroit, MI-San Juan, PR
Fort Myers, FL-Boston, MA (Metropolitan Area)
Fort Myers, FL-Hartford, CT
Fort Myers, FL-Las Vegas, NV
Fort Myers, FL-New York City, NY (Metropolitan Area)
Fort Myers, FL-Washington, DC (Metropolitan Area)
Hartford, CT-Aguadilla, PR
Hartford, CT-Charlotte Amalie, VI
Hartford, CT-Fort Myers, FL
Hartford, CT-Miami, FL (Metropolitan Area)
Hartford, CT-Orlando, FL
Hartford, CT-Ponce, PR
Hartford, CT-San Juan, PR
Hartford, CT-Tampa, FL (Metropolitan Area)
Houston, TX-Aguadilla, PR
Houston, TX-Boston, MA (Metropolitan Area)
Houston, TX-New York City, NY (Metropolitan Area)
Houston, TX-Ponce, PR
Indianapolis, IN-New York City, NY (Metropolitan Area)
Kansas City, MO-Aguadilla, PR
Kansas City, MO-Miami, FL (Metropolitan Area)
Kansas City, MO-San Juan, PR
Las Vegas, NV-Aguadilla, PR
Las Vegas, NV-Boston, MA (Metropolitan Area)
Las Vegas, NV-Fort Myers, FL
Las Vegas, NV-Los Angeles, CA (Metropolitan Area)
Las Vegas, NV-Miami, FL (Metropolitan Area)
Las Vegas, NV-New York City, NY (Metropolitan Area)
Las Vegas, NV-Ponce, PR
Las Vegas, NV-Richmond, VA

Appendix 3, Table A3.1

*City Route Pair (Nonstop + 1)*

Las Vegas, NV-San Juan, PR
Los Angeles, CA (Metropolitan Area)-Aguadilla, PR
Los Angeles, CA (Metropolitan Area)-Austin, TX
Los Angeles, CA (Metropolitan Area)-Charlotte Amalie, VI
Los Angeles, CA (Metropolitan Area)-Las Vegas, NV
Los Angeles, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-Orlando, FL
Los Angeles, CA (Metropolitan Area)-Salt Lake City, UT
Los Angeles, CA (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Los Angeles, CA (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Aguadilla, PR
Miami, FL (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Austin, TX
Miami, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Charlotte Amalie, VI
Miami, FL (Metropolitan Area)-Cleveland, OH (Metropolitan Area)
Miami, FL (Metropolitan Area)-Hartford, CT
Miami, FL (Metropolitan Area)-Kansas City, MO
Miami, FL (Metropolitan Area)-Las Vegas, NV
Miami, FL (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-Milwaukee, WI
Miami, FL (Metropolitan Area)-Nashville, TN
Miami, FL (Metropolitan Area)-New Orleans, LA
Miami, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Miami, FL (Metropolitan Area)-Philadelphia, PA
Miami, FL (Metropolitan Area)-Phoenix, AZ
Miami, FL (Metropolitan Area)-Ponce, PR
Miami, FL (Metropolitan Area)-Portland, OR
Miami, FL (Metropolitan Area)-Raleigh/Durham, NC
Miami, FL (Metropolitan Area)-Reno, NV
Miami, FL (Metropolitan Area)-Richmond, VA
Miami, FL (Metropolitan Area)-Sacramento, CA
Miami, FL (Metropolitan Area)-San Diego, CA
Miami, FL (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Miami, FL (Metropolitan Area)-San Juan, PR
Miami, FL (Metropolitan Area)-Washington, DC (Metropolitan Area)
Milwaukee, WI-Miami, FL (Metropolitan Area)
Milwaukee, WI-San Juan, PR
Minneapolis/St. Paul, MN-Aguadilla, PR
Minneapolis/St. Paul, MN-Ponce, PR
Minneapolis/St. Paul, MN-San Juan, PR
Nashville, TN-Aguadilla, PR
Nashville, TN-Miami, FL (Metropolitan Area)
Nashville, TN-New York City, NY (Metropolitan Area)
Nashville, TN-Ponce, PR
Nashville, TN-San Juan, PR
New Orleans, LA-Aguadilla, PR
New Orleans, LA-Boston, MA (Metropolitan Area)
New Orleans, LA-Miami, FL (Metropolitan Area)
New Orleans, LA-New York City, NY (Metropolitan Area)
New Orleans, LA-Ponce, PR
New Orleans, LA-San Juan, PR
New York City, NY (Metropolitan Area)-Aguadilla, PR
New York City, NY (Metropolitan Area)-Atlanta, GA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Austin, TX
New York City, NY (Metropolitan Area)-Christiansted, VI
New York City, NY (Metropolitan Area)-Dallas/Fort Worth, TX
New York City, NY (Metropolitan Area)-Detroit, MI
New York City, NY (Metropolitan Area)-Houston, TX
New York City, NY (Metropolitan Area)-Indianapolis, IN
New York City, NY (Metropolitan Area)-Las Vegas, NV
New York City, NY (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-Miami, FL (Metropolitan Area)
New York City, NY (Metropolitan Area)-Nashville, TN
New York City, NY (Metropolitan Area)-New Orleans, LA
New York City, NY (Metropolitan Area)-Orlando, FL
New York City, NY (Metropolitan Area)-Pittsburgh, PA
New York City, NY (Metropolitan Area)-Reno, NV
New York City, NY (Metropolitan Area)-Sacramento, CA
New York City, NY (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
New York City, NY (Metropolitan Area)-San Juan, PR
New York City, NY (Metropolitan Area)-Tampa, FL (Metropolitan Area)
Orlando, FL-Aguadilla, PR
Orlando, FL-Boston, MA (Metropolitan Area)
Orlando, FL-Charlotte Amalie, VI
Orlando, FL-Christiansted, VI
Orlando, FL-Hartford, CT

*City Route Pair (Nonstop + 1)*

Orlando, FL-Los Angeles, CA (Metropolitan Area)
Orlando, FL-New York City, NY (Metropolitan Area)
Orlando, FL-Ponce, PR
Orlando, FL-Reno, NV
Orlando, FL-Richmond, VA
Orlando, FL-Rochester, NY
Orlando, FL-Salt Lake City, UT
Orlando, FL-San Juan, PR
Orlando, FL-Washington, DC (Metropolitan Area)
Pensacola, FL-Boston, MA (Metropolitan Area)
Pensacola, FL-San Juan, PR
Philadelphia, PA-Aguadilla, PR
Philadelphia, PA-Miami, FL (Metropolitan Area)
Phoenix, AZ-Aguadilla, PR
Phoenix, AZ-Miami, FL (Metropolitan Area)
Pittsburgh, PA-New York City, NY (Metropolitan Area)
Pittsburgh, PA-San Juan, PR
Ponce, PR-Atlanta, GA (Metropolitan Area)
Ponce, PR-Austin, TX
Ponce, PR-Boston, MA (Metropolitan Area)
Ponce, PR-Chicago, IL
Ponce, PR-Dallas/Fort Worth, TX
Ponce, PR-Detroit, MI
Ponce, PR-Hartford, CT
Ponce, PR-Houston, TX
Ponce, PR-Kansas City, MO
Ponce, PR-Las Vegas, NV
Ponce, PR-Miami, FL (Metropolitan Area)
Ponce, PR-Milwaukee, WI
Ponce, PR-Nashville, TN
Ponce, PR-New Orleans, LA
Ponce, PR-Orlando, FL
Ponce, PR-Richmond, VA
Ponce, PR-Washington, DC (Metropolitan Area)
Portland, OR-Miami, FL (Metropolitan Area)
Raleigh/Durham, NC-Aguadilla, PR
Raleigh/Durham, NC-Miami, FL (Metropolitan Area)
Raleigh/Durham, NC-Ponce, PR
Raleigh/Durham, NC-San Juan, PR
Reno, NV-Atlanta, GA (Metropolitan Area)
Reno, NV-Cleveland, OH (Metropolitan Area)
Reno, NV-New York City, NY (Metropolitan Area)
Reno, NV-Orlando, FL
Reno, NV-Tampa, FL (Metropolitan Area)
Richmond, VA-Aguadilla, PR
Richmond, VA-Miami, FL (Metropolitan Area)
Richmond, VA-Orlando, FL
Richmond, VA-San Juan, PR
Rochester, NY-Aguadilla, PR
Rochester, NY-Orlando, FL
Rochester, NY-San Juan, PR
Sacramento, CA-Boston, MA (Metropolitan Area)
Sacramento, CA-Cleveland, OH (Metropolitan Area)
Sacramento, CA-Miami, FL (Metropolitan Area)
Sacramento, CA-New York City, NY (Metropolitan Area)
Sacramento, CA-Tampa, FL (Metropolitan Area)
Salt Lake City, UT-Aguadilla, PR
Salt Lake City, UT-Cleveland, OH (Metropolitan Area)
Salt Lake City, UT-Hartford, CT
Salt Lake City, UT-Los Angeles, CA (Metropolitan Area)
Salt Lake City, UT-Orlando, FL
Salt Lake City, UT-San Juan, PR
San Antonio, TX-Aguadilla, PR
San Antonio, TX-San Juan, PR
San Diego, CA-Miami, FL (Metropolitan Area)
San Diego, CA-Pittsburgh, PA
San Francisco, CA (Metropolitan Area)-Los Angeles, CA (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-Miami, FL (Metropolitan Area)
San Francisco, CA (Metropolitan Area)-New York City, NY (Metropolitan Area)
San Juan, PR-Atlanta, GA (Metropolitan Area)
San Juan, PR-Austin, TX
San Juan, PR-Boston, MA (Metropolitan Area)
San Juan, PR-Chicago, IL
San Juan, PR-Cleveland, OH (Metropolitan Area)
San Juan, PR-Dallas/Fort Worth, TX
San Juan, PR-Denver, CO
San Juan, PR-Detroit, MI
San Juan, PR-Hartford, CT

*City Route Pair (Nonstop + 1)*

San Juan, PR-Kansas City, MO
San Juan, PR-Las Vegas, NV
San Juan, PR-Los Angeles, CA (Metropolitan Area)
San Juan, PR-Miami, FL (Metropolitan Area)
San Juan, PR-Milwaukee, WI
San Juan, PR-Minneapolis/St. Paul, MN
San Juan, PR-Nashville, TN
San Juan, PR-New Orleans, LA
San Juan, PR-New York City, NY (Metropolitan Area)
San Juan, PR-Orlando, FL
San Juan, PR-Pensacola, FL
San Juan, PR-Pittsburgh, PA
San Juan, PR-Raleigh/Durham, NC
San Juan, PR-Richmond, VA
San Juan, PR-Rochester, NY
San Juan, PR-Salt Lake City, UT
San Juan, PR-Tampa, FL (Metropolitan Area)
San Juan, PR-Washington, DC (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Aguadilla, PR
Tampa, FL (Metropolitan Area)-Boston, MA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Charlotte Amalie, VI
Tampa, FL (Metropolitan Area)-Christiansted, VI
Tampa, FL (Metropolitan Area)-Hartford, CT
Tampa, FL (Metropolitan Area)-New York City, NY (Metropolitan Area)
Tampa, FL (Metropolitan Area)-Reno, NV
Tampa, FL (Metropolitan Area)-Sacramento, CA
Tampa, FL (Metropolitan Area)-San Francisco, CA (Metropolitan Area)
Tampa, FL (Metropolitan Area)-San Juan, PR
Washington, DC (Metropolitan Area)-Aguadilla, PR
Washington, DC (Metropolitan Area)-Charlotte Amalie, VI
Washington, DC (Metropolitan Area)-Christiansted, VI
Washington, DC (Metropolitan Area)-Fort Myers, FL
Washington, DC (Metropolitan Area)-Miami, FL (Metropolitan Area)
Washington, DC (Metropolitan Area)-Orlando, FL
Washington, DC (Metropolitan Area)-Ponce, PR
Washington, DC (Metropolitan Area)-San Juan, PR

*Spirit Only (No ULCCs) Route Pairs*

| Origin | Destination |
| --- | --- |
| Aguadilla, PR: Rafael Hernandez | Philadelphia, PA: Philadelphia International |
| Akron, OH: Akron-Canton Regional | Orlando, FL: Orlando International |
| Akron, OH: Akron-Canton Regional | Myrtle Beach, SC: Myrtle Beach International |
| Akron, OH: Akron-Canton Regional | Fort Myers, FL: Southwest Florida International |
| Akron, OH: Akron-Canton Regional | Tampa, FL: Tampa International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Atlantic City, NJ: Atlantic City International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Los Angeles, CA: Los Angeles International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Minneapolis, MN: Minneapolis-St Paul International |
| Atlantic City, NJ: Atlantic City International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Atlantic City, NJ: Atlantic City International | Boston, MA: Logan International |
| Atlantic City, NJ: Atlantic City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Atlantic City, NJ: Atlantic City International | Orlando, FL: Orlando International |
| Atlantic City, NJ: Atlantic City International | Miami, FL: Miami International |
| Atlantic City, NJ: Atlantic City International | Myrtle Beach, SC: Myrtle Beach International |
| Atlantic City, NJ: Atlantic City International | West Palm Beach/Palm Beach, FL: Palm Beach Inter |
| Atlantic City, NJ: Atlantic City International | Fort Myers, FL: Southwest Florida International |
| Atlantic City, NJ: Atlantic City International | San Juan, PR: Luis Munoz Marin International |
| Atlantic City, NJ: Atlantic City International | Tampa, FL: Tampa International |
| Austin, TX: Austin – Bergstrom International | Orlando, FL: Orlando International |
| Baltimore, MD: Baltimore/Washington Internationa | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Baltimore, MD: Baltimore/Washington Internationa | Detroit, MI: Detroit Metro Wayne County |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Baltimore, MD: Baltimore/Washington Internationa | Houston, TX: George Bush Intercontinental/Housto |
| Baltimore, MD: Baltimore/Washington Internationa | Los Angeles, CA: Los Angeles International |
| Baltimore, MD: Baltimore/Washington Internationa | New Orleans, LA: Louis Armstrong New Orleans Int |
| Baltimore, MD: Baltimore/Washington Internationa | Myrtle Beach, SC: Myrtle Beach International |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Myers, FL: Southwest Florida International |
| Baltimore, MD: Baltimore/Washington Internationa | San Juan, PR: Luis Munoz Marin International |
| Baltimore, MD: Baltimore/Washington Internationa | Tampa, FL: Tampa International |
| Boston, MA: Logan International | Atlantic City, NJ: Atlantic City International |
| Boston, MA: Logan International | Myrtle Beach, SC: Myrtle Beach International |
| Charleston/Dunbar, WV: West Virginia Internation | Orlando, FL: Orlando International |
| Charleston/Dunbar, WV: West Virginia Internation | Myrtle Beach, SC: Myrtle Beach International |
| Charlotte Amalie, VI: Cyril E King | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Miami, FL: Miami International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Chicago, IL: Chicago O'Hare International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Chicago, IL: Chicago O'Hare International | Houston, TX: George Bush Intercontinental/Housto |
| Chicago, IL: Chicago O'Hare International | Los Angeles, CA: Los Angeles International |
| Chicago, IL: Chicago O'Hare International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Chicago, IL: Chicago O'Hare International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Oakland, CA: Metro Oakland International |
| Chicago, IL: Chicago O'Hare International | Louisville, KY: Louisville Muhammad Ali Internat |
| Christiansted, VI: Henry E. Rohlsen | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Cleveland, OH: Cleveland-Hopkins International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Cleveland, OH: Cleveland-Hopkins International | Los Angeles, CA: Los Angeles International |
| Cleveland, OH: Cleveland-Hopkins International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Cleveland, OH: Cleveland-Hopkins International | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Columbus, OH: John Glenn Columbus International | Las Vegas, NV: Harry Reid International |
| Columbus, OH: John Glenn Columbus International | Los Angeles, CA: Los Angeles International |
| Columbus, OH: John Glenn Columbus International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Columbus, OH: John Glenn Columbus International | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Fort Myers, FL: Southwest Florida International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Baltimore, MD: Baltimore/Washington Internationa |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Cleveland, OH: Cleveland-Hopkins International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Detroit, MI: Detroit Metro Wayne County |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Los Angeles, CA: Los Angeles International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | New Orleans, LA: Louis Armstrong New Orleans Int |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Myrtle Beach, SC: Myrtle Beach International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Chicago, IL: Chicago O'Hare International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Pensacola, FL: Pensacola International |
| Denver, CO: Denver International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Denver, CO: Denver International | Los Angeles, CA: Los Angeles International |
| Detroit, MI: Detroit Metro Wayne County | Baltimore, MD: Baltimore/Washington Internationa |
| Detroit, MI: Detroit Metro Wayne County | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Detroit, MI: Detroit Metro Wayne County | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Detroit, MI: Detroit Metro Wayne County | Houston, TX: George Bush Intercontinental/Housto |
| Detroit, MI: Detroit Metro Wayne County | Los Angeles, CA: Los Angeles International |
| Detroit, MI: Detroit Metro Wayne County | Minneapolis, MN: Minneapolis-St Paul Internation |
| Detroit, MI: Detroit Metro Wayne County | New Orleans, LA: Louis Armstrong New Orleans Int |
| Detroit, MI: Detroit Metro Wayne County | Myrtle Beach, SC: Myrtle Beach International |
| Detroit, MI: Detroit Metro Wayne County | Oakland, CA: Metro Oakland International |
| Detroit, MI: Detroit Metro Wayne County | Philadelphia, PA: Philadelphia International |
| Detroit, MI: Detroit Metro Wayne County | Fort Myers, FL: Southwest Florida International |
| Detroit, MI: Detroit Metro Wayne County | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Atlantic City, NJ: Atlantic City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Columbus, OH: John Glenn Columbus International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Denver, CO: Denver International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Detroit, MI: Detroit Metro Wayne County |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Houston, TX: George Bush Intercontinental/Housto |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Latrobe, PA: Arnold Palmer Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Kansas City, MO: Kansas City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Manchester, NH: Manchester Boston Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Milwaukee, WI: General Mitchell International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Myrtle Beach, SC: Myrtle Beach International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pittsburgh, PA: Pittsburgh International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pensacola, FL: Pensacola International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte Amalie, VI: Cyril E King |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Christiansted, VI: Henry E. Rohlsen |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Tampa, FL: Tampa International |
| Fort Myers, FL: Southwest Florida International | Atlantic City, NJ: Atlantic City International |
| Fort Myers, FL: Southwest Florida International | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Myers, FL: Southwest Florida International | Akron, OH: Akron-Canton Regional |
| Fort Myers, FL: Southwest Florida International | Columbus, OH: John Glenn Columbus International |
| Fort Myers, FL: Southwest Florida International | Detroit, MI: Detroit Metro Wayne County |
| Fort Myers, FL: Southwest Florida International | Latrobe, PA: Arnold Palmer Regional |
| Fort Myers, FL: Southwest Florida International | Kansas City, MO: Kansas City International |
| Fort Myers, FL: Southwest Florida International | Manchester, NH: Manchester Boston Regional |
| Fort Myers, FL: Southwest Florida International | Pittsburgh, PA: Pittsburgh International |
| Fort Myers, FL: Southwest Florida International | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Myers, FL: Southwest Florida International | St. Louis, MO: St Louis Lambert International |
| Hartford, CT: Bradley International | Myrtle Beach, SC: Myrtle Beach International |
| Houston, TX: George Bush Intercontinental/Housto | Baltimore, MD: Baltimore/Washington Internationa |
| Houston, TX: George Bush Intercontinental/Housto | Detroit, MI: Detroit Metro Wayne County |
| Houston, TX: George Bush Intercontinental/Housto | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Houston, TX: George Bush Intercontinental/Housto | Los Angeles, CA: Los Angeles International |

***Spirit Only (No ULCCs) Route Pairs***

| | |
|---|---|
| Houston, TX: George Bush Intercontinental/Housto | Miami, FL: Miami International |
| Houston, TX: George Bush Intercontinental/Housto | New Orleans, LA: Louis Armstrong New Orleans Int |
| Houston, TX: George Bush Intercontinental/Housto | Chicago, IL: Chicago O'Hare International |
| Houston, TX: George Bush Intercontinental/Housto | San Diego, CA: San Diego International |
| Houston, TX: George Bush Intercontinental/Housto | Tampa, FL: Tampa International |
| Indianapolis, IN: Indianapolis International | Newark, NJ: Newark Liberty International |
| Indianapolis, IN: Indianapolis International | Tampa, FL: Tampa International |
| Kansas City, MO: Kansas City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Kansas City, MO: Kansas City International | Los Angeles, CA: Los Angeles International |
| Kansas City, MO: Kansas City International | Myrtle Beach, SC: Myrtle Beach International |
| Kansas City, MO: Kansas City International | Phoenix, AZ: Phoenix Sky Harbor International |
| Kansas City, MO: Kansas City International | Fort Myers, FL: Southwest Florida International |
| Kansas City, MO: Kansas City International | Tampa, FL: Tampa International |
| Las Vegas, NV: Harry Reid International | Columbus, OH: John Glenn Columbus International |
| Las Vegas, NV: Harry Reid International | Pittsburgh, PA: Pittsburgh International |
| Latrobe, PA: Arnold Palmer Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Latrobe, PA: Arnold Palmer Regional | Orlando, FL: Orlando International |
| Latrobe, PA: Arnold Palmer Regional | Myrtle Beach, SC: Myrtle Beach International |
| Latrobe, PA: Arnold Palmer Regional | Fort Myers, FL: Southwest Florida International |
| Latrobe, PA: Arnold Palmer Regional | Tampa, FL: Tampa International |
| Los Angeles, CA: Los Angeles International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Los Angeles, CA: Los Angeles International | Nashville, TN: Nashville International |
| Los Angeles, CA: Los Angeles International | Baltimore, MD: Baltimore/Washington Internationa |
| Los Angeles, CA: Los Angeles International | Cleveland, OH: Cleveland-Hopkins International |
| Los Angeles, CA: Los Angeles International | Columbus, OH: John Glenn Columbus International |
| Los Angeles, CA: Los Angeles International | Denver, CO: Denver International |
| Los Angeles, CA: Los Angeles International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Los Angeles, CA: Los Angeles International | Detroit, MI: Detroit Metro Wayne County |
| Los Angeles, CA: Los Angeles International | Houston, TX: George Bush Intercontinental/Housto |
| Los Angeles, CA: Los Angeles International | New York, NY: LaGuardia |
| Los Angeles, CA: Los Angeles International | Kansas City, MO: Kansas City International |
| Los Angeles, CA: Los Angeles International | Milwaukee, WI: General Mitchell International |
| Los Angeles, CA: Los Angeles International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Los Angeles, CA: Los Angeles International | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Chicago, IL: Chicago O'Hare International |
| Los Angeles, CA: Los Angeles International | Philadelphia, PA: Philadelphia International |
| Los Angeles, CA: Los Angeles International | Pittsburgh, PA: Pittsburgh International |
| Los Angeles, CA: Los Angeles International | Louisville, KY: Louisville Muhammad Ali Internat |
| Los Angeles, CA: Los Angeles International | St. Louis, MO: St Louis Lambert International |
| Louisville, KY: Louisville Muhammad Ali Internat | Baltimore, MD: Baltimore/Washington Internationa |
| Louisville, KY: Louisville Muhammad Ali Internat | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Newark, NJ: Newark Liberty International |
| Louisville, KY: Louisville Muhammad Ali Internat | Los Angeles, CA: Los Angeles International |
| Louisville, KY: Louisville Muhammad Ali Internat | Chicago, IL: Chicago O'Hare International |
| Louisville, KY: Louisville Muhammad Ali Internat | Fort Myers, FL: Southwest Florida International |
| Louisville, KY: Louisville Muhammad Ali Internat | Tampa, FL: Tampa International |
| Manchester, NH: Manchester Boston Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Manchester, NH: Manchester Boston Regional | Orlando, FL: Orlando International |
| Manchester, NH: Manchester Boston Regional | Myrtle Beach, SC: Myrtle Beach International |
| Manchester, NH: Manchester Boston Regional | Fort Myers, FL: Southwest Florida International |
| Manchester, NH: Manchester Boston Regional | Tampa, FL: Tampa International |
| Miami, FL: Miami International | Atlantic City, NJ: Atlantic City International |
| Miami, FL: Miami International | Charlotte, NC: Charlotte Douglas International |
| Miami, FL: Miami International | Houston, TX: George Bush Intercontinental/Housto |
| Miami, FL: Miami International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Miami, FL: Miami International | Myrtle Beach, SC: Myrtle Beach International |
| Milwaukee, WI: General Mitchell International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Milwaukee, WI: General Mitchell International | Los Angeles, CA: Los Angeles International |
| Milwaukee, WI: General Mitchell International | Myrtle Beach, SC: Myrtle Beach International |
| Minneapolis, MN: Minneapolis-St Paul International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Minneapolis, MN: Minneapolis-St Paul International | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Atlantic City, NJ: Atlantic City International |
| Myrtle Beach, SC: Myrtle Beach International | Hartford, CT: Bradley International |
| Myrtle Beach, SC: Myrtle Beach International | Boston, MA: Logan International |
| Myrtle Beach, SC: Myrtle Beach International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Akron, OH: Akron-Canton Regional |
| Myrtle Beach, SC: Myrtle Beach International | Cleveland, OH: Cleveland-Hopkins International |
| Myrtle Beach, SC: Myrtle Beach International | Columbus, OH: John Glenn Columbus International |
| Myrtle Beach, SC: Myrtle Beach International | Charleston/Dunbar, WV: West Virginia Internation |
| Myrtle Beach, SC: Myrtle Beach International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Myrtle Beach, SC: Myrtle Beach International | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Newark, NJ: Newark Liberty International |
| Myrtle Beach, SC: Myrtle Beach International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Niagara Falls, NY: Niagara Falls International |
| Myrtle Beach, SC: Myrtle Beach International | Houston, TX: George Bush Intercontinental/Housto |
| Myrtle Beach, SC: Myrtle Beach International | Latrobe, PA: Arnold Palmer Regional |
| Myrtle Beach, SC: Myrtle Beach International | New York, NY: LaGuardia |
| Myrtle Beach, SC: Myrtle Beach International | Kansas City, MO: Kansas City International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Myrtle Beach, SC: Myrtle Beach International | Orlando, FL: Orlando International |
| Myrtle Beach, SC: Myrtle Beach International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Miami, FL: Miami International |
| Myrtle Beach, SC: Myrtle Beach International | Milwaukee, WI: General Mitchell International |
| Myrtle Beach, SC: Myrtle Beach International | Chicago, IL: Chicago O'Hare International |
| Myrtle Beach, SC: Myrtle Beach International | St. Louis, MO: St Louis Lambert International |
| Nashville, TN: Nashville International | Newark, NJ: Newark Liberty International |
| Nashville, TN: Nashville International | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Baltimore, MD: Baltimore/Washington Internationa |
| New Orleans, LA: Louis Armstrong New Orleans Int | Cleveland, OH: Cleveland-Hopkins International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Columbus, OH: John Glenn Columbus International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New Orleans, LA: Louis Armstrong New Orleans Int | Detroit, MI: Detroit Metro Wayne County |
| New Orleans, LA: Louis Armstrong New Orleans Int | Newark, NJ: Newark Liberty International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Houston, TX: George Bush Intercontinental/Housto |
| New Orleans, LA: Louis Armstrong New Orleans Int | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Miami, FL: Miami International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Chicago, IL: Chicago O'Hare International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Tampa, FL: Tampa International |
| New York, NY: LaGuardia | Charlotte, NC: Charlotte Douglas International |
| New York, NY: LaGuardia | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New York, NY: LaGuardia | Detroit, MI: Detroit Metro Wayne County |
| New York, NY: LaGuardia | Houston, TX: George Bush Intercontinental/Housto |
| New York, NY: LaGuardia | Los Angeles, CA: Los Angeles International |
| New York, NY: LaGuardia | Myrtle Beach, SC: Myrtle Beach International |
| New York, NY: LaGuardia | Phoenix, AZ: Phoenix Sky Harbor International |
| New York, NY: LaGuardia | San Juan, PR: Luis Munoz Marin International |
| Newark, NJ: Newark Liberty International | Nashville, TN: Nashville International |
| Newark, NJ: Newark Liberty International | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Indianapolis, IN: Indianapolis International |
| Newark, NJ: Newark Liberty International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Newark, NJ: Newark Liberty International | Myrtle Beach, SC: Myrtle Beach International |
| Newark, NJ: Newark Liberty International | Oakland, CA: Metro Oakland International |
| Newark, NJ: Newark Liberty International | Pittsburgh, PA: Pittsburgh International |
| Newark, NJ: Newark Liberty International | Louisville, KY: Louisville Muhammad Ali Internat |
| Niagara Falls, NY: Niagara Falls International | Myrtle Beach, SC: Myrtle Beach International |
| Oakland, CA: Metro Oakland International | Newark, NJ: Newark Liberty International |
| Oakland, CA: Metro Oakland International | Los Angeles, CA: Los Angeles International |
| Oakland, CA: Metro Oakland International | Chicago, IL: Chicago O'Hare International |
| Oakland, CA: Metro Oakland International | Philadelphia, PA: Philadelphia International |
| Oakland, CA: Metro Oakland International | San Diego, CA: San Diego International |
| Oakland, CA: Metro Oakland International | Santa Ana, CA: John Wayne Airport-Orange County |
| Orlando, FL: Orlando International | Atlantic City, NJ: Atlantic City International |
| Orlando, FL: Orlando International | Austin, TX: Austin - Bergstrom International |
| Orlando, FL: Orlando International | Akron, OH: Akron-Canton Regional |
| Orlando, FL: Orlando International | Charleston/Dunbar, WV: West Virginia Internation |
| Orlando, FL: Orlando International | Latrobe, PA: Arnold Palmer Regional |
| Orlando, FL: Orlando International | Manchester, NH: Manchester Boston Regional |
| Orlando, FL: Orlando International | Myrtle Beach, SC: Myrtle Beach International |
| Pensacola, FL: Pensacola International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Pensacola, FL: Pensacola International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Philadelphia, PA: Philadelphia International | Aguadilla, PR: Rafael Hernandez |
| Philadelphia, PA: Philadelphia International | Detroit, MI: Detroit Metro Wayne County |
| Philadelphia, PA: Philadelphia International | Los Angeles, CA: Los Angeles International |
| Philadelphia, PA: Philadelphia International | Oakland, CA: Metro Oakland International |
| Phoenix, AZ: Phoenix Sky Harbor International | New York, NY: LaGuardia |
| Phoenix, AZ: Phoenix Sky Harbor International | Kansas City, MO: Kansas City International |
| Phoenix, AZ: Phoenix Sky Harbor International | St. Louis, MO: St Louis Lambert International |
| Pittsburgh, PA: Pittsburgh International | Newark, NJ: Newark Liberty International |
| Pittsburgh, PA: Pittsburgh International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pittsburgh, PA: Pittsburgh International | Las Vegas, NV: Harry Reid International |
| Pittsburgh, PA: Pittsburgh International | Los Angeles, CA: Los Angeles International |
| Pittsburgh, PA: Pittsburgh International | Fort Myers, FL: Southwest Florida International |
| Pittsburgh, PA: Pittsburgh International | Tampa, FL: Tampa International |
| Sacramento, CA: Sacramento International | Santa Ana, CA: John Wayne Airport-Orange County |
| San Diego, CA: San Diego International | Detroit, MI: Detroit Metro Wayne County |
| San Diego, CA: San Diego International | Houston, TX: George Bush Intercontinental/Housto |
| San Diego, CA: San Diego International | Oakland, CA: Metro Oakland International |
| San Juan, PR: Luis Munoz Marin International | Atlantic City, NJ: Atlantic City International |
| San Juan, PR: Luis Munoz Marin International | Baltimore, MD: Baltimore/Washington Internationa |
| San Juan, PR: Luis Munoz Marin International | New York, NY: LaGuardia |
| Santa Ana, CA: John Wayne Airport-Orange County | Oakland, CA: Metro Oakland International |
| Santa Ana, CA: John Wayne Airport-Orange County | Sacramento, CA: Sacramento International |
| St. Louis, MO: St Louis Lambert International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| St. Louis, MO: St Louis Lambert International | Los Angeles, CA: Los Angeles International |
| St. Louis, MO: St Louis Lambert International | Myrtle Beach, SC: Myrtle Beach International |
| St. Louis, MO: St Louis Lambert International | Phoenix, AZ: Phoenix Sky Harbor International |
| St. Louis, MO: St Louis Lambert International | Fort Myers, FL: Southwest Florida International |

*Spirit Only (No ULCCs) Route Pairs*

| | |
|---|---|
| Tampa, FL: Tampa International | Atlantic City, NJ: Atlantic City International |
| Tampa, FL: Tampa International | Baltimore, MD: Baltimore/Washington Internationa |
| Tampa, FL: Tampa International | Akron, OH: Akron-Canton Regional |
| Tampa, FL: Tampa International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Tampa, FL: Tampa International | Houston, TX: George Bush Intercontinental/Housto |
| Tampa, FL: Tampa International | Indianapolis, IN: Indianapolis International |
| Tampa, FL: Tampa International | Latrobe, PA: Arnold Palmer Regional |
| Tampa, FL: Tampa International | Kansas City, MO: Kansas City International |
| Tampa, FL: Tampa International | Manchester, NH: Manchester Boston Regional |
| Tampa, FL: Tampa International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Tampa, FL: Tampa International | Pittsburgh, PA: Pittsburgh International |
| Tampa, FL: Tampa International | Louisville, KY: Louisville Muhammad Ali Internat |
| West Palm Beach/Palm Beach, FL: Palm Beach Inter | Atlantic City, NJ: Atlantic City International |

*Additional Relevant Airports Based on Spirit Expansion Plans*

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| | BHM | ANC | CVG | FAT | DSM |
| | BUF | GRR | GEG | OKC | PSP |
| New Domestic Cities | ELP | IAD | ISP | HNL | GSP |
| | OMA | RAP | JAX | OGG | PWM |
| | ONT | SAV | TYS | PVD | SRQ |
| New Latin/Carib. Cities | TUY | GDL | MID | BZE | LIR |

## <u>VERIFICATION</u>

I, _TIMOTHY NIEBOER_ , hereby verify under the penalty of
perjury that I have read the
     (PRINT NAME)

foregoing Plaintiff's Second Supplemental Responses and Objections to
Defendants' Second Set of

Interrogatories, and that the Responses are true to the best of my
knowledge as to facts pertaining to me, and

upon information and belief as to all other matters.


Executed at _6542 Cranberry Lk. Rd._ , _Clarkston   MI 48348_ ,
on August _10th_ , 2023.
     (CITY)               (STATE)
   (DAY)


                                 Signature


PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES (SET ONE)

EXHIBIT 10

```
 1                  UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS (Boston)

 3                             No. 1:23-cv-10678-WGY

 4

 5    GABRIEL GARAVANIAN, et al,
                 Plaintiffs
 6

 7    vs.

 8

 9    JETBLUE AIRWAYS CORPORATION, et al,
                 Defendants
10

11                        * * * * * * * * *

12

13                      For Hearing Before:
                        Judge William G. Young
14

15                         Motion Hearing

16

                          United States District Court
17                        District of Massachusetts (Boston)
                          One Courthouse Way
18                        Boston, Massachusetts 02210
                          Wednesday, October 4, 2023
19

20                         * * * * * * * *

21

22            REPORTER: RICHARD H. ROMANOW, RPR
                      Official Court Reporter
23                 United States District Court
          One Courthouse Way, Room 5510, Boston, MA 02210
24                    bulldog@richromanow.com

25
```

```
 1                    A P P E A R A N C E S

 2

 3    JOSEPH MICHELANGELO ALIOTO, JR., ESQ.
      JOSEPHINE M. ALIOTO, SR., ESQ.
 4       Alioto Legal
         100 Pine Street, Suite 1250
 5       San Francisco, CA 94111
         (415) 398-3800
 6       Email: Joseph@aliotolegal.com
     and
 7    SCOTT GREGORY HERRMAN, ESQ.
         Larson, LLP
 8       900 17th Street NW
         Suite 320
 9       Washington, DC 20006
         (202) 795-4900
10       Email: Gherrman@larsonllp.com
         For Plaintiffs
11

12    ETHAN GLASS, ESQ.
      ELIZABETH M. WRIGHT, ESQ.
13       Cooley LLP - Library
         1299 Pennsylvania Avenue, NW
14       Suite 700
         Washington, DC 20004
15       (202) 776-2244
         Email: Eglass@cooley.com
16       For Defendant Jet Blue Airways Corporation

17

18    JAY COHEN, ESQ.
      ANDREW  C. FINCH, ESQ.
19       Paul Weiss, Rifkind, Wharton & Garrison, LLP
         1285 Avenue of the Americas
20       New York, NY 10019-6064
         (212) 373-3000
21       Email: Jaycohen@paulweiss.com
         For Defendant Spirit Airlines, Inc.
22

23

24

25
```

```
 1         P R O C E E D I N G S
 2         (Begins, 2:20 p.m.)
 3         THE CLERK:  Now hearing Civil Matter 23-10678,
 4    Garavanian versus JetBlue Airways.
 5         THE COURT:  Would counsel introduce themselves.
 6         MR. ALIOTO:  Good afternoon, your Honor, Joseph M.
 7    Alioto, Jr. on behalf of the plaintiffs.  I'm
 8    accompanied by my distinguished co-counsel Joseph M.
 9    Alioto, Senior.  Also Greg Herrman from the Larson Law
10    Firm.  And, your Honor, I'd like to introduce to you the
11    named plaintiff in this case, Mr. Gabriel Garavanian.
12         THE COURT:  Good afternoon to all of you.
13         MR. GLASS:  Good afternoon, your Honor, Ethan
14    Glass on behalf of JetBlue, and with me is my colleague,
15    Beth Wright.
16         MR. COHEN:  Good afternoon, your Honor, Jay Cohen
17    on behalf of defendant Spirit, with my colleague, Andrew
18    Finch.
19         THE COURT:  And good afternoon to you.
20         There's three motions.  The first motion is the,
21    um, JetBlue's motion for summary judgment on the ground
22    that the plaintiffs do not have Article III standing,
23    and I will take that up first.  If we get by that, we've
24    got the plaintiffs' motions for summary judgment.
25    However that's resolved or taken under advisement, we
```

1    have JetBlue's motion for sanctions if they're still

2    requesting that.  That's the order in which we'll go.

3         All right.  The motion, um -- I think this is the

4    best way to tee it up.  As I've prepared for this, I

5    think there's much to be said for JetBlue's motion that

6    your clients, Mr. Garavanian and the others, really

7    don't have Article III standing here, under *TransUnion*,

8    under *Valley Forge*, because the injury that you've

9    alleged is common to really all Americans.  I'll hear

10   you.

11        MR. ALIOTO:  Thank you, your Honor.  Let me begin

12   by saying that at trial, in order for the plaintiffs to

13   win an injunction, they will be required to show that

14   there is a significant threat of injury, and the reason

15   that that's important is because if they can show a

16   significant threat in the future to a merger that

17   violates Section 7, that is enough, in and of itself, to

18   win an injunction.  The reason I bring it up is because

19   it's important to recognize that all that's required is

20   a threat, it needs to be a significant threat, but it's

21   a threat.

22        THE COURT:  It needs to be particularized, doesn't

23   it?

24        MR. ALIOTO:  It does indeed.  And because it's a

25   threat, there's no requirement that the plaintiffs show

1    that actual damage will occur in the future.  Of course
2    it would be impossible to do that in any event.
3    Now on this motion for summary judgment, the question is
4    whether or not there is a factual dispute as to whether
5    the plaintiffs are threatened with harm?  Now here's why
6    the plaintiffs are threatened with harm.
7    Every one of the plaintiffs, the 24 plaintiffs in this
8    case, fly the routes that will be impacted by this
9    merger.  There are 24 plaintiffs, there are
10   approximately 600 or 700 routes that will be impacted by
11   this merger, and that is a number that was derived from
12   the plaintiffs' expert, who we intend to put on the
13   stand at trial.
14   Now of these 700 routes, about half of those, roughly
15   300 of those routes, are direct head-to-head competition
16   routes where Spirit and JetBlue compete head to head and
17   they're --
18        THE COURT:  The record as I see it, after they've
19   done discovery here, is that none of your clients have
20   any plans to fly Spirit.
21        MR. ALIOTO:  Well, your Honor, um, first of all,
22   they do have plans to fly Spirit, there are 18
23   plaintiffs that we've identified in our opposition brief
24   who have plans and fly Spirit regularly.
25        THE COURT:  They didn't on deposition?

1        MR. ALIOTO:  Yes, they did, your Honor.  I'll give

2    you one example.  Here is Mr. Garavanian who's here in

3    the courtroom, he lives in Boston, flies down to Myrtle

4    Beach 3 or 4 times every year, and he owns property down

5    in Myrtle Breach.  He actually travels to Myrtle Beach

6    from Boston so frequently that he has a part-time job in

7    Myrtle Beach.  He flies Spirit every single time.  Now

8    just this morning Mr. Garavanian flew here to Boston to

9    attend this hearing flying Spirit.

10        Now the deposition testimony of Mr. Garavanian was

11    that he flies Spirit a lot obviously.  This is his quote

12    and it's in -- I believe it's Paragraph 98 and 99 of our

13    separate statement of material facts, where

14    Mr. Garavanian stated in deposition, "I fly Spirit quite

15    a lot, obviously."

16        Now the defendants asked him during the

17    deposition, "Do you have any booked flights on Spirit as

18    of this moment?" which would have been sometime in June,

19    and he said, "No, I do not, I don't have a booked

20    flight."  But he travels back and forth from Boston to

21    Florida so often that it's clear and plain that he will

22    continue to do that, and that's a fact, as demonstrated

23    by this morning, that's what he does, he practically

24    commutes down to Myrtle Beach from Boston.

25        So the idea, your Honor -- and I'll give you an

1    example of this.  I had no plans to fly at about

2    September 11 or so, just a couple of weeks ago, I had no

3    plans to fly anywhere.  But your Honor issued an order

4    setting this hearing for October 4 and the very next day

5    I suddenly now have an intention that I'd be flying to

6    Boston.  I still didn't have a flight booked until about

7    a week ago.

8         What I'm getting at is, just because there are

9    questions asked -- and the defendants outlined this in

10   their own reply brief, just because there are questions

11   asked at deposition, "Do you have a booked flight?" does

12   not mean that these plaintiffs don't repeatedly and fly

13   these routes regularly.  There's a lot of examples of

14   these that are provided for in Paragraphs 39 through 194

15   of the separate statement.

16        THE COURT:  Thank you.

17        MR. ALIOTO:  So I dispute the idea that these

18   plaintiffs are not going to suffer imminent harm as a

19   result of this merger.

20        Now I've cited some case law where "imminence" is

21   a, I believe the term is a "flexible concept," and the

22   purpose of that being flexible is to ensure that there's

23   Article III standing, but it's not so remote that the

24   Court doesn't have jurisdiction based on the Article III

25   standing.  This is not that situation.  Every plaintiff

1   in this case flies or has flown in the recent past or

2   has indicated an intention to fly on the -- on one or

3   more of the 700 routes that we've identified.

4        THE COURT:  An intention to fly on one or more of

5   700 routes.

6        MR. ALIOTO:  Yes.

7        Now let me break this down, if I might, unless the

8   Court has another question about this, otherwise I'll --

9   let me break it down for the Court.

10        Of those 24, approximately 10 of them fly routes

11   that are so -- will be so highly concentrated after this

12   merger that that concentration level, in and of itself,

13   is sufficient to presume the merger is unlawful.  That

14   means that those folks, regardless of what airplane they

15   fly, if they fly those routes, because of that

16   concentration, that is going to destroy competition in

17   that market and increase prices, reduce availability,

18   reduce choice, for every consumer regardless of what

19   airline they fly.

20        Now an additional 19 of the plaintiffs fly what we

21   or our expert have defined as the "Spirit-only routes."

22   This is important, this is one of the routes that I'm

23   talking about for Mr. Garavanian.  The "Spirit-only"

24   route refers to a route where Spirit flies on the route

25   and the only other airlines on the route are large

```
 1    legacy carriers, like United or Delta or American
 2    Airlines, and there's no other ultra low-cost carrier to
 3    discipline prices or to keep prices down.  As a result,
 4    Spirit plays a very important role in these particular
 5    markets.  The elimination of Spirit from these markets
 6    will increase prices of every airline in that market by
 7    a significant percentage, which I've included in my
 8    brief which I will not say in open court, but it's a
 9    significant percentage of increase in prices of every
10    flight within that route.
11         THE COURT:  Thank you.
12         All right, what do you say?
13         MR. GLASS:  Good afternoon, your Honor, Ethan
14    Glass on behalf of JetBlue.
15         Your Honor had it exactly right.  The plaintiffs
16    are saying that literally every single person in the
17    United States would have standing to --
18         THE COURT:  No, but he answered that, you see?  I
19    do start off -- that's the dialogue, and he has -- we've
20    got Mr. Garavanian here, he commutes on Spirit.
21         MR. GLASS:  Even Mr. Garavanian.  So that is the
22    only person who even comes close.  And you heard from
23    counsel, 700 routes.
24         THE COURT:  He only needs 1.
25         MR. GLASS:  Well -- but Mr. Garavanian does not
```

1    have standing, he does not have a concrete,

2    particularized, actual, and imminent injury.  And

3    standing's hard, as your Honor knows, particularly for

4    injunctive relief, standing is incredibly hard.  And

5    your Honor cited 2 of the 3 cases that I think make this

6    so easy.

7         One is *Valley Forge*.  And the Court -- the Supreme

8    Court in *Valley Forge* even said, and I'm quoting, that

9    "The assumption that if respondents have no standing to

10   sue, no one would have standing, is not a reason to find

11   standing."  And so even where the Court finding no

12   standing would result in no one having standing, that is

13   still sufficient to dismiss a case.

14        THE COURT:  I've read the cases, most of the

15   cases.

16        MR. GLASS:  And here we have the United States,

17   which is bringing the same case seeking the same relief,

18   that is going to protect Mr. Garavanian and anybody like

19   him if they prevail.

20        Second, your Honor, the cases in both *TransUnion,*

21   and I'll also add *Clapper*, had very similar situations.

22   *TransUnion*, as your Honor will recall, were credit

23   files, those credit files had errors in there that were

24   produced, and the Supreme Court made a distinction, the

25   people who brought a case based on past damages had

1    standing, but the injunctive relief the Supreme Court
2    said there's no standing.  And that's for the same
3    reasons why there's no standing here, which is that some
4    expectation that somewhere down the line something may
5    harm you is not enough to get federal court
6    jurisdiction.
7        I mean *Clapper,* it was the same.  It was, as your
8    Honor might recall, that surveillance statute that was
9    challenged.  It went up to the Supreme Court.  And the
10   Supreme Court noted that the case was brought on the day
11   the surveillance statute became effective, and nobody
12   had sufficient concrete particulars, actual imminent
13   standing, um, harm, to bring a case in the United States
14   federal court.
15       This case was brought before the Department of
16   Justice case.  This is a classic example where the
17   plaintiffs cannot articulate how they will be injured in
18   a concrete, particularized, and imminent way, and that's
19   why this case should be dismissed and left for the
20   Department of Justice, which represents the people of
21   the United States, to litigate this matter.
22       THE COURT:  All right.  Here's what we're going to
23   do.
24       I'm taking the matter under advisement.  I will
25   tell you, I'm disposed to grant the motion for summary

1    judgment, but the argument of counsel has given me pause

2    at least as to some of these plaintiffs, and I need to

3    reflect on that.  So I try to be transparent and I am

4    taking it under advisement.

5         It's appropriate therefore -- of course I've got

6    to take now the motion, their motion for summary

7    judgment under advisement as well, and, um, you can be

8    sure that I will, but I'm going to hear the Garavanian

9    plaintiffs.  And so let's turn to that motion.

10        How -- how can you get summary judgment on this

11   complex antitrust case in light of the Supreme Court's

12   jurisprudence in ***Reeves vs. Sanderson Plumbing***, you bear

13   the burden of proof?  On summary judgment I have to take

14   everything against you and they don't admit that they

15   violate the law.  I'll hear you.

16        MR. ALIOTO:  Your Honor, I must disclose to you

17   that we prepared and spent a large amount of time

18   preparing a summary judgment that we had every intention

19   of filing.  This motion was oversized and it included

20   material that was to be filed under seal or to be

21   impounded.  We sought leave of court to file an

22   oversized brief and we sought leave of court to file the

23   motion under seal and the Court denied those motions.

24   As a result, we did not file our motion for summary

25   judgment.

1        Now having said that, I will tell you, and as I

2    mentioned in the opposition brief to the defendants'

3    motion for summary judgment, that the evidence in this

4    case is very -- this is a very specific and unusual

5    merger case for the strength of the direct evidence of

6    anticompetitive effects.  I'm not going to talk about

7    the specific details of the evidence --

8        THE COURT:  Well if there's no motion before me,

9    I'm not reaching out for it.

10       (Laughter.)

11       MR. ALIOTO:  If the Court would like, we would be

12   more than happy to refile that motion.

13       THE COURT:  I'm not inviting it nor accusing it,

14   I'm taking the matter I have under advisement.

15       There's the motion for sanctions.  Um, I've

16   determined -- and I don't intend to hold a hearing on

17   this, but I've determined that the two cases will not be

18   consolidated for trial.  That being so and having

19   decided to go forward on the case of the Department of

20   Justice first, it seems to me we don't really need to

21   pursue the motions for sanctions, do we?

22       (Laughter.)

23       MR. GLASS:  Your Honor, Ethan Glass for JetBlue.

24   We do not.

25       THE COURT:  Thank you.

1          All right, I'll take the matter under advisement.

2    We'll stand in recess.

3          (Ends, 2:35 p.m.)

1              C E R T I F I C A T E

2

3

4         I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

5    do hereby certify that the foregoing record is a true

6    and accurate transcription of my stenographic notes

7    before Judge William G. Young, on Wednesday, October 4,

8    2023, to the best of my skill and ability.

9

10

11    /s/ Richard H. Romanow 10-18-23
      _____
12    RICHARD H. ROMANOW    Date

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Gabriel Garavanian, Katherine R. Arcell, Jose M. Brito, Jan-Marie Brown, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Donna Fry, Harry Garavanian, Yvonne Jocelyn Gardner, Valarie Ann Jolly, Michael C. Malaney, Len Marazzo, Lisa McCarthy, Timothy Niebor, Deborah M. Pulfer, Bill Rubinsohn, Sondra K. Russell, June Stansbury, Clyde D. Stensrud, Gary Talewsky, Pamela S. Ward, Christine Whalen,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES INC.<br><br>Defendants. | CASE NO.: 3:22-cv-6841<br><br><br><br><br><br>**EXPERT REPORT OF HAL J. SINGER**<br><br>July 28, 2023 |

INTRODUCTION AND SUMMARY OF CONCLUSIONS ...................................................... 1

QUALIFICATIONS ........................................................................................................... 4

BACKGROUND ................................................................................................................ 5
      A.    The Business Strategies of JetBlue and Spirit ................................................ 5
      B.    Consumer Benefits of Low-Cost and Ultra-Low-Cost Carrier Entry ..................11

I.     DIRECT EVIDENCE OF ANTICOMPETITIVE HARM FROM JETBLUE'S
      ACQUISITION OF SPIRIT ........................................................................................13

II.    THE RELEVANT MARKETS FOR ANALYZING THE COMPETITIVE EFFECTS
      OF THE PROPOSED MERGER ..................................................................................15
      A.    Scheduled Air Passenger Service Represents the Relevant Product
            Market .........................................................................................................16
      B.    Overlapping Route Pairs Form the Relevant Geographic Markets for
            Assessing Harms to Actual Competition ......................................................17
      C.    The Relevant Geographic Markets for Assessing Potential
            Competition Cover at Least the United States and Its Territories .......................18
      D.    The Relevant Geographic Markets for Assessing the Replacement
            Theory of Harm Is Every Route Served Only by Spirit But No Other
            ULCC .........................................................................................................18

III.   THE PROPOSED MERGER WOULD INCREASE CONCENTRATION BY LEVELS
      CONSIDERED TO CREATE A PRESUMPTION OF ENHANCED MARKET
      POWER .................................................................................................................19
      A.    Data Sources Used for Analysis ..................................................................19
            1.    Airline Origin and Destination Survey (DB1B) Data ............................19
            2.    The Air Carrier Statistics (Form 41 Traffic) Data Bank .........................23
      B.    Merger Effects on Concentration .................................................................25

IV.   HARM TO ACTUAL COMPETITION: THE PROPOSED MERGER WOULD
      GENERATE ANTICOMPETITIVE EFFECTS IN THE OVERLAP MARKETS ..........................29
      A.    Diversion Ratios Proportional to Market Shares .................................................32
      B.    Upward Pricing Pressure Based on Share-Proportional Diversion
            Ratios .........................................................................................................40
      C.    Diversion Ratios Based on Elasticities .............................................................48

V.    HARM TO POTENTIAL COMPETITION: THE PROPOSED MERGER WOULD
      PREVENT JETBLUE (SPIRIT) FROM ENTERING SPIRIT (JETBLUE)
      MARKETS THAT LIKELY WOULD HAVE BEEN ENTERED ABSENT THE
      MERGER ...............................................................................................................52
      A.    Record Evidence Shows That Spirit Had Credible Plans to Enter
            JetBlue's Markets Absent the Merger ..............................................................54
      B.    Record Evidence Shows That JetBlue Had Credible Plans to Enter
            Spirit's Markets Absent the Merger .................................................................56
      C.    Demonstrated Effects Will Not Be Cured by Entry or Expansion ......................57

**VI.** **THERE ARE NO PLAUSIBLE MERGER-SPECIFIC EFFICIENCIES THAT WOULD OFFSET THE ANTICOMPETITIVE EFFECTS** ......................................................**58**

    A.    The Merger Will Not Provide Benefits That Offset Higher Prices ......................59

    B.    The Asserted Costs Savings from Reduced Capacity Necessarily Entails an Output Reduction as the Basis of a Merger Efficiency ......................61

**VII.** **THE PROPOSED DIVESTITURE OF GATES AND LANDING SLOTS IN THE OVERLAP MARKETS WOULD NOT RESTORE COMPETITION TO ITS PRE-MERGER LEVELS** ........................................................................................................**63**

**CONCLUSIONS** ........................................................................................................**74**

**APPENDIX 1: MATERIALS RELIED UPON** ..............................................................**75**

**APPENDIX 2: CURRICULUM VITAE** ......................................................................**91**

**APPENDIX 3: ADDITIONAL FIGURES AND TABLES** ..............................................**102**

information that allow for analysis of competition at one or more of these alternative geographic market specifications.

## C. The Relevant Geographic Markets for Assessing Potential Competition Cover at Least the United States and Its Territories

40. JetBlue's acquisition of Spirit would result in both actual and potential harm to competition. Actual harm would occur in the Overlap Markets, particularly those where acquisition would result in a 2-1 merger to monopoly. In these Overlap Markets, the acquisition would remove any disciplining power that JetBlue and Spirit exerted on each other, leaving the merged entity with higher share and no competition unless and until another airline enters the market.

41. For the purposes of assessing harms to potential competition, the relevant geographic markets also include (1) Spirit routes that JetBlue does not serve but JetBlue planned to serve absent the merger; (2) JetBlue routes that Spirit does not serve but Spirit planned to serve absent the merger; and (3) routes that neither currently serves but where Spirit planned to enter absent the merger. Because it is impossible to know which routes would be served conditional on JetBlue (or Spirit) acquiring a gate, landing slot or other airport assets at a given airport, and because the two carriers operate out of a combined total of 159 airports across the United States, the potential range of routes affected under the potential harm to competition spans the entirety of the nation.

## D. The Relevant Geographic Markets for Assessing the Replacement Theory of Harm Is Every Route Served That Only Spirit But No Other ULCC Serves

42. By effectively remaking Spirit in its own image, JetBlue would raise the fares and reduce seat capacity, eliminating the downward pressure on fares that Spirit previously exerted on those routes. Consumers that would have otherwise flown on Spirit would incur actual harm on those routes equal to the differential between the Spirit fare and the new, higher, JetBlue fare (i.e., the 24 percent price increase). Consumers of other airlines would suffer higher fares too, in an amount at least equal to the differential between the Spirit effect and the JetBlue effect.

about outcomes should an airline decide to enter.[132] Airlines have the requisite characteristics, capabilities and economic incentive to broadly be considered potential entrants.[133]

106.    In the case of perceived potential competition, current suppliers (JetBlue, Spirit and other carriers) may charge lower prices to discourage entry, a strategy referred to as "limit pricing." This may be particularly relevant in terms of the discipline Spirit may impose on a market it does not currently serve.

107.    

Both have substantial experience in gauging the expected response from other carriers currently serving such markets, therefore lessening the uncertainty whether conditions support post-entry profitability.

108.    A more expansive analysis of the lessening of potential competition would include markets where neither JetBlue or Spirit serve either end-point. These markets include those that both Spirit and JetBlue plan to enter, a market served by JetBlue which Spirit plans to enter and those which Spirit, but not JetBlue expect to enter. Record evidence suggests hundreds of destinations would be captured under these definitions. Table 7 indicates the number of markets that apply to these various configurations of potential competition.

---

132.    ████████████████████████████████████████

133.    These characteristics are identified in *Marine Bancorporation*, 418 U.S. 602 (1974).

-54-

TABLE 7: MARKETS SERVED BY JETBLUE AND SPIRIT

| Airline Presence | No. of Markets: |
|---|---|
| JetBlue only | 387 |
| JetBlue only (no ULCCs) | 349 |
| Spirit only | 517 |
| Spirit only (no ULCCs) | 283 |
| Neither | 8,764 |

*Note:* ULCCs for this analysis include Spirit, Allegiant, Frontier, and Sun Country Airlines.

Source: *Airline Origin and Destination Survey (DB1B),* BUREAU OF TRANSPORTATION STATISTICS, *available at* https://www.transtats.bts.gov/printProfile.asp?QO_VQ=EEE&Yv0x=D.



# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, et al.,                    Civil Action No. 1:23-cv-10678-FDS

*Plaintiffs*,                                            **DECLARATION OF HAL J. SINGER**

v.

PLAINTIFF JETBLUE AIRWAYS
CORPORATION and SPIRIT AIRLINES,
INC.,

*Defendants*.

<u>**DECLARATION OF HAL J. SINGER**</u>
<u>**IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**</u>

I, Hal J. Singer, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1.  I am over the age of eighteen. I have personal knowledge of the facts attested to below and, if called to testify, could and would competently testify to such facts.

2.  I have previously submitted an expert report dated July 28, 2023 ("the Singer Report") on behalf of the Plaintiffs in this matter. The Singer Report provides my qualifications and relevant disclosures for the purpose of satisfying Rule 26. I incorporate those details in this declaration by reference.

3.  In the Singer Report, I created a table that consisted of "Markets Served by JetBlue and Spirit" based on data obtained from the Bureau of Transportation statistics.  It was marked as "Table 7".  I found that there were 283 markets served by only Spirit and no

other ultra low cost carriers. Other ultra low cost carriers included Allegiant, Frontier,

and Sun Country Airlines. A true and correct copy of the data I collected specifying the

283 routes labeled "Spirit only (no ULCCs)" are attached hereto as **Exhibit A**.


I declare under the penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Respectfully submitted this day of August 18, 2023.

_____
Hal J. Singer, Ph.D.
Managing Director, Econ One Research

DECLARATION OF HAL J. SINGER IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

# EXHIBIT A

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Myrtle Beach, SC: Myrtle Beach International | Atlantic City, NJ: Atlantic City International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Atlantic City, NJ: Atlantic City International |
| Miami, FL: Miami International | Atlantic City, NJ: Atlantic City International |
| San Juan, PR: Luis Munoz Marin International | Atlantic City, NJ: Atlantic City International |
| Orlando, FL: Orlando International | Atlantic City, NJ: Atlantic City International |
| Fort Myers, FL: Southwest Florida International | Atlantic City, NJ: Atlantic City International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Atlantic City, NJ: Atlantic City International |
| Tampa, FL: Tampa International | Atlantic City, NJ: Atlantic City International |
| Boston, MA: Logan International | Atlantic City, NJ: Atlantic City International |
| West Palm Beach/Palm Beach, FL: Palm Beach Inter | Atlantic City, NJ: Atlantic City International |
| Los Angeles, CA: Los Angeles International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Atlantic City, NJ: Atlantic City International | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Minneapolis, MN: Minneapolis-St Paul Internation | Atlanta, GA: Hartsfield-Jackson Atlanta Internat |
| Orlando, FL: Orlando International | Austin, TX: Austin - Bergstrom International |
| Myrtle Beach, SC: Myrtle Beach International | Hartford, CT: Bradley International |
| Newark, NJ: Newark Liberty International | Nashville, TN: Nashville International |
| Los Angeles, CA: Los Angeles International | Nashville, TN: Nashville International |
| Atlantic City, NJ: Atlantic City International | Boston, MA: Logan International |
| Myrtle Beach, SC: Myrtle Beach International | Boston, MA: Logan International |
| Philadelphia, PA: Philadelphia International | Aguadilla, PR: Rafael Hernandez |
| Los Angeles, CA: Los Angeles International | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Myers, FL: Southwest Florida International | Baltimore, MD: Baltimore/Washington Internationa |
| Louisville, KY: Louisville Muhammad Ali Internat | Baltimore, MD: Baltimore/Washington Internationa |
| Houston, TX: George Bush Intercontinental/Housto | Baltimore, MD: Baltimore/Washington Internationa |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Baltimore, MD: Baltimore/Washington Internationa |
| Detroit, MI: Detroit Metro Wayne County | Baltimore, MD: Baltimore/Washington Internationa |
| New Orleans, LA: Louis Armstrong New Orleans Int | Baltimore, MD: Baltimore/Washington Internationa |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Baltimore, MD: Baltimore/Washington Internationa |
| Tampa, FL: Tampa International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Baltimore, MD: Baltimore/Washington Internationa |
| San Juan, PR: Luis Munoz Marin International | Baltimore, MD: Baltimore/Washington Internationa |
| Myrtle Beach, SC: Myrtle Beach International | Akron, OH: Akron-Canton Regional |
| Fort Myers, FL: Southwest Florida International | Akron, OH: Akron-Canton Regional |
| Orlando, FL: Orlando International | Akron, OH: Akron-Canton Regional |
| Tampa, FL: Tampa International | Akron, OH: Akron-Canton Regional |
| New Orleans, LA: Louis Armstrong New Orleans Int | Cleveland, OH: Cleveland-Hopkins International |
| Los Angeles, CA: Los Angeles International | Cleveland, OH: Cleveland-Hopkins International |
| Myrtle Beach, SC: Myrtle Beach International | Cleveland, OH: Cleveland-Hopkins International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Cleveland, OH: Cleveland-Hopkins International |
| Miami, FL: Miami International | Charlotte, NC: Charlotte Douglas International |
| New York, NY: LaGuardia | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte, NC: Charlotte Douglas International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Columbus, OH: John Glenn Columbus International |
| Myrtle Beach, SC: Myrtle Beach International | Columbus, OH: John Glenn Columbus International |
| Las Vegas, NV: Harry Reid International | Columbus, OH: John Glenn Columbus International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Columbus, OH: John Glenn Columbus International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
| --- | --- |
| Fort Myers, FL: Southwest Florida International | Columbus, OH: John Glenn Columbus International |
| Los Angeles, CA: Los Angeles International | Columbus, OH: John Glenn Columbus International |
| Orlando, FL: Orlando International | Charleston/Dunbar, WV: West Virginia Internation |
| Myrtle Beach, SC: Myrtle Beach International | Charleston/Dunbar, WV: West Virginia Internation |
| Los Angeles, CA: Los Angeles International | Denver, CO: Denver International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Denver, CO: Denver International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Chicago, IL: Chicago O'Hare International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Cleveland, OH: Cleveland-Hopkins International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Baltimore, MD: Baltimore/Washington Internationa | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| New York, NY: LaGuardia | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Pensacola, FL: Pensacola International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Myrtle Beach, SC: Myrtle Beach International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Los Angeles, CA: Los Angeles International | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Detroit, MI: Detroit Metro Wayne County | Dallas/Fort Worth, TX: Dallas/Fort Worth Interna |
| Fort Myers, FL: Southwest Florida International | Detroit, MI: Detroit Metro Wayne County |
| Houston, TX: George Bush Intercontinental/Housto | Detroit, MI: Detroit Metro Wayne County |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Detroit, MI: Detroit Metro Wayne County |
| New Orleans, LA: Louis Armstrong New Orleans Int | Detroit, MI: Detroit Metro Wayne County |
| Los Angeles, CA: Los Angeles International | Detroit, MI: Detroit Metro Wayne County |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Detroit, MI: Detroit Metro Wayne County |
| San Diego, CA: San Diego International | Detroit, MI: Detroit Metro Wayne County |
| Myrtle Beach, SC: Myrtle Beach International | Detroit, MI: Detroit Metro Wayne County |
| New York, NY: LaGuardia | Detroit, MI: Detroit Metro Wayne County |
| Baltimore, MD: Baltimore/Washington Internationa | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Detroit, MI: Detroit Metro Wayne County |
| Minneapolis, MN: Minneapolis-St Paul Internation | Detroit, MI: Detroit Metro Wayne County |
| Philadelphia, PA: Philadelphia International | Detroit, MI: Detroit Metro Wayne County |
| Louisville, KY: Louisville Muhammad Ali Internat | Newark, NJ: Newark Liberty International |
| Myrtle Beach, SC: Myrtle Beach International | Newark, NJ: Newark Liberty International |
| Indianapolis, IN: Indianapolis International | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Newark, NJ: Newark Liberty International |
| Pittsburgh, PA: Pittsburgh International | Newark, NJ: Newark Liberty International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Newark, NJ: Newark Liberty International |
| Nashville, TN: Nashville International | Newark, NJ: Newark Liberty International |
| Oakland, CA: Metro Oakland International | Newark, NJ: Newark Liberty International |
| Houston, TX: George Bush Intercontinental/Housto | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pensacola, FL: Pensacola International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Atlantic City, NJ: Atlantic City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Tampa, FL: Tampa International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Milwaukee, WI: General Mitchell International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| St. Louis, MO: St Louis Lambert International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Kansas City, MO: Kansas City International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Latrobe, PA: Arnold Palmer Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|--------|-------------|
| Denver, CO: Denver International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte Amalie, VI: Cyril E King | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Columbus, OH: John Glenn Columbus International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Charlotte, NC: Charlotte Douglas International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Detroit, MI: Detroit Metro Wayne County | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Manchester, NH: Manchester Boston Regional | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Pittsburgh, PA: Pittsburgh International | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Christiansted, VI: Henry E. Rohlsen | Fort Lauderdale, FL: Fort Lauderdale-Hollywood I |
| Myrtle Beach, SC: Myrtle Beach International | Niagara Falls, NY: Niagara Falls International |
| Baltimore, MD: Baltimore/Washington Internationa | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Houston, TX: George Bush Intercontinental/Housto |
| Detroit, MI: Detroit Metro Wayne County | Houston, TX: George Bush Intercontinental/Housto |
| Los Angeles, CA: Los Angeles International | Houston, TX: George Bush Intercontinental/Housto |
| Chicago, IL: Chicago O'Hare International | Houston, TX: George Bush Intercontinental/Housto |
| Miami, FL: Miami International | Houston, TX: George Bush Intercontinental/Housto |
| New Orleans, LA: Louis Armstrong New Orleans Int | Houston, TX: George Bush Intercontinental/Housto |
| New York, NY: LaGuardia | Houston, TX: George Bush Intercontinental/Housto |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Houston, TX: George Bush Intercontinental/Housto |
| Tampa, FL: Tampa International | Houston, TX: George Bush Intercontinental/Housto |
| San Diego, CA: San Diego International | Houston, TX: George Bush Intercontinental/Housto |
| Myrtle Beach, SC: Myrtle Beach International | Houston, TX: George Bush Intercontinental/Housto |
| Newark, NJ: Newark Liberty International | Indianapolis, IN: Indianapolis International |
| Tampa, FL: Tampa International | Indianapolis, IN: Indianapolis International |
| Pittsburgh, PA: Pittsburgh International | Las Vegas, NV: Harry Reid International |
| Columbus, OH: John Glenn Columbus International | Las Vegas, NV: Harry Reid International |
| Detroit, MI: Detroit Metro Wayne County | Los Angeles, CA: Los Angeles International |
| Louisville, KY: Louisville Muhammad Ali Internat | Los Angeles, CA: Los Angeles International |
| Cleveland, OH: Cleveland-Hopkins International | Los Angeles, CA: Los Angeles International |
| Columbus, OH: John Glenn Columbus International | Los Angeles, CA: Los Angeles International |
| Denver, CO: Denver International | Los Angeles, CA: Los Angeles International |
| Kansas City, MO: Kansas City International | Los Angeles, CA: Los Angeles International |
| Nashville, TN: Nashville International | Los Angeles, CA: Los Angeles International |
| Baltimore, MD: Baltimore/Washington Internationa | Los Angeles, CA: Los Angeles International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Los Angeles, CA: Los Angeles International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Los Angeles, CA: Los Angeles International |
| New York, NY: LaGuardia | Los Angeles, CA: Los Angeles International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Los Angeles, CA: Los Angeles International |
| Oakland, CA: Metro Oakland International | Los Angeles, CA: Los Angeles International |
| St. Louis, MO: St Louis Lambert International | Los Angeles, CA: Los Angeles International |
| Houston, TX: George Bush Intercontinental/Housto | Los Angeles, CA: Los Angeles International |
| Milwaukee, WI: General Mitchell International | Los Angeles, CA: Los Angeles International |
| Chicago, IL: Chicago O'Hare International | Los Angeles, CA: Los Angeles International |
| Pittsburgh, PA: Pittsburgh International | Los Angeles, CA: Los Angeles International |
| Philadelphia, PA: Philadelphia International | Los Angeles, CA: Los Angeles International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Latrobe, PA: Arnold Palmer Regional |
| Myrtle Beach, SC: Myrtle Beach International | Latrobe, PA: Arnold Palmer Regional |
| Orlando, FL: Orlando International | Latrobe, PA: Arnold Palmer Regional |
| Tampa, FL: Tampa International | Latrobe, PA: Arnold Palmer Regional |
| Fort Myers, FL: Southwest Florida International | Latrobe, PA: Arnold Palmer Regional |
| Los Angeles, CA: Los Angeles International | New York, NY: LaGuardia |
| San Juan, PR: Luis Munoz Marin International | New York, NY: LaGuardia |
| Phoenix, AZ: Phoenix Sky Harbor International | New York, NY: LaGuardia |
| Myrtle Beach, SC: Myrtle Beach International | New York, NY: LaGuardia |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Kansas City, MO: Kansas City International |
| Los Angeles, CA: Los Angeles International | Kansas City, MO: Kansas City International |
| Myrtle Beach, SC: Myrtle Beach International | Kansas City, MO: Kansas City International |
| Tampa, FL: Tampa International | Kansas City, MO: Kansas City International |
| Phoenix, AZ: Phoenix Sky Harbor International | Kansas City, MO: Kansas City International |
| Fort Myers, FL: Southwest Florida International | Kansas City, MO: Kansas City International |
| Myrtle Beach, SC: Myrtle Beach International | Orlando, FL: Orlando International |
| Charleston/Dunbar, WV: West Virginia Internation | Orlando, FL: Orlando International |
| Akron, OH: Akron-Canton Regional | Orlando, FL: Orlando International |
| Manchester, NH: Manchester Boston Regional | Orlando, FL: Orlando International |
| Latrobe, PA: Arnold Palmer Regional | Orlando, FL: Orlando International |
| Austin, TX: Austin - Bergstrom International | Orlando, FL: Orlando International |
| Atlantic City, NJ: Atlantic City International | Orlando, FL: Orlando International |
| Fort Myers, FL: Southwest Florida International | Manchester, NH: Manchester Boston Regional |
| Tampa, FL: Tampa International | Manchester, NH: Manchester Boston Regional |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Manchester, NH: Manchester Boston Regional |
| Orlando, FL: Orlando International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Manchester, NH: Manchester Boston Regional |
| Myrtle Beach, SC: Myrtle Beach International | Miami, FL: Miami International |
| Charlotte, NC: Charlotte Douglas International | Miami, FL: Miami International |
| Houston, TX: George Bush Intercontinental/Housto | Miami, FL: Miami International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Miami, FL: Miami International |
| Atlantic City, NJ: Atlantic City International | Miami, FL: Miami International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Milwaukee, WI: General Mitchell International |
| Los Angeles, CA: Los Angeles International | Milwaukee, WI: General Mitchell International |
| Myrtle Beach, SC: Myrtle Beach International | Milwaukee, WI: General Mitchell International |
| Atlanta, GA: Hartsfield-Jackson Atlanta Internat | Minneapolis, MN: Minneapolis-St Paul Internation |
| Detroit, MI: Detroit Metro Wayne County | Minneapolis, MN: Minneapolis-St Paul Internation |
| Miami, FL: Miami International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Los Angeles, CA: Los Angeles International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Houston, TX: George Bush Intercontinental/Housto | New Orleans, LA: Louis Armstrong New Orleans Int |
| Chicago, IL: Chicago O'Hare International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Baltimore, MD: Baltimore/Washington Internationa | New Orleans, LA: Louis Armstrong New Orleans Int |
| Columbus, OH: John Glenn Columbus International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Newark, NJ: Newark Liberty International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Detroit, MI: Detroit Metro Wayne County | New Orleans, LA: Louis Armstrong New Orleans Int |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | New Orleans, LA: Louis Armstrong New Orleans Int |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
|---|---|
| Cleveland, OH: Cleveland-Hopkins International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Tampa, FL: Tampa International | New Orleans, LA: Louis Armstrong New Orleans Int |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Myrtle Beach, SC: Myrtle Beach International |
| Manchester, NH: Manchester Boston Regional | Myrtle Beach, SC: Myrtle Beach International |
| Hartford, CT: Bradley International | Myrtle Beach, SC: Myrtle Beach International |
| Latrobe, PA: Arnold Palmer Regional | Myrtle Beach, SC: Myrtle Beach International |
| St. Louis, MO: St Louis Lambert International | Myrtle Beach, SC: Myrtle Beach International |
| Orlando, FL: Orlando International | Myrtle Beach, SC: Myrtle Beach International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Myrtle Beach, SC: Myrtle Beach International |
| Miami, FL: Miami International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Myrtle Beach, SC: Myrtle Beach International |
| New York, NY: LaGuardia | Myrtle Beach, SC: Myrtle Beach International |
| Milwaukee, WI: General Mitchell International | Myrtle Beach, SC: Myrtle Beach International |
| Charleston/Dunbar, WV: West Virginia Internation | Myrtle Beach, SC: Myrtle Beach International |
| Boston, MA: Logan International | Myrtle Beach, SC: Myrtle Beach International |
| Newark, NJ: Newark Liberty International | Myrtle Beach, SC: Myrtle Beach International |
| Atlantic City, NJ: Atlantic City International | Myrtle Beach, SC: Myrtle Beach International |
| Cleveland, OH: Cleveland-Hopkins International | Myrtle Beach, SC: Myrtle Beach International |
| Akron, OH: Akron-Canton Regional | Myrtle Beach, SC: Myrtle Beach International |
| Detroit, MI: Detroit Metro Wayne County | Myrtle Beach, SC: Myrtle Beach International |
| Kansas City, MO: Kansas City International | Myrtle Beach, SC: Myrtle Beach International |
| Baltimore, MD: Baltimore/Washington Internationa | Myrtle Beach, SC: Myrtle Beach International |
| Columbus, OH: John Glenn Columbus International | Myrtle Beach, SC: Myrtle Beach International |
| Niagara Falls, NY: Niagara Falls International | Myrtle Beach, SC: Myrtle Beach International |
| Chicago, IL: Chicago O'Hare International | Oakland, CA: Metro Oakland International |
| Newark, NJ: Newark Liberty International | Oakland, CA: Metro Oakland International |
| Philadelphia, PA: Philadelphia International | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Oakland, CA: Metro Oakland International |
| Detroit, MI: Detroit Metro Wayne County | Oakland, CA: Metro Oakland International |
| San Diego, CA: San Diego International | Oakland, CA: Metro Oakland International |
| Santa Ana, CA: John Wayne Airport-Orange County | Oakland, CA: Metro Oakland International |
| Los Angeles, CA: Los Angeles International | Chicago, IL: Chicago O'Hare International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Chicago, IL: Chicago O'Hare International |
| Houston, TX: George Bush Intercontinental/Housto | Chicago, IL: Chicago O'Hare International |
| Myrtle Beach, SC: Myrtle Beach International | Chicago, IL: Chicago O'Hare International |
| Louisville, KY: Louisville Muhammad Ali Internat | Chicago, IL: Chicago O'Hare International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Chicago, IL: Chicago O'Hare International |
| Oakland, CA: Metro Oakland International | Chicago, IL: Chicago O'Hare International |
| Atlantic City, NJ: Atlantic City International | West Palm Beach/Palm Beach, FL: Palm Beach Inter |
| Los Angeles, CA: Los Angeles International | Philadelphia, PA: Philadelphia International |
| Aguadilla, PR: Rafael Hernandez | Philadelphia, PA: Philadelphia International |
| Detroit, MI: Detroit Metro Wayne County | Philadelphia, PA: Philadelphia International |
| Oakland, CA: Metro Oakland International | Philadelphia, PA: Philadelphia International |
| New York, NY: LaGuardia | Phoenix, AZ: Phoenix Sky Harbor International |
| Kansas City, MO: Kansas City International | Phoenix, AZ: Phoenix Sky Harbor International |
| St. Louis, MO: St Louis Lambert International | Phoenix, AZ: Phoenix Sky Harbor International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
| --- | --- |
| Newark, NJ: Newark Liberty International | Pittsburgh, PA: Pittsburgh International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pittsburgh, PA: Pittsburgh International |
| Tampa, FL: Tampa International | Pittsburgh, PA: Pittsburgh International |
| Los Angeles, CA: Los Angeles International | Pittsburgh, PA: Pittsburgh International |
| Fort Myers, FL: Southwest Florida International | Pittsburgh, PA: Pittsburgh International |
| Las Vegas, NV: Harry Reid International | Pittsburgh, PA: Pittsburgh International |
| Dallas/Fort Worth, TX: Dallas/Fort Worth Interna | Pensacola, FL: Pensacola International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Pensacola, FL: Pensacola International |
| Louisville, KY: Louisville Muhammad Ali Internat | Fort Myers, FL: Southwest Florida International |
| Baltimore, MD: Baltimore/Washington Internationa | Fort Myers, FL: Southwest Florida International |
| Akron, OH: Akron-Canton Regional | Fort Myers, FL: Southwest Florida International |
| Kansas City, MO: Kansas City International | Fort Myers, FL: Southwest Florida International |
| Pittsburgh, PA: Pittsburgh International | Fort Myers, FL: Southwest Florida International |
| Latrobe, PA: Arnold Palmer Regional | Fort Myers, FL: Southwest Florida International |
| St. Louis, MO: St Louis Lambert International | Fort Myers, FL: Southwest Florida International |
| Columbus, OH: John Glenn Columbus International | Fort Myers, FL: Southwest Florida International |
| Manchester, NH: Manchester Boston Regional | Fort Myers, FL: Southwest Florida International |
| Atlantic City, NJ: Atlantic City International | Fort Myers, FL: Southwest Florida International |
| Detroit, MI: Detroit Metro Wayne County | Fort Myers, FL: Southwest Florida International |
| Houston, TX: George Bush Intercontinental/Housto | San Diego, CA: San Diego International |
| Oakland, CA: Metro Oakland International | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | San Diego, CA: San Diego International |
| Detroit, MI: Detroit Metro Wayne County | Louisville, KY: Louisville Muhammad Ali Internat |
| Fort Myers, FL: Southwest Florida International | Louisville, KY: Louisville Muhammad Ali Internat |
| Los Angeles, CA: Los Angeles International | Louisville, KY: Louisville Muhammad Ali Internat |
| Chicago, IL: Chicago O'Hare International | Louisville, KY: Louisville Muhammad Ali Internat |
| Newark, NJ: Newark Liberty International | Louisville, KY: Louisville Muhammad Ali Internat |
| Tampa, FL: Tampa International | Louisville, KY: Louisville Muhammad Ali Internat |
| Atlantic City, NJ: Atlantic City International | San Juan, PR: Luis Munoz Marin International |
| Baltimore, MD: Baltimore/Washington Internationa | San Juan, PR: Luis Munoz Marin International |
| New York, NY: LaGuardia | San Juan, PR: Luis Munoz Marin International |
| Santa Ana, CA: John Wayne Airport-Orange County | Sacramento, CA: Sacramento International |
| Oakland, CA: Metro Oakland International | Santa Ana, CA: John Wayne Airport-Orange County |
| Sacramento, CA: Sacramento International | Santa Ana, CA: John Wayne Airport-Orange County |
| Fort Myers, FL: Southwest Florida International | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | St. Louis, MO: St Louis Lambert International |
| Myrtle Beach, SC: Myrtle Beach International | St. Louis, MO: St Louis Lambert International |
| Phoenix, AZ: Phoenix Sky Harbor International | St. Louis, MO: St Louis Lambert International |
| Los Angeles, CA: Los Angeles International | St. Louis, MO: St Louis Lambert International |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Charlotte Amalie, VI: Cyril E King |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Christiansted, VI: Henry E. Rohlsen |
| Indianapolis, IN: Indianapolis International | Tampa, FL: Tampa International |
| Houston, TX: George Bush Intercontinental/Housto | Tampa, FL: Tampa International |
| Latrobe, PA: Arnold Palmer Regional | Tampa, FL: Tampa International |
| Akron, OH: Akron-Canton Regional | Tampa, FL: Tampa International |
| Baltimore, MD: Baltimore/Washington Internationa | Tampa, FL: Tampa International |

Appendix A
*Garavanian et al. v. JetBlue Airways and Spirit Airlines*
Spirit Routes with No Other ULCC
Declaration of Hal J. Singer

| Origin | Destination |
| --- | --- |
| Fort Lauderdale, FL: Fort Lauderdale-Hollywood I | Tampa, FL: Tampa International |
| Louisville, KY: Louisville Muhammad Ali Internat | Tampa, FL: Tampa International |
| Pittsburgh, PA: Pittsburgh International | Tampa, FL: Tampa International |
| Atlantic City, NJ: Atlantic City International | Tampa, FL: Tampa International |
| New Orleans, LA: Louis Armstrong New Orleans Int | Tampa, FL: Tampa International |
| Manchester, NH: Manchester Boston Regional | Tampa, FL: Tampa International |
| Kansas City, MO: Kansas City International | Tampa, FL: Tampa International |