UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

*Defendants*.

Civil Action No. 1:23-cv-10678-WGY

## DECLARATION OF TIMOTHY NIEBOER
## IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, TIMOTHY NIEBOER, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. I am a Plaintiff in the above-captioned lawsuit. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. I am retiring from my job on May 1, 2024.

3. My younger daughter moved to St. Petersburg, Florida around September 2022.

4. Last month, from January 18, 2024 to January 24, 2024, my wife flew Spirit to visit our daughter in St. Petersburg. I purchased her roundtrip flight on Spirit because it was the least expensive option from the Detroit area into the St. Petersburg/Tampa area.

1
DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

5.  Later this month, on February 13, 2024, my wife and I will travel from Detroit to Tampa to visit our daughter. We have already purchased and booked our flights on Spirit. On around February 17, 2024, we will drive from St. Petersburg to Fort Lauderdale to stay in our annual timeshare at Fort Lauderdale. We will fly Spirit from Fort Lauderdale to Detroit on February 24, 2024. I purchased these flights on Spirit because it was the most economical option from the Detroit area into the Tampa area and from Fort Lauderdale back to Detroit.

6.  My younger daughter is getting married in St. Petersburg on November 2, 2024. My wife and I will fly from Detroit to Tampa in October 2024 to assist her in planning the wedding. When I book our tickets, I will choose the most economical option available, and based on my experience, that will most likely be Spirit Airlines.

7.  My wife and I will fly from Detroit to Tampa a few days before my daughter's November 2, 2024 wedding and return to Detroit around November 4, 2024. When I book our tickets, I will choose the most economical option available, and based on my experience, that will most likely be Spirit Airlines.

8.  After I retire in May 2024, my wife and I plan to visit our daughter in St. Petersburg between two and four times a year. When I book our tickets, I will choose the most economical option available, and based on my experience, that will most likely be Spirit Airlines.

9.  My wife and I purchased a timeshare in Fort Lauderdale in 2018. We are allotted the seventh week of the year.

I declare under the penalty of perjury under the laws of the United States of America that

/

/

the foregoing is true and correct.

Executed on this 13th day of February, 2024 at Clarkston, Michigan.

DocuSigned by:

*Timothy Nieboer*

C35665E6C5DE498...

TIMOTHY NIEBOER