UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

    *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No. 1:23-cv-10678-WGY

## DECLARATION OF GABRIEL GARAVANIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, GABRIEL GARAVANIAN, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. I am a plaintiff in the above-captioned lawsuit. The facts set forth in this declaration are personally known to me and if sworn as a witness, I could and would competently testify thereto.

2. On October 4, 2023, I flew Spirit Airlines from Myrtle Beach to Boston and returned on Spirit Airlines on October 8, 2023.

3. On November 16, 2023, I flew Spirit Airlines from Myrtle Beach to Boston and returned on Spirit Airlines on November 22, 2023.

4. On January 28, 2024, I flew Spirit Airlines from Myrtle Beach to Boston and returned on Spirit Airlines on January 30, 2024.

5. I will continue to fly Spirit Airlines between Myrtle Beach, South Carolina and Boston, Massachusetts to visit my family as I have done in the past. I have plans to fly Spirit from Myrtle Beach to Boston in the Spring and Fall of 2024, but I will not purchase my tickets until a few weeks before departing.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13 day of February, 2024 at Myrtle Beach, South Carolina.



GABRIEL GARAVANIAN