UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10678-WGY |

**NOTICE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT**

On March 1, 2024, Plaintiffs filed a Motion for Leave to File a Motion for Summary judgment on estoppel grounds. Dkt. 343. On March 4, 2024, JetBlue and Spirit announced the termination of their July 2022 merger agreement. After that announcement, in the DOJ action, the First Circuit granted the parties' joint motion to dismiss and issued final judgment. *United States v. JetBlue Airways Corp.*, No. 24-1092 (1st Cir. Mar. 5, 2024). Thus, the injunction issued by this Court prohibiting the merger is final and non-appealable.

The termination of the merger, and the finality of the Court's order enjoining it, warrant dismissal of this case brought by private plaintiffs. Defendants have therefore prepared a motion to dismiss this action as moot. The parties in this case have been meeting and conferring regarding Defendants' motion to dismiss. If the parties are unable to reach a resolution, then Defendants intend to file their motion to dismiss on March 18, 2024 and request the Court hold in abeyance plaintiffs' Motion for Leave to File a Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| Dated: March 15, 2024 | */s/ Elizabeth M. Wright*<br>Zachary R. Hafer (MA BBO #569389)<br>Elizabeth M. Wright (MA BBO #569387)<br>Zachary Sisko (MA BBO #705883)<br>Cooley LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>Tel: 617-937-2300<br>zhafer@cooley.com<br>ewright@cooley.com<br>zsisko@cooley.com<br><br>Ethan Glass (*Pro Hac Vice*)<br>Deepti Bansal (*Pro Hac Vice*)<br>Matt K. Nguyen (*Pro Hac Vice*)<br>Cooley LLP<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 2004-2400<br>Tel: 202-842-7800<br>Fax: 202-842-7899<br>eglass@cooley.com<br>dbansal@cooley.com<br>mnguyen@cooley.com<br><br>*Attorneys for Defendant JetBlue Airways Corporation*<br><br>*/s/ Andrew C. Finch*<br>Andrew C. Finch (*Pro Hac Vice*)<br>Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)<br>Jay Cohen (*Pro Hac Vice*)<br>Jared P. Nagley (*Pro Hac Vice*)<br>Kate Wald (*Pro Hac Vice*)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212-373-3000<br>Fax: 212-757-3990<br>afinch@paulweiss.com<br>tstmatthewdaniel@paulweiss.com<br>jcohen@paulweiss.com<br>jnagley@paulweiss.com<br>kwald@paulweiss.com |

                        Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant*
*Spirit Airlines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system on March 15, 2024, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Elizabeth Wright*
Elizabeth Wright