# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants, | Civil Action No. 1:23-cv-10678-WGY |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AS MOOT

Defendants JetBlue Airways Corporation ("JetBlue") and Spirit Airlines, Inc. ("Spirit") hereby move to dismiss plaintiffs' complaint in this action with prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. As set forth more fully in the accompanying memorandum of law, the abandonment of the merger by Spirit and JetBlue and the final injunction entered by this Court barring the merger moot plaintiffs' claims, and plaintiffs cannot show injury-in-fact under Article III of the United States Constitution.

WHEREFORE, Defendants respectfully request that this Court dismiss each of the claims asserted in plaintiff's complaint.

Dated: March 18, 2024                    Respectfully submitted,

                                                    */s/ Andrew C. Finch*

Andrew C. Finch (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
jcohen@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Cole A. Rabinowitz (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com
crabinowitz@paulweiss.com

*Attorneys for Defendant*
*Spirit Airlines, Inc.*


*/s/ Ethan Glass*

Ethan Glass (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com

Elizabeth M. Wright (MA BBO #569387)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*

## L.R. 7.1 CERTIFICATE OF CONFERENCE

I, Cole Rabinowitz, hereby certify that pursuant to Local Rule 7.1, the parties have met and conferred but have been unable to resolve or narrow the issues presented in this Motion.

/s/ Cole A. Rabinowitz

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on March 18, 2024 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Andrew C. Finch