UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants, | Civil Action No. 1:23-cv-10678-WGY |

**DECLARATION OF ANDREW C. FINCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AS MOOT**

I, ANDREW C. FINCH, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and Partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for defendant Spirit Airlines Inc. ("Spirit") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration in support of Defendants' Motion to Dismiss the Complaint and Stay Further Briefing.

2. Attached as Exhibit 1 is a true and correct copy of a press release, titled JetBlue Announces Termination of Merger Agreement with Spirit issued by JetBlue Airways Corp. published on March 4, 2024.

3. Attached as Exhibit 2 is a true and correct copy of a press release titled, Spirit Announces Termination of Merger Agreement with JetBlue issued by Spirit Airlines Inc. published on March 4, 2024.

4.	Attached as Exhibit 3 is a true and correct copy of a press release titled, JetBlue Issues Statement on Its Northeast Alliance with American Airlines issued by JetBlue Airways Corp. on July 5, 2023.

5.	Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2024

*/s/ Andrew C. Finch*
Andrew C. Finch

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on March 18, 2024 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                        */s/ Andrew C. Finch*