UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>       *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MARCH 15, 2024 NOTICE**

On March 15, 2024, the deadline for opposing Plaintiffs' Motion for Leave to File a Summary Judgment Motion, Dkt. 343, Defendants filed a paper entitled "Notice Regarding Plaintiffs' Motion For Leave To File A Motion For Summary Judgment" (Dkt. 345) (the "Notice"). In the Notice, Defendants concede that the injunction and judgment issued by this Court prohibiting the merger between JetBlue and Spirit is final, no longer appealable, and will no longer be contested by Defendants in either this case or the Government's case. Defendants' Notice did not oppose granting Plaintiffs' motion for leave to file their summary judgment motion. Instead, Defendants only suggested that Plaintiffs' motion be held in abeyance.

Because Defendants did not oppose Plaintiffs' Motion for Leave to File a Summary Judgement Motion, Plaintiffs respectfully request that the Court promptly grant the motion and accept Plaintiffs' summary judgment motion for filing. This will allow the Court and parties to move expeditiously to a final judgment in this case based on the undisputed material facts

1

presented in Plaintiffs' motion for summary judgment and confirmed by Defendants' concessions in the Notice.

The Notice also stated that Defendants would to file a motion to dismiss Plaintiffs' complaint as moot. Defendants filed that motion on March 18, 2024. Dkt. 346.

Defendants' Motion to Dismiss is ill-founded, relies on irrelevant cases, and ignores clearly relevant controlling Supreme Court precedent. Defendants could have properly expedited resolution of this case by consenting to judgment, given the admissions they have now made. Instead, they are prolonging it in an attempt to prevent these individual passenger-Plaintiffs from obtaining the judgment to which they are entitled, in a case in which they have prevailed. Plaintiffs are preparing and will file an opposition to Defendants' motion to dismiss that will highlight its deficiencies and make clear that this Court retains jurisdiction to grant summary judgment and issue a final judgment in Plaintiffs' favor.

Dated: March 19, 2024

/s/ Scott Gregory Herrman
Scott Gregory Herrman (DC Bar No. 983114)
LARSON LLP
900 17th Street NW, Suite 320
Washington, DC 20006
Tel: (202) 795-4900
Fax: (202) 795-4888
Email:gherrman@larsonllp.com
(*Admitted Pro Hac Vice*)

Stephen G. Larson (CA State Bar No. 145225)
Robert F. Ruyak, (DC Bar No. 233304
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
Email:rruyak@larsonllp.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto, Jr. (CA State Bar No. 215544)
ALIOTO LEGAL
100 Pine Street
Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto (CA State Bar No. 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com
(*Admitted pro hac vice*)

Josephine Alioto (CA State Bar No. 282989)
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale (CA State Bar No. 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Jeffrey K. Perkins (CA State Bar No. 57996)
LAW OFFICES OF JEFFREY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115
(*Admitted pro hac vice*)

Lingel H. Winters (CA State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com
(*Admitted pro hac vice*)

Christopher A. Nedeau (CA State Bar No. 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on March 19, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ S. Gregory Herrman*
S. Gregory Herrman
