UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants, | Civil Action No. 1:23-cv-10678-WGY |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND STAY FURTHER BRIEFING**

Pursuant to Local Rule 7.1(b)(3), Defendants JetBlue Airways Corp. and Spirit Airlines Inc. ("Defendants") hereby move this Court for leave to file a reply memorandum in support of their motion to dismiss.

1. Defendants filed their motion to dismiss on March 18, 2024 pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. As set forth more fully in the memorandum of law in support of the motion to dismiss, the abandonment of the merger by Defendants and the final injunction entered by this Court barring the merger moot plaintiffs' claims, and plaintiffs cannot show injury-in-fact under Article III of the United States Constitution.

2. On March 28, 2024, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss (Dkt. 354). Plaintiffs raise new arguments that Defendants could not reasonably

have anticipated in their Motion to Dismiss. Defendants seek leave to file a reply to address these arguments.

3. Good cause exists to allow Defendants to reply to that they can respond to the arguments raised by Plaintiffs in their opposition brief and thus allow this Court to consider the Motion to Dismiss on a complete record.

4. Defendants' proposed reply memorandum is attached hereto as Exhibit 1.

WHEREFORE, Defendants respectfully request that the Court grant leave to file the reply.

Dated: April 5, 2024                                 Respectfully submitted,

                                                     /s/ Elizabeth M. Wright

                                                     Elizabeth M. Wright (MA BBO #569387)
                                                     Cooley LLP
                                                     500 Boylston Street, 14th Floor
                                                     Boston, MA 02116-3736
                                                     Tel: 617-937-2300
                                                     ewright@cooley.com

                                                     Ethan Glass (*Pro Hac Vice*)
                                                     Cooley LLP
                                                     1299 Pennsylvania Avenue NW, Suite 700
                                                     Washington, DC 2004-2400
                                                     Tel: 202-842-7800
                                                     Fax: 202-842-7899
                                                     eglass@cooley.com

                                                     *Attorneys for Defendant JetBlue Airways Corporation*

                                                     Andrew C. Finch (*Pro Hac Vice*)
                                                     Jay Cohen (*Pro Hac Vice*)
                                                     Yoav Gaffney (*Pro Hac Vice*)
                                                     Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                     1285 Avenue of the Americas

New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
jcohen@paulweiss.com
ygaffney@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Cole A. Rabinowitz (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com
crabinowitz@paulweiss.com

*Attorneys for Defendant*
*Spirit Airlines, Inc.*

## **L.R. 7.1 CERTIFICATE OF CONFERENCE**

I hereby certify that pursuant to Local Rule 7.1, the parties conferred regarding this motion for leave, and counsel for Plaintiffs do not consent to the motion.

*/s/ Elizabeth M. Wright*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on April 5, 2024 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Elizabeth M. Wright*