PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3417
EMAIL: AFINCH@PAULWEISS.COM

April 29, 2024

**VIA ECF**

Honorable William G. Young
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, St. 2300
Boston, MA 02210

RE: *Garavanian et al.* v. *JetBlue Airways Corp. et al.*, 23-cv-10678;
Notice of First Circuit Decision

Dear Judge Young,

I write on behalf of Defendants JetBlue Airways Corporation and Spirit Airlines, Inc., to notify the Court of a development concerning Defendants' pending Motion to Dismiss the Complaint as Moot (ECF No. 346).

On April 29, 2024, the First Circuit dismissed the interlocutory appeal filed by 22 of the individual Plaintiffs in this matter (ECF No. 323) as moot. According to the First Circuit's decision, "the case or controversy stemming from the specific merger attempt at issue is moot in light of the district court's entry of judgment enjoining the merger [in the Department of Justice action], the stipulated dismissal of the airlines' appeal of that injunction ruling, and the publicly-announced abandonment of the merger." Order at 2. The First Circuit's decision is attached as Exhibit A to this notice.

Respectfully submitted,

*/s/ Andrew C. Finch*
Andrew C. Finch, Esq.

cc:   All counsel of record (via ECF)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on April 29, 2024 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Andrew C. Finch*
