# United States Court of Appeals
## For the First Circuit

No. 23-1897

KATHERINE R. ARCELL; JOSE M. BRITO; JAN-MARIE BROWN; ROSEMARY D'AUGUSTA; BRENDA K. DAVIS; PAMELA FAUST; CAROLYN FJORD; DON FREELAND; DONNA FRY; HARRY GARAVANIAN; YVONNE JOCELYN GARDNER; VALARIE ANN JOLLY; MICHAEL C. MALANEY; LEN MARAZZO; LISA MCCARTHY; DEBORAH M. PULFER; BILL RUBINSOHN; SONDRA K. RUSSELL; CLYDE D. STENSRUD; GARY TALEWSKY; PAMELA S. WARD; CHRISTINE WHALEN,

Plaintiffs - Appellants,

TIMOTHY NIEBOR; GABRIEL GARAVANIAN; JUNE STANSBURY,

Plaintiffs,

v.

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

Defendants - Appellees.

**MANDATE**

Entered: May 21, 2024

In accordance with the judgment of April 29, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joseph M. Alioto Sr., Joseph Michelangelo Alioto Jr., Josephine Leticia Alioto, Deepti Bansal, Robert J. Bonsignore, Meredith Richardson Dearborn, James P. Denvir III, Andrew C. Finch, Jennifer L. Giordano, Zachary R. Hafer, Kathleen R. Hartnett, Patrick J. Hayden, Stephen G. Larson, Daniel H. Leff, Donald Campbell Lockhart, William Thomas Marks, Andrew T. O'Connor, Samuel Newland Rudman, Zachary Sisko, Benjamin P. Solomon-Schwartz, Marguerite M. Sullivan, David C. Tolley, Lisa C. Wood, Elizabeth M. Wright