UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GARAVANIAN et al
                Plaintiffs

                  CIVIL ACTION

        V.

                NO.   23-10678-WGY

JETBLUE AIRWAYS CORP. et al
                Defendants

## ORDER OF DISMISSAL

YOUNG, DJ ,

      In accordance with the Court's allowance of the defendants' motion to dismiss as moot on   June 18, 2024   , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                By the Court,

June 18, 2024
Date

                /s/ Jennifer Gaudet
                Deputy Clerk