UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES**

    Plaintiffs, by their attorneys, hereby move for attorneys' fees, costs and expenses, pursuant to the Clayton Act, 15 U.S.C. § 26, and Fed. R. Civ. P. 54(d).

    This Motion is based on the accompanying Memorandum of Points and Authorities, the Declarations of Stephen G. Larson, Joseph M. Alioto, Joseph M. Alioto, Jr., Tatiana Wallace, Robert J. Bonsignore, Josephine Alioto, Lingel H. Winters, Christopher A, Nedeau, Lawrence G. Papale, Jeffrey K, Perkins and Paul A. Rigali, and any further argument or evidence that may be presented in connection with the Motion at or prior to the hearing.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d), Plaintiffs request for oral argument on the issues presented by the instant motion.

Dated: July 12, 2024

/s/ Stephen G. Larson
Stephen G. Larson (CA State Bar No. 145225)
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000
Email:slarson@larsonllp.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto, Jr. (CA State Bar No. 215544)
ALIOTO LEGAL
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: 415-398-3800
Email: joseph@aliotolegal.com
(*Admitted Pro Hac Vice*)

Joseph M. Alioto (CA State Bar No. 42680)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Email:  jmalioto@aliotolaw.com
(*Admitted pro hac vice*)

Josephine Alioto (CA State Bar No. 282989)
THE VEEN FIRM
20 Haight Street
San Francisco, CA 94102
Telephone: (415) 673-4800
Email: j.alioto@veenfirm.com
(*Admitted pro hac vice*)

Lawrence G. Papale (CA State Bar No. 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117

St. Helena, California 94574
Telephone: (707) 963-1704
(*Admitted pro hac vice*)

Jeffrey K. Perkins (CA State Bar No. 57996)
LAW OFFICES OF JEFFREY K. PERKINS
1550-G Tiburon Blvd., Box 344
Tiburon, California 94920
Telephone: (415) 302-1115
(*Admitted pro hac vice*)

Lingel H. Winters (CA State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-2941
Email: sawmill2@aol.com
(*Admitted pro hac vice*)

Christopher A. Nedeau (CA State Bar No. 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net
(*Admitted pro hac vice*)

Robert J. Bonsignore, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
23 Forest Street
Medford, MA 02155
Phone: 781-856-7650
Email: rbonsignore@classactions.us

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system on July 12, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Stephen G. Larson*
Stephen G. Larson