**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GABRIEL GARAVANIAN, *et al.*,

               *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

               *Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

**DECLARATION OF PAUL A. RIGALI ON BEHALF OF LARSON LLP IN SUPPORT
OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION EXPENSES**

I, Paul A. Rigali, pursuant to 28 U.S.C. §1746, declare:

1.      I am the managing partner of the law firm of Larson LLP ("Larson")
and a member in good standing of the bar of California. I have personal knowledge
of the facts set forth in this Declaration based on my day-to-day participation in the
prosecution of this case, and, if called as a witness, could and would testify
competently to them.

2.      On June 27, 2024, I participated in a telephonic status conference with
Elizabeth Wright of Cooley LLP and Andrew Finch of Paul Weiss, to meet and

confer regarding Plaintiff's intended motion for attorneys' fees and costs in the above-entitled matter. Despite a good faith discussion of the substantive issues presented in Plaintiff's motion, counsel for the parties were unable to resolve this dispute. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 224, in Los Angeles, California.

_____

Paul A. Rigali