# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, *et al.*,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

Civil Action No.: 1:23-cv-10678-WGY

**DECLARATION OF JOSEPH M. ALIOTO SR. IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**

Joseph M. Alioto, Sr. does hereby declare as follows:

1.      That he is licensed to practice before the Supreme Court of California and the Supreme Court of the United States.

2.      That he makes this declaration in support of his application for an award of attorneys' fees in connection with the services rendered in the above-entitled action, and for the reimbursement of costs and expenses incurred by him in the course of this litigation.

3.      That he has prosecuted private antitrust cases for the over fifty years.  He has tried and won more antitrust cases throughout the country over his professional career than any other attorney.  Mr. Alioto has represented farmers, independent companies, inventors, patent holders, manufacturers, suppliers, wholesalers, retailers, distributors, unions, consumers, professionals and entrepreneurs against foreign as well as domestic corporations.  Mr. Alioto's cases involve

every major industry from manufacturing to service, trading to finance, supply to retail, transportation to mining, foreign and domestic.

4.      That he has litigated over 300 antitrust cases and has tried approximately one hundred antitrust trials in federal and state courts involving issues relating to monopolization, attempts to monopolize, conspiracies to monopolize, price fixing, group boycotts, market and customer allocations, tie-in arrangements, exclusive dealing, commercial bribery, unlawful acquisitions and mergers, discriminatory pricing, predatory pricing, interlocking directorates, and other anti-competitive conduct.

6.      That he has set records for the largest judgments and the largest jury verdics for producers in *Bray v. Safeway* (1974), small businesses in *McDonald v. Johnson & Johnson* (1981), sports in *Oakland Raiders v. NFL* (1982), *In Re TFT-LCD (Flat Panel) Antitrust Litigation* (2016) as the largest all cash payment in price fixing for consumers in the history of the Antitrust Laws since 1890, and the first new industry antitrust verdict in *Richmond Compassionate Collective v. Richmond Patient's Group et al.* (2022).

7.      That he has argued antitrust cases on behalf of plaintiffs in the Supreme Court of the United States and all Circuit Courts of Appeals as noted below.  He has represented antitrust plaintiffs in all major metropolitan areas and rural areas in many states in the country.

- •      Supreme Court of the United States

- •      United States Court of Appeals for the First Circuit

- •      United States Court of Appeals for the Second Circuit

- •      United States Court of Appeals for the Third Circuit

- •      United States Court of Appeals for the Fourth Circuit

- •      United States Court of Appeals for the Fifth Circuit

**DECLARATION OF JOSEPH M. ALIOTO IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS'
FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**

- United States Court of Appeals for the Sixth Circuit

- United States Court of Appeals for the Seventh Circuit

- United States Court of Appeals for the Eighth Circuit

- United States Court of Appeals for the Ninth Circuit

- United States Court of Appeals for the Tenth Circuit

- United States Court of Appeals for the Eleventh Circuit

- United States Court of Appeals for the District of Columbia Circuit

- United States District Courts, *Pro Hac Vice*:  Mr. Alioto has tried and/or represented antitrust cases in the federal courts in New York and Buffalo, New York; Trenton and Newark, New Jersey; Portland, Maine; Boston, Massachusetts; Wilmington, Delaware; Richmond and Alexandria, Virginia; Atlanta, Georgia; Minneapolis and St. Paul, Minnesota; Wichita Kansas; Liouville, Kentucky; Montgomery, Alabama; Chicago, Illinois; New Orleans, Louisiana; St. Louis, Missouri; Cleveland and Youngstown, Ohio; Oklahoma City and Tulsa, Oklahoma; Fort Worth, Dallas, El Paso, Austin, Laredo, McAllen and Amarillo, Texas; Las Vegas and Reno, Nevada; Salt Lake City, Utah; Boise, Idaho; Seattle and Tacoma, Washington; Portland and Medford, Oregon; Honolulu and Maui, Hawaii; Phoenix, Arizona; Albuquerque, New Mexico; Philadelphia, Pennsylvania; Denver, Colorado; and others.

Mr. Alioto has represented plaintiffs before the Supreme Court of California, every California appellate district, and has tried cases in every major California city, including San Diego, Los Angeles, San Francisco, Fresno, Sacramento, Oakland, San Jose, Martinez.  That he has appeared before the Supreme Court of Hawaii and has tried cases both in federal and state courts of the State of Hawaii.

8.    That since 1969, he has represented antitrust plaintiffs in more than 300 cases

involving various industries, including:

| | | |
|---|---|---|
| Accounting | Glass Foreign | Retailing |
| Advertising | Generic Drugs | Rice |
| Agriculture | Grapes | Satellites Services |
| Air Transportation | Health Care | and Equipment |
| Aluminum | Heating & A/C | Shipping |
| Appraising | High Precision | Ship to Shore |
| Appliances | Tooling | Soda Ash |
| Automobiles | Hospitals | Soft Drinks |
| Barges | Ice Cream | Steam Shipping |
| Baseball | Insurance | Stocks and Bonds |
| Beer | Laptop | Talk Radio |
| Big Tech | LCD | Telecomm. |
| Cable Television | Livestock | Televisions |
| Cannabis | Medical Devices | Tickets |
| Cattle Ranching | Milk | Tomatoes |
| Chemicals | Mining | Trading |
| Compact Discs | Mortgage Banking | Travel Industries |
| Computer Hardware | Moving Services | Trucking |
| Computer Networks | N.F.L. Football | VCRs |
| Computer Software | Newspapers | Wheat |
| Construction | Oil | Wine |
| Construction | Optic Fibers | Wool |
| Developers | Overhead Doors | Yellow Pages |
| Consumer Electronics | Pacemakers | |
| Corn Wet Milling | Peripheral Mfg. | |
| Cosmetics | Photofinishing | |
| Crane Certification | Pharmaceuticals | |
| Currency Exchange | Potash | |
| Credit Cards | Potatoes | |
| Distilled Spirits | Professional SpSvcs. | |
| Distribution | Sports | |
| DVDs | Publishing | |
| Farm Equipment | Radios | |
| Finance brokers | Railroads | |
| Foreign Exchange | Real Estate | |
| Rates | Rendering | |

10.     That he has tried and won many antitrust cases over his professional career. A

sampling of his trials, on behalf of antitrust plaintiffs, in federal court in almost every state in the

4

country, and California State Courts, which have lasted anywhere from three weeks to seven months.

11.     That he has lectured approximately 15-20 times at the American Bar Association, State Bar Associations, Law Schools, Symposia on various antitrust topics from practical instruction to philosophical underpinning of the antitrust laws.  He has testified at the hearings before U.S. Senate Judiciary Committee, U.S. Congressional Judiciary and Maritime Committees, and California Senate on antitrust-related issues and has participated in the televised debates with the Reagan/Bush Administration Department of Justice Chiefs.

12.     That majority of his cases are on a contingency fee basis, and he does not take any case on an hourly basis.  Therefore, he does not ordinarily keep a record of his hours; however, he has accepted employment on the basis of an agreed amount to try a case or an agreed-per-month amount, regardless of the time spent on the client's case.  In addition, for the last two decades, in his retainer agreement, he has required and requires his clients to agree to pay him an hourly fee ($2,000 per hour) if the client withdraws from the case or refuses to follow what he regards and considers to be a critical recommendation. Additionally, his firm incurred expenses totaling $204,753 for which it has not been reimbursed. Attached hereto as Exhibit 1 is a true and correct copy of his firm's accounting records, which reflect the unreimbursed costs that his firm incurred.

## V.     RESULT ACHIEVED FOR PLAINTIFFS

13.     That he understands and believes that the result achieved for the Plaintiffs was a total and complete victory in that the unlawful acquisition was permanently enjoined.

## VI.     THE RISK OF PLAINTIFF'S COUNSEL

14.     That he is aware that any attorney who has prosecuted an antitrust case on a

contingency basis knows the substantial risk that the case, even after successful jury verdicts and even after successful appeals, may result in a complete loss and therefore no fee for the attorney, regardless of how many hours the attorney may have worked and regardless of the quality of that work.  So, in his experience, no matter what the worth or value of a particular case and no matter what the result is at the trial level, the risk is, and continues to be, a substantial and real concern that all the time and all the expense would not result in not one penny of attorneys' fees.

## VII.    TIME AND LABOR SPENT

15.     That he has participated in this litigation, and has performed work on behalf of the Plaintiffs in connection with the prosecution of this case.  He performed, among other things, the following tasks associated with this litigation: preliminary investigation of the claim; research of factual and legal issues related to the litigation; preparation of pleadings (including, but not limited to the Complaint and the Motion for Preliminary Injunction); review and analysis of documents produced by the Defendants and third parties both before and after the receipt of the Hart-Scott-Rodino documents; review and analysis of pleadings filed in the litigation and the related DOJ action; participation in case management; weekly discussions with co-counsel regarding litigation status and strategy, and the tactics to implement the strategy; analysis of the marketplace, market participants and their market shares; analysis of facts supporting liability, impact, and damages in accordance with the decisions by the Supreme Court in such cases as *Brown Shoe Co., Inc. v. United States*, 370 U.S. 294 (1962) and its progeny with regard to the antitrust violation, *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100 (1969) with regard to the threat of injury; participation in document and deposition discovery [including taking the deposition of the chief executive officers, chairmen of the board of the Defendants, and key members of their executive teams, including not limited to Robert Hayes (JetBlue CEO),

Ted Christie (Spirit CEO), H. McIntyre Gardner (Spirit Chairman), John Patrick Kirby (Spirit

VP Network Planning), among others]; analysis of liability issues; and preparation for trial.

16.     After review with the assistance of my staff of my records related to the work

performed in this matter, he estimates that he spent the number of hours on this litigation through

April of 2024.  The total lodestar for him calculated at his current rate of $2,000.00/hour is

**$1,622,500.00** attached hereto as Exhibit 2.

## VIII.   REASONABLENESS OF FEES

17.     That the amount of attorneys' fees claimed is reasonable in light of the

significance of the litigation and the amount of work involved in prosecuting this case.

18.     That there exist several factors which must be analyzed in reaching a conclusion

as to a reasonable fee: (1) magnitude and complexity of the litigation; (2) responsibility

undertaken; (3) time and labor spent; (4) amount recovered; (5) standing of counsel. *See Bray v.*

*Safeway Stores, Inc.*, 392 F. Supp. 851, 869 (N.D. Cal. 1975), *citing Hanover Shoe, Inc. v.*

*United Shoe Machinery Corp.*, 245 F. Supp. 258, 302-3 (M.D.Pa.1965); *Bal Theatre Corp. v.*

*Paramount Film Distributing Corp.*, 206 F. Supp. 708, 715 (N.D.Cal.1962).

19.     That the magnitude and complexity of this case was significant.  Plaintiffs filed

this antitrust action on November 3, 2022 seeking an Order of the Court prohibiting the $3.8

billion acquisition of Spirit Airlines, Inc. by JetBlue Airways Corporation as a violation of the

antitrust laws.  Since the trend of acquisitions in the airline industry began in 2007, in no airline

merger did the DOJ file the case to challenge the acquisition.  Therefore, when this case was

filed, there was no reasonable belief that there would be any support whatsoever from the DOJ or

any other governmental body, except for the possibility of the documents required to be

submitted to the government under the provisions of the Hart-Scott-Rodino (HSR) Act. The complexity of this case is evidenced by the nature of the filing as it was brought under the following statutes that are unusual in terms of cases brough under them: (1) Section 16 of the Clayton Antitrust Act (15 U.S.C. § 26), which allows plaintiffs to file actions to prohibit acquisitions and mergers if they are "threatened" with injury or damage requiring an imminent "danger" of injury; and Section 7 of the Clayton Antitrust Act (15 U.S.C. § 18) prohibiting mergers and acquisitions that "lessened competition or tended to create a monopoly. All these factors contribute to the inexorable conclusion that this case is one of great magnitude and complexity.

20.     That the responsibility undertaken on behalf of the Plaintiffs in this case was extremely burdensome. Plaintiffs sought to enjoin the proposed acquisition as a violation of Section 7 of the Clayton Antitrust Act (15 U.S.C. § 18) because the threatened and dangerous injury that would be caused by the elimination of Spirit may have been "substantially to lessen competition, or tend to create a monopoly" in the passenger airline industry by the elimination of a significant competitor. The competition in this economic area is of crucial importance and great national concern.

21.     That the time and labor spent was significant and that he devoted substantial time to the preparation and presentation of this case.

22.     That the result achieved for the Plaintiffs was a total and complete victory in that the unlawful acquisition was permanently enjoined and is indicative of the work involved in this case.

23.     That counsel for both the Plaintiffs and the Defendants occupy positions of high standing in the legal community. The law firms representing the parties are among the most

skilled and reputable antitrust firms in the nation.

24.     This Declaration is filed in support of the Plaintiffs' presentation of reasonable attorneys' fees to be awarded pursuant to Section 16 of the Clayton Antitrust Act (15 U.S.C. § 26).

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct to the best of my knowledge and belief.  Executed this 1st day of May 2024, at Diablo, California.


/s/ *Joseph M. Alioto*

Joseph M. Alioto

# EXHIBIT 1

**ALIOTO LAW FIRM**
**Transaction Detail By Account**
January through April 2024

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| **JetBlue / Spirit Case Costs** | | | | | | |
| Check | 10/15/2022 | 75 | Legal Vision | Graphics for Compaint | 15,000.00 | 15,000.00 |
| Check | 10/15/2022 | 76 | Carl Lundgren | Expert services retainer | 10,000.00 | 25,000.00 |
| Check | 10/17/2022 | 77 | Revel Kitchen & Bar | Jet Blue Counsel meeting | 447.51 | 25,447.51 |
| ACH | 10/19/2022 | 78 | T. Wallace Legal | Legal Research for draft Complaint | 10,000.00 | 35,447.51 |
| Bill | 11/04/2022 | | USDC NDCA | USDC NDCA filing fee - JetBlue 11.4.22 (Complaint) | 405.00 | 35,852.51 |
| Bill | 11/04/2022 | | USDC NDCA | USDC NDCA filing fee - JetBlue 11.4.22 (Declination of Magistrate) | 405.00 | 36,257.51 |
| Bill | 11/04/2022 | | First Legal | First Legal - JetBlue & Spirit process of service 11.04.22 | 277.10 | 36,534.61 |
| Bill | 11/30/2022 | | November 2022 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe | 568.40 | 37,103.01 |
| Bill | 12/30/2022 | | December 2022 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe | 419.96 | 37,522.97 |
| Bill | 01/30/2023 | | January 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 380.75 | 37,903.72 |
| Bill | 02/28/2023 | | February 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 422.60 | 38,326.32 |
| Bill | 03/31/2023 | | March 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 518.22 | 38,844.54 |
| Check | 04/13/2023 | 79 | Amazon Inc. - Computer Build for Discovery processing | Computer build for stand alone computer for discovery data | 3,500.00 | 42,344.54 |
| Bill | 04/17/2023 | | Amazon Inc. - Computer Build for Discovery processing | JetBlue discovery - computer build 04.17.23 | 2,780.08 | 45,124.62 |
| Bill | 04/30/2023 | | April 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 688.74 | 45,813.36 |
| Bill | 05/08/2023 | | USDC MA - JetBlue appearance filing | USDC MA - JetBlue 05.08.23 | 125.00 | 45,938.36 |
| Bill | 05/19/2023 | | X1 Discovery Software | X1 Discovery Software license 05.19.23 | 79.00 | 46,017.36 |
| Bill | 05/27/2023 | | American Airlines | JetBlue - Kirby Depo.  American Airline SFO-FLL-SFO 05.27.23 | 3,699.40 | 49,716.76 |
| Credit Card Charge | 05/25/2023 | | ADmirals Club | Kirby Deposition Travel 05/25/23 | 34.90 | 49,751.66 |
| Credit Card Charge | 05/25/2023 | | Drake's Flyaway | Kirby Deposition Travel 05/25/23 | 48.55 | 49,800.21 |
| Credit Card Charge | 05/25/2023 | | American Airlines | Kirby Deposition Travel 05/25/23 | 59.00 | 49,859.21 |
| Credit Card Charge | 05/26/2023 | | Smart Cart | Kirby Deposition Travel 05/25/23 | 6.00 | 49,865.21 |
| Credit Card Charge | 05/27/2023 | | ADmirals Club | Kirby Deposition Travel 05/27/23 | 34.90 | 49,900.11 |
| Credit Card Charge | 05/27/2023 | | Drake's Flyaway | Kirby Deposition Travel 05/27/23 | 32.16 | 49,932.27 |
| Credit Card Charge | 05/27/2023 | | Curb Services | Kirby Deposition Travel 05/27/23 | 25.69 | 49,957.96 |
| Credit Card Charge | 05/27/2023 | | Smart Cart | Kirby Deposition Travel 05/27/23 | 8.00 | 49,965.96 |
| Credit Card Charge | 05/27/2023 | | ritz Carlton - Ft Lauderdale FL | Kirby Deposition Travel, 2 nights 05/25/23 & 05/26/23 | 1,530.26 | 51,496.22 |
| Credit Card Charge | 05/27/2023 | | Plum Market Irving TX | Kirby Deposition Travel 05/27/23 | 78.47 | 51,574.69 |
| Credit Card Charge | 05/27/2023 | | American Airlines | Kirby Deposition Travel 05/27/23 | 59.00 | 51,633.69 |
| Credit Card Charge | 05/28/2023 | | ritz Carlton - Ft Lauderdale FL | Kirby Deposition Travel 05/25/23 & 05/26/23 | 243.64 | 51,877.33 |
| Bill | 5/31/2023 | | May 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 782.30 | 52,659.63 |
| Bill | 06/01/2023 | | JetBlue Airlines | JetBlue - Jetblue JMA SFO-FLL 06.01.23 (Klinka/Lage depos) | 1,875.90 | 54,535.53 |
| Credit Card Charge | 06/02/2023 | | JetBlue Airlines | JetBlue - Klinka depo travel 06/01/2023 | 77.89 | 54,613.42 |
| Bill | 06/03/2023 | | Transfeero Car Servie 06/03/2023 | JetBlue - Transfeero car service 06.03.23 | 399.30 | 55,012.72 |

| | | | | | |
|---|---|---|---|---|---|
| Bill | 06/04/2023 | JetBlue Airlines | JetBlue - AA JMA SFO-MIA 06.04.23 | 4,959.60 | 59,972.32 |
| Credit Card Charge | 06/06/2023 | ritz Carlton - Ft Lauderdale FL | Ritz Carlton - Fort Lauderdale 06/06/2023 | 1,993.49 | 61,965.81 |
| Bill | 06/06/2023 | American Airlines | JetBlue - JMA (MIA-SFO American Airlines) 06.07.23 | 2,479.80 | 64,445.61 |
| Bill | 06/07/2023 | JetBlue Airlines | JetBlue - Christy depo JMA Travel SFO-FLL-SFO 06.05.23 | 2,698.80 | 67,144.41 |
| Credit Card Charge | 06/07/2023 | ritz Carlton - Ft Lauderdale FL | Christy deposition travel 06/06/2023 | 2,251.77 | 69,396.18 |
| Credit Card Charge | 06/07/2023 | ritz Carlton - Ft Lauderdale FL | Christy deposition travel 06/06/2023 | 107.74 | 69,503.92 |
| Credit Card Charge | 06/08/2023 | Smart Cart | Christy deposition travel 06/06/2023 | 8.00 | 69,511.92 |
| Credit Card Charge | 06/11/2023 | Trustpoint One | Kirby Deposition transcript 06/09/2023 | 883.54 | 70,395.46 |
| Credit Card Charge | 06/13/2023 | Blacklane Transportation | Hayes Deposition travel 06/14/23 | 204.81 | 70,600.27 |
| Credit Card Charge | 06/13/2023 | Blacklane Transportation | Hayes Deposition travel 06/14/23 | 161.27 | 70,761.54 |
| Credit Card Charge | 06/14/2023 | Gabriels Bar New York | Hayes Deposition travel 06/14/23 | 41.24 | 70,802.78 |
| Credit Card Charge | 06/14/2023 | Gabriels Bar New York | Hayes Deposition travel 06/14/23 | 250.02 | 71,052.80 |
| Bill | 06/15/2023 | Park Lane Hotel New York | JetBlue - Hayes Depo Parklane Hotel NYC 06.13 to 06.15.23 | 1,617.18 | 72,669.98 |
| Bill | 06/15/2023 | JetBlue Airlines | JetBlue - Hayes Depo JMA JetBlue flights SFO-NY-SFO 06.15.23 | 3,548.80 | 76,218.78 |
| Credit Card Charge | 06/15/2023 | Park Lane Hotel New York | Hayes Deposition travel 06/14/23 | 432.01 | 76,650.79 |
| Credit Card Charge | 06/15/2023 | Major Food Group New York | Hayes Deposition travel 06/14/23 | 57.90 | 76,708.69 |
| Credit Card Charge | 06/20/2023 | JFK International | Hayes Deposition travel 06/14/23 | 6.53 | 76,715.22 |
| Bill | 06/25/2023 | Western Messenger | Western Messenger - document delivery for depos 06.25.23 | 177.31 | 76,892.53 |
| Bill | 06/25/2023 | JetBlue Airlines | JetBlue - Gardner depo JMA SFO-FLL-SFO 06.25.23 | 2,855.79 | 79,748.32 |
| Credit Card Charge | 06/26/2023 | Miami International Airport | Gardner deposition 06/27/2023 travel | 9.00 | 79,757.32 |
| Credit Card Charge | 06/26/2023 | Bud Brew House | Gardner deposition 06/27/2023 travel | 47.04 | 79,804.36 |
| Credit Card Charge | 06/26/2023 | Bud Brew House | Gardner deposition 06/27/2023 travel | 67.88 | 79,872.24 |
| Credit Card Charge | 06/26/2023 | ritz Carlton South Beach Miami FL | Gardner deposition 06/27/2023 travel | 32.01 | 79,904.25 |
| Credit Card Charge | 06/26/2023 | Curb Miami Taxi | Gardner deposition 06/27/2023 travel | 57.94 | 79,962.19 |
| Credit Card Charge | 06/26/2023 | Newslink Miami FL | Gardner deposition 06/27/2023 travel | 46.00 | 80,008.19 |
| Credit Card Charge | 06/26/2023 | Newslink Miami FL | Gardner deposition 06/27/2023 travel | 53.49 | 80,061.68 |
| Credit Card Charge | 06/27/2023 | CNBC Ft Lauderdale FL | Gardner deposition 06/27/2023 travel | 26.73 | 80,088.41 |
| Credit Card Charge | 06/27/2023 | ritz Carlton - Bal Harbor FL | Gardner deposition 06/27/2023 travel | 884.92 | 80,973.33 |
| Credit Card Charge | 06/27/2023 | ritz Carlton - Bal Harbor FL | Gardner deposition 06/27/2023 travel | 209.59 | 81,182.92 |
| Bill | 06/27/2023 | JetBlue Airlines | JetBlue - Gardner depo location change (FL to NYC) 06.27.23 | 1,320.90 | 82,503.82 |
| Credit Card Charge | 06/27/2023 | Curb NYC Taxi Queens NY | Gardner deposition 06/27/2023 travel | 37.25 | 82,541.07 |
| Credit Card Charge | 06/27/2023 | Fort Lauderdale Airport | Gardner deposition 06/27/2023 travel | 23.94 | 82,565.01 |
| Credit Card Charge | 06/27/2023 | Blue Note New York | Gardner deposition 06/27/2023 travel | 53.55 | 82,618.56 |
| Credit Card Charge | 06/27/2023 | Axel Chong Florida | Gardner deposition 06/27/2023 travel | 179.82 | 82,798.38 |
| Credit Card Charge | 06/27/2023 | Il Mulino New York | Gardner deposition 06/27/2023 travel | 842.45 | 83,640.83 |
| Credit Card Charge | 06/27/2023 | Dayron Gallo | Gardner deposition 06/27/2023 travel | 46.80 | 83,687.63 |
| Credit Card Charge | 06/28/2023 | NYC Taxi | Gardner deposition 06/27/2023 travel | 30.10 | 83,717.73 |
| Credit Card Charge | 06/28/2023 | Luis Evangelistas Newark NJ | Gardner deposition 06/27/2023 travel | 182.90 | 83,900.63 |
| Credit Card Charge | 06/28/2023 | Marriott JW Essex House | Gardner deposition 06/27/2023 travel | 1,028.71 | 84,929.34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Credit Card Charge | 06/28/2023 | | JetBlue Airlines | Gardner deposition 06/27/2023 travel | 35.00 | 84,964.34 |
| Credit Card Charge | 06/28/2023 | | JetBlue Airlines | Gardner deposition 06/27/2023 travel | 68.00 | 85,032.34 |
| Credit Card Charge | 06/28/2023 | | Curb NYC Taxi Queens NY | Gardner deposition 06/27/2023 travel | 25.56 | 85,057.90 |
| Credit Card Charge | 06/28/2023 | | Bookseller NJ | Gardner deposition 06/27/2023 travel | 63.86 | 85,121.76 |
| Credit Card Charge | 06/29/2023 | | JetBlue Airlines | Gardner deposition 06/27/2023 travel | 22.00 | 85,143.76 |
| Bill | 06/27/2023 | | JetBlue Airlines | JetBlue - Gardner depo return.  JMA EWR-SFO 06.29.23 | 1,663.90 | 86,807.66 |
| Bill | 06/30/2023 | | June 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 977.65 | 87,785.31 |
| Check | 07/03/2023 | 80 | T. Wallace Legal | JetBlue Legal Research | 1,875.00 | 89,660.31 |
| Check | 07/18/2023 | 81 | Alaska Airlines | SFO - DCA 07/17/23 - JMA Jr. travel for MSJ project | 1,898.90 | 91,559.21 |
| Check | 07/18/2023 | 81 | American Airlines | DCA - RNO 07/20/23 - JMA Jr. travel for MSJ project | 1,507.19 | 93,066.40 |
| Credit Card Charge | 07/18/2023 | | Staples | Staples / copies for MSJ | 999.89 | 94,066.29 |
| Check | 07/18/2023 | 82 | ECONONE Research Inc. | EconONE Research Retainer payment | 33,333.00 | 127,399.29 |
| Bill | 07/01/2023 | | JAM Software | JAM Software - JetBlue discovery 07.01.23 | 55.95 | 127,455.24 |
| Bill | 07/10/2023 | | Essex Software | Essex Software - JetBlue discovery 07.10.23 | 96.00 | 127,551.24 |
| Bill | 07/13/2023 | | Amazon Inc. - Computer Build for Discovery processing | JetBlue discovery computer expansion drives 07.13.23 | 483.76 | 128,035.00 |
| Bill | 07/16/2023 | | JetBlue Airlines | JetBlue JMA Jr. SFO-D.C. for MSJ OPP session in D.C. 07.16.23 | 1,507.19 | 129,542.19 |
| Bill | 07/18/2023 | | JetBlue Airlines | JetBlue JMA Jr. D.C. - Reno return trip after MSJ OPP session 07.18.23 | 1,898.90 | 131,441.09 |
| Bill | 07/22/2023 | | Amazon Inc. - External hard drives for expert data export | Amazon - Hard drives for data export for expert 07.22.23 | 215.70 | 131,656.79 |
| Bill | 07/31/2023 | | July 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 1,286.80 | 132,943.59 |
| Bill | 08/18/2023 | | BALANCING ELEMENT | Kenny Blum - JetBlue Discovery time (partial payment) 08.18.23 | 3,000.00 | 135,943.59 |
| Bill | 08/31/2023 | | August 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 882.70 | 136,826.29 |
| Bill | 09/22/2023 | | BALANCING ELEMENT | Kenny Blum - JetBlue Discovery time (partial payment) 09.22.23 | 3,000.00 | 139,826.29 |
| Bill | 09/30/2023 | | FedEx Kinkos Copy Center | FedEx - JetBlue MSJ documents 09.30.23 | 596.16 | 140,422.45 |
| Bill | 09/30/2023 | | JetBlue Airlines | JMA Jr. SFO-BOS-SFO (MSJ hearing on 10.4.23) 09.27.23 | 2,291.80 | 142,714.25 |
| Bill | 09/30/2023 | | September 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 813.50 | 143,527.75 |
| Credit Card Charge | 10/01/2023 | | JetBlue Airlines | JMA SR - SFO-BOS-SFO MSJ Hearing on 10/4/23 | 2,332.80 | 145,860.55 |
| Credit Card Charge | 10/03/2023 | | Samir Boston MA | MSJ Hearing Travel 10/3/23 to 10/5/23 | 140.00 | 146,000.55 |
| Credit Card Charge | 10/04/2023 | | Mare Boston MA | MSJ Hearing Travel 10/3/23 to 10/5/23 | 804.24 | 146,804.79 |
| Credit Card Charge | 10/04/2023 | | Union Oyster House Boston MA | MSJ Hearing Travel 10/3/23 to 10/5/23 | 205.59 | 147,010.38 |
| Credit Card Charge | 10/05/2023 | | The Langham Boston MA | MSJ Hearing Travel 10/3/23 to 10/5/23 | 2,436.51 | 149,446.89 |
| Credit Card Charge | 10/05/2023 | | The Langham Boston MA | MSJ Hearing Travel 10/3/23 to 10/5/23 | 2,017.37 | 151,464.26 |
| Credit Card Charge | 10/06/2023 | | The Langham Boston MA | MSJ Hearing Travel 10/3/23 to 10/5/23 | 73.47 | 151,537.73 |
| Bill | 10/31/2023 | | Richard H. Romanow, RPR | JetBlue MSJ Hearing Transcript Invoice 20045325 | 90.00 | 151,627.73 |
| Bill | 10/31/2023 | | October 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 1,073.68 | 152,701.41 |
| Credit Card Charge | 11/29/2023 | | Sam's Grill | CO-COUNSEL STATUS MEETING | 198.32 | 152,899.73 |
| Bill | 11/30/2023 | | November 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 787.30 | 153,687.03 |
| Bill | 12/04/2023 | | Langham Hotel, Boston MA | JetBlue closing argument travel 12.03.23 - Langham Hotel | 535.67 | 154,222.70 |
| Bill | 12/31/2023 | | JetBlue Airlines | JMA Jr. travel to Boston closing argument 12.04.23 (SFO-BOS-SFO) | 2,534.80 | 156,757.50 |
| Bill | 12/31/2023 | | December 2023 case costs | Telephone, Copies, Dropbox, Statista, AppRiver, UPS, Adobe, Westlaw | 773.25 | 157,530.75 |

| Credit | 02/11/2024 | Carl Lundgren - expert retainer | | -805.41 | 156,725.31 |
|---|---|---|---|---|---|
| Invoice | 12/03/2023 | Balancing Element | Discovery extractions / searches for legal team | 21,155.00 | 177,880.34 |
| Invoice | 04/04/2024 | Everest Court Reporting - plaintiff deposition services | Rubinsohn, Nelson, Talewsky, Nieboer, Garavanian, Malaney, SW, Draper | 26,873.50 | 204,753.84 |
| | | ████████████ | ███████████████ | ████ | ████ |
| Total JetBlue | | ████████████ | ███████████ | 484,475.26 | 484,475.26 |
| | | | | 484,475.26 | 484,475.26 |
| | | | | **484,475.26** | **484,475.26** |

# EXHIBIT 2

**TIME RECORD**

**Attorney: Joseph M. Alioto**
**Case: JetBlue / Spirit Merger Antitrust Litigation**

## July 2022 through April 2024

| DATE | DESCRIPTION OF SERVICES PERFORMED | TIME | | | |
|------|-----------------------------------|------|--|--|--|
| 7/28/22 | JB/Spirit merger announcement.  Contact co-counsel to discuss litigation | 2.5 | | | |
| 8/1/22 | Investigation of JB airlines 10K reports and flight routes | 2.0 | | | |
| 8/2/22 | Investigation of Spirit airlines flight routes | 1.5 | | | |
| 8/3/22 | Review all media regarding merger announcement | 1.5 | | | |
| 8/5/22 | Discussion with counsel regarding merger | 2.0 | | | |
| 8/18/22 | Conference call with plaintiff group regarding case | 2.5 | | | |
| 8/20/22 | Investigation of Jet Blue airlines routes | 1.5 | | | |
| 8/21/22 | Investigation of Spirit airlines routes / overlap with JB | 2.0 | | | |
| 8/23/22 | Gather data, discussion and work on draft complaint | 6.0 | | | |
| 8/24/22 | Review HHI issues from prior cases, draft complaint | 7.0 | | | |
| 8/25/22 | Work on draft complaint | 8.0 | | | |
| 8/29/22 | Work on draft complaint / TRO considerations | 6.0 | | | |
| 8/30/22 | Work on draft complaint / discussion of TRO issues | 6.0 | | | |
| 8/31/22 | Draft complaint, review case citations and applicability | 5.0 | | | |
| 9/1/22 | Market share data analysis, discussion, charts review | 5.0 | | | |
| 9/2/22 | Review of Spirit Airlines company history and statistics | 5.0 | | | |
| 9/5/22 | Retainer agreement discussion with plaintiffs | 1.5 | | | |
| 9/9/22 | Retainer agreement sent to plaintiffs | 1.0 | | | |
| 9/12/22 | Review of filings by government | 3.00 | | | |
| 9/15/22 | Research of city pairs data for JetBlue and Spirit | 4.5 | | | |
| 9/18/22 | Review of Northeast alliance litigation | 4.0 | | | |
| 9/20/22 | Research of business operations for JetBlue / Spirit | 5.0 | | | |
| 9/25/22 | Review Spirit / Frontier failed merger details | 3.5 | | | |
| 10/4/22 | Review of JetBlue / Spirit media regarding merger | 3.75 | | | |
| 10/5/22 | Review newest draft of complaint | 4.0 | | | |
| 10/8/22 | Draft complaint edits, discussion, additions | 5.0 | | | |
| 10/12/22 | Continue draft of complaint edits | 5.0 | | | |
| 10/15/22 | Call with plaintiff group regarding Jet Blue, prep and 10:00-11:30 am call | 2.75 | | | |
| 10/15/22 | Call to Carl Lundgren (HHI expert) | 1.5 | | | |
| 10/16/22 | Calls with LP and Tatiana re: complaint and motions | 9.5 | | | |
| 10/20/22 | Meeting with Lawrence to discuss Complaint in JetBlue | 10 | | | |
| 10/22/22 | Draft complaint | 6 | | | |
| 10/23/22 | Draft complaint | 4 | | | |
| 10/24/22 | Draft complaint | 5 | | | |
| 10/25/22 | Draft complaint | 5 | | | |

| 10/27/22 | Draft complaint | 5 | | | |
|---|---|---|---|---|---|
| 10/28/22 | Draft complaint | 3 | | | |
| 11/1/22 | Draft complaint | 4 | | | |
| 11/2/22 | Final edits complaint | 6 | | | |
| 11/3/22 | Complaint final edits and filing | 5 | | | |
| 11/4/22 | Press release draft and final | 1 | | | |
| 11/4/22 | Review summons / summons issued | 1.75 | | | |
| 11/5/22 | Preliminary Injunction discuss with co-counsel | 3 | | | |
| 11/10/22 | Preliminary Injunction draft / re-issue summons | 2 | | | |
| 11/14/22 | TC with JMA Jr. re case developments | 1 | | | |
| 11/18/22 | Zoom Call with all plaintiff counsel, follow up notes | 1 | | | |
| 11/19/22 | Review national HHI market statistics and analysis | 3.5 | | | |
| 11/22/22 | Research of JetBlue city pairs for JB Prelim Injunction | 4 | | | |
| 11/22/22 | Review Spirit and JB CIP / Corporate Disclosures | 2 | | | |
| 11/22/22 | Stip Extending time to answer complaint | 1 | | | |
| 12/2/22 | Case Management Order review and discussion | 1.5 | | | |
| 12/5/22 | Spirit counsel pro hac vice review | 1 | | | |
| 12/8/22 | Review of case, expert report needs, expenses | 5 | | | |
| 12/12/22 | Preliminary Injunction work | 3 | | | |
| 12/13/22 | EC with team, strategy development | 1.5 | | | |
| 1/5/23 | Zoom call with co-counsel | 1 | | | |
| 1/9/23 | Review Answer by JetBlue | 4 | | | |
| 1/9/23 | Review Answer by Spirit | 4 | | | |
| 1/9/23 | Review expert's first draft re HHI analysis | 3 | | | |
| 1/9/23 | Rule 26 draft review and comments | 2.5 | | | |
| 1/10/23 | Co-Counsel meeting – document production requests | 1.5 | | | |
| 1/12/23 | Rule 26 meet and confer with defendant counsel | 1.0 | | | |
| 1/13/23 | ADR, CMC extension, Rule 26(f) post meeting debrief | 3 | | | |
| 1/17/23 | Co-Counsel meeting, 121 city-pair market data review | 3.5 | | | |
| 1/19/23 | Review expert HHI analysis and routes at issue | 4 | | | |
| 1/24/23 | Co-Counsel meeting | 1 | | | |
| 1/25/23 | Case assignments review and communication | 1.5 | | | |
| 1/27/23 | Plaintiff data review, City-pair markets, HHIs | 3 | | | |
| 1/28/23 | Review defense edits to stipulation, calls to co-counsel | 1.5 | | | |
| 1/29/23 | Protective Order responses, preliminary injunction draft | 2.25 | | | |
| 1/31/23 | Co-Counsel meeting | 1 | | | |
| 2/1/23 | Review Joint case management report, provide edits | 2 | | | |
| 2/2/23 | Review defense counsel response | .25 | | | |
| 2/3/23 | Joint Case Management Statement & Rule 26(f) report | 2 | | | |
| 2/6/23 | Review Court's Order of 2/6/23 | .25 | | | |
| 2/7/23 | Co-Counsel meeting | 1 | | | |
| 2/8/23 | Review of case assignments, calls to Lingel and Tatiana | .50 | | | |
| 2/9/23 | Discuss agenda for plaintiff meeting on 2/11/23 | 1.5 | | | |
| 2/7/23 | Magistrate Kandis A. Westmore research (Discovery) | 1 | | | |
| 2/11/23 | Meeting with plaintiff group in Burlingame | 5 | | | |

| Date | Description | Hours | | | |
|---|---|---|---|---|---|
| 2/13/23 | Plaintiff standing requirements discussion | 2 | | | |
| 2/13/23 | Review Jetblue responses to Doc Req Set One, call to Joseph regarding same | 1 | | | |
| 2/14/23 | Co-counsel meeting | 1 | | | |
| 2/14/23 | Prelim Injunction draft review and edits | 4.25 | | | |
| 2/15/23 | Proposed Protective Order, Rule 34 objection | 1.5 | | | |
| 2/16/23 | Review email re M/C on discovery issues, call to Joseph | .25 | | | |
| 2/17/23 | Video conference re discovery issues | 2 | | | |
| 2/18/23 | HSR Production Request – Motion to compel review | 2 | | | |
| 2/21/23 | RFP review | .50 | | | |
| 2/22/23 | HSR Production Request – Motion to compel draft edits | 2 | | | |
| 2/24/23 | Review Preliminary Injunction revised draft | 3 | | | |
| 2/27/23 | Review JB & Spirit objections to 1st RFP, calls to discuss same | 3 | | | |
| 2/28/23 | Co-Counsel meeting | 2 | | | |
| 2/28/23 | Read and Review Motion papers HSR Documents and Protective Order | 4 | | | |
| 3/7/23 | Review DOJ complaint, def initial disclosures | 3 | | | |
| 3/8/23 | Discussion regarding case transfer to Boston, MA | 2 | | | |
| 3/10/23 | M&C re briefing schedule, Rule 26 Disclosures Review | 2 | | | |
| 3/10/23 | Telephone Conference among Plaintiffs Counsel Re Transfer to Boston | 2 | | | |
| 3/11/23 | Discovery Order review and discussion with co-counsel | 2.5 | | | |
| 3/12/23 | High market share numbers review and sent to Lingel | 1.25 | | | |
| 3/14/23 | Review Stipulation to Transfer / HSR Protective Order | 1 | | | |
| 3/15/23 | Review cases cited by Judge Young, transfer discussion | 3 | | | |
| 3/16/23 | Meet & Confer re: stipulations to transfer and P.O. | .5 | | | |
| 3/17/23 | Review and edits re: transfer and protective Order | 2 | | | |
| 3/21/23 | Co-counsel meeting | 1 | | | |
| 3/23/23 | Preliminary Injunction draft review and edits | 4.5 | | | |
| 3/25/23 | Preliminary Injunction edits / calls to Lingel & Joseph | 3.0 | | | |
| 3/28/23 | Co-Counsel meeting | 1 | | | |
| 3/29/23 | Case transfer motion, research Chief Dennis Saylor | 2.5 | | | |
| 3/29/23 | Discovery costs discussion with L. Blum | 1.0 | | | |
| 3/30/23 | Review motion to relate case [39] | .5 | | | |
| 3/31/23 | Review DOJ FAC | 3 | | | |
| 4/2/23 | Discussion re discovery costs / funding / handling | 1.75 | | | |
| 4/3/23 | Discovery arrival call to Joseph & Linda | .5 | | | |
| 4/5/23 | Review Order to Granting Motion to Relate Case (MA) | .25 | | | |
| 4/5/23 | Research re: Judge William G. Young | 1.5 | | | |
| 4/10/23 | Notice of Status Conference / Review current PI MPA | 2 | | | |
| 4/11/23 | Plaintiff Meeting with Attorneys / Co-Counsel meeting | 2 | | | |
| 4/12/23 | PHV application, review CMC No. Cal for 4/13 hearing | 1.25 | | | |

| Date | Description | Hours | | | |
|---|---|---|---|---|---|
| 4/13/23 | Zoom hearing with Judge Young, prep, attend | 2 | | | |
| 4/13/23 | TC after hearing with Judge Young with Joseph, Lawrence, Josephine, Lingel, Tatiana, Christopher | 3 | | | |
| 4/17/23 | Meeting of Plaintiffs Counsel at Veen Office | 8 | | | |
| 4/18/23 | Discussion re: Larson Firm joining as co-counsel | 3 | | | |
| 4/20/23 | Proposed Scheduling & Case Management Draft | 1.5 | | | |
| 4/21/23 | Proposed Scheduling & Case Management Draft | 1.0 | | | |
| 4/24/23 | Review of Joseph's Order query email | .25 | | | |
| 4/25/23 | Review of DOJ motion to stay entry of proposed scheduling and CMO, agenda for co-counsel meeting | .5 | | | |
| 4/25/23 | Co-counsel meeting | 1 | | | |
| 4/26/23 | Review draft Response to DOJ Motion to Stay | 1.5 | | | |
| 4/26/23 | Call to L Blum for protective order distribution and signatures from all counsel to H. Niazi | .5 | | | |
| 4/27/23 | Final draft of Response to DOJ Motion to Stay | .5 | | | |
| 4/28/23 | Discussion re trial dates, discovery issues with DOJ | 1.5 | | | |
| 5/2/23 | Co-Counsel meeting re DOJ stay issues, position | 1.0 | | | |
| 5/2/23 | Review of Spirit Airlines deposition transcripts and plaintiff questionnaire forms | 4.75 | | | |
| 5/3/23 | Review DOJ Status report re case coordination [85] | 1.0 | | | |
| 5/4/23 | Review amendments to plaintiffs proposed scheduling order [89] and deposition schedule | 1.75 | | | |
| 5/5/23 | Review Def Opp to proposed orders submitted by plaintiffs and non-party DOJ | 1.25 | | | |
| 5/9/23 | Co-counsel meeting / deposition assignments discussion | 1.25 | | | |
| 5/12/23 | Discovery vendors discussion | 2.5 | | | |
| 5/14/23 | Plaintiff Discovery responses review / input | 4.0 | | | |
| 5/16/23 | Plaintiff Discovery responses review / input | 3.0 | | | |
| 5/17/23 | Plaintiff Discovery responses finalized | 2.5 | | | |
| 5/19/23 | Read CID depos: Monaghan, Bartolotta | 6.5 | | | |
| 5/20/23 | Read CID depos: Christie, Gabel | 7.0 | | | |
| 5/21/23 | Read CID depos: Kirby 1/12/23, Klinka | 8.0 | | | |
| 5/22/23 | Discovery review and discussion / NEA struck down Order review | 2.5 | | | |
| 5/22/23 | Read: Kirby depo & exhibits 1/12/23 | 6.0 | | | |
| 5/23/23 | Case Management Order Review / discussion [96] | 2.5 | | | |
| 5/23/23 | Co-Counsel meeting | 1.0 | | | |
| 5/23/23 | Read: Kirby depo and exhibits 01/13/23 | 8.0 | | | |
| 5/24/23 | Read: Justice Sorokin NEA decision, Read: Kirby 1/12 | 7.5 | | | |
| 5/25/23 | Travel to FL for Kirby deposition | 8.0 | | | |
| 5/26/23 | Kirby Deposition | 8.0 | | | |
| 5/27/23 | Travel from FL – review of testimony notes | 8.0 | | | |
| 5/28/23 | Read:  Klinka 01/12/23 deposition / exhibits | 7.0 | | | |
| 5/29/23 | Read:  Klinka 01/13/23 deposition / exhibits | 8.0 | | | |
| 5/29/23 | Respond to plaintiff deposition calls | .50 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6/1/23 | Travel to FL for Klinka deposition | 8.0 | | | |
| 6/2/23 | Klinka deposition | 8.0 | | | |
| 6/3/23 | Travel from FL – review of testimony notes | 8.0 | | | |
| 6/4/23 | Read: Christie deposition and exhibits 1/24/23 | 8.0 | | | |
| 6/5/23 | Travel to FL for Edward Christy deposition | 8.0 | | | |
| 6/5/2023 | Review Motion to Intervene submitted by Southwest | .5 | | | |
| 6/6/2023 | Edward Christie Deposition | 8.0 | | | |
| 6/7/23 | Calls with Co-Counsel re: deposition progress | 4.5 | | | |
| 6/8/23 | Travel from FL -review of testimony notes | 8.0 | | | |
| 6/9/23 | Review motions to intervene (United, Limited Airbus) | 2.5 | | | |
| 6/11/23 | Read: CID Hayes Depo 01/24/23 | 9.0 | | | |
| 6/12/23 | Read: CID Hayes Depo 01/24/23 | 8.0 | | | |
| 6/13/23 | Travel to FL for Hayes Depo.  Read CID depo 01/24/23 | 8.0 | | | |
| 6/14/23 | Robin Hayes Deposition | 8.0 | | | |
| 6/16/23 | Travel from FL for Hayes Depo.  Testimony notes. | 8.0 | | | |
| 6/17/23 | Protective Order – Stipulated Proposal drafts | 6.0 | | | |
| 6/19/23 | Protective Order – Stipulated Proposal drafts (calls) | 2.5 | | | |
| 6/21/23 | Read: Order re Stipulated Joint Protective Documents | 1.5 | | | |
| 6/23/23 | Review of Gardner Deposition documents | 8.0 | | | |
| 06/26/23 | Travel to FL and then NY for Gardner deposition | 12 | | | |
| 6/27/2023 | Gardner Deposition | 8.0 | | | |
| 6/29/23 | Travel back to SFO after Gardner depo, litigation notes | 8.0 | | | |
| 7/5/23 | Discussion re: pro-active SJ motion strategy | 2.0 | | | |
| 7/6/23 | Read:  Deposition transcripts (Kirby, Klinka) | 8.0 | | | |
| 7/7/23 | Read: Deposition transcripts (Christy, Hayes) | 8.0 | | | |
| 7/8/23 | Discussion re: plaintiff depositions | 2.5 | | | |
| 7/10/23 | Co-counsel meeting.  Discovery and evidence notes. | 3.0 | | | |
| 7/10/23 | Discussion re: data for expert | 2.5 | | | |
| | | | | | |
| 7/12/23 | Review of June 2023 defense counsel additions | 2.0 | | | |
| 07/27/23 | Read: Draft SJ motion | 6.0 | | | |
| 7/30/23 | Discussion re: Draft SJ motion edits | 4.0 | | | |
| 7/31/23 | Read: Draft SJ motion, plaintiff motion to seal | 4.5 | | | |
| 8/01/23 | Review Motion(s) for Summary Judgment submitted by JetBlue and Spirit Airlines | 6.0 | | | |
| 8/03/23 | Read: Motion to Strike Plaintiffs Motion for Summary Judgment, Memo ISO.  Calls and discussion on response | 1.5 | | | |
| 8/04/23 | Opposition to Motion to Strike Plaintiffs Motion for Summary Judgment draft, discussion, edits | 3.5 | | | |
| 8/5/23 | Review of HHI and city pair data for expert declaration | 5.0 | | | |
| 8/6/23 | Review of city pair plaintiff data for expert declaration | 5.0 | | | |
| 8/8/23 | SJ Opposition draft input | 3.5 | | | |
| 8/14/23 | Read: Memorandum ISO OPP to def MSJ, revisions | 5.0 | | | |
| 8/17/23 | Read: Declarations ISO OPP to def MSJ, revisions | 3.0 | | | |

| | | | | |
|---|---|---|---|---|
| 8/20/23 | Review final draft of OPP to MSJ | 4.0 | | |
| 8/21/23 | Read: Joint Proposed Confidentiality Protocol | 1.0 | | |
| 8/22/23 | Read: Final Opposition Motion for Summary Judgment | 2.0 | | |
| 8/24/23 | Review and discussion of inadvertent disclosures | 2.0 | | |
| 8/28/23 | Read: Motion for Sanctions, discussion re: response | 1.5 | | |
| 9/05/23 | Read: Reply Memorandum ISO Defendants MSJ | 3.5 | | |
| 9/6/23 | Review and edits Memo OPP to Motion for Sanctions | 4.0 | | |
| 9/8/23 | Review and edits to OPP to Motion for Sanctions | 4.0 | | |
| 9/10/23 | Read: Final OPP to Motion for Sanctions & declarations | 3.5 | | |
| 9/11/23 | Opposition to Motion for Sanctions filed | 3.0 | | |
| 9/12/23 | MSJ Hearing set for 10/4/23 – calendar and discussion, strategy session, motions in limine and doc exclusions | 1.5 | | |
| 9/13/23 | Review Pretrial Memorandum, input to co-counsel | 4.0 | | |
| 9/18/23 | Review Motion in Limine to exclude expert witness Dr. Hal Singer, Memorandum and declarations ISO | 3.0 | | |
| 9/18/23 | Review Motion in Limine to exclude expert witness Dr. Ted Tatos, Memorandum and declarations ISO | 3.0 | | |
| 9/18/23 | Motion in Limine to Exclude Evidence of Out of Market Benefits, Memorandum and declarations ISO | 3.0 | | |
| 9/18/23 | Motion in Limine ISO of an Efficiencies Defense | 3.0 | | |
| 9/19/23 | June Stansbury Stipulation of Dismissal for deceased plaintiff | 1.25 | | |
| 9/20/23 | Read and input for Opposition re Motion to Limine to exclude Ted. Tatos and Hal Singer | 4.0 | | |
| 9/21/23 | Read and input for Opposition to Exclude Evidence Out of Market Benefits and Efficiencies Defense | 4.0 | | |
| 9/24/23 | Read and provide comments and case law for Motion to Consolidate Cases for Trial | 3.0 | | |
| 9/29/23 | Read: Allegiant Air LLC Corporate Disclosures | 1.0 | | |
| 9/29/23 | Discussion re: Motions to seal by United, Delta & Breeze | 2.25 | | |
| 10/2/23 | Read: Opp to Motion to Consolidate Cases for Trial | 2.0 | | |
| 10/3/23 | Travel to Boston for MSJ hearing on 10/4/23, hearing preparation | 8.0 | | |
| 10/4/2023 | Motion for Summary Judgement (Boston) prep & hearing | 6.0 | | |
| 10/5/23 | Travel from Boston to SFO | 8.0 | | |
| 10/9/23 | Strategy session. Trial preparation discussion and notes. | .5 | | |
| 10/11/23 | Review of Court's decision on summary judgment | 1.0 | | |
| 10/11/23 | Agreement to JB request to Suspend Deadlines | .25 | | |
| 10/14/23 | Review of pre-trial brief and discussion re; circulation | 5.0 | | |
| 10/15/23 | Discussion re: Appeal of dismissed plaintiffs | 2.0 | | |
| 10/26/23 | Review finalized Trial Brief & Motions to Seal documents | 6.0 | | |
| 11/2/23 | Review Motion for Access to DOJ trial CC Video Feed | 1.5 | | |

| Date | Description | Hours | | | |
|---|---|---|---|---|---|
| 11/9/23 | Review of Appeal documents | 1.0 | | | |
| 12/13/23 | Read: ORDER and Memorandum of Decision [338] | 1.0 | | | |
| 12/15/23 | Joint Status report agreement | .25 | | | |
| 1/16/24 | Read: DOJ trial ORDER and Memorandum of Decision | 1.5 | | | |
| 1/31/24 | Joint Status report agreement | .25 | | | |
| 2/2/24 | Read: Draft SJ motion for Garavanian and Nieboer Statement | 1.0 | | | |
| 2/16/24 | Strategy session | 2.25 | | | |
| 2/17/24 | Strategy session (appeal, sj, disgorgement issues) | 2.0 | | | |
| 2/24/24 | Strategy session | 2.5 | | | |
| 2/27/24 | Review Motion for Leave to File Motion for SJ | .25 | | | |
| 3/4/24 | Review JetBlue / Spirit announcement regarding termination of their July 2022 merger agreement | .25 | | | |
| 3/5/24 | Read: First Circuit order of judgement and dismissal | .25 | | | |
| 3/15/24 | Read: Plaintiff Motion for Leave to file Motion for SJ | .25 | | | |
| 3/18/24 | Review Motion to Dismiss for Lack of Jurisdiction /Dismiss the Complaint as Moot | 3.5 | | | |
| 3/20/24 | Case law research re: Moot issue | 2.5 | | | |
| 03/25/24 | Review and edit First Opposition re: Motion to Dismiss for lack of jurisdiction / moot | 1.5 | | | |
| 04/29/24 | Read: Letter request from Andrew Finch re: Notice of Decision re Motion to dismiss | .25 | | | |
| 04/29/24 | Read: USCA Judgement on Notice of Appeal & Mandate | .25 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **TOTAL:** | 811.25 | | | |

Total category
1. Attorney Meetings/Strategy
2. Court Appearance
3. Client Meeting
4. Draft Discovery Requests or Responses
5. Deposition Preparation
6. Attend Deposition - Conduct/Defend
7. Document Review

8.   Experts – Work or Consult
9.   Research
10.   Motions/Pleadings
11.   Settlement
12.   Trial

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total |
|---|---|---|---|---|---|---|---|---|----|----|----|-------|
|   |   |   |   |   |   |   |   |   |    |    |    |       |