UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GABRIEL GARAVANIAN, et al.,

*Plaintiffs*,

v.                                                           Civil Action No. 1:23-cv-10678-WGY

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

## DECLARATION OF JOSEPHINE L. ALIOTO IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

I, JOSEPHINE L. ALIOTO, declare under penalty of perjury under the law of the United States that the following is true and correct to the best of my knowledge:

1. I am an attorney at law duly licensed to practice in the State of California. I have been admitted *pro hac vice* in District of Massachusetts in the instant matter. I am the attorney of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion for Attorney Fees and Costs.

2. I was admitted to practice law in California in 2012. I am a Partner at the Veen Firm, LLP. My office is at 20 Haight St., San Francisco, California. My practice focuses on the representation of Plaintiffs and the vast majority of my work is contingency based representation.

3. This action required me to spend time on this litigation that could have been spent on other matters. I needed to be prepared to work on this file and also for future work in discovery

and up to trial on this matter. This prevented me from taking work during the duration of this case. At various times during the litigation of this class action, this lawsuit has consumed my time as well as my firm's resources. My firm has not been paid anything for its work on this case.

**Counsel's Lodestar**

4.  I maintained time records during this action. To date, I have incurred approximately 254 hours of attorney time for this case, for a total lodestar of $177,975. The hours incurred were reasonable and were reasonably necessary to the conduct of the case. The work amounted to a substantial time commitment to prosecute this case. A copy of my estimated billing records are attached as **Exhibit A**.

5.  My paralegal, Jenan Fiel, performed approximately 210 hours on this matter, for a total of $42,210. She obtained her paralegal certificate in 2014 and she has been my paralegal since 2018. A copy of her estimated billing records are attached as **Exhibit A.**

**Reasonableness of Fees**

6.  The First District has found that hourly rates in the area that the attorney's office is located is relevant in calculating an attorney's lodestar. *United States v. One Star Class Sloop Sailboat*, 546 F.3d 26, 40-41 (1st Cir. 2008) ("In determining the multiplier for a lodestar award-the applicable hourly rate-an inquiring court should look to the prevailing market rates in the relevant community…. When a party recruits counsel from outside the vicinage of the forum court, that court may deem the "relevant community" to be the community in which the lawyer maintains his or her principal office.… In that event, the court may look to the outside lawyer's actual billing practices to determine the relevant rate…").

7.  I have reviewed the Laffey Matrix. The Laffey Matrix has been used as one measure of reasonable attorneys' fees by the First and Second District Court of Appeal in California and the

Northern District of California. The Laffey Matrix is available on www.laffeymatrix.com/see.html . A copy is attached as **Exhibit B**. This source was cited as a basis for setting counsel's hourly rate in *In Re HPL Technologies, Inc. Securities Litigation* (N.D. Cal.) 366 F.Supp.2d. 912, 921.

8. The Laffey Matrix hourly rates for attorneys practicing for 11-19 years was $829 from June 1, 2022 to May 31, 2023. The Laffey Matrix hourly rates for attorneys practicing for 11-19 years was $878 from June 1, 2023 to May 31, 2024. Using this matrix, the requested rate of $700.00 per hour is within the range of a reasonable hourly rate.

9. The Laffey Matrix hourly rates for Paralegals was $225 from June 1, 2022 to May 31, 2023. The Laffey Matrix hourly rates for Paralegals was $239 from June 1, 2023 to May 31, 2024. Using this matrix, the requested rate of $200.00 per hour is within the range of a reasonable hourly rate.

10. The Court in *In Re HPL Technologies* relied on the Judicial Salary Plan Pay Rates to upwardly adjust the Laffey Matrix for the San Francisco Bay Area. The Court in *Syers Properties III, Inc. v. Rankin* (2014) 226 Cal.App.4th 691 upwardly adjusted the Laffey Matrix by 9%. This decision was in 2014.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 30 day of April, 2024 at San Francisco, California.

_____
Josephine L. Alioto

# EXHIBIT A

**Josephine L. Alioto Time Entries**

| Date | Description | Duration |
|---|---|---|
| 11/7/2022 | Review Complaint | 1.00 |
| 11/22/2022 | Review JetBlue Corp Disclosure Statement | 0.25 |
| 1/9/2023 | Review draft Rule 26 report | 0.25 |
| 1/10/2023 | Meeting re ▉ | 1.00 |
| 1/17/2023 | Case status meeting with co-counsel | 1.30 |
| 1/18/2023 | Review JetBlue/North East Alliance (Guerin v. JetBlue) Comp | 1.00 |
| 1/24/2023 | Case status meeting with co-counsel | 1.30 |
| 1/31/2023 | Case status meeting with co-counsel | 1.30 |
| 2/7/2023 | Case status meeting with co-counsel | 1.00 |
| 2/28/2023 | Case status meeting with co-counsel | 0.50 |
| 3/7/2023 | Review Draft Preliminary Injunction Motion | 1.20 |
| 3/8/2023 | Review DOJ Complaint | 0.50 |
| 3/21/2023 | Research & Memo re Divestituture Plan | 1.50 |
| 4/12/2023 | Review and edit proposed CMO | 1.00 |
| 4/13/2023 | Status Conference Hearing | 0.50 |
| 4/13/2023 | Post-hearing meeting with co-counsel | 0.50 |
| 4/17/2023 | Strategy meeting with co-counsel re CMO | 6.00 |
| 4/18/2023 | Draft ▉ | 1.00 |
| 4/20/2023 | Review and edit updated proposed CMO | 1.00 |
| 4/25/2023 | Case status meeting with co-counsel | 1.00 |
| 4/26/2023 | Review client questionnaires for discovery. | 2.50 |
| 5/3/2023 | Client correspondence re discovery responces. | 1.00 |
| 5/18/2023 | Compile documents and generate list of routes flown. | 5.00 |
| 5/19/2023 | Review and draft discovery responses. | 2.00 |
| 5/19/2023 | Compile documents and generate list of routes flown. | 3.00 |
| 5/20/2023 | Draft ▉. | 2.50 |
| 5/23/2023 | Review Monaghan DOJ transcript; Draft summary | 4.50 |
| 5/30/2023 | Case status meeting with co-counsel | 1.30 |
| 5/30/2023 | Draft ▉. | 4.70 |
| 5/31/2023 | Review additional information and documents produced by | 2.50 |
| 5/31/2023 | Teleconference with Papale | 0.50 |
| 5/31/2023 | Prepare for Lage Deposition | 1.00 |
| 6/1/2023 | Attend Lage Deposition | 4.00 |
| 6/2/2023 | Draft ▉ | 0.50 |
| 6/3/2023 | Draft ▉ | 5.00 |
| 6/5/2023 | Prepare for Monaghan Deposition | 2.50 |
| 6/6/2023 | Attend Monaghan Deposition | 5.00 |
| 6/11/2023 | Review Bartolotta CID transcript | 3.00 |
| 6/12/2023 | Prep for Bartolotta Deposition | 1.00 |
| 6/13/2023 | Attend Bartolotta Deposition | 10.00 |
| 6/14/2023 | Draft ▉ | 1.00 |
| 6/18/2023 | Draft ▉ | 4.00 |

| Date | Description | Hours |
|---|---|---|
| 6/20/2023 | Nelson, Sara Deposition; Draft summary | 2.50 |
| 6/28/2023 | Nocella, Andrew Deposition; Draft summary | 3.00 |
| 6/28/2023 | Client correspondence re discovery responces | 3.00 |
| 7/17/2023 | Attend Neeleman Deposition; Draft summary. | 7.00 |
| 8/1/2023 | Draft ■■■■■■ | 3.50 |
| 8/2/2023 | Draft ■■■■■■ | 4.50 |
| 8/3/2023 | Draft ■■■■■■ | 2.00 |
| 8/3/2023 | Meeting with Co-Counsel re Plaintiffs' MSJ | 1.00 |
| 8/4/2023 | Draft ■■■■■■ | 4.00 |
| 8/5/2023 | Draft ■■■■■■ | 5.00 |
| 8/7/2023 | Case status meeting with co-counsel | 1.00 |
| 8/7/2023 | Draft ■■■■■■ | 5.00 |
| 8/8/2023 | Draft ■■■■■■ | 5.00 |
| 8/9/2023 | Draft ■■■■■■ | 6.25 |
| 8/10/2023 | Draft ■■■■■■ | 4.00 |
| 8/11/2023 | Draft ■■■■■■ | 8.00 |
| 8/17/2023 | Correspond with Pltfs; Draft ■■■■■■ | 4.00 |
| 8/18/2023 | Correspond with Pltfs; Draft ■■■■■■ | 2.50 |
| 8/19/2023 | Draft ■■■■■■ | 7.00 |
| 8/19/2023 | Follow up correspondence with Plaintiffs re ■■■■■■ | 1.00 |
| 8/20/2023 | Draft ■■■■■■ | 3.00 |
| 8/21/2023 | Draft ■■■■■■ | 9.00 |
| 8/21/2023 | Meeting with Co-Counsel re ■■■■■■ | 0.50 |
| 8/22/2023 | Draft ■■■■■■ | 9.00 |
| 8/22/2023 | Meeting with Co-Counsel re ■■■■■■ | 0.50 |
| 8/24/2023 | Research & Memo re ■■■■■■ | 2.00 |
| 8/28/2023 | Draft Depo Counter-Designations | 4.00 |
| 8/28/2023 | Meeting with Co-Counsel re ■■■■■■ | 1.00 |
| 8/29/2023 | Draft ■■■■■■ | 2.80 |
| 8/29/2023 | Draft ■■■■■■ | 3.50 |
| 8/29/2023 | Draft ■■■■■■ | 2.50 |
| 9/5/2023 | Draft ■■■■■■ | 1.00 |
| 9/19/2023 | Review Defs' MILs | 3.00 |
| 9/19/2023 | Correspond with Pltfs' Experts re ■■■■■■ | 1.00 |
| 9/20/2023 | Correspond with Pltfs' Experts re ■■■■■■ | 0.50 |
| 9/21/2023 | Correspond with Pltfs' Experts re ■■■■■■ | 0.50 |
| 9/22/2023 | Draft ■■■■■■ | 4.00 |
| 9/23/2023 | Draft ■■■■■■ | 2.00 |
| 9/23/2023 | Draft ■■■■■■ | 3.00 |
| 9/24/2023 | Draft ■■■■■■ | 1.50 |
| 9/25/2023 | Draft ■■■■■■ | 2.60 |
| 9/25/2023 | Draft ■■■■■■ | 2.00 |
| 9/25/2023 | Draft ■■■■■■ | 1.00 |
| 9/25/2023 | Depo Redactions re Opps to MILs | 0.50 |

| Date | Description | Duration |
|---|---|---|
| 9/26/2023 | Draft | 2.00 |
| 9/27/2023 | Draft | 3.70 |
| 9/28/2023 | Meet and Confer with Defs' and DOJ re | 1.00 |
| 9/28/2023 | Draft | 2.00 |
| 9/30/2023 | Follow up correspondence with Plaintiffs re Flights | 1.00 |
| 1/30/2024 | Correspond with Plaintiffs re | 2.00 |
| 1/30/2024 | Gather evidence re | 1.00 |
| 2/2/2024 | Meeting with Co-Counsel re | 1.00 |
| 2/2/2024 | Draft | 3.00 |
| 2/3/2024 | Teleconference with Plaintiff Nieboer re | 1.00 |
| 2/6/2024 | Teleconference with Plaintiff Nieboer re | 1.00 |
| 2/6/2024 | Draft | 0.50 |
| 2/18/2024 | Review and draft | 4.00 |
| 3/18/204 | Draft | 1.30 |
| 4/18/2024 | Teleconference with Joseph Alioto, Jr. re | 0.50 |
| | **Total Hours** | **254.25** |
| | **Total Fees ($700/hour)** | **$177,975.00** |

**JENAN FIEL TIME ENTRIES**

| Date | Description | Duration |
|---|---|---|
| 6/2/2023 | Assist L Papale w/ doc prod management and service, create shared folder | 1.50 |
| 6/6/2023 | Doc prod management - organize, redact, BATES label, upload to OneDrive, draft emails | 8.00 |
| 6/7/2023 | Doc prod management, finalize and serve RFA's and doc prod, review/draft emails | 6.50 |
| 6/8/2023 | Finalize and serve addt'l RFA's, review/draft emails | 7.00 |
| 6/9/2023 | Finalize Supp Rog Responses, send/collect verifications, review/draft emails | 8.50 |
| 6/12/2023 | Finalize Supp Rog Responses, review/draft emails, doc prod management | 9.50 |
| 6/13/2023 | Doc review, draft, amend, finalize and serve responses to Rogs, Set One | 9.50 |
| 6/14/2023 | Draft, finalize, serve supp responses to 2nd rogs + doc prod | 0.25 |
| 6/20/2023 | Review disco responses for outstanding verifications, draft responses, review/draft emails to co-counsel | 2.25 |
| 6/21/2023 | Case status meeting with co-counsel | 0.50 |
| 6/22/2023 | Draft, finalize, serve responses, doc prod management and service, review/draft emails | 8.00 |
| 6/26/2023 | Draft, finalize, serve responses, doc prod management and service, review/draft emails | 4.00 |

| Date | Description | Hours |
|---|---|---|
| 6/27/2023 | Add doc prod and responses to OneDrive/DropBox, draft and serve RFA's | 6.00 |
| 6/29/2023 | Review and x-reference Freeland disco responses and supplement, doc prod mgmt + service | 8.00 |
| 6/30/2023 | Draft, finalize and serve 3rd supp responses, doc prod mgmt + service, organize docs for Porter and Nedeau | 3.00 |
| 7/1/2023 | Email review - drafting RFA responses | 0.10 |
| 7/2/2023 | Email review - drafting RFA responses | 0.20 |
| 7/3/2023 | Draft disco responses for review, review/draft emails | 4.00 |
| 7/5/2023 | Draft disco responses for review, review/draft emails | 6.50 |
| 7/7/2023 | Review/draft email corresp w/ H Niazi and A Gooneratne, email plf disco responses and verification | 1.00 |
| 7/9/2023 | Review/draft email to Porter and Papale re Faust and Marazzo doc prod, discovery responses | 0.10 |
| 7/10/2023 | Draft responses and verification, review/draft emails | 0.75 |
| 7/11/2023 | Draft/amend responses for Fjord, Faust, H Garavanian, Nieboer, review/draft emails | 4.50 |
| 7/12/2023 | Draft/amend responses for Fjord, Faust, H Garavanian, Nieboer, review/draft emails | 5.00 |
| 7/13/2023 | Draft, finalize, serve supp responses, doc management (OneDrive/Dropbox) | 1.00 |
| 7/14/2023 | Draft, finalize, serve 2nd supp supp responses Nieboer, doc management (OneDrive/Dropbox), review/draft emails | 1.00 |
| 7/17/2023 | Draft, finalize, serve supp responses, doc management (OneDrive/Dropbox), review/draft emails | 3.00 |
| 7/18/2023 | Draft, finalize, serve supp response, doc management (OneDrive/Dropbox), review/draft emails | 0.25 |
| 7/20/2023 | Draft, finalize, serve supp response, doc management (OneDrive/Dropbox), review/draft emails | 0.30 |
| 8/1/2023 | Draft, analyze depo excerpts of Pltfs future travel w/ city pairs for sep stmt, review/draft emails | 6.00 |
| 8/3/2023 | Assist JA w/ MSJ opp assignments, review Tatos tables for exhibits, review/draft emails | 4.00 |
| 8/7/2023 | Draft supp responses, doc mgmt, correspondence w/ Larson LLP paralegal | 5.00 |
| 8/8/2023 | Draft 2nd supp resps to 2nd rogs for all plfs, verification forms, review/draft emails | 5.00 |
| 8/9/2023 | Correct supp responses, review/draft emails | 3.00 |
| 8/10/2023 | Review emails, draft emails to each pltf for response review and verifications, finalize and serve supp responses w Ex. A to 2nd Rogs responses | 8.00 |

| Date | Description | Hours |
|---|---|---|
| 8/11/2023 | Email correspondences w/ pltfs, obtaining verifications, analyze Tatos tables and create impacted bucket list routes | 10.00 |
| 8/14/2023 | Con't analyzing bucket list flights and drafting for each pltf, review/draft emails | 0.75 |
| 8/15/2023 | Review/draft emails w/ pltfs re responses and verifications, finalize and serve responses | 10.00 |
| 8/16/2023 | Draft bucket list tables w/ HHI's created w/ Pltfs addt'l flights list, depo excerpts for exhibits | 10.00 |
| 8/17/2023 | Draft bucket list tables w/ HHI's created w/ Pltfs addt'l flights list, depo excerpts for exhibits | 8.00 |
| 8/18/2023 | Create exhibits/exhibit list, depo excerpts, review/draft emails, send/receive decs, attaching exhibits for Opp to Dfts MSJ | 15.00 |
| 8/19/2023 | Collect decs, create addt'l exhibits for MSJ opp, review/draft emails | 5.00 |
| 8/20/2023 | Extract depo excerpts, create exhibits, add to exhibit list for MSJ opp, review/draft emails | 6.00 |
| 9/25/2023 | Assist JA w/ Pltfs Opp to MiL to exclude Tatos - create exhibits, redact docs | 1.50 |
| 9/28/2023 | Finalize and email Mtn to consolidate docs to H Niazi | 0.20 |
| 2/2/2024 | Assist w/ Garavanian and Nieboer disco resp, call w/ co-counsel re disco responses | 0.75 |
| 2/5/2024 | Finalize decs for Pltfs MSJ, sent verifications to Garavanian and Nieboer | 0.20 |
| 2/13/2024 | Sent updated decs for Pltfs MSJ to Garavanian and Nieboer, emailed signed decs to co-counsel | 0.25 |
| 2/19/2024 | Calculating billable hours | 1.00 |
| 4/25/2024 | Calculating billable hours | 0.20 |

| | | |
|---|---|---|
| | **Total Hours** | 210.05 |
| | **Total Fees ($200/hour)** | $42,210.00 |

# EXHIBIT B

# LAFFEY MATRIX

|  |  |  | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/23- 5/31/24 | 1.059295 | $239 | $437 | $538 | $777 | $878 | $1057 |
| 6/01/22- 5/31/23 | 1.085091 | $225 | $413 | $508 | $733 | $829 | $997 |
| 6/01/21- 5/31/22 | 1.006053 | $208 | $381 | $468 | $676 | $764 | $919 |
| 6/01/20- 5/31/21 | 1.015894 | $206 | $378 | $465 | $672 | $759 | $914 |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |

| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

  The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g.,DL v. District of Columbia, 267 F.Supp.3d 55, 69 (D.D.C. 2017)

* ï¿½Years Out of Lawï¿½Schoolï¿½ is calculated from June 1 of each year, when most law students graduate. ï¿½1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). ï¿½4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier ï¿½1-3" from June 1, 1996 until May 31, 1999, would move into tier ï¿½4-7" on June 1, 1999, and tier ï¿½8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.