UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10678-WGY |

## DECLARATION OF LINGEL H. WINTERS IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

I, Lingel H. Winters, declare as follows:

1. I am an attorney in the firm of Law Offices of Lingel H. Winters Prof. Corp. and am a member in good standing of the State Bar of California. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein. I am submitting this Declaration in support of my firm's application for an award of attorneys' fees in connection with the services rendered in the above-entitled action, and for the reimbursement of costs and expenses incurred by my firm in the course of this litigation.

2. This firm is counsel of record for plaintiffs in this action. The firm's compensation for services rendered in this action was wholly contingent on the success of this litigation and was wholly at risk.

3. My firm's *curriculum vitae* is attached as Exhibit A.

4. The firm has participated in this litigation and has performed work on behalf of the plaintiffs in connection with the prosecution of this litigation. The firm performed, among other things, the following tasks associated with this litigation:

a.  preliminary investigation of claim; research of issues related to litigation; review and analysis of documents and pleadings filed in litigation; discussions with co-counsel regarding litigation status and strategy; analysis of the marketplace and the market participants, and other industry participants; analysis of facts supporting liability; participation in the collection of documentation from Plaintiffs; preparation of and response to discovery requests and briefing discovery matters, including meet-and-confer negotiations; participation in preparation of clients for depositions; participation in analysis of liability issues and damage analyses; and participation in and contribution of facts supporting and opposing motions for summary judgment.

5.  All attorneys, legal assistants, and law clerks in my firm are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters. The total number of hours spent on this litigation by my firm is 193.5 hours through May 2, 2024. The total lodestar for my firm calculated at the firm's current rates is $285,412 through May 2, 2024. A summary of my firm's lodestar, including hourly rates and hours incurred by me, is attached as Exhibit B.

6.  My firm has expended unreimbursed costs and expenses in connection with the prosecution of this litigation, but no costs and expenses are sought herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct to the best of my knowledge and belief. Executed this 2nd day of May 2024, at Berkeley, California.

/s/ *Lingel H. Winters*
Lingel H. Winters

**EXHIBIT A**

## CURRICULUM VITAE OF

## LINGEL H. WINTERS
A Professional Corporation
275 Battery St., Suite 2600
San Francisco, CA 94111
415-398-2941

**EDUCATION:** **UNIVERSITY OF CALIFORNIA AT BERKELEY**
School of Law (Boalt Hall)
Juris Doctor Degree 1965

**YALE UNIVERSITY**, New Haven, CT
Bachelor of Arts Degree 1960

**EXPERIENCE:**

Aug '82 – Present   **LAW OFFICES OF LINGEL H. WINTERS**
A Professional Corporation
**President & CEO**

Mar '80 – Jul '82   **NATIONAL SEMICONDUCTOR CORPORATION**
**Associate General Counsel**
2900 Semiconductor Dr.
Santa Clara, CA

May '72 – Feb '80   **SYSTRON-DONNER CORPORATION**
**General Counsel & Secretary**
One Systron Drive, Concord, CA

Dec 68 – Apr 72   **KAISER AFFILIATED COMPANIES**
**Corporate Counsel**
300 Lakeside Dr.
Oakland, CA

| | |
|---|---|
| Jan 66 – Dec 68 | **WAGNER, LYNCH, CURRAN and MINNEY**<br>**Trial Lawyer**<br>800 Tribune Tower<br>Oakland, CA |

Lingel H. Winters received his B. A. from Yale University in 1960 and received his J. D. from the University of California at Berkeley (Boalt Hall) in 1965. He is admitted to practice before the courts of California, the U. S. District Courts for the Northern and Central Districts of California, the Ninth Circuit Court of Appeals and the U. S. Supreme Court. Mr. Winters has over 45 years of experience in litigating and managing high technology antitrust and business litigation as trial counsel and owner of Lingel H. Winters Professional Corporation since 1982 and previously as General Counsel of Syston-Donner Corporation, a diverse electronics company and as Associate General Counsel of National Semiconductor Corporation, a semiconductor and computer manufacturer.

Mr. Winters has litigated various antitrust and unfair competition cases including two of the top consolidated antitrust class actions in Northern California, each of which resulted in settlements of $2.2 billion combined. Lingel H. Winters was a member of the Executive Committee in *In re Microsoft I-V Cases* No. J.C.C.P. 4106 in the San Francisco Superior Court, which resulted in a settlement of $1.1 billion, (which included millions of dollars in unclaimed funds as *cy pres* for underprivileged school students in California). In *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 07-1827 in the Northern District of California, Mr. Winters participated in extensive trial preparation with co-lead counsel until the case settled for $1.1 billion within sight of trial. In addition to *In re Microsoft I-V Cases* and *In*

re *TFT-LCD (Flat Panel) Antitrust Litigation*, Mr. Winters has litigated various antitrust and unfair competition cases, including *In re DRAM Antitrust Litigation*; *In re Cathode Ray Tube (CRT) Litigation*; *In re Optical Disk Drive Litigation*; *In re SRAM Antitrust Litigation*; *In re Flash Memory Antitrust Litigation*; *In re Online DVD Rental Antitrust Litigation*; *Nypl v. JP Morgan Chase & Co.*; *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*; *Salveson v. JP Morgan Chase & Co. et al.*; *In re Domestic Airline Travel Antitrust Litigation*; *Weatherwax v. Takata Corporation, Toyota Motor Co. Ltd. et a.*; *In re Domestic Airline Travel Antitrust Litigation*; *3-M Transparent Tape Antitrust Litigation*, J.C.C.P. 4338: *Attridge v. Visa U.S.A., Inc .et al.*; and *Urethane Antitrust Litigation*, J.C.C.P. 4367.

Mr. Winters has also litigated a variety of high-technology business cases, including the following:

In conjunction with patent counsel, Mr. Winters conducted a 3.5 month patent antitrust trial in the case of *Systron-Donner Corp. v. Schlumberger Corp., et al.*, which resulted in the invalidation of two pioneer patents in the field of dual slope analog to digital converters, utilized by Schlumberger Ltd. for anti-competitive purposes. He has also served as trial counsel in a number of other high tech cases including *Systron-Donner Corp. v. Sundstrand Data Control, Inc.* 182 U.S.P.Q.561, a patent license case involving accelerometers utilized as sensors for controlling missiles and aircraft; *Tipton v. Information Data Systems, et al.*, involving computer software, 99 C.A.3d 501; as well as serving as plaintiff's counsel in *Attridge v. Visa USA, Inc. et al.*, relative to credit card networks; *National Semiconductor Corp. v. Applied Materials, Inc. et al.* and *General Instrument Corp. v. Applied Material, Inc.* involving machines for

manufacturing semiconductor chips; *G. D. Searle & Co. v National Semiconductor Corp.*, involving the application of semiconductor chips to medical equipment; and *Lindberg v. Systron-Donner Corp.*, involving the fire detectors installed on Boeing 727s; *General Instrument Corp. v. Computervision Corp.*, (chip machine product liability); *Delta V Ltd. v. Tera Corp.*, (windmill product liability).

Mr. Winters has also litigated various transactional and patent cases serving as lead counsel in *Plaza Pacific Equities Class Action* involving fraudulent real estate syndications; *Lindberg v. Systron-Donner Corp.*, (acquisition litigation); *Tipton v. Information Data Systems*, 99 CA.3d 50, (acquisition litigation); *Systron-Donner v. Schlumberger Ltd. et al.*, (patent antitrust); *Systron-Donner Corp. v. Sundstand Data Control Inc.*, 82 U.S.P.Q. 561(patent licensing of accelerometers); *National Semiconductor Corp. v. Allendale Insurance Co.*, (business interruption); *Iman v. Firestone Tire and Rubber Co.*, (toxic tort).

### Reported Cases:

Member California Plaintiff's Executive Committee in *In re Microsoft I-V Cases* 2002-2 Trade Cases (CCH) Para. 73,013 at 88,555-65; *National Semiconductor Corp. v. Allendale Mut. Ins. Co.* 549 F.Supp. 1195 (D.Conn. 1982); *Tipton vs Information Data Systems* (1979) 99 C.A.3rd 501; *Systron-Donner Corp. vs. Sundstrand Data Control, Inc.*, (1974) 182 U.S.P.Q. 561(1974); 135 Cal. App.4th 706.

**MILITARY:** Served on active duty with the Navy as a Lieutenant (j.g.), 1960-1962; responsibilities included managing an accounting office and training personnel. Honorably released to inactive duty in the Naval

Reserve, July 13, 1962.

**HONORS, ACTIVITES Professional Organizations And ASSOCIATIONS:**

State Bar of California, Admitted to practice before the United States Supreme Court, United States Ninth Circuit Court of Appeals and United States District Court for the Northern District of California and Central District of California. Martindale-Hubbell Rated AV Preeminent for 30 years (1982-2012); American Society of Corporate Secretaries; Honored Member National Directory of Who's Who, 1998-2002. General Counsel and Secretary, Systron-Donner Corporation, Concord, California, 1972-1980. Associate General Counsel, National Semiconductor Corporation, Santa Clara, California, 1980-1982.

University of California School of Law (Boalt Hall): Received Best Oral Advocate Award, James Patterson McBaine Moot Court; selected to participate in honorary brief writing competition.

Yale: Four-year scholarship in Directed Studies; Yale Key; Phi Gamma Delta; Dwight Hall Council; Debating Club; United Nations Day Committee.

Married; three children.

**E X H I B I T   B**

JetBlue ~~Nypl~~

Attorney Name

**Daily Time Record**

| Item | Client/Matter | Client Code | Matter Number | Hours | City | Description |
|------|---------------|-------------|---------------|-------|------|-------------|
| | | 2/24/20 | | 2.5 | | Draft ~~████~~ |
| | | ~~6/24/23~~ | | ~~1.0~~ | | ~~Pls. Counsel Conf~~ |
| | | 6/24/23 | | 2.5 | | Research FOE v Cole ~~20~~/006 |
| | | | | | | Research Common Suit Priv |
| | | 7/10/23 | | 1.0 | | Pls. Conf – Disgorgement |
| | | 7/10/23 | | 2.5 | | Brief on Unjust Enrichment |
| | | 8/22/23 | | 2.5 | | Review Def SJ + Opp |
| | | 9/6/23 | | 2.5 | | Review Sanctions Mot |
| | | 9/12/23 | | 1.0 | | Review Sanctions |
| | | 9/24/23 | | 7.5 | | Draft ~~████~~ |
| | | 9/25/23 | | 2.5 | | Draft ~~████~~ |
| | | 9/26/23 | | 1.5 | | Draft ~~████~~ |
| | | 9/29/23 | | .5 | | Review Mot Consolidate |
| | | 10/2/23 | | 1.0 | | Review Opp to Consolidate |
| | | 10/11/23 | | .5 | | Review SJ Order |
| | | 10/31/23 | | 1.0 | | Review Order Hrng Date |
| | | 1/16/24 | | 2.5 | | Review opinion in DOJ |
| 172 + 21.5 = | | | | 193.5 | | |

# Jet Blue

Daily Time Record

| Item | Client/Matter | Client Code | Matter Number | Hours | City | Description |
|---|---|---|---|---|---|---|
| | | 2/24/20 | | 2.5 | | Draft Class Cert memo |
| | | 4/11/23 | | 1.0 | | Review Lundgren CV & Decl |
| | | 4/11/23 | | 1.0 | | Revise Decl - Pro hac vice |
| | | 4/13/23 | | 1.5 | | Prep & attend Zoom c M C Cny |
| | | 4/17/23 | | 8.0 | | All day pls atty Conf |
| | | 4/18/23 | | .5 | | |
| | | 4/20/23 | | 7.5 | | Review Scheduling Proposals |
| | | | | | | Draft ████ |
| | | | | | | Review Defs Interroge |
| | | 4/25/23 | | 1.0 | | Pls attys Conf. Discovery |
| | | 5/2/23 | | .5 | | Pls atty conf. |
| | | 5/4/23 | | 2.5 | | Review Dep Christie Spirit COO |
| | | 5/16/23 | | .5 | | Pls. Conf. Zoom |
| | | 5/18/23 | | 1.5 | | Review Northeast Alliance Opinion |
| | | 5/23/23 | | 1.0 | | Pl atty conf. |
| | | 5/26/23 | | 3.5 | | Prep Summary N. Bartolotta Depo |
| | | 5/26/23 | | 2.5 | | Prep Summary + send |
| | | 6/2/23 | | 1.5 | | Draft ████ |
| | | 6/5/23 | | 3.5 | | Draft Depo Cheat Sheet |
| | | 6/17/23 | | 2.0 | | Pls atty conf |

# Daily Time Record

Jet Blue

Attorney Name

Date: Month Day Year

| Item | Client/Matter | Client Code | Matter Number | Hours | City | Description |
|---|---|---|---|---|---|---|
| | | | 3/24/70 | 2.5 | | Draft ~~████~~ |
| | 3/27/23 | | | 2.5 | | Draft ~~████~~ |
| | 3/27/23 | | | 1.5 | | Draft ~~████~~ |
| | 3/28/23 | | | .5 | | Plz atty conf |
| | 3/28/23 | | | 2.5 | | Draft ~~████~~ |
| | 3/28/23 | | | 1.5 | | Draft ~~████~~ |
| | 3/29/23 | | | 2.5 | | Draft ~~████~~ |
| | 3/29/23 | | | 1.5 | | Draft ~~████~~ |
| | 3/30/23 | | 3,072 | 2.5 | | Draft ~~████~~ |
| | 3/31/23 | | | 2.5 | | Draft ~~████~~ |
| | 4/1/23 | | 1.57 | 1.0 | | Plz atty conf. |
| | 4/3/23 | | | 2.5 | | Draft ~~████~~ |
| | 4/3/23 | | | .5 | | View Interview w/ Spirit CEO Christi |
| | 4/4/23 | | | 2.5 | | Draft ~~████~~ |
| | 4/5/23 | | | 2.5 | | Draft ~~████~~ |
| | 4/6/23 | | | .5 | | Mot Prohac vice |
| | 4/6/23 | | | 2.5 | | Draft ~~████~~ |
| | 4/7/23 | | | 2.5 | | Draft ~~████~~ |
| | | | | .5 | | review DOJ v JetBlue Sched Order |
| | 4/8/23 | | | 1.5 | | Draft Pret. |
| | 4/11/23 | | | | | |

JetBlue / Nigel

# Daily Time Record

| Item | Client/Matter | Client Code / Matter Number | Hours | City | Description |
|---|---|---|---|---|---|
| | | 2/24/20 | 2.5 | | Draft ▓▓▓ |
| | | 3/9/23 | 2.5 | | Research merger guidelines |
| | | 3/10/23 | 3.0 | | Research First Cir. Inj. J. Effic. |
| | | 3/10/23 | 1.0 | | Tel conf pls. re: Transfer |
| | | 3/11/23 | 2.5 | | Research prelim inj |
| | | 3/11/23 | 1.5 | | Research - Efficiencies |
| | | 3/13/23 | 3.0 | | Research; Draft Inj MPA |
| | | 3/14/23 | 2.5 | | Review J. Young cases; Draft Inj MP. |
| | | 3/15/23 | 2.5 | | Draft Inj MPA |
| | | 3/17/23 | 2.5 | | Draft ▓▓▓ |
| | | 3/18/23 | 2.5 | | Draft ▓▓▓ |
| | | 3/19/23 | 3.0 | | Draft ▓▓▓ |
| | | 3/20/23 | 3.0 | | Draft ▓▓▓ |
| | | 3/21/23 | 1.0 | | Tel conf pls + neg. |
| | | 3/21/23 | 2.0 | | Draft ▓▓▓ |
| | | 3/22/23 | 2.5 | | Draft ▓▓▓ |
| | | 3/22/23 | 1.5 | | Review DOJ Compl re: Northeast Alliance |
| | | 3/23/23 | 2.5 | | Draft ▓▓▓ |
| | | 3/24/23 | 2.5 | | Draft ▓▓▓ |
| | | 3/25/23 | 1.5 | | Draft ▓▓▓ |

# Daily Time Record

Jet Blue
~~Nagel~~
Attorney Name

| Item | Client/Matter | Client Code | Matter Number | Hours | City | Description |
|---|---|---|---|---|---|---|
| | | 2/24/20 | | 2.5 | | Draft Class cert memo ~~████~~ |
| | | 1/31/23 | | 2.5 | | Draft ~~████████████~~ |
| | | 1/31/23 | | 1.0 | | Plz atty conf. |
| | | 2/6/23 | | 1.0 | | Research - JC, D5186 FR. |
| | | 2/7/23 | | 1.0 | | Plz atty conf + prep. |
| | | 2/11/23 | | 9.0 | | All day Plaintiffs Conf prep Cromer |
| | | 2/13/23 | | 1.0 | | Research cem, ali |
| | | 2/14/23 | | 1.0 | | prep ~~████████~~ |
| | | 2/14/23 | | 1.0 | | Pls atty Conf. |
| | | 2/25/23 | | 2.5 | | Re-draft MPA Prelim Inj. |
| | | 2/26/23 | | 1.5 | | Research USv ami air + jet Blue |
| | | 2/27/23 | | 3.6 | | Re- ~~████~~ |
| | | 2/28/23 | | 1.0 | | Pls atty Conf. + MP |
| | | 2/28/23 | | 2.5 | | Re-draft ~~████~~ |
| | | 3/1/23 | | 3.5 | | Re-draft Prelim Inj MPA |
| | | 3/2/23 | | 4.0 | | Draft ~~████~~ |
| | | 3/3/23 | | 1.5 | | Draft ~~████~~ |
| | | 3/3/23 | | 0.5 | | Review Spirit's disclosures + Review Jet Blue's Disclosure |
| | | 3/8/23 | | 1.5 | | Review DOJ Trials + claims... |

# Jet Blue

**Attorney Name:** Nagel

## Daily Time Record

| Item | Client/Matter | Client Code | Matter Number | Date | Hours | City | Description |
|---|---|---|---|---|---|---|---|
| | | | | 2/24/20 | 2.5 | | Draft ▓▓▓▓ |
| | | | | 1/10/23 | 1.0 | | Pls atty conf. |
| 1. | | | | 1/11/23 | 1.5 | | Review Compl. & Jet Blue & Spirit answers |
| | | | | 1/12/23 | 1.0 | | Meet + Confer ▓▓▓ |
| | | | | 1/17/23 | 1.0 | | Pls atty conf. |
| | | | | 1/18/23 | 1.0 | | Review Dropbox |
| | | | | 1/23/23 | 1.5 | | Review Dropbox; Review USv Jet Blue + American re: N. Atlead alliance |
| | | | | 1/24/23 | 1.5 | | Review answers; Review NEA + MGE; |
| | | | | | 1.0 | | Conf. Pls attys. agents |
| | | | | 1/26/23 | 1.5 | | Review Am Needle and Jet Blue assertion of antitrust exemption |
| | | | | 1/27/23 | 2.5 | | Review dropbox Research; Review c MC |
| | | | | 1/28/23 | 2.5 | | Draft memo Revenue Sharing Res Se |
| | | | | 1/29/23 | 1.5 | | Review outline Spirit opposition viol |
| | | | | 1/30/23 | 2.5 | | Draft ▓▓▓ |
| | 22.5 | | | 1/30/23 | 2.5 | | Draft ▓▓▓ |

18 + 4.5