# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Civil Action No.: 1:23-cv-10678-WGY |

## DECLARATION OF CHRISTOPHER A. NEDEAU IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

I, Christopher A. Nedeau, declare as follows:

1.    I am an attorney in the firm of Nedeau Law PC and am a member in good standing of the State Bar of California. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein. I am submitting this Declaration in support of my application for an award of attorneys' fees in connection with the services rendered in the above-entitled action, and for the reimbursement of costs and expenses incurred by my firm during this litigation.

2.    I am counsel of record for plaintiffs in this action. My firm's compensation for services rendered in this action was contingent on the success of this litigation and was wholly at risk.

3.    My *curriculum vitae* is attached as Exhibit A.

4.    I have participated in this litigation and have performed work on behalf of the

plaintiffs in connection with the prosecution of this litigation. The firm performed, among other things, the following tasks associated with this litigation:

      a.      preliminary investigation of claim; research of issues related to litigation; review and analysis of documents and pleadings filed in litigation; virtual meetings with co-counsel regarding litigation status and strategy; analysis of the marketplace including City-Pairs and HHI and the market participants, and other industry participants; analysis of facts supporting liability; interview of plaintiffs' regarding their flights on Spirit and Jet Blue, participation in the preparation of and response to discovery requests and briefing discovery matters; review and analysis of selected depositions and participation in evaluation of liability issues and damage analyses.

      5.      All attorneys, legal assistants, and law clerks in my firm are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters. The total number of hours spent on this litigation by my firm is 204.1 hours through December 2023. The total lodestar for my firm calculated at the firm's current rates is $204,100. through December, 2023. A summary of my firm's lodestar, including individual's names, hourly rates, and hours incurred by me is attached as Exhibit B.

      6.      My firm incurred costs for internal and external copying but makes no claim for unreimbursed costs and expenses in connection with the prosecution of this litigation.

      I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct to the best of my knowledge and belief. Executed this 30th day of April 2024, at San Francisco, California.

Christopher A. Nedeau

2

**DECLARATION OF CHRISTOPHER A. NEDEAU IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**

# EXHIBIT

```
                         NEDEAU LAW PC
                        154 Baker Street
                   San Francisco, CA  94117-2111
```

March 27, 2024

Alioto Law Firm
1778 Country Club Road
Diablo, CA 94528

Our identifying code for this case  GARAV-1
Invoice number   302

Regarding:  Garavanian, et al v JetBlue Airways Corporation
Court/Case:  USCA l:23-cv-10678-WGY

---

| Date | Atty | Services rendered | Hours | |
|------|------|-------------------|-------|------|
| 01/06/23 | CAN | Review e-mail from JMA re ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.7 | 700.00 |
| 01/09/23 | CAN | Review JetBlue and Spirit's answer to complaint | 0.6 | 600.00 |
| 01/10/23 | CAN | Attend Zoom meeting with all plaintiffs' counsel | 1.7 | 1,700.00 |
| 01/11/23 | CAN | E-mail L Blum re ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮ JetBlue and Spirit ▮▮▮ ▮▮▮▮ 26(f) ▮▮▮▮▮▮ | 0.2 | 200.00 |
| 01/13/23 | CAN | Review HHI's analysis on JetBlue and Spirit's overlapping route | 0.8 | 800.00 |
| 01/16/23 | CAN | Review e-mail from L Blum re ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮ JetBlue/Spirit | 0.2 | 200.00 |
| | CAN | Review JetBlue/Spirit plainiff list updated with correct addresses | 0.1 | 100.00 |
| 01/24/23 | CAN | Review agenda and attend conference with co-counsel | 1.4 | 1,400.00 |
| 01/27/23 | CAN | E-mail clients regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮ JetBlue/Spirit | 0.1 | 100.00 |
| | CAN | Review responses from Gabriel Garavanian | 0.2 | 200.00 |
| | CAN | Review Jospeh Alioto's analysis | 0.1 | 100.00 |
| 01/30/23 | CAN | Several communications with L Papade and J | | |
```

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case  GARAV-1

Invoice number   302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| | | Alioto | 0.2 | 200.00 |
| | CAN | Review comments and redline of first case management conference statement and Rule 26 report | 0.5 | 500.00 |
| | CAN | Review trip documents from Lisa McCarthy | 0.2 | 200.00 |
| 01/31/23 | CAN | Attend Zoom meeting with plaintiffs' counsel to discuss assignments | 1. 3 | 1,300.00 |
| | CAN | E-mail L McCarthy re flight documents | 0.1 | 100.00 |
| | CAN | E-mail G Garavanian | 0.1 | 100.00 |
| | CAN | Prepare e-mail to clients re response to discovery | 0.4 | 400.00 |
| | CAN | Research legal authority for Apex deposition and e-mail regarding same | 0.7 | 700.00 |
| 02/03/23 | CAN | Review Rule 26 disclosures and defendants' case management conference statement | 0.6 | 600.00 |
| 02/06/23 | CAN | Review JetBlue merger drop box | 0.5 | 500.00 |
| | CAN | E-mail M Calrson re plaintiffs' responses in preparation for discovery and deposit ons | 0.3 | 300.00 |
| 02/13/23 | CAN | Review JetBlue protective order and conference with Joseph Alioto | 0.7 | 700.00 |
| 02/17/23 | CAN | Attend weekly meeting with co-counsel | 0.8 | 800.00 |
| 02/23/23 | CAN | Review discovery letter brief | 0.6 | 600.00 |
| 02/28/23 | CAN | Attend Zoom conference with co-counsel | 0.5 | 500.00 |
| | CAN | Review joint discovery dispute pleading | 0.6 | 600.00 |
| 03/07/23 | CAN | Attend weekly meeting with co-counsel | 8.0 | 8,000.00 |
| | CAN | Conference with Jospeh Alioto | 0.2 | 200.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case  GARAV-1
Invoice number  302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| 03/08/23 | CAN | Review multiple e-mails re transfer of case to Boston via MDL or by forum non conveniens and DOJ complaint | 0.9 | 900.00 |
| | CAN | E-mail JMA, Jr re meet and confer | 0.1 | 100.00 |
| | CAN | E-mail re difference between DOJ and our case | 0.1 | 100.00 |
| 03/10/23 | CAN | Attend telephone conference with plaintiffs' counsel re transfer to Boston; participate in Zoom conference call with defendants re transfer to Boston | 1.0 | 1,000.00 |
| 03/12/23 | CAN | Review legal research on nationwide relevant market and HHI for a prima facie case | 0.7 | 700.00 |
| 03/13/23 | CAN | Telephone conference with Lawrence Papale re status of meet and confer with defendants | 0.2 | 200.00 |
| | CAN | Review draft joint stipulation to transfer case in multiple (14) emails | 0.6 | 600.00 |
| 03/14/23 | CAN | Review e-mails re stipulation and Boston district court judge | 0.3 | 300.00 |
| | CAN | Meeting with co-counsel | 0.7 | 700.00 |
| 03/15/23 | CAN | Review cases decided by Judge Young | 1.0 | 1,000.00 |
| 03/17/23 | CAN | Review protective order and joint stipulation and order transferring case | 0.8 | 800.00 |
| 03/21/23 | CAN | Review JetBlue's divesture plan | 0.2 | 200.00 |
| | CAN | Review scheduling order | 0.1 | 100.00 |
| | CAN | Review e-mail from JMA, Jr re clients' travel on affected flights | 0.1 | 100.00 |
| | CAN | Respond to JMA, Jr's e-mails | 0.1 | 100.00 |
| 03/28/23 | CAN | Attend weekly plaintiffs' counsel's | | |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case  GARAV-1
Invoice number  302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

|  | Atty | Services rendered | Hours |  |
|---|---|---|---|---|
|  |  | meeting by Zoom | 0.9 | 900.00 |
| 04/03/23 | CAN | Review.case management and pre-trial orders | 0.2 | 200.00 |
| 04/07/23 | CAN | Review and respond to e-mails re status conference | 0.2 | 200.00 |
| 04/11/23 | CAN | Attend weekly meeting with co-counsel | 0.5 | 500.00 |
| 04/12/23 | CAN | Review draft preliminary injunction | 0. 4 | 400.00 |
| 04/17/23 | CAN | Meeting at Veen office with plaintiffs' counsel (11:00am - 5:00pm) | 6.0 | 6,000.00 |
| 04/19/23 | CAN | Review draft of response to JetBlue's interrogatories | 0.6 | 600.00 |
|  | CAN | Review defendants' scheduling order | 0.1 | 100.00 |
| 04/25/23 | CAN | Attend Zoom conference with co-counsel | 0.9 | 900.00 |
|  | CAN | Review e-mail from L Papale | 0.1 | 100.00 |
|  | CAN | Review response containing objections to discovery | 0.3 | 300.00 |
| 05/01/23 | CAN | Conference call with co-counsel | 1.0 | 1,000.00 |
| 05/03/23 | CAN | Review documents from M Carlson and L Papale's e-mail to M Malaney | 0.2 | 200.00 |
| 05/05/23 | CAN | Review JetBlue/Spirit's response to DOJ and or status reports | 0.2 | 200.00 |
|  | CAN | Review discovery responses by L McCarthy and M Carlson | 0.2 | 200.00 |
|  | CAN | Review amended case management order submission by plaintiffs | 0.2 | 200.00 |
| 05/08/23 | CAN | Review e-mail to D Freeland | 0.1 | 100.00 |
|  | CAN | E-mail from L Papele and reply | 0.1 | 100.00 |
|  | CAN | Complete JetBlue's declaration in support |  |  |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1
Invoice number   302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| | | of protective order | 0.1 | 100.00 |
| 05/09/23 | CAN | Attend Zoom conference with co-counsel | 1.0 | 1,000.00 |
| | CAN | Review plaintiffs' travel data | 0.6 | 600.00 |
| | CAN | Review five JetBlue questions | 0.2 | 200.00 |
| | CAN | Review L Marazzo's flight data | 0.2 | 200.00 |
| 05/11/23 | CAN | Review deposition notices and list of all deponents | 0.1 | 100.00 |
| | CAN | Review C Stensrud's responses to discovery | 0. 1 | 100.00 |
| 05/16/23 | CAN | Attend Zoom conference with co-counsel | 1.0 | 1,000.00 |
| | CAN | Review court order denying stay | 0.1 | 100.00 |
| | CAN | Review deposition transcripts of Spirit executives J Kirby (30) (6) (6) and individual and deposition of E Monaghan | 2.1 | 2,100.00 |
| 05/17/23 | CAN | Review deposition transcript of T Christie | 2.0 | 2,000.00 |
| | CAN | Review deposition transcript of D Gabel | 1.0 | 1,000.00 |
| | CAN | Review deposition transcript of N Bartolotta | 0.8 | 800.00 |
| | CAN | Review plaintiffs' responses and objections to defendants' first set of interrogatories | 0.4 | 400.00 |
| | CAN | Review deposition of JetBlue executive Weiner's transcript | 4. 2 | 4,200.00 |
| 05/18/23 | CAN | Continue review of JetBlue executives' depositions: Clark transcript | 5.4 | 5,400.00 |
| | CAN | Continue review of JetBlue executives' depositions: Finton transcript | 5.8 | 5,800.00 |
| | CAN | Review of City Pair analysis | 0.7 | 700.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case  GARAV-1
Invoice number  302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| Date | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| 05/19/23 | CAN | Continue review of JetBlue executives' depositions: two Friedman transcripts on Jan 19 and 20 | 7.2 | 7,200.00 |
| | CAN | Review e-mail from L Papale re failure to respond to defendants' request for production to plaintiffs and conference re production | 1.2 | 1,200.00 |
| | CAN | Review FRCP on extension of five days to respond | 0.4 | 400.00 |
| | CAN | Review draft document response | 0.3 | 300.00 |
| 05/20/23 | CAN | Continue review of JetBlue executives' depositions: Hayes transcript | 5.8 | 5,800.00 |
| | CAN | Continue review of JetBlue executives' depositions: Jarashow transcript | 5.2 | 5,200.00 |
| 05/21/23 | CAN | Continue review of JetBlue executives' depositions:  Kinra transcripts on January 12 and 13 | 6.4 | 6,400.00 |
| 05/22/23 | CAN | Continue discussion and research on waiver of objections by late-submittal of responses to requests for production of documents | 0.6 | 600.00 |
| | CAN | Review and edit e-mail to defense counsel | 0.4 | 400.00 |
| | CAN | Telephone conference with L Paple re meet and confer on objections/ conditions of production | 0.3 | 300.00 |
| | CAN | Review Matt Nguyen's response to Zoom meet and confer | 0.2 | 200.00 |
| 05/23/23 | CAN | Review Spirit's presentation | 0.6 | 600.00 |
| | CAN | Review draft e-mail to plaintiffs re document production by L Paple and response to Matt Nguyen | 0.3 | 300.00 |
| | CAN | Review various e-mails to plaintiffs re | | |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1
Invoice number   302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| | | JetBlue's document requests | 0.4 | 400.00 |
| | CAN | Review latest compilation of City Pair Analysis by plaintiffs on JetBlue | 0.1 | 100.00 |
| 05/24/23 | CAN | Review response to Zoom meet and confer re objections and responses to defendants' first set of interrogatories | 0.2 | 200.00 |
| | CAN | Review 28 e-mails from plaintiffs with discovery responses | 2.6 | 2,600.00 |
| | CAN | Review updated deposition schedule | 0.1 | 100.00 |
| 05/25/23 | CAN | Continue review of e-mails from plaintiffs and defense counsel re discovery | 2.4 | 2,400.00 |
| 05/26/23 | CAN | Review and edit e-mail to defense counsel re meet and confer issues including disclosure of litigation hold, list of lawsuits filed and statutory requirement | 0.9 | 900.00 |
| | CAN | Review response by Matt Nguyen re plaintiffs' objections to requests for production | 0.4 | 400.00 |
| | CAN | Review 18 e-mails from clients and responses regarding documentation of travel on JetBlue | 0.5 | 500.00 |
| 05/27/23 | CAN | Continue review of e-mail communications with clients and counsel re discovery | 1. 6 | 1,600.00 |
| 05/29/23 | CAN | Review discovery and pleadings sent to R Bonsignore and G Koury | 0.6 | 600.00 |
| | CAN | Research and conference re waiver of confidentiality by disclosure of plaintiffs' travel clients | 0.8 | 800.00 |
| 05/30/23 | CAN | Office Zoom conference with co-counsel | 1. 3 | 1,300.00 |
| | CAN | Prepare supplemental responses and conference with L Paple regarding same | 0.8 | 800.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1
Invoice number   302

Regarding:   Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| | CAN | Review JLA's analysis of requests for production of documents and special interrogatories | 0.2 | 200.00 |
| 05/31/23 | CAN | Review L Paple's e-mail | 0.2 | 200.00 |
| | CAN | Review M Nguyen's response to plaintiffs' 5/26 e-mail re discovery responses | 0.6 | 600.00 |
| | CAN | Review K Ancell's e-mail | 0.1 | 100.00 |
| 06/01/23 | CAN | Review e-mail to defense counsel re outstanding discovery issues | 0.1 | 100.00 |
| | CAN | Review compilation of City Pairs flown by plaintiffs | 0.4 | 400.00 |
| | CAN | E-mail analysis to L Papale | 0.1 | 100.00 |
| | CAN | Review five response e-mails from C Fjord re travel information | 0.2 | 200.00 |
| | CAN | Review e-mail re requested responses to requests for admissions and replies by clients | 0.5 | 500.00 |
| 06/03/23 | CAN | Review eight client responses to requests for admissions | 0.5 | 500.00 |
| | CAN | Review L Papale's draft objections to defendants' further discovery requests | 1.0 | 1,000.00 |
| | CAN | Conference regarding same | 0.4 | 400.00 |
| | CAN | Review exhibits and comments from Klinka deposition | 0.7 | 700.00 |
| 06/04/23 | CAN | Review 26 responses to document production by clients | 0.9 | 900.00 |
| | CAN | E-mail re requests for admissions responses and second interrogatories | 0.2 | 200.00 |
| | CAN | Review plaintiff's deposition and production request file | 0.8 | 800.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1
Invoice number   302

Regarding:   Garavanian, et al v JetBlue Airways Corporation

|  | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| 06/05/23 | CAN | Review assignments to prepare discovery responses for eight plaintiffs | 0.1 | 100.00 |
| | CAN | Continue review of responses to plaintiffs' document production | 0.7 | 700.00 |
| | CAN | Review and revise template for responses to requests for admissions | 0.4 | 400.00 |
| | CAN | Begin preparation of responses | 2.4 | 2,400.00 |
| 06/06/23 | CAN | Review revsied format for requests for admissions response | 0.2 | 200.00 |
| | CAN | Review 17 emailed responses to requests for admissions by plaintiffs | 2.0 | 2,000.00 |
| 06/09/23 | CAN | Review and edit sample of supplemental interrogatory responses | 0.9 | 900.00 |
| | CAN | Telephone conference with L Paple re #s 7, 8 and 10 | 0.6 | 600.00 |
| | CAN | Review further plaintiffs' responses | 0.5 | 500.00 |
| | CAN | Review schedule for plaintiffs depositions | 0.2 | 200.00 |
| | CAN | Telephone conference with R D'Augusta re discovery responses and signed verification | 0. 4 | 400.00 |
| 06/10/23 | CAN | Continue work on plaintiffs' supplemental responses to interrogatories #s 5, 6 and 7 | 2.9 | 2,900.00 |
| 06/12/23 | CAN | Review updated JetBlue documents | 0.7 | 700.00 |
| | CAN | Telephone conference with R D'Augusta | 0.1 | 100.00 |
| | CAN | E-mail R D'Augusta | 0.1 | 100.00 |
| | CAN | Review updated supplemental responses and verifications | 0.5 | 500.00 |
| 06/13/23 | CAN | Review and respond to multiple (9) E-mails regarding responses by D Frye and K Arcell at deposition | 2.2 | 2,200.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1

Invoice number   302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| 06/17/23 | CAN | Attend Zoom meeting with co-counsel re problems with plaintiffs' depositions | 1.0 | 1,000.00 |
| 06/27/23 | CAN | Review letter to JMA re deficiencies in plaintiffs discovery responses and deposition testimony and refusal to respond to interrogatories and deposition questions | 0.5 | 500.00 |
| | CAN | Review responses and production from plaintiffs | 6.2 | 6,200.00 |
| | CAN | Review further production by P Faust | 0.4 | 400.00 |
| 06/28/23 | CAN | Review Matt Nguyen's summary of meet and confer on plaintiffs' discovery deficiences | 0.6 | 600.00 |
| | CAN | Prepare draft response to M Nguyen | 3.4 | 3,400.00 |
| | CAN | E-mails to M Porter and J Alioto | 0.4 | 400.00 |
| | CAN | Review four e-mails with P Faust re further production | 0.6 | 600.00 |
| 06/29/23 | CAN | E-mail communcations re edited response to M Nguyen | 0.3 | 300.00 |
| | CAN | Review further production eight e-mails by P Faust | 0.2 | 200.00 |
| 06/30/23 | CAN | Review 12 more e-mails contesting production of travel documentation by P Faust | 0.3 | 300.00 |
| | CAN | Review plaintiffs' witness list | 0.2 | 200.00 |
| 07/03/23 | CAN | Review 30 emails from P Faust re travel documentation | 0.7 | 700.00 |
| | CAN | Review e-mail correspondence | 0.6 | 600.00 |
| | CAN | Review 30 e-mails from P Faust with additional travel documentation | 0.7 | 700.00 |
| | CAN | Review defense discovery letter to Alioto | 0.8 | 800.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1
Invoice number   302

Regarding:   Garavanian, et al v JetBlue Airways Corporation

|  | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| 07/05/23 | CAN | Review depositions of K Arcel, D Fry and G Garavanian | 4.8 | 4,800.00 |
| | CAN | Compare discovery responses and send e-mails to plaintiffs requesting service of further documents | 3.0 | 3,000.00 |
| 07/06/23 | CAN | Review depositions of V Tally, M Maloney, D Palmer, B Ruzensohn, S Russell and G Talewsky | 10.8 | 10,800.00 |
| | CAN | Prepare e-mails re production of further documents | 2.1 | 2,100.00 |
| 07/11/23 | CAN | Attend Delta deposition by Zoom | 3.9 | 3,900.00 |
| | CAN | Attend deposition of Eric Beck, managing director of Delta | 3.6 | 3,600.00 |
| 07/12/23 | CAN | Summary of deposition of Eric Beck, managing director of Delta | 1.8 | 1,800.00 |
| 07/20/23 | CAN | E-mail L Papale re deposition citations for motion for summary judgment opposition | 0.2 | 200.00 |
| 07/29/23 | CAN | Review expert reports of Hal Snyder and Ted Tatos | 5.1 | 5,100.00 |
| 08/01/23 | CAN | Review JetBlue/Spirit's motion for summary judgment | 2.8 | 2,800.00 |
| 08/07/23 | CAN | Attend Zoom meeting with co-counsel | 1.0 | 1,000.00 |
| 08/17/23 | CAN | Prepare declarations of Garavanian, Walen and McCarthy | 4.6 | 4,600.00 |
| | CAN | Telephone conference with G Garavanian re declaration | 0.4 | 400.00 |
| | CAN | Telephone conference with C Walen re declaration | 0.8 | 800.00 |
| | CAN | Telephone conference with L McCarthy re declaration | 0.6 | 600.00 |

NEDEAU LAW PC

March 27, 2024

Alioto Law Firm

Our identifying code for this case   GARAV-1

Invoice number   302

Regarding:  Garavanian, et al v JetBlue Airways Corporation

| | Atty | Services rendered | Hours | |
|---|---|---|---|---|
| 08/18/23 | CAN | Research and prepare ██████████ ██ █████ ███ ███ | 2.6 | 2,600.00 |
| | CAN | Telephone conference with Davis re ███████ ███████████ | 0.3 | 300.00 |
| | CAN | Telephone conference with C Fry re ███████ ███████████ | 0.4 | 400.00 |
| 08/19/23 | CAN | Proofread, organize and send plaintiffs' signed declarations for opposition to motion for summary judgment | 0.8 | 800.00 |
| 08/21/23 | CAN | Review plaintiffs' opposition to motion for summary judgment | 0.9 | 900.00 |
| 09/05/23 | CAN | Review reply memo by JetBlue/Spirit, declarations and exhibits | 2.6 | 2,600.00 |
| 10/14/23 | CAN | Participate in telephone conference with clients | 2.2 | 2,200.00 |
| 10/17/23 | CAN | Telephone conference with co-counsel re ████ ██████ | 1.2 | 1,200.00 |
| | | Total for professional services | 204.1 | $204,100.00 |

| Summary | Hours | Rate | Amount |
|---|---|---|---|
| Christopher A Nedeau | 204.10 | 1,000.00 | 204,100.00 |

Total current charges        $204,100.00

Balance Due        $204,100.00