UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIEL GARAVANIAN, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Civil Action No.: 1:23-cv-10678-WGY |

**DECLARATION OF JEFFERY K. PERKINS IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**

I, Jeffery K. Perkins, declare as follows:

1. I am an attorney in the firm of Law Offices of Jeffery Kenneth Perkins. I am a member in good standing of the State Bar of California. This Declaration is based on my personal knowledge and except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein. I am submitting this Declaration in support of my firm's application for an award of attorney's fees in connection with the services rendered in the above-entitled action, and for the reimbursement of costs and expenses incurred by my firm in the course of this litigation.

2. This firm's compensation for services rendered in this action was wholly contingent on the success of this litigation, was wholly at risk and dependent upon a result favorable to the Plaintiff class in this action.

3. The firm has participated directly in this litigation, and has performed work on behalf of the plaintiffs in connection with the prosecution of this litigation. The firm performed, among other things, the following tasks

associated with prosecution of this action by the class Plaintiffs:

    a.    We undertook the preliminary investigation of claims alleged; research of issues related to litigation; review and analysis of documents and pleadings filed in litigation; discussions with co-counsel regarding litigation status and strategy; analysis of the marketplace and the market participants, and other industry participants; analysis of facts supporting liability; participation in the preparation of and response to discovery requests, participation in depositions noticed and taken by the Plaintiffs' counsel, briefing discovery matters; and participation in analysis of liability issues and damage analyses. Hours Expended: (Twelve and one half (12.5.)

    b.    I attended, prepared for, participated in and reviewed with co-counsel the deposition of Jet Blue management level employee Mr. Jonathan Weiner on June 8, 2023. Hours expended: Nine and one half (9.5).

    c.    Subsequently, I prepared for and attended three meetings of Plaintiffs' counsel in order to review and analyze the depositions taken by Plaintiffs' counsel in the subject litigation. The summarized materials were used in pleadings and related trial preparation materials compiled during late 2023 and early 2024. Hours expended: Nineteen (19).

4.    The total number of hours spent on this litigation by my firm is 41 hours through April 2, 2024. The total lodestar for my firm calculated at the firm's rate of $750.00 per hour is $30,750.00.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: June 1, 2024

*Jeffery K. Perkins*

_____

Jeffery K. Perkins
(SBN 57996)